**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MLCJR LLC, *et al.*, [1] | : | Case No. 23-90324 (CML) |
| | : | |
| Debtors. | : | (Joint Administration Requested) |
| | : | |

---------------------------------------------------------- x

**DEBTORS' WITNESS AND EXHIBIT LIST FOR HEARING**
**SCHEDULED FOR MAY 16, 2023 AT 4:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "***Debtors***") file their Witness and Exhibit List for the hearing to be held on **May 16, 2023 at 4:00 p.m.** (**prevailing Central Time**) (the "***Hearing***") as follows:

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Ryan Omohundro, Chief Restructuring Officer, MLCJR LLC;

2. Bassam J. Latif, Managing Director, Moelis & Company LLC;

3. Benjamin J. Steele, Managing Director of Kroll Restructuring Administration LLC;

4. Any witness listed or called by any other party;

5. Rebuttal witnesses as necessary; and

6. The Debtors reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

---

[1]   The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Ryan Omohundro, Chief Restructuring Officer of the Debtors, in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 34] | | | | | | |
| 2. | Declaration of Bassam J. Latif in Support of Debtors' Emergency Motion for Entry of Orders (I) Authorizing Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Scheduling Final Hearing [Docket No. 19] | | | | | | |
| 3. | Declaration of Benjamin J. Steele in Support of Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 24, Exhibit B] | | | | | | |
| 4. | Kroll Engagement Letter [Docket No. 24, Exhibit A] | | | | | | |
| 5. | DIP Term Sheet [Docket No. 18-1, Exhibit A] | | | | | | |
| 6. | Approved Budget [Docket No. 18-1, Exhibit B] | | | | | | |
| 7. | Utility Company List [Docket No. 17, Exhibit A] | | | | | | |
| 8. | Policy Schedule [Docket No. 16, Exhibit A] | | | | | | |
| 9. | Bonding Obligations [Docket No. 16, Exhibit B] | | | | | | |
| 10. | Diagram of Cash Management System [Docket No. 10, Exhibit A] | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 11. | Schedule of Bank Accounts [Docket No. 10, Exhibit B] | | | | | | |
| 12. | List of Taxing Authorities [Docket No. 12, Exhibit A] | | | | | | |
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

## **RESERVATION OF RIGHTS**

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

3

Signed:  May 15, 2023
       Houston, Texas

Respectfully Submitted,

/s/  *Rebecca Blake Chaikin*
Matthew D. Cavenaugh (TX Bar No. 24062656)
J. Scott Rose (TX Bar No. 172528000)
Rebecca Blake Chaikin  (TX Bar No. 24133055)
Emily Meraia (TX Bar No. 24129307)

**JACKSON WALKER LLP**
1401 McKinney St., Suite 1900
Houston, Texas 77010
Tel:    713-752-4200
Fax:   713-752-4221
Email:  mcavenaugh@jw.com
       srose@jw.com
       rchaikin@jw.com
       emeraia@jw.com

-and-

Keith A. Simon (*pro hac vice* admission pending)
Misha E. Ross (*pro hac vice* admission pending)
Christopher Beaucage (*pro hac vice* admission pending)
Alexandra M. Zablocki (*pro hac vice* admission pending)

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel:   212-906-1200
Fax:   212-751-4864
Email:  keith.simon@lw.com
       misha.ross@lw.com
       christopher.beaucage@lw.com
       alexandra.zablocki@lw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that, on May 15, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ Rebecca Blake Chaikin
Rebecca Blake Chaikin