# EXHIBIT A

## Utility Company List

US-DOCS\138448769

**Utility Companies**

The Utility Companies known and identified by the Debtors to date are listed below.

While the Debtors have used their best efforts to list all of their Utility Companies below, it is possible that certain Utility Companies may have been inadvertently omitted from this list. Accordingly, the Debtors reserve the right, under the terms and conditions set forth in the Motion and the Order, and without further order of the Court, to amend this **Exhibit A** to add any Utility Companies that were omitted therefrom and to apply the relief requested to all such entities.

In addition, the Debtors reserve the right to argue that any entity now or hereafter listed on this **Exhibit A** is not a "utility" within the meaning of section 366(a) of the Bankruptcy Code.

| Utility Company | Type of Service Provided | Mailing Address | Approximate Monthly Average | Adequate Assurance Deposit[1] |
|---|---|---|---|---|
| AT&T | Network and Telecommunications | 208 S AKARD STREET DALLAS, TX 75202 | $1,294 | $647 |
| AT&T MOBILITY | Network and Telecommunications | 208 S AKARD STREET DALLAS, TX 75202 | $2,772 | $431[2] |
| COGENT COMMUNICATIONS, INC. | Network and Telecommunications | 2450 N STREET , NW WASHINGTON, DC 20037 | $1,732 | $866 |
| COX BUSINESS SERVICES LLC | Network and Telecommunications | 6205 PEACHTREE DUNWOODY ROAD ATLANTA, GA 30328 | $1,367 | $683 |
| DIRECTV, LLC | Cable | 2239 E IMPERIAL DRIVE EL SEGUNDO, CA 90245 | $16,480 | $8,240 |

---

[1]  Adequate assurance for each Utility Company reflects the lesser of (a) (i) fifty percent of the Debtors' estimated monthly cost of Utility Services, calculated based on the Debtors' average expenses for such Utility Services during the twelve full months from January to December 2022, minus (ii) the amount of any bond, letter of credit, or deposit held by such Utility Company; and (b) fifty percent of the Debtors' estimated monthly cost of Utility Services, calculated based on the Debtors' average expenses for such Utility Services during the twelve full months from January to December 2022.

[2]  The Debtors have provided the utility provider with a deposit of $3,600.

| Utility Company | Type of Service Provided | Mailing Address | Approximate Monthly Average | Adequate Assurance Deposit[1] |
|---|---|---|---|---|
| EATEL BUSINESS | Network | 913 S BURNSIDE AVENUE GONZALES, LA 70737 | $5,970 | $2,985 |
| ECOSERV, LLC | Hazardous Waste Disposal | 9525 US HIGHWAY 167 ABBEVILLE, LA 70510 | $182,737 | $91,369 |
| ENTERGY | Natural Gas and Electricity | 639 LOYOLA AVENUE NEW ORLEANS, LA 70113 | $12,335 | $6,167 |
| FASTWYRE BROADBAND | Network and Telecommunications | 153 WEST DAVE DUGAS ROAD SULPHUR, LA 70665 | $1,160 | $580 |
| HIDCO - HOME INDUSTRY DISPOSAL | Hazardous Waste Disposal | 200 NORTH SAINT CHARLES ST. ABBEVILLE, LA 70510 | $8,470 | $4,235 |
| JEFFERSON DAVIS ELECTRIC CO-OP, INC. | Electricity | 906 N LAKE ARTHUR AVENUE JENNINGS, LA 70549 | $2,106 | $1,053 |
| LEVEL 3 COMMUNICATIONS LLC (LUMEN TECHNOLOGIES) | Network and Telecommunications | 100 CENTURYLINK DRIVE MONROE, LA 71203 | $8,728 | $4,364 |
| LOGIX FIBER NETWORKS | Network | 2950 N LOOP W, 10TH FLOOR HOUSTON, TX 77092 | $877 | $439 |
| PAYLESS POWER | Electricity | 913 S BURNSIDE AVENUE GONZALES, LA 70737 | $190 | $95 |
| REV BROADBAND | Network and Telecommunications | 913 S BURNSIDE AVENUE GONZALES, LA 70737 | $19,726 | $4,863[3] |

[3] The Debtors have provided the utility provider with a deposit of $5,000.

2

| Utility Company | Type of Service Provided | Mailing Address | Approximate Monthly Average | Adequate Assurance Deposit[1] |
|---|---|---|---|---|
| SABINE ENVIRONMENTAL SERVICES, LLC | Hazardous Waste Disposal | 8750 N. CENTRAL EXPRESSWAY, SUITE 750 DALLAS, TX 75231 | $14,650 | $7,325 |
| SOUTH COAST GAS CO., INC. | Natural Gas | 4076 HIGHWAY 1 RACELAND, LA 70394 | $12 | $6 |
| SPECTRUM | Network and Telecommunications | 400 ATLANTIC STREET STAMFORD, CT 06901 | $185 | $93 |
| ST. MARY PARISH WATER & SEWER COMMISSION NO. 3 | Waste and Sewage | 349 GREY EAGLE ROAD CHARENTON, LA 70523 | $35 | $17 |
| STARLINK | Network and Telecommunications | 22908 NE ALDER CREST DR REDMOND, WA 98053 | $5,175 | $2,588 |
| TAMPNET INC. | Network and Telecommunications | 24275 KATY FREEWAY, SUITE 525 HOUSTON, TX 77494 | $93,739 | $46,869 |
| TOTAL WASTE SOLUTIONS, LLC | Waste Management | 16201 EAST MAIN STREET CUT OFF, LA 70345 | $21,351 | $10,676 |

3

US-DOCS\138448769