# EXHIBIT A

## List of Taxing Authorities

| AUTHORITY | ADDRESS | FEDERAL/ STATE/COUNTY/CITY | DESCRIPTION |
|---|---|---|---|
| ASSUMPTION PARISH SHERIFF'S OFFICE | 112 FRANKLIN ST NAPOLEONVILLE, LA 70390 | COUNTY | AD VALOREM TAX |
| BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT | 1201 ELMWOOD PARK BLVD NEW ORLEANS, LA 70123 | FEDERAL | CIVIL PENALTY / LICENSES & FEES |
| CAMERON PARISH TAX COLLECTOR | 124 RECREATION CENTER LANE, PO BOX 1250 CAMERON, LA 70631 | COUNTY | AD VALOREM TAX |
| CITY OF NEW ORLEANS | 1300 PERDIDO ST NEW ORLEANS, LA 70112 | CITY | AD VALOREM TAX / LICENSES & FEES |
| DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS JOHN G TOWNSEND BLDG, 401 FEDERAL ST, SUITE 4 DOVER, DE 19901 | STATE | FRANCHISE TAX |
| FEDERAL ENERGY REGULATORY COMMISSION | 888 FIRST STREET, NE WASHINGTON, DC 20426 | FEDERAL | LICENSES & FEES |
| HARRIS COUNTY TAX OFFICE | 1001 PRESTON ST HOUSTON, TX 77002 | COUNTY | AD VALOREM TAX |
| IBERIA PARISH TAX ASSESSOR | 121 W PERSHING ST, SUITE 100 NEW IBERIA, LA 70560 | COUNTY | AD VALOREM TAX |
| JEFFERSON PARISH SHERIFF & TAX COLLECTOR | 1233 WESTBANK EXPRESSWAY HARVEY, LA 70058 | COUNTY | AD VALOREM TAX |
| LAFOURCHE PARISH SHERIFF'S OFFICE | 200 CANAL BLVD THIBODAUX, LA 70301 | COUNTY | AD VALOREM TAX |
| LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY | 602 N FIFTH STREET BATON ROUGE, LA 70802 | STATE | LICENSES & FEES |
| LOUISIANA DEPARTMENT OF REVENUE | ATTN: SEVERANCE TAX DEPARTMENT LASALLE BUILDING, 617 NORTH THIRD ST BATON ROUGE, LA 70802 | STATE | SEVERANCE TAX |
| LOUISIANA DEPT OF NATURAL RESOURCES | LASALLE BUILDING, 617 NORTH THIRD ST, 8TH FLOOR BATON ROUGE, LA 70802 | STATE | LICENSES & FEES |
| LOUISIANA SECRETARY OF STATE | 8585 ARCHIVES AVE BATON ROUGE, LA 70809 | STATE | LICENSES & FEES |
| MASSACHUSETTS SECRETARY OF STATE | ONE ASHBURTON PLACE BOSTON, MA 02108 | STATE | LICENSES & FEES |

| AUTHORITY | ADDRESS | FEDERAL/ STATE/COUNTY/CITY | DESCRIPTION |
|---|---|---|---|
| OFFICE OF NATURAL RESOURCES REVENUE | 1849 C STREET NW, MAIL STOP 5134 WASHINGTON, DC 20240 | FEDERAL | LICENSES & FEES |
| PARISH OF TERREBONNE | 8026 MAIN STREET, 7TH FLOOR HOUMA, LA 70361 | COUNTY | AD VALOREM TAX |
| PLAQUEMINES PARISH SHERIFF'S OFFICE | 8022 HIGHWAY 23 BELLE CHASSE, LA 70037 | COUNTY | AD VALOREM TAX |
| ST. BERNARD PARISH SHERIFF'S OFFICE | 2 COURTHOUSE SQUARE CHALMETTE, LA 70043 | COUNTY | AD VALOREM TAX |
| ST. MARY PARISH SHERIFF'S OFFICE | 500 MAIN STREET, 4TH FLOOR FRANKLIN, LA 70538 | COUNTY | AD VALOREM TAX |
| TEXAS RAILROAD COMMISSION | 1701 N CONGRESS AUSTIN, TX 78701 | STATE | LICENSES & FEES |
| TEXAS STATE BOARD OF PUBLIC ACCOUNTANCY | 505 E HUNTLAND DRIVE, SUITE 380 AUSTIN, TX 78752 | STATE | LICENSES & FEES |
| TOWN OF GRAND ISLE | PO BOX 200 GRAND ISLE, LA 70358 | CITY | AD VALOREM TAX |
| UNITED STATES COAST GUARD | 792 T J JACKSON DRIVE FALLING WATERS, WV 25419 | FEDERAL | LICENSES & FEES |
| UNITED STATES TREASURY | 1500 PENNSYLVANIA AVENUE, NW WASHINGTON, DC 20220 | FEDERAL | EXCISE TAX |

US-DOCS\138448754.28