Electronic Appearance Sheet

Darren Grzyb, Chiesa Shahinian & Giantomasi PC
Client(s): Everest Reinsurance Company

Jase Brown, Chiesa Shahinian & Giantomasi PC
Client(s): Everest Reinsurance Company

Keith Simon, Latham & Watkins
Client(s): Debtors

Misha Ross, Latham & Watkins
Client(s): Debtors

Chris Beaucage, Latham & Watkins
Client(s): Debtors

Alexandra Zablocki, Latham & Watkins
Client(s): Debtors

Samantha Espino, Underwood, P.C.
Client(s): Amarillo National Bank

Lacey Desormeaux , Pro Se, None, Pro Se
Client(s): Vendor Employee

Michael Collins, Manier & Herod, PC
Client(s): Westchester Fire Insurance Company

Christopher Harris, Latham & Watkins
Client(s): Debtors

Elizabeth Marks, Latham & Watkins
Client(s): Debtors

Roger Cox, Underwood
Client(s): Amarillo National Bank

Erin Arnold, Kelly Hart Pitre
Client(s): Amarillo National Bank

Michael Weber, Dinsmore & Shohl LLP
Client(s): The Hanover Insurance Company

Keith Langley, Langley LLP
Client(s): Liberty Mutual Insurance Company

Kelli Norfleet, Haynes and Boone, LLP
Client(s): BP Energy Company and BP Products North America Inc.

Electronic Appearance Sheet

Charles Beckham, Jr., Haynes and Boone, LLP
Client(s): BP Energy Company and BP Products North America Inc.

Martha Wyrick, Haynes and Boone, LLP
Client(s): BP Energy Company and BP Products North America Inc.

Mike Pipkin, Weinstein Radcliff Pipkin LLP
Client(s): United States Fire Insurance Company

Edward Ripley, Andrews Myers, PC
Client(s): Chevron USA Inc. and affiliates

S. Marc Buchman, Manier& Herod, P.C.
Client(s): Argonaut Insurance Company, Westchester Fire Insurance Company, and Travelers Casualty &
Surety Company of America

Benjamin Kadden, Lugenbuhl
Client(s): R&R Boats, Inc.; Specialty Offshore, Inc.; and Keystone Chemical, LLC

Stewart Peck, Lugenbuhl
Client(s): R&R Boats, Specialty Offshore, Inc.; and Keystone Chemical, LLC

Jaimie Fedell, Kirkland & Ellis LLP
Client(s): EP Northern Investments, LLC

Aaron Power, Porter Hedges
Client(s): Exxon Mobil

Brian Kantar, Chiesa Shahinian & Giantomasi PC
Client(s): United States Fire Insurance Company

James Ravannack, Compliance Technolgy Group
Client(s): Critical Vendor

James Bailey, Bradley
Client(s): TGS-NOPEC Geophysical Company

Kevin Maraist, Anderson, Lehrman, Barre & Maraist, LLP
Client(s): Archrock Partners Operating LLC and Archrock Services, L.P.

Jayson Ruff, US DOJ
Client(s): US Trustee

Andrew Jimenez, U.S. Department of Justice
Client(s): United States Trustee

Zachary Balasko, U.S. Department of Justice
Client(s): U.S. Department of the Interior

Electronic Appearance Sheet


Doug Stewart, Stewart Robbins Brown & Altazan LLC
Client(s): Partco LLC

Josh Judd, Andrews Myers, P.C.
Client(s): Chevron U.S.A. Inc.

Rick Shelby, Phelps Dunbar LLP
Client(s): Linear Controls, Inc.

Keith Simon, Latham & Watkins
Client(s): Debtors

Misha Ross, Latham & Watkins
Client(s): Debtors

Christopher  Beaucage, Latham & Watkins
Client(s): Debtors

Alexandra  Zablocki, Latham & Watkins
Client(s): Debtors

Betsy  Marks, Latham & Watkins
Client(s): Debtors

Chris  Harris, Latham & Watkins
Client(s): Debtors

Rebecca Blake Chaikin, Jackson Walker LLP
Client(s): Debtors

Matthew D.  Cavenaugh, Jackson Walker LLP
Client(s): Debtors

Emily  Meraia , Jackson Walker LLP
Client(s): Debtors

Robin Sylvester, Sylvester Law Firm LLC
Client(s): Keystone Chemical LLC

Total Production & Supply LLC