IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-90324 |
| MLCJR, L.L.C., | § | CHAPTER 11 |
| DEBTOR | § | (JOINTLY ADMINISTERED) |

**FIRST AMENDED NOTICE IN LIEU OF SEIZURE OF PROPERTY OR OTHER
ACTION PURSUANT TO 11 U.S.C.A. § 546(b)(2)**

TO THE HONORABLE JUDGE OF SAID COURT:

Prime Energy Resources, LLC ("Prime") hereby gives notice pursuant to 11 U.S.C.A. § 546(b)(2) in lieu of seizure of property or commencement of an action to perfect Prime's mineral lien pursuant to Tex. Prop. Code § 56.001 et seq. and lien on all property contemplated by Tex. Prop. Code § 56.003 including but not limited to the labor, material, machinery, and/or supplies furnished or hauled by Prime, the land, leasehold, oil or gas well, water well, oil or gas pipeline and its right-of-way, and lease for oil and gas purposes for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the buildings and appurtenances on the property, other material, machinery, and supplies used for mineral activities by the owner of the property, and other wells and pipelines used in operations related to oil, gas, and minerals, derived from or arising in connection with Cox Operating, LLC ("Debtor") ownership or operation of certain real property and improvements located in Galveston, Chambers and Jefferson County, Texas, known as the following (collectively, the "Property"):

| Area: | HI | Area: | HI | Area: | HI |
|---|---|---|---|---|---|
| Block: | A 563 | Block: | A 472 | Block: | A 368 |
| Field: | HI563A | Field: | HI492A | Field: | HI368A |
| Lease No. | G02388 | Lease No. | G17182 | Lease No. | G02433 |

In support of this Notice, Prime states as follows:

1

1.      Cox Operating, LLC ("Debtor") commenced this case by filing Chapter 11 petition on May 14, 2023 (the "Petition Date").

2.      Prime has a secured claim in this case in an amount exceeding $180,000, plus interest and legal costs and expenses, secured by a valid, perfected, mineral lien on and security interest in the Property and the property contemplated in Tex. Prop. Code § 56.003, as evidenced by a Contract for Labor, the subsequent invoices to Debtor, and the three separate affidavits of lien regarding mineral activities pursuant to Texas Property Code, Title 5, Subtitle B, Section 56.001 et seq.

3.      Prime takes the position that it has a properly perfected mineral lien and security interest in and lien upon all property contemplated in Tex. Prop. Code § 56.003 on the Property, both prepetition and postpetition, pursuant to the terms of the Contract for Labor, and Tex. Prop. Code § 56.001 et seq.

4.      Notwithstanding the foregoing, pursuant to 11 U.S.C.A. § 546(b)(2), Prime hereby serves notice, in lieu of seizure of property or other action, in the event that applicable law requires Prime to seize the Debtor's property in accordance with Tex. Prop. Code § 56.003, to commence and action, or to take other steps to perfect its security interest in or lien upon said Property.

5.      The labor, material, machinery, and supplies furnished or hauled by Prime, the land, leasehold, oil or gas well, water well, oil or gas pipeline and its right-of-way, and lease for oil and gas purposes for which the labor was performed or material, machinery, or supplies were furnished or hauled, and the buildings and appurtenances on the property, other material, machinery, and supplies used for mineral activities by the owner of the property, and other wells and pipelines used in operations related to oil, gas, and minerals constitute Prime's cash

2

collateral as that term is used in 11 U.S.C.A. § 363.

6.      Prime filed this 546(b)(2) Notice originally in the Bankruptcy Case related to Cox Operating, LLC (Case No. 23-90327). In lieu of the joint administration, Prime now files the same in the jointly administered Case No. 23-90324.

Respectfully submitted,

_//s// Branch M. Sheppard_____
Branch M. Sheppard
Texas Bar No. 24033057
bsheppard@gallowaylawfirm.com
Jonathon W. Austin
Texas Bar No. 24107698
jaustin@gallowaylawfirm.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, A PLC
1300 McKinney Street, Suite 1400
Houston, Texas 77010
(713) 599-0700
(713) 599-0777 (fax)
**ATTORNEYS FOR CREDITOR,**
**PRIME ENERGY RESOURCES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system and Debtor by First Class Mail.

_//s// Branch M. Sheppard_____
Branch M. Sheppard

3