

# OFFSHORE TECHNICAL COMPLIANCE LLC

United States Courts
Southern District of Texas
F I L E D

June 6, 2023

JUN 1 2 2023

United States Courthouse
515 Rusk Avenue
Houston, Texas 77002

Nathan Ochsner, Clerk of Court

Dear Madam/Sir;

We recently received a Notice of Chapter 11 Bankruptcy Case for MLCJR LLC, et al., Case Number 23-90324 (CML), filed on May 14, 2023. The notice was sent to our old address:

Offshore Technical Compliance LLC
1598 Ochsner Blvd. Suite A
Covington, LA 70433

We have moved, and our new address is:

Offshore Technical Compliance LLC
72030 Live Oak Street
Covington, LA 70433

Would you please update our address for future mailings regarding this case?

If you have any questions, please do not hesitate to contact me at 985-801-5578.

Sincerely,

William S. Sheffield, Jr.
Manager and Chief Financial Officer

72030 Live Oak Street
Covington, LA 70433

(985) 727-7400 (T)
(985) 727-7801 (F)