When Recorded, Mail To:
Branch M. Sheppard
Galloway Johnson Tompkins Burr & Smith, A PLC
1301 McKinney, Suite 1400
Houston, Texas 77010

**AFFIDAVIT OF LIEN REGARDING MINERAL ACTIVITIES PURSUANT TO TEXAS PROPERTY CODE, TITLE 5, SUBTITLE B, SECTION 56.001 *ET SEQ.***

| | |
|---|---|
| THE STATE OF LOUISIANA | § |
| | § |
| PARRISH OF LAFAYETTE | § |

BEFORE ME, the undersigned authority, on this day appeared BENJAMIN LANDRY and stated under oath as follows:

1. "My name is BENJAMIN LANDRY. I am the Certified Public Accountant and Member of PRIME ENERGY RESOURCES, LLC ("Claimant"). Claimant's address is 720 St. Nazaire Road, Broussard, Louisiana 70518. I have personal knowledge of the facts which are true and correct stated in this affidavit and am competent and authorized on behalf of Claimant to make this affidavit.

2. COX OPERATING, LLC ("Cox") contracted with Claimant to furnish materials, machinery, or supplies and/or perform labor and services on behalf of the owners of interests in the Well described below pursuant to written contract by and between Cox and Claimant. Cox's address is 4514 Cole Avenue, Suite 1175, Dallas, Texas 75205.

3. Claimant had, under the Contract, furnished labor and in some cases for the rental of equipment for normal operations in connect with the operation of a certain production platform and well or wells, involved in the search and/or production of hydrocarbons, oil and/or gas.

4. Attached hereto as Exhibit "A" is an itemized list of the amounts claimed showing (i) the materials furnished and services performed by Claimant or its agents; (ii) the dates the services were completed and any materials provided; and (iii) the amount due for the service and materials.

5. The amount of this claim is $67,196.40. This amount is due and owing. All just and lawful offset, payments, and credits, if any, have been made and allowed. Claimant furnished the labor, equipment, and/or materials for which payment is requested on November 20, 2022, December 5, 2022, December 25, 2022, January 22, 2023, February 19, 2023, and

6.     The following is a description of the Operating Interest/Working Interest upon which the privilege was claimed, or of the well with respect to which the operations giving rise to Claimant's privilege were performed:

| | |
|---|---|
| Area: | HI |
| Block: | A 563 |
| Field: | HI563A |
| Lease Number: | G02388 |

7.     Claimant served written notice that the lien is claimed not later than the 10th day before the day this affidavit is filed."

Further, affiant sayeth not.

Pursuant to Tex. Prop. Code § 56.042, notice is hereby given that neither the owner of the land, nor the owner of said oil, gas, or mineral leasehold interest therein, nor the owner of any gas or oil pipeline, nor the contractor, nor the subcontractor, nor the purchaser, nor the trustee, receiver or agent of any such owner, lessor, lessee, subcontractor, or purchaser shall either sell or remove the property subject to this lien or cause same to be removed from the land or premises upon which they were to be used or otherwise sell or dispose of the same, without the written consent of Claimant.

Claimant provided Cox with notice of amounts claimed. Claimant attaches hereto as Exhibit "A" and incorporates herein by reference a true and correct copy of the itemized list of the amounts Claimant claims.

Signed on this the 18 day of May, 2023.

Benjamin Landry
Member

Subscribed and sworn to before me, the undersigned authority, by Benjamin Landry, Member of Prime Energy Resources, LLC on this 18 day of May, 2023.

NOTARY PUBLIC
IN AND FOR THE STATE OF LOUISIANA

CRAIG A. RYAN
Notary Public, State of Louisiana
My Commission is For Life
Notary ID # 38473
Bar # 20254



**139 JAMES COMEAUX RD**
**STE B    PMB 609**
**LAFAYETTE, LA  70508**

**Voice: 337-330-2511**

# INVOICE

Invoice Number:  955
Invoice Date:    Nov 20, 2022
Page:            1

**A Finance Charge of 1.5% Per Month Will
Be Assessed On All Overdue Invoices**

| Bill To: | Ship to: |
|---|---|
| COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 | COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| COX OPERATING LLC | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 12/20/22 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | LOCATION OFHI563400 | | |
| 72.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 2,980.80 |
| 98.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 4,057.20 |

| | | |
|---|---|---|
| Subtotal | | 7,038.00 |
| Sales Tax | | |
| Total Invoice Amount | | 7,038.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **7,038.00** |

Check/Credit Memo No:

*PAYMENT TERMS ARE THIRTY (30) DAYS AFTER THE DATE OF THE INVOICE.  A CHARGE OF 1.5% PER MONTH
WILL BE ADDED TO ANY OUTSTANDING BALANCE. IN THE EVENT IT BECOMES NECESSARY, AFTER DEMAND, T
PLACE THE IN THE HANDS OF AN ATTORNEY FOR COLLECTION, OR TO FILE A LIEN, THERE SHALL BE DUE
REASONABLE ATTORNEY OR ATTORNEY'S FEES IN THE AMOUNT OF 25% OF THE OUTSTANDING BALANCE,
WHICHEVER IS GREATER.*

EXHIBIT A

EMPLOYEE I.D. _____

**PR1ME** ENERGY RESOURCES

Date: 11/15/22

EMPLOYEE NAME: **TYLER BARTON**

JOB TITLE: C Operator     CLIENT: Cox

Regular Hitch [ x ]     Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 11/8 HOURS | DATE 11/9 HOURS | DATE 11/10 HOURS | DATE 11/11 HOURS | DATE 11/12 HOURS | DATE 11/13 HOURS | DATE 11/14 HOURS | DATE 11/15 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | | | | 60 |
| Unscheduled Over Time Hours: | | | 4 | | 2 | | | | | | 6 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| DAILY TOTALS | | | 16 | 12 | 14 | 12 | 12 | 0 | 0 | 0 | 72 |

| ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|
| DATE | Hours | | | | | | |
| 11/7/2022 | 6 | Rode the boat to HI-472 and helped BOL | | | | | 6 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXPLANATION OF OVERTIME** over 12 hrs per day

| DATE | Hours | WORK DESCRIPTION |
|---|---|---|
| 11/8/2022 | 4 | BOL HI-472-A |
| 11/10/2022 | 2 | Working with mechanic at WC-498 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

**EMPLOYEE'S SIGNATURE**                    **CLIENT SIGNATURE**

Cox Operating

Field _____

PLT/Well _____ OFHI563400

AFE _____

Charge Code _____ 51000.50

Approval _____ Shane Richard
Digitally signed by Shane Richard
DN: cn=Shane Richard, o, ou,
email=srichard@coxoil.com, c=US
Date: 2022.11.14 07:38:28 -06'00'

Date _____ 11/14/2022

EXHIBIT A

**PR1ME** ENERGY RESOURCES

EMPLOYEE I.D. _____

Date: 11/8/22

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: C Operator    CLIENT: Cox

Regular Hitch [ x ]    Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 11/1 HOURS | DATE 11/2 HOURS | DATE 11/3 HOURS | DATE 11/4 HOURS | DATE 11/5 HOURS | DATE 11/6 HOURS | DATE 11/7 HOURS | DATE 11/8 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | | 84 |
| Unscheduled Over Time Hours: | | | | 1 | 3 | 1 | 3 | | | | 8 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | DAILY TOTALS | | 12 | 13 | 15 | 13 | 15 | 12 | 12 | 0 | 98 |

**ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH**

| DATE | Hours | | Carry over Total |
|---|---|---|---|
| 10/17/2022 | 3 | Offloading Boat | 3 |
| 10/18/2022 | 3 | | 3 |
| | | | |
| | | | |

**EXPLANATION OF OVERTIME**
over 12 hrs per day

| DATE | Hours | WORK DESCRIPTION |
|---|---|---|
| 11/2/2022 | 1 | Fuelling Rental Generator |
| 11/3/2022 | 3 | Cleaning up House keeping |
| 11/4/2022 | 1 | Fuelling Rental Generator |
| 11/5/2022 | 3 | Monotoring Gas P/L bleed down & washing deck |
| | | |
| | | |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

EMPLOYEE'S SIGNATURE    CLIENT SIGNATURE

Cox Operating

Field _____

PLT/Well _____ OFHI563400

AFE _____

Charge Code _____ 51000.50

Approval Timothy Z Wiggins   Digitally signed by Timothy Z Wiggins
DN: cn=Timothy Z Wiggins, o=Cox Oil, ou, email=twiggins@coxoil.com, c=US
Date: 2022.11.07 07:42:24 -06'00'

Date _____ 11/7/2022

EXHIBIT A



**139 JAMES COMEAUX RD**
**STE B    PMB 609**
**LAFAYETTE, LA   70508**

**Voice: 337-330-2511**

# INVOICE

Invoice Number:  962
Invoice Date:      Dec 5, 2022
Page:                 1

A Finance Charge of 1.5% Per Month Will
Be Assessed On All Overdue Invoices

| Bill To: | Ship to: |
|---|---|
| COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 | COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| COX OPERATING LLC | | Net 30 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | Airborne | | 1/4/23 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | LOCATION OFHI563400 | | |
| 1.00 | | LABOR ON 12/1/22 PER ATTACHED | 360.00 | 360.00 |
| 1.00 | | LABOR AND EQUIPMENT ON 12/2/22 PER ATTACHED | 6,404.00 | 6,404.00 |
| 1.00 | | LABOR AND EQUIPMENT ON 12/3/22 PER ATTACHED | 7,107.00 | 7,107.00 |
| 1.00 | | LABOR AND EQUIPMENT ON 12/4/22 PER ATTACHED | 5,834.00 | 5,834.00 |
| 1.00 | | LABOR AND EQUIPMENT ON 12/5/22 PER ATTACHED | 6,464.00 | 6,464.00 |

| | | |
|---|---|---|
| Subtotal | | 26,169.00 |
| Sales Tax | | |
| Total Invoice Amount | | 26,169.00 |
| Payment/Credit Applied | | |
| **TOTAL** | | **26,169.00** |

Check/Credit Memo No:

*PAYMENT TERMS ARE THIRTY (30) DAYS AFTER THE DATE OF THE INVOICE.  A CHARGE OF 1.5% PER MONTH*
*WILL BE ADDED TO ANY OUTSTANDING BALANCE. IN THE EVENT IT BECOMES NECESSARY, AFTER DEMAND, T*
*PLACE THE IN THE HANDS OF AN ATTORNEY FOR COLLECTION, OR TO FILE A LIEN, THERE SHALL BE DUE*
*REASONABLE ATTORNEY OR ATTORNEY'S FEES IN THE AMOUNT OF 25% OF THE OUTSTANDING BALANCE,*
*WHICHEVER IS GREATER.*            EXHIBIT A



**Prime Energy Resources**
139 B James Comeaux Rd
Lafayette, La 70508
Office (337-330-2511
Cell (337) 522-2426

PROJECT TICKET

Poject Ticket #         COX1401
JOB #         PE-016

INVOICE TO:          Cox

| ORDERED BY | Jimmy Brown | | | Date | 12/1/2022 | PO/AFE # | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WITH | Cox | | | OCSG/WELL | | PROJECT | | | | |
| PHONE # | | | | Destination | ICY Broussard Bros. | LEASE | HI-563 B | | | |
| QTY | HRS/MAN | Catalog # | | JOB DESCRIPTION | | RATE/HOUR | TOTAL HOURS | | AMOUNT | |
| 1 | | PEP202 | Site Supervisor / RSO | | | $ 60.00 | | | $ | - |
| 1 | 8 | PEP203 | Foreman | | | $ 45.00 | 8 | | $ | 360.00 |
| | | | | | | | | | $ | - |
| | | | | | | | 0 | | $ | - |
| | | | | | | | 0 | | $ | - |
| | | | | | | | 0 | | $ | - |
| | | | | | | | 0 | | $ | - |
| | | | | | Total Labor Cost | | $ 360.00 | | | |

| | | | TOTAL MAN HOURS | | 8 | |
|---|---|---|---|---|---|---|
| Catalog # | | EQUIPMENT AND EXPENDABLES | | RATE/EACH | QTY. | AMOUNT |
| PEE096 | Tool House | | | $ 1,200.00 | | $ - |
| PEE107 | Confined Space Entry Package - Day | | | $ 319.00 | | $ - |
| PEE111 | Air Compressor - Day | | | $ 155.00 | | $ - |
| PEE303 | 3500 PSI Hot/Cold Unit - Day | | | $ 260.00 | | $ - |
| PEE001 | Survey Meter - Day | | | $ 60.00 | | $ - |
| PEE003 | Air Sampler - Day | | | $ 60.00 | | $ - |
| | Vacuum with hoses and fittings | | | $ 1,200.00 | | $ - |
| | Boiler for degasing | | | $ 1,000.00 | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | Total Equipment Daily Rate | | $ - | |
| | | | | | | $ - |
| | | | | | | $ - |
| | | | | | | $ - |
| | | Cox Operating | | | | $ - |
| | Field | | | | | $ - |
| | PLT/Well | OFHI563400 | | | | $ - |
| | AFE | | | | | $ - |
| | Charge Code | 51000.43 | | | | $ - |
| | Approval Timothy Z Wiggins | Digitally signed by Timothy Z Wiggins DN: cn=Timothy Z Wiggins, o=Cox Oil, ou, email=twiggins@coxoil.com, c=US Date: 2022.12.04 06:25:57 -06'00' | | | | $ - |
| | Date | 12/4/2022 | | | | $ - |
| | | | | | | $ - |
| | | | Total Consumables & Other Daily Cost | | $ - | |
| PEP306 | Personal Protective Equipment (PPE) Pe | | | $ 40.00 | | $ - |
| PET001 | Mileage (F.O.B.) - | | | $ 2.50 | | $ - |
| PEM026 | 25lb Box of Rags | | | $ 28.00 | | $ - |
| PEM020 | Industrial Degreaser / Detergent | | | $ 9.00 | | $ - |

| WORK DESCRIPTION: | SUBTOTAL | | $ 360.00 |
|---|---|---|---|
| | Parish Tax | % | |
| | State Tax | % | |
| | TOTAL AMOUNT | | $ 360.00 |

CLIENT APPROVAL: _Pierre Fontenot_

COMPLETED BY:

Rev. 3/09 RJC

EXHIBIT A

**PR1ME ENERGY RESOURCES**

**Prime Energy Resources**
139 B James Comeaux Rd
Lafayette, La 70508
Office (337-330-2511
Cell (337) 522-2426

**PROJECT TICKET**

| | |
|---|---|
| Poject Ticket # | COX1402 |
| JOB # | PE-016 |

INVOICE TO:     Cox

| ORDERED BY | Jimmy Brown | | | Date | 12/2/2022 | | PO/AFE # | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WITH | Cox | | | OCSG/WELL | | | PROJECT | | | | |
| PHONE # | | | | Destination | ICY Broussard Bros. | | LEASE | HI-563 B | | | |

| QTY | HRS/MAN | Catalog # | JOB DESCRIPTION | RATE/HOUR | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 18 | PEP202 | Site Supervisor / RSO | $ 60.00 | 18 | $ 1,080.00 |
| 1 | 18 | PEP203 | Foreman | $ 45.00 | 18 | $ 810.00 |
| | | | | | | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | Total Labor Cost | | $ 1,890.00 | |
| | | | TOTAL MAN HOURS | | 36 | |

| Catalog # | EQUIPMENT AND EXPENDABLES | RATE/EACH | QTY. | AMOUNT |
|---|---|---|---|---|
| PEE096 | Tool House | $ 1,200.00 | 1 | $ 1,200.00 |
| PEE107 | Confined Space Entry Package - Day | $ 319.00 | 1 | $ 319.00 |
| PEE111 | Air Compressor - Day | $ 155.00 | 1 | $ 155.00 |
| PEE303 | 3500 PSI Hot/Cold Unit - Day | $ 260.00 | 2 | $ 520.00 |
| PEE001 | Survey Meter - Day | $ 60.00 | 1 | $ 60.00 |
| PEE003 | Air Sampler - Day | $ 60.00 | 1 | $ 60.00 |
| | Vacuum with hoses and fittings | $ 1,200.00 | 1 | $ 1,200.00 |
| | Boiler for degasing | $ 1,000.00 | 1 | $ 1,000.00 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | Total Equipment Daily Rate | | $ 4,514.00 | |

Cox Operating

Field _____
PLT/Well  OFHI563400
AFE _____
Charge Code  51000.43
Approval  Timothy Z Wiggins  Digitally signed by Timothy Z Wiggins DN: cn=Timothy Z Wiggins, o=Cox Oil, ou, email=twiggins@coxoil.com, c=US Date: 2022.12.04 06:21:32 -06'00'
Date  12/4/2022

| | Total Consumables & Other Daily Cost | $ - | |
|---|---|---|---|
| PEP306 | Personal Protective Equipment (PPE) Pe | $ 40.00 | | $ - |
| PET001 | Mileage (F.O.B.) - | $ 2.50 | | $ - |
| PEM026 | 25lb Box of Rags | $ 28.00 | | $ - |
| PEM020 | Industrial Degreaser / Detergent | $ 9.00 | | $ - |

WORK DESCRIPTION:

| SUBTOTAL | | $ 6,404.00 |
|---|---|---|
| Parish Tax | % | |
| State Tax | % | |
| TOTAL AMOUNT | | $ 6,404.00 |

CLIENT APPROVAL:  _Pierre Fontenot_

COMPLETED BY: _____

Rev. 3/09 RJC

EXHIBIT A



**Prime Energy Resources**
139 B James Comeaux Rd
Lafayette, La 70508
Office (337-330-2511
Cell (337) 522-2426

**PROJECT TICKET**

| | |
|---|---|
| Poject Ticket # | COX1403 |
| JOB # | PE-016 |

INVOICE TO:　　　Cox

| ORDERED BY | Jimmy Brown | | | Date | 12/3/2022 | PO/AFE # | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WITH | Cox | | | OCSG/WELL | | PROJECT | | | | |
| PHONE # | | | | Destination | ICY Broussard Bros. | LEASE | HI-563 B | | | |

| QTY | HRS/MAN | Catalog # | JOB DESCRIPTION | RATE/HOUR | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 19 | PEP202 | Site Supervisor / RSO | $ 60.00 | 18 | $ 1,080.00 |
| 1 | 18 | PEP203 | Foreman | $ 45.00 | 18 | $ 810.00 |
| | | | | | | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | Total Labor Cost | | $ 1,890.00 | |

| | TOTAL MAN HOURS | | 36 | |
|---|---|---|---|---|

| Catalog # | EQUIPMENT AND EXPENDABLES | RATE/EACH | QTY. | AMOUNT |
|---|---|---|---|---|
| PEE096 | Tool House | $ 1,200.00 | 1 | $ 1,200.00 |
| PEE107 | Confined Space Entry Package - Day | $ 319.00 | 1 | $ 319.00 |
| PEE111 | Air Compressor - Day | $ 155.00 | 1 | $ 155.00 |
| PEE303 | 3500 PSI Hot/Cold Unit - Day | $ 260.00 | 2 | $ 520.00 |
| PEE001 | Survey Meter - Day | $ 60.00 | 1 | $ 60.00 |
| PEE003 | Air Sampler - Day | $ 60.00 | 1 | $ 60.00 |
| | Vacuum with hoses and fittings | $ 1,200.00 | 1 | $ 1,200.00 |
| | Boiler for degasing | $ 1,000.00 | 1 | $ 1,000.00 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | Total Equipment Daily Rate | | $ 4,514.00 | |

| | | | | |
|---|---|---|---|---|
| | | | | $ - |
| | | | | $ - |
| | Cox Operating | | | $ - |
| | | | | $ - |
| | Field _____ | | | $ - |
| | PLT/Well OFHI563400 | | | $ - |
| | AFE _____ | | | $ - |
| | Charge Code 51000.43 | | | $ - |
| | Approval Timothy Z Wiggins _Digitally signed by Timothy Z Wiggins DN: cn=Timothy Z Wiggins, o=Cox Oil, ou, email=twiggins@coxoil.com, c=US Date: 2022.12.04 06:22:15 -06'00'_ | | | $ - |
| | | | | $ - |
| | Date 12/4/2022 | | | $ - |
| | | | | $ - |
| | Total Consumables & Other Daily Cost | | $ - | |
| PEP306 | Personal Protective Equipment (PPE) Pe | $ 40.00 | | $ - |
| PET001 | Mileage (F.O.B.) - | $ 2.50 | 90 | $ 225.00 |
| PEM026 | 25lb Box of Rags | $ 28.00 | 1 | $ 28.00 |
| PEM020 | Industrial Degreaser / Detergent | $ 9.00 | 50 | $ 450.00 |

**WORK DESCRIPTION:**

| | | |
|---|---|---|
| SUBTOTAL | | $ 7,107.00 |
| Parish Tax | % | |
| State Tax | % | |
| TOTAL AMOUNT | | $ 7,107.00 |

CLIENT APPROVAL:　　_Pierre Fontenot_

COMPLETED BY:　　BRYANT DAVIS

EXHIBIT A

Rev. 3/09 RJC

**Prime Energy Resources**
139 B James Comeaux Rd
Lafayette, La 70508
Office (337-330-2511
Cell (337) 522-2426

**PROJECT TICKET**

Poject Ticket #    COX1404
JOB #    PE-016

INVOICE TO:    Cox

| ORDERED BY | Jimmy Brown | | | Date | 12/4/2022 | | PO/AFE # | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| WITH | Cox | | | OCSG/WELL | | | PROJECT | | | |
| PHONE # | | | | Destination | ICY Broussard Bros. | | LEASE | HI-563 B | | |

| QTY | HRS/MAN | Catalog # | JOB DESCRIPTION | RATE/HOUR | TOTAL HOURS | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | 19 | PEP202 | Site Supervisor / RSO | $ 60.00 | 13 | $ 780.00 |
| 1 | 18 | PEP203 | Foreman | $ 45.00 | 12 | $ 540.00 |
| | | | | | | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | | | 0 | $ - |
| | | | Total Labor Cost | | $ 1,320.00 | |

| TOTAL MAN HOURS | | 25 | |
|---|---|---|---|

| Catalog # | EQUIPMENT AND EXPENDABLES | RATE/EACH | QTY. | AMOUNT |
|---|---|---|---|---|
| PEE096 | Tool House | $ 1,200.00 | 1 | $ 1,200.00 |
| PEE107 | Confined Space Entry Package - Day | $ 319.00 | 1 | $ 319.00 |
| PEE111 | Air Compressor - Day | $ 155.00 | 1 | $ 155.00 |
| PEE303 | 3500 PSI Hot/Cold Unit - Day | $ 260.00 | 2 | $ 520.00 |
| PEE001 | Survey Meter - Day | $ 60.00 | 1 | $ 60.00 |
| PEE003 | Air Sampler - Day | $ 60.00 | 1 | $ 60.00 |
| | Vacuum with hoses and fittings | $ 1,200.00 | 1 | $ 1,200.00 |
| | Boiler for degasing | $ 1,000.00 | 1 | $ 1,000.00 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | Total Equipment Daily Rate | | $ 4,514.00 | |
| | | | | $ - |
| | | | | $ - |

Cox Operating

Field _____

PLT/Well ___ OFHI563400

AFE _____

Charge Code Timothy Z ___ 51000.43 Digitally signed by Timothy Z Wiggins
DN: cn=Timothy Z Wiggins, o=Cox Oil,
Approval Wiggins ___ ou, email=twiggins@coxoil.com, c=US
Date: 2022.12.06 11:29:56 -06'00'

Date ___ 12/6/2022

| | $ - |
|---|---|
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |
| | $ - |

| | Total Consumables & Other Daily Cost | $ - | | |
|---|---|---|---|---|
| PEP306 | Personal Protective Equipment (PPE) Pe | $ 40.00 | | $ - |
| PET001 | Mileage (F.O.B.) - | $ 2.50 | | $ - |
| PEM026 | 25lb Box of Rags | $ 28.00 | | $ - |
| PEM020 | Industrial Degreaser / Detergent | $ 9.00 | | $ - |

WORK DESCRIPTION:

| SUBTOTAL | | $ 5,834.00 |
|---|---|---|
| Parish Tax | % | |
| State Tax | % | |
| TOTAL AMOUNT | | $ 5,834.00 |

CLIENT APPROVAL: _____

COMPLETED BY:    BRYANT DAVIS

Rev. 3/09 RJC

EXHIBIT A



**Prime Energy Resources**
139 B James Comeaux Rd
Lafayette, La 70508
Office (337-330-2511
Cell (337) 522-2426

**PROJECT TICKET**

Poject Ticket # _____ COX1405
JOB # _____ PE-016

INVOICE TO:     Cox

| ORDERED BY | Jimmy Brown | | | Date | 12/5/2022 | | PO/AFE # | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| WITH | Cox | | | OCSG/WELL | | | PROJECT | | | | |
| PHONE # | | | | Destination | ICY Broussard Bros. | | LEASE | HI-563 B | | | |
| QTY | HRS/MAN | Catalog # | JOB DESCRIPTION | | | | RATE/HOUR | | TOTAL HOURS | | AMOUNT |
| 1 | 19 | PEP202 | Site Supervisor / RSO | | | | $ | 60.00 | 19 | $ | 1,140.00 |
| 1 | 18 | PEP203 | Foreman | | | | $ | 45.00 | 18 | $ | 810.00 |
| | | | | | | | | | | $ | - |
| | | | | | | | | | 0 | $ | - |
| | | | | | | | | | 0 | $ | - |
| | | | | | | | | | 0 | $ | - |
| | | | | | | | | | 0 | $ | - |
| | | | | | | Total Labor Cost | | | $ | 1,950.00 | |

| | TOTAL MAN HOURS | | | | | | | 37 | |
|---|---|---|---|---|---|---|---|---|---|
| Catalog # | EQUIPMENT AND EXPENDABLES | | | RATE/EACH | | QTY. | | AMOUNT | |
| PEE096 | Tool House | | | $ | 1,200.00 | 1 | | $ | 1,200.00 |
| PEE107 | Confined Space Entry Package - Day | | | $ | 319.00 | 1 | | $ | 319.00 |
| PEE111 | Air Compressor - Day | | | $ | 155.00 | 1 | | $ | 155.00 |
| PEE303 | 3500 PSI Hot/Cold Unit - Day | | | $ | 260.00 | 2 | | $ | 520.00 |
| PEE001 | Survey Meter - Day | | | $ | 60.00 | 1 | | $ | 60.00 |
| PEE003 | Air Sampler - Day | | | $ | 60.00 | 1 | | $ | 60.00 |
| | Vacuum with hoses and fittings | | | $ | 1,200.00 | 1 | | $ | 1,200.00 |
| | Boiler for degasing | | | $ | 1,000.00 | 1 | | $ | 1,000.00 |
| | | | | | | | | $ | - |
| | | | | | | | | $ | - |
| | | | | | | | | $ | - |
| | | | | Total Equipment Daily Rate | | | $ | 4,514.00 | |

Cox Operating

Field _____

PLT/Well _____ OFHI563400

AFE _____

Charge Code _____ 51000.43

Approval Timothy Z Wiggins
Digitally signed by Timothy Z Wiggins
DN: cn=Timothy Z Wiggins, o=Cox Oil, ou,
email=twiggins@coxoil.com, c=US
Date: 2022.12.06 07:44:24 -06'00'

Date _____ 12/6/2022

| | | | | | $ | - |
|---|---|---|---|---|---|---|
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | | | $ | - |
| | | | Total Consumables & Other Daily Cost | $ | - | |

| PEP306 | Personal Protective Equipment (PPE) Pe | $ | 40.00 | | $ | - |
|---|---|---|---|---|---|---|
| PET001 | Mileage (F.O.B.) - | $ | 2.50 | | $ | - |
| PEM026 | 25lb Box of Rags | $ | 28.00 | | $ | - |
| PEM020 | Industrial Degreaser / Detergent | $ | 9.00 | | $ | - |

WORK DESCRIPTION:

| SUBTOTAL | | $ | 6,464.00 |
|---|---|---|---|
| Parish Tax | % | | |
| State Tax | % | | |
| TOTAL AMOUNT | | $ | 6,464.00 |

CLIENT APPROVAL: _____

Rev. 3/09 RJC

COMPLETED BY:     BRYANT DAVIS

EXHIBIT A



**139 JAMES COMEAUX RD
STE B    PMB 609
LAFAYETTE, LA  70508**

**Voice: 337-330-2511**

# INVOICE

Invoice Number:  983
Invoice Date:      Dec 25, 2022
Page:                    1

**A Finance Charge of 1.5% Per Month Will
Be Assessed On All Overdue Invoices**

| Bill To: | Ship to: |
|---|---|
| COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 | COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| COX OPERATING LLC | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 1/24/23 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | LOCATION OFHI563400 | | |
| 100.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 4,140.00 |
| 110.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 4,554.00 |

| | |
|---|---|
| Subtotal | 8,694.00 |
| Sales Tax | |
| Total Invoice Amount | 8,694.00 |
| Payment/Credit Applied | |
| **TOTAL** | **8,694.00** |

Check/Credit Memo No:

*PAYMENT TERMS ARE THIRTY (30) DAYS AFTER THE DATE OF THE INVOICE.  A CHARGE OF 1.5% PER MONTH
WILL BE ADDED TO ANY OUTSTANDING BALANCE. IN THE EVENT IT BECOMES NECESSARY, AFTER DEMAND, T
PLACE THE IN THE HANDS OF AN ATTORNEY FOR COLLECTION, OR TO FILE A LIEN, THERE SHALL BE DUE
REASONABLE ATTORNEY OR ATTORNEY'S FEES IN THE AMOUNT OF 25% OF THE OUTSTANDING BALANCE,
WHICHEVER IS GREATER.*

EXHIBIT A

**PR1ME** ENERGY RESOURCES

EMPLOYEE I.D. _____

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: C Operator     CLIENT: Cox

Date: 2/6132022

Regular Hitch [ x ]     Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 12/6 HOURS | DATE 12/7 HOURS | DATE 12/8 HOURS | DATE 12/9 HOURS | DATE 12/10 HOURS | DATE 12/11 HOURS | DATE 12/12 HOURS | DATE 12/13 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 4 | 88 |
| Unscheduled Over Time Hours: | | | 6 | | | | | | | | 6 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | DAILY TOTALS | | 18 | 12 | 12 | 12 | 12 | 12 | 12 | 4 | 100 |

**ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH**

| DATE | Hours | | Carry over Total |
|---|---|---|---|
| 12/5/2022 | 6 | Monitoring levels, pressures and By-Pass and BS&W | 6 |
| | | | |
| | | | |
| | | | |

**EXPLANATION OF OVERTIME** over 12 hrs per day

| DATE | Hours | WORK DESCRIPTION |
|---|---|---|
| 12/6/2022 | 6 | Monitoring levels, pressures and By-Pass and BS&W |
| 12/13/2022 | 4 | Crew Change |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

**EMPLOYEE'S SIGNATURE**     **CLIENT SIGNATURE**

Cox Operating

Field _____
PLT/Well _____ OFHI563400
AFE _____
Charge Code _____ 51000.50
Approval Shane Richard
Digitally signed by Shane Richard
DN: cn=Shane Richard, o, ou,
email=srichard@coxoil.com, c=US
Date: 2022.12.12 07:26:46 -06'00'
Date _____ 12/12/2022

EXHIBIT A

EMPLOYEE I.D.

**PRIME**
ENERGY RESOURCES

Date: 12/6/22

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: C Operator     CLIENT: Cox

Regular Hitch [ x ]     Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 11/29 HOURS | DATE 11/30 HOURS | DATE 12/1 HOURS | DATE 12/2 HOURS | DATE 12/3 HOURS | DATE 12/4 HOURS | DATE 12/5 HOURS | DATE 12/6 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | | 84 |
| Unscheduled Over Time Hours: | | | 2 | 2 | 6 | 2 | 2 | 6 | 6 | | 26 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | DAILY TOTALS | | 14 | 14 | 18 | 14 | 14 | 18 | 18 | 0 | 110 |

| ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|---|
| DATE | Hours | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| EXPLANATION OF OVERTIME over 12 hrs per day | | WORK DESCRIPTION |
|---|---|---|
| DATE | Hours | |
| 11/29/2022 | 2 | Fueling up rental generator |
| 11/30/2022 | 2 | Fueling up rental generator |
| 12/1/2022 | 6 | Offload Tank cleanning equipment |
| 12/2/2022 | 2 | Fueling up rental generator |
| 12/3/2022 | 2 | Fueling up rental generator |
| 12/4/2022 | 6 | P/F up and down all night. One thing after another |
| 12/5/2022 | 6 | P/F up and down all night. One thing after another |
| | | |

**PRIME**
ENERGY RESOURCES

EMPLOYEE'S SIGNATURE                    CLIENT SIGNATURE

Cox Operating

Field _____

PLT/Well _____ OFHI563400

AFE _____

Charge Code _____ 51000.50

Approval Timothy Z Wiggins
Digitally signed by Timothy Z Wiggins
DN: cn=Timothy Z Wiggins, o=Cox Oil,
ou, email=twiggins@coxoil.com, c=US
Date: 2022.12.05 06:43:41 -06'00'

Date _____ 12/5/2022

EXHIBIT A



**139 JAMES COMEAUX RD
STE B    PMB 609
LAFAYETTE, LA  70508**

**Voice: 337-330-2511**

# INVOICE

Invoice Number:   1001
Invoice Date:      Jan 22, 2023
Page:              1

**A Finance Charge of 1.5% Per Month Will
Be Assessed On All Overdue Invoices**

| Bill To: | Ship to: |
|---|---|
| COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 | COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| COX OPERATING LLC | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 2/21/23 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | LOCATION OFHI563400 | | |
| 123.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 5,092.20 |
| 93.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 3,850.20 |

| | | |
|---|---|---|
| Subtotal | | 8,942.40 |
| Sales Tax | | |
| Total Invoice Amount | | 8,942.40 |
| Payment/Credit Applied | | |
| **TOTAL** | | **8,942.40** |

Check/Credit Memo No:

*PAYMENT TERMS ARE THIRTY (30) DAYS AFTER THE DATE OF THE INVOICE.  A CHARGE OF 1.5% PER MONTH
WILL BE ADDED TO ANY OUTSTANDING BALANCE. IN THE EVENT IT BECOMES NECESSARY, AFTER DEMAND, T
PLACE THE IN THE HANDS OF AN ATTORNEY FOR COLLECTION, OR TO FILE A LIEN, THERE SHALL BE DUE
REASONABLE ATTORNEY OR ATTORNEY'S FEES IN THE AMOUNT OF 25% OF THE OUTSTANDING BALANCE,
WHICHEVER IS GREATER.*

EXHIBIT A

**PR1ME** ENERGY RESOURCES

EMPLOYEE I.D. _____

Date: 1/10/23

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: C Operator    CLIENT: Cox

Regular Hitch [ x ]    Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 1/3 HOURS | DATE 1/4 HOURS | DATE 1/5 HOURS | DATE 1/6 HOURS | DATE 1/7 HOURS | DATE 1/8 HOURS | DATE 1/9 HOURS | DATE 1/10 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 4 | 88 |
| Unscheduled Over Time Hours: | | | 6 | 6 | 5 | | 6 | 6 | | | 29 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| DAILY TOTALS | | | 18 | 18 | 17 | 12 | 18 | 18 | 12 | 4 | 123 |

| ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|
| DATE | Hours | | | | | | |
| 1/2/2023 | 6 | | BS&W Problems | | | | 6 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| EXPLANATION OF OVERTIME over 12 hrs per day | | WORK DESCRIPTION |
|---|---|---|
| DATE | Hours | |
| 1/3/2023 | 6 | BS&W Issues, panel problems, etc |
| 1/4/2023 | 6 | BS&W Issues, panel problems, etc, circulating trying to clean oil |
| 1/5/2023 | 5 | BS&W Problems, carry over from last night/ P/F shut it and brought back online and monitoring |
| 1/7/2023 | 6 | Offload / Backload boat, set & start cleaning LP Sep |
| 1/8/2023 | 6 | Finish cleaning LP Sep, Secure vessel, Came BOL |
| 1/10/2023 | 4 | Crew Change |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

**EMPLOYEE'S SIGNATURE**          **CLIENT SIGNATURE**

Cox Operating

Field _____

PLT/Well          OFHI563400

AFE _____

Charge Code          51000.50

Approval Shane Richard
Digitally signed by Shane Richard
DN: cn=Shane Richard, o, ou,
email=srichard@coxoil.com, c=US
Date: 2023.01.09 07:21:12 -06'00'

Date          1/9/2023

EXHIBIT A

EMPLOYEE I.D. _____

**PR1ME** ENERGY RESOURCES

Date: __1/2/23__

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: ___C Operator___   CLIENT: ___Cox___

Regular Hitch [ x ]   Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 12/27 HOURS | DATE 12/28 HOURS | DATE 12/29 HOURS | DATE 12/30 HOURS | DATE 12/31 HOURS | DATE 1/1 HOURS | DATE 1/2 HOURS | DATE 1/3 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | | 84 |
| Unscheduled Over Time Hours: | | | 3 | 3 | | | 2 | 1 | | | 9 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | DAILY TOTALS | | 15 | 15 | 12 | 12 | 14 | 13 | 12 | 0 | 93 |

| | ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | Hours | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

| | EXPLANATION OF OVERTIME over 12 hrs per day | | WORK DESCRIPTION |
|---|---|---|---|
| | DATE | Hours | |
| | 12/27/2022 | 3 | BS&W Problems |
| | 12/28/2022 | 3 | BS&W Problems |
| | 12/31/2023 | 2 | Working on #3 compressor and BOL |
| | 1/1/2023 | 1 | Multiple bogus alarms |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PR1ME** ENERGY RESOURCES

EMPLOYEE'S SIGNATURE                                    CLIENT SIGNATURE

Cox Operating

Field _____

PLT/Well ___OFHI563400___

AFE _____

Charge Code ___51000.50___

Approval  Timothy Z Wiggins
Digitally signed by Timothy Z Wiggins
DN: cn=Timothy Z Wiggins, o=Cox Oil,
ou, email=twiggins@coxoil.com, c=US
Date: 2023.01.02 07:18:26 -06'00'

Date _____  1/2/2023

EXHIBIT A



**139 JAMES COMEAUX RD**
**STE B    PMB 609**
**LAFAYETTE, LA  70508**

**Voice: 337-330-2511**

# INVOICE

Invoice Number:   1028
Invoice Date:      Feb 19, 2023
Page:              1

A Finance Charge of 1.5% Per Month Will
Be Assessed On All Overdue Invoices

| Bill To: | Ship to: |
| --- | --- |
| COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 | COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 |

| Customer ID | Customer PO | Payment Terms | |
| --- | --- | --- | --- |
| COX OPERATING LLC | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 3/21/23 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| | | LOCATION OFHI563400 | | |
| 101.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 4,181.40 |
| 96.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 3,974.40 |

| | | |
| --- | --- | --- |
| Subtotal | | 8,155.80 |
| Sales Tax | | |
| Total Invoice Amount | | 8,155.80 |
| Payment/Credit Applied | | |
| **TOTAL** | | **8,155.80** |

Check/Credit Memo No:

*PAYMENT TERMS ARE THIRTY (30) DAYS AFTER THE DATE OF THE INVOICE.  A CHARGE OF 1.5% PER MONTH WILL BE ADDED TO ANY OUTSTANDING BALANCE. IN THE EVENT IT BECOMES NECESSARY, AFTER DEMAND, T PLACE THE IN THE HANDS OF AN ATTORNEY FOR COLLECTION, OR TO FILE A LIEN, THERE SHALL BE DUE REASONABLE ATTORNEY OR ATTORNEY'S FEES IN THE AMOUNT OF 25% OF THE OUTSTANDING BALANCE, WHICHEVER IS GREATER.*

EXHIBIT A

**PR1ME** ENERGY RESOURCES

EMPLOYEE I.D. _____

Date: 2/7/23

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: C Operator    CLIENT: Cox

Regular Hitch [ x ]    Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 1/31 HOURS | DATE 2/1 HOURS | DATE 2/2 HOURS | DATE 2/3 HOURS | DATE 2/4 HOURS | DATE 2/5 HOURS | DATE 2/6 HOURS | DATE 2/7 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 4 | 88 |
| Unscheduled Over Time Hours: | | | | 4 | | 3 | 6 | | | | 13 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| DAILY TOTALS | | | 12 | 16 | 12 | 15 | 18 | 12 | 12 | 4 | 101 |

| ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|---|
| DATE | Hours | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EXPLANATION OF OVERTIME** (over 12 hrs per day)

| DATE | Hours | WORK DESCRIPTION |
|---|---|---|
| 2/1/2023 | 4 | BS&W Issues |
| 2/3/2023 | 3 | BS&W Issues |
| 2/4/2023 | 3 | S/I on LSL Surge tank, BOL and monitored platform. BS&W issues in the AM |
| 2/4/2023 | 3 | Flushing out treater and offloading the boat in the PM |
| 2/7/2023 | 4 | Crew Change |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

EMPLOYEE'S SIGNATURE                                   CLIENT SIGNATURE

Cox Operating

Field _____

PLT/Well _____ OFHI563400

AFE _____

Charge Code _____ 51000.50

Approval Shane Richard
Digitally signed by Shane Richard
DN: cn=Shane Richard, o, ou,
email=srichard@coxoil.com, c=US
Date: 2023.02.06 07:24:29 -06'00'

Date _____ 2/6/2023

EXHIBIT A

EMPLOYEE I.D. _____

**PR1ME** ENERGY RESOURCES

Date: __1/30/23__

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: ____C Operator____   CLIENT: ___Cox___

Regular Hitch [ x ]   Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 1/24 HOURS | DATE 1/25 HOURS | DATE 1/26 HOURS | DATE 1/27 HOURS | DATE 1/28 HOURS | DATE 1/29 HOURS | DATE 1/30 HOURS | DATE 1/31 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | | 84 |
| Unscheduled Over Time Hours: | | | | | 2 | 6 | 2 | 2 | | | 12 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | **DAILY TOTALS** | | 12 | 12 | 14 | 18 | 14 | 14 | 12 | 0 | 96 |

**ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH**

| DATE | Hours | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**EXPLANATION OF OVERTIME**
over 12 hrs per day

| DATE | Hours | WORK DESCRIPTION |
|---|---|---|
| 1/26/2023 | 2 | BS&W Issues |
| 1/27/2023 | 6 | Return treater to normal, sold oil in bad oil tank, monitored Oil P/L due to PSL |
| 1/28/2023 | 2 | BS&W Issues |
| 1/29/2023 | 2 | #1 Charge Pump Failure |
| | | |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

**EMPLOYEE'S SIGNATURE**                **CLIENT SIGNATURE**

Cox Operating

Field _____

PLT/Well _____ OFHI563400 _____

AFE _____

Charge Code _____ 51000.50 _____

Approval Timothy Z Wiggins

Digitally signed by Timothy Z Wiggins
DN: cn=Timothy Z Wiggins, o=Cox Oil, ou,
email=twiggins@coxoil.com, c=US
Date: 2023.01.30 07:42:53 -06'00'

Date _____ 1/30/2023 _____

EXHIBIT A



**139 JAMES COMEAUX RD**
**STE B    PMB 609**
**LAFAYETTE, LA  70508**

**Voice: 337-330-2511**

# INVOICE

Invoice Number:   1061
Invoice Date:     Mar 26, 2023
Page:             1

A Finance Charge of 1.5% Per Month Will
Be Assessed On All Overdue Invoices

| Bill To: | Ship to: |
|---|---|
| COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 | COX OPERATING LLC<br>ATTN: ACCOUNTS PAYABLE<br>1615 POYDRAS SUITE 830<br>NEW ORLEANS, LA  70112 |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| COX OPERATING LLC | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | Airborne | | 4/25/23 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| | | OFHI563400 | | |
| 102.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 4,222.80 |
| 96.00 | TYLER BARTON-R | LABOR FOR TYLER BARTON | 41.40 | 3,974.40 |

|  |  |
|---|---|
| Subtotal | 8,197.20 |
| Sales Tax | |
| Total Invoice Amount | 8,197.20 |
| Payment/Credit Applied | |
| **TOTAL** | **8,197.20** |

Check/Credit Memo No:

*PAYMENT TERMS ARE THIRTY (30) DAYS AFTER THE DATE OF THE INVOICE.  A CHARGE OF 1.5% PER MONTH WILL BE ADDED TO ANY OUTSTANDING BALANCE. IN THE EVENT IT BECOMES NECESSARY, AFTER DEMAND, T PLACE THE IN THE HANDS OF AN ATTORNEY FOR COLLECTION, OR TO FILE A LIEN, THERE SHALL BE DUE REASONABLE ATTORNEY OR ATTORNEY'S FEES IN THE AMOUNT OF 25% OF THE OUTSTANDING BALANCE, WHICHEVER IS GREATER.*

EXHIBIT A

EMPLOYEE I.D. _____

**PR1ME** ENERGY RESOURCES

Date: 3/7/23

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: ____C Operator____   CLIENT: ____Cox____

Regular Hitch [ x ]   Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 2/28 HOURS | DATE 3/1 HOURS | DATE 3/2 HOURS | DATE 3/3 HOURS | DATE 3/4 HOURS | DATE 3/5 HOURS | DATE 3/6 HOURS | DATE 3/7 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | 4 | 88 |
| Unscheduled Over Time Hours: | | | | | 2 | 4 | 4 | 4 | | | 14 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | DAILY TOTALS | | 12 | 12 | 14 | 16 | 16 | 16 | 12 | 4 | 102 |

| ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|---|
| DATE | Hours | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**EXPLANATION OF OVERTIME**
over 12 hrs per day

| DATE | Hours | WORK DESCRIPTION |
|---|---|---|
| 3/2/2023 | 2 | LAH on the bad oil tank and issues with the skimmer |
| 3/3/2023 | 4 | BS&W issues & working on skimmer oil transfer pump |
| 3/4/2023 | 4 | BS&W issues all night |
| 3/5/2023 | 4 | LSL on surge tank and BS&W issues |
| 3/7/2023 | 4 | Crew Change |
| | | |
| | | |
| | | |
| | | |

**PR1ME** ENERGY RESOURCES

**EMPLOYEE'S SIGNATURE**    **CLIENT SIGNATURE**

Cox Operating

Field _____

PLT/Well ____OFHI563400____

AFE _____

Charge Code ____51000.50____

Approval **Shane Richard**   Digitally signed by Shane Richard
DN: cn=Shane Richard, o, ou,
email=srichard@coxoil.com, c=US
Date: 2023.03.06 09:51:25 -06'00'

Date ____3/6/202__   EXHIBIT A

EMPLOYEE I.D. _____

**PRIME** ENERGY RESOURCES

Date: __2/27/23__

EMPLOYEE NAME: TYLER BARTON

JOB TITLE: ____C Operator____    CLIENT: __Cox__

Regular Hitch [ x ]    Workover [ ]

| | LOCATION(S) WORKED | JOB NUMBER | DATE 2/21 HOURS | DATE 2/22 HOURS | DATE 2/23 HOURS | DATE 2/24 HOURS | DATE 2/25 HOURS | DATE 2/26 HOURS | DATE 2/27 HOURS | DATE 2/28 HOURS | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Work Hours: | HA-563-B | | 12 | 12 | 12 | 12 | 12 | 12 | 12 | | 84 |
| Unscheduled Over Time Hours: | | | 3 | 2 | 2 | 2 | | 3 | | | 12 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| | | | | | | | | | | | 0 |
| DAILY TOTALS | | | 15 | 14 | 14 | 14 | 12 | 15 | 12 | 0 | 96 |

| ADDITIONAL TIME / CARRY OVER FROM PREVIOUS HITCH | | | | | | | Carry over Total |
|---|---|---|---|---|---|---|---|
| DATE | Hours | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| EXPLANATION OF OVERTIME *over 12 hrs per day* | | WORK DESCRIPTION |
|---|---|---|
| DATE | Hours | |
| 2/21/2023 | 3 | BS&W Issues |
| 2/22/2023 | 2 | BS&W Issues |
| 2/23/2023 | 2 | Platform S/I on LSL Surge tank, BOL and monitored |
| 2/24/2023 | 2 | Platform S/I on LSL Surge tank again, BOL and monitored and adjusted the 2100 controler |
| 2/26/2023 | 3 | Platform S/I on LSL Surge tank, BOL and monitored, BS&W Issues |
| | | |
| | | |
| | | |

**PRIME** ENERGY RESOURCES

EMPLOYEE'S SIGNATURE                                    CLIENT SIGNATURE

Cox Operating

Field _____
PLT/Well ____OFHI563400____
AFE _____
Charge Code ____51000.50____
Approval __Joshua J. Molaison__ Digitally signed by Joshua J. Molaison Date: 2023.02.27 08:10:25 -06'00'
Date ____2/27/2023____ EXHIBIT A

# FILED AND RECORDED

Instrument Number:          *2023022757*

Recording Fee: 114.00

Number Of Pages:          24

Filing and Recording Date: 05/19/2023 8:28AM

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Galveston County, Texas.



**Dwight D. Sullivan**, County Clerk
Galveston County, Texas

NOTICE: It is a crime to intentionally or knowingly file a fraudulent court record or instrument with the clerk.

**DO NOT DESTROY** - *Warning, this document is part of the Official Public Record.*