**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **MLCJR LLC, *et al.*[1]** | § | **CASE NO. 23-90324 (CML)** |
| | § | |
| **Debtors** | § | **(Jointly Administered)** |

**LIMITED OBJECTION AND RESERVATION OF CONSENT RIGHTS OF CHEVRON U.S.A. INC.; UNION OIL COMPANY OF CALIFORNIA; NOBLE ENERGY, INC.; CHEVRON PIPE LINE COMPANY; UNOCAL PIPELINE COMPANY; AND THEIR AFFILIATES TO DEBTORS' NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNT**
[Relates to Dkt. No. 198, 471, 585, 616]

Chevron U.S.A. Inc.; Union Oil Company of California; Noble Energy, Inc.; Chevron Pipe Line Company; Unocal Pipeline Company; and each of their respective affiliates, (collectively "Chevron"), creditors in the above-styled case, pursuant to Bankruptcy Code section 363 and Federal Rule of Bankruptcy Procedure 6004, file this Limited Objection and Reservation of Consent Rights and in support thereof, would respectfully state as follows:

## SUMMARY OF LIMITED OBJECTION

As required by the Court's Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on Approval of the Sale of all or Substantially all of the Debtors' Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving the Manner of Notice Thereof, and (D) Granting Related Relief [Dkt. No. 471] (the "Bid Procedures Order[2]"), Chevron files this limited objection and

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave., Suite 1175, Dallas, Texas 75205.

[2] Unless expressly defined herein, defined terms have the same meaning ascribed to them in the Bid Procedures Order.

reservation of Consent Rights because it has Consent Rights arising from prior transactions involving properties that are now owned and/or operated by one or more of the Debtors. Due to a lack of clarity in the procedures, Chevron files this limited objection and reservation of rights to expressly reserve and preserve any and all Consent Rights in connection with any future transactions involving properties or interests where Chevron has such Consent Rights.

## I.
## FACTUAL BACKGROUND

1. On May 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code and continue to operate as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

2. The cases are being jointly administered and an official committee of unsecured creditors has been appointed and retained counsel.

3. On June 20, 2023, the Court signed the Bid Procedures Order approving certain bid procedures and certain assumption and assignment procedures, and further approving certain notices for such procedures.

4. Among other things, the Bid Procedures Order requires a party (with exceptions for Governmental Units) who "asserts or seeks to assert, that any Asset constituting real property or a real property interest (collectively, a 'Real Property Asset') including any oil and gas lease, cannot be transferred, sold, assumed and/or assigned in an Asset Sale or other Potential Transaction free and clear of its liens, claims, interests, and encumbrances on account of either (i) the alleged termination of the Debtors' rights in such Real Property Asset[3] or (ii) alleged approval rights,

[3] It is axiomatic that if the Debtors' interest in a Real Property Asset was terminated pre-petition, the Debtors would have no interest to sell or transfer, regardless of whether a party has filed an objection. Bankruptcy Code section 541 clearly provides that property of the estate, that can be sold or transferred, consists of only whatever interests or property rights the debtor has upon the date of sale or transfer.

consent rights, preferential purchase rights, rights of purchase, rights of first refusal, rights of first offer, tag-along rights, or similar rights" must assert a Consent Rights Objection by July 19, 2023.

## II.
## LIMITED OBJECTION AND RESERVATION OF RIGHTS

5. The procedures are not clear as to whether a Consent Rights Objection is necessary to preserve such rights solely in these cases, or for some other reason, including with respect to reservation of such rights in the future as to future transactions. Accordingly, Chevron files this limited objection and reservation of rights not for any Asset Sale or Potential Transaction in the above-styled cases, but solely with respect to Chevron's Consent Rights related to future transactions involving any property or interest related to which Chevron has such rights.

6. Prior to the Petition Date, Chevron sold certain properties to (i) one or more of the Debtors or (ii) entities that later sold and/or transferred certain properties to one of the Debtors or to entities that were later acquired by, merged into or with, or otherwise became one of the Debtors. Pursuant to the documents related to such transactions, Chevron has or may have certain Consent Rights as to future transactions. For example, under that certain Asset Sale and Purchase Agreement dated as of December 9, 2015, by and among Chevron U.S.A. Inc., Union Oil Company of California, and Cox Oil Offshore, L.L.C. ("Cox") and including all associated amendments and all associated agreements (the "ASPA"), the prior consent of one or more Chevron entities is required for the assignment, in whole or in part, of Cox's and/or its permitted assignee's rights, duties, and obligations under the ASPA, the Escrow Agreement and certain other Transaction Documents (as each capitalized term is defined in the ASPA). Chevron expressly reserves and preserves all such Consent Rights as to any future transactions. Chevron has additional Consent Rights under other agreements or transaction documents related to sales and/or transfers of assets or interests to the Debtors (or their predecessors or predecessors in interest) and/or agreements or

transaction documents involving properties or interests that are now owned and/or operated by one of the Debtors. All such Consent Rights are expressly reserved and preserved as to any future transactions, including but not limited to preferential rights to purchase or rights of first refusal,

## III.
## CONCLUSION

WHEREFORE, Chevron U.S.A. Inc; Union Oil Company of California; Noble Energy, Inc.; Chevron Pipe Line Company; Unocal Pipeline Company; and their respective affiliates respectfully request that the Court sustain their limited objection and reservation of Consent Rights as discussed herein, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

**ANDREWS MYERS, P.C.**

*/s/ Edward L. Ripley*
EDWARD L. RIPLEY
Texas Bar No. 16935950
T. JOSH JUDD
Texas Bar No. 24036866
1885 St. James Place, 15th Floor
Houston, Texas 77056
713-850-4200 – Telephone
713-850-4211 – Facsimile
eripley@andrewsmyers.com
jjudd@andrewsmyers.com

**ATTORNEYS FOR CHEVRON U.S.A. INC.; UNION OIL COMPANY OF CALIFORNIA; NOBLE ENERGY, INC.; CHEVRON PIPE LINE COMPANY; UNOCAL PIPELINE COMPANY; AND THEIR RESPECTIVE AFFILIATES**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, a true and correct copy of the foregoing Limited Objection was served via the Court's Electronic Notification System on all parties entitled to such notice.

*/s/ Edward L. Ripley*
EDWARD L. RIPLEY