**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **MLCJR LLC, *et al.*,** | § | |
| | § | **CASE NO. 23-90324 (CML)** |
| **Debtors**[1] | § | |
| | § | **(Jointly Administered)** |

**THE STATE OF LOUISIANA'S OBJECTION TO DEBTOR'S NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS [DKT. 585] AND THE REVISED NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS [DKT. 616]**

MAY IT PLEASE THE COURT:

The State of Louisiana, Department of Natural Resources and the State Mineral and Energy Board ("State"), by and through its undersigned counsel, hereby files this objection to the Chapter 11 Debtor's Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Dkt. 585] and the Revised Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [Dkt. 616] ("Amended Schedule"). In support of its Objection, the State respectfully represents as follows:

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

## PRELIMINARY STATEMENT

1. On July 7, 2023, the Debtors filed the Notice of (i) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (ii) Cure Amounts [Dkt. No. 585] (the "Initial Assumption Notice") and on July 12, 2023, the Debtors filed the Revised Notice of (i) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (ii) Cure Amounts [Dkt. No. 616] (the "Revised Assumption Notice," and together with the Initial Assumption Notice, the "Notice").

2. The Notice designated the following contracts with the State of Louisiana Department of Natural Resources as contracts to be potentially assumed and assigned (the "Potentially Assigned Contracts"):

| Party | Debtor | Control Number | Description |
|---|---|---|---|
| Department of Natural Resources State of Louisiana | Energy XXI Gulf Coast, LLC | 12290000000 | Subsurface Agreement Dated 01/02/1985 |
| Department of Natural Resources State of Louisiana | Energy XXI Gulf Coast, LLC | 12291000000 | Subsurface Agreement Dated 05/28/1986 |
| Louisiana Department of Natural Resources | Energy XXI Gulf Coast, LLC | 50254000 | Miscellaneous Agreement Dated 08/08/1997 |
| Mineral Board State of Louisiana | Energy XXI Gulf Coast, LLC | 11632000000 | Oil, Gas and Other Liquid or Gaseous Minerals Agreement Dated 04/17/1989 |
| State Mineral and Energy of the Board State of Louisiana | Cox Oil Offshore, L.L.C. | 100304000 | Land Agreement - SM 207-241 USA OCS 00310; DAVY JONES, Dated 04/18/1958 |
| State Mineral and Energy of the Board State of Louisiana | Energy XXI Gulf Coast, LLC | 10087000000 | Land Agreement - ST 21 ST LA 1423; ST 21, Dated 03/05/1997 |
| State Mineral and Energy of the Board State of Louisiana | Energy XXI Gulf Coast, LLC | 10087000000 | Land Agreement - ST 21 ST LA 1423; ST 21, Dated 04/11/1957 |

| | | | |
|---|---|---|---|
| State Mineral and Energy of the Board State of Louisiana | Energy XXI Gulf Coast, LLC | 13201000000 | Oil, Gas and Other Liquid or Gaseous Minerals Agreement Dated 05/09/2012 |
| State Mineral and Energy of the Board State of Louisiana | EPL Oil & Gas, LLC | 13169000000 | Land Lease Agreement Dated 05/01/1964 |
| State Mineral and Energy of the Board State of Louisiana | EPL Oil & Gas, LLC | 13170000000 | Agreement Relating to Non-Producing Section 8 Dated 11/21/1968 |
| State Mineral and Energy of the Board State of Louisiana | EPL Oil & Gas, LLC | 13339000000 | Tide Lands Agreement Dated 08/04/1950 |
| LA State Mineral Board | EPL Oil & Gas, LLC | 52786000 | Joint Operating Agreement Dated 04/09/2008 |
| State of Louisiana | Cox Operating L.L.C. | 100429000 | Miscellaneous Agreement Dated 07/06/2021 |
| State of Louisiana | EPL Oil & Gas, LLC | 51766000 | Commingling Agreement Dated 06/20/1957 |
| State of Louisiana | EPL Oil & Gas, LLC | 51804000 | Letter Agreement Dated 10/03/2012 |
| State of Louisiana | EPL Oil & Gas, LLC | 51940000 | Letter Agreement Dated 07/21/2005 |

3. The Debtors have listed the cure amounts for each of those contracts at zero dollars ($0.00).

4. However, the State has identified a number of actual contracts, operating agreements, or state leases that relate to ongoing or recent operations, and has calculated Debtor's outstanding and uncured obligations under these agreements (the "State Contracts"). Debtors have either failed to reference these contracts in their list of Potentially Assigned Contracts, or have not provided sufficient information that would allow the State to cross-reference or identify these contracts when compared with the agreements listed in the Potentially Assigned Contracts.

5. The Debtors' contracts, operating agreements or state leases to which the State of Louisiana, Department of Natural Resources is a counterparty are listed below. To the extent that

the Debtors seek to assume and assign the following contracts or to add them to the list of Potentially Assigned Contracts, the State hereby objects to the assumption and assignment of these contracts, and asserts the following cure amounts:

**Cox Operating, L.L.C.**

| State Lease Number | Royalty Due |
|---|---|
| 195 | $345,734.39 |
| 1349 | $1,450.01 |
| 2220 | $360,420.70 |
| 2221 | $114,590.44 |
| 3839 | $13,814.56 |
| 3840 | $1,247.24 |
| 3841 | $9,244.07 |
| 4039 | $179,513.12 |
| 4147 | $6,020.01 |
| 4418 | $0.51 |
| 15941 | $3,057.00 |
| 16158 | $4,131.03 |
| B1007 | $97,998.64 |
| F0002 | $124.96 |
| | |
| **Total** | **$1,137,346.70** |

**Energy XXI GOM**

| State Lease Number | Royalty Due |
|---|---|
| 797 | $14,082.26 |
| 6706 | $21,208.06 |
| 6894 | $24,331.81 |
| | |
| **Total** | **$59,622.12** |

The total net cure amount due under these contracts is $1,196,968.82.

## OBJECTION

Based on the foregoing, the State hereby objects to the assumption and assignment of these interests with a zero dollar cure amount. The actual contracts, operating agreements or leases are a matter of public record and are attached as an exhibit to this filing.

Further, the State objects to the description of the Potentially Assigned Contracts and the other contract references noted herein as not providing sufficient notice of the actual contracts at issue. For the avoidance of doubt, the State asserts its Objection to any contracts listed on the Potentially Assigned Contracts that are intended to reference the State Contracts, including any amendments, modifications or supplements thereto, and reserves the right to amend this Objection, including to reflect the correct Cure Amount owed under any such contract.

The State therefore objects to the assumption and/or assignment of any State Contracts, or any Potentially Assigned Contracts which are meant to reference any of the State Contracts, without satisfaction of the actual cure amount totaling $1,196,968.82.

Dated: July 25, 2023
Baton Rouge, Louisiana

JEFF LANDRY
ATTORNEY GENERAL
STATE OF LOUISIANA

By: ______________________

Ryan M. Seidemann, Ph.D. (La. Bar No. 28991)
Christopher J. Lento (La. Bar No. 35614)
Assistant Attorneys General
Louisiana Department of Justice
P. O. Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone: (225) 326-6030
Facsimile: (225) 326-6099
seidemannr@ag.louisiana.gov
LentoC@ag.Louisiana.gov

**CERTIFICATE OF SERVICE**

This is to certify that, on July 25, 2023, a copy of the foregoing was served by the Electronic Case Filing System for the Bankruptcy Court for the Southern District of Texas.

Ryan M. Seidemann, Ph.D.