# EXHIBIT A

## TRANSITION SERVICES

| Service Type | Scope of Work |
|---|---|
| **Technical and Operations** | • Provide all security, technical, engineering and physical operations services that are necessary to maintain and operate the Assets.<br>• Supervise field operations and production of the Assets, and advise on the development of emergency response plans and community relations.<br>• Retain services and purchasing supplies, materials, tools, and equipment associated with ownership and operation of the Assets.<br>• Comply with regulatory and compliance requirements.<br>• Provide resources to facilitate knowledge transfer of historical asset information concerning drilling, completion, subsurface, operations, land, safety, air and regulatory.<br>• Provide substantially the same health, safety and environmental services, including regulatory management and compliance, related to the Assets as were being provided immediately prior to the Closing Date.<br>• General contracts administration and maintenance, including providing notice to of pending executions, amendments or extensions of contracts associated with the Assets.<br>• General administration, including land administration, for all leases and land related agreements (such as pooling agreements, unitization agreements, joint operating agreements, and farmout agreements) relating to the Assets.<br>• Providing personnel and system support to extract, migrate, and/or convert all lease, land, division of interest and production data from the currently used operation systems to Company's systems, including performing quality checks with respect to the same.<br>• Promptly provide Company with all land notices, proposals and elections received.<br>• Performing or cause to be performed all marketing functions including but not limited to gas control, crude oil scheduling, and other similar services necessary to sell production associated with the Assets in a manner substantially consistent with Seller's current general practices, *provided* that all marketing shall be at prices that Seller reasonably believes are representative of market value.<br>• Enter into a NAESB Agreement and Transaction Confirmations with Company to facilitate the marketing and processing of monthly natural gas volumes herein.<br>• Provide or cause to be provided gas balancing statements and support documentation (including pipeline statements, and plant balancing statements, and production allocations) associated with production periods during the Service Term. |
| **Accounting** | Provide reasonable access during normal business hours to appropriate accounting and other relevant personnel responsible for the Assets with, at a minimum, weekly cadence of communications between accounting personnel of Company and Contractor and until such time Company and Contractor mutually agree upon a less frequent cadence.<br><br>Perform functions under system of internal controls related to the ownerships and operation of the Assets and provide deliverables in agreed upon formats and on agreed upon dates in accordance with the Standard of Care including but not limited to:<br><br>**Revenue**<br>• Process monthly revenues and related distributions and provide related detailed support.<br>• By-well gross revenue, royalties, gathering and compression and other revenue deductions, production detail reports with supporting documentation within 60 days of production month close (preliminary production information provided within 30 days of production month close).<br>• Accounting and detail support for suspense, imbalances and production allocation for sales (production accounting).<br>• Provide production services and volume input in order to facilitate production revenue processes.<br><br>**Payables and JIB**<br>• Joint interest accounting, billing and collection.<br>• Accounts payable processing and payment by providing weekly check runs before processing payments and monthly electronic delivery of accounts payable detail and support for informational purposes.<br>• Authorization for expenditure administration and reporting. |

| | |
|---|---|
| | • Detail list of vendors and vendor contact information to enable Company to contact such vendor to obtain related contracts/service agreements.<br>• Provide related monthly line item detail and appropriate support.<br>• Delivery of detailed accounts receivable and accounts payable subledgers and agings with supporting source documents on a monthly basis.<br>• Identifying, paying and invoicing all rentals, rights of way, shut-in payments and other payments required by the leases or other agreements relating to the Assets.<br><br>**General**<br>• Daily operations and cost tracking via Wellview and daily production allocation via Prodview.<br>• Monthly electronic delivery of Lease Operating Statements by well for informational purposes.<br>• Provide accounting for oil tank balances, fixed assets and other field assets/transactions.<br>• Provide Company with detail accounting information and other standard accounting information solely to the extent Contractor prepared such information prior to Closing, including information prepared in conjunction with the planned adoption of ASC 842.<br>• Until the Company takes over the relevant application, maintain non-op data reporting to JV partners, if applicable.<br>• At Company's direction, perform regulatory filings, as needed.<br>• Provide all appropriate back-up detail, including invoice images, of what is included in each Monthly Settlement Statement.<br>• Provide revenue information by the 2nd Business Day of the month and CAPEX/OPEX information by the 3rd Business Day of the month.<br>• Maintain payout information (revenue & expense) during the Term and timely send the appropriate statements to Company.<br>• Assist Company's auditors in audit of revenue and direct operating expenses for 2023 (as required under SEC requirements).<br>• Maintain all technical networks, relevant software, applications, communications systems, and SCADA systems to support operations of assets. |