IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
MLCJR LLC, *et al.*,[1]                                      :   Case No. 23-90324 (CML)
                                                             :
    Debtors.                                :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x   **Re: Docket No. 1336, 1458, 1524**

**NOTICE OF STATUS OF MATTERS SET FOR HEARING ON
FEBRUARY 2, 2024, AT 1:30 P.M. (PREVAILING CENTRAL TIME)**

The following matters are set for hearing on February 2, 2024 at 1:30 p.m. (prevailing Central Time):

- **Asset Sale to Natural Resources Worldwide LLC [Docket No. 1336].** This matter will be a status conference only.

- **Asset Sales to Spectrum GOM [Docket No. 1458].** This matter will be a status conference only, *except* the Debtors will be proceeding on the process objection and reservation of rights filed by Natural Resources Worldwide, LLC and Cox Investment Partners, LP [Docket No. 1524].

The Hearing will be held before Judge Christopher M. Lopez at the United States Bankruptcy Court, Houston Division, in Courtroom 401, 4th floor, 515 Rusk Street, Houston, TX 77002.

**You may participate in the status conference either in person or by an audio and video connection.** Audio communication will be by use of the Court's dial-in facility. You may access the facility at **(832) 917-1510**. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is **590153**. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "**JudgeLopez**". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

All documents filed in the Chapter 11 Cases may be obtained by (a) visiting this Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein, and (b) the website maintained by the Debtors' Claims and Noticing Agent, Kroll Restructuring Administration LLC, at https://restructuring.ra.kroll.com/MLCJR.

Signed: February 2, 2024
       Houston, Texas

Respectfully Submitted,

*/s/ Keith A. Simon*
Keith A. Simon (admitted *pro hac vice*)
Misha E. Ross (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
Thomas Fafara (admitted *pro hac vice*)

**LATHAM & WATKINS LLP**
1271 Avenue of the Americas
New York, New York 10020
Tel:   212-906-1200
Fax:   212-751-4864
Email: keith.simon@lw.com
       misha.ross@lw.com
       alexandra.zablocki@lw.com
       thomas.fafara@lw.com

*Counsel for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on February 2, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Rebecca Blake Chaikin*
      Rebecca Blake Chaikin

38962822v.1