United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MLCJR LLC, *et al.*,[1] | ) | Case No. 23-90324 (CML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER PARTIALLY GRANTING EMERGENCY MOTION OF GOM SHELF, LLC**
[Relates to Docket No. 1596]

Upon consideration of the motion (the "Motion")[2] of GOM Shelf, LLC ("GOMS"), and any objections thereto; and upon this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

appearing therefor, it is HEREBY ORDERED THAT:

1. GOMS and, through its authorized agents, representatives, and contractors, including Commodore, are authorized to immediately access the Grand Isle 43 Field upon entry of this Order, to monitor the operations in the Grand Isle 43 Field. The actions taken by GOMS as authorized herein, through its authorized agents, representatives, and contractors, under this paragraph shall not be deemed a violation of the automatic stay. GOMS is also authorized, in its sole discretion, to pay vendors to provide future goods and services to the Grand Isle 43 Field, including as authorized under this paragraph. Notwithstanding anything herein to the contrary, the BOEM-approved operator of the Grand Isle 43 Field shall have the final authority over all operations in the field. The parties reserve their respective rights with respect to the matters addressed in this paragraph.

2. To the extent applicable, the requirements of Bankruptcy Rule 6004(a) are waived.

3. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be immediately effective and enforceable upon its entry.

4. The Parties, acting by and through their respective existing or future agents, representatives, managers, retained professionals, and/or officers (including, as to the Debtors, their independent manager and Chief Restructuring Officer), are hereby authorized to execute and deliver (or cause to be executed and delivered) all such documents and instruments and to take (or cause to be taken) all such further or other actions as may be (or as they may reasonably determine to be) necessary or desirable to implement or effectuate the relief granted by this Order, in each case in the name of and on behalf of the applicable Party.

5. All relief not granted herein is reserved for further adjudication.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: February 10, 2024

_____
Christopher Lopez
United States Bankruptcy Judge