IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-90324 (CML)** |
| **MLCJR LLC,** *et al.***,** | § | |
| | § | **(Chapter 7)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes Natural Resources Worldwide LLC, which respectfully moves this Honorable Court to enroll Bryant S. York (Texas Bar No. 240848669) of the law firm Stone Pigman Walther Wittmann L.L.C. as additional counsel of record.

**WHEREFORE**, Natural Resources Worldwide LLC prays that this Honorable Court grant this Motion and enroll Bryant S. York as its additional counsel of record in the above-captioned matter.

**[Signature on Following Page]**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identifications number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL oil & Gas, LLC (9562); and M21K, LLC (3978).

Dated: January 24, 2025

                      **STONE PIGMAN WALTHER WITTMANN L.L.C.**

                      */s/ Andrew D. Mendez*

                      Andrew D. Mendez (Texas Bar No. 00797066)
                      Bryant S. York (Texas Bar No. 24084866)
                      Paul J. Masinter, *Pro Hac Vice* (La. Bar No. 18324)
                      909 Poydras Street, Suite 3150
                      New Orleans, Louisiana  70112
                      Telephone:  (504) 581-3200
                      Facsimile:  (504) 581-3361
                      Email: amendez@stonepigman.com
                                 byork@stonepigman.com
                                 pmasinter@stonepigman.com

                      *Attorneys for Natural Resources Worldwide LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on January 24, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                      */s/ Andrew D. Mendez*