IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Case No. 23-90324 (CML)** |
| **MLCJR LLC, *et al.*,** | § | |
| | § | **(Chapter 7)** |
| | § | |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |

## WITNESS AND EXHIBIT LIST OF NATURAL RESOURCES WORLDWIDE LLC FOR THE HEARING ON THE EMERGENCY MOTION FOR AUTHORITY TO (A) RELINQUISH CERTAIN FEDERAL LEASES; (B) ABANDON THE REMAINING TITLE TO CERTAIN FEDERAL LEASES; AND (C) FOR RELATED RELIEF

Natural Resources Worldwide LLC ("NRW") hereby submits its Witness and Exhibit List in connection with the hearing scheduled for Tuesday, January 28, 2025 at 1:00 p.m. in Courtroom 401 (the "Hearing"), on the *Emergency Motion For Authority To (A) Relinquish Certain Federal Leases; (B) Abandon The Remaining Title To Certain Federal Leases; And (C) For Related Relief* [Dkt. 2341]:

### WITNESS LIST

NRW may call the following witnesses at the Hearing:

1. Vincent DeVito, Manager and CEO, NRW;

2. Steven Dudgeon, Severance Tax/Royalty, Ryan, LLC;

3. Any witnesses listed or called by any other party; and

4. Any witnesses necessary for rebuttal, impeachment, or authentication purposes.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identifications number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL oil & Gas, LLC (9562); and M21K, LLC (3978).

# **EXHIBIT LIST**

NRW may use the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1 | [In Globo] Assignment of Record Title Interest Forms (BOEM-0150), Assignment of Operating Rights Interest Forms (BOEM-0151), and/or Designation of Operator Forms (BOEM-1123) submitted to the Bureau of Ocean Energy Management for Federal Leases<br><br>[1] OCS-00016, [2] OCS-00026, [3] OCS-00126, [4] OCS-00127, [5] OCS-00128, [6] OCS-00129, [7] OCS-00130, [8] OCS-00131, [9] OCS-00132, [10] OCS-00133, [11] OCS-00134, [12] OCS-00174, [13] OCS-00175, [14] OCS-00176, [15] OCS-00177, [16] OCS-00179, [17] OCS-00180, [18] OCS-00181, [19] OCS-00182, [20] OCS-00310, [21] OCS-00367, [22] OCS-00819, [23] OCS-00821, [24] OCS-00827, [25] OCS-00838, [26] OCS-00839, [27] OCS-G-01019, [28] OCS-G-01228, [29] OCS-G-01230, [30] OCS-G-01447, [31] OCS-G-01497, [32] OCS-G-01498, [33] OCS-G-01673, [34] OCS-G-02213, [35] OCS-G-02323, [36] OCS-G-04109, [37] OCS-G-04231, [38] OCS-G-04437, OCS-G-08684, [40] OCS-G-12951, [41] OCS-G-24954, [42] OCS-G 02324 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | [In Globo] Acknowledgment of Receipt E-mails from The Adjudication Team for the Assignment of Record Title Interest Forms (BOEM-0150), Assignment of Operating Rights Interest Forms (BOEM-0151), and/or Designation of Operator Forms (BOEM-1123) submitted to the Bureau of Ocean Energy Management for Federal Leases<br><br>[1] OCS-00016, [2] OCS-00026, [3] OCS-00126, [4] OCS-00127, [5] OCS-00128, [6] OCS-00129, [7] OCS-00130, [8] OCS-00131, [9] OCS-00132, [10] OCS-00133, [11] OCS-00134, [12] OCS-00174, [13] OCS-00175, [14] OCS-00176, [15] OCS-00177, [16] OCS-00179, [17] OCS-00180, [18] OCS-00181, [19] OCS-00182, [20] OCS-00310, [21] OCS-00367, [22] OCS-00819, [23] OCS-00821, [24] OCS-00827, [25] OCS-00838, [26] OCS-00839, [27] OCS-G-01019, [28] OCS-G-01228, [29] OCS-G-01230, [30] OCS-G-01447, [31] OCS-G-01497, [32] OCS-G-01498, [33] OCS-G-01673, [34] OCS-G-02213, [35] OCS-G-02323, [36] OCS-G-04109, [37] OCS-G-04231, [38] OCS-G-04437, OCS-G-08684, [40] OCS-G-12951, [41] OCS-G-24954, [42] OCS-G 02324 | | | | | | |
| 3 | [In Globo] OCS Mineral Lesse's or Operator's Bond Form (BOEM-2028), OCS Mineral Lesse's or Operator's Supplemental Bond Forms (BOEM-2028A), and OCS Pipeline Right-of-Way Grant Bond Form (BOEM-2030) with Bond Numbers:<br><br>[1] N-8100059<br>[2] N-8100060<br>[3] N-8100063<br>[4] N-8100079 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | *Natural Resources Worldwide LLC v. U.S. Department of the Interior et al*, Docket No. 2:25-cv-00111, E.D. La., Complaint, Cover Sheet, Exhibits, and Summonses [R. Doc. 1] | | | | | |
| 5 | [In Globo] Closing Documents - Acquisition of Array Petroleum, LLC | | | | | |
| 6 | E-mail from Edward B. Poitevent, II to Ryan Lamb regarding NRW Installment Agreement dated June 14, 2024 | | | | | |
| 7 | E-mail between Steve Dudgeon and Ryan Lamb regarding NRW Update and NRW Settlement Amount Explanation 10.2.2024 dated October 2, 2024 | | | | | |
| 8 | E-mail between Ryan Lamb and Steven Dudgeon regarding NRW Update and (DOJ) NRW Outstanding Liabilities 10-09-2024 dated October 10, 2024 | | | | | |
| 9 | E-mail between Steve Dudgeon and Ryan Lamb regarding NRW Update and NRW Reversals and Rebooks 10.10.24 dated October 10, 2024 | | | | | |
| 10 | E-mail between Ryan Lamb and Steven Dudgeon regarding NRW Update and Cox Bankruptcy Lease Amount Owed dated October 29, 2024 | | | | | |
| 11 | E-mail between Steve Dudgeon and Ryan Lamb regarding NRW Update dated October 29, 2024 | | | | | |
| 12 | Offshore Contract Operating Agreement between Natural Resources Worldwide LLC and Array Petroleum, LLC effective February 1, 2024 | | | | | |
| 13 | Array Petroleum – AFE TRACKER December 2024 | | | | | |
| 14 | Correspondence - Audit of the Books and Records of Array Petroleum dated November 12, 2024 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | E-mails between Ken Jackson and Jeff Chiasson regarding Monthly OI Totals from November of 2024 | | | | | |
| 16 | E-mail between Ken Jackson and Rec Chaddock regarding October Model dated October 18, 2024 | | | | | |
| 17 | E-mail between Ken Jackson and Rec Chaddock regarding Open Invoice LOE + AFE dated November 5, 2024 | | | | | |
| 18 | E-mail between Ken Jackson and Rec Chaddock regarding Hurricane Francine AFE from October 25, 2024 | | | | | |
| 19 | [In Globo] Pay.Gov ONRR Royalty and Invoice Payments from May of 2024 through December of 2024 | | | | | |
| 20 | NRW reserves the right to offer any exhibit listed by any other party | | | | | |

Dated: January 27, 2025

**STONE PIGMAN WALTHER WITTMANN L.L.C.**

*/s/ Andrew D. Mendez*
Andrew D. Mendez (Texas Bar No. 00797066)
Bryant S. York (Texas Bar No. 24084866)
Paul J. Masinter, *Pro Hac Vice* (La. Bar No. 18324)
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
Email: amendez@stonepigman.com
byork@stonepigman.com
pmasinter@stonepigman.com

*Attorneys for Natural Resources Worldwide LLC*

## **CERTIFICATE OF SERVICE**

   I certify that on January 27, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ Andrew D. Mendez*