Electronic Appearance Sheet

Aaron Power, Porter Hedges
Client(s): Exxon Mobil Corporation

Doug Stewart, Stewart Robbins Brown & Altazan, LLC
Client(s): Michael D. Warner, Chapter 7 Trustee

Will Robbins, Stewart Robbins Brown & Altazan, LLC
Client(s): Michael D. Warner, Chapter 7 Trustee

Rick Kuebel, Troutman Pepper Locke LLP
Client(s): McMoRan Oil & Gas LLC

Micheal Bishop, Gray Reed
Client(s): GOM Shelf, LLC

Kayci Hines, The United States of America
Client(s): The United States Department of the Interior

Ryan Lamb, USDOJ
Client(s): United States of America

Mike Pipkin, Weinstein Radcliff Pipkin LLP
Client(s): United States Fire Insurance Company