IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **IN RE:** <br><br> **MLCJR LLC, et al.,**[1] <br><br> **Debtors.** | **CASE NO. 23-90324 (CML)** <br><br> **Chapter 7** |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** of the appearance of the undersigned counsel representing Amarillo National Bank, In Its Capacity As Prepetition Lender And As DIP Agent ("ANB") herein, who requests notice of all matters "noticed" and copies of any and all pleadings, plans and/or disclosure statements sent to or served upon the debtor, creditors, or parties in interest, committees, or their counsel in this proceeding pursuant to the provisions of Federal Rules of Bankruptcy Procedure 2002 and 9010(b):

Amelia L. Hurt
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

The aforesaid counsel hereby appearing for ANB solely to obtain notices and pleadings and, if appropriate, to protect the interests of ANB in this case.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

Dated: February 3, 2025.                    Respectfully submitted,

                                                   **KELLY HART PITRE**
*/s/ Amelia L. Hurt*
**Louis M. Phillips (#10505)**
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

and

Amelia L. Hurt (LA #36817)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

*Counsel For Amarillo National Bank, In Its Capacity As Prepetition Lender And As DIP Agent*

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 3, 2025, caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on all parties authorized to receive electronic notice in this case.

                                              */s/ Amelia L. Hurt*
                                              Amelia L. Hurt