**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,[1]** | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

---

**SEVENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING NOVEMBER 30, 2024 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

---

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Seventh Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending November 30, 2024 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | Nov 1, 2024 through Nov 30, 2024 |
| Number Monthly Fee Statements: | Seventh |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $204,200.00 |
| Total Interim Fees (80%) Requested | $163,360.00 |
| Total Expenses Requested | $7,895.05 |
| Total Interim Remuneration Requested (exclusive of holdback): | $171,255.05 |
| STATEMENT PERIOD SUMMARY FOR ATTORNEYS | |
| Total attorney fees requested in this statement: | $197,840.00 |
| Total actual attorney hours covered by this statement: | 444.30 |
| Average hourly rate for attorneys: | $485.71 |
| STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS | |
| Total paraprofessional fees requested in this statement: | $6,360.00 |
| Total actual paraprofessional hours covered by this statement: | 21.2 |
| Average hourly rate for paraprofessionals: | $300.00 |

> **In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1.      The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

| Professional | Title | Date Initial Bar License | Total Time | Blended Rate | Highest Rate | Total Amount Billed | Percentage Billed |
|---|---|---|---|---|---|---|---|
| Brandon A. Brown | Member | LA - 1998 | 5.80 | $600.00 | $600.00 | $3,480.00 | 1.70% |
| Brooke W. Altazan | Member | LA - 2009 | 33.40 | $500.00 | $500.00 | $16,700.00 | 8.18% |
| Kimberly A. Heard | Paralegal | N/A | 21.20 | $300.00 | $300.00 | $6,360.00 | 3.11% |
| Nicholas J. Smeltz | Associate | LA - 2019 | 51.00 | $400.00 | $400.00 | $20,400.00 | 9.99% |
| Paul D. Stewart, Jr. | Member | LA - 1996 | 57.00 | $600.00 | $600.00 | $34,200.00 | 16.75% |
| William S. Robbins | Member | LA - 1996 | 79.30 | $600.00 | $600.00 | $47,580.00 | 23.30% |
| Abigail W. Mock | Associate | LA - 2024 | 111.40 | $200.00 | $200.00 | $22,280.00 | 10.91% |
| Jamie D. Cangelosi | Of Counsel | LA - 2000 | 106.40 | $500.00 | $500.00 | $53,200.00 | 26.05% |
| Grand Total | | | 465.50 | $400.00 | $600.00 | $204,200.00 | 100.00% |

2.      The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

| Task | Total Time | Percent of Time | Total Amount | Percent of Amount |
|---|---|---|---|---|
| b110 Case Administration | 1.2 | 0.26% | $600.00 | 0.29% |
| b120 Asset Analysis and Recovery | 11.8 | 2.53% | $6,990.00 | 3.42% |
| b130 Asset Disposition | 376 | 80.77% | $169,670.00 | 83.09% |
| b140 Relief from Stay/Adequate Protection | 0.2 | 0.04% | $100.00 | 0.05% |
| b150 Communications with Creditors | 0.3 | 0.06% | $180.00 | 0.09% |
| b160Fee/Employment Applications | 40.1 | 8.61% | $16,720.00 | 8.19% |
| b190 Other Contested Matters | 18.8 | 4.04% | $4,150.00 | 2.03% |
| b210 Business Operations | 2.2 | 0.47% | $660.00 | 0.32% |
| b220 Employee Benefits/Pensions | 11.4 | 2.45% | $3,920.00 | 1.92% |
| b310 Claims Administration and Objections | 2 | 0.43% | $400.00 | 0.20% |
| b240 Tax Issues | 0.8 | 0.17% | $390.00 | 0.19% |
| b320 Plan and Disclosure Statement | 0.7 | 0.15% | $420.00 | 0.21% |
| Grand Total | 465.5 | 100.00% | $204,200.00 | 100.00% |

3.     The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

| SUMMARY OF EXPENSES | |
| --- | --- |
| **Expense Description** | **Expenses Amount** |
| Copies | $356.00 |
| Service of Pleadings | $6,771.65 |
| Corporate Records | $742.90 |
| Tax Records | $4.00 |
| Certified Records | $20.50 |
| **Grand Total** | **$7,895.05** |

4.     SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.     Pursuant to the Interim Compensation Order, SRBA seeks payment of $171,255.05 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.     Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:        February 4, 2025                Respectfully Submitted,

**STEWART ROBBINS BROWN
& ALTAZAN, LLC**


By:        /s/Paul Douglas Stewart, Jr.
           Paul Douglas Stewart, Jr. (La. Bar # 24661)
           *Admitted to Southern District of Texas
           (SDTX Federal No. 432642)*
           dstewart@stewartrobbins.com
           William S. Robbins (Tx. Bar # 24100894)
           wrobbins@stewartrobbins.com
           Brandon A. Brown (Tx. Bar # 24104237)
           bbrown@stewartrobbins.com
           Brooke W. Altazan (Tx. Bar # 24101002)
           baltazan@stewartrobbins.com
           301 Main Street, Suite 1640
           Baton Rouge, LA 70801-0016
           Telephone: (225) 231-9998
           Facsimile: (225) 709-9467

           ***Counsel for Michael D. Warner,
           Chapter 7 Trustee***

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – November 1, 2024 – November 30, 2024**



STEWART ROBBINS
STEWART ROBBINS BROWN & ALTAZAN LLC

301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

January 30, 2025

File #:  119-001
Invoice #:    1536

**RE:** In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|------|-------------|------|--------|-------|--------|
| 11/1/2024 | Attention to payables; update spreadsheet; emails related to same. | B210 | KAH | 0.20 | 60.00 |
| 11/1/2024 | communication with R. Dykes and Interior re decommissioning order for ROW OCS-G29265 and OCS-G29407 (.1); communication with B. Barrier and T. Howley re upcoming coverage discussion (.1); review of, and comments and revisions to, written discovery to NRW re Motion to Amend and Motion re Stipulation and related communications with J. Cangelosi and A. Mock (2.6); communication with A. Mendez re setting of hearing on NRW Motions and settlement possibilities (.4); review of, and comments and revisions to, two sets of written discovery to NRW and related communications with J. Cangelosi (1.5); communication with M. Warner re NRW litigation (.2). | B130 | PDS | 4.90 | 2,940.00 |
| 11/1/2024 | communication with R. Dykes re document requests for defense attorneys. | B190 | PDS | 0.10 | 60.00 |
| 11/1/2024 | continue drafting/revising TPS West first interim fee application | B160 | NJS | 1.70 | 680.00 |
| 11/1/2024 | Review SPWD receivable issue and correspondence (.4); additional communications regarding SPWD pipeline receivable; email to/from Mr. Lackey regarding GI 18 (.5) | B120 | WSR | 0.90 | 540.00 |
| 11/1/2024 | Draft and serve discovery requests, draft subpoenas and notices relative to NRW's motions. | B130 | JDC | 6.00 | 3,000.00 |
| 11/1/2024 | Revise records motion, communication with Trustee and special purpose counsel re: same (3.40); Attention to equipment destruction notice (.10) | B130 | BWA | 3.50 | 1,750.00 |
| 11/1/2024 | Download/assemble abstract parts and surveys for Grand Isle camp | B130 | KAH | 0.30 | 90.00 |
| 11/1/2024 | Continued drafting discovery request to NRW re Stipulation Motion. | B130 | AWM | 2.80 | 560.00 |
| 11/1/2024 | Researching abandonment issues re NRW assets | B130 | AWM | 1.90 | 380.00 |
| 11/1/2024 | Review/revise records motion | B130 | WSR | 0.80 | 480.00 |
| 11/1/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | BWA | 0.40 | 200.00 |
| 11/1/2024 | Attention to providing document access to counsel | B130 | BWA | 0.40 | 200.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 11/4/2024 | Finalize October payables; email related to same. | B210 | KAH | 0.30 | 90.00 |
| 11/4/2024 | continue drafting/revising SRBA first interim fee application | B160 | NJS | 2.40 | 960.00 |
| 11/4/2024 | phone call with D. Powell (GPMBF) re GPMBF fees | B160 | NJS | 0.20 | 80.00 |
| 11/4/2024 | continue drafting/revising TPS west first interim fee application | B160 | NJS | 1.70 | 680.00 |
| 11/4/2024 | communication with J. Cangelosi and A. Mock re turnover request from Debtor's former professionals (.5); communication with T. Howley, Brent Barriere and others re Highlander insurance claim (.5) and B. Barriere re Ida claim (.3); communication with K. Hines re NRW issues (.4); communication with M. Warner re Talos hearing, dates of NRW hearings, Interior consent to abandonment, and final fee apps of record (.5); review of draft 30(b)(6) depositions and topics re NRW litigation (.6); communication with S. Galiana re Grand Isle property (.1); | B130 | PDS | 2.90 | 1,740.00 |
| 11/4/2024 | Telephone calls and emails to Jefferson Parish Sheriff and Tax Assessor re: taxes due on offshore platform | B240 | KAH | 0.30 | 90.00 |
| 11/4/2024 | Draft correspondence to Debtors' professionals seeking documents relative to NRW's motions, subpoenas and notices (2); draft 30(b)(6) notice of deposition of NRW (1). | B130 | JDC | 3.00 | 1,500.00 |
| 11/4/2024 | Communication with Trustee re: records motion | B130 | BWA | 0.10 | 50.00 |
| 11/4/2024 | Researching abandonment procedure; drafting notice of intent to abandon | B130 | AWM | 2.00 | 400.00 |
| 11/4/2024 | Review records motion and additional analysis regarding same | B130 | WSR | 0.50 | 300.00 |
| 11/4/2024 | VESCO review and analyze offer (.5); Review and analyze additional information on Tubular inventory / W&T issues; email to/from counsel; email and tc with Trustee regarding same; tc with counsel (1.5) Tc with W&T Counsel regarding GI 18; analysis of ad valorem tax issues (.5); Emails regarding Talos setoff issues (.4) | B130 | WSR | 2.90 | 1,740.00 |
| 11/4/2024 | Attention to Veritrust issues (.20); Attention to October payables (.40) | B130 | BWA | 0.60 | 300.00 |
| 11/5/2024 | communication with Fishman re OGYs access for TPS West (.1); multiple communications with N. Zimmerman and K. Heard re Mimecast access for firm (.6); communication with W. Robbins re sale procedures and strategy (.6); draft/revise communications to former professionals re turnover and forthcoming subpoenas and review and comment on subpoenas and associated RFP's and related communications with former professionals (1.3); revisions and comments to subpoena exhibit for NRW hearings (.8); communication with A. Mendez re hearing dates (.1); communication with L. Philips and R. James re bonds (.2); communication with L. Phillips re D&O Claims (.1); analysis of multiple claims re NRW to complete initial discovery requests (1.3). | B130 | PDS | 5.10 | 3,060.00 |
| 11/5/2024 | continue drafting/revising SRBA first interim fee application | B160 | NJS | 1.30 | 520.00 |
| 11/5/2024 | continue drafting/revising TPS West first interim fee application | B160 | NJS | 1.10 | 440.00 |

| 11/5/2024 | Revise document requests, subpoenas to professionals (1); research and analyze response to NRW motion re: Stipulation, begin drafting response (3.7); participate in meetings with Interior, B. Kadden re: NRW (.4). | B130 | JDC | 5.10 | 2,550.00 |
|---|---|---|---|---|---|
| 11/5/2024 | Attention to Trustee's edits to records motion, analysis of same (1.0); Communication with special purpose counsel re: records motion issues and meeting (.20) | B130 | BWA | 1.20 | 600.00 |
| 11/5/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 1.60 | 640.00 |
| 11/5/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | BWA | 0.70 | 350.00 |
| 11/5/2024 | Drafting Subpoenas for Moelis & Company, A&M, and Latham & Watkins; Drafting Notice of Subpoenas | B130 | AWM | 2.50 | 500.00 |
| 11/5/2024 | Emails regarding Talos motion and issues (.3); email to/from Scott Williams regarding bond issue (.2); Follow up on Erath inventory issues (.2); review and analyze sale motion issues (.5); analysis of DIP carveout / stipulation issues (1.4); review and analyze VESCO oil / abandonment issues (.8); email to Mr. Wyatt regarding pipeline status (.2); analysis of GI 18 tax issues and sale motion issues (1.0) | B130 | WSR | 4.60 | 2,760.00 |
| 11/5/2024 | Attention to October payables (.30); Attention to Veritrust records intentions (.20); Analysis of document access for Debtors' counsel (.10); Correspondence from counsel re: Argo bonds, analysis of same (.20) | B130 | BWA | 0.80 | 400.00 |
| 11/6/2024 | Communications with (i) O. Watanabe (.3) and (ii) R. Omohundro (.4) re turnover of documents and evidence re NRW second motion to amend; communication with B. Kadden re discovery from Spectrum re NRW second motion to amend (.5); Zoom with J. Cangelosi, A. Mock and Interior team re NRW Motions and abandonment (.6) and related follow up with J. Cangelosi and A. Mock (.2); communication with W. Robbins and M. Warner re sales issues (.3); communication with L. Phillips re Lenders' proposed stipulation (.2); review and comments to proposed communications to third parties re discovery on NRW motions (.7); review of evidence re NRW Second Motion to Amend and Motion re Stipulation (1.5); communication with A. Mendez and W. Robbins re CEXXI LLC claims (.2); communication with B. Altazan and M. Warner re records motion (.3). | B130 | PDS | 5.20 | 3,120.00 |
| 11/6/2024 | draft and revise trustee interim application | B160 | NJS | 0.80 | 320.00 |
| 11/6/2024 | Draft and send request to B. Kadden re: Spectrum, NRW (.5); research and analyze response to NRW motion re: Stipulation, draft response (5). | B130 | JDC | 5.50 | 2,750.00 |
| 11/6/2024 | Analysis of records motion issues, communication with special purpose counsel re: same | B130 | BWA | 0.60 | 300.00 |
| 11/6/2024 | Zoom meeting with D. Stewart, J. Cangelosi, and Interior re NRW assets | B130 | AWM | 0.50 | 100.00 |
| 11/6/2024 | Analysis of issues related to NRW matter. | B130 | AWM | 1.70 | 340.00 |
| 11/6/2024 | Zoom meeting with D. Stewart, J. Cangelosi and Benjamin Kadden re stipulation motion | B130 | AWM | 0.50 | 100.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 11/6/2024 | Zoom meeting with D. Stewart and J. Cangelosi re NRW's Stipulation Motion | B130 | AWM | 0.30 | 60.00 |
| 11/6/2024 | tc and email regarding GI 18 tax issues (.3); analysis of subsidiary issues (.5); tc with counsel for VESCO regarding abandonment / sale issues (.3); follow up on Erath issues (.2); analysis of carveout / sale issues (.5); emails regarding USCG inquiry (.3) | B130 | WSR | 2.10 | 1,260.00 |
| 11/6/2024 | Analysis of document access for Debtors' counsel | B130 | BWA | 0.40 | 200.00 |
| 11/6/2024 | Reviewing TSA and PSA re royalties | B130 | AWM | 2.90 | 580.00 |
| 11/7/2024 | communication with M. Bagot re Offshore oil services inc. claim issues. | B150 | PDS | 0.30 | 180.00 |
| 11/7/2024 | Telephone call with tax assessor and sheriff/tax collector re: offshore platform taxes due. | B130 | KAH | 0.20 | 60.00 |
| 11/7/2024 | emails from Mr. Dykes (.4); email to/from Veritrust and review NDA's (.5); email to counsel for EP Energy regarding records issues (.3) | B120 | WSR | 0.80 | 480.00 |
| 11/7/2024 | Research and analyze response to NRW motion re: Stipulation, draft response. | B130 | JDC | 5.50 | 2,750.00 |
| 11/7/2024 | communication with M. Warner and B. Barriere re Ida claim (.2); revisions to exhibit for subpoenas relating to NRW litigation (.5); attention to Cox email and document repositories re NRW Motion (.8); meeting with L. Philips re proposed lender stipulation (.8); analysis of NRW claims and related communications with A. Mock and J. Cangelosi (1.4); communication with A. Potter re Energy XXI Services tax returns and fixed asset schedule (.3). | B130 | PDS | 4.00 | 2,400.00 |
| 11/7/2024 | Multiple emails with IT, outside counsel, and others related to document center access. | B130 | KAH | 0.50 | 150.00 |
| 11/7/2024 | Analysis of facts underlying NRW motion | B130 | AWM | 3.20 | 640.00 |
| 11/7/2024 | Compiling a list of search terms for Mimecast & NAS re NRW motion | B130 | AWM | 0.50 | 100.00 |
| 11/8/2024 | tc with Barrier team regarding records issues (.4); emails to/from Mr. Dykes regarding various issues (.4); analysis of NRW regulatory compliance motion issues (1.0); review tubular inventory issues and follow up with W&T Counsel (.3); review Erath issues (.2); review and analyze sale / subsidiary issues (1.2) | B120 | WSR | 3.30 | 1,980.00 |
| 11/8/2024 | Research and analyze response to NRW motion re: Stipulation, draft response. | B130 | JDC | 3.50 | 1,750.00 |
| 11/8/2024 | Telephone conference with SPC re: records motion and tangential issues, analysis of same | B110 | BWA | 0.70 | 350.00 |
| 11/8/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 2.70 | 1,080.00 |
| 11/8/2024 | Analysis of facts underlying NRW motion | B130 | AWM | 3.80 | 760.00 |
| 11/8/2024 | Began drafting objection to NRW's Stipulation Motion | B130 | AWM | 1.20 | 240.00 |
| 11/11/2024 | Attention to November payables | B210 | KAH | 0.30 | 90.00 |
| 11/11/2024 | Email from REV re outstanding payment; prepare spreadsheet of REV invoices; multiple emails related to same. | B210 | KAH | 0.80 | 240.00 |

| Date | Description | Task | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 11/11/2024 | Emails to/from C. Sonnier's Office and our IT re: document database access | B190 | KAH | 0.20 | 60.00 |
| 11/11/2024 | Conference call with B. Barriere and M. Warner re upcoming Hedron mediation and Ida claim (.6); communication with L. Phillips re stipulation (); communication with A. Mock and J. Cangelosi re NRW matters (.4) | B130 | PDS | 0.60 | 360.00 |
| 11/11/2024 | Meeting with R. Lamb with Interior, follow up re: same (1); research and analyze response to NRW motion re: Stipulation, draft response (5.5). | B130 | JDC | 6.50 | 3,250.00 |
| 11/11/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 0.90 | 360.00 |
| 11/11/2024 | Continued drafting objection to NRW's Stipulation Motion | B130 | AWM | 6.90 | 1,380.00 |
| 11/11/2024 | Formatting Word document for Trustee's response to NRW's discovery requests | B130 | AWM | 0.60 | 120.00 |
| 11/11/2024 | Call with J. Cangelosi and Ryan Lamb re NRW's Stipulation Motion | B130 | AWM | 0.80 | 160.00 |
| 11/11/2024 | Analysis of carveout issues (.5); Emails to/from Rev regarding outstanding balance and analysis and emails of invoices (.6); Review and analyze NRW PSA and other materials in prep for responsive pleadings and hearings (1.5) | B130 | WSR | 2.60 | 1,560.00 |
| 11/11/2024 | Communication with REV re: internet service and analysis of issues presented (.90); Correspondence from counsel re: document production (.10); Communication with A. Carr re: Veritrust records (.10) | B130 | BWA | 1.10 | 550.00 |
| 11/12/2024 | Receipt of DartPoints invoices from Trustee; review status of DartPoints; email to D. Stewart re: cancellation of DartPoints services. | B210 | KAH | 0.20 | 60.00 |
| 11/12/2024 | Emails and telephone call with C. Sonnier's office re: access to documents | B190 | KAH | 0.30 | 90.00 |
| 11/12/2024 | multiple communications with Interior re form of abandonment order (.2); communication with L. Phillips re stipulation with Lenders (.4); communication with M. Dendinger re form of abandonment order (.1); meeting with W. Robbins re NRW regulatory approval (.7); revisions to motion to abandon, reject, and compromise and related order and exhibits and circulation to Interior (.8). | B130 | PDS | 2.20 | 1,320.00 |
| 11/12/2024 | Research and analyze response to NRW motion re: Stipulation, draft response. | B130 | JDC | 7.00 | 3,500.00 |
| 11/12/2024 | Communication with Trustee and SPC re: records motion | B130 | BWA | 0.80 | 400.00 |
| 11/12/2024 | Continued drafting objection to NRW's Stipulation Motion; sent to Jamie and Doug for review | B130 | AWM | 3.40 | 680.00 |
| 11/12/2024 | Researching issues related to NRW stipulation | B130 | AWM | 3.50 | 700.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 11/12/2024 | Emails to/from Lackey regarding GI 18 and regarding piping inventory; review revised PSA; email to Trustee (1.2); conference call with DIP Lender and Talos counsel regarding setoff issues (.4); emails regarding pipeline AR; (.3) analysis of VESCO oil purchase issues (.6); emails and analysis of NRW and ONRR issues (2.8); review PSA and Sale Order (.8) | B130 | WSR | 6.10 | 3,660.00 |
| 11/12/2024 | Receipt and review of stipulation between DIP parties and other lien claimants | B240 | BAB | 0.50 | 300.00 |
| 11/12/2024 | meeting with L. Philips and W. Robbins re Lender stipulation and NRW sale issues (2.1); communication with B. Barriere re Ida claims (.2); work with A. Mock and J. Cangelosi re NRW regulatory issues (.7); multiple communications with A. Lowe re Lazard and Lewis tort documentation (.2). | B130 | PDS | 3.20 | 1,920.00 |
| 11/13/2024 | Attention to document download issues from documents copied from servers; emails related to same. | B130 | KAH | 0.30 | 90.00 |
| 11/13/2024 | Providing Mimecast access to R. Dykes; emails related to same. | B190 | KAH | 0.20 | 60.00 |
| 11/13/2024 | Setting up ShareFile and document request for Kean Miller; emails related to same. | B190 | KAH | 0.20 | 60.00 |
| 11/13/2024 | Meeting with R. Dykes and litigation team re NRW motions and planned actions re royalties, proposed sales, and situation with Lenders (2.8); communication with B. Barriere (.3); M. Warner (.3); and L. Phillips (.1) re Lenders' stip, amended motion to abandon, and litigation; revisions to motion to abandon, reject, and compromise and related communications with R. Lamb and K. Hines at Interior and M. Warner (2.5); communication with Debtors' professionals re turnover and NRW issues (.1); revisions to subpoenas for same (.7); review of opposition to NRW motion re stipulation (.6). | B130 | PDS | 7.40 | 4,440.00 |
| 11/13/2024 | communication with formal and informal objectors to the Motion to Abandon regarding the amended motion. | B130 | PDS | 0.30 | 180.00 |
| 11/13/2024 | Running UCC searches; order abstract; emails related to same. | B130 | KAH | 0.60 | 180.00 |
| 11/13/2024 | Prepare subpoenas; research registered agents for service of same. | B130 | KAH | 0.40 | 120.00 |
| 11/13/2024 | draft and revise sale motion | B130 | NJS | 3.10 | 1,240.00 |
| 11/13/2024 | Research and analyze response to NRW motion re: Stipulation, draft response. | B130 | JDC | 5.40 | 2,700.00 |
| 11/13/2024 | Communication with SPC re: records motion (.60); Attention to W&T's response to records motion (.10) | B130 | BWA | 0.70 | 350.00 |
| 11/13/2024 | Attention to Amended MT Abandon, Reject and Compromise; finalize all for filing; request service of same. | B130 | KAH | 0.50 | 150.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 11/13/2024 | Meeting with Mr. Dykes regarding NRW compliance and other NRW issues; analysis of regulatory issues; review auction transcript for NRW related issues; review / revise Subpoena request to NRW; review document request; analysis of TSA issues related to NRW issues; review and revise objection to NRW request; review additional evidence issues (5.8); Meeting with Haygood Fishman team regarding records issues (.5); review and analyze of GI 18 and pipeline sale issues; tc with Mr. Lackey; UCC / Lien requests on same (.7); review and analyze VESCO proposal; UCC / Lien requests on same (.4); emails and analysis regarding document access (.4) | B130 | WSR | 7.80 | 4,680.00 |
| 11/13/2024 | Continued research re issues in NRW stipulation motion | B130 | AWM | 1.50 | 300.00 |
| 11/13/2024 | Meeting with R. Dykes re issues in NRW stipulation motion | B130 | AWM | 1.90 | 380.00 |
| 11/13/2024 | Drafting subpoena exhibit for Subpoenas to CIMA, Array, and Opportune | B130 | AWM | 2.50 | 500.00 |
| 11/13/2024 | Adding cites to Objection to NRW Stip Motion | B130 | AWM | 0.40 | 80.00 |
| 11/13/2024 | Correspondence from R. Dykes re: document production for insurance counsel | B190 | BWA | 0.10 | 50.00 |
| 11/14/2024 | Prepare document Sharefile for Kean Miller re Lewis and Lazard litigation | B190 | KAH | 0.20 | 60.00 |
| 11/14/2024 | Attention to service requirements for records motion; emails related to same. | B190 | KAH | 0.40 | 120.00 |
| 11/14/2024 | continue drafting/revising motion to sell | B130 | NJS | 2.30 | 920.00 |
| 11/14/2024 | Analysis of potential assets to be sold and applicable security interests in same | B130 | NJS | 1.10 | 440.00 |
| 11/14/2024 | Research and analyze response to NRW motion re: Stipulation, draft response (2.5); draft motion to escrow proceeds of production (1.5); follow up re: discovery sought from NRW, third parties (1). | B130 | JDC | 5.00 | 2,500.00 |
| 11/14/2024 | Edit records motion, communication with LT re: same, oversee proper noticing of same | B130 | BWA | 3.60 | 1,800.00 |
| 11/14/2024 | Attention to document production for counsel | B110 | BWA | 0.30 | 150.00 |
| 11/14/2024 | Emails with M. Borror, client re: distribution schedule for 401k plan (0.2); review distribution schedule (0.3) | B220 | BAB | 0.50 | 300.00 |
| 11/14/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 0.60 | 240.00 |
| 11/14/2024 | Finalize subpoenas to A&M, Latham & Watkins and Moelis. | B130 | KAH | 0.40 | 120.00 |
| 11/14/2024 | Revise certificate of service to subpoenas; emails related to same. | B130 | KAH | 0.30 | 90.00 |
| 11/14/2024 | Order underlying UCC filings from multiple jurisdictions | B130 | KAH | 0.70 | 210.00 |
| 11/14/2024 | Reviewed Motion for Order to Abandon | B130 | AWM | 1.40 | 280.00 |
| 11/14/2024 | Research re require notice parties for abandonment | B130 | AWM | 1.80 | 360.00 |
| 11/14/2024 | Compiling information re MLCJR, et al case for Hedron mediation for M. Warner | B190 | AWM | 1.50 | 300.00 |

| Date | Description | | Timekeeper | Hours | Amount |
|------|-------------|---|------------|-------|--------|
| 11/14/2024 | Review and analyze TSA as to NRW issues (1.1); tc with Mr. Dykes regarding TSA and other issues (.4); review proposed amendment to servitude and other exhibits to GI 18 PSA (1.2); tc with Trustee regarding same (.3); revising PSA on GI 18 and email to W&T Counsel (1.5); analysis of 363 sale issues and DIP issues for various sales (2.0) | B120 | WSR | 6.50 | 3,900.00 |
| 11/15/2024 | continue analysis of property that may be sold and applicable security interests | B130 | NJS | 0.90 | 360.00 |
| 11/15/2024 | continue drafting/revising trustee interim fee app | B160 | NJS | 2.10 | 840.00 |
| 11/15/2024 | Research and analyze response to NRW motion re: Stipulation, draft response (2); draft motion to escrow proceeds of production (2); follow up re: discovery sought from NRW, third parties (.6); communications with R. Lamb re: NRW motion (.2); revise, serve discovery requests on NRW (.4). | B130 | JDC | 5.20 | 2,600.00 |
| 11/15/2024 | Confirm service information for records motion, including communication with SPC re: same (1.20); Analysis of issues raised by W&T as to abandonment motion, assess best steps forward (.50) | B130 | BWA | 1.70 | 850.00 |
| 11/15/2024 | review / revise subpoena / exhibits for NRW matters (.5); review lien and other sale issues GI 18 (.4); emails regarding pipeline ownership (.4) | B130 | WSR | 1.30 | 780.00 |
| 11/15/2024 | additional emails and review of subpoena and discovery issues as to NRW matters (.6); email regarding Devon bonds (.4); email to W&T counsel regarding ownership of pipeline (.2) | B130 | WSR | 1.20 | 720.00 |
| 11/15/2024 | review issues related to NRW / DOI; conference with DOI regarding NRW; follow up analysis on same | B130 | WSR | 1.20 | 720.00 |
| 11/15/2024 | Research re necessary notice parties for abandonment | B130 | AWM | 2.10 | 420.00 |
| 11/15/2024 | Finalizing subpoena exhibits for CIMA, Array, and Opportune | B130 | AWM | 0.50 | 100.00 |
| 11/15/2024 | Drafting Trustee's 2nd set of requests for production to NRW re Stip Motion | B130 | AWM | 1.40 | 280.00 |
| 11/15/2024 | Continued compiling information re MLCJR, et al case for Hedron mediation for M. Warner | B190 | AWM | 3.90 | 780.00 |
| 11/15/2024 | Meeting with interior, W. Robbins, and J. Cangelosi re NRW issues | B130 | AWM | 0.20 | 40.00 |
| 11/15/2024 | Meeting with Jamie and Will re NRW's Stip Motion | B130 | AWM | 0.20 | 40.00 |
| 11/15/2024 | Attention to NRW subpoena issues | B130 | BWA | 0.60 | 300.00 |
| 11/18/2024 | Revisions to mailing list for records motion; emails related to same. | B190 | KAH | 0.60 | 180.00 |
| 11/18/2024 | Receipt of R. Dykes 11.15.24 w/e report and N. Zimmerman w/e invoice; update payables spreadsheet. | B210 | KAH | 0.20 | 60.00 |
| 11/18/2024 | continue drafting/revising motion to sell property | B130 | NJS | 2.80 | 1,120.00 |
| 11/18/2024 | Research and analyze response to NRW motion re: Stipulation, draft response (3); draft motion to escrow proceeds of production (4); revise, finalize subpoenas to third parties (1.5). | B130 | JDC | 7.80 | 3,900.00 |

| 11/18/2024 | Continue working through notice issues for the records motion, finalizing service list (3.20); Analysis of W&T's correspondence re: abandonment motion issues (.50) | B130 | BWA | 3.70 | 1,850.00 |
|---|---|---|---|---|---|
| 11/18/2024 | Attention to status of draft motion to employ non-testifying expert | B160 | BWA | 0.30 | 150.00 |
| 11/18/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 1.90 | 760.00 |
| 11/18/2024 | Attention to revisions to subpoenas; arranging for service of same; researching agents for service; multiple emails re same | B130 | KAH | 1.80 | 540.00 |
| 11/18/2024 | Emails related to Latham Watkins and Moelis documents; initial download/store. | B130 | KAH | 0.20 | 60.00 |
| 11/18/2024 | Receipt/review of tax statements from Jefferson Parish; email to W. Robbins re same | B130 | KAH | 0.20 | 60.00 |
| 11/18/2024 | Review GI 18 documents and ancillary documents (1.5); analyzing E21 Onshore control issues (.6); conference with W&T and Trustee regarding same (.3); follow up tc with Trustee (.2); Review and analyze Interior evidence and discovery issues (1.3); review and analyze proposed mediation spreadsheet (.4); Analyze abandonment issues (.5) | B130 | WSR | 4.80 | 2,880.00 |
| 11/18/2024 | Continued compiling information re MLCJR, et al case for Hedron mediation for M. Warner | B190 | AWM | 5.20 | 1,040.00 |
| 11/18/2024 | Conducted research re discovery to government agencies | B310 | AWM | 2.00 | 400.00 |
| 11/19/2024 | Emails to/from abstractor re: abstract request for Energy XXI sale. | B120 | KAH | 0.30 | 90.00 |
| 11/19/2024 | Revisions to mailing list for Records Motion | B190 | KAH | 0.20 | 60.00 |
| 11/19/2024 | Finalize Records Motion and Order for Filing; attention to service of same. | B190 | KAH | 0.40 | 120.00 |
| 11/19/2024 | Finalize Response to NRW Stipulation Motion | B130 | KAH | 0.20 | 60.00 |
| 11/19/2024 | Run UCC searches on EPL Oil & Gas | B190 | KAH | 0.20 | 60.00 |
| 11/19/2024 | continue drafting/revising motion to sell | B130 | NJS | 2.10 | 840.00 |
| 11/19/2024 | internal communication re Special Counsel fees | B160 | NJS | 0.20 | 80.00 |
| 11/19/2024 | continue drafting/revising application to employ hidden assets | B160 | NJS | 0.60 | 240.00 |
| 11/19/2024 | Revise, finalize response to NRW motion re: Stipulation, prepare exhibits, prepare for filing (4.8); revise motion re: escrow (2). | B130 | JDC | 6.80 | 3,400.00 |
| 11/19/2024 | Prepare and oversee records motion filing, communication with Trustee and service parties re: same (2.1); review W&T's comments re: abandonment motion, revisit sale order and PA re: same, drat responses (2.40); | B130 | BWA | 4.50 | 2,250.00 |
| 11/19/2024 | Correspondence from Hidden Assets re: potential employment (.10); Attention to co-counsel fee issue (.20) | B160 | BWA | 0.30 | 150.00 |
| 11/19/2024 | Correspondence from FileLink re: invoice, communication with paralegal re: same | B110 | BWA | 0.20 | 100.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/2024 | Prepare for and participate in conference call with client re: 401k winddown (0.6); telephone conference and emails with M. Borror re: same (0.6) | B220 | BAB | 1.20 | 720.00 |
| 11/19/2024 | Review and multiple revisions to objection to NRW motion (1.8); emails to/from Trustee and tc with same (.3); emails to/from DIP counsel (.2); Emails to/from Mr. Dykes regarding various regulatory and other issues (.3); Review W&T listing / memo regarding abandonment (.6); forward materials on GI property to W&T (.2); review and analyze lien issues as to Venice and other properties (.7)<br><br>Review exhibits and other matters relating to Records motion before filing (1.9) | B130 | WSR | 5.80 | 3,480.00 |
| 11/19/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. re NRW motion | B130 | AWM | 6.80 | 1,360.00 |
| 11/19/2024 | Reviewing debtors' schedules and confirming information re debtors' assets for B. Altazan | B130 | AWM | 0.30 | 60.00 |
| 11/20/2024 | communication with K. Huddle and others re DMR permits (.1); multiple communications with M. Warner and B. Barriere re potential stay violations by carrier in Hedron and Ida matters (.3); multiple communications with L. Phillips re (i) lien claimants' mediation, (ii) proposed stipulation, and (iii) new money DIP calculations (.2); review of, and comments and revisions to, mediation information requested by Trustee and related communications with A. Mock and J. Cangelosi (.9); prepare for and attend Zoom conference with A. Mock, J. Cangelosi, and W. Robbins re multiple NRW issues including outstanding discovery, further necessary discovery, and additional motion practice (1.5); | B130 | PDS | 3.00 | 1,800.00 |
| 11/20/2024 | continue drafting/revising application to employ hidden assets | B160 | NJS | 0.70 | 280.00 |
| 11/20/2024 | Began review of draft motion re NRW royalties. | B130 | PDS | 1.30 | 780.00 |
| 11/20/2024 | Revise motion re: escrow (3.8); prepare for and participate in meeting with A&M re: document production (.5); update status of pending matters (1.5); schedule meeting re: NRW motion with J. Winkler (.2). | B130 | JDC | 6.00 | 3,000.00 |
| 11/20/2024 | Multiple emails and telephone conference with M. Warner, M. Borror re: 401k plan timeline and issues to wrap up | B320 | BAB | 0.70 | 420.00 |
| 11/20/2024 | Email from M. Warner re: QDRO issue relating to 401k plan | B220 | BAB | 0.10 | 60.00 |
| 11/20/2024 | Zoom call with A&M counsel re document production | B130 | KAH | 0.40 | 120.00 |
| 11/20/2024 | Review and analysis of various asset sale issues (.8); Meetings regarding pending discovery and other NRW issues (.7); Analysis of NRW escrow issues (.80; Emails to/from Mr. Long; receive NDA; tc with Mr. Long regarding predecessor documents for JM Huber (.6) | B130 | WSR | 2.90 | 1,740.00 |
| 11/20/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. re NRW motion | B130 | AWM | 1.30 | 260.00 |
| 11/20/2024 | Continued compiling information re MLCJR, et al case for Hedron mediation for M. Warner | B190 | AWM | 0.30 | 60.00 |

| 11/20/2024 | Meeting with D. Stewart, W. Robbins, and J. Cangelosi re case updates and discovery requests | B130 | AWM | 0.90 | 180.00 |
|---|---|---|---|---|---|
| 11/20/2024 | Emailing M. Warner re Hedron mediation information document | B190 | AWM | 0.20 | 40.00 |
| 11/20/2024 | Phone call with M. Warner re Hedron mediation information document | B190 | AWM | 0.10 | 20.00 |
| 11/20/2024 | Creating Excel spreadsheet with Hedron mediation information for M. Warner | B190 | AWM | 2.10 | 420.00 |
| 11/21/2024 | Comparison of Huber NDA to original. | B130 | KAH | 0.30 | 90.00 |
| 11/21/2024 | continue drafting/revising application to employ hidden assets | B160 | NJS | 1.80 | 720.00 |
| 11/21/2024 | continue drafting/revising venice sale motion | B130 | NJS | 2.40 | 960.00 |
| 11/21/2024 | Revise motion re: escrow, draft proposed order (5); begin researching and drafting responses to NRW's three sets of discovery requests (3). | B130 | JDC | 8.00 | 4,000.00 |
| 11/21/2024 | Telephone conference with M. Warner re: QDRO issues and interplay with 401k windup | B220 | BAB | 0.50 | 300.00 |
| 11/21/2024 | Email with M. Warner re: litigation efforts of estate and distributions from 401k funds | B220 | BAB | 0.30 | 180.00 |
| 11/21/2024 | Emails with client re: 401k payments, analyze further research needs re: expense compensability for expenses related to windup | B220 | BAB | 0.40 | 240.00 |
| 11/21/2024 | communication with E. Ripley re opposition (.1); communication with J. Cangelosi and A. Mock re NRW discovery issues (.6); communication with B. Barriere re Hedron (.6); receipt and preliminary review of escrow motion (.7); communication with M. Warner re mediation (.4). | B130 | PDS | 2.40 | 1,440.00 |
| 11/21/2024 | Attention to service of subpoenas; search for new address for CIMA Energy | B130 | KAH | 0.40 | 120.00 |
| 11/21/2024 | Review / compare NDA; emails to Mr. Long regarding document review JM Huber (1.0); Analysis of Vesco transaction; emails from W&T counsel regarding pipeline purchase (.6); Review and revise Motion to Escrow Production Proceeds (2.5) | B130 | WSR | 4.10 | 2,460.00 |
| 11/21/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. re NRW motion | B130 | AWM | 1.30 | 260.00 |
| 11/21/2024 | Continued updating Excel spreadsheet with Hedron mediation information for M. Warner | B190 | AWM | 2.30 | 460.00 |
| 11/21/2024 | Conducting research re Trustee's compensation for administration of debtors' 401k accounts | B220 | AWM | 1.90 | 380.00 |
| 11/21/2024 | Communication with Veritrust re: executed NDA | B130 | BWA | 0.10 | 50.00 |

| Date | Description | Task | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 11/22/2024 | communication with M. Warner re DIP questions for upcoming mediation (.2); communications with M. Warner re affiliated company (.1); communication with J. Cangelosi re Array subpoena (.1); communication with B. Barriere and M. Warner re Hedron mediation issues (.2); communication with W. Robbins re request for termination from LDQ (.1); communication with M. Warner and B. Barriere re D&O litigation questions re BP (.1); communication with T. Thriffley re potential purchase (.1); communication with J. Coleman and M. Warner re JW turnover (.1); communication with M. Dearman re Cox AR status (.1); communication with R. Dykes re billing (.1); communication with K. Heard re Moelis data (.1); call with B. Barriere and M. Warner re settlement with vendors (.7); review and revisions to NRW Royalties motion (2.3). | B130 | PDS | 4.30 | 2,580.00 |
| 11/22/2024 | communication with N. Smeltz and B. Altazan re status of Hidden Assets' employment (.3); revisions to pre-bill and fee apps for SRBA, TPS-West, and Trustee (1.6). | B160 | PDS | 1.90 | 1,140.00 |
| 11/22/2024 | Email from process server re service of CIMA Energy subpoena | B130 | KAH | 0.10 | 30.00 |
| 11/22/2024 | Attention to Latham and Watkins document downloads; issues related to same; emails related to same. | B130 | KAH | 0.90 | 270.00 |
| 11/22/2024 | Continue to trouble shoot issues with document downloads; emails to document producers related to same. | B130 | KAH | 1.80 | 540.00 |
| 11/22/2024 | Revisions to invoice. | B160 | KAH | 1.40 | 420.00 |
| 11/22/2024 | Research and draft responses to NRW's three sets of discovery requests (4.5); prepare for meeting with Spectrum (2.1). | B130 | JDC | 6.60 | 3,300.00 |
| 11/22/2024 | continue drafting/revising MT sell pipeline to WT | B130 | NJS | 1.90 | 760.00 |
| 11/22/2024 | further revisions to hidden assets employment application | B160 | NJS | 0.30 | 120.00 |
| 11/22/2024 | Analysis of potential liens against pipeline | B130 | NJS | 0.30 | 120.00 |
| 11/22/2024 | Attention to Hidden Assets employment applications | B160 | BWA | 0.40 | 200.00 |
| 11/22/2024 | Attention to follow-up with Argo counsel | B140 | BWA | 0.20 | 100.00 |
| 11/22/2024 | Analyze issues re: lien research on pipeline servitude | B130 | BAB | 0.50 | 300.00 |
| 11/22/2024 | Review research cases re: expenses compensable from 401k relating to windup | B220 | BAB | 0.90 | 540.00 |
| 11/22/2024 | Emails regarding various subpoena and discovery issues (.5); Review additional regulatory issues, including DEQ nonreporting issues (.6); Correspondence and TC with Pivach regarding sale of QB field (.4); Review and analyze JP Morgan Trust account and EPL Bank account issues (1.2); Review and revise SRBA, Trustee and CPA fee applications (2.0)<br><br>Review W&T pipeline sale; review and revise VESCO sale motion (1.1) | B130 | WSR | 5.80 | 3,480.00 |
| 11/22/2024 | Continued researching re Trustee's compensation for administration of debtors' 401k accounts | B220 | AWM | 1.90 | 380.00 |
| 11/22/2024 | Reviewing debtors' 401k plan documents | B220 | AWM | 0.90 | 180.00 |

| 11/22/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. | B130 | AWM | 3.90 | 780.00 |
|---|---|---|---|---|---|
| 11/25/2024 | Attention to status of subpoena service. | B130 | KAH | 0.10 | 30.00 |
| 11/25/2024 | Receipt of N. Zimmerman w/e 11-22 payables and R. Dykes activity report; update payable spreadsheet. | B210 | KAH | 0.20 | 60.00 |
| 11/25/2024 | Attention to Latham and Watkins document production; multiple emails related to same | B130 | KAH | 0.80 | 240.00 |
| 11/25/2024 | Attention to A&M document production issues; multiple emails related to same. | B130 | KAH | 0.80 | 240.00 |
| 11/25/2024 | Order additional UCC search for EPL in TX | B130 | KAH | 0.10 | 30.00 |
| 11/25/2024 | Research and draft responses to NRW's three sets of discovery requests (5.5); prepare for meeting with Spectrum (2.5). | B130 | JDC | 8.00 | 4,000.00 |
| 11/25/2024 | Prepare request for mortgage certificates from Plaquemines Parish | B130 | KAH | 0.30 | 90.00 |
| 11/25/2024 | Analyze list from W&T re: acquired assets that, per W&T, shouldn't/can't be abandoned (1.20); Communication from Trustee re: abandonment list (.10); Attention to equipment notice (.40) | B130 | BWA | 1.70 | 850.00 |
| 11/25/2024 | continue revising SRBA first interim fee application | B160 | NJS | 0.60 | 240.00 |
| 11/25/2024 | continue revising TPS West first interim fee application | B160 | NJS | 0.60 | 240.00 |
| 11/25/2024 | email to B. Dassa for updated form 2 | B160 | NJS | 0.10 | 40.00 |
| 11/25/2024 | continue drafting/revising W&T pipeline sale motion | B130 | NJS | 2.50 | 1,000.00 |
| 11/25/2024 | circulating TPS west fee application and explanation to R. Anderson for review/approval | B160 | NJS | 0.70 | 280.00 |
| 11/25/2024 | continue analysis of UCCs filed re venice oil property | B130 | NJS | 0.30 | 120.00 |
| 11/25/2024 | email to K. Elmer re effective date of employment for non-testifying expert | B160 | NJS | 0.20 | 80.00 |
| 11/25/2024 | communication with parties re discovery requests (.3); analysis of discovery plan for NRW motions and related communication with J. Cangelosi (1.7); multiple communications with M. Warner and B. Barriere re Hedron mediation (.9). | B130 | PDS | 2.90 | 1,740.00 |
| 11/25/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | BWA | 2.10 | 1,050.00 |
| 11/25/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 0.20 | 80.00 |
| 11/25/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 0.20 | 80.00 |
| 11/25/2024 | Emails and analysis of subpoena and document production issues (.5); Emails regarding Talos settlement and tc with Trustee regarding same (.4); Analysis of VESCO sale lien issues (.6); review and revise Sale Motion (2.8); Emails to/from W&T counsel regarding sale and other issues; tc with Trustee regarding same (.5) | B130 | WSR | 4.80 | 2,880.00 |
| 11/25/2024 | Creating email search terms for discovery requests re NRA Stip Motion | B130 | AWM | 2.30 | 460.00 |

| | | | | |
|---|---|---|---|---|
| 11/25/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. | B130 | AWM | 5.50 | 1,100.00 |
| 11/26/2024 | Continued follow up re: document production issues | B130 | KAH | 0.30 | 90.00 |
| 11/26/2024 | multiple communications with M. Warner and B. Barriere re Hedron mediation and settlement (1.3); communication with L. Phillips re Hedron mediation and stipulation (.4); communication with R. Kuebel re NRW litigation and other issues (.9); communication with B. Kadden re Lineholders' settlement (.8); communication with J. Cangelosi re NRW litigation (.2); detailed review of NRW royalty motion and related communications with W. Robbins and J. Cangelosi (1.4). | B130 | PDS | 5.00 | 3,000.00 |
| 11/26/2024 | incorporating form 2 information into SRBA, trustee, and TPS interim fee apps and circulating SRBA and trustee interim fee applications to trustee | B160 | NJS | 0.60 | 240.00 |
| 11/26/2024 | continue drafting/revising W&T pipeline sale motion | B130 | NJS | 1.30 | 520.00 |
| 11/26/2024 | continue revising application to employ hidden assets | B160 | NJS | 0.80 | 320.00 |
| 11/26/2024 | Research and draft responses to NRW's three sets of discovery requests (4); prepare for and participate in meeting with Spectrum (1.5). | B130 | JDC | 5.50 | 2,750.00 |
| 11/26/2024 | Correspondence from R. Kuebel re: abandonment motion order | B130 | BWA | 0.10 | 50.00 |
| 11/26/2024 | Email from B. Kadden re: waiver | B190 | BWA | 0.10 | 50.00 |
| 11/26/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 2.40 | 960.00 |
| 11/26/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 0.10 | 40.00 |
| 11/26/2024 | Analysis of employment of non-testifying expert in contingency fee litigation. | B160 | NJS | 0.20 | 80.00 |
| 11/26/2024 | Review / revise VESCO sale motion (3.2); email to VESCO Counsel (.3); review UCC records as to VESCO assets (.4); Tc with W&T Counsel regarding GI 18 and other issues (.4); review subsidiary report and forward same to W&T Counsel (.5); Conference with Spectrum and counsel regarding auction / NRW issues and regarding other assets (.5)<br><br>Tc with Mr. Phillipe regarding Talos; Email to Talos regarding settlement (.3)<br><br>Attention to Fishman fee app and carveout issues (.5) | B130 | WSR | 6.10 | 3,660.00 |
| 11/26/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. | B130 | AWM | 3.60 | 720.00 |
| 11/26/2024 | Meeting with B. Brown to discuss Trustee's compensation for services rendered under 11 USC 704(a) | B220 | AWM | 0.10 | 20.00 |
| 11/26/2024 | Drafting memo for B. Brown re Trustee's compensation for services rendered under 11 USC 704(a) | B220 | AWM | 2.50 | 500.00 |
| 11/26/2024 | Zoom meeting with J. Cangelosi, W. Robbins, Joe Winkler, and Ben Kadden to discuss the debtors' auctions re NRW issues | B130 | AWM | 0.60 | 120.00 |

| Date | Description | Task | Earner | Hours | Amount |
|---|---|---|---|---|---|
| 11/26/2024 | Call with J. Cangelosi and W. Robbins to discuss status of creating search terms for discovery requests re NRW issues | B130 | AWM | 0.20 | 40.00 |
| 11/26/2024 | Drafting notes from meeting with J. Cangelosi, W. Robbins, Joe Winkler, and Ben Kadden re NRW issues | B130 | AWM | 1.10 | 220.00 |
| 11/26/2024 | Review and edit Hidden Assets employment application and related documents (1.20); Communication with associate and SPC | B160 | BWA | 1.20 | 600.00 |
| 11/27/2024 | emails and analysis regarding nondebtor sub issues (1.2); review and forward W&T pipeline PSA (.7); | B130 | WSR | 1.90 | 1,140.00 |
| 11/27/2024 | attention to CPA, FA and SRBA fee applications | B130 | WSR | 0.50 | 300.00 |
| 11/27/2024 | Finalize SRBA and Trustee Fee Applications; emails related to same. | B160 | KAH | 1.20 | 360.00 |
| 11/27/2024 | Correspondence from Hidden Assets re: employment application | B160 | BWA | 0.20 | 100.00 |
| 11/27/2024 | finalize SRBA and trustee fee applications and emails with K. Heard re filing and serving same | B160 | NJS | 0.60 | 240.00 |
| 11/27/2024 | email to R. Anderson re fee application and confirmation to move forward with filing | B160 | NJS | 0.10 | 40.00 |
| 11/27/2024 | Emails with M. Borror, client re: distribution requests from 401k participants | B220 | BAB | 0.20 | 120.00 |
| 11/27/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA, etc. | B130 | AWM | 5.80 | 1,160.00 |
| | **Total** | | | **465.50** | **$204,200.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 57.00 | 600.00 | 34,200.00 |
| WSR | William S. Robbins | 79.30 | 600.00 | 47,580.00 |
| AWM | Abigail W. Mock | 111.40 | 200.00 | 22,280.00 |
| BAB | Brandon A. Brown | 5.80 | 600.00 | 3,480.00 |
| BWA | Brooke W. Altazan | 33.40 | 500.00 | 16,700.00 |
| JDC | Jamie D. Cangelosi | 106.40 | 500.00 | 53,200.00 |
| KAH | Kimberly A. Heard | 21.20 | 300.00 | 6,360.00 |
| NJS | Nicholas J. Smeltz | 51.00 | 400.00 | 20,400.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 1.20 | 500.00 | 600.00 |
| B120 | Asset Analysis and Recovery | 11.80 | 592.37 | 6,990.00 |
| B130 | Asset Disposition | 376.00 | 451.25 | 169,670.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.20 | 500.00 | 100.00 |
| B150 | Meetings of and Communications with Creditors | 0.30 | 600.00 | 180.00 |
| B160 | Fee/Employment Applications | 40.10 | 416.96 | 16,720.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 18.80 | 220.74 | 4,150.00 |
| B210 | Business Operations | 2.20 | 300.00 | 660.00 |
| B220 | Employee Benefits/Pensions | 11.40 | 343.86 | 3,920.00 |
| B240 | Tax Issues | 0.80 | 487.50 | 390.00 |
| B310 | Claims Administration and Objections | 2.00 | 200.00 | 400.00 |
| B320 | Plan and Disclosure Statement (Including Business | 0.70 | 600.00 | 420.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|-------:|
| 11/5/2024 | Texas Secretary of State database fees for entity inquiries | 4.00 |
| 11/10/2024 | Corporate documents from Delaware | 20.00 |
| 11/10/2024 | Corporate documents from Delaware | 20.00 |
| 11/11/2024 | Copy of tax bill for parcel numbers 3611119013 and 3611119000 | 4.00 |
| 11/11/2024 | Certified Copy of Pleading No. 21 in AP # 24-2004 | 20.50 |
| 11/12/2024 | Corporate documents from Delaware | 96.00 |
| 11/12/2024 | Corporate documents from Delaware | 96.00 |
| 11/13/2024 | Texas Secretary of State database fees for entity inquiries | 3.00 |
| 11/13/2024 | TransUnion for UCC searches | 64.75 |
| 11/14/2024 | Search for UCC filings. | 1.50 |
| 11/14/2024 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 11/14/2024 | Texas Secretary of State database fees for entity inquiries | 2.00 |
| 11/14/2024 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com | 5,908.61 |
| 11/18/2024 | Service of subpoena on Array Petroleum, LLC | 135.00 |
| 11/18/2024 | Service of subpoena on CIMA Energy, LP | 85.00 |
| 11/18/2024 | Service of final subpoena on Opportune LLP | 85.00 |
| 11/18/2024 | Service of subpoena (updated) on CIMA Energy, LP | 85.00 |
| 11/18/2024 | TransUnion for UCC searches | 25.90 |
| 11/19/2024 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 11/19/2024 | TransUnion for UCC searches | 38.85 |
| 11/19/2024 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com | 388.04 |
| 11/21/2024 | Service of subpoena on CIMA Energy, LP | 85.00 |
| 11/21/2024 | TransUnion for UCC searches | 25.90 |
| 11/22/2024 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 11/25/2024 | Run 2 mortgage certificates | 40.00 |
| 11/26/2024 | UCC Search re: EPL Oil & Gas LLC in Texas | 26.00 |
| 11/27/2024 | UCC Search on EPL Oil & Gas, LLC, Energy XXI GOM, LLC, Cox Operating, L.L.C. and Energy XXI GOM, LLC | 276.00 |
| 11/30/2024 | Copies for November 2024 | 356.00 |
| | **Total DISBURSEMENTS** | **$7,895.05** |

New Charges          $212,095.05

| Previous Balance | $709,463.85 |
| --- | --- |
| **Balance Due** | **$921,558.90** |

<u>**Trust Statement**</u>

| **Date** | **Description** | **Receipts** |
|---|---|---|
| 12/12/2024 | Whitney Bank | 5,000.00 |
| | Wire from W&T Offshore for deposit for pipeline purchase in Cox | |
| | **Total** | **$5,000.00** |
| | | |
| | **Trust Balance** | **$5,000.00** |