UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | ) ) | Case No. 23-90324 (CML) |
| Debtors | ) ) ) ) | Jointly Administered |

**NINTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING NOVEMBER 30, 2024 BY TPS-WEST, LLC AS ACCOUNTANTS TO THE TRUSTEE**

TPS-West, LLC ("TPS"), accountants for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Ninth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending November 30, 2024 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, TPS respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1. TPS respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by TPS on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | TPS-West, LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's Accountant |
| Date of Retention: | March 5, 2024 |
| Period Covered by this Statement: | Nov 1, 2024 through Nov 30, 2024 |
| Number Monthly Fee Statements: | Ninth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $2,008.50 |
| Total Interim Fees (80%) Requested | $1,606.80 |
| Total Expenses Requested | $17.80 |
| Total Interim Remuneration Requested (exclusive of holdback): | $1,624.60 |

> **In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

2. The following chart presents certain information regarding the TPS professionals whose work on these chapter 7 cases compensation is sought in this Fee Statement:

### User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 1.10 | $300.00 | $330.00 |
| Natalie S. Hinson | 0.10 | $170.00 | $17.00 |
| Natalie S. Hinson | 0.60 | $0.00 | $0.00 |
| Rhonda B. Fronk | 0.50 | $275.00 | $137.50 |
| Richard P. Anderson | 2.80 | $330.00 | $924.00 |
| William A. Potter | 2.00 | $300.00 | $600.00 |

3. TPS' invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering accounting services to the Trustee and (b) disbursements made or

incurred by TPS in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

4. Pursuant to the Interim Compensation Order, TPS seeks payment of $1,624.60 from the Trustee for the Statement Period, representing (a) 80% of TPS's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5. Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. TPS reserves the right to seek allowance of such fees and expenses not included herein.

Dated:	February 4, 2025	Respectfully Submitted,

	**STEWART ROBBINS BROWN**
	**& ALTAZAN, LLC**

	By:	/s/Paul Douglas Stewart, Jr.
		Paul Douglas Stewart, Jr. (La. Bar # 24661)
		*Admitted to Southern District of Texas*
		*(SDTX Federal No. 432642)*
		dstewart@stewartrobbins.com
		William S. Robbins (Tx. Bar # 24100894)
		wrobbins@stewartrobbins.com
		Brandon A. Brown (Tx. Bar # 24104237)
		bbrown@stewartrobbins.com
		Brooke W. Altazan (Tx. Bar # 24101002)
		baltazan@stewartrobbins.com
		301 Main Street, Suite 1640
		Baton Rouge, LA 70801-0016
		Telephone: (225) 231-9998
		Facsimile: (225) 709-9467

		*Counsel for Michael D. Warner,*
		*Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
Time Period – Nov 1, 2024 – Nov 30, 2024

TPS-West, LLC
Certified Public Accountants
10260 Westheimer Rd., Suite 210
Houston, TX 77042

Invoice submitted to:
MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)
c/o Michael D. Warner, Chapter 7
Bankruptcy Trustee
700 Louisiana Street
Suite 4500
Houston, TX 77002

December 16, 2024

Invoice #3994

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| <u>Federal Income Taxes</u> | | | | |
| 11/4/2024 | RBF | Update draft of 2023 Form 1065 income tax return for review, to implement changes requested by Trustee Michael Warner. | 0.20 $275.00/hr | $55.00 |
| | RBF | Update federal 505(b) letter for 2023 Form 1065 income tax package to implement changes requested by Trustee Michael Warner. | 0.30 $275.00/hr | $82.50 |
| | RPA | Request original signatures from M. Warner to be mailed to our office as he wants us to handle filing. | 0.20 $330.00/hr | $66.00 |
| | RPA | Discussion with R. Fronk to update/prepare 505(b) Letter. | 0.20 $330.00/hr | $66.00 |
| | RPA | Follow up email exchange with Whitley Penn to discuss items of question with return. | 0.60 $330.00/hr | $198.00 |
| 11/6/2024 | RPA | Review/resend tax package with updated 505(b) letter per M Warner request. | 0.50 $330.00/hr | $165.00 |
| 11/7/2024 | WAP | Research/respond to email questions concerning fixed assets. | 0.40 $300.00/hr | $120.00 |
| | WAP | Identify/send Data Page from MLCJR 1065 for 2020 and 2021 showing ownership of related entities. | 0.50 $300.00/hr | $150.00 |
| | WAP | Search X-Drive for tax returns for Energy XXI Services LLC at request of Trustee counsel, D. Stewart. | 1.10 $300.00/hr | $330.00 |
| 11/8/2024 | NH | Email correspondence re: 2023 Form 1065 receipt and filing instructions. | 0.10 $170.00/hr | $17.00 |
| | RPA | Communication via email with Mike Warner regarding holding off tax filings. Relay directive to Natalie Hinson. | 0.50 $330.00/hr | $165.00 |
| 11/11/2024 | RPA | Email exchange with Mike Warner and Brent Barriere regarding legal review of filing. Fulfill request to forward return to Barriere. | 0.30 $330.00/hr | $99.00 |
| | SUBTOTAL: | | [    4.90 | $1,513.50] |
| <u>TPSW Fee Application</u> | | | | |
| 11/8/2024 | NH | Received check for TPSWest invoice; update receivables/deposit. | 0.30 | NO CHARGE |
| 11/12/2024 | JLC | Prepare summary time-task schedule to accompany fee application filing (at counsel's request). | 0.50 $300.00/hr | $150.00 |
| | JLC | Prepare / format September billing | 0.60 $300.00/hr | $180.00 |
| 11/13/2024 | NH | Review TPSWest invoice for time incurred in October 2024. | 0.10 | NO CHARGE |
| 11/14/2024 | NH | Update fee app tracker re: invoice submission/20% fee holdback. | 0.20 | NO CHARGE |
| 11/26/2024 | RPA | Review of fee application prepared by Trustee's counsel re: 20% holdback fees through 09/30/2024. | 0.50 $330.00/hr | $165.00 |

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                                                 Page  2

|  | Hrs/Rate | Amount |
|---|---:|---:|
| SUBTOTAL: | [ 2.20 | $495.00] |
| For professional services rendered | 7.10 | $2,008.50 |

Additional Charges :

<u>Copy Expense</u>

| 11/1/2024 NH | Monthly Copy Count: October 2024 | | $17.80 |
|---|---|---|---:|
| | SUBTOTAL: | [ | $17.80] |
| | Total costs | | $17.80 |
| | Total amount of this bill | | $2,026.30 |
| | Balance due | | $2,026.30 |

### User Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| James L. Clarke | 1.10 | $300.00 | $330.00 |
| Natalie S. Hinson | 0.10 | $170.00 | $17.00 |
| Natalie S. Hinson | 0.60 | $0.00 | $0.00 |
| Rhonda B. Fronk | 0.50 | $275.00 | $137.50 |
| Richard P. Anderson | 2.80 | $330.00 | $924.00 |
| William A. Potter | 2.00 | $300.00 | $600.00 |