UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | Case No. 23-90324 (CML) |
| Debtors. | Jointly Administered |

**MONTHLY FEE STATEMENT OF MICHAEL D. WARNER, CHAPTER 7 TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2024 TO DECEMBER 31, 2024**

IN ACCORDANCE WITH THE ORDER GRANTING TRUSTEE'S MOTION FOR ORDER ESTABLISHING INTERIM COMPENSATION PROCEDURES FOR THE TRUSTEE AND THE TRUSTEE'S PROFESSIONALS [DOCKET NO. 1831], EACH PARTY RECEIVING NOTICE OF THE MONTHLY FEE STATEMENT WILL HAVE UNTIL 5:00 P.M. (PREVAILING CENTRAL TIME), 10 DAYS AFTER THE FILING OF THE MONTHLY FEE STATEMENT TO OBJECT TO THE REQUESTED FEES AND EXPENSES. UPON THE EXPIRATION OF SUCH 10-DAY PERIOD, THE TRUSTEE IS AUTHORIZED TO PAY THE PROFESSIONAL THE AMOUNT OF 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICABLE MONTHLY FEE STATEMENT.

| | |
|---|---|
| Name of Applicant: | Michael D. Warner<br>Chapter 7 Trustee |
| Date of Appointment: | May 6, 2024 |
| Period for which Fees and Expenses are Incurred: | November 1 – December 31, 2024 |
| Disbursements: | $256,130.52 |
| Compensation per 326(a) | |
| 3% of $256,130.52 | $7,683.91 |
| | |
| Total Compensation: | $7,683.91 |
| Expenses: | $0.00 |
| Interim Payment of Fees Requested (80%) | $6,147.13 |

Michael D. Warner, Chapter 7 Trustee (the "**Trustee**") submits this Monthly Fee Statement (the "**Fee Statement**") for the period from November 1, 2024 through December 31, 2024 (the "**Application Period**") in accordance with the Order pursuant to 11 U.S.C. §§ 105(a), 326, and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

330 establishing procedures for interim compensation and reimbursement of expenses of professionals (the "**Interim Compensation Order**")[2]

The Trustee requests compensation for professional services rendered in the amount of $7,683.91 for the Application Period. Eighty percent (80%) of the Fees equals $6,147.13. No expenses were incurred during the Application Period. Accordingly, the total interim request is $6,147.13. Form 2 is attached as **Exhibit A**.[3]

## PRAYER

WHEREFORE, the Trustee respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of compensation for professionals services rendered) as follows:

| | |
|---|---|
| **Fees (80%):** | **$6,147.13** |
| **Expenses (100%)** | **$0.00** |
| **Total Interim Request** | **$6,147.13** |

The Trustee respectfully requests that this Court grant the relief requested to use cash collateral on an interim basis and for such other and further relief to which he is entitled.

Dated: February 18, 2025

Respectfully submitted,

By: */s/ Michael D. Warner*
Michael D. Warner (TX Bar # 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com

*Chapter 7 Trustee*

---

[2] ECF No. 1831
[3] As reflected on Form 2, the Trustee received distributions of $10,810.51 on account of his monthly fee statement for the period September 1 – October 31, 2024. This amount has been excluded from the 3% fee calculation.

4923-9174-3257.1 92328.00001          2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 18, 2025, a true and correct copy of the above and foregoing pleading was caused to be served electronically through this Court's CM/ECF noticing system on parties registered to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the Debtors.

                                                       */s/ Michael D. Warner*
                                                       Michael D. Warner

## **EXHIBIT A**

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| --- | --- | --- | --- |
| Case Name: | MLCJR, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0875 | Account #: | ******9687 Checking |
| For Period Ending: | 12/31/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/05/24 | 171 | Compliance Technology Group | Invoice #10124 | 2990-000 | | 2,996.00 | 369,012.19 |
| 11/05/24 | 172 | NJZ Computer Services, LLC | W/E: 10.18.24, 10.25.24, and 11.2.24 | 2990-000 | | 2,100.00 | 366,912.19 |
| 11/05/24 | 173 | TPS - West, LLC | September 2024 Fee Statement (80% fees/100% expenses) | 7100-000 | | 18,026.40 | 348,885.79 |
| 11/05/24 | 174 | TRDkyes & Co, LLC | Oct 2024 | 2990-000 | | 34,000.00 | 314,885.79 |
| 12/10/24 | 175 | NJZ Computer Services, LLC | w/e 11-8-24; 11-15-24; 11-22-24; 11-29-24 | 2990-000 | | 2,550.00 | 312,335.79 |
| 12/10/24 | 176 | Veritrust | Inv# 1131690 | 2990-000 | | 5,268.14 | 307,067.65 |
| 12/10/24 | 177 | FileLink | Invoice #s 210233 & 210318 | 2990-000 | | 504.00 | 306,563.65 |
| 12/10/24 | 178 | Michael D. Warner | 80% fees per September-October 2024 fee statement [Dkt. 2291] | 7100-000 | | 10,810.51 | 295,753.14 |
| 12/10/24 | 179 | TRDkyes & Co, LLC | November 2024 | 2990-000 | | 25,600.00 | 270,153.14 |
| 12/18/24 | 180 | Chamberlain Hrdlicka | Balance due per Court Order [Dkt. 2317] | 2990-000 | | 65,085.98 | 205,067.16 |

| Account | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 372,008.19 | | | |
| 0 | Deposits | 0.00 | 10 | Checks | 166,941.03 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 372,008.19 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 166,941.03 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 372,008.19 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)                                            ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| --- | --- | --- | --- |
| Case Name: | MLCJR, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0875 | Account #: | ******5635 Cash Collateral |
| For Period Ending: | 12/31/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | |
| --- | --- | --- |
| | Balance Forward | 52,362.12 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 52,362.12 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | 52,362.12 |

| | | |
| --- | --- | --- |
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***0875 | Account #: | ******3772 DOJ Settlement Funds |
| For Period Ending: | 12/31/2024 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/24 | 300001 | Bureau of Ocean Energy Management | DOJ Settlement - Abandonment Motion | 2990-000 | | 100,000.00 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 100,000.00 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 100,000.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 100,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 100,000.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 100,000.00 | | | |

Page Subtotals:    $0.00    $100,000.00

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case No.:** | 23-90324 |
| **Case Name:** | MLCJR, LLC |
| **Taxpayer ID #:** | **-***0875 |
| **For Period Ending:** | 12/31/2024 |

| | |
|---|---|
| **Trustee Name:** | Michael D. Warner (631470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3772 DOJ Settlement Funds |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $0.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******9687 Checking | $0.00 | $166,941.03 | $205,067.16 |
| ******5635 Cash Collateral | $0.00 | $0.00 | $52,362.12 |
| ******3772 DOJ Settlement Funds | $0.00 | $100,000.00 | $0.00 |
| | **$0.00** | **$266,941.03** | **$257,429.28** |