IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **MLCJR LLC**, *et al.*[1] | § | CASE NO. 23-90324 |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |
| | § | |

# ORDER

Upon consideration of the foregoing *Ex Parte* Motion to Enroll Additional Counsel;

**IT IS HEREBY ORDERED** that Court to enroll Kyle Andrew Khoury (Southern District of Texas Federal ID No. 2998129) of the law firm of Pusateri, Johnston, Guillot & Greenbaum, LLC is hereby enrolled as additional counsel of record for Mack Steel & Supply, L.L.C., along with Salvador J. Pusateri and Aaron B. Greenbaum of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC.

Signed: February 19, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave., Suite 1175, Dallas, Texas 75205.