UNITED STATES BANKRUPTCY COURT · SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90324 |
|---|---|---|---|
| Debtor | In Re: | MLCJR LLC, et al. | |

This lawyer, who is admitted to the State Bar of **New York**:

| | |
|---|---|
| Name | Christina Brown |
| Firm | Gibson, Dunn & Crutcher |
| Street | 200 Park Avenue |
| City & Zip Code | New York, New York 10166-0193 |
| Telephone | 212-351-4000 |
| Licensed: State & Number | New York 5176912 |

Seeks to appear as the attorney for this party:

W&T Offshore, Inc., W&T Energy VI, LLC

Dated: 2/25/2025   Signed: s/ Christina Brown

---

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:   Signed: _____
                  Deputy Clerk

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                         United States Bankruptcy Judge