UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 23-90324 |
|---|---|---|---|
| Debtor | In Re: | MLCJR LLC, et al. | |

This lawyer, who is admitted to the State Bar of _____ California _____ :

| | |
|---|---|
| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Suzanne E. Span<br>Gibson, Dunn & Crutcher<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>949-451-3800<br>California 339827 |

Seeks to appear as the attorney for this party:

| W&T Offshore, Inc., W&T Energy VI, LLC | |
|---|---|
| Dated: 2/25/2025 | Signed: s/ Suzanne Span |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. | |
|---|---|
| Dated: | Signed: _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
United States Bankruptcy Judge