IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| **In re:** | Chapter 7 |
| **MLCJR LLC, *et al.*,**[1] | Case No. 23-90324 (CML) |
| **Debtors.** | Jointly Administered |

## NOTICE OF CLOSING DATE UNDER PURCHASE AND SALE AGREEMENT WITH W&T OFFSHORE, INC.

**PLEASE TAKE NOTICE** that on February 25, 2025, Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, filed the *Trustee's Emergency Motion for the Entry of an Order (I) Approving the Trustee's Entry into the Purchase Agreement, (II) Authorizing the Sale of Estate Property Free and Clear of All Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Executory Contracts, and (IV) Granting Related Relief* [Docket No. 2383] (the "Motion") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on March 6, 2025, the Bankruptcy Court entered the *Order (I) Approving the Trustee's Entry into the Purchase Agreement, (II) Authorizing the Sale of Estate Property Free and Clear of All Liens, Claims, Interests, and Encumbrances, (III) Authorizing the Assumption and Assignment of Executory Contracts, and (IV) Granting Related Relief* [Docket No. 2402] (the "Sale Order"),[2] which authorized, among other things, the Trustee's entry into the Purchase Agreement attached as **Exhibit 1** to the Sale Order, the assumption of the executory contracts and unexpired leases listed on **Exhibit 2** to the Sale Order, and the consummation of the Sale transaction contemplated by the Motion and the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, as approved by the Sale Order, the Closing Date (as defined in the Purchase Agreement) occurred on March 10, 2025.

[*Remainder of page intentionally left blank.*]

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

1

Dated: March 10, 2025

        Respectfully Submitted,

        **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   */s/ William S. Robbins*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
(SDTX Federal No. 432642)
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
Brandon A. Brown (Tx. Bar # 24104237)
bbrown@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***

## CERTIFICATE OF ACCURACY

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 10th day of March 2025.

/s/ *William S. Robbins*
William S. Robbins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of March 2025, a true and correct copy of the above and foregoing pleading will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District. Additionally, a true and correct copy of the above and foregoing pleading has been sent by First Class U.S. Mail, postage prepaid, to the parties contained in Exhibit B to (i) the *Trustee's Emergency Motion to Limit Notice* [Docket No. 1754], as authorized by this Court's *Order Granting Trustee's Emergency Motion to Limit Notice* [Docket No. 1794]; (ii) all potential holders of liens, claims, and interests against the Property of which the Trustee is aware of according to a review of current available information; (iii) the United States Trustee; and (iv) all counterparties to any executory contracts or unexpired leases to be assumed and assigned.

/s/ *William S. Robbins*
William S. Robbins