UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>MLCJR LLC, et al | CASE NO: 23-90324<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 2405 |

On 3/11/2025, I did cause a copy of the following documents, described below,

Notice of Closing Date ECF Docket Reference No. 2405

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/11/2025

/s/ William S. Robbins
William S. Robbins   24100894
Attorney for Panel Trustee
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801
225 231 9998
kheard@stewartrobbins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 23-90324 |
|---|---|
| MLCJR LLC, et al | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 2405 |

On 3/11/2025, a copy of the following documents, described below,

Notice of Closing Date ECF Docket Reference No. 2405

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/11/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
William S. Robbins
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801

USPS FIRST CLASS MAILING EXCLUSIONS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MLCJR LLC, ET AL<br>4514 COLE AVE.<br>SUITE 1175<br>DALLAS, TX 75205 | JACKSON WALKER, LLP<br>ATTN: MATTHEW D. CAVENAUGH<br>1401 MCKINNEY ST.<br>SUITE 1900<br>HOUSTON, TX 77010 | MICHAEL D. WARNER<br>PACHULSKI STANG ZIEHL & JONES<br>700 LOUISIANA AVE., STE. 4500<br>HOUSTON, TX 77002 |
| JARROD MARTIN<br>CHAMBERLAIN, HRDLICKA<br>1200 SMITH ST.<br>SUITE 1400<br>HOUSTON, TX 77002 | OFFICE OF THE US TRUSTEE<br>US TRUSTEE<br>515 RUSK ST.<br>SUITE 3516<br>HOUSTON, TX 77002 | AMERICAN PANTHER, LLC<br>ATTN: NADINE MOUSTAFA, SENIOR VP,<br>GENERAL COUNSEL & CORP. SECRETARY<br>1501 MCKINNEY ST.<br>SUITE 800<br>HOUSTON, TX 77010 |
| A PORT LLC<br>ATTN: LILLY HAMM, CONTROLLER & CFO<br>100 COMMISSION BLVD.<br>LAFAYETTE, LA 70508 | AXIP ENERGY SERVICES, LP<br>ATTN: DOUG EDWARDS, SR. VP & GENERAL COUNSEL<br>1301 MCKINNEY ST., SUITE 900<br>FULLBRIGHT TOWER<br>HOUSTON, TX 77010 | CHET MORRISON CONTRACTORS, LLC<br>ATT: CHET MORRISON, FOUNDER & CEO<br>9 BAYOU DELARGE RD.<br>HOUMA, LA 70363 |
| CROSBY ENERGY SERVICES<br>ATTN: CHRIS BRANTLEY, EXECUTIVE VP & CFO<br>14090 WEST MAIN ST.,<br>CUT OFF, LA 70345 | CYPRESS POINT MARINE<br>ATTN: JOHN SUMICH, PRESIDENT<br>500 HWY. 90<br>SUITE 120<br>PATTERSON, LA 70392 | BURNER FIRE CONTROL, INC.<br>ATTN: MATT CRUSE, PRESIDENT & CEO<br>1317 PETROLEUM PKWY.<br>BROUSSARD, LA 70518 |
| CACTUS WELLHEAD, LLC<br>ATTN: BRIAN SMITH, CFP<br>920 MEMORIAL CITY WAY<br>SUITE 300<br>HOUSTON, TX 77024 | C DIVE, LLC<br>ATTN: ROBERT CHAMPAGNE, OWNER<br>1011 SADDI ST.<br>HOUMA, LA 70363 | GOM SHELF LLC<br>ATTN: JON GRAHAM, SALES MANAGER<br>2000 W. SAM HOUSTON PKWY S<br>SUITE 1200<br>HOUSTON, TX 77042 |
| GULFSTREAM SERVICES, INC.<br>ATTN: BOBBY BOND, CEO<br>230 & 231 DEVELOPMENT ST.<br>HOUMA, LA 70363 | KEYSTONE CHEMICAL, LLC<br>ATTN: JEFF DELAHOUSSAYE, PRESIDENT<br>1019 ALBERTSON PKWY.<br>BROUSSARD, LA 70518 | DANOS, LLC<br>ATTN: PAUL DANOS, OWNER PRESIDENT & CE<br>3878 WEST MAIN ST.<br>GRAY, LA 70359 |
| DLS, L.L.C.<br>ATTN: JUAN KNIGHT CEO<br>AND KENT AGUILLARD<br>P.O. BOX 309<br>LAFAYETTE, LA 70503 | E S & H PRODUCTION GROUP, LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2516 ENGINEERS RD.<br>BELLE CHASSE, LA 70037 | FAB CON, INC.<br>ATTN: BOBBY GILES, PRESIDENT & CEO<br>1710 YOUNGS RD.<br>MORGAN CITY, LA 70380 |
| GOL, LLC<br>ATTN: CASEY BOUSEGARD, VP<br>4535 HIGHWAY 308<br>P.O. BOX 309<br>RACELAND, LA 70394 | RYAN, LLC<br>ATTN: BRINT RYAN, CHAIRMAN & CEO<br>THREE GALLERIA TOWER<br>13155 NOEL RD., SUITE 100<br>DALLAS, TX 75240 | SEATRAX, INC.<br>ATTN: BLUE LEGE, VP<br>218 GUNTHER LANE<br>BELLE CHASSE, LA 70037 |
| THIRD COAST MIDSTREAM HOLDINGS, LLC<br>ATTN: NADINE MOUSTAFA, SENIOR VP<br>1501 MCKINNEY ST.<br>SUITE 800<br>HOUSTON, TX 77002 | LINEAR CONTROLS INC.<br>ATTN: ANDRE CLEMONS, PRESIDENT & CEO<br>107 1/2 COMMISSION BLVD.<br>LAFAYETTE, LA 70508 | PELSTAR MECHANICAL SERVICES, LLC<br>ATTN: BLUE LEGE, VP<br>1530 ST. ETIENNE RD.<br>BROUSSARD, LA 70518 |

| | | |
|---|---|---|
| PRIME ENERGY RESOURCES, LLC<br>ATTN: RYAN FREDERICK, VP<br>139 JAMES COMEAUX RD., SUITE B<br>PMB 609<br>LAFAYETTE, LA 70508 | QUALITY PROCESS SERVICES, LLC<br>ATTN: WENDY AGUILLARD, CFO<br>587 S. HOLLYWOOD RD.<br>HOUMA, LA 70360 | QUALITY PRODUCTION MANAGEMENT, LLC<br>ATTN: CLAY NUNNALLY, CEO<br>425 GRIFFIN RD.<br>YOUNGSVILLE, LA 70592 |
| TURNKEY OFFSHORE PROJECT SERVICES, LLC<br>ATTN: JAY HENDERSON, VP<br>8506 SHRIMPERS ROW<br>DULAC, LA 70353 | VISION PRODUCTION CHEMICALS LLC<br>ATTN: JASON BROUSSARD, VP<br>8910 CORDELL RD.<br>ABBEVILLE, LA 70510 | WHITCO SUPPLY, LLC<br>ATTN: MINDY DAWES, OWNER & CEO<br>200 N. MORGAN AVE.<br>BROUSSARD, LA 70518 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20224 | STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY, AL 36130 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 |
| STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON, DE 19801 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE, LA 70804 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN, TX 78711 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 4<br>ATTN: GENERAL COUNSEL<br>ATLANTA FEDERAL CENTER<br>61 FORSYTH ST. SW<br>ATLANTA, GA 30303 | ENVIRONMENTAL PROTECTION AGENCY REGION 6<br>ATTN: GENERAL COUNSEL<br>1201 ELM ST.<br>SUITE 500<br>DALLAS, TX 75270 | SECURITIES & EXCHANGE COMMISSION FORT WORTH OFFICE<br>ATTN: DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., SUITE 1900, UNIT 18<br>FORT WORTH, TX 76102 |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN: J. ZACHARY BALASKO, SHANE HUANG<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | OFFICE OF THE US TRUSTEE<br>ATTN: MARY LANGSTON<br>400 POYDRAS ST.<br>SUITE 2110<br>NEW ORLEANS, LA 70130 | STATE OF MISSISSIPPI ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, STE. 1200<br>JACKSON, MS 39201 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 3<br>ATTN: GENERAL COUNSEL<br>FOUR PENN CENTER<br>1600 JKF BLVD.<br>PHILADELPHIA, PA 19103 | LOUISIANA DEPT. OF JUSTICE<br>ATTN: RYAN M. SEIDEMANN, PH.D<br>CIVIL DIVISION/LANDS & NATURAL RESOURCES<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: SECRETARY OF THE TREASURY<br>100 F ST. NE<br>WASHINGTON, DC 20549 |
| SECURITIES & EXCHANGE COMMISSION NY OFFICE<br>ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY ST., SUITE 400<br>NEW YORK, NY 10281 | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS<br>ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>CIVIL PROCESS CLERK<br>1000 LOUISIANA ST., SUITE 2300<br>HOUSTON, TX 77002 | US DEPT. OF JUSTICE<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>ATTN: KAYCI G. HINES<br>P.O. BOX 7611 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |
| AMARILLO NATIONAL BANK<br>410 S. TAYLOR ST.<br>AMARILLO, TX 79101 | AMARILLO NATIONAL BANK<br>ATTN: LOUIS M. PHILLIPS<br>KELLY HART PITRE<br>301 MAIN ST., SUITE 1600<br>BATON ROUGE, LA 70801 | AMARILLO NATIONAL BANK<br>ATTN: SAMANTHA ESPINO<br>UNDERWOOD LAW FIRM, P.C.<br>500 S. TAYLOR ST., STE. 1200<br>AMARILLO, TX 79101 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| A-PORT, LLC<br>1840 JUTLAND DR.<br>HARVEY, LA 70058 | A-PORT, LLC<br>ATTN: JOHN PIVACH<br>PIVACH LAW FIRM<br>8311 HWY. 23, STE. 104<br>BELLE CHASSE, LA 70037 | AXIS COMPRESSOR SERVICES, LLC<br>2704 SOUTHWEST DR.<br>NEW IBERIA, LA 70560 |
| AXIS NEWCO<br>2704 SOUTHWEST DR.<br>NEW IBERIA, LA 70560 | AXIS NEWCO<br>ATTN: CONNOR J. SMITH<br>DORE ROTHBERG LAW, P.C.<br>16225 PARK TEN PL., STE. 700<br>HOUSTON, TX 77084 | CACTUS WELLHEAD, LLC<br>920 MEMORIAL CITY WAY, STE. 300<br>HOUSTON, TX 77024 |
| CACTUS WELLHEAD, LLC<br>ATTN: JUSTIN T. SCOTT<br>BRADLEY, ARANY, BOULT, CUMMINGS LLP<br>600 TRAVIS, SUITE 5600<br>HOUSTON, TX 77002 | CACTUS WELLHEAD, LLC<br>ATTN: BLAKE HAMM<br>MEHAFFY WEBER, P.C.<br>P.O. BOX 16<br>BEAUMONT, TX 77704 | CARDINAL SLICKLINE, LLC<br>7514 HWY. 90 WEST<br>NEW IBERIA, LA 70560 |
| CARDINAL SLICKLINE, LLC<br>ATTN: JOHN MOUTON, III<br>1200 CAMELLIA BLVD., STE. 204<br>LAFAYETTE, LA 70508 | CROSBY ENERGY SERVICES<br>14090 HWY. 1<br>CUT OFF, LA 70345 | CROSBY ENERGY SERVICES<br>ATTN: SCOTT CHEATHAM<br>ADAMS & REESE LLP<br>701 POYDRAS ST., 45TH FLOOR<br>NEW ORLEANS, LA 70139 |
| DANOS, LLC<br>3878 WEST MAIN ST.<br>GRAY, LA 70359 | DANOS, LLC<br>ATTN: RICHARD A. AGUILAR<br>ADAMS & REESE LLP<br>701 POYDRAS ST., 45TH FLOOR<br>NEW ORLEANS, LA 70139 | DELTA'S MISSY'S SUPERMARKET, LLC<br>500 HWY. 90, STE. 120<br>PATTERSON, LA 70392 |
| DELTA'S MISSY'S SUPERMARKET, LLC<br>ATTN: FERNAND L. LANDUMIEY<br>CHAFFE MCCALL, LLP<br>1100 POYDRAS ST., STE. 2300<br>NEW ORLEANS, LA 70163 | DIAMOND TANK RENTAL, LLC<br>ATTN: OMER KUEBEL<br>LOCKE LORD LLP<br>601 POYDRAS ST., STE. 2660<br>NEW ORLEANS, LA 70130 | DIVERSE SAFETY & SCAFFOLDING, L.L.C.<br>4308 W. HWY. 90<br>NEW IBERIA, LA 70560 |
| DIVERSE SAFETY & SCAFFOLDING, L.L.C.<br>ATTN: SCOTT CHEATHAM<br>ADAMS & REESE LLP<br>701 POYDRAS ST., 45TH FLOOR<br>NEW ORLEANS, LA 70139 | DLS, L.L.C.<br>PO BOX 309<br>LYDIA, LA 70569 | DLS, L.L.C.<br>ATTN: H. KENT AGUILLARD<br>141 SOUTH SIXTH ST.<br>EUNICE, LA 70535 |
| EBI LIFTBOATS LLC<br>124 FINISH LINE LANE<br>HOUMA, LA 70360 | EIG MANAGEMENT COMPANY, LLC<br>ATTN: PATRICK HICKEY<br>WAKEFORD THOMAS, AMY SPRINGS<br>333 CLAY ST., STE. 3500<br>HOUSTON, TX 77002 | ES&H PRODUCTION GROUP, L.L.C.<br>1730 COTEAU RD.<br>HOUMA, LA 70364 |
| EXPEDITORS & PRODUCTION SERVICES COMPANY<br>425 INDUSTRIAL PARKWAY<br>LAFAYETTE, LA 70508 | EXPRO AMERICAS, LLC<br>1311 BROADFIELD BLVD., STE. 400<br>HOUSTON, TX 77084 | FAB CON, INC.<br>PO BOX 520<br>GONZALES, LA 70707 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FAB CON, INC.<br>ATTN: TRISTAN MANTHEY, STACY BENANDI<br>1532 S. BURNSIDE AVE., UNIT 2<br>GONZALES, LA 70737 | FAB CON, INC.<br>ATTN: CHERIE DESSAUER NOBLES<br>FISHMAN HAYGOOD, LLP<br>201 ST. CHARLES AVE., 46TH FLOOR<br>NEW ORLEANS, LA 70170-4600 | GOL, LLC<br>4535 HWY. 308<br>RACELAND, LA 70394 |
| GOL, LLC<br>ATTN: AARON B. GREENHOUSE<br>PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC<br>1100 POYDRAS ST., STE. 2250<br>NEW ORLEANS, LA 70163 | GULFSTREAM SERVICES, INC.<br>ATTN: STAN DUVAL<br>101 WILSON AVE.<br>HOUMA, LA 70361 | GULF SOUTH SERVICES, INC.<br>PO BOX 1229<br>AMELIA, LA 70340 |
| GRAND ISLE SHIPYARD, L.L.C.<br>18838 HWY. 3235<br>GALLIANO, LA 70354 | GRAND ISLE SHIPYARD, L.L.C.<br>ATTN: AARON B. GREENHOUSE<br>BREAZEALE SACHSE & WILSON, LLP<br>909 POYDRAS ST., SUITE 1500<br>NEW ORLEANS, LA 70163 | H.I.S. FIRE & SAFETY EQUIPMENT, L.L.C.<br>PO BOX 368<br>DELCAMBRE, LA 70528 |
| H.I.S. FIRE & SAFETY EQUIPMENT, L.L.C.<br>ATTN: MISTY A. SEGURA<br>SPENCER FANE LLP<br>3040 POST OAK BLVD., STE. 1400<br>HOUSTON, TX 77056 | KEYSTONE CHEMICAL, LLC<br>1019 ALBERTSON PARKWAY<br>BROUSSARD, LA 70518 | KEYSTONE CHEMICAL, LLC<br>ATTN: BENJAMIN W. KADDEN<br>LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>601 POYDRAS ST., STE. 2775<br>NEW ORLEANS, LA 70130 |
| LABORDE MARINE MANAGEMENT, LLC<br>ATTN: GINNY HOOTSELL<br>601 POYDRAS ST., SUITE 1725<br>NEW ORLEANS, LA 70130 | LABORDE MARINE MANAGEMENT, LLC<br>BUTLER SNOW<br>ATTN: JAMES R. RUSTIN<br>445 NORTH BLVD., STE. 300<br>BATON ROUGE, LA 70802 | LINEAR CONTROLS INC.<br>1615 POYDRAS ST., STE. 830<br>NEW ORLEANS, LA 70130 |
| LOGIC CONTROL SYSTEMS, LLC<br>210 DERRICK RD.<br>BROUSSARD, LA 70518 | MACK STEEL & SUPPLY, LLC<br>18838 HWY. 3235<br>GALLIANO, LA 70354 | MACK STEEL & SUPPLY, LLC<br>ATTN: RICHARD A. AGUILAR<br>ADAMS & REESE LLP<br>701 POYDRAS ST., 45TH FLOOR<br>NEW ORLEANS, LA 70139 |
| OFFSHORE AIR & REFRIGERATION, INC.<br>417 SHELLY DR.<br>LAFAYETTE, LA 70503 | OFFSHORE OIL SERVICES, INC.<br>1608 OLD ANGLETON RD.<br>CLUTE, TX 77531 | OFFSHORE OIL SERVICES, INC.<br>ATTN: GAVIN GUILLOT<br>1100 POYDRAS ST., STE. 2250<br>NEW ORLEANS, LA 70163 |
| PELSTAR MECHANICAL SERVICES, LLC<br>13223 FM 529<br>HOUSTON, TX 77041 | PELSTAR MECHANICAL SERVICES, LLC<br>ATNN: JOHN PIVACH<br>PIVACH LAW FIRM<br>8311 HWY. 23, STE. 104<br>BELLE CHASSE, LA 70037 | PRIME ENERGY RESOURCES, LLC<br>720 ST. NAZAIRE RD.<br>BROUSSARD, LA 70518 |
| PRIME ENERGY RESOURCES, LLC<br>ATTN: BENJAMIN W. KADDEN<br>LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>601 POYDRAS ST., STE. 2775<br>NEW ORLEANS, LA 70130 | QUALITY CONSTRUCTION & PRODUCTION , L.L.C.<br>425 GRIFFIN RD.<br>YOUNGSVILLE, LA 70592 | QUALITY ENERGY SERVICES, INC.<br>5342 HWY. 311<br>HOUMA, LA 70360 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| QUALITY ENERGY SERVICES, INC.<br>ATTN: BENJAMIN W. KADDEN<br>LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>601 POYDRAS ST., STE. 2775<br>NEW ORLEANS, LA 70130 | QUALITY PROCESS SERVICES, LLC<br>587 S. HOLLYWOOD RD.<br>HOUMA, LA 70360 | QUALITY PROCESS SERVICES, LLC<br>ATTN: SCOTT CHEATHAM<br>ADAMS & REESE LLP<br>701 POYDRAS ST., 45TH FLOOR<br>NEW ORLEANS, LA 70139 |
| QUALITY PRODUCTION MANAGEMENT, LLC<br>425 GRIFFIN RD.<br>YOUNGSVILLE, LA 70592 | QUALITY PRODUCTION MANAGEMENT, LLC<br>MAHTOOK & LAFLEUR LLC<br>1000 CHASE TOWER<br>600 JEFFERSON ST.<br>LAFAYETTE, LA 70502 | QUALITY PRODUCTION MANAGEMENT, LLC<br>ATTN: JOHN F. HIGGINS<br>PORTER HEDGES, LLP<br>1000 MAIN ST., 36TH FLOOR<br>HOUSTON, TX 77002 |
| SEATRAX SERVICES, INC.<br>501 LOUISIANA AVE.<br>BATON ROUGE, LA 70802 | SEATRAX SERVICES, INC.<br>ATTN: JOHN PIVACH<br>PIVACH LAW FIRM<br>8311 HWY. 23, STE. 104<br>BELLE CHASSE, LA 70037 | TOTAL PRODUCTION SUPPLY, LLC<br>121 WINDFALL DR.<br>LAFAYETTE, LA 70508-4484 |
| TOTAL PRODUCTION SUPPLY, LLC<br>ATTN: BENJAMIN W. KADDEN<br>LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>601 POYDRAS ST., STE. 2775<br>NEW ORLEANS, LA 70130 | VCG ENERGY GROUP, L.L.C.<br>4906 AMBASSADOR CAFFERY PKWY., BLDG. B<br>LAFAYETTE, LA 70508 | VISION PRODUCTION CHEMICALS LLC<br>8910 CORDELL RD.<br>ABBEVILLE, LA 70510-2390 |
| VISION PRODUCTION CHEMICALS LLC<br>ATTN: PATRICK "RICK" M. SHELBY<br>PHELPS DUNBAR, LLP<br>365 CANAL ST., STE. 2000<br>NEW ORLEANS, LA 70130-6534 | WESTWIND HELICOPTERS, INC.<br>PO BOX 929<br>SANTA FE, TEXAS 77517 | WHITCO PUMP & EQUIPMENT, L.L.C.<br>ATTN: MIKE FOREMAN<br>121 N. BERNARD RD.<br>BROUSSARD, LA 70518 |
| WOOD GROUP PSN, INC.<br>17420 KATY FREEWAY, STE. 300<br>HOUSTON, TX 77094 | CATHERINE STONE CURTIS<br>MCGINNIS LOCHRIDGE<br>PO BOX 720788<br>MCALLEN, TX 78504 | GREYHOUND ENERGY LLC<br>C/O REGISTERED AGENT<br>LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>601 POYDRAS ST., STE. 2775<br>NEW ORLEANS, LA 70130 |
| DEPARTMENT OF NATURAL RESOURCES<br>OFFICE OF CONSERVATION<br>PO BOX 44277<br>BATON ROUGE, LA 70804-4277 | DEPARTMENT OF NATURAL RESOURCES<br>OFFICE OF COASTAL MANAGEMENT<br>PO BOX 44487<br>BATON ROUGE, LA 70804-4487 | DEPARTMENT OF NATURAL RESOURCES<br>OFFICE OF MINERAL RESOURCES<br>PO BOX 44277<br>BATON ROUGE, LA 70804-4277 |
| LOUISIANA DEPARTMENT OF NATURAL RESOURCES<br>LASALLE BUILDING<br>617 NORTH THIRD ST.<br>BATON ROUGE, LA 70802 | LOUISIANA STATE LAND OFFICE<br>ATTN: JOHN LAVIN - PUBLIC LANDS ADMINISTRATOR<br>PO BOX 44124<br>BATON ROUGE, LA 70804 | LOUISIANA STATE MINERAL BOARD<br>617 NORTH THIRD ST.<br>BATON ROUGE, LA 70802 |
| GREYHOUND ENERGY LLC<br>777 N. ELDRIGE, STE. 390<br>HOUSTON, TX 77079 | | |