IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| MLCJR LLC, *et al.*,[1] | § | Case No. 23-90324 (CML) |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

**EXXON MOBIL CORPORATION'S NOTICE OF WITHDRAWAL OF OBJECTION TO THE TRUSTEE'S EMERGENCY MOTION FOR AUTHORITY TO (A) RELINQUISH CERTAIN FEDERAL LEASES; (B) ABANDON THE REMAINING TITLE TO CERTAIN FEDERAL LEASES; AND (C) FOR RELATED RELIEF**
[Relates to Doc. No. 2361]

Exxon Mobil Corporation hereby withdraws its *Objection to the Trustee's Emergency Motion for Authority to (A) Relinquish Certain Federal Leases; (B) Abandon the Remaining Title to Certain Federal Leases; and (C) for Related Relief* [Docket No. 2361] filed on January 27, 2025.

Dated: March 20, 2025.

**PORTER HEDGES LLP**

By: */s/ Aaron J. Power*
 Aaron J. Power (State Bar No. 24058058)
 Jordan T. Stevens (State Bar No. 24106467)
 1000 Main Street, 36th Floor
 Houston, Texas 77002
 Telephone: (713) 226-6000
 Facsimile: (713) 226-6295
 E-Mail: apower@porterhedges.com
  jstevens@porterhedges.com

*Counsel for Exxon Mobil Corporation and its affiliated entities*

---

[1] The Debtors in these cases along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

17150567

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing instrument was duly served by electronic transmission to all registered ECF users appearing in the case on March 20, 2025.

                */s/ Aaron J. Power*
                Aaron J. Power

17150567