**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MLCJR LLC, *et al.*,[1] | ) | Case No. 23-90324 (CML) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**JOINT STIPULATION AND AGREED ORDER**

(Related Docket Nos. 2341, 2233, 2274, 2312, 2045, and 2046)

Michael D. Warner (the "Trustee"), solely in his capacity as chapter 7 trustee for the bankruptcy estates (the "Estates") of the above-captioned Debtors (as defined herein), the United States of America (the "United States"),[2] GOM Shelf LLC ("GOM Shelf"), McMoRan Oil & Gas LLC ("MMR"), and Natural Resources Worldwide LLC ("NRW") (collectively, the "Parties") respectfully submit this proposed stipulation and agreed order (the "Stipulation and Order") consensually resolving, *inter alia*, (a) the Second Motion to Amend, (b) the Motion Pursuant to Stipulation, (c) the United States' Admin Claims, and (d) the Motion to Abandon ((a) – (d) as defined herein) as set forth herein and obviates the necessity of the Court's ruling on the Motion to Abandon anticipated to occur on March 21, 2025.

**RECITALS**

**WHEREAS,** on May 14, 2023 (the "Petition Date"), the following entities (collectively,

---

[1] The debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] "United States" includes without limitation the United States Department of the Interior, which includes without limitation the Bureau of Ocean Energy Management, the Bureau of Safety and Environmental Enforcement, and the Office of Natural Resources Revenue.

1

the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court"): MLCJR LLC (Case No. 23-90324); M21K, LLC (Case No. 23-90325); EPL Oil & Gas, LLC (Case No. 23-90326); Cox Operating, LLC (Case No. 23-90327); Cox Oil Offshore, LLC (Case No. 23-90328); Energy XXI Gulf Coast, LLC (Case No. 23-90329); and Energy XXI GOM, LLC (Case No. 23-90330) (collectively referred to herein as the "Bankruptcy Cases").

**WHEREAS,** since May 16, 2023, the Bankruptcy Cases have been consolidated for procedural purposes only and jointly administered by the Court under Case No. 23-90324 [Dkt. No. 103].

**WHEREAS,** on February 10, 2024, the Court entered that certain *Order (A) Approving the Purchase and Sale Agreement With Natural Resources Worldwide LLC, (B) Authorizing the Sale of Certain Assets of the Debtors Free and Clear of Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Assignment of Certain Contracts and Leases, and (D) Granting Related Relief* [Dkt. No. 1626] (as amended from time-to-time, the "Sale Order"), wherein the Court, *inter alia*, authorized the Debtors' sale of various assets and the assignment of other assets (the "Sale Transaction") to NRW through that certain *Purchase and Sale Agreement* among the Debtors and NRW, dated February 9, 2024 (the "PSA"). The Sale Transaction included the sale and assignment of the Estates' interests in: (i) oil and gas leases that cover the offshore blocks listed thereon; (ii) Right of Use Easements; and (iii) Right of Way pipelines (collectively (i)-(iii), the "Federal Leases").

**WHEREAS,** on February 14, 2024, the Debtors and NRW closed the sale under the Sale Order (the "Closing" on the "Closing Date") [Dkt. No. 1644].

2

**WHEREAS,** on February 28, 2024 (the "Conversion Date"), the Court converted each of the Bankruptcy Cases to a case under Chapter 7 of the Bankruptcy Code [Dkt. No. 1720]. Hereinafter, the period from the Petition Date to the Conversion Date is referred to as the "Chapter 11 Period").

**WHEREAS,** on May 6, 2024, the Court approved Michael D. Warner's election as permanent chapter 7 trustee for each of the Estates, subject to his ability to qualify under section 322(a) of the Bankruptcy Code [Dkt. No. 1919].

**WHEREAS,** on May 8, 2024, the Trustee filed his *Notice of Bond and Acceptance of Election* [Dkt. No. 1996]. As such, as of May 8, 2024, Michael D. Warner is the qualified and acting chapter 7 trustee for each of the Estates.

**WHEREAS**, on September 2, 2024, NRW filed that certain *Emergency Motion of Natural Resources Worldwide LLC to Amend Order Approving Purchase and Sale Agreement* [Dkt. No. 1626] ("First Motion to Amend").

**WHEREAS,** on September 18, 2024, the Parties entered a Joint Stipulation relative to the First Motion to Amend.

**WHEREAS,** on September 23, 2024, the Court entered the *Joint Stipulation and Agreed Order between Debtors and Natural Resources Worldwide LLC* [Doc. No. 2222].

**WHEREAS,** on September 30, 2024, NRW filed that certain *Second Motion of Natural Resources Worldwide LLC to Amend Order Approving Purchase and Sale Agreement* [Doc. No. 2233] ("Second Motion to Amend"). The Trustee and GOM Shelf opposed the Second Motion to Amend [Dkt. Nos. 2265 and 2264, respectively]. As of the date hereof, the Court has not considered the Second Motion to Amend.

**WHEREAS,** on September 30, 2024, NRW filed that certain *Motion Pursuant to Stipulation and Agreed Order* [Dkt. 2274] (the "Motion Pursuant to Stipulation"). The Trustee opposed the Motion Pursuant to Stipulation [Dkt. No. 2295]. As of the date hereof, the Court has not considered the Motion Pursuant to Stipulation.

**WHEREAS,** Federal law and the Federal Leases required lessees to pay the United States for, *inter alia*, royalties and related expenses for oil and gas produced from the Federal Leases (collectively, "Royalty Obligations"). See 30 C.F.R.§§ 556.604(a), 556.605(g), and 1218.150.

**WHEREAS**, the United States alleges that during the Chapter 11 Period certain Debtors owe Royalty Obligations. More specifically, the United States alleges the Royalty Obligations owed arise both prior to and after the Closing Date.

**WHEREAS**, NRW acknowledged that it is obligated pursuant to the Sale Order to pay the United States the Post-Closing Date Royalty Obligations and some of such obligations have not been paid.

**WHEREAS**, the Trustee alleges that certain of the alleged Royalty Obligations (both those arising prior to the Closing Date and thereafter, and relating to the Federal Leases sold pursuant to the Sale Order), are the obligation of NRW.

**WHEREAS,** on May 29, 2024, the United States filed two applications (Dkt. No. 2045 and 2046) seeking administrative expense status for Royalty Obligations allegedly owed during the Chapter 11 Period (the "Chapter 11 Admin Claims").

**WHEREAS,** on December 6, 2024, the United States filed its *Request for Payment of Administrative Expenses for Unpaid Federal Royalties Arising Since February 28, 2024* (Dkt. No. 2312) (the "Chapter 7 Admin Claim," collectively, with the Chapter 11 Admin Claims, the "United

4

States' Admin Claims"), seeking payment for the alleged owed Royalty Obligations. The Trustee and NRW opposed the Chapter 7 Admin Claims [Dkt. Nos. 2330 and 2331, respectively].

**WHEREAS**, to date, the United States has not approved the assignment of certain of the Debtors' Federal Leases to NRW due to NRW's alleged failure to comply with non-bankruptcy regulatory requirements associated with assignment of the Federal Leases. Certain Debtors remain the current Record Title lessee to and operating rights holder for certain of the Federal Leases.

**WHEREAS,** on January 8, 2025, the Trustee filed an *Emergency Motion of Debtors for Authority to (A) Relinquish Certain Federal leases; (B) Abandon the Remaining Title to Certain Federal Leases; and (C) For Related Relief* (the "Motion to Abandon") seeking authority from the Court to abandon or relinquish the Federal Leases [Dkt. No. 2341].

**WHEREAS,** (i) GOM Shelf [Dkt. No. 2355], (ii) NRW [Dkt. No. 2357], (iii) MMR [Dkt. No. 2358], (iv) the United States [Dkt. No. 2359], and (v) Exxon[3] [Dkt. No. 2361] objected to the Motion to Abandon and the matter was heard by the Court on January 28, 2025.  As of the date hereof the Court has not ruled on the Motion to Abandon.

**WHEREAS,** upon information and belief, NRW has not sought, and will not seek, assignment from the United States of the Estates' interests in the Federal Leases identified in **Exhibit "1"** (the "Unassigned Federal Leases").

**WHEREAS, t**he United States has reached an agreement with NRW regarding NRW's compliance with applicable regulatory requirements to approve assignment of the Federal Leases. As such, the United States and NRW anticipate the assignment of the Estates' interests in the Federal Leases identified in **Exhibit "2"** will be assigned under applicable, non-bankruptcy law

---

[3] Exxon Mobil Corporation ("Exxon") is not a party to this Stipulation and Order but has informed counsel that it is withdrawing its opposition to the Motion to Abandon.

to NRW, in the near term and subject to the terms of the Sale Order (the "Federal Leases Pending Assignment").

**WHEREAS**, the Trustee, the United States, and NRW have negotiated resolutions of several of the issues addressed above, including without limitation a resolution of the Second Motion to Amend, the Motion Pursuant to Stipulation, the United States' Admin Claims, and the Motion to Abandon, and have agreed to reserve all rights as to issues not specifically addressed herein.

**WHEREAS,** by this Stipulation and Order, the Parties have reviewed and hereby agree or otherwise do not object to the terms set forth below.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT UPON APPROVAL BY THE COURT OF THIS STIPULATION, THE FOLLOWING IS SO ORDERED:**

1. Pursuant to Bankruptcy Code § 554:

    a. the Estates' interests, if any, in the Unassigned Federal Leases identified in Exhibit 1 are hereby abandoned *nunc pro tunc* as of the first date following the Closing Date, *to wit*, on February 15, 2024; and

    b. unless the United States (i) approves the related assignment of each of the Federal Leases Pending Assignment identified in Exhibit 2, and (ii) a notice of each such approved assignment or assignments is filed on the docket of this Court within ninety-one (91) days from the date of entry of this Order by NRW, the Estates' interests, if any, in each such Federal Lease Pending Assignment, not assigned and noticed, is hereby abandoned *nunc pro tunc* to February 15, 2024.

6

2. The Second Motion to Amend is hereby dismissed as moot and NRW hereby waives and releases any rights it may have to the relief sought therein against the Estates.

3. The Motion Pursuant to Stipulation is hereby dismissed as moot.

4. The United States' Admin Claims are hereby withdrawn.

5. Notwithstanding any other language in this Stipulation and Order, the Trustee is only abandoning the Federal Leases as provided herein. Any related legal or equitable claims, causes of action, or related property interest of any type not sold to NRW, including without limitation, claims, defenses, and causes of action relating to (i) the Sale Order, the PSA, and related agreements, (ii) that certain 20,000 barrels +/- of crude oil inventory located at the Harvest Midstream Company tank in Erath, Louisiana or any other inventory, or (iii) any causes of action or insurance claims including those relating to the Federal Leases, are specifically not abandoned under this Order.

6. Unless otherwise ordered by the Court, for the Estates' interests, if any, in any Federal Leases abandoned pursuant to the terms of this Stipulation and Order, the Trustee shall promptly grant the United States and, if applicable, any applicable predecessor-in-interest, co-owner, or co-lessee, reasonable access to all non-confidential and non-privileged relevant files, documents, analyses, and related materials in their possession, custody, or control that such entity may reasonably request to support an orderly transfer of maintenance, monitoring, and decommissioning federal regulatory performance obligations. The access proposed in the preceding sentence is subject to the Court's prior entry of that certain *Order Granting Trustee's Motion for Entry of An Order to Abandon Documents and Data and Dismantle and Destroy Certain Equipment* [Doc. No. 2324], and other potential orders that may be sought by the Trustee or notices filed by the Trustee, and subject to the Trustee's possession, custody, or control of the

requested information at the time of such request. For clarity, it is anticipated in the near term that the Trustee will only possess certain digital records applicable to such Federal Leases.

7. For the avoidance of doubt and with respect to any leases, wells, facilities or pipelines that have been abandoned by the Trustee, predecessors in interest, co-owners or co-lessees do not need to obtain consent or authorization of the Trustee to comply with laws and regulatory Orders (with respect those abandoned leases, wells, facilities and pipelines).

8. The Parties reserve all their respective rights and claims not otherwise fully and specifically addressed in this Order.

9. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

10. Any stay of this Order, whether arising from Rules 6004 and/or 6006 of the Federal Rules of Bankruptcy Procedure or otherwise, is hereby expressly waived and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

11. This Order is a final order within the meaning of 28 U.S.C. § 158(a), however, this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IN WITNESS WHEREOF,** and in agreement herewith, the Parties have executed and delivered this Stipulation and Order on the day and year indicated below.

Signed: March 20, 2025

_____
Christopher Lopez
United States Bankruptcy Judge

**AGREED AS TO FORM AND CONTENT:**

Dated: March 20, 2025                    Respectfully submitted,

                                               **Stewart Robbins Brown & Altazan LLC**

By:    */s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467
***Counsel for Michael D. Warner, Chapter 7 Trustee***

Dated: March 20, 2025                    **Stone Pigman Walther Wittmann L.L.C.**

*/s/ Andrew D. Mendez*
Andrew D. Mendez (Texas Bar No. 00797066)
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: amendez@stonepigman.com
***Counsel for Natural Resources Worldwide LLC***

Dated: March 20, 2025                    GRAY REED

By:   /s/ James J. Ormiston
James J. Ormiston
Texas Bar No. 15307500
Jason S. Brookner
Texas Bar No. 24033684
Micheal W. Bishop
Texas Bar No. 02354860

1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:    (713) 986-7100
Email: jormiston@grayreed.com

9

jbrookner@grayreed.com
mbishop@grayreed.com

***Counsel for GOM Shelf LLC***

Dated: March 20, 2025

/s/ Omer F. Kuebel, III
Omer F. Kuebel, III (La #21682 Tx #32595)
Bradley C. Knapp (La #35867)
Troutman Pepper Locke LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130-6036
Telephone: (504) 558-5210
Facsimile: (504) 910-6847
Email:   rick.kuebel@troutman.com
         brad.knapp@troutman.com

***Counsel for McMoRan Oil & Gas LLC***

Dated: March 20, 2025

/s/Ryan W. Lamb
Ryan W. Lamb
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-3548
E-mail: ryan.lamb@usdoj.gov
***Counsel for the United States***

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90324-cml |
| MLCJR LLC | Chapter 7 |
| Ad Hoc Committee of Statutory Lien Credi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf002 | Total Noticed: 124 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cox Oil Offshore, L.L.C., 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | #+ | EPL Oil & Gas, LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | + | M21K, LLC, 1021 Main St #2626, Houston, TX 77002-6516 |
| db | + | MLCJR LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| aty | + | Amanda Rose Stanzione, Latham and Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| aty | + | Barry J Sallinger, Barry Sallinger, APLC, 820 East St. Mary Blvd, Suite 1, Lafayette, LA 70503-2365 |
| aty | + | Blaine Scott, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W. Washinton, DC, Washington, DC 20006-1037 |
| aty | + | Chamberlain Hrdlicka White Williams & Aughtry, P.C, 1200 Smith Street, Suite 1400, Attn: Bankruptcy Department, Houston, TX 77002-4496 |
| aty | + | Clint Cowan, Kirkland and Ellis LLP, 4550 Travis St., Dallas, TX 75205-4666 |
| aty | + | Elizabeth Marks, Latham and Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| aty | + | Evan Swager, KIRKLAND & ELLIS LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Justin G. Lipe, Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056-8000 |
| aty | + | Matthew S. Barr, Weil Goshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Philip Abelson, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Robert S. Velevis, SIDLEY AUSTIN LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201-3351 |
| aty | + | Sam H Poteet, Manier & Herod PC, 1201 Demonbreun St, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Stone Pigman Walther Wittmann L.L.C., 909 Poydras Street, Suite 3150, New Orleans, LA 70112-4041 |
| aty | + | Vincent John DeVito, Jr., c/o Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206, UNITED STATES 75206-1600 |
| cr | + | A-Port, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Adapt Concepts, L.L.C., 209 Marcon Dr., Lafayette, LA 70507-6210 |
| crcm | + | American Panther, LLC, PO BOX 1227, Houston, TX 77251-1227 |
| cr | + | Axip Energy Services, LP, Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | | Axis Newco, LLC, Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | BRI 1850 Houston OCC, LLC, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| cr | + | BSREP II Houston Office 1HC Owner, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400 Houston, TX 77002-4496 |
| cr | + | Benjamin Ford Kitchen, IV, 1510 West 9th St, Austin, TX 78703-4808 |
| cr | + | Benoit Premium Threading LLC, 3400 Industrial Park, Houma, LA 70363-3919 |
| intp | + | Blackcomb Energy, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | | CRESCENT GIGS, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cactus Wellhead LLC, Mehaffy Weber, P.C., c/o Blake Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Cactus Wellhead, LLC, c/o Bradley Arant Boult Cummings LLP, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Cardinal Coil Tubing, LLC, c/o John A. Mouton, III, P. O. Box 82438, Lafayette, LA 70598, UNITED STATES 70598-2438 |
| cr | + | Chalmers, Collins, Alwell, Inc., 705 W. Pinhook Rd., Lafayette, LA 70503-2315 |
| cr | + | Crescent GIGs LLC, Gordon Arata Montgomery Barnett, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Crescent Midstream, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cueria Law Firm, LLC o/b/o Dillon Mitchell, Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130, UNITED |

|      |     |                                                                                                                                                    |
|------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------|
|      |     | STATES 70130-6123                                                                                                                                  |
| cr   | +   | Danos, L.L.C., c/o Richard A. Aguilar, Adams and Reese LLP, 701 Poydras St., Ste 4500, New Orleans, LA 70139-4596                                  |
| cr   |     | Delta Energy Management and Consulting, LLC, 4917 Picone Street, Metairie, LA 70006-1040                                                           |
| cr   | +   | Drake ChemCo, LLC, 1201 Canal Street, Suite 652, New Orleans, LA 70112-2721                                                                        |
| cr   | +   | EPS Logistics Company, 425 Industrial Pkwy, Lafayette, LA 70508-3351                                                                               |
| cr   | +   | Eaton Oil Tools, Inc., P.O. Box 1050, Broussard, LA 70518-1050                                                                                     |
| cr   | +   | Eugene Lazard, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522             |
| cr   | +   | Expeditors and Production Services, 425 Industrial Pkwy, Lafayette, LA 70508-3351                                                                  |
| cr   | #+  | FDF Energy Service LLP, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120, Houston, TX 77024 UNITED STATES 77024-2781                 |
| cr   | +   | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623                                                               |
| cr   | +   | Frost Bank, Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070                                                         |
| cr   | +   | GIR Solutions, LLC, 115 W. Greenhill Cr, Broussard, LA 70518-7512                                                                                  |
| cr   | +   | General Crude Oil Company, 2726 Bissonnet St. 240-50, Houston, TX 77005, UNITED STATES 77005-1319                                                  |
| cr   | +   | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417                                                                                 |
| cr   | +   | Gulf South Services, P. O. Box 1987, Gray, LA 70359-1987                                                                                           |
| cr   | +   | Gulfstream Services, Inc., 723 Point Street, Houma, LA 70360-4744                                                                                  |
| cr   | +   | H.I.S. Fire & Safety Equipment, LLC, c/o Misty A. Segura, Spencer Fane, LLP, P.O. Box 368, Delcambre, LA 70528-0368                                |
| cr   |     | Halliburton Energy Services, Inc., Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES                        |
| cr   | +   | Home Industry Disposal Company, Inc., 200 N. Saint Charles, Abbeville, LA 70510-5106                                                               |
| cr   | #+  | Island Operating Company, c/o Parkins & Rubio LLP, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736                                   |
| intp | +   | J.M. Huber Corporation, c/o Armistead M. Long, Gordon Arata Montgomery Barnett, 1015 Saint John Street, Lafayete, LA 70501-6711                    |
| sp   | +   | JONES WALKER LLP, c/o Mark A. Mintz, Esq., 201 St. Charles Avenue, 51st Floor, New Orleans, LA 70170-5100                                          |
| cr   | +   | Jeremy Fontenot, Gordon Arata - Attn: Armistead Long, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522         |
| op   | +   | Keller & Heckman, LLP, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564                                                                 |
| cr   | +   | Kilgore Marine Services, LLC, 200 Beaullieu Drive, Bldg. 8, Lafayette, LA 70508-7230                                                               |
| intp | +   | LLOX, LLC, Attn David Seay, Land Manager, 1001 Ochsner Blvd, Ste A, Covington, LA 70433-8163                                                       |
| cr   | +   | Laborde Marine Management, LLC, 601 Poydras St., Suite 1725, New Orleans, LA 70130-6033                                                            |
| cr   | +   | Liberty Mutual Insurance Company, 1001 Fourth Avenue, Ste. 3800, Seattle, WA 98154, UNITED STATES 98154-1125                                       |
| cr   | +   | Linear Controls, Inc., 107 Commission Boulevard, Lafayette, LA 70508-3514                                                                          |
| cr   | +   | Logic Control Systems, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606                                        |
| cr   | +   | M&H Enterprises, Inc., 8319 Thora Ln Hngr A2, Spring, TX 77379-3153                                                                                |
| intp | +   | McMoran Oil & Gas, LLC, Locke Lord LLP, Omer F. Kuebel, III, Philip G. Eisenberg, 601 Poydras St., Suite 2660 New Orleans, LA 70130-6032            |
| cr   | +   | Nationwide Mutual Insurance Company, 1100 Locust St. - Dept. 2006, Des Moines, IA 50391, UNITED STATES 50391-2006                                  |
| cr   | +   | Nicholas Miller, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522           |
| cr   | +   | Oceaneering International, Inc., c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003          |
| cr   | +   | Offshore Air & Refrigeration, Inc., 417 Shelly Drive, Lafayette, LA 70503-4437                                                                     |
| intp | +   | PXP Producing Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032                                                             |
| cr   | +   | Pelstar Mechanical Services, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606                                  |
| cr   |     | Petro-Marine Underwriters, Inc., 4917 Picone Street, Metairie, LA 70006-1040                                                                       |
| cr   | +   | Petroleum Coordinators Inc., 219 Rue Fontaine, Lafayette, LA 70508-5742                                                                            |
| cr   | +   | Philadelphia Indemnity Insurance Company, Dry Law, PLLC, 909 18th Street, Plano, TX 75074-5830                                                     |
| cr   |     | Poseidon Technology, LLC, 2117 Veterans Blvd. Ste. 421, Metairie, LA 70002                                                                         |
| cr   | #+  | Precision Crane & Hydraulics, LLC, 11904 Hwy. 308, P.O. Box 1197, Larose, LA 70373-1197                                                            |
| cr   | +   | Premium Oilfield Services LLC, Bradley Arant Boult Cummings LLP, c/o James Bailey, Esq, One Federal Place, 1819 5th Avenue N Birmingham, AL 35203-2120 |
| cr   | +   | Prime Energy Resources, LLC, Galoway Tompkins Burr & Smth, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010-3064            |
| cr   | #+  | QuarterNorth Energy LLC and certain of its affilia, 3737 Buffalo Speedway, Ste. 800, Houston, TX 77098, UNITED STATES OF AMERICA 77098-3739        |
| cr   | +   | RCP Inc, 801 Louisiana St, Suite 200, Houston, TX 77002-4936                                                                                       |
| cr   | +   | RigNet, Inc., c/o James E. Cuellar, 440 Louisiana, Suite 718, Houston, TX 77002-1058                                                               |
| cr   | +   | Right Hand Oilfield Associates, LLC, 9264 Hwy 1, Lockport, LA 70374-4217                                                                           |
| cr   | +   | River Rental Tools, Inc., c/o Corey E. Dunbar, 8311 Highway 23, Belle Chasse, LA 70037-2606                                                        |
| cr   | +   | SP 49 Pipeline LLC, c/o Byron McDonald, 2107 Research Forest Drive, Suite 250, The Woodlands, TX 77380-4169                                        |
| cr   | +   | Seatrax Services, Inc., c/o Timothy Thriffiley, 8311 HIghway 23, Suite 104, Belle Chasse, LA 70037-2606                                            |
| cr   | +   | Services Archrock Partners Operating LLC and Archr, 9807 Katy Freeway, Ste. 100, Houston, TX 77024-1276                                            |
| cr   | +   | Shallow Draft Elevating Boats, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606                               |
| cr   | +   | Shell Offshore Inc., c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459                     |
| cr   | +   | Shell Trading (US) Company, c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459              |

| | | |
|---|---|---|
| cr | + | Sirius America Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068-1644 |
| cr | + | Steel Service Oilfield Tubular, Inc., 8138 E. 63rd Street, Tulsa, OK 74133-1917 |
| cr | + | Tampnet Inc., 24275 Katy Freeway, Suite 525, Katy, TX 77494-7270 |
| cr | + | Targa LA Operating LLC, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Total Production Supply LLC, 121 Windfall Drive, Lafayette, LA 70508, UNITED STATES 70508-4484 |
| crcm | + | Turnkey Offshore Project Services, LLC, 8506 Shrimpers Row, Dulac, LA 70353-2206 |
| cr | + | VCG Energy Group, LLC, 201 W Vermilion St, #200, Lafayette, LA 70501-6847 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Vision Production Chemicals, L.L.C., 8910 Cordell Rd., Abbeville, LA 70510-2390 |
| cr | + | Westwind Helicopters, Inc., PO Box 929, Santa Fe, TX 77517-0929 |
| cr | + | c/o James Bailey,Esq TGS-NOPEC Geophysical Company, Bradley Arant Boult Cummings LLP, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 103

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Mar 21 2025 20:34:21 | Camille M Shepherd, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| cr | | Email/Text: Customer.Bankruptcy@Archrock.com | Mar 21 2025 20:14:00 | Archrock Partners Operating LLC, 9807 Katy Frwy., Ste. 100, Houston, TX 77024 |
| intp | + | Email/Text: mbrimmage@akingump.com | Mar 21 2025 20:15:00 | Alvarez & Marsal North America, LLC, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: maci.sartain@anb.com | Mar 21 2025 20:15:00 | Amarillo National Bank, Box 1, Amarillo, TX 79105-0001 |
| cr | | Email/Text: toriet@broussardbrothers.com | Mar 21 2025 20:15:00 | Broussard Brothers, Inc., 501 South Main St., Abbeville, LA 70510 |
| cr | + | Email/Text: moses@carverdarden.com | Mar 21 2025 20:15:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 21 2025 20:16:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: leif.simpson@datasite.com | Mar 21 2025 20:15:00 | Datasite LLC, 733 Marquette Avenue, Suite 600, Minneapolis, MN 55402 |
| intp | + | Email/Text: jsparacino@mckoolsmith.com | Mar 21 2025 20:15:00 | Deacon Investments LLC, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | | Email/Text: dgrzyb@csglaw.com | Mar 21 2025 20:15:00 | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068 |
| cr | + | Email/Text: jking@offermanking.com | Mar 21 2025 20:14:00 | Gulf Offshore Rentals, LLC, c/o James W. King, 6420 Wellington Pl, Beaumont, TX 77706-3206 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Mar 21 2025 20:16:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: barnetbjr@msn.com | Mar 21 2025 20:16:00 | Houston Energy, LP, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | Mar 21 2025 20:16:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468, UNITED STATES 19468-4201 |
| cr | + | Email/Text: moses@carverdarden.com | Mar 21 2025 20:15:00 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o |

| | | | | |
|---|---|---|---|---|
| | | | | Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| op | | Email/Text: EBN@primeclerk.com | Mar 21 2025 20:15:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | + | Email/Text: ljohnson@loopergoodwine.com | Mar 21 2025 20:15:00 | LLOG Exploration Offshore, L.L.C., c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J Goodwine, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| cr | + | Email/Text: bill.sheffield@otcompliance.com | Mar 21 2025 20:15:00 | Offshore Technical Compliance LLC, 72030 Live Oak St, Covington, LA 70433-8848 |
| acc | + | Email/Text: admin@tpswest.com | Mar 21 2025 20:15:00 | TPS-West, LLC, 10260 Westheimer Rd, Suite 210, Houston, TX 77042-3109 |
| intp | ^ | MEBN | Mar 21 2025 20:20:02 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | ^ | MEBN | Mar 21 2025 20:33:14 | United States of America, c/o U.S. Department of Justice, P.O. Box 875- Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Cox Operating L.L.C. |
| db | | Energy XXI GOM, LLC |
| db | | Energy XXI Gulf Coast, LLC |
| aty | | Stewart Robbins Brown & Altazan, LLC |
| tr | | Michael D Warner |
| tr | | Michael D Warner |
| cr | | A & H Armature Works, Inc. |
| cr | | Accu-Line Wireline |
| crcm | | Ad Hoc Committee of Statutory Lien Creditors |
| cr | | Aldonsa, Inc. d/b/a Oilfield Instrumentation USA |
| cr | | All Coast, LLC |
| cr | | Alliance Offshore, L.L.C. |
| intp | | Apache Corporation |
| cr | | Apache Shelf Exploration, LLC |
| cr | | Arena Energy LLC |
| cr | | Argonaut Insurance Company |
| intp | | BP Energy Company |
| intp | | BP Energy Company and BP Products North America In |
| cr | | Barry Graham Oil Service, LLC |
| cr | | Berkley Insurance Company |
| intp | | Bradley E. Cox |
| intp | | Burlington Resources Offshore, Inc., Locke Lord |
| cr | | Burner Fire Control, Inc., 1374 Petroleum Pkwy, Broussard |
| cr | | CIMA ENERGY, LP |
| cr | | CROSBY INDEPENDENT SCHOOL DISTRICT |
| intp | | Cardinal Slickline, LLC |
| cr | | Chevron Pipe Line Company |
| cr | | Chevron U.S.A. Inc. |
| intp | | ConocoPhillips Company |
| intp | | Cox Investment Partners, LP |
| intp | | Cox Oil & Gas, LLC |
| intp | | Cox Oil, LLC |
| cr | | Crosby Energy Services, Inc. |
| cr | | Cullen and Dykman LLP |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf002 | Total Noticed: 124 |

| | |
|---|---|
| cr | DLS, LLC |
| cr | Dauphin Island Gathering Partners and DCP Mobile B |
| intp | Dechert LLP |
| cr | Deltas Missys Supermarket, LLC (d/b/a Cypress Poin |
| cr | Devon Energy Corporation |
| cr | Diamond Tank Rental, LLC |
| cr | Diverse Safety and Scaffolding, L.L.C. |
| cr | Dynasty Energy Services, LLC |
| cr | EP Energy E&P Company, L.L.C. |
| intp | EP Northern Investments, LLC |
| cr | ES&H Production Group, L.L.C. |
| cr | EcoServe, L.L.C. |
| intp | Energy Transfer |
| intp | Eni Petroleum US LLC |
| cr | Enterprise Offshore Drilling |
| intp | Exxon Mobil Corporation |
| intp | Exxon Mobile Corporation |
| cr | Fab-Con, Inc. |
| intp | Fairfield Industries Incorporated |
| sp | Fishman Haygood, L.L.P. |
| intp | Flint River VPP II, LLC |
| cr | GOL, L.L.C. |
| cr | GOM Shelf LLC |
| cr | Gas Turbine Applications, Inc., c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | Grand Isle Shipyard, L.L.C. |
| cr | Guice Offshore, LLC |
| cr | Gulf Coast Marine Fabricators, Inc. |
| cr | Hanover Insurance Company |
| cr | Helix Well Ops, Inc. |
| fa | Huron Consulting Services LLC |
| cr | Jackie Lewis |
| intp | Jackson Walker LLP |
| intp | Kay McArdle |
| intp | Kenneth Franzheim II Managment Trust |
| intp | Keystone Chemical LLC |
| cr | Lakeway Associates II LLC |
| cr | Lakeway Associates LLC |
| cr | Leviathan Offshore, LLC |
| cr | Mack Steel & Supply, L.L.C. |
| cr | Mauricio Ferreyros |
| cr | NNW, Inc., 39289 Tommy Moore Road, Gonzales |
| cr | National Oilwell Varco, L.P. |
| intp | Natural Resources Worldwide, LLC |
| cr | Noble Energy, Inc. |
| intp | OSEGIK Investments LLC |
| cr | Offshore Liftboats, LLC |
| cr | Offshore Oil Services, Inc. |
| intp | Partco LLC |
| cr | Piranha Rentals, LLC |
| cr | Premier Offshore Catering Inc |
| cr | Pressure & Flow Control Solutions LLC (PetroQuip), 2878 Engineers Road, Belle Chasse |
| cr | Prime Energy Resources, LLC |
| cr | Quality Construction and Production, LLC |
| cr | Quality Energy Services, Inc. |
| cr | Quality Process Services, LLC |
| cr | Quality Production Management, LLC |
| intp | R&R Boats, Inc. |
| cr | REC Marine Logistics, LLC |
| cr | Ryan, LLC |
| cr | SEACOR Marine, LLC |
| intp | Sea Robin Pipeline Company, LLC |
| cr | Seneca Resources Company, LLC |
| cr | Sparrows Offshore, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
| Date Rcvd: Mar 21, 2025 | Form ID: pdf002 | Total Noticed: 124 |

| | |
|---|---|
| intp | Specialty Offshore, Inc. |
| intp | Spectrum GOM Central LLC |
| intp | Spectrum GOM East LLC |
| intp | Spectrum GOM Non-Op LLC |
| intp | Spectrum GOM West LLC |
| cr | State of Louisiana, Department of Natural Resource |
| intp | Stingray Pipeline Company L.L.C. |
| cr | Swivel Rental & Supply, L.L.C. |
| cr | Talos Energy Ventures, LLC |
| intp | Talos Production LLC |
| intp | Talos Resources LLC |
| cr | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk |
| crcm | The Official Committee of Unsecured Creditors |
| cr | Thru Tubing Systems, Inc. |
| cr | Tobias, Inc. |
| cr | Travelers Casualty & Surety Company of America |
| intp | Triton Gathering, LLC |
| cr | Truist Insurance Holdings, Inc. |
| intp | Trunkline Field Services LLC |
| intp | USA Compression Partners, LLC |
| cr | Union Oil Company of California |
| cr | United States Fire Insurance Company |
| cr | Unocal Pipeline Company |
| cr | W&T Energy VI, LLC |
| cr | W&T Offshore, Inc. |
| cr | W-Industries of Louisiana, LLC |
| cr | WELLS FARGO BANK NA |
| cr | Westchester Fire Insurance Company |
| intp | Westerngeco LLC |
| cr | Whitco Pump & Equipment, LLC |
| cr | Whitco Supply Co |
| intp | XTO Offshore, Inc. |

TOTAL: 129 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 23, 2025          Signature:    /s/Gustava Winters