UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | ) ) | Case No. 23-90324 (CML) |
| Debtors | ) ) ) ) | Jointly Administered |

**TENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING DECEMBER 31, 2024 BY TPS-WEST, LLC AS ACCOUNTANTS TO THE TRUSTEE**

TPS-West, LLC ("TPS"), accountants for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Tenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending December 31, 2024 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, TPS respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1. TPS respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by TPS on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | TPS-West, LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's Accountant |
| Date of Retention: | March 5, 2024 |
| Period Covered by this Statement: | Dec 1, 2024 through Dec 31, 2024 |
| Number Monthly Fee Statements: | Tenth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $787.50 |
| Total Interim Fees (80%) Requested | $630.00 |
| Total Expenses Requested | $0.00 |
| Total Interim Remuneration Requested (exclusive of holdback): | $630.00 |

> **In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

2. The following chart presents certain information regarding the TPS professionals whose work on these chapter 7 cases compensation is sought in this Fee Statement:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 0.70 | $300.00 | $210.00 |
| Natalie S. Hinson | 0.50 | $0.00 | $0.00 |
| Rhonda B. Fronk | 1.50 | $275.00 | $412.50 |
| Richard P. Anderson | 0.50 | $330.00 | $165.00 |

3. TPS' invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering accounting services to the Trustee and (b) disbursements made or

incurred by TPS in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

4.      Pursuant to the Interim Compensation Order, TPS seeks payment of $630.00 from the Trustee for the Statement Period, representing (a) 80% of TPS's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. TPS reserves the right to seek allowance of such fees and expenses not included herein.

Dated:      March 25, 2025            Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   /s/ Paul Douglas Stewart, Jr.
      Paul Douglas Stewart, Jr. (La. Bar # 24661)
      *Admitted to Southern District of Texas*
      *(SDTX Federal No. 432642)*
      dstewart@stewartrobbins.com
      William S. Robbins (Tx. Bar # 24100894)
      wrobbins@stewartrobbins.com
      Brandon A. Brown (Tx. Bar # 24104237)
      bbrown@stewartrobbins.com
      Brooke W. Altazan (Tx. Bar # 24101002)
      baltazan@stewartrobbins.com
      301 Main Street, Suite 1640
      Baton Rouge, LA 70801-0016
      Telephone: (225) 231-9998
      Facsimile: (225) 709-9467

      *Counsel for Michael D. Warner,*
      *Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
Time Period – Dec 1, 2024 – Dec 31, 2024

TPS-West, LLC
Certified Public Accountants
10260 Westheimer Rd., Suite 210
Houston, TX 77042

Invoice submitted to:
MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)
c/o Michael D. Warner, Chapter 7
Bankruptcy Trustee
700 Louisiana Street
Suite 4500
Houston, TX 77002

January 10, 2025

Invoice #4013

Professional Services

| Date | User | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Federal Income Taxes** | | |
| 12/16/2024 | RPA | Correspondence with Whitley Penn regarding Cox Operating data for tax filing. | 0.50 $330.00/hr | $165.00 |
| | | SUBTOTAL: | [ 0.50 | $165.00] |
| | | **General Accounting Consulting Services** | | |
| 12/16/2024 | RBF | Compile a file containing the 2023 financial statements (balance sheet, income statement, and statement of cash flows) for Cox Operating, LLC (non-filing entity) at the request of Whitney Bolfing, CPA of WhitleyPenn, CPAs, to be used in the 2023 tax filings of Cox Operating, LLC. | 1.50 $275.00/hr | $412.50 |
| | | SUBTOTAL: | [ 1.50 | $412.50] |
| | | **TPSW Fee Application** | | |
| 12/2/2024 | NH | Review/save TPSW interim fee app as filed. | 0.30 | NO CHARGE |
| 12/13/2024 | NH | Review/download TPSWest eight monthly fee statement as filed; update fee app tracker. | 0.20 | NO CHARGE |
| 12/16/2024 | JLC | Prepare summary time-task schedule to accompany fee application filing (at counsel's request). | 0.30 $300.00/hr | $90.00 |
| | JLC | Prepare / format September billing | 0.40 $300.00/hr | $120.00 |
| | | SUBTOTAL: | [ 1.20 | $210.00] |
| | | For professional services rendered | 3.20 | $787.50 |

User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 0.70 | $300.00 | $210.00 |
| Natalie S. Hinson | 0.50 | $0.00 | $0.00 |
| Rhonda B. Fronk | 1.50 | $275.00 | $412.50 |
| Richard P. Anderson | 0.50 | $330.00 | $165.00 |