**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

---

**EIGHTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING DECEMBER 31, 2024 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

---

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Eighth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending December 31, 2024 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
| --- | --- |
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | Dec 1, 2024 through Dec 31, 2024 |
| Number Monthly Fee Statements: | Eighth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $280,080.00 |
| Total Interim Fees (80%) Requested | $224,064.00 |
| Total Expenses Requested | $2,942.48 |
| Total Interim Remuneration Requested (exclusive of holdback): | $227,006.48 |
| STATEMENT PERIOD SUMMARY FOR ATTORNEYS | |
| Total attorney fees requested in this statement: | $277,410.00 |
| Total actual attorney hours covered by this statement: | 525.80 |
| Average hourly rate for attorneys: | $514.29 |
| STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS | |
| Total paraprofessional fees requested in this statement: | $2,670.00 |
| Total actual paraprofessional hours covered by this statement: | 8.9 |
| Average hourly rate for paraprofessionals: | $300.00 |

**In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1.      The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

| Professional | Title | Date Initial Bar License | Total Time | Blended Rate | Highest Rate | Total Amount Billed | Percentage Billed |
|---|---|---|---|---|---|---|---|
| Brandon A. Brown | Member | LA - 1998 | 45.50 | $600.00 | $600.00 | $27,300.00 | 9.75% |
| Brooke W. Altazan | Member | LA - 2009 | 52.40 | $500.00 | $500.00 | $26,200.00 | 9.35% |
| Kimberly A. Heard | Paralegal | N/A | 8.90 | $300.00 | $300.00 | $2,670.00 | 0.95% |
| Nicholas J. Smeltz | Associate | LA - 2019 | 28.00 | $400.00 | $400.00 | $11,200.00 | 4.00% |
| Paul D. Stewart, Jr. | Member | LA - 1996 | 122.10 | $600.00 | $600.00 | $73,260.00 | 26.16% |
| William S. Robbins | Member | LA - 1996 | 105.00 | $600.00 | $600.00 | $63,000.00 | 22.49% |
| Abigail W. Mock | Associate | LA - 2024 | 99.50 | $400.00 | $400.00 | $39,800.00 | 14.21% |
| Jamie D. Cangelosi | Of Counsel | LA - 2000 | 73.30 | $500.00 | $500.00 | $36,650.00 | 13.09% |
| Grand Total | | | 534.70 | $482.17 | $600.00 | $280,080.00 | 100.00% |

2.      The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

| Task | Total Time | Percent of Time | Total Amount | Percent of Amount |
|---|---|---|---|---|
| b110 Case Administration | 1.1 | 0.21% | $550.00 | 0.20% |
| b130 Asset Disposition | 422.8 | 79.07% | $223,570.00 | 79.82% |
| b140 Relief from Stay/Adequate Protection | 3.5 | 0.65% | $2,040.00 | 0.73% |
| b190 Other Contested Matters | 13.8 | 2.58% | $6,990.00 | 2.50% |
| b210 Business Operations | 6 | 1.12% | $2,560.00 | 0.91% |
| b220 Employee Benefits/Pensions | 3.1 | 0.58% | $1,860.00 | 0.66% |
| b310 Claims Administration and Objections | 74.7 | 13.97% | $38,250.00 | 13.66% |
| b160 Fee/Employment Applications | 7 | 1.31% | $3,180.00 | 1.14% |
| b240 Tax Issues | 2.7 | 0.50% | $1,080.00 | 0.39% |
| Grand Total | 534.7 | 100.00% | $280,080.00 | 100.00% |

3.      The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

| SUMMARY OF EXPENSES | |
| --- | --- |
| **Expense Description** | **Expenses Amount** |
| Copies | $171.60 |
| Service of Pleadings | $1,543.13 |
| Corporate Records | $1,201.00 |
| EDI Costs | $26.75 |
| **Grand Total** | **$2,942.48** |

4.      SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.      Pursuant to the Interim Compensation Order, SRBA seeks payment of $227,006.48 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:          March 25, 2025          Respectfully Submitted,

**STEWART ROBBINS BROWN**
**& ALTAZAN, LLC**

By:     /s/ Paul Douglas Stewart, Jr.
        Paul Douglas Stewart, Jr. (La. Bar # 24661)
        *Admitted to Southern District of Texas*
        *(SDTX Federal No. 432642)*
        dstewart@stewartrobbins.com
        William S. Robbins (Tx. Bar # 24100894)
        wrobbins@stewartrobbins.com
        Brandon A. Brown (Tx. Bar # 24104237)
        bbrown@stewartrobbins.com
        Brooke W. Altazan (Tx. Bar # 24101002)
        baltazan@stewartrobbins.com
        301 Main Street, Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

        ***Counsel for Michael D. Warner,***
        ***Chapter 7 Trustee***

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – December 1, 2024 – December 31, 2024**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

March 25, 2025

File #:  119-001
Invoice #:      1594

**RE:**  In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|------|-------------|------|--------|-------|--------|
| 12/2/2024 | Finalize November payables. | B210 | KAH | 0.60 | 180.00 |
| 12/2/2024 | Finalize TPS West Fee App and order granting same. | B160 | KAH | 0.40 | 120.00 |
| 12/2/2024 | multiple communications with R. Dykes and W. Robbins re state regulatory creditor (.3); multiple communications with Trustee and staff re monthly expenses (.2). | B210 | PDS | 0.50 | 300.00 |
| 12/2/2024 | multiple communications with Hidden Asset folks and related communications with Trustee. | B160 | PDS | 0.20 | 120.00 |
| 12/2/2024 | Communication with Trustee re: Hidden Assets status | B160 | BWA | 0.20 | 100.00 |
| 12/2/2024 | continue drafting/revising application to employ hidden assets llc and related engagement agreement | B160 | NJS | 2.10 | 840.00 |
| 12/2/2024 | continue analysis of sale issues | B130 | NJS | 0.70 | 280.00 |
| 12/2/2024 | Review and analyze NRW discovery requests, Debtor documents (2.7); communications with A&M re: document production (.4). | B130 | JDC | 3.10 | 1,550.00 |
| 12/2/2024 | communication with F. Laud. re Lienholders' mediation (.2); communication with M. Warner and B. Barriere re Hedron mediation (.1); communication with W. Robbins re settlement (.1); communication with L. Phillips re lienholders' settlement and Lender stipulation (.8); communication with M. Warner and W. Robbins re multiple sale issues (.3); multiple communications with S. Lackey and W. Robbins re various sales (.2); multiple communications with J. Cangelosi and A. Mock re NRW-related discovery (.5); | B130 | PDS | 2.20 | 1,320.00 |
| 12/2/2024 | Multiple emails with client, M. Borror re: 401k meeting (0.2), emails with client re: article on retirement plan winddown issues, review and analyze same (1.0); prepare for and participate in meeting re: 401k windup (0.7) | B220 | BAB | 1.90 | 1,140.00 |
| 12/2/2024 | Analyze issues with research on burdens to offshore pipeline servitude | B130 | BAB | 0.90 | 540.00 |
| 12/2/2024 | Invoice from FileLink, communication with paralegal re: AP (.20); Communication with Trustee re: monthly APs (.50); Correspondence from SPC re: Dallas documents (.10) | B210 | BWA | 0.80 | 400.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 12/2/2024 | Emails from Talos / DIP Lender regarding settlement (.2); emails to/from Trustee (.3); Review Decom orders (1.0); Emails to/from W&T Counsel regarding pipeline PSA and Decom Order (.3); emails to/from Trustee (.2); Review and analyze lienholder / DIP dispute issues and positions as to Trustee actions (1.8); tc with counsel for Lienholder regarding same (.3); Review / analyze penalties assessed for nonreporting and forward same to Trustee (.4) | B130 | WSR | 4.50 | 2,700.00 |
| 12/2/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA relating to the NRW motion | B130 | AWM | 3.00 | 1,200.00 |
| 12/3/2024 | Review / revise MT sell 18141 pipeline (1.7); emails regarding lien search as to same (.4); emails from W&T regarding various purchase issues (.5); tc with Trustee regarding same and other issues (.3); emails to/from VESCO counsel (.4); emails and analysis as to M&M issues and decom issues (1.1) | B130 | WSR | 4.40 | 2,640.00 |
| 12/3/2024 | Review and analyze NRW discovery requests, Debtor documents (1.6); draft list of documents to request from Spectrum, circulate (1.6); communications with A&M re: document production (.2). | B130 | JDC | 3.20 | 1,600.00 |
| 12/3/2024 | Multiple emails with O&G counsel re: possible abstractor options for offshore pipeline servitude | B130 | BAB | 0.60 | 360.00 |
| 12/3/2024 | Correspondence from SPC re: Dallas documents | B130 | BWA | 0.10 | 50.00 |
| 12/3/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA relating to the NRW motion | B130 | AWM | 4.40 | 1,760.00 |
| 12/4/2024 | Email to PDS, W. Robbins and B. Altazan re October MFS and November payables. | B210 | KAH | 0.20 | 60.00 |
| 12/4/2024 | Telephone call with CSC Financial re: pending UCC requests. | B130 | KAH | 0.20 | 60.00 |
| 12/4/2024 | Docket review for status of Talos Lift Stay hearing. | B140 | KAH | 0.20 | 60.00 |
| 12/4/2024 | Attention to December payables. | B210 | KAH | 0.20 | 60.00 |
| 12/4/2024 | Attention to UCC request; email to CSC re Delaware UCC's for EPL | B130 | KAH | 0.20 | 60.00 |
| 12/4/2024 | revising VESCO sale motion and application to employ portions | B130 | NJS | 1.00 | 400.00 |
| 12/4/2024 | communication with Trustee and B. Kadden re requested releases for Lienholders (.1); communication with R. Lamb re abandonment and other issues (.1); communication with M. Bishop re abandonment motions and requested extension (.2); communication with J. Bailey re records abandonment motion (.2); multiple communications with M. Warner re abandonment motion and other issues (.5); communication with W. Robbins and R. Dykes re reporting delinquencies (.2). | B130 | PDS | 1.30 | 780.00 |
| 12/4/2024 | Attention to monthly fee statements for professionals | B160 | BWA | 0.50 | 250.00 |
| 12/4/2024 | Review and analyze NRW discovery requests, Debtor documents. | B130 | JDC | 1.50 | 750.00 |

| Date | Description | Code | Init | Hours | Amount |
|---|---|---|---|---|---|
| 12/4/2024 | Communication with SPC and Trustee re: Dallas records (1.60); Telephone conference with Veritrust re: records status (.20); Communication with R. Kuebel (.10), J. Bailey (.20), M. Bishop (.20), DOJ/Interior (.40), and C. Carlson re: records (.20), and analysis of same (1.10) | B130 | BWA | 4.00 | 2,000.00 |
| 12/4/2024 | Attention to outstanding AP | B210 | BWA | 0.30 | 150.00 |
| 12/4/2024 | Emails regarding Talos hearing and settlement (.3); Analysis and Emails to/from Lackey regarding GI 18 and Pipeline; tc with Trustee regarding same (.7); Revising VESCO Motion and Order (1.5); Review correspondence from Mr. Carleson regarding document issues and review related issues (.5); Review correspondence from counsel for Crescent GIGS regarding pipeline modification / no objection and forward same to Mr. Dykes (.6); Analyze NRW issues and email from Mr. Dykes (.4); Analysis of Erath Oil issues and follow up with NRW counsel (.8); Tc with abstractor regarding 18141 pipeline and correspondence regarding same and regarding mortgage certificate (.5) | B130 | WSR | 5.30 | 3,180.00 |
| 12/5/2024 | Receipt of underlying UCC docs for EPL Oil & Gas. | B130 | KAH | 0.10 | 30.00 |
| 12/5/2024 | Inventory of docs subpoenaed vs received; emails related to same. | B130 | KAH | 1.20 | 360.00 |
| 12/5/2024 | monitor email communications and draft pleadings relating to the employment of Hidden Assets. | B160 | PDS | 0.10 | 60.00 |
| 12/5/2024 | monitor settlement communications with H. James re abandonment of records motion (.1); analysis of issues relating to the potential sale of the Erath inventory in advance of upcoming meeting (.5); monitor communications and pleadings relating to Venice Oil Inventory and lien issues (.2); monitor communications relating to Special Counsel's review of records prior to abandonment (.1); monitor communications regarding potential sale of Energy XXI Onshore assets (.1); call with M. Warner re NRW, Assigned Claims, and other issues (1.4); communication with Trustee and Special Counsel re issues pertaining to potential D&O claims, including litigation consultants and assignment of direct claims to the Trustee (.8); communication with Trustee and Fishman re date and time for a Zoom re certain Chapter 5 issues (.1); communication with J. Cangelosi and K. Heard re NRW document productions (.2); communication with J. Cangelosi re document requests to witness in NRW matters (.2); communication with L. Phillips re Lender Stipulation (.6); communication with M. Warner and B. Barriere re complaint (.2); analysis of objections to abandonment motion and Trustee's analysis of resolution (.8). | B130 | PDS | 5.30 | 3,180.00 |
| 12/5/2024 | attention to issues regarding Hidden Assets employment | B160 | NJS | 0.10 | 40.00 |
| 12/5/2024 | Analysis of NRW's assertion of interest in Erath oil inventory | B130 | NJS | 0.70 | 280.00 |
| 12/5/2024 | circulating Hidden Assets employment application to Trustee for review/approval | B160 | NJS | 0.20 | 80.00 |
| 12/5/2024 | Analysis of issues related to Hidden Assets (.30) and non-testifying expert (.10) employment | B160 | BWA | 0.40 | 200.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 12/5/2024 | Correspondence to/from Mr. Dykes regarding various M&M and sale issues (.4); analysis regarding Erath inventory pleadings (.4); review and analyze request of Crescent GIGS and email to/from Trustee and to/from Crescent GIGS counsel (.7); analysis and modification of language as to EXXI Pipeline requirements in W&T sale, and emails and tc with Trustee regarding same (1.0); email and tc with W&T counsel (.3); review and revise W&T pleadings / PSA (.5); email from Mr. Levitt and analysis regarding Devon Bonds (1.2) | B130 | WSR | 4.50 | 2,700.00 |
| 12/5/2024 | multiple communications with M. Bishop re GOM Shelf's issues with abandonment order (.2); Zoom with Trustee and Special Counsel re litigation records of Debtor and affiliates (.5); revisions to (a) proposed order on MT Abandon, Reject, and Compromise, (b) related CONA, and related communications with M. Bishop, A. Long, N. Parker, and B. Altazan (3.1); communication with L. Phillips re Lenders' Stipulation and other issues (.4); receipt and preliminary review of DOJ admin claim motion and related communications with W. Robbins, J. Cangelosi, and A. Mock (1.5); communication with M. Dendinger re records (.1); communication with R. Kuebel re abandonment (.4); communication with B. Barriere re third-party claims (.5); communication with L. Phillips re stipulation (.2); | B130 | PDS | 6.90 | 4,140.00 |
| 12/5/2024 | Review/analyze pleadings re AXIP | B130 | NJS | 0.20 | 80.00 |
| 12/5/2024 | Communication with counsel for EP re: records motion, analysis of same (1.30); Telephone conference and email communication with Trustee and SPC re: Dallas records (1.40) | B130 | BWA | 2.70 | 1,350.00 |
| 12/5/2024 | Reviewing debtors' emails in Mimecast re the Auction, PSA relating to the NRW motion | B130 | AWM | 4.20 | 1,680.00 |
| 12/5/2024 | Conducting research on the sale issues re co-owned property | B130 | AWM | 4.50 | 1,800.00 |
| 12/5/2024 | Emails and analysis regarding EPL Document requests | B190 | WSR | 0.60 | 360.00 |
| 12/5/2024 | Review and analyze discovery requests, Debtor documents relating to the NRW motion | B130 | JDC | 1.20 | 600.00 |
| 12/6/2024 | phone call with AXIP in house counsel re property disposition | B130 | NJS | 0.10 | 40.00 |
| 12/6/2024 | internal emails with D. Stewart and W. Robbins re conversation with AXIP counsel and matters to move forward | B130 | NJS | 0.30 | 120.00 |
| 12/6/2024 | Review/analyze A. Mock memo re selling property with disputed interest | B130 | NJS | 0.70 | 280.00 |
| 12/6/2024 | Review/analyze EPL UCC documents retrieved from Delaware Secretary of State | B130 | NJS | 0.30 | 120.00 |
| 12/6/2024 | Analysis of assets subject to turnover and related communications with B. Brown and W. Robbins. | B130 | PDS | 0.30 | 180.00 |

| 12/6/2024 | Telephone conference and email communication with EP counsel re: records motion, analysis of same (1.20); Telephone conference with SPC re: Dallas records (.40); Communication with M. Bishop (1.10), R. Kuebel (.10), M. Dendinger (.50), and IT (.10) re: records motion, analysis of same; Analysis of Shell's request for clarification re: abandonment motion exhibit (.80) | B190 | BWA | 4.20 | 2,100.00 |
|---|---|---|---|---|---|
| 12/6/2024 | Draft responses to discovery requests, review Debtor documents. | B130 | JDC | 4.10 | 2,050.00 |
| 12/6/2024 | Review and revise stipulation re: Devon trust agreement, analyze Devon Trust agreement and possible issues with same | B140 | BAB | 2.10 | 1,260.00 |
| 12/6/2024 | Review and analyze US app for admin expense for unpaid royalties | B310 | BAB | 1.10 | 660.00 |
| 12/6/2024 | Analyze issues with possible estate entitlement to funds in chase account to which Devon claims a trust agreement is in place, analyze strategy moving forward on same | B140 | BAB | 1.20 | 720.00 |
| 12/6/2024 | Attention to documents produced by A&M; uploading to Everlaw relating to the NRW motion | B130 | KAH | 0.40 | 120.00 |
| 12/6/2024 | Review/analyze Interior chapter 7 admin expense claim | B310 | NJS | 0.40 | 160.00 |
| 12/6/2024 | phone call to T. Scannel (AXIP) re returning corporate counsel's call | B130 | NJS | 0.10 | 40.00 |
| 12/6/2024 | Drafting research memo regarding sale of co-owned property | B130 | AWM | 4.20 | 1,680.00 |
| 12/6/2024 | Reviewing Exhibit 1 to Trustee's Motion to Abandon and comparing it to the Debtors' schedules | B130 | AWM | 1.80 | 720.00 |
| 12/6/2024 | Research re UC admin claim | B310 | AWM | 1.00 | 400.00 |
| 12/6/2024 | Receive/review Motion for Admin / Royalties and analysis of defenses (1.2); Conference with counsel for EP Energy regarding document / abandonment issues (.4); tc with Rick Kuebel regarding same (.5); emails from various predecessors regarding same (.4); analysis of document storage and access issues; email to IP rep regarding same (1.4); conference call with Barrier team and Trustee regarding Dallas documents and related issues (.4); Review and analyze Devon Energy escrow / trust request (.5); review bank records of JP Morgan / Chase and analysis of trust / escrow issues (1.3); Review and analyze Erath oil issues (.5); emails to/from Stone Pigman regarding call, and ownership claims (.4); review procedural issues as to same (.6); .Emails and tc with Mr. Dykes regarding various pending issues (.4) | B130 | WSR | 7.90 | 4,740.00 |
| 12/7/2024 | Emails to/from Mr. Dykes regarding inventory, royalty and servitude / ROW issues (.4); revising PSA / ABOS for Pipeline 18141 (1.0); revising Motion and Order as to same (1.2); emails to Trustee regarding same (.2); revising GI 18 PSA (.7); review and analyze equity and suggest signature blocks (.6) | B130 | WSR | 4.10 | 2,460.00 |
| 12/8/2024 | review of, and comments and revisions to, escrow motion and related communications with J. Cangelosi and W. Robbins. | B130 | PDS | 1.30 | 780.00 |

| 12/9/2024 | Attention to December payables; emails from N. Zimmerman and R. Dykes re same. | B210 | KAH | 0.20 | 60.00 |
|---|---|---|---|---|---|
| 12/9/2024 | Attention to Hidden Assets employment | B160 | BWA | 0.40 | 200.00 |
| 12/9/2024 | Attention to W&T request for expedited hearing on sale motion | B130 | BWA | 0.30 | 150.00 |
| 12/9/2024 | Correspondence regarding No Objection requests (.3); multiple emails and tc's with Trustee regarding W&T offer on 18141, Motion and Order (1.5); multiple emails to/from Mr. Lackey (1.5); correspondence same (1.5); correspondence to/from Trustee regarding other asset issues (.8); review Interior Admin Motion (.5); review and revise Emergency Motion to Escrow NRW proceeds (2.0) | B130 | WSR | 6.60 | 3,960.00 |
| 12/9/2024 | Revise motion for escrow, bonding deadline (1.9); communications with B. Kadden re: document production (.2). | B130 | JDC | 2.10 | 1,050.00 |
| 12/9/2024 | Review and analyze research re: discovery to Interior on admin claim | B310 | BAB | 0.80 | 480.00 |
| 12/9/2024 | Analysis of proceeding to determine whether procedures are applicable to issue discovery to United States agency in light of admin expense | B310 | NJS | 0.40 | 160.00 |
| 12/9/2024 | Telephone conference and email communication with EP counsel re: records motion, analysis of same and attention to login setup issues (1.4); Telephone conference and email communication with GOM Shelf counsel re: records motion and analysis of same (1.40); Communication with J. Bailey re: records motion (.10); Communication with M. Dendinger re: records motion (.10); Communication with Ryan counsel re: NDA, attention to same (.30); Communication with DOJ/Department of Interior re: records motion (.20) | B130 | BWA | 3.50 | 1,750.00 |
| 12/9/2024 | Continued conducting research on how to request discovery on a government agency | B310 | AWM | 1.00 | 400.00 |
| 12/9/2024 | Drafting research memo on how to request discovery on a government agency | B310 | AWM | 7.00 | 2,800.00 |
| 12/9/2024 | Review and analyze electronic access issues (.5); conference call with EP Energy and counsel regarding document access issues (.3); follow up emails and analysis regarding same (.6) | B130 | WSR | 1.40 | 840.00 |
| 12/10/2024 | Revisions to November and December payables; emails related to same. | B210 | KAH | 0.30 | 90.00 |
| 12/10/2024 | reviewing materials to prepare for meeting re selling Erath inventory | B130 | NJS | 0.40 | 160.00 |
| 12/10/2024 | further revisions to VESCO sale motion | B130 | NJS | 0.40 | 160.00 |
| 12/10/2024 | Edit destruction notice, communication with Trustee re: same | B130 | BWA | 0.70 | 350.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/2024 | Emails to/from Mr. Dykes regarding various assets for sale (.4); review and analyze Devon escrow / trust account issues (1.7); email to Devon counsel regarding same (.3); emails regarding W&T purchase issues (.4); emails regarding liens (.3); emails regarding Vesco issues (.4); analysis of abandonment issues, retroactivity (.5); tc with Mr. Dykes regarding NRW transition and other issues (.5); revising NRW Escrow motion (.1.2) | B130 | WSR | 5.70 | 3,420.00 |
| 12/10/2024 | Revise and forward document requests to B. Kadden, J. Winkler (1); revise motion for escrow, bonding deadline (2); research issues raised in Interior's request for payment of administrative expenses (1). | B130 | JDC | 4.00 | 2,000.00 |
| 12/10/2024 | Analyze strategy for dealing with Devon funds | B130 | BAB | 0.60 | 360.00 |
| 12/10/2024 | Revise communication to client re: Devon trust account issue | B130 | BAB | 0.40 | 240.00 |
| 12/10/2024 | Draft/revise settlement language and communication with M. Bishop and J. Ormiston re abandonment order and related communications with B. Altazan, A. Mock, and W. Robbins (1.8); communication with creditors re records abandonment motion (.1); communication with L. Phillips re stipulation (.3); revised settlement language re abandonment order and related communications with M. Bishop and J. Ormiston (1.4); revisions to NRW escrow motion and related communication with W. Robbins (3.1). | B130 | PDS | 6.70 | 4,020.00 |
| 12/10/2024 | Attention to account payables for prior month | B210 | BWA | 0.60 | 300.00 |
| 12/10/2024 | Communication with C. Carlson (EP), attention to login logistics and communication with Trustee re: same (1.20); Review/edit GOM Shelf redlines to NDA and records motion proposed order, communication with counsel re: same (1.40); Communication with J. Bailey (.30), E. Ripley (.60) re: records motion; Review/analyze GOM Shelf and Shell's questions re: abandonment motion exhibit (.90) | B130 | BWA | 4.40 | 2,200.00 |
| 12/10/2024 | Reviewing and comparing Debtors' schedules and Trustee's Motion to Abandon to answer question for GOM Shelf's counsel | B130 | AWM | 2.70 | 1,080.00 |
| 12/10/2024 | Drafting email to Shell's counsel re Trustee's Motion to Abandon Exhibit 1 | B130 | AWM | 1.50 | 600.00 |
| 12/10/2024 | Conducting research on issues under § 554 | B130 | AWM | 0.80 | 320.00 |
| 12/10/2024 | Analysis of records access / electronic issues and correspondence to trustee regarding same (.7); emails to/from Chevron counsel regarding records issues (.4); review notice of electronic asset destruction (.4) | B130 | WSR | 1.50 | 900.00 |
| 12/11/2024 | Prepare Notice of Appearance in adversary proceeding. | B190 | KAH | 0.30 | 90.00 |
| 12/11/2024 | Analysis of liens against vesco facility and oil | B130 | NJS | 1.60 | 640.00 |
| 12/11/2024 | email to R. Dykes re MP property status | B130 | NJS | 0.20 | 80.00 |
| 12/11/2024 | revisions to VESCO sale motion | B130 | NJS | 0.80 | 320.00 |
| 12/11/2024 | draft and revise declaration in support of VESCO sale/employment motion | B130 | NJS | 1.10 | 440.00 |
| 12/11/2024 | Finalize notice of destruction, communication with Trustee re: same | B130 | BWA | 0.30 | 150.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 12/11/2024 | revisions to Abandonment Order to cure informal objection of GOM Shelf and multiple related communications with J. Ormiston (2.9); revisions to motion re NRW production proceeds and related communications with W. Robbins (2.7); communication with B. Barriere and M. Warner re D&O discussion (.1); communication with accountants re BOLO software for accounting production (.3). | B130 | PDS | 6.00 | 3,600.00 |
| 12/11/2024 | Emails and Tc's with IT folks and various parties regarding document access; analysis of subsidiary access issues | B210 | WSR | 0.90 | 540.00 |
| 12/11/2024 | Revise motion for escrow, bonding deadline. | B130 | JDC | 3.00 | 1,500.00 |
| 12/11/2024 | Redline proposed records order (1.0); Communication with IT re: electronic data login, communication with EP counsel re: same (.90); Telephone conference and email communication with J. Bailey re: records motion, analysis of same (.80); Analysis of Shell's questions re: abandonment motion exhibit (.40) | B130 | BWA | 3.10 | 1,550.00 |
| 12/11/2024 | Continued conducting research on issues under § 554 | B130 | AWM | 3.20 | 1,280.00 |
| 12/11/2024 | Meeting with D.Stewart re Trustee's Motion to Abandon Exhibit 1 | B130 | AWM | 0.10 | 40.00 |
| 12/11/2024 | Updating Exhibit 1 for Trustee's Amended Motion to Abandon | B130 | AWM | 0.60 | 240.00 |
| 12/11/2024 | Finalized draft email response to Shell's counsel re abandonment | B130 | AWM | 0.70 | 280.00 |
| 12/11/2024 | W&T multiple emails and tc's with Mr. Lackey (.8); Analysis of Interior Admin Claim, damages and remedies (3.5); Revising escrow motion (1.8) | B130 | WSR | 6.10 | 3,660.00 |
| 12/12/2024 | Analysis of litigation strategy re NRW sale and multiple related communications with M. Warner and W. Robbins (3.4); revisions to proposed abandonment order and related communications with J. Cerise and Interior (1.6); revisions to CONA relating to Abandonment Order (.7); communication with Interior re NRW Sale (.6). | B130 | PDS | 6.30 | 3,780.00 |
| 12/12/2024 | continue revising VESCO declaration for sale motion | B130 | NJS | 0.50 | 200.00 |
| 12/12/2024 | continue drafting/revising VESCO sale motion | B130 | NJS | 1.00 | 400.00 |
| 12/12/2024 | Revise destruction notice, communication with Trustee re: same (.90); Telephone conference and email communication with B. Knapp and R. Kuebel re: records motion concerns (.90); Review, preliminary analysis of proposed edits to records motion order from GOM Shelf and Kuebel/Knapp, communication with Trustee re: same (1.70); Attention to abandonment motion exhibit contents (.10) | B130 | BWA | 3.60 | 1,800.00 |
| 12/12/2024 | Communications with R. Dykes re: NRW discovery requests, draft discovery requests, review Debtor documents (1); revise motion for escrow, bonding deadline (.5); research issues raised in Interior's request for payment of administrative expenses (.5). | B130 | JDC | 2.00 | 1,000.00 |

| 12/12/2024 | Review revised records motion from Mr. Knapp (.3); emails to/from GI Realtor (.3); Emails to/from W&T Counsel regarding PSA and deposit (.2); review and analyze Vesco purchase issues (.4); Tc with Trustee regarding GI property and emails to/from prospective purchaser and realtors (.9); Analysis of NRW issues and tc with Trustee regarding same (1.3); Tc with Mr. Kuebel and Knapp regarding records issues and review revised Records order (.8) | B130 | WSR | 3.90 | 2,340.00 |
|---|---|---|---|---|---|
| 12/12/2024 | Analysis of NRW issues and next steps | B130 | BWA | 1.20 | 600.00 |
| 12/12/2024 | Review/analyze GOM Shelf's proposed redlines to NDA (.50); Correspondence from H. James (EP) re: electronic access (.10) | B130 | BWA | 0.60 | 300.00 |
| 12/13/2024 | Finalize SRBA and TPS-West October Monthly Fee Statements | B160 | KAH | 0.30 | 90.00 |
| 12/13/2024 | Emails and telephone calls with Plaquemines Parish Clerk of Court re mortgage certificate | B130 | KAH | 0.30 | 90.00 |
| 12/13/2024 | Zoom call with Fishman Team and M. Warner re (a) Hedron issues and (b) D&O assignments (.6); receipt and preliminary review of Array complaint and related communications with M. Warner, A. Greenbaum, and W. Robbins (3.0); revisions to certificate of agreed order, proposed order, and amended exhibit and related settlement communications with J. Ormiston and R. Lamb (2.2); communication with M. Warner re abandonment motion and NRW pleadings (.3); | B130 | PDS | 6.10 | 3,660.00 |
| 12/13/2024 | Draft/revise MFS's for SRBA and TPS-West for Oct 2024. | B160 | PDS | 1.20 | 720.00 |
| 12/13/2024 | Revise motion for escrow, bonding deadline (1); begin preparing formal document requests, subpoenas to Spectrum, Nautilus (1). | B130 | JDC | 2.00 | 1,000.00 |
| 12/13/2024 | Review and revise turnover demand to Chase re: account arguably subject to Devon trust agreement | B130 | BAB | 1.00 | 600.00 |
| 12/13/2024 | Finalize for filing Certificate of Counsel and Orders re MT Abandon | B130 | KAH | 0.20 | 60.00 |
| 12/13/2024 | Reviewing Debtors' motion to relinquish and comparing it to Trustee's Motion to Abandon Exhibit 1 | B130 | AWM | 1.30 | 520.00 |
| 12/13/2024 | Zoom meeting with the D.Stewart, W.Robbins, the Trustee and Fishman Haygood re Hedron settlement | B130 | AWM | 0.90 | 360.00 |
| 12/13/2024 | Responding to discovery requests for NRW motion | B130 | AWM | 0.70 | 280.00 |
| 12/13/2024 | Drafting Exhibit A to Subpoenas for document production to Spectrum GOM and Nautilus LLC re NRW | B130 | AWM | 2.60 | 1,040.00 |
| 12/13/2024 | Updating Exhibit 1 for Trustee's Amended Motion to Abandon | B130 | AWM | 0.80 | 320.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/13/2024 | review order on Array TRO suit and tc with counsel (.4); Conference regarding D&O / release issues (.5); Attention to Plaquemines liens (.4); Review and analysis of Array / NRW TRO complaint; tc with Trustee; tc with counsel for Array (1.5); Emails to/from Mr. Dykes regarding TSA, DOO, Agency and other NRW issues and analysis regarding same (.8); Analysis of GI property issues and email to potential purchaser (.4); Attention to subpoena and other NRW issues (.6); Emails and analysis regarding Records motion and order issues (.8); Review JP Morgan / Chase Bank account issues and drafting Turnover letter (1.2) | B130 | WSR | 6.60 | 3,960.00 |
| 12/13/2024 | Telephone conference and email communication with B. Knapp re: records motion order, communication with Trustee re: same (1.0); Communication with J. Ormiston re: GOM Shelf redlines, communication with Trustee (.40); Re-calendar objection deadlines for informal extensions to records motion (.10) | B130 | BWA | 1.50 | 750.00 |
| 12/13/2024 | Telephone conference and email communication with H. James re: electronic records access, analysis of same and communication with IT re: same | B130 | BWA | 0.70 | 350.00 |
| 12/14/2024 | Draft/revise motion relating to NRW abandonment and relinquish | B130 | PDS | 4.00 | 2,400.00 |
| 12/15/2024 | Revise formal document requests to Spectrum, Nautilus. | B130 | JDC | 1.00 | 500.00 |
| 12/16/2024 | Zoom call with W. Robbins and M. Warner re NRW sale issues and Array complaint and TRO (.7); analysis of strategy relating to NRW issues and draft/revise related motions (5.8) and related communications with M. Warner (.5), E. Poitevent (.3), R. Lamb (.2), R. Kuebel (.2); B. Kadden (.1); and A. Power (.3). | B130 | PDS | 8.00 | 4,800.00 |
| 12/16/2024 | phone call with S. Selheimer (AXIP) re activity at various properties | B130 | NJS | 0.30 | 120.00 |
| 12/16/2024 | Review/analyze W&T sale motion to determine status of properties inquired about by AXIP | B130 | NJS | 0.20 | 80.00 |
| 12/16/2024 | Update December payables | B210 | KAH | 0.10 | 30.00 |
| 12/16/2024 | Communication with Trustee re: equipment destruction notice and records motion order, analysis of same (.90); Communication with B. Knapp and J. Ormiston re: records motion proposed order redlines, analysis of same (.90); Analysis of abandonment motion exhibit (.40) | B130 | BWA | 2.20 | 1,100.00 |
| 12/16/2024 | Communication with IT and EP counsel re: electronic records access | B110 | BWA | 1.10 | 550.00 |
| 12/16/2024 | Revise formal document requests to Spectrum, Nautilus (1.2); review Debtor documents (2.2). | B130 | JDC | 3.40 | 1,700.00 |
| 12/16/2024 | Analysis of nrw issues (3.5); tc with trustee regarding same (.5); Telephone conference with counsel for Array (.3); receive / review mortgage report from plaquemines parish (.5); Telephone conference with trustee regarding same (.2); emails to/from w&t (.3) | B130 | WSR | 5.50 | 3,300.00 |
| 12/16/2024 | Review mortgage certificates from Plaquemines Parish re Cox and Energy XXI | B130 | KAH | 0.30 | 90.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/2024 | Attention to upload of documents re NRW discovery requests. | B130 | KAH | 0.40 | 120.00 |
| 12/16/2024 | Draft subpoena to Spectrum | B130 | KAH | 0.30 | 90.00 |
| 12/16/2024 | Analysis and drafting related to discovery requests to NRW related parties | B130 | AWM | 1.40 | 560.00 |
| 12/16/2024 | Drafting Email to B. Kadden requesting for waiver of service of the subpoenas to Nautilus LLC and Spectrum GOM; | B130 | AWM | 0.50 | 200.00 |
| 12/17/2024 | Update December payables. | B210 | KAH | 0.10 | 30.00 |
| 12/17/2024 | call with M. Warner re NRW and Array issues and Trustee's strategy (1.8); communication with R. Lamb re similar issues (.3); analysis of strategy re NRW breaches of sale obligations and draft/revise pleadings for Trustee review (5.3); and related communications with M. Warner (.3) and (.4); communication with NRW, R. Lamb, and M. Warner re NRW settlement overtures, regulatory compliance (1.9). | B130 | PDS | 10.00 | 6,000.00 |
| 12/17/2024 | Review NRW's 3 sets of discovery responses, draft discovery deficiency letter(1); review Debtor documents (6.1). | B130 | JDC | 7.10 | 3,550.00 |
| 12/17/2024 | Review and analyze Array and NRW issues (1.5); Tc's with Mr. Dykes regarding same (.4); review NRW emails and claims regarding regulatory issues (.7); emails to/from W&T and analysis of lien issues (.5) | B130 | WSR | 3.10 | 1,860.00 |
| 12/17/2024 | Running a compare on the Trustee's Motion to Abandon Documents and Data | B130 | AWM | 0.20 | 80.00 |
| 12/17/2024 | Drafting Certificate of No Objection to Trustee's Motion to Abandon Documents and Data | B130 | AWM | 1.20 | 480.00 |
| 12/17/2024 | Compiling all documents listed in NRW's discovery responses re: Second Motion to Amend; Uploaded the document to ShareFile and sent to K.Heard to upload to Everlaw. | B130 | AWM | 0.90 | 360.00 |
| 12/17/2024 | Reviewing Trustee's Motion to Abandon Documents and Data to ensure all proposed redlines are included and no other changes had been made | B130 | AWM | 1.10 | 440.00 |
| 12/17/2024 | Attention to document organization re: NRW discovery responses | B130 | KAH | 0.30 | 90.00 |
| 12/17/2024 | Communication with GOM Shelf counsel re: NDA redlines, review and analyze same | B130 | BWA | 1.30 | 650.00 |
| 12/17/2024 | Communication with B. Knapp re: edits to proposed records motion order (.20); Review/revise Certificate of No Objection for records motion, communication with associate regarding same, and attention to redline/clean proposed order | B130 | BWA | 2.20 | 1,100.00 |
| 12/17/2024 | Review and analyze GOM Shelf modifications regarding Records order and NDA | B130 | WSR | 0.50 | 300.00 |
| 12/18/2024 | continue drafting/revising MT sell venice | B130 | NJS | 1.10 | 440.00 |
| 12/18/2024 | phone call from S. Selheimer (AXIP) re status of various pieces of property | B130 | NJS | 0.10 | 40.00 |

| Date | Description | Code | Init | Hours | Amount |
|---|---|---|---|---|---|
| 12/18/2024 | Analysis of Array and NRW TRO pleadings, document production from Array, and other evidence in drafting and revising NRW-related pleadings (9.3), and related communication with M. Warner (1.0), A. Greenbaum (4), L. Phillips (.6), J. Ormiston (.3); and R. Kuebel (.3), all related hands meeting with W. Robbins, B. Brown, N. Smeltz, B. Altazan, and A. Mock (1.1). | B130 | PDS | 13.00 | 7,800.00 |
| 12/18/2024 | Analysis of Interior administrative expense claim and related communications with M. Warner and B. Brown (.8); Attention to Order Authorizing Abandonment, Rejection, and Compromise and related communications with B. Altazan and A. Mock (.9); analysis of Array TRO and related NRW issues and related communications with M. Warner and W. Robbins (1.9); communication with R. Lamb re various Interior issues (.4). | B130 | PDS | 4.00 | 2,400.00 |
| 12/18/2024 | multiple communications with R. Lamb and E. Poitevent re NRW issues (.8); continued revisions to TRO pleadings and related complaint (10.3), and related communications with R. Kuebel (.4), A. Greenbaum (.1), E. Poitevent (.1), L. Phillips (.2), and M. Warner (.6). | B130 | PDS | 12.40 | 7,440.00 |
| 12/18/2024 | Finalize, as to records motion, proposed order redlines and CONO, oversee filing of same, communication with chambers re: same | B130 | BWA | 1.30 | 650.00 |
| 12/18/2024 | Prepare responses to NRW's 3 sets of discovery requests (2.8); research and analyze Interior's admin claim (2.5); review Debtor documents (1); update status on discovery relative to NRW litigation (.5). | B130 | JDC | 6.80 | 3,400.00 |
| 12/18/2024 | analysis off TRO and injunctive issues and materials recently filed in Array TRO proceeding (1.9) and related communications with Array and A. Greenbaum (1.1) and (.3); M. Warner (.4); R. Lamb (.2); M. Warner (.2); A. Greenbaum (.2); E. Poitevent (.3); and R. Kuebel (.4). | B130 | PDS | 5.00 | 3,000.00 |
| 12/18/2024 | analyze strategy for response to US royalty admin expense claim app | B310 | BAB | 1.60 | 960.00 |
| 12/18/2024 | Emails with M. Borror, client re: expense withholding from 401k fund for winddown expenses, analyze information provided by M. Borror | B220 | BAB | 0.40 | 240.00 |
| 12/18/2024 | Further revisions to Chase turnover demand re: Devon funds | B130 | BAB | 0.30 | 180.00 |
| 12/18/2024 | Finalize CONO and Orders re MT Abandon Records | B130 | KAH | 0.20 | 60.00 |
| 12/18/2024 | internal meeting with D. Stewart, W. Robbins, B. Brown, B. Altazan, and A. Mock to discuss issues concerning NRW transaction and strategies for moving forward | B130 | NJS | 1.30 | 520.00 |
| 12/18/2024 | preliminary review of Array preliminary injunction pleadings | B130 | NJS | 0.60 | 240.00 |
| 12/18/2024 | All-hands meeting re: NRW issues/pleadings and analyze next steps | B130 | BWA | 1.80 | 900.00 |
| 12/18/2024 | Analyze proposed redlines to NDA from GOM Shelf, communication with their counsel re: same | B130 | BWA | 0.50 | 250.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 12/18/2024 | Tc with W&T in house counsel regarding sale issues (.4); review and forward Mortgage Certificate to Mr. Dykes and emails to/from same regarding work sites of lien claimants (.3); analysis of lien claim issues (.6); Review NRW and Array pleadings (.6); Meeting regarding TRO and other NRW / Array issues and analysis of remedies and causes of action (2.3); drafting Breach of Contract complaint (4.5); Emails regarding records issues (.3); Emails regarding No Objection requests (.3) | B130 | WSR | 9.20 | 5,520.00 |
| 12/18/2024 | Completed pre-production review of documents responsive to NRW requests | B130 | AWM | 0.80 | 320.00 |
| 12/18/2024 | Meeting with D. Stewart, B. Altazan, W. Robbins, N. Smeltz, and B. Brown to discuss Trustee's options re United States' Application for Admin Expense Claim | B310 | AWM | 1.30 | 520.00 |
| 12/18/2024 | Began drafting Trustee's Objection to the United States' Application for Admin Expense Claim | B310 | AWM | 2.10 | 840.00 |
| 12/18/2024 | Analyze issues with Array v NRW suit, impact on estate due to non-payment of Array, royalties, vendors, strategy moving forward to deal with properties | B130 | BAB | 2.30 | 1,380.00 |
| 12/19/2024 | Finalize Notice of Destruction for filing. | B210 | KAH | 0.20 | 60.00 |
| 12/19/2024 | Review/revise Complaint against NRW | B190 | BWA | 1.80 | 900.00 |
| 12/19/2024 | Review order granting records motion, calendar pertinent deadlines, communication with Trustee re: same (.40); Finalize Notice of Destruction for abandoned equipment, oversee filing of same (.40); Implement abandonment order, including calendaring of pertinent deadlines and drafting of pertinent pleadings (3.30) | B130 | BWA | 4.10 | 2,050.00 |
| 12/19/2024 | Emails to/from W&T regarding purchase issues (.3); emails regarding GI offer and tc with Trustee regarding same (.4); email regarding GI 18 abstract (.2); review / revise proposed TRO and analysis of issues relating to same, including applicable PSA provisions (2.3); review and analyze survival provisions in PSA (.7); analysis of sale true up provisions in PSA (1.0); continued drafting and revising of PSA (3.3) | B130 | WSR | 8.20 | 4,920.00 |
| 12/19/2024 | Analyze basis for objection to US royalty admin exp app, defenses for same | B310 | BAB | 1.20 | 720.00 |
| 12/19/2024 | Emails and telephone conference with client re: winddown expenses for 401k plan, emails with M. Borror re: same | B220 | BAB | 0.40 | 240.00 |
| 12/19/2024 | Review and revise initial draft of objection to US royalty admin claim (1.6); research re: admin exp requirements and application to offshore fed leases (1.9) | B310 | BAB | 3.50 | 2,100.00 |
| 12/19/2024 | draft and revise certificate of no objection to SRBA first interim fee application | B160 | NJS | 0.30 | 120.00 |
| 12/19/2024 | Correspondence from GOM Shelf counsel re: NDA redlines | B130 | BWA | 0.10 | 50.00 |
| 12/19/2024 | Research and draft objection to US admin expense claim | B310 | JDC | 5.60 | 2,800.00 |
| 12/19/2024 | Conducting research on MSJ and declaratory judgments re NRW | B130 | AWM | 2.30 | 920.00 |
| 12/19/2024 | Drafting research memo on MSJ and declaratory judgments re NRW | B130 | AWM | 2.60 | 1,040.00 |

| Date | Description | Code | Atty | Hours | Amount |
|------|-------------|------|------|-------|--------|
| 12/19/2024 | Conducting research on administrative expense claims for unpaid royalties | B310 | AWM | 3.40 | 1,360.00 |
| 12/19/2024 | Emails with Department of Interior re the Trustee's compromise with Interior | B130 | AWM | 0.40 | 160.00 |
| 12/19/2024 | Research re NRW claim for adverse pleading | B130 | AWM | 2.60 | 1,040.00 |
| 12/19/2024 | Review and analyze memo on declaratory judgment issues re: royalty responsibility, analyze cases cited and strategy moving forward | B310 | BAB | 1.80 | 1,080.00 |
| 12/19/2024 | continue revising MT sell Venice property | B130 | NJS | 2.30 | 920.00 |
| 12/19/2024 | Draft responses to NRW discovery requests | B130 | JDC | 3.20 | 1,600.00 |
| 12/20/2024 | Implementation of abandonment order | B130 | BWA | 0.80 | 400.00 |
| 12/20/2024 | Telephone conference with M. Borror re: winddown expenses (0.3); email to client re: same (0.1) | B220 | BAB | 0.40 | 240.00 |
| 12/20/2024 | Review and revise latest draft of objection to US royalty admin claim | B310 | BAB | 3.10 | 1,860.00 |
| 12/20/2024 | Analyze whether MSJ would be appropriate in US royalty admin contested matter, analyze issues relating to MSJ on same | B310 | BAB | 1.30 | 780.00 |
| 12/20/2024 | formatting orders for SRBA first interim fee application and certificate of no objection | B160 | NJS | 0.40 | 160.00 |
| 12/20/2024 | draft and revise certificate of no objection for Trustee first interim fee application | B160 | NJS | 0.20 | 80.00 |
| 12/20/2024 | Analysis of EIG lien and potential claims to proceeds | B130 | NJS | 1.00 | 400.00 |
| 12/20/2024 | further revisions to WT sale motion | B130 | NJS | 1.40 | 560.00 |
| 12/20/2024 | Attention to questions on ap cover sheet to be answered during filing; prepare summons | B130 | KAH | 0.50 | 150.00 |
| 12/20/2024 | Research and draft objection to US admin expense claim (3.5); research and draft memo in support of MSJ v. US (5.0) | B310 | JDC | 8.50 | 4,250.00 |
| 12/20/2024 | Continued analysis of NRW / Array issues and multiple emails regarding same; review TRO related pleadings (1.8);<br>Review of Devon / Trust account issues and tc with JP Morgan / Chase regarding same (.5); Conference with W&T regarding sale status (.3); tc with LOG counsel regarding ROW reinstatement and follow up tc and email with W&T regarding same (.6); revising W&T Motion to Sell and emails regarding same (1.3); review / revise VESCO Motion and forward same (.9) | B130 | WSR | 5.10 | 3,060.00 |
| 12/20/2024 | Memo research and drafting related to US Admin Claim | B310 | AWM | 0.80 | 320.00 |
| 12/20/2024 | circulating certificate of no objection and proposed orders to trustee | B130 | NJS | 0.20 | 80.00 |
| 12/21/2024 | Review and revise MIS of MSJ as to US royalty claim | B310 | BAB | 2.40 | 1,440.00 |
| 12/21/2024 | Research and draft memo in support of MSJ v. US | B310 | JDC | 1.30 | 650.00 |
| 12/23/2024 | Review correspondence to NRW regarding discovery issues (.3); multiple emails to/from W&T regarding pipeline and ROW issues (.8); email to proposed GI property purchaser (.1) | B130 | WSR | 1.20 | 720.00 |

| Date | Description | Task | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 12/23/2024 | multiple communications with A. Greenbaum and M. Warner re Array issues (.6); review of, and comments and revisions to, discovery responses due NRW (.5); research assignment to A. Mick re NRW-Array situation (.4). | B130 | PDS | 1.50 | 900.00 |
| 12/23/2024 | receipt and preliminary review of Miller litigation subpoena and related communications with M. Warner and team. | B190 | PDS | 0.30 | 180.00 |
| 12/23/2024 | Further revisions to latest draft of MIS of MSJ on royalty claim by US | B310 | BAB | 1.40 | 840.00 |
| 12/23/2024 | Analyze issues of whether estates are liable for non-payment of Array and subcontractors | B310 | BAB | 0.90 | 540.00 |
| 12/23/2024 | Draft responses to NRW's discovery requests | B130 | JDC | 0.40 | 200.00 |
| 12/23/2024 | Research re administrative expense claims against the Estate of subcontractors | B130 | AWM | 6.70 | 2,680.00 |
| 12/23/2024 | Draft memo in support of MSJ | B310 | JDC | 3.00 | 1,500.00 |
| 12/24/2024 | Research on the possibility of administrative expense claims against the Estate by subcontractors | B130 | AWM | 1.10 | 440.00 |
| 12/26/2024 | Review nondebtor subsidiary issues; emails related to same | B130 | WSR | 0.50 | 300.00 |
| 12/26/2024 | review and forward email regarding corporate deposition and other discover issues from state court action | B310 | WSR | 0.40 | 240.00 |
| 12/26/2024 | receipt and preliminary review of opposition to admin claim and related communications with B. Brown and J. Cangelosi. | B310 | PDS | 1.20 | 720.00 |
| 12/26/2024 | Further revisions to MIS of MSJ on US royalty claim | B310 | BAB | 2.70 | 1,620.00 |
| 12/26/2024 | Research re administrative expense claim of subcontractors | B130 | AWM | 2.40 | 960.00 |
| 12/26/2024 | Attention to discovery and deposition notices | B130 | BWA | 0.50 | 250.00 |
| 12/27/2024 | emails regarding Devon Bond / account | B130 | WSR | 0.10 | 60.00 |
| 12/27/2024 | Further revisions to opposition to Interior admin claim and related communications with M. Warner. | B310 | PDS | 2.30 | 1,380.00 |
| 12/27/2024 | Draft/revise MT Relinquish and Abandon NRW assets and related communications with W. Robbins and M. Warner. | B130 | PDS | 3.40 | 2,040.00 |
| 12/27/2024 | Finalize Objection to Admin Expense Claim of US. | B190 | KAH | 0.20 | 60.00 |
| 12/27/2024 | Review research on whether discovery is stayed against chapter 7 estate even if stay lifted to allow matter to move forward against chapter 11 debtors, analyze strategy moving forward | B190 | BAB | 1.50 | 900.00 |
| 12/27/2024 | Review and analyze NRW objection to US royalty admin app | B310 | BAB | 0.80 | 480.00 |
| 12/27/2024 | emails and analysis regarding state court discovery issues | B190 | WSR | 0.50 | 300.00 |
| 12/27/2024 | review of, and comments and revisions to, opposition to Interior Admin Claim and related communications with B. Brown, J. Cangelosi, and M. Warner | B310 | PDS | 3.50 | 2,100.00 |
| 12/27/2024 | Research re administrative expense claim of subcontractors | B130 | AWM | 5.40 | 2,160.00 |
| 12/27/2024 | Drafting research memo on potential subcontractors administrative expense claim | B130 | AWM | 4.10 | 1,640.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/27/2024 | Reviewing Trustee's Objection to United States' Application for Admin Expense Claim | B310 | AWM | 1.40 | 560.00 |
| 12/27/2024 | Review and revise objection to US administrative expense claim. | B310 | JDC | 2.10 | 1,050.00 |
| 12/27/2024 | Research and analysis of whether the automatic stay precludes propounding discovery and taking corporate rep deposition | B240 | NJS | 2.70 | 1,080.00 |
| 12/27/2024 | Analysis of discovery requests to Trustee pertaining to claims against insurers | B190 | PDS | 0.50 | 300.00 |
| 12/27/2024 | Telephone conference with Mr. Dykes regarding Array Shut In (.3); Telephone conference with Trustee (.3); Telephone conference with Array counsel (.3); analysis of issues arising from same (.3) | B130 | WSR | 1.20 | 720.00 |
| 12/28/2024 | Review and analyze research memo re: whether Array and others potentially have claims against the estates for unpaid work on federal leases to which estates retain legal title | B310 | BAB | 1.60 | 960.00 |
| 12/28/2024 | Drafting research memo on potential subcontractors administrative expense claim | B310 | AWM | 3.80 | 1,520.00 |
| 12/29/2024 | Draft/revise MT Relinquish and Abandon and related communications with M. Warner. | B130 | PDS | 4.90 | 2,940.00 |
| 12/30/2024 | Attention to December payables; review of invoices; update spreadsheet; emails to PDS. | B210 | KAH | 0.70 | 210.00 |
| 12/30/2024 | Attention to draft emergency motion to relinquish and abandon | B130 | BWA | 0.40 | 200.00 |
| 12/30/2024 | Attention to discovery dispute | B190 | BWA | 0.20 | 100.00 |
| 12/30/2024 | Finalize December payables; emails to/from R. Dykes and D. Stewart re: same. | B210 | KAH | 0.30 | 90.00 |
| 12/30/2024 | emails and tc's regarding NRW / Array transaction and related issues (1.8); review/ revise proposed Motion to Relinquish / Abandon (2.3) | B130 | WSR | 4.10 | 2,460.00 |
| 12/30/2024 | review of, and comments and revisions to, MT Relinquish and Abandon and multiple related communications with team and Trustee. | B130 | PDS | 3.70 | 2,220.00 |
| 12/30/2024 | Revise objection to US administrative expense claim. | B130 | JDC | 4.70 | 2,350.00 |
| 12/30/2024 | draft and revise correspondence to Nicholas Miller re 30(b)(6) deposition | B190 | NJS | 2.60 | 1,040.00 |
| 12/30/2024 | Review and revise letter to Miller counsel re: corporate deposition issues | B190 | BAB | 1.10 | 660.00 |
| 12/30/2024 | Revise and revise Trustee's Emergency Motion to Relinquish and Abandon | B130 | AWM | 6.00 | 2,400.00 |
| 12/30/2024 | Analyze issues arising from purported purchase of Array by NRW, affect on abandonment and other estate issues | B130 | BAB | 1.40 | 840.00 |
| 12/30/2024 | Review and revise motion to relinquish and abandon | B130 | BAB | 2.20 | 1,320.00 |
| 12/31/2024 | additional review and revision to Motion to Relinquish / Abandon | B130 | WSR | 1.40 | 840.00 |
| 12/31/2024 | Review and revise latest drafts of motion to abandon, order on same | B130 | BAB | 2.60 | 1,560.00 |

|  |  | **534.70** | **$280,080.00** |
|---|---|---|---|
| **Total** |  |  |  |

### FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 122.10 | 600.00 | 73,260.00 |
| WSR | William S. Robbins | 105.00 | 600.00 | 63,000.00 |
| AWM | Abigail W. Mock | 99.50 | 400.00 | 39,800.00 |
| BAB | Brandon A. Brown | 45.50 | 600.00 | 27,300.00 |
| BWA | Brooke W. Altazan | 52.40 | 500.00 | 26,200.00 |
| JDC | Jamie D. Cangelosi | 73.30 | 500.00 | 36,650.00 |
| KAH | Kimberly A. Heard | 8.90 | 300.00 | 2,670.00 |
| NJS | Nicholas J. Smeltz | 28.00 | 400.00 | 11,200.00 |

### TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 1.10 | 500.00 | 550.00 |
| B130 | Asset Disposition | 422.80 | 528.78 | 223,570.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 3.50 | 582.86 | 2,040.00 |
| B160 | Fee/Employment Applications | 7.00 | 454.29 | 3,180.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 13.80 | 506.52 | 6,990.00 |
| B210 | Business Operations | 6.00 | 426.67 | 2,560.00 |
| B220 | Employee Benefits/Pensions | 3.10 | 600.00 | 1,860.00 |
| B240 | Tax Issues | 2.70 | 400.00 | 1,080.00 |
| B310 | Claims Administration and Objections | 74.70 | 512.05 | 38,250.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 12/2/2024 | UCC Search re: EPL Oil & Gas LLC in Delaware | 134.00 |
| 12/2/2024 | UCC Search re: EPL Oil & Gas LLC in Delaware | 84.00 |
| 12/2/2024 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com | 1,019.49 |
| 12/2/2024 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com | 523.64 |
| 12/4/2024 | Cost of mortgage certificates | 349.00 |
| 12/5/2024 | UCC Search re: EPL Oil & Gas LLC in Delaware | 589.00 |
| 12/5/2024 | UCC Search re: EPL Oil & Gas LLC in Texas | 41.00 |
| 12/17/2024 | Texas Secretary of State database fees for entity inquiries | 4.00 |
| 12/31/2024 | Everlaw for December 2024 | 26.75 |
| 12/31/2024 | Copies for December 2024 | 171.60 |
| | **Total DISBURSEMENTS** | **$2,942.48** |

| | |
|---|---|
| New Charges | $283,022.48 |
| Previous Balance | $921,558.90 |
| **Balance Due** | **$1,204,581.38** |

**Trust Statement**

| Date | Description | Disbursements | Receipts |
|------|-------------|---------------|----------|
| | Balance Forward | | 5,000.00 |
| 2/25/2025 | W&T Offshore<br>Deposit for acquisition | | 5,000.00 |
| 3/10/2025 | W&T Offshore | | 240,000.00 |
| 3/11/2025 | MLCJR, LLC<br>W&T Asset Sale Proceeds<br>Whitney Ref. No. 0617 | 250,000.00 | |
| | **Total** | **$250,000.00** | **$250,000.00** |
| | **Trust Balance** | | **$0.00** |