**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, _et al._,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

I hereby certify that a copy of the following pleadings:

_Trustee's Motion to Destroy & Transfer Certain Property of the Estates_ [P-2420]

_Notice of Abandonment of Documents as Authorized by Prior Court Order (Doc No. 2324)_ [P-2421]

were served on April 11, 2025 on the following parties in the following manner:

1) Those parties who have consented to service through the Court's Electronic Notification System were served via that system as indicated on Exhibit "A"

2) Those parties listed on Declaration of Mailing Certificate of Service attached as Exhibit "B" via United States mail, postage prepaid

3) VeriTrust Corporation via electronic mail to the following: abby@veritrust.net; executiveasst@veritrust.net

Baton Rouge, Louisiana, this 11th day of April 2025.

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: _/s/ Brooke W. Altazan_
Paul Douglas Stewart, Jr. (La. Bar # 24661)
_Admitted to Southern District of Texas_
_(SDTX Federal No. 432642)_

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
Brandon A. Brown (Tx. Bar # 24104237)
bbrown@stewartrobbins.com
Brooke W. Altazan (Tx. Bar # 24101002)
baltazan@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel to Michael D. Warner, Chapter 7 Trustee***

Exhibit "A"

**File a Motion:**

23-90324 MLCJR LLC and Ad Hoc Committee of Statutory Lien Creditors **Converted** 02/28/2024

Type: bk                      Chapter: 7 v                  Office: 4 (Houston)
Assets: y                     Judge: cml
Case Flag: DUPFILER, COMPLX, PlnDue, DsclsDue, LEAD, COMPLX

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from A Brooke Watford Altazan entered on 4/11/2025 at 9:32 AM CDT and filed on 4/11/2025
**Case Name:**       MLCJR LLC and Ad Hoc Committee of Statutory Lien Creditors
**Case Number:**     23-90324
**Document Number:** 2420

**Docket Text:**
Motion *to Destroy and Transfer Certain Property of the Estates* Filed by Trustee Michael D Warner (Attachments: # (1) Proposed Order # (2) Exhibit A) (Altazan, A Brooke)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Motion to Destroy VeriTrust Documents.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996797432 [Date=4/11/2025] [FileNumber=51913352-0
] [a90dacaad8aee6b94b085031675c502a0309e3939254312c7a0da512d1271932123
68fb838a0ea2cad6e374ebe757432ab625864b34cffce214e4ec7d6a9b0d6]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\PO - Destruction Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996797432 [Date=4/11/2025] [FileNumber=51913352-1
] [2c806974257d343cda5cbfe8a3f7743164ac36080cdc3697f56af4e2c7ecfb2d36c
1ae045f911a51ae4532ee0ba551168cca8836dbca8b8185a0042d864d4dde]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\Motion to Destroy - Exhibit A.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996797432 [Date=4/11/2025] [FileNumber=51913352-2
] [b0b89fa03eeeae54453d6d414c7ec5a7621fbae79b86fcec5a6f7d99427e75b9a1e
b48511824302f715a22393780b7225d96a42ce17d007e2d44cc30af714350]]

**23-90324 Notice will be electronically mailed to:**

Christopher Adams on behalf of Creditor Cardinal Coil Tubing, LLC
cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Christopher Adams on behalf of Interested Party Cardinal Slickline, LLC
cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Ricardo A Aguilar on behalf of Creditor Danos, L.L.C.
richard.aguilar@arlaw.com, annie.parish@arlaw.com

H Kent Aguillard on behalf of Creditor Cardinal Coil Tubing, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Chalmers, Collins, Alwell, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor DLS, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor M&H Enterprises, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Offshore Air & Refrigeration, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Petroleum Coordinators Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Total Production Supply LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Westwind Helicopters, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Interested Party Cardinal Slickline, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

A Brooke Watford Altazan on behalf of Trustee Michael D Warner

baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Yelena Archiyan on behalf of Interested Party Sea Robin Pipeline Company, LLC
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Stingray Pipeline Company L.L.C.
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Triton Gathering, LLC
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Trunkline Field Services LLC
yelena.archiyan@katten.com

Edward H Arnold, III on behalf of Creditor Gulf Coast Marine Fabricators, Inc.
harnold@bakerdonelson.com

Erin Kathleen Arnold on behalf of Creditor Amarillo National Bank
erin.arnold@kellyhart.com

Erin Kathleen Arnold on behalf of Plaintiff Amarillo National Bank
erin.arnold@kellyhart.com

John E.W. Baay, II on behalf of Interested Party Fairfield Industries Incorporated
Jbaay@LabordeSiegel.com

John E.W. Baay, II on behalf of Interested Party Westerngeco LLC
Jbaay@LabordeSiegel.com

James B. Bailey on behalf of Creditor Cactus Wellhead LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor Cactus Wellhead, LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor Premium Oilfield Services LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor c/o James Bailey,Esq TGS-NOPEC Geophysical Company
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Brandon Kevin Bains on behalf of Creditor Hanover Insurance Company
brandon@bainslaw.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker on behalf of Creditor National Oilwell Varco, L.P.
brian.baker@stacybakerlaw.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

James Paul Barnett, Jr on behalf of Creditor General Crude Oil Company
jimbarnett@jpb-law.com, lposey@jpb-law.com;scanner@jpb-law.com

Brent B Barriere on behalf of Plaintiff MICHAEL D. WARNER
bbarriere@fishmanhaygood.com, akelley@fishmanhaygood.com;kfritscher@fishmanhaygood.com

Steven Michael Beauchamp on behalf of Creditor Philadelphia Indemnity Insurance Company
sbeauchamp@drylaw.com, filings@drylaw.com;1371728420@filings.docketbird.com

David M Bennett on behalf of Creditor Devon Energy Corporation
david.bennett@hklaw.com, gracie.gonzales@tklaw.com;hope.daniels@hklaw.com;hapi@hklaw.com

Jason B. Binford on behalf of Creditor Shell Offshore Inc.
jbinford@krcl.com

Jason B. Binford on behalf of Creditor Shell Trading (US) Company
jbinford@krcl.com

David S Bland on behalf of Creditor Accu-Line Wireline
david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland on behalf of Creditor Aldonsa, Inc. d/b/a Oilfield Instrumentation USA
david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland on behalf of Creditor Enterprise Offshore Drilling
david.bland@chaffe.com, mwynne@blandpartners.com

Joseph P Briggett on behalf of Interested Party Keystone Chemical LLC
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett on behalf of Interested Party R&R Boats, Inc.

jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett on behalf of Interested Party Specialty Offshore, Inc.
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Marty L Brimmage on behalf of Interested Party Alvarez & Marsal North America, LLC
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Jason S Brookner on behalf of Creditor FW GOM Pipeline, Inc.
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Creditor GOM Shelf LLC
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff GOM Shelf, L.L.C.
jbrookner@grayreed.com, lwebb@grayreed.com

Brandon Augustus Brown on behalf of Trustee Chapter 7 Trustee
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown on behalf of Trustee Michael D Warner
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Christina Marie Brown on behalf of Creditor W&T Energy VI, LLC
christina.brown@gibsondunn.com

Christina Marie Brown on behalf of Creditor W&T Offshore, Inc.
christina.brown@gibsondunn.com

Jase A. Brown on behalf of Creditor Everest Reinsurance Company
jbrown@baronsamson.com

Jase A. Brown on behalf of Creditor Sirius America Insurance Company
jbrown@baronsamson.com

Nick M. Brown on behalf of Creditor W&T Energy VI, LLC
nick.brown@kirkland.com

Nick M. Brown on behalf of Creditor W&T Offshore, Inc.
nick.brown@kirkland.com

Joseph A. Caneco on behalf of Creditor Fab-Con, Inc.
jcaneco@fishmanhaygood.com

Christopher Todd Caplinger on behalf of Interested Party R&R Boats, Inc.
ccaplinger@lawla.com

Christopher Todd Caplinger on behalf of Plaintiff Quality Energy Services, Inc.
ccaplinger@lawla.com

Clifford William Carlson on behalf of Creditor EP Energy E&P Company, L.L.C.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Thomas P Carroll on behalf of Interested Party United States of America
thomas.carroll@usdoj.gov

Amber Michelle Carson on behalf of Creditor GOM Shelf LLC
acarson@grayreed.com

Amber Michelle Carson on behalf of Plaintiff GOM Shelf, L.L.C.
acarson@grayreed.com

Matthew D Cavenaugh on behalf of Debtor Cox Oil Offshore, L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Cox Operating L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor EPL Oil & Gas, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Energy XXI GOM, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Energy XXI Gulf Coast, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor M21K, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor MLCJR LLC

mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Defendant Cox Operating, L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Oil Offshore, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Operating L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Operating, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor EPL Oil & Gas, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Energy XXI GOM, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Energy XXI Gulf Coast, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor M21K, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor MLCJR LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Oil Offshore, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant EPL Oil & Gas, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Energy XXI GOM, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Energy XXI Gulf Coast, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Mark J. Chaney, III on behalf of Creditor Danos, L.L.C.
mark.chaney@arlaw.com, annie.parish@arlaw.com

Mark J. Chaney, III on behalf of Creditor Westwind Helicopters, Inc.
mark.chaney@arlaw.com, annie.parish@arlaw.com

Robin B Cheatham on behalf of Creditor Seneca Resources Company, LLC
robin.cheatham@arlaw.com, Mary.cuenca@arlaw.com

Scott R. Cheatham on behalf of Creditor Crosby Energy Services, Inc.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Danos, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Diverse Safety and Scaffolding, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor EcoServe, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Quality Process Services, LLC
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Seneca Resources Company, LLC
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Thru Tubing Systems, Inc.
scott.cheatham@arlaw.com

Katherine Elizabeth Clark on behalf of Creditor Crescent GIGs LLC

kclark@lawla.com

Katherine Elizabeth Clark on behalf of Creditor Crescent Midstream, LLC
kclark@lawla.com

Edward Allison Clarkson, III on behalf of Creditor Cardinal Coil Tubing, LLC
eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Edward Allison Clarkson, III on behalf of Interested Party Cardinal Slickline, LLC
eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM Central LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM East LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM Non-Op LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM West LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Joseph M Coleman on behalf of Interested Party Jackson Walker LLP
jcoleman@krcl.com, jcoleman@krcl.com;jcoleman@ecf.courtdrive.com

Michael Edward Collins on behalf of Creditor Argonaut Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Berkley Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Nationwide Mutual Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Travelers Casualty & Surety Company of America
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Westchester Fire Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Timothy Russell Cook on behalf of Creditor Premium Oilfield Services LLC
tcook@csj-law.com

Sydney Corry on behalf of Creditor W&T Energy VI, LLC
sydney.corry@kirkland.com

Sydney Corry on behalf of Creditor W&T Offshore, Inc.
sydney.corry@kirkland.com

Gregg Jeffrey Costa on behalf of Creditor W&T Energy VI, LLC
gcosta@gibsondunn.com

Gregg Jeffrey Costa on behalf of Creditor W&T Offshore, Inc.
gcosta@gibsondunn.com

Roger Stephen Cox on behalf of Creditor Amarillo National Bank
roger.cox@uwlaw.com, mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Roger Stephen Cox on behalf of Plaintiff Amarillo National Bank
roger.cox@uwlaw.com, mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Laura Crabtree on behalf of Creditor Axis Newco, LLC
lcrabtree@dorelaw.com, chymel@dorelaw.com

Michaela Christine Crocker on behalf of Interested Party Energy Transfer
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Sea Robin Pipeline Company, LLC
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Stingray Pipeline Company L.L.C.
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Triton Gathering, LLC
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Trunkline Field Services LLC
michaela.crocker@katten.com

James E Cuellar on behalf of Creditor RigNet, Inc.

jcuellar@wellscuellar.com

Robert Brent Cueria on behalf of Creditor Cueria Law Firm, LLC o/b/o Dillon Mitchell
cuerialaw@gmail.com

Robert Brent Cueria on behalf of Creditor Dillon Mitchell
cuerialaw@gmail.com

David L Curry, Jr on behalf of Creditor Cardinal Coil Tubing, LLC
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr on behalf of Creditor Committee Ad Hoc Committee of Statutory Lien Creditors
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr on behalf of Interested Party Cardinal Slickline, LLC
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

Peter C D'Apice on behalf of Interested Party Cox Oil & Gas, LLC
dapice@sbep-law.com

Peter C D'Apice on behalf of Interested Party Cox Oil, LLC
dapice@sbep-law.com

Brandon Taylor Darden on behalf of Creditor C-Dive, L.L.C.
bdarden@carverdarden.com, sweeney@carverdarden.com

Brandon Taylor Darden on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
bdarden@carverdarden.com, sweeney@carverdarden.com

Rachel S. Day on behalf of Creditor Poseidon Technology, LLC
rday@bradleyfirm.com, oviccellio@bradleyfirm.com

Lawrence Raymond DeMarcay on behalf of Creditor Leviathan Offshore, LLC
ldemarcay@bhbmlaw.com

Mark E. Dendinger on behalf of Creditor Ryan, LLC
mark.dendinger@bracewell.com, mary.kearney@bracewell.com

Corey Evan Dunbar on behalf of Creditor River Rental Tools, Inc.
cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Stanwood R Duval on behalf of Creditor Gulfstream Services, Inc.
stan@duvallawfirm.com

David Robert Eastlake on behalf of Creditor Oceaneering International, Inc.
David.Eastlake@gtlaw.com, jamrokg@gtlaw.com

Philip G Eisenberg on behalf of Interested Party McMoran Oil & Gas, LLC
Phil.Eisenberg@troutman.com

Eric Michael English on behalf of Creditor Quality Construction and Production, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Quality Production Management, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Talos Energy Ventures, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party Talos Production LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party Talos Resources LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party USA Compression Partners, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joseph G Epstein on behalf of Creditor Benoit Premium Threading LLC
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Steel Service Oilfield Tubular, Inc.
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Tampnet Inc.
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Samantha Espino on behalf of Creditor Amarillo National Bank
samantha.espino@uwlaw.com, rebecca.chancy@uwlaw.com

Samantha Espino on behalf of Plaintiff Amarillo National Bank

samantha.espino@uwlaw.com, rebecca.chancy@uwlaw.com

Thomas Henry Fafara on behalf of Debtor MLCJR LLC
thomas.fafara@lw.com, thomas-fafara-1858@ecf.pacerpro.com;christopher.tarrant@lw.com

Jaimie Fedell on behalf of Interested Party EP Northern Investments, LLC
jaimie.fedell@kirkland.com

Jaimie Fedell on behalf of Interested Party Flint River VPP II, LLC
jaimie.fedell@kirkland.com

Michael Fishel on behalf of Creditor Committee American Panther, LLC
mfishel@kslaw.com, michael-fishel-2874@ecf.pacerpro.com

Bradley Roland Foxman on behalf of Interested Party Natural Resources Worldwide, LLC
bfoxman@velaw.com

Jack N. Fuerst on behalf of Creditor Datasite LLC
jfuerst@sbcglobal.net, outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com

Alan H Goodman on behalf of Creditor Gulf South Services
alan.goodman@bswllp.com

Paul Joseph Goodwine on behalf of Creditor LLOG Exploration Offshore, L.L.C.
pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Aaron Benjamin Greenbaum on behalf of Creditor GOL, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor Grand Isle Shipyard, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor Mack Steel & Supply, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor REC Marine Logistics, LLC
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Tara L Grundemeier on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com

Darren M. Grzyb on behalf of Creditor Everest Reinsurance Company
dgrzyb@csglaw.com

Darren M. Grzyb on behalf of Creditor Sirius America Insurance Company
dgrzyb@csglaw.com

Darren M. Grzyb on behalf of Creditor United States Fire Insurance Company
dgrzyb@csglaw.com

William Guerrieri on behalf of Creditor Committee The Official Committee of Unsecured Creditors
william.guerrieri@whitecase.com, mco@whitecase.com

William Lee Guice, III on behalf of Creditor Guice Offshore, LLC
bguice@rushingguice.com, rswparalegal@rushingguice.com;wlgparalegal@rushingguice.com

Gavin Hodges Guillot on behalf of Creditor Offshore Oil Services, Inc.
gavin.guillot@pbgglaw.com, rhiannon.thomas@pjgglaw.com

Holly C Hamm on behalf of Creditor Cactus Wellhead LLC
hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly C Hamm on behalf of Plaintiff Cactus Wellhead LLC
hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm on behalf of Creditor Cactus Wellhead LLC
blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm on behalf of Creditor Cactus Wellhead, LLC
blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Tye Hancock on behalf of Creditor Arena Energy LLC
tye.hancock@hklaw.com, julia.warren@hklaw.com;hope.daniels@tklaw.com

Aimee Williams Hebert on behalf of Creditor Amarillo National Bank
aimee.hebert@kellyhart.com, crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com

Aimee Williams Hebert on behalf of Plaintiff Amarillo National Bank

aimee.hebert@kellyhart.com, crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com

Joseph Patrick Hebert on behalf of Creditor Dynasty Energy Services, LLC
jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joseph Patrick Hebert on behalf of Creditor Eaton Oil Tools, Inc.
jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Gary A Hemphill on behalf of Creditor SEACOR Marine, LLC
gary.hemphill@phelps.com

John F Higgins, IV on behalf of Creditor Quality Construction and Production, LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Creditor Quality Production Management, LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Kayci Hines on behalf of Interested Party United States of America
kayci.hines@usdoj.gov

Thomas A Howley on behalf of Defendant AIG US, INC.
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER B0621EMSCO000121
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant CLEARWATER INSURANCE COMPANY
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant Hudson Insurance Company
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant MILLER INSURANCE SERVICES, LLP
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant STARSTONE INSURANCE COMPANY
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant WR BERKLEY CORPORATION
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Shane Huang on behalf of Interested Party United States of America
shane.huang@usdoj.gov

Thomas J Humphrey on behalf of Debtor MLCJR LLC
thomas.humphrey@lw.com

Amelia L. Hurt on behalf of Creditor Amarillo National Bank
amelia.hurt@kellyhart.com

Amelia L. Hurt on behalf of Plaintiff Amarillo National Bank
amelia.hurt@kellyhart.com

Jack T. Jamison on behalf of Debtor Cox Operating L.L.C.
jack@jackjamisonattorney.com

Taylre Janak on behalf of Creditor Truist Insurance Holdings, Inc.
tjanak@reedsmith.com, anixon@reedsmith.com;ahinson@reedsmith.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

Stephen James Johnson on behalf of Creditor Mauricio Ferreyros
sjohnson@morrisbart.com, mliner@morrisbart.com

Emile Joseph, Jr. on behalf of Creditor Petro Pull, LLC
EmileJoseph@AllenGooch.com

T. Josh Judd on behalf of Creditor Chevron U.S.A. Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Noble Energy, Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Union Oil Company of California
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Benjamin W Kadden on behalf of Creditor All Coast, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor ES&H Production Group, L.L.C.

Benjamin W Kadden on behalf of Creditor Gulfstream Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Offshore Liftboats, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Piranha Rentals, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Premier Offshore Catering Inc
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Prime Energy Resources, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Quality Energy Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Sparrows Offshore, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Swivel Rental & Supply, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Tobias, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Total Production Supply LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Keystone Chemical LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party R&R Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Specialty Offshore Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Specialty Offshore, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff All Coast, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff E S & H Production Group, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Keystone Chemical, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Offshore Liftboats, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Piranha Rentals, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Premier Offshore Catering, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Prime Energy Resources, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Quality Energy Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff R&R Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Sparrows Offshore, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Specialty Offshore, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Swivel Rental & Supply, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Tobias, Inc.

bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Total Production Supply, LLC
bkadden@lawla.com, mnguyen@lawla.com

Brian I. Kantar on behalf of Creditor United States Fire Insurance Company
bkantar@csglaw.com

David Patrick Keating on behalf of Creditor Whitco Pump & Equipment, LLC
rick@dmsfirm.com

David Patrick Keating on behalf of Creditor Whitco Supply Co
rick@dmsfirm.com

Sara M. Keith on behalf of Creditor Shell Offshore Inc.
sara.keith@shell.com, sara.keith@shell.com;nashira.parker@shell.com

Brian A Kilmer on behalf of Creditor QuarterNorth Energy LLC and certain of its affiliates
kilmer@mkrlawfirm.com, Elizabeth.Grant@KLGates.com

James W King on behalf of Creditor Gulf Offshore Rentals, LLC
jking@offermanking.com

Jamie Kirk on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Alex Konstantynovski on behalf of Creditor Committee The Official Committee of Unsecured Creditors
alex.konstantynovski@whitecase.com, mco@whitecase.com

Charles R. Koster on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ckoster@whitecase.com, mco@whitecase.com

Arthur Raymond Kraatz on behalf of Creditor SEACOR Marine, LLC
arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Omer F Kuebel, III on behalf of Interested Party Burlington Resources Offshore, Inc.
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party ConocoPhillips Company
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party McMoran Oil & Gas, LLC
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party PXP Producing Company, LLC
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Marc Evan Kutner on behalf of Creditor Jackie Lewis
mkutner@spaglaw.com, meghan@spaglaw.com

Ward F Lafleur on behalf of Creditor Burner Fire Control, Inc.
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor EPS Logistics Company
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor Expeditors and Production Services
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor GIR Solutions, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor Kilgore Marine Services, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor VCG Energy Group, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ryan Lamb on behalf of Interested Party United States of America
ryan.lamb@usdoj.gov

Darryl T Landwehr on behalf of Creditor A & H Armature Works, Inc.
dtlandwehr@aol.com

Keith Langley on behalf of Creditor Liberty Mutual Insurance Company
klangley@l-llp.com

Fernand L Laudumiey, IV on behalf of Creditor Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
bankruptcy@chaffe.com, laudumiey@chaffe.com,messina@chaffe.com

Tara T. LeDay on behalf of Creditor BSREP II Houston Office 1HC Owner, LLC

TARA.LEDAY@CHAMBERLAINLAW.COM,
tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankrupto

Kelly H Leonard on behalf of Creditor GOM Shelf LLC
kleonard@grayreed.com

Kelly H Leonard on behalf of Plaintiff GOM Shelf, L.L.C.
kleonard@grayreed.com

Steven J. Levitt on behalf of Creditor Devon Energy Corporation
steven.levitt@hklaw.com, gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Demetra Liggins on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC ("DCP"
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins on behalf of Creditor W&T Offshore, Inc.
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Armistead Mason Long on behalf of Creditor CRESCENT GIGS, LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Crescent GIGs LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Crescent Midstream, LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Eugene Lazard
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Jeremy Fontenot
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Nicholas Miller
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Interested Party J.M. Huber Corporation
along@gamb.com, sroberts@gamb.com

Jonathan L. Lozano on behalf of Creditor Ryan, LLC
jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan L. Lozano on behalf of Plaintiff Ryan, LLC
jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Walter Patrick Maestri on behalf of Creditor NNW, Inc.
wmaestri@deutschkerrigan.com

Tristan E Manthey on behalf of Creditor Fab-Con, Inc.
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating LLC
kmaraist@albmlaw.com

Kevin M Maraist on behalf of Creditor Services Archrock Partners Operating LLC and Archrock Services, L.P.
kmaraist@albmlaw.com

Jarrod B. Martin on behalf of Creditor BSREP II Houston Office 1HC Owner, LLC
jbmartin@bradley.com, atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Jarrod B. Martin on behalf of Trustee Michael D Warner
jbmartin@bradley.com, atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Simon Richard Mayer on behalf of Creditor A-Port, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Creditor Diamond Tank Rental, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Creditor W&T Offshore, Inc.
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Interested Party ConocoPhillips Company
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Interested Party McMoran Oil & Gas, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Interested Party PXP Producing Company, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Duston K McFaul on behalf of Interested Party OSEGIK Investments LLC
txefilingnotice@sidley.com;duston-mcfaul-2509@ecf.pacerpro.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, LLC
ffm@bostonbusinesslaw.com

Zachary S McKay on behalf of Debtor MLCJR LLC
zmckay@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;dduhon@jw.com

Evans Martin McLeod on behalf of Creditor Barry Graham Oil Service, LLC
marty.mcleod@phelps.com

Michelle McMahon on behalf of Creditor Cullen and Dykman LLP
mmcmahon@cullenllp.com

Andrew David Mendez on behalf of Attorney Stone Pigman Walther Wittmann L.L.C.
amendez@stonepigman.com

Andrew David Mendez on behalf of Interested Party Natural Resources Worldwide, LLC
amendez@stonepigman.com

Michael P Menton on behalf of Creditor BRI 1850 Houston OCC, LLC
mmenton@settlepou.com

Emily Meraia on behalf of Debtor MLCJR LLC
emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia on behalf of Defendant Cox Operating, L.L.C.
emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

David J Messina on behalf of Creditor Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Layla Milligan on behalf of Interested Party Texas Comptroller of Public Accounts, Unclaimed Property Division
layla.milligan@oag.texas.gov

Mark Mintz on behalf of Debtor MLCJR LLC
mmintz@joneswalker.com, hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Mintz on behalf of Spec. Counsel JONES WALKER LLP
mmintz@joneswalker.com, hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

John E. Mitchell on behalf of Interested Party Sea Robin Pipeline Company, LLC
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Stingray Pipeline Company L.L.C.
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Triton Gathering, LLC
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Trunkline Field Services LLC
john.mitchell@katten.com

Leann Opotowsky Moses on behalf of Creditor C-Dive, L.L.C.
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

John A Mouton, III on behalf of Creditor Cardinal Coil Tubing, LLC
john@jmoutonlaw.com

John A Mouton, III on behalf of Interested Party Cardinal Slickline, LLC
john@jmoutonlaw.com

Christopher S Murphy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

George J Nalley, Jr on behalf of Creditor Committee Turnkey Offshore Project Services, LLC
cindy@gnalley.com

Cherie Dessauer Nobles on behalf of Creditor Fab-Con, Inc.
cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Kelli S. Norfleet on behalf of Interested Party BP Energy Company
kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Kelli S. Norfleet on behalf of Interested Party BP Energy Company and BP Products North America Inc.
kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

John Richard O'Keefe, Jr on behalf of Creditor Gas Turbine Applications, Inc.
jokeefe@metzlewis.com

John Thomas Oldham on behalf of Creditor Cardinal Coil Tubing, LLC
joldham@okinadams.com, sgonzales@okinadams.com;nholon@okinadams.com

John Thomas Oldham on behalf of Interested Party Cardinal Slickline, LLC
joldham@okinadams.com, sgonzales@okinadams.com;nholon@okinadams.com

James J Ormiston on behalf of Creditor CIMA ENERGY, LP
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor FW GOM Pipeline, Inc.
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor GOM Shelf LLC
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor SP 49 Pipeline LLC
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Plaintiff GOM Shelf, L.L.C.
jormiston@grayreed.com, rcuddihy@grayreed.com

Lenard M. Parkins on behalf of Creditor Island Operating Company
lparkins@parkinsrubio.com, 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

George Robert Parrott, II on behalf of Creditor Crosby Energy Services, Inc.
robert.parrott@arlaw.com, vicki.owens@arlaw.com

George Robert Parrott, II on behalf of Creditor Quality Process Services, LLC
robert.parrott@arlaw.com, vicki.owens@arlaw.com

Johnie J Patterson on behalf of Creditor Crosby Energy Services, Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson on behalf of Creditor Danos, L.L.C.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson on behalf of Creditor Westwind Helicopters, Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Stewart F Peck on behalf of Interested Party R&R Boats, Inc.
speck@lawla.com

Stewart F Peck on behalf of Plaintiff All Coast, LLC
speck@lawla.com

Stewart F Peck on behalf of Plaintiff Quality Energy Services, Inc.
speck@lawla.com

Alfredo R Perez on behalf of Creditor EP Energy E&P Company, L.L.C.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Alfredo R Perez on behalf of Interested Party QuarterNorth Energy LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Harry Allen Perrin on behalf of Interested Party Cox Investment Partners, LP
hperrin@velaw.com

Harry Allen Perrin on behalf of Interested Party Natural Resources Worldwide, LLC
hperrin@velaw.com

Harry Allen Perrin on behalf of Interested Party Bradley E. Cox
hperrin@velaw.com

Steven Brian Perry on behalf of Creditor W-Industries of Louisiana, LLC
brianperry@allengooch.com, pattistephens@allengooch.com

Gregory F Pesce on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gregory.pesce@whitecase.com, mco@whitecase.com

Gregory F Pesce on behalf of Financial Advisor Huron Consulting Services LLC
gregory.pesce@whitecase.com, mco@whitecase.com

Louis M Phillips on behalf of Creditor Amarillo National Bank
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Louis M Phillips on behalf of Plaintiff Amarillo National Bank

louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Mike F Pipkin on behalf of Creditor United States Fire Insurance Company
mpipkin@weinrad.com, scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com

Aaron J Power on behalf of Interested Party Exxon Mobil Corporation
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Interested Party Exxon Mobile Corporation
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Interested Party XTO Offshore, Inc.
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Katherine A Preston on behalf of Creditor WELLS FARGO BANK NA
kpreston@winston.com, rsmith@winston.com;katy-preston-2248@ecf.pacerpro.com;KLowery@winston.com;ECF_Houston@winston.com;ecf_sf@winston.com

Maegan Quejada on behalf of Interested Party OSEGIK Investments LLC
mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Ryan J Richmond on behalf of Creditor Delta Energy Management and Consulting, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Creditor Drake ChemCo, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Creditor Petro-Marine Underwriters, Inc.
ryan@snw.law, ryan@rjrichmondlaw.com

Michael Kevin Riordan on behalf of Interested Party Blackcomb Energy, LLC
mriordan@bradley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Edward L Ripley on behalf of Creditor Chevron Pipe Line Company
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Chevron U.S.A. Inc.
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Noble Energy, Inc.
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Union Oil Company of California
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Unocal Pipeline Company
eripley@andrewsmyers.com, sray@andrewsmyers.com

William S. Robbins on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Creditor Partco LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Interested Party Partco LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Trustee Michael D Warner
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Lacey E. Rochester on behalf of Creditor Pressure & Flow Control Solutions LLC (PetroQuip)
lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Erin Rosenberg on behalf of Creditor Committee The Official Committee of Unsecured Creditors
erin.rosenberg@whitecase.com, mco@whitecase.com

Misha E. Ross on behalf of Debtor MLCJR LLC
misha.ross@lw.com

Michael D Rubenstein on behalf of Creditor Alliance Offshore, L.L.C.
mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Rubenstein on behalf of Creditor Helix Well Ops, Inc.
mdrubenstein@liskow.com, lschnabel@Liskow.com

David Samuel Rubin on behalf of Creditor Laborde Marine Management, LLC
David.Rubin@butlersnow.com

David Samuel Rubin on behalf of Plaintiff Laborde Marine Mangement, LLC
David.Rubin@butlersnow.com

Charles Michael Rubio on behalf of Creditor Island Operating Company

crubio@parkinsrubio.com, 7485062420@filings.docketbird.com;mcooper@parkinsrubio.com;jcook@parkinsrubio.com;gjackson@parkinsrubion.com

Charles Michael Rubio on behalf of Defendant Island Operating Company
crubio@parkinsrubio.com, 7485062420@filings.docketbird.com;mcooper@parkinsrubio.com;jcook@parkinsrubio.com;gjackson@parkinsrubion.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Robin Russell on behalf of Creditor Apache Shelf Exploration, LLC
rrussell@HuntonAK.com

Robin Russell on behalf of Interested Party Apache Corporation
rrussell@HuntonAK.com

Craig A Ryan on behalf of Creditor Prime Energy Resources, LLC
ryanc@onebane.com, coped@onebane.com

Thomas C Scannell, Jr on behalf of Creditor Axip Energy Services, LP
tscannell@foley.com, thomas-scannell-3441@ecf.pacerpro.com

Brian E Schartz on behalf of Creditor W&T Energy VI, LLC
brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian E Schartz on behalf of Creditor W&T Offshore, Inc.
brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Misty A Segura on behalf of Creditor H.I.S. Fire & Safety Equipment, LLC
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Ryan Seidemann on behalf of Creditor State of Louisiana, Department of Natural Resources
rseidemann@thewaterinstitute.org, lentoc@ag.state.la.us

Armen Shahinian on behalf of Creditor United States Fire Insurance Company
ashahinian@csglaw.com

Christine Shang on behalf of Creditor W&T Energy VI, LLC
christine.shang@kirkland.com

Christine Shang on behalf of Creditor W&T Offshore, Inc.
christine.shang@kirkland.com

Patrick M. Shelby on behalf of Creditor Adapt Concepts, L.L.C.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Creditor Linear Controls, Inc.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Creditor SEACOR Marine, LLC
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Creditor Vision Production Chemicals, L.L.C.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Joshua Lee Shepherd on behalf of Creditor Frost Bank
shepherd@imeplaw.com, dcruz@qslwm.com

Branch Masterson Sheppard on behalf of Creditor Prime Energy Resources, LLC
bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard on behalf of Interested Party Prime Energy Resources, LLC
bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Cassandra Shoemaker on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC ("DCP"
cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com

Keith A Simon on behalf of Debtor MLCJR LLC
keith.simon@lw.com

Barnet B Skelton, Jr on behalf of Creditor Houston Energy, LP
barnetbjr@msn.com

Nicholas Smeltz on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
nsmeltz@stewartrobbins.com

Nicholas Smeltz on behalf of Trustee Michael D Warner
nsmeltz@stewartrobbins.com

Connor Smith on behalf of Creditor Axis Newco, LLC
csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith on behalf of Creditor Halliburton Energy Services, Inc.

csmith@dorelaw.com, chymel@dorelaw.com

Frances Anne Smith on behalf of Creditor Shell Offshore Inc.
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith on behalf of Creditor Shell Trading (US) Company
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Steven W Soule on behalf of Creditor Targa LA Operating LLC
ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule on behalf of Creditor Venice Energy Services Company, L.L.C.
ssoule@hallestill.com, smccormick@hallestill.com

Suzanne Elizabeth Span on behalf of Creditor W&T Energy VI, LLC
sspan@gibsondunn.com

Suzanne Elizabeth Span on behalf of Creditor W&T Offshore, Inc.
sspan@gibsondunn.com

John James Sparacino on behalf of Interested Party Deacon Investments LLC
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

William E. Steffes on behalf of Creditor Precision Crane & Hydraulics, LLC
bsteffes@steffeslaw.com, akujawa@steffeslaw.com;cbiggs@steffeslaw.com

Charles L Stern, Jr on behalf of Creditor Lakeway Associates II LLC
cstern@steeglaw.com

Charles L Stern, Jr on behalf of Creditor Lakeway Associates LLC
cstern@steeglaw.com

John Alan Stewart on behalf of Creditor Guice Offshore, LLC
johnstewart1724@hotmail.com

John Alan Stewart on behalf of Debtor Cox Operating, L.L.C.
johnstewart1724@hotmail.com

Paul Douglas Stewart, Jr on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Creditor Partco LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Interested Party Partco LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Plaintiff MICHAEL D. WARNER
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Trustee Michael D Warner
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Mark Stromberg on behalf of Attorney Vincent John DeVito, Jr.
mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com

Victoria V Theriot on behalf of Creditor Broussard Brothers, Inc.
ttheriot@acadiancontractors.com

Victoria V Theriot on behalf of Creditor Home Industry Disposal Company, Inc.
ttheriot@acadiancontractors.com

Schlea Thomas on behalf of Creditor Genesis Energy, L.P.
schleathomas@paulhastings.com,
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com;carolinediaz@paulhastings.com;conns.ph@paulhastings.com

Timothy Thriffiley on behalf of Creditor A-Port, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Logic Control Systems, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Pelstar Mechanical Services, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor River Rental Tools, Inc.
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Seatrax Services, Inc.
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Shallow Draft Elevating Boats, Inc.
tthriffiley@pivachlaw.com

James Wesley Thurman on behalf of Creditor All Coast, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor ES&H Production Group, L.L.C.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Gulfstream Services, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Offshore Liftboats, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Piranha Rentals, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Premier Offshore Catering Inc
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Prime Energy Resources, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Quality Energy Services, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Sparrows Offshore, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Swivel Rental & Supply, L.L.C.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Tobias, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Total Production Supply LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party Keystone Chemical LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party R&R Boats, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party Specialty Offshore, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Plaintiff Quality Energy Services, Inc.
jthurman@lawla.com, ijohnson@lawla.com

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor CROSBY INDEPENDENT SCHOOL DISTRICT
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael D Warner on behalf of Trustee Chapter 7 Trustee
mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael D Warner on behalf of Trustee Michael D Warner
mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael J. Weber on behalf of Creditor Hanover Insurance Company
michael.weber@dinsmore.com, deborah.dunn@dinsmore.com;chicagobankruptcyemail@dinsmore.com

Randall Scott Wells on behalf of Creditor Guice Offshore, LLC
swells@rushingguice.com

Scott C Williams on behalf of Creditor Argonaut Insurance Company
swilliams@manierherod.com

Elizabeth Hildenbrand Wirmani on behalf of Creditor Shell Offshore Inc.
elizabeth.wirmani@rsbfirm.com, michael.coulombe@rsbfirm.com

Elizabeth Hildenbrand Wirmani on behalf of Creditor Shell Trading (US) Company
elizabeth.wirmani@rsbfirm.com, michael.coulombe@rsbfirm.com

William Alfred Wood, III on behalf of Interested Party Eni Petroleum US LLC
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

Matthew G Wylie on behalf of Creditor RCP Inc
mwylie@wylie-law.com

Sara Zeimer on behalf of Other Prof. Keller & Heckman, LLP
sara.zeimer@bipc.com, eservice@bipc.com;alison.sharp@bipc.com

Scott A Zuber on behalf of Creditor United States Fire Insurance Company
szuber@csglaw.com

**23-90324 Notice will not be electronically mailed to:**

Philip Abelson on behalf of Creditor Committee The Official Committee of Unsecured Creditors
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Matthew S. Barr on behalf of Creditor EP Energy E&P Company, L.L.C.
Weil Goshal et al
767 Fifth Avenue
New York, NY 10153

Chamberlain Hrdlicka White Williams & Aughtry, P.C.
1200 Smith Street
Suite 1400
Attn: Bankruptcy Department
Houston, TX 77002

Clint Cowan on behalf of Interested Party EP Northern Investments, LLC
Kirkland and Ellis LLP
4550 Travis St.
Dallas, TX 75205

Clint Cowan on behalf of Interested Party Flint River VPP II, LLC
Kirkland and Ellis LLP
4550 Travis St.
Dallas, TX 75205

Dechert LLP
,

FDF Energy Service LLP
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane
Suite 120
Houston, TX 77024

Fishman Haygood, L.L.P.
,

Lindsey Marie Johnson on behalf of Creditor LLOG Exploration Offshore, L.L.C.
Looper Goodwine PC
650 Poydras St
Ste 2400
New Orleans, LA 70130
ljohnson@loopergoodwine.com, pgoodwine@loopergoodwine.com

Kenneth Franzheim II Managment Trust
,

Benjamin Ford Kitchen, IV
1510 West 9th St
Austin, TX 78703

Kroll Restructuring Administration LLC
(f/k/a Prime Clerk LLC)
55 East 52nd Street
17th Floor
New York, NY 10055

LLOX, LLC
Attn David Seay, Land Manager
1001 Ochsner Blvd, Ste A
Covington, LA 70433

Justin G. Lipe on behalf of Creditor GOM Shelf LLC
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Justin G. Lipe on behalf of Plaintiff GOM Shelf, L.L.C.
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Elizabeth Marks on behalf of Debtor MLCJR LLC
Latham and Watkins LLP
200 Clarendon St
Boston, MA 02116

Kay McArdle
,

Offshore Technical Compliance LLC
72030 Live Oak St
Covington, LA 70433

Sam H Poteet on behalf of Creditor Westchester Fire Insurance Company
Manier & Herod PC
1201 Demonbreun St
Suite 900
Nashville, TN 37203

Right Hand Oilfield Associates, LLC
9264 Hwy 1
Lockport, LA 70374

Barry J Sallinger on behalf of Creditor Whitco Supply Co
Barry Sallinger, APLC
820 East St. Mary Blvd
Suite 1
Lafayette, LA 70503

Anup Sathy on behalf of Interested Party Flint River VPP II, LLC
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Blaine Scott on behalf of Interested Party Alvarez & Marsal North America, LLC
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W. Washinton, DC
Washington, DC 20006

Camille M Shepherd on behalf of Creditor Committee The Official Committee of Unsecured Creditors
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Amanda Rose Stanzione on behalf of Debtor MLCJR LLC
Latham and Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

Evan Swager on behalf of Creditor W&T Offshore, Inc.
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022

TPS-West, LLC
10260 Westheimer Rd
Suite 210
Houston, TX 77042

Robert S. Velevis on behalf of Interested Party OSEGIK Investments LLC
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 74201

Michael D Warner
,

**File a Notice:**

23-90324 MLCJR LLC and Ad Hoc Committee of Statutory Lien Creditors Converted 02/28/2024

Type: bk                           Chapter: 7 v                        Office: 4 (Houston)
Assets: y                          Judge: cml
Case Flag: DUPFILER, COMPLX, PlnDue, DsclsDue, LEAD, COMPLX

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from A Brooke Watford Altazan entered on 4/11/2025 at 9:35 AM CDT and filed on 4/11/2025
**Case Name:**        MLCJR LLC and Ad Hoc Committee of Statutory Lien Creditors
**Case Number:**      23-90324
**Document Number:** 2421

**Docket Text:**
Notice of Abandonment of Documents Filed by Michael D Warner (Altazan, A Brooke)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Abandonment of Physical Records.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/11/2025] [FileNumber=51913396-0
] [60c64cc9ed6ae757a5cf9392e5e890d3fdb146fab4a8d9b50c3ca983e34d61df1e9
0e6feccd051c48bec0b6d837eb855a01e954e12a6ce87c0884a5f1c31c690]]

**23-90324 Notice will be electronically mailed to:**

Christopher Adams on behalf of Creditor Cardinal Coil Tubing, LLC
cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Christopher Adams on behalf of Interested Party Cardinal Slickline, LLC
cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Ricardo A Aguilar on behalf of Creditor Danos, L.L.C.
richard.aguilar@arlaw.com, annie.parish@arlaw.com

H Kent Aguillard on behalf of Creditor Cardinal Coil Tubing, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Chalmers, Collins, Alwell, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor DLS, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor M&H Enterprises, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Offshore Air & Refrigeration, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Petroleum Coordinators Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Total Production Supply LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Westwind Helicopters, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Interested Party Cardinal Slickline, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

A Brooke Watford Altazan on behalf of Trustee Michael D Warner
baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Yelena Archiyan on behalf of Interested Party Sea Robin Pipeline Company, LLC
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Stingray Pipeline Company L.L.C.
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Triton Gathering, LLC
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Trunkline Field Services LLC

yelena.archiyan@katten.com

Edward H Arnold, III on behalf of Creditor Gulf Coast Marine Fabricators, Inc.
harnold@bakerdonelson.com

Erin Kathleen Arnold on behalf of Creditor Amarillo National Bank
erin.arnold@kellyhart.com

Erin Kathleen Arnold on behalf of Plaintiff Amarillo National Bank
erin.arnold@kellyhart.com

John E.W. Baay, II on behalf of Interested Party Fairfield Industries Incorporated
Jbaay@LabordeSiegel.com

John E.W. Baay, II on behalf of Interested Party Westerngeco LLC
Jbaay@LabordeSiegel.com

James B. Bailey on behalf of Creditor Cactus Wellhead LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor Cactus Wellhead, LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor Premium Oilfield Services LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor c/o James Bailey,Esq TGS-NOPEC Geophysical Company
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Brandon Kevin Bains on behalf of Creditor Hanover Insurance Company
brandon@bainslaw.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker on behalf of Creditor National Oilwell Varco, L.P.
brian.baker@stacybakerlaw.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

James Paul Barnett, Jr on behalf of Creditor General Crude Oil Company
jimbarnett@jpb-law.com, lposey@jpb-law.com;scanner@jpb-law.com

Brent B Barriere on behalf of Plaintiff MICHAEL D. WARNER
bbarriere@fishmanhaygood.com, akelley@fishmanhaygood.com;kfritscher@fishmanhaygood.com

Steven Michael Beauchamp on behalf of Creditor Philadelphia Indemnity Insurance Company
sbeauchamp@drylaw.com, filings@drylaw.com;1371728420@filings.docketbird.com

David M Bennett on behalf of Creditor Devon Energy Corporation
david.bennett@hklaw.com, gracie.gonzales@tklaw.com;hope.daniels@hklaw.com;hapi@hklaw.com

Jason B. Binford on behalf of Creditor Shell Offshore Inc.
jbinford@krcl.com

Jason B. Binford on behalf of Creditor Shell Trading (US) Company
jbinford@krcl.com

David S Bland on behalf of Creditor Accu-Line Wireline
david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland on behalf of Creditor Aldonza, Inc. d/b/a Oilfield Instrumentation USA
david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland on behalf of Creditor Enterprise Offshore Drilling
david.bland@chaffe.com, mwynne@blandpartners.com

Joseph P Briggett on behalf of Interested Party Keystone Chemical LLC
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett on behalf of Interested Party R&R Boats, Inc.
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett on behalf of Interested Party Specialty Offshore, Inc.
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Marty L Brimmage on behalf of Interested Party Alvarez & Marsal North America, LLC
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Jason S Brookner on behalf of Creditor FW GOM Pipeline, Inc.
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Creditor GOM Shelf LLC

jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff GOM Shelf, L.L.C.
jbrookner@grayreed.com, lwebb@grayreed.com

Brandon Augustus Brown on behalf of Trustee Chapter 7 Trustee
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown on behalf of Trustee Michael D Warner
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Christina Marie Brown on behalf of Creditor W&T Energy VI, LLC
christina.brown@gibsondunn.com

Christina Marie Brown on behalf of Creditor W&T Offshore, Inc.
christina.brown@gibsondunn.com

Jase A. Brown on behalf of Creditor Everest Reinsurance Company
jbrown@baronsamson.com

Jase A. Brown on behalf of Creditor Sirius America Insurance Company
jbrown@baronsamson.com

Nick M. Brown on behalf of Creditor W&T Energy VI, LLC
nick.brown@kirkland.com

Nick M. Brown on behalf of Creditor W&T Offshore, Inc.
nick.brown@kirkland.com

Joseph A. Caneco on behalf of Creditor Fab-Con, Inc.
jcaneco@fishmanhaygood.com

Christopher Todd Caplinger on behalf of Interested Party R&R Boats, Inc.
ccaplinger@lawla.com

Christopher Todd Caplinger on behalf of Plaintiff Quality Energy Services, Inc.
ccaplinger@lawla.com

Clifford William Carlson on behalf of Creditor EP Energy E&P Company, L.L.C.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Thomas P Carroll on behalf of Interested Party United States of America
thomas.carroll@usdoj.gov

Amber Michelle Carson on behalf of Creditor GOM Shelf LLC
acarson@grayreed.com

Amber Michelle Carson on behalf of Plaintiff GOM Shelf, L.L.C.
acarson@grayreed.com

Matthew D Cavenaugh on behalf of Debtor Cox Oil Offshore, L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Cox Operating L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor EPL Oil & Gas, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Energy XXI GOM, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Energy XXI Gulf Coast, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor M21K, LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor MLCJR LLC
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Defendant Cox Operating, L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;steso@jw.com;dtrevino@jw.com;jpupo@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Oil Offshore, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Operating L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Operating, L.L.C.

rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor EPL Oil & Gas, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Energy XXI GOM, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Energy XXI Gulf Coast, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor M21K, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor MLCJR LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Oil Offshore, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant EPL Oil & Gas, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Energy XXI GOM, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Energy XXI Gulf Coast, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Mark J. Chaney, III on behalf of Creditor Danos, L.L.C.
mark.chaney@arlaw.com, annie.parish@arlaw.com

Mark J. Chaney, III on behalf of Creditor Westwind Helicopters, Inc.
mark.chaney@arlaw.com, annie.parish@arlaw.com

Robin B Cheatham on behalf of Creditor Seneca Resources Company, LLC
robin.cheatham@arlaw.com, Mary.cuenca@arlaw.com

Scott R. Cheatham on behalf of Creditor Crosby Energy Services, Inc.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Danos, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Diverse Safety and Scaffolding, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor EcoServe, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Quality Process Services, LLC
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Seneca Resources Company, LLC
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Thru Tubing Systems, Inc.
scott.cheatham@arlaw.com

Katherine Elizabeth Clark on behalf of Creditor Crescent GIGs LLC
kclark@lawla.com

Katherine Elizabeth Clark on behalf of Creditor Crescent Midstream, LLC
kclark@lawla.com

Edward Allison Clarkson, III on behalf of Creditor Cardinal Coil Tubing, LLC
eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Edward Allison Clarkson, III on behalf of Interested Party Cardinal Slickline, LLC
eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM Central LLC

jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM East LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM Non-Op LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM West LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Joseph M Coleman on behalf of Interested Party Jackson Walker LLP
jcoleman@krcl.com, jcoleman@krcl.com;jcoleman@ecf.courtdrive.com

Michael Edward Collins on behalf of Creditor Argonaut Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Berkley Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Nationwide Mutual Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Travelers Casualty & Surety Company of America
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Westchester Fire Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Timothy Russell Cook on behalf of Creditor Premium Oilfield Services LLC
tcook@csj-law.com

Sydney Corry on behalf of Creditor W&T Energy VI, LLC
sydney.corry@kirkland.com

Sydney Corry on behalf of Creditor W&T Offshore, Inc.
sydney.corry@kirkland.com

Gregg Jeffrey Costa on behalf of Creditor W&T Energy VI, LLC
gcosta@gibsondunn.com

Gregg Jeffrey Costa on behalf of Creditor W&T Offshore, Inc.
gcosta@gibsondunn.com

Roger Stephen Cox on behalf of Creditor Amarillo National Bank
roger.cox@uwlaw.com, mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Roger Stephen Cox on behalf of Plaintiff Amarillo National Bank
roger.cox@uwlaw.com, mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Laura Crabtree on behalf of Creditor Axis Newco, LLC
lcrabtree@dorelaw.com, chymel@dorelaw.com

Michaela Christine Crocker on behalf of Interested Party Energy Transfer
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Sea Robin Pipeline Company, LLC
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Stingray Pipeline Company L.L.C.
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Triton Gathering, LLC
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Trunkline Field Services LLC
michaela.crocker@katten.com

James E Cuellar on behalf of Creditor RigNet, Inc.
jcuellar@wellscuellar.com

Robert Brent Cueria on behalf of Creditor Cueria Law Firm, LLC o/b/o Dillon Mitchell
cuerialaw@gmail.com

Robert Brent Cueria on behalf of Creditor Dillon Mitchell
cuerialaw@gmail.com

David L Curry, Jr on behalf of Creditor Cardinal Coil Tubing, LLC
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr on behalf of Creditor Committee Ad Hoc Committee of Statutory Lien Creditors

dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr on behalf of Interested Party Cardinal Slickline, LLC
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

Peter C D'Apice on behalf of Interested Party Cox Oil & Gas, LLC
dapice@sbep-law.com

Peter C D'Apice on behalf of Interested Party Cox Oil, LLC
dapice@sbep-law.com

Brandon Taylor Darden on behalf of Creditor C-Dive, L.L.C.
bdarden@carverdarden.com, sweeney@carverdarden.com

Brandon Taylor Darden on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
bdarden@carverdarden.com, sweeney@carverdarden.com

Rachel S. Day on behalf of Creditor Poseidon Technology, LLC
rday@bradleyfirm.com, oviccellio@bradleyfirm.com

Lawrence Raymond DeMarcay on behalf of Creditor Leviathan Offshore, LLC
ldemarcay@bhbmlaw.com

Mark E. Dendinger on behalf of Creditor Ryan, LLC
mark.dendinger@bracewell.com, mary.kearney@bracewell.com

Corey Evan Dunbar on behalf of Creditor River Rental Tools, Inc.
cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Stanwood R Duval on behalf of Creditor Gulfstream Services, Inc.
stan@duvallawfirm.com

David Robert Eastlake on behalf of Creditor Oceaneering International, Inc.
David.Eastlake@gtlaw.com, jamrokg@gtlaw.com

Philip G Eisenberg on behalf of Interested Party McMoran Oil & Gas, LLC
Phil.Eisenberg@troutman.com

Eric Michael English on behalf of Creditor Quality Construction and Production, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Quality Production Management, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Talos Energy Ventures, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party Talos Production LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party Talos Resources LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party USA Compression Partners, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joseph G Epstein on behalf of Creditor Benoit Premium Threading LLC
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Steel Service Oilfield Tubular, Inc.
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Tampnet Inc.
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Samantha Espino on behalf of Creditor Amarillo National Bank
samantha.espino@uwlaw.com, rebecca.chancy@uwlaw.com

Samantha Espino on behalf of Plaintiff Amarillo National Bank
samantha.espino@uwlaw.com, rebecca.chancy@uwlaw.com

Thomas Henry Fafara on behalf of Debtor MLCJR LLC
thomas.fafara@lw.com, thomas-fafara-1858@ecf.pacerpro.com;christopher.tarrant@lw.com

Jaimie Fedell on behalf of Interested Party EP Northern Investments, LLC
jaimie.fedell@kirkland.com

Jaimie Fedell on behalf of Interested Party Flint River VPP II, LLC
jaimie.fedell@kirkland.com

Michael Fishel on behalf of Creditor Committee American Panther, LLC

mfishel@kslaw.com, michael-fishel-2874@ecf.pacerpro.com

Bradley Roland Foxman on behalf of Interested Party Natural Resources Worldwide, LLC
bfoxman@velaw.com

Jack N. Fuerst on behalf of Creditor Datasite LLC
jfuerst@sbcglobal.net, outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com

Alan H Goodman on behalf of Creditor Gulf South Services
alan.goodman@bswllp.com

Paul Joseph Goodwine on behalf of Creditor LLOG Exploration Offshore, L.L.C.
pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Aaron Benjamin Greenbaum on behalf of Creditor GOL, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor Grand Isle Shipyard, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor Mack Steel & Supply, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor REC Marine Logistics, LLC
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Tara L Grundemeier on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com

Darren M. Grzyb on behalf of Creditor Everest Reinsurance Company
dgrzyb@csglaw.com

Darren M. Grzyb on behalf of Creditor Sirius America Insurance Company
dgrzyb@csglaw.com

Darren M. Grzyb on behalf of Creditor United States Fire Insurance Company
dgrzyb@csglaw.com

William Guerrieri on behalf of Creditor Committee The Official Committee of Unsecured Creditors
william.guerrieri@whitecase.com, mco@whitecase.com

William Lee Guice, III on behalf of Creditor Guice Offshore, LLC
bguice@rushingguice.com, rswparalegal@rushingguice.com;wlgparalegal@rushingguice.com

Gavin Hodges Guillot on behalf of Creditor Offshore Oil Services, Inc.
gavin.guillot@pbgglaw.com, rhiannon.thomas@pjgglaw.com

Holly C Hamm on behalf of Creditor Cactus Wellhead LLC
hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly C Hamm on behalf of Plaintiff Cactus Wellhead LLC
hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm on behalf of Creditor Cactus Wellhead LLC
blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm on behalf of Creditor Cactus Wellhead, LLC
blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Tye Hancock on behalf of Creditor Arena Energy LLC
tye.hancock@hklaw.com, julia.warren@hklaw.com;hope.daniels@tklaw.com

Aimee Williams Hebert on behalf of Creditor Amarillo National Bank
aimee.hebert@kellyhart.com, crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com

Aimee Williams Hebert on behalf of Plaintiff Amarillo National Bank
aimee.hebert@kellyhart.com, crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com

Joseph Patrick Hebert on behalf of Creditor Dynasty Energy Services, LLC
jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joseph Patrick Hebert on behalf of Creditor Eaton Oil Tools, Inc.
jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Gary A Hemphill on behalf of Creditor SEACOR Marine, LLC
gary.hemphill@phelps.com

John F Higgins, IV on behalf of Creditor Quality Construction and Production, LLC

jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Creditor Quality Production Management, LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Kayci Hines on behalf of Interested Party United States of America
kayci.hines@usdoj.gov

Thomas A Howley on behalf of Defendant AIG US, INC.
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER B0621EMSCO000121
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant CLEARWATER INSURANCE COMPANY
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant Hudson Insurance Company
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant MILLER INSURANCE SERVICES, LLP
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant STARSTONE INSURANCE COMPANY
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant WR BERKLEY CORPORATION
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Shane Huang on behalf of Interested Party United States of America
shane.huang@usdoj.gov

Thomas J Humphrey on behalf of Debtor MLCJR LLC
thomas.humphrey@lw.com

Amelia L. Hurt on behalf of Creditor Amarillo National Bank
amelia.hurt@kellyhart.com

Amelia L. Hurt on behalf of Plaintiff Amarillo National Bank
amelia.hurt@kellyhart.com

Jack T. Jamison on behalf of Debtor Cox Operating L.L.C.
jack@jackjamisonattorney.com

Taylre Janak on behalf of Creditor Truist Insurance Holdings, Inc.
tjanak@reedsmith.com, anixon@reedsmith.com;ahinson@reedsmith.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

Stephen James Johnson on behalf of Creditor Mauricio Ferreyros
sjohnson@morrisbart.com, mliner@morrisbart.com

Emile Joseph, Jr. on behalf of Creditor Petro Pull, LLC
EmileJoseph@AllenGooch.com

T. Josh Judd on behalf of Creditor Chevron U.S.A. Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Noble Energy, Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Union Oil Company of California
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Benjamin W Kadden on behalf of Creditor All Coast, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor ES&H Production Group, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Gulfstream Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Offshore Liftboats, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Piranha Rentals, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Premier Offshore Catering Inc

bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Prime Energy Resources, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Quality Energy Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Sparrows Offshore, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Swivel Rental & Supply, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Tobias, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Total Production Supply LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Keystone Chemical LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party R&R Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Specialty Offshore Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Specialty Offshore, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff All Coast, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff E S & H Production Group, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Keystone Chemical, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Offshore Liftboats, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Piranha Rentals, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Premier Offshore Catering, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Prime Energy Resources, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Quality Energy Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff R&R Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Sparrows Offshore, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Specialty Offshore, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Swivel Rental & Supply, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Tobias, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Total Production Supply, LLC
bkadden@lawla.com, mnguyen@lawla.com

Brian I. Kantar on behalf of Creditor United States Fire Insurance Company
bkantar@csglaw.com

David Patrick Keating on behalf of Creditor Whitco Pump & Equipment, LLC
rick@dmsfirm.com

David Patrick Keating on behalf of Creditor Whitco Supply Co

rick@dmsfirm.com

Sara M. Keith on behalf of Creditor Shell Offshore Inc.
sara.keith@shell.com, sara.keith@shell.com;nashira.parker@shell.com

Brian A Kilmer on behalf of Creditor QuarterNorth Energy LLC and certain of its affiliates
kilmer@mkrlawfirm.com, Elizabeth.Grant@KLGates.com

James W King on behalf of Creditor Gulf Offshore Rentals, LLC
jking@offermanking.com

Jamie Kirk on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Alex Konstantynovski on behalf of Creditor Committee The Official Committee of Unsecured Creditors
alex.konstantynovski@whitecase.com, mco@whitecase.com

Charles R. Koster on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ckoster@whitecase.com, mco@whitecase.com

Arthur Raymond Kraatz on behalf of Creditor SEACOR Marine, LLC
arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Omer F Kuebel, III on behalf of Interested Party Burlington Resources Offshore, Inc.
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party ConocoPhillips Company
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party McMoran Oil & Gas, LLC
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party PXP Producing Company, LLC
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Marc Evan Kutner on behalf of Creditor Jackie Lewis
mkutner@spaglaw.com, meghan@spaglaw.com

Ward F Lafleur on behalf of Creditor Burner Fire Control, Inc.
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor EPS Logistics Company
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor Expeditors and Production Services
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor GIR Solutions, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor Kilgore Marine Services, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor VCG Energy Group, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ryan Lamb on behalf of Interested Party United States of America
ryan.lamb@usdoj.gov

Darryl T Landwehr on behalf of Creditor A & H Armature Works, Inc.
dtlandwehr@aol.com

Keith Langley on behalf of Creditor Liberty Mutual Insurance Company
klangley@l-llp.com

Fernand L Laudumiey, IV on behalf of Creditor Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
bankruptcy@chaffe.com, laudumiey@chaffe.com;messina@chaffe.com

Tara T. LeDay on behalf of Creditor BSREP II Houston Office 1HC Owner, LLC
TARA.LEDAY@CHAMBERLAINLAW.COM,
tara.leday@mvbalaw.com;lara.coleman@chamberlainlaw.com;vcovington@mvbalaw.com;aging@mvbalaw.com;pbowers@mvbalaw.com;lgordon@mvbalaw.com;bankrupto

Kelly H Leonard on behalf of Creditor GOM Shelf LLC
kleonard@grayreed.com

Kelly H Leonard on behalf of Plaintiff GOM Shelf, L.L.C.
kleonard@grayreed.com

Steven J. Levitt on behalf of Creditor Devon Energy Corporation
steven.levitt@hklaw.com, gracie.gonzales@tklaw.com;hope.daniels@tklaw.com;hapi@hklaw.com

Demetra Liggins on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC ("DCP"
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins on behalf of Creditor W&T Offshore, Inc.
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Armistead Mason Long on behalf of Creditor CRESCENT GIGS, LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Crescent GIGs LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Crescent Midstream, LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Eugene Lazard
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Jeremy Fontenot
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Nicholas Miller
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Interested Party J.M. Huber Corporation
along@gamb.com, sroberts@gamb.com

Jonathan L. Lozano on behalf of Creditor Ryan, LLC
jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan L. Lozano on behalf of Plaintiff Ryan, LLC
jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Walter Patrick Maestri on behalf of Creditor NNW, Inc.
wmaestri@deutschkerrigan.com

Tristan E Manthey on behalf of Creditor Fab-Con, Inc.
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating LLC
kmaraist@albmlaw.com

Kevin M Maraist on behalf of Creditor Services Archrock Partners Operating LLC and Archrock Services, L.P.
kmaraist@albmlaw.com

Jarrod B. Martin on behalf of Creditor BSREP II Houston Office 1HC Owner, LLC
jbmartin@bradley.com, atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Jarrod B. Martin on behalf of Trustee Michael D Warner
jbmartin@bradley.com, atty_jmartin@bluestylus.com;vherrera@bradley.com;rabdelghani@bradley.com

Simon Richard Mayer on behalf of Creditor A-Port, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Creditor Diamond Tank Rental, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Creditor W&T Offshore, Inc.
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Interested Party ConocoPhillips Company
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Interested Party McMoran Oil & Gas, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Simon Richard Mayer on behalf of Interested Party PXP Producing Company, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com

Duston K McFaul on behalf of Interested Party OSEGIK Investments LLC
txefilingnotice@sidley.com;duston-mcfaul-2509@ecf.pacerpro.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, LLC
ffm@bostonbusinesslaw.com

Zachary S McKay on behalf of Debtor MLCJR LLC
zmckay@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;dduhon@jw.com

Evans Martin McLeod on behalf of Creditor Barry Graham Oil Service, LLC
marty.mcleod@phelps.com

Michelle McMahon on behalf of Creditor Cullen and Dykman LLP
mmcmahon@cullenllp.com

Andrew David Mendez on behalf of Attorney Stone Pigman Walther Wittmann L.L.C.
amendez@stonepigman.com

Andrew David Mendez on behalf of Interested Party Natural Resources Worldwide, LLC
amendez@stonepigman.com

Michael P Menton on behalf of Creditor BRI 1850 Houston OCC, LLC
mmenton@settlepou.com

Emily Meraia on behalf of Debtor MLCJR LLC
emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia on behalf of Defendant Cox Operating, L.L.C.
emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

David J Messina on behalf of Creditor Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Layla Milligan on behalf of Interested Party Texas Comptroller of Public Accounts, Unclaimed Property Division
layla.milligan@oag.texas.gov

Mark Mintz on behalf of Debtor MLCJR LLC
mmintz@joneswalker.com, hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Mintz on behalf of Spec. Counsel JONES WALKER LLP
mmintz@joneswalker.com, hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

John E. Mitchell on behalf of Interested Party Sea Robin Pipeline Company, LLC
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Stingray Pipeline Company L.L.C.
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Triton Gathering, LLC
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Trunkline Field Services LLC
john.mitchell@katten.com

Leann Opotowsky Moses on behalf of Creditor C-Dive, L.L.C.
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

Leann Opotowsky Moses on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com

John A Mouton, III on behalf of Creditor Cardinal Coil Tubing, LLC
john@jmoutonlaw.com

John A Mouton, III on behalf of Interested Party Cardinal Slickline, LLC
john@jmoutonlaw.com

Christopher S Murphy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

George J Nalley, Jr on behalf of Creditor Committee Turnkey Offshore Project Services, LLC
cindy@gnalley.com

Cherie Dessauer Nobles on behalf of Creditor Fab-Con, Inc.
cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Kelli S. Norfleet on behalf of Interested Party BP Energy Company
kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

Kelli S. Norfleet on behalf of Interested Party BP Energy Company and BP Products North America Inc.
kelli.norfleet@haynesboone.com, kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com

John Richard O'Keefe, Jr on behalf of Creditor Gas Turbine Applications, Inc.
jokeefe@metzlewis.com

John Thomas Oldham on behalf of Creditor Cardinal Coil Tubing, LLC
joldham@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

John Thomas Oldham on behalf of Interested Party Cardinal Slickline, LLC
joldham@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

James J Ormiston on behalf of Creditor CIMA ENERGY, LP
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor FW GOM Pipeline, Inc.
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor GOM Shelf LLC
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor SP 49 Pipeline LLC
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Plaintiff GOM Shelf, L.L.C.
jormiston@grayreed.com, rcuddihy@grayreed.com

Lenard M. Parkins on behalf of Creditor Island Operating Company
lparkins@parkinsrubio.com, 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

George Robert Parrott, II on behalf of Creditor Crosby Energy Services, Inc.
robert.parrott@arlaw.com, vicki.owens@arlaw.com

George Robert Parrott, II on behalf of Creditor Quality Process Services, LLC
robert.parrott@arlaw.com, vicki.owens@arlaw.com

Johnie J Patterson on behalf of Creditor Crosby Energy Services, Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson on behalf of Creditor Danos, L.L.C.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson on behalf of Creditor Westwind Helicopters, Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Stewart F Peck on behalf of Interested Party R&R Boats, Inc.
speck@lawla.com

Stewart F Peck on behalf of Plaintiff All Coast, LLC
speck@lawla.com

Stewart F Peck on behalf of Plaintiff Quality Energy Services, Inc.
speck@lawla.com

Alfredo R Perez on behalf of Creditor EP Energy E&P Company, L.L.C.
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Alfredo R Perez on behalf of Interested Party QuarterNorth Energy LLC
alfredo.perez@weil.com, alfredo-perez-
1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@

Harry Allen Perrin on behalf of Interested Party Cox Investment Partners, LP
hperrin@velaw.com

Harry Allen Perrin on behalf of Interested Party Natural Resources Worldwide, LLC
hperrin@velaw.com

Harry Allen Perrin on behalf of Interested Party Bradley E. Cox
hperrin@velaw.com

Steven Brian Perry on behalf of Creditor W-Industries of Louisiana, LLC
brianperry@allengooch.com, pattistephens@allengooch.com

Gregory F Pesce on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gregory.pesce@whitecase.com, mco@whitecase.com

Gregory F Pesce on behalf of Financial Advisor Huron Consulting Services LLC
gregory.pesce@whitecase.com, mco@whitecase.com

Louis M Phillips on behalf of Creditor Amarillo National Bank
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Louis M Phillips on behalf of Plaintiff Amarillo National Bank
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com

Mike F Pipkin on behalf of Creditor United States Fire Insurance Company
mpipkin@weinrad.com, scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com

Aaron J Power on behalf of Interested Party Exxon Mobil Corporation
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Interested Party Exxon Mobile Corporation
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Interested Party XTO Offshore, Inc.

apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Katherine A Preston on behalf of Creditor WELLS FARGO BANK NA
kpreston@winston.com, rsmith@winston.com;katy-preston-2248@ecf.pacerpro.com;KLowery@winston.com;ECF_Houston@winston.com;ecf_sf@winston.com

Maegan Quejada on behalf of Interested Party OSEGIK Investments LLC
mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Ryan J Richmond on behalf of Creditor Delta Energy Management and Consulting, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Creditor Drake ChemCo, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Creditor Petro-Marine Underwriters, Inc.
ryan@snw.law, ryan@rjrichmondlaw.com

Michael Kevin Riordan on behalf of Interested Party Blackcomb Energy, LLC
mriordan@bradley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com

Edward L Ripley on behalf of Creditor Chevron Pipe Line Company
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Chevron U.S.A. Inc.
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Noble Energy, Inc.
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Union Oil Company of California
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Unocal Pipeline Company
eripley@andrewsmyers.com, sray@andrewsmyers.com

William S. Robbins on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Creditor Partco LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Interested Party Partco LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Trustee Michael D Warner
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Lacey E. Rochester on behalf of Creditor Pressure & Flow Control Solutions LLC (PetroQuip)
lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Erin Rosenberg on behalf of Creditor Committee The Official Committee of Unsecured Creditors
erin.rosenberg@whitecase.com, mco@whitecase.com

Misha E. Ross on behalf of Debtor MLCJR LLC
misha.ross@lw.com

Michael D Rubenstein on behalf of Creditor Alliance Offshore, L.L.C.
mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Rubenstein on behalf of Creditor Helix Well Ops, Inc.
mdrubenstein@liskow.com, lschnabel@Liskow.com

David Samuel Rubin on behalf of Creditor Laborde Marine Management, LLC
David.Rubin@butlersnow.com

David Samuel Rubin on behalf of Plaintiff Laborde Marine Mangement, LLC
David.Rubin@butlersnow.com

Charles Michael Rubio on behalf of Creditor Island Operating Company
crubio@parkinsrubio.com, 7485062420@filings.docketbird.com;mcooper@parkinsrubio.com;jcook@parkinsrubio.com;gjackson@parkinsrubion.com

Charles Michael Rubio on behalf of Defendant Island Operating Company
crubio@parkinsrubio.com, 7485062420@filings.docketbird.com;mcooper@parkinsrubio.com;jcook@parkinsrubio.com;gjackson@parkinsrubion.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Robin Russell on behalf of Creditor Apache Shelf Exploration, LLC
rrussell@HuntonAK.com

Robin Russell on behalf of Interested Party Apache Corporation

rrussell@HuntonAK.com

Craig A Ryan on behalf of Creditor Prime Energy Resources, LLC
ryanc@onebane.com, coped@onebane.com

Thomas C Scannell, Jr on behalf of Creditor Axip Energy Services, LP
tscannell@foley.com, thomas-scannell-3441@ecf.pacerpro.com

Brian E Schartz on behalf of Creditor W&T Energy VI, LLC
brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian E Schartz on behalf of Creditor W&T Offshore, Inc.
brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Misty A Segura on behalf of Creditor H.I.S. Fire & Safety Equipment, LLC
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Ryan Seidemann on behalf of Creditor State of Louisiana, Department of Natural Resources
rseidemann@thewaterinstitute.org, lentoc@ag.state.la.us

Armen Shahinian on behalf of Creditor United States Fire Insurance Company
ashahinian@csglaw.com

Christine Shang on behalf of Creditor W&T Energy VI, LLC
christine.shang@kirkland.com

Christine Shang on behalf of Creditor W&T Offshore, Inc.
christine.shang@kirkland.com

Patrick M. Shelby on behalf of Creditor Adapt Concepts, L.L.C.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Creditor Linear Controls, Inc.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Creditor SEACOR Marine, LLC
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Patrick M. Shelby on behalf of Creditor Vision Production Chemicals, L.L.C.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com

Joshua Lee Shepherd on behalf of Creditor Frost Bank
shepherd@imcplaw.com, dcruz@qslwm.com

Branch Masterson Sheppard on behalf of Creditor Prime Energy Resources, LLC
bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard on behalf of Interested Party Prime Energy Resources, LLC
bsheppard@mcglinchey.com, sdeleon@gallowaylawfirm.com

Cassandra Shoemaker on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC ("DCP"
cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com

Keith A Simon on behalf of Debtor MLCJR LLC
keith.simon@lw.com

Barnet B Skelton, Jr on behalf of Creditor Houston Energy, LP
barnetbjr@msn.com

Nicholas Smeltz on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
nsmeltz@stewartrobbins.com

Nicholas Smeltz on behalf of Trustee Michael D Warner
nsmeltz@stewartrobbins.com

Connor Smith on behalf of Creditor Axis Newco, LLC
csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith on behalf of Creditor Halliburton Energy Services, Inc.
csmith@dorelaw.com, chymel@dorelaw.com

Frances Anne Smith on behalf of Creditor Shell Offshore Inc.
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Frances Anne Smith on behalf of Creditor Shell Trading (US) Company
frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com

Steven W Soule on behalf of Creditor Targa LA Operating LLC
ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule on behalf of Creditor Venice Energy Services Company, L.L.C.

ssoule@hallestill.com, smccormick@hallestill.com

Suzanne Elizabeth Span on behalf of Creditor W&T Energy VI, LLC
sspan@gibsondunn.com

Suzanne Elizabeth Span on behalf of Creditor W&T Offshore, Inc.
sspan@gibsondunn.com

John James Sparacino on behalf of Interested Party Deacon Investments LLC
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

William E. Steffes on behalf of Creditor Precision Crane & Hydraulics, LLC
bsteffes@steffeslaw.com, akujawa@steffeslaw.com;cbiggs@steffeslaw.com

Charles L Stern, Jr on behalf of Creditor Lakeway Associates II LLC
cstern@steeglaw.com

Charles L Stern, Jr on behalf of Creditor Lakeway Associates LLC
cstern@steeglaw.com

John Alan Stewart on behalf of Creditor Guice Offshore, LLC
johnstewart1724@hotmail.com

John Alan Stewart on behalf of Debtor Cox Operating, L.L.C.
johnstewart1724@hotmail.com

Paul Douglas Stewart, Jr on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Creditor Partco LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Interested Party Partco LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Plaintiff MICHAEL D. WARNER
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Trustee Michael D Warner
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Mark Stromberg on behalf of Attorney Vincent John DeVito, Jr.
mark@strombergstock.com, deanna@strombergstock.com;admin@strombergstock.com

Victoria V Theriot on behalf of Creditor Broussard Brothers, Inc.
ttheriot@acadiancontractors.com

Victoria V Theriot on behalf of Creditor Home Industry Disposal Company, Inc.
ttheriot@acadiancontractors.com

Schlea Thomas on behalf of Creditor Genesis Energy, L.P.
schleathomas@paulhastings.com,
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com;carolinediaz@paulhastings.com;conns.ph@paulhastings.com

Timothy Thriffiley on behalf of Creditor A-Port, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Logic Control Systems, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Pelstar Mechanical Services, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor River Rental Tools, Inc.
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Seatrax Services, Inc.
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Shallow Draft Elevating Boats, Inc.
tthriffiley@pivachlaw.com

James Wesley Thurman on behalf of Creditor All Coast, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor ES&H Production Group, L.L.C.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Gulfstream Services, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Offshore Liftboats, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Piranha Rentals, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Premier Offshore Catering Inc
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Prime Energy Resources, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Quality Energy Services, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Sparrows Offshore, LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Swivel Rental & Supply, L.L.C.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Tobias, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Total Production Supply LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party Keystone Chemical LLC
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party R&R Boats, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party Specialty Offshore, Inc.
jthurman@lawla.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Plaintiff Quality Energy Services, Inc.
jthurman@lawla.com, ijohnson@lawla.com

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor CROSBY INDEPENDENT SCHOOL DISTRICT
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael D Warner on behalf of Trustee Chapter 7 Trustee
mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael D Warner on behalf of Trustee Michael D Warner
mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael J. Weber on behalf of Creditor Hanover Insurance Company
michael.weber@dinsmore.com, deborah.dunn@dinsmore.com;chicagobankruptcyemail@dinsmore.com

Randall Scott Wells on behalf of Creditor Guice Offshore, LLC
swells@rushingguice.com

Scott C Williams on behalf of Creditor Argonaut Insurance Company
swilliams@manierherod.com

Elizabeth Hildenbrand Wirmani on behalf of Creditor Shell Offshore Inc.
elizabeth.wirmani@rsbfirm.com, michael.coulombe@rsbfirm.com

Elizabeth Hildenbrand Wirmani on behalf of Creditor Shell Trading (US) Company
elizabeth.wirmani@rsbfirm.com, michael.coulombe@rsbfirm.com

William Alfred Wood, III on behalf of Interested Party Eni Petroleum US LLC
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

Matthew G Wylie on behalf of Creditor RCP Inc
mwylie@wylie-law.com

Sara Zeimer on behalf of Other Prof. Keller & Heckman, LLP
sara.zeimer@bipc.com, eservice@bipc.com;alison.sharp@bipc.com

Scott A Zuber on behalf of Creditor United States Fire Insurance Company
szuber@csglaw.com

**23-90324 Notice will not be electronically mailed to:**

Philip Abelson on behalf of Creditor Committee The Official Committee of Unsecured Creditors
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Matthew S. Barr on behalf of Creditor EP Energy E&P Company, L.L.C.
Weil Goshal et al
767 Fifth Avenue
New York, NY 10153

Chamberlain Hrdlicka White Williams & Aughtry, P.C.
1200 Smith Street
Suite 1400
Attn: Bankruptcy Department
Houston, TX 77002

Clint Cowan on behalf of Interested Party EP Northern Investments, LLC
Kirkland and Ellis LLP
4550 Travis St.
Dallas, TX 75205

Clint Cowan on behalf of Interested Party Flint River VPP II, LLC
Kirkland and Ellis LLP
4550 Travis St.
Dallas, TX 75205

Dechert LLP
,

FDF Energy Service LLP
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane
Suite 120
Houston, TX 77024

Fishman Haygood, L.L.P.
,

Lindsey Marie Johnson on behalf of Creditor LLOG Exploration Offshore, L.L.C.
Looper Goodwine PC
650 Poydras St
Ste 2400
New Orleans, LA 70130
ljohnson@loopergoodwine.com, pgoodwine@loopergoodwine.com

Kenneth Franzheim II Managment Trust
,

Benjamin Ford Kitchen, IV
1510 West 9th St
Austin, TX 78703

Kroll Restructuring Administration LLC
(f/k/a Prime Clerk LLC)
55 East 52nd Street
17th Floor
New York, NY 10055

LLOX, LLC
Attn David Seay, Land Manager
1001 Ochsner Blvd, Ste A
Covington, LA 70433

Justin G. Lipe on behalf of Creditor GOM Shelf LLC
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Justin G. Lipe on behalf of Plaintiff GOM Shelf, L.L.C.
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Elizabeth Marks on behalf of Debtor MLCJR LLC
Latham and Watkins LLP
200 Clarendon St
Boston, MA 02116

Kay McArdle

,

Offshore Technical Compliance LLC
72030 Live Oak St
Covington, LA 70433

Sam H Poteet on behalf of Creditor Westchester Fire Insurance Company
Manier & Herod PC
1201 Demonbreun St
Suite 900
Nashville, TN 37203

Right Hand Oilfield Associates, LLC
9264 Hwy 1
Lockport, LA 70374

Barry J Sallinger on behalf of Creditor Whitco Supply Co
Barry Sallinger, APLC
820 East St. Mary Blvd
Suite 1
Lafayette, LA 70503

Anup Sathy on behalf of Interested Party Flint River VPP II, LLC
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Blaine Scott on behalf of Interested Party Alvarez & Marsal North America, LLC
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W. Washinton, DC
Washington, DC 20006

Camille M Shepherd on behalf of Creditor Committee The Official Committee of Unsecured Creditors
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Amanda Rose Stanzione on behalf of Debtor MLCJR LLC
Latham and Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

Evan Swager on behalf of Creditor W&T Offshore, Inc.
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022

TPS-West, LLC
10260 Westheimer Rd
Suite 210
Houston, TX 77042

Robert S. Velevis on behalf of Interested Party OSEGIK Investments LLC
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 74201

Michael D Warner
,

Exhibit "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 23-90324 |
| MLCJR LLC, et al | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 2420 |

On 4/11/2025, I did cause a copy of the following documents, described below,

Trustee's Motion to Destroy & Transfer Certain Property of the Estates ECF Docket Reference No. 2420

Notice of Abandonment 2421

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/11/2025

/s/ Brooke W. Altazan
Brooke W. Altazan  24101002
Attorney for Panel Trustee
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801
225 231 9998
kheard@stewartrobbins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

MLCJR LLC, et al

CASE NO: 23-90324

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 2420

On 4/11/2025, a copy of the following documents, described below,

Trustee's Motion to Destroy & Transfer Certain Property of the Estates ECF Docket Reference No. 2420

Notice of Abandonment 2421

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/11/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brooke W. Altazan
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801

Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

AIRONE HELICOPTERS, LLC
JEREMY GUIDRY
2087 MIDWAY RD.
SLAUGHTER, LA 70777

AIRONE HELICOPTERS, LLC
1318 SMEDE HWY (HWY 92)
BROUSSARD, LA 70518

AIRONE HELICOPTERS, LLC
HARVARD BUSINESS SERVICES, INC.
16192 COASTAL HWY
LEWES, DE 19958

ARROW AVIATION COMPANY, LLC
CYRIL J. GUIDRY
1306-D DUCHAMP RD.
BROUSSARD, LA 70518

ARROW AVIATION COMPANY, LLC
2651 POYDRAS ST.
APT. 1207
NEW ORLEANS, LA 70119-7580

BEC TRUST
5615 CORPORATE BLVD.
STE. 400B
BATON ROUGE, LA 70808

BEC TRUST
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

BIZSTOR, LLC DBA THE FILE DEPOT OF WEST
ST. TAMMANY
ATTNL ROBERT DARRYL PERRY
34 BLEU LAKE DRIVE
COVINGTON, LA 70435

BRAD E. COX (LIMITED PARTNER)
4514 COLE AVE.
STE. 1175
DALLAS, TX 75205

BRAD E. COX (LIMITED PARTNER)
1209 ORANGE STREET
WILMINGTON, DE 19801

CEXXI LLC
1615 POYDRAS ST.
STE. 830
NEW ORLEANS, LA 70112

CEXXI LLC
UNITED STATES CORPORATION AGENTS, INC
10601 CLARENCE DR.
STE. 250
FRISCO, TX 75033

CEXXI LLC
CAPITOL SERVICES, INC.
108 LAKELAND AVE.
DOVER, DE 19901

CLS DEVELOPMENT LLC
CIARRA SMALL
2651 POYDRAS ST.
APT. 1207
NEW ORLEANS, LA 70119-7580

CLS DEVELOPMENT LLC
CRAIG L. SANDERS
3400 HANOVER
DALLAS, TX 75225

CLS DEVELOPMENT LLC
1209 ORANGE STREET
WILMINGTON, DE 19801

COX GATHERING LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

COX GATHERING LLC
1675 SOUTH STATE ST.
STE. B, KENT COUNTY
DOVER, DE 19901

COX INTERESTS LLC
MICHAEL DAVID COX
4802 VIKING DR.
HOUSTON, TX 77092

COX INTERESTS LLC
2711 CENTERVILLE RD.
STE. 400
WILMINGTON, DE 19808

COX INTERESTS, L.L.C.
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

COX INVESTMENT PARTNERS LP
THE CORPORATION TRUST COMPANY
THE CORPORATION TRUST CTR
1209 ORANGE ST.
WILMINGTON, DE 19801

COX INVESTMENT PARTNERS, LP
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

COX MANAGEMENT DALLAS LLC
1675 SOUTH STATE ST.
STE. B, KENT COUNTY
DOVER, DE 19901

COX MANAGEMENT DALLAS LLC
1209 ORANGE STREET
WILMINGTON, DE 19801

COX MANAGEMENT DALLAS LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

COX OIL GOM LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

COX OIL GOM LLC
THE CORPORATE TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

COX OIL GOM LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

COX OIL LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

COX OIL LLC
2711 CENTERVILLE RD.
STE. 400
WILMINGTON, DE 19808

COX OIL LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

CRAIG SANDERS
3400 HANOVER
DALLAS, TX 75225

CRAIG SANDERS
4514 COLE AVE.
STE. 1175
DALLAS, TX 75205

CRAIG SANDERS
3140 HARVARD AVE.
APT. 1809
DALLAS, TX 75205

CURRENT OCCUPANT
SUITE 1175
DALLAS, TX 75205

CW FACILITIES, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

CW FACILITIES, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

DALLAS ESTATE MANAGEMENT
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

DALLAS ESTATE MANAGEMENT
108 LAKLAND AVE.
DOVER, DE 19901

EDWIN L COX B TRUST
C/O THE TRUSTEE, WILLIAM L. GRAHAM
1218 AN COUNTY ROAD 491
ATHENS, TX 75751

ENERGY XXI  GIGS SERVICES, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

ENERGY XXI GIGS SERVICES, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

ENERGY XXI M21K, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

ENERGY XXI M21K, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

ENERGY XXI ONSHORE, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

ENERGY XXI ONSHORE, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

ENERGY XXI ONSHORE, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

ENERGY XXI PIPELINE II, LLC
4514 COLE AVE.
SUITE 1175
DALLAS, TX 75205

ENERGY XXI PIPELINE II, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

ENERGY XXI PIPELINE II, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

ENERGY XXI PIPELINE, LLC
3861 AMBASSADOR CAFFERY PKWY.
STE. 600
LAFAYETTE, LA 70503

ENERGY XXI PIPELINE, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

ENERGY XXI PIPELINE, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

USPS FIRST CLASS MAIL SERVICE PARTIES: Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ENERGY XXI SERVICES, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

ENERGY XXI SERVICES, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

ENERGY XXI SERVICES, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

ENERGY XXI TEXAS ONSHORE, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

ENERGY XXI TEXAS ONSHORE, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

EPL OF LOUISIANA, L.L.C.
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

EPL PIPELINE, L.L.C.
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

EPL PIPELINE, L.L.C.
1021 MAIN ST.
STE. 2626
HOUSTON, TX 77002

EPL PIPELINE, L.L.C.
4514 COLE AVE.
STE. 1175
DALLAS, TX 75205

FLOW LINE TRANSPORTATION LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

FLOW LINE TRANSPORTATION LLC
700 LOUISIANA ST
STE 4500
HOUSTON, TX 77002-2744

IRON MOUNTAIN INFORMATION MANAGEMENT,
LLC
CORPORATION SERVICE COMPANY
DBA CSC LAWYERS INCORPORATING SERVICE
COMPANY
211 E. 7TH STREET, SUITE 620
AUSTIN, TX 78701-3218

IRON MOUNTAIN INFORMATION MANAGEMENT,
LLC
CORPORATION SERVICE COMPANY
450 LAUREL ST., 8TH FLOOR
BATON ROUGE, LA 70801

IRON MOUNTAIN INFORMATION MANAGEMENT,
LLC
JOSEPH P. CORRIGAN
CORPORATE COUNSEL
1 FEDERAL ST., 7TH FLOOR
BOSTON, MA 02110

IRON MOUNTAIN INFORMATION MANAGEMENT,
LLC
2 SUN COURT
NORCROSS, GA 30092

IRON MOUNTAIN INFORMATION MANAGEMENT,
LLC
JACQUELINE M. DOYLE
HACKETT FEINBERG P.C.
155 FEDERAL ST., 9TH FLOOR
BOSTON, MA 02110

LOCHRIDGE ENERGY SERVICES P&A, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

LOCHRIDGE ENERGY SERVICES, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

LOCHRIDGE ENERGY SERVICES, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

LOCHRIDGE P&A
1021 MAIN STREET,
STE. 2626
HOUSTON, TX 77002

LOCHRIDGE P&A
2000 W. SAM HOUSTON PKWY. S.
STE. 1200
HOUSTON, TX 77042

LSC 27
PO BOX 10
ARGYLE, TX 76226-0010

LSC 27
PO BOX 929
SANTA FE, TX 77517

LSC 27
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

METIS GROUP, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

METIS GROUP, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

METIS RESOURCES, LLC
SERVE SECRETARY OF STATE FOR MAILING T
4514 COLE AVE.
STE. 1175
DALLAS, TX 75205

USPS FIRST CLASS SERVICE VIA MAIL PARTIES:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

METIS RESOURCES, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

OFFICELINK, LC DBA FILELINK
ATTN: DONALD L. LANDRY & SHEILA CRAFT
1005 N. BAYON RD.
KENNER, LA 70065

OFFICELINK, LC DBA FILELINK
4425 YORK ST.
METAIRIE, LA 70001

PANTHER HELICOPTERS, INC.
LANCE PANEPINTO
1621 LAKE PLACID DR.
HARVEY, LA 70058

PANTHER HELICOPTERS, INC.
JOSEPH D PRIEST
315 JOHN D. WENDELL RD.
ROCKPORT, TX 78382

PERRY FLYING CENTER, INC.
KENNETH P. PERRY
209 KATHLEEN ST.
PATTERSON, LA 70392

PHOENIX PETRO SERVICES, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

PROTEUS ENERGY LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

PROTEUS ENERGY LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

QUARANTINE BAY, L.L.C.
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

SOILEAU CATERING, LLC
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

SOILEAU CATERING, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

SOILEAU CATERING, LLC
C T CORPORATION SYSTEM
1999 BRYAN ST.
STE. 900
DALLAS, TX 75201-3136

SP 49 PIPELINE LLC
CAPITOL SERVICES, INC.
108 LAKELAND AVE.
DOVER, DE 19901

SP 49 PIPELINE LLC
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II
STE. 305
BATON ROUGE, LA 70809

SP 49 PIPLINE LLC
CAPITOL CORPORATE SERVICES, INC.
1501 S MOPAC EXPY
STE. 220
AUSTIN, TX 78746

TEXAS AIRCRAFT MANAGEMENT, INC.
CORY ROLLINS
7701 LEMMON AVE
STE. 130
DALLAS, TX 75209

THE FILE DEPOT
ATTN: ROB PERRY
22219 PRATS DAIRY RD.
ABITA SPRINGS, LA 70420

THE FILE DEPOT OF WEST ST. TAMMANY
PO BOX 13375
ALEXANDRIA, LA 71315

VERITRUST
ABBY CARR & CHRIS GODINICH
PO BOX 22737
HOUSTON, TX 77227

VERITRUST
ATTN: CHRISTOPHER GODINICH
3750 MARONEAL
HOUSTON, TX 77025

VINCENT J. DEVITO, JR.
NATURAL RESOURCES WORLDWIDE, LLC
4514 COLE AVE.
11TH FLOOR
DALLAS, TX 75205

VINCENT J. DEVITO, JR.
FIFTY STARS LAW GROUP, LC
1717 K STREET NW
SUITE 900
WASHINGTON, DC 20006

VINCENT JOHN DEVITO, JR.
THROUGH COUNSEL: MARK STROMBERG
THE GILD NORTH, CAMPBELL CENTRE I
8350 N CENTRAL EXPY, STE. 1225
DALLAS, TX 75206

VINCENT JOHN DEVITO, JR.
11263 INGLISH MILL DR.
GREAT FALLS, VA 22066-1709

WESTWIND HELICOPTERS, INC.
GALLOWAY, JOHNSON, TOMPKINS, BURR &
SMITH
1301 MCKINNEY
STE. 1400
HOUSTON, TX 77010

WIN MANAGEMENT, LLC
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE ST.
WILMINGTON, DE 19801

WIN MANAGEMENT, LLC
LARRY GILBERT
4044 HEATHERSAGE
HOUSTON, TX 77095