UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MLCJR LLC, *et al.*,[1] | ) | Case No. 23-90324 (CML) |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DESTROY AND TRANSFER CERTAIN PROPERTY OF THE ESTATES**
[Related Docket No. 2420]

1. On April 11, 2025, Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, filed that certain *Trustee's Motion to Destroy and Transfer Certain Property of the Estates* [Doc. No. 2420] (the "Motion"). Should you not have access to PACER, a copy of the Motion is available from undersigned counsel upon request.

2. **PLEASE TAKE NOTICE that a hearing on the Motion is scheduled for May 12, 2025 at 1:00 p.m. (prevailing Central Time) before Judge Christopher M. Lopez in Courtroom 401, 515 Rusk, Houston, TX 77002.**

3. **PLEASE TAKE FURTHER NOTICE THAT if you object to the relief requested in the Motion, you must respond in writing. Unless otherwise directed by the court, you must file your response electronically at https://ecf.txsb.uscourts.gov/ within twenty-one days from the date this motion was filed. If you do not have electronic filing**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

**privileges, you must file a written objection that is actually received by the clerk within twenty-one days from the date this motion was filed. Absent a timely and properly filed objection, the court may treat the Motion as unopposed and grant the relief requested.**

4.  You may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's homepage. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting. Hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's homepage. Select the case name, complete the required fields and click "Submit" to complete your appearance.

Dated: April 11, 2025    Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ Brooke W. Altazan*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for Michael D. Warner,*
*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 11th day of April, 2025.

*/s/ Brooke W. Altazan*
Brooke W. Altazan