IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

APR 1 5 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: | Chapter 7 |
| | (Previously Chapter 11) |
| MLCJR LLC, *et al.*[1] | |
| | Case No. 23-90324 (CML) |
| | |
| | (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL AS COUNSEL

**PLEASE TAKE NOTICE THAT** Rebecca Blake Chaikin hereby withdraws her appearance as counsel for the above-captioned debtors and former debtors in possession (collectively, the "Debtors"). Ms. Chaikin requests that service upon her of all future service and notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that she be removed from the electronic (ECF) service list as counsel. The contact information is as follows:

Rebecca Blake Chaikin
**JACKSON WALKER LLP**
1401 McKinney St. Suite 1900
Houston, TX 77010
Telephone: 713-752-4413
Email: rchaikin@jw.com

This notice is with respect to Rebecca Blake Chaikin only, and is not intended to affect service independently requested by Jackson Walker LLP, Matthew D. Cavenaugh, J. Scott Rose, or Emily Meraia or their continued listing in the service list for these chapter 7 cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

Dated: October 31, 2024  
Houston, Texas

Respectfully Submitted,

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh (TX Bar No. 24062656)
J. Scott Rose (TX Bar No. 172528000)
Emily Meraia (TX Bar No. 24129307)
**JACKSON WALKER LLP**
1401 McKinney St., Suite 1900
Houston, Texas 77010
Tel:   713-752-4200
Fax:   713-752-4221
Email: mcavenaugh@jw.com
Email: srose@jw.com
Email: emeraia@jw.com

*Counsel for the Former Debtors in Possession*

## Certificate of Service

   I certify that on October 31, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                  */s/ Matthew D. Cavenaugh*
                  Matthew D. Cavenaugh

Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED

March 24, 2025

APR 15 2025

Nathan Ochsner, Clerk of Court

Mr. Ochsner,

    Per my discussion today with the CM/ECF support desk, I am enclosing the notices of withdrawal my prior firm filed in four cases that were pending when I left the firm on October 31, 2024.

    I understand that an additional step needs to be taken by your staff to formally terminate my appearances in these cases.

    As I am currently receiving return-to-sender BNC mailings (by the bucket-load!) at my home (due to user error on my part when I updated my PACER account, I am sure) I would really appreciate updating the CM/ECF records so that I am no longer showing as an active representative of the debtors in those cases.

    Importantly, soon after leaving my prior firm, I began clerking for Judge Michael B. Slade in the Northern District of Illinois, therefore it is particularly important that the withdrawals be **effective as of October 31, 2024**. As you can imagine, it would not be good if it looked like my representation continued while my clerkship began. (Many apologies if that creates additional difficulties in effectuating the terminations.)

    Please do not hesitate to reach out if you need anything further from me. I can be reached via cell (917-596-3358) or my personal email (rbctwo@gmail.com).

Very much appreciated,

Rebecca Chaikin

CHAIKIN  (Chambers 638)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX 77208