United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 13, 2025

Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MLCJR LLC, *et al.,*[1] | Case No. 23-90324 (CML) |
| Debtors. | Jointly Administered |

## ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR EXEMPTION FROM PAYMENT OF THE PACER USER FEE

Upon the application (the "Application")[2] of the Trustee in the above-captioned Chapter 7 cases for entry of an order approving an exemption from the Trustee's payment of PACER User Fees; and the Court having jurisdiction to consider the Application; and venue being properly in this district under 28 U.S.C. §§ 1408 and 1409; and good and adequate notice of the Application having been given under the circumstances and it appearing that no other or further notice need be provided; and it appearing that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

1.      The Application is hereby GRANTED, to the extent set forth herein.

2.      Through and including the date (a) the Cases are closed, or (b) on which the Trustee shall no longer serve as trustee in the Cases, the Trustee shall be exempt from all costs and expenses in connection with PACER User Fees, in connection with the Cases.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Application.

3.      The Court shall retain exclusive jurisdiction and power to hear and determine all matters arising from the implementation of this Order.

Signed:  May 13, 2025

_____
Christopher Lopez
United States Bankruptcy Judge