United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 12, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | ) ) | Case No. 23-90324 (CML) |
| Debtors. | ) ) ) | Jointly Administered |

### ORDER GRANTING TRUSTEE'S MOTION TO DESTROY AND TRANSFER CERTAIN PROPERTY OF THE ESTATES

**CONSIDERING** the *Trustee's Motion to Destroy and Transfer Certain Property of the Estates* [Doc. No. 2420] (the "**Motion**")[2] filed by Michael D. Warner, solely in his capacity as Chapter 7 trustee (the "**Trustee**") for the above-captioned administratively consolidated estates (the "**Estates**"), and after due consideration of the Motion, the objections thereto, if any, the statements of counsel, and any evidence presented in support of the relief requested by the Trustee, the Court finds that notice of the Motion was proper under the circumstances, that the requested relief is proper and in the best interest of the Estates, their creditors, and all parties in interest, and should therefore be granted and for good cause shown;

**IT IS ORDERED** that, with the exception of the documents included on the attached **Exhibit 1** (the "**PXP Documents**"), the Trustee is authorized to destroy the Estates' physical documents stored at VeriTrust Corporation's ("**VeriTrust**") facility in Houston, Texas, which

---

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOL, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

includes, but is not limited to, approximately 9,000 boxes generally containing land and other oil and gas related documents (the "**VeriTrust Documents**").

**IT IS FURTHER ORDERED** that, the PXP Documents will remain property of the Estates and stored at VeriTrust for twenty-one (21) days following entry of this Order into the record of the above-captioned bankruptcy case (the "**Seismic Inspection Period**").  At any time during the Seismic Inspection Period, TGS-NOPEC Geophysical Company ("**TGS**") may review the PXP Documents to identify and, after consulting with PXP Producing Company LLC ("**PXP**"), remove any Seismic Material (as defined in the Master License Agreement for Geophysical Services dated June 15, 2010 between TGS-NOPEC Geophysical Company and Energy XXI Services LLC (the "**MLA**")) identified by TGS.

**IT IS FURTHER ORDERED** that, effective as of the date of this Order, PXP assumes and is responsible for all responsibilities, obligations, liabilities, costs, and expenses associated with the PXP Documents, including all related storage and destruction costs.

**IT IS FURTHER ORDERED** that PXP remains subject to the Confidentiality and Nondisclosure Agreement dated July 31, 2024, as to the PXP Documents.

**IT IS FURTHER ORDERED** that TGS remains subject to the Confidentiality and Nondisclosure Agreement dated April 25, 2025 and its amendments thereto.

**IT IS FURTHER ORDERED** that, effective on the day following expiration of the Seismic Inspection Period, all the Estates' rights and interests in and to the PXP Documents are hereby sold, transferred, assigned, and conveyed to PXP without further order from the Court.

**IT IS FURTHER ORDERED** that, without limiting the prior *Stipulation and Agreed Order Granting Relief from the Automatic Stay* entered by the Court at Doc. No. 2425, TGS releases all claims and causes of action against the Estates and/or the Trustee arising on or after

the day following expiration of the Seismic Inspection Period related to any Seismic Material (as defined in the MLA) belonging to TGS within the PXP Documents.

**IT IS FURTHER ORDERED** that the Trustee is authorized to incur administrative expenses and remit payment pursuant to 11 U.S.C. § 503(b) to VeriTrust for the costs related to the destruction of the VeriTrust Documents, excluding the PXP Documents.

**IT IS ORDERED** that the Trustee is authorized to destroy all of the Estates' physical documents stored at FileLink Document Solutions' ("**FileLink**") facility in Metairie, Louisiana, which includes, but is not limited to, approximately 420 boxes understood by the Trustee to generally contain accounting records (the "**FileLink Documents**").

**IT IS FURTHER ORDERED** that, for the avoidance of doubt and in accordance with the First Records Order, the Trustee is authorized to incur administrative expenses and remit payment pursuant to 11 U.S.C. § 503(b) to FileLink for the costs related to the destruction of the FileLink Documents.

**IT IS FURTHER ORDERED** that notwithstanding the relief granted herein and any actions taken pursuant such relief, nothing in the Motion or this Order shall be deemed a waiver of the Estates' or the Trustee's rights to proceed in accordance with applicable law or alternative order from this Court.

**IT IS FURTHER ORDERED** that the Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

**IT IS FURTHER ORDERED** that any stay of this Order, whether arising from Rules 6004 and/or 6006 of the Federal Rules of Bankruptcy Procedure or otherwise, is hereby expressly waived and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

IT IS FURTHER ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Signed: May 12, 2025

Christopher Lopez
United States Bankruptcy Judge

| Add Date | Account Code | Customer | Item Status | From Date | To Date | VeriTrust Barcode | Alternate Code | Description | Destroy Date | Cubic Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087116 | 26.038 | MAIN PASS BLKS 72-73  WELL LOGS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087150 | 26.038 | MAIN PASS BLKS 72-73  WELL LOGS & WORK FOLDERS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087151 | 26.038 | MAIN PASS BLKS 72-73  PROSPECT FOLDERS  CORE REPORTS  SAND MAPS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087154 | 26.038 | MAIN PASS BLKS 72-73 FIELD PROSPECT FOLDERS P&A ASSESSMENTS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087155 | 26.038 | MAIN PASS BLKS 72-73 FIELD | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087156 | 26.038 | MAIN PASS BLKS 72-73 FIELD WELL LOGS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087158 | 26.038 | MAIN PASS BLKS 72-73  WELL LOGS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087160 | 26.038 | MAIN PASS BLKS 72-73 FIELD WELL FILES (NOTEBOOKS) | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087162 | 26.038 | MAIN PASS BLKS 72-73 FIELD SAND MAPS PROSPECT FOLDERS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087163 | 26.038 | MAIN PASS BLKS 72-73  PROSPECT FOLDERS  SAND MAPS (POGO & MOBIL) | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087170 | 26.038 | MAIN PASS BLKS 72-74 & 62  PROSPECT FOLDERS  VELOCITY FILES  WELL LOGS | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087171 | 26.038 | MAIN PASS BLKS 72-73 SAND MAPS FIELD STUDIES | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087177 | 26.038 | MAIN PASS BLKS 72-73  PALEO DATA  CORE DATA | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087194 | 26.026 | BEN MARCHIVE | | 1.2 |
| 06/27/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2087201 | 26.026 | BEN MARCHIVE | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098146 | N/A | BC/EUGENE ISLAND EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098153 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098154 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098164 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098166 | N/A | BC/EUGENE ISLAND-EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098168 | N/A | BC/EUGENE ISLAND-EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098170 | N/A | BC / EUGENE ISLAND - EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098172 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098179 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098180 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098185 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098186 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098187 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098188 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098189 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098190 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2098192 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099179 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099192 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099212 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099213 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099214 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099218 | N/A | EAST CAMERON 334 | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100269 | N/A | MAIN PASS 62, 68, 69, 72, 73 | | 1.2 |
| 07/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095530 | N/A | SS208 ASSET TEAM-SOUTH MARSH ISLAND | | 1.2 |
| 07/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095555 | N/A | SS208 ASSET TEAM-SOUTH MARSH ISLAND | | 1.2 |
| 07/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095572 | N/A | SS208 ASSET TEAM-SOUTH MARSH ISLAND | | 1.2 |
| 07/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095573 | N/A | SS208 ASSET TEAM-SOUTH MARSH ISLAND | | 1.2 |
| 07/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095603 | N/A | SS208 ASSET TEAM-SOUTH MARSH ISLAND | | 1.2 |
| 07/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095616 | N/A | SS208 ASSET TEAM-SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095625 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095643 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095656 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095661 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095669 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095670 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095713 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |

Exhibit 1

| Add Date | Account Code | Customer | Item Status | From Date | To Date | VeriTrust Barcode | Alternate Code | Description | Destroy Date | Cubic Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095740 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2095750 | N/A | SS208 ASSET TEAM / SOUTH MARSH ISLAND | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099387 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099572 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099612 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099645 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099647 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099686 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099688 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099696 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2099710 | N/A | BRAZOS MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100320 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100321 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100328 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100329 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100331 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100332 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100333 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100335 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100339 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100340 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100342 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100344 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100345 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100346 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100347 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100348 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100349 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100352 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100354 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100355 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100356 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100357 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100359 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100361 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100362 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100363 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100364 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100365 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100367 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100369 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100371 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100375 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100377 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100378 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100379 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100380 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100381 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100382 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100383 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100384 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100385 | N/A | Main Pass | | 1.2 |

| Add Date | Account Code | Customer | Item Status | From Date | To Date | VeriTrust Barcode | Alternate Code | Description | Destroy Date | Cubic Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100386 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100387 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100390 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100392 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100394 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100395 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100397 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100398 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100399 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100400 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100401 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100402 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100403 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100404 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100405 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100406 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100407 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100408 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100409 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100410 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100411 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100415 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100417 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100418 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100419 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100420 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100421 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100423 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100424 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100426 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100427 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100428 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100429 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100431 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100432 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100433 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100434 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100435 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100436 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100437 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100438 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100439 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100446 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100450 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100451 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100452 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100453 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100456 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100457 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100458 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100459 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100461 | N/A | MAIN PASS | | 1.2 |

| Add Date | Account Code | Customer | Item Status | From Date | To Date | VeriTrust Barcode | Alternate Code | Description | Destroy Date | Cubic Feet |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100462 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100463 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100467 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100468 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100469 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100470 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100471 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100472 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100473 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100474 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100475 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100476 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100477 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100478 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100479 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100480 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100481 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100482 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100483 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100484 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100485 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100486 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100488 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100489 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100490 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100491 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100493 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100494 | N/A | Main Pass | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100495 | N/A | MAIN PASS | | 1.2 |
| 08/31/24 | 11803 | Michael D. Warner, Chapter 7 Trustee - Stewart Robbins | In | | | 2100507 | N/A | Main Pass | | 1.2 |

United States Bankruptcy Court

Southern District of Texas

| | |
|---|---|
| In re: | Case No. 23-90324-cml |
| MLCJR LLC | Chapter 7 |
| Ad Hoc Committee of Statutory Lien Credi | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 6 |
| Date Rcvd: May 12, 2025 | Form ID: pdf002 | Total Noticed: 123 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cox Oil Offshore, L.L.C., 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | #+ | EPL Oil & Gas, LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | + | M21K, LLC, 1021 Main St #2626, Houston, TX 77002-6516 |
| db | + | MLCJR LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| aty | + | Amanda Rose Stanzione, Latham and Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| aty | + | Barry J Sallinger, Barry Sallinger, APLC, 820 East St. Mary Blvd, Suite 1, Lafayette, LA 70503-2365 |
| aty | + | Blaine Scott, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W. Washinton, DC, Washington, DC 20006-1037 |
| aty | + | Chamberlain Hrdlicka White Williams & Aughtry, P.C, 1200 Smith Street, Suite 1400, Attn: Bankruptcy Department, Houston, TX 77002-4496 |
| aty | + | Clint Cowan, Kirkland and Ellis LLP, 4550 Travis St., Dallas, TX 75205-4666 |
| aty | + | Elizabeth Marks, Latham and Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| aty | + | Evan Swager, KIRKLAND & ELLIS LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Justin G. Lipe, Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056-8000 |
| aty | + | Matthew S. Barr, Weil Goshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | + | Philip Abelson, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Robert S. Velevis, SIDLEY AUSTIN LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201-3351 |
| aty | + | Sam H Poteet, Manier & Herod PC, 1201 Demonbreun St, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Stone Pigman Walther Wittmann L.L.C., 909 Poydras Street, Suite 3150, New Orleans, LA 70112-4041 |
| aty | + | Vincent John DeVito, Jr., c/o Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206, UNITED STATES 75206-1600 |
| cr | + | A-Port, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Adapt Concepts, L.L.C., 209 Marcon Dr., Lafayette, LA 70507-6210 |
| crcm | + | American Panther, LLC, PO BOX 1227, Houston, TX 77251-1227 |
| cr | + | Axip Energy Services, LP, Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | | Axis Newco, LLC, Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | BRI 1850 Houston OCC, LLC, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| cr | + | BSREP II Houston Office 1HC Owner, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400 Houston, TX 77002-4496 |
| cr | + | Benjamin Ford Kitchen, IV, 1510 West 9th St, Austin, TX 78703-4808 |
| cr | + | Benoit Premium Threading LLC, 3400 Industrial Park, Houma, LA 70363-3919 |
| intp | + | Blackcomb Energy, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | CRESCENT GIGS, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cactus Wellhead LLC, Mehaffy Weber, P.C., c/o Blake Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Cactus Wellhead, LLC, c/o Bradley Arant Boult Cummings LLP, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Cardinal Coil Tubing, LLC, c/o John A. Mouton, III, P. O. Box 82438, Lafayette, LA 70598, UNITED STATES 70598-2438 |
| cr | + | Chalmers, Collins, Alwell, Inc., 705 W. Pinhook Rd., Lafayette, LA 70503-2315 |
| cr | + | Crescent GIGs LLC, Gordon Arata Montgomery Barnett, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED |

Case 23-90324   Document 2462   Filed in TXSB on 05/14/25   Page 10 of 14

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 2 of 6 |
| Date Rcvd: May 12, 2025 | Form ID: pdf002 | Total Noticed: 123 |

| | | |
|---|---|---|
| | | STATES 70508-8522 |
| cr | + | Crescent Midstream, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cueria Law Firm, LLC o/b/o Dillon Mitchell, Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130, UNITED STATES 70130-6123 |
| cr | + | Danos, L.L.C., c/o Richard A. Aguilar, Adams and Reese LLP, 701 Poydras St., Ste 4500, New Orleans, LA 70139-4596 |
| cr | | Delta Energy Management and Consulting, LLC, 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Drake ChemCo, LLC, 1201 Canal Street, Suite 652, New Orleans, LA 70112-2721 |
| cr | + | EPS Logistics Company, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | Eaton Oil Tools, Inc., P.O. Box 1050, Broussard, LA 70518-1050 |
| cr | + | Eugene Lazard, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Expeditors and Production Services, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | #+ | FDF Energy Service LLP, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120, Houston, TX 77024 UNITED STATES 77024-2781 |
| cr | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | + | Frost Bank, Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | GIR Solutions, LLC, 115 W. Greenhill Cr, Broussard, LA 70518-7512 |
| cr | + | General Crude Oil Company, 2726 Bissonnet St. 240-50, Houston, TX 77005, UNITED STATES 77005-1319 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | + | Gulf South Services, P. O. Box 1987, Gray, LA 70359-1987 |
| cr | + | Gulfstream Services, Inc., 723 Point Street, Houma, LA 70360-4744 |
| cr | + | H.I.S. Fire & Safety Equipment, LLC, c/o Misty A. Segura, Spencer Fane, LLP, P.O. Box 368, Delcambre, LA 70528-0368 |
| cr | | Halliburton Energy Services, Inc., Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | Home Industry Disposal Company, Inc., 200 N. Saint Charles, Abbeville, LA 70510-5106 |
| cr | #+ | Island Operating Company, c/o Parkins & Rubio LLP, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736 |
| intp | + | J.M. Huber Corporation, c/o Armistead M. Long, Gordon Arata Montgomery Barnett, 1015 Saint John Street, Lafayete, LA 70501-6711 |
| sp | + | JONES WALKER LLP, c/o Mark A. Mintz, Esq., 201 St. Charles Avenue, 51st Floor, New Orleans, LA 70170-5100 |
| cr | + | Jeremy Fontenot, Gordon Arata - Attn: Armistead Long, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| op | + | Keller & Heckman, LLP, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564 |
| cr | + | Kilgore Marine Services, LLC, 200 Beaullieu Drive, Bldg. 8, Lafayette, LA 70508-7230 |
| intp | + | LLOX, LLC, Attn David Seay, Land Manager, 1001 Ochsner Blvd, Ste A, Covington, LA 70433-8163 |
| cr | + | Laborde Marine Management, LLC, 601 Poydras St., Suite 1725, New Orleans, LA 70130-6033 |
| cr | + | Liberty Mutual Insurance Company, 1001 Fourth Avenue, Ste. 3800, Seattle, WA 98154, UNITED STATES 98154-1125 |
| cr | + | Linear Controls, Inc., 107 Commission Boulevard, Lafayette, LA 70508-3514 |
| cr | + | Logic Control Systems, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | M&H Enterprises, Inc., 8319 Thora Ln Hngr A2, Spring, TX 77379-3153 |
| intp | + | McMoran Oil & Gas, LLC, Locke Lord LLP, Omer F. Kuebel, III, Philip G. Eisenberg, 601 Poydras St., Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Nationwide Mutual Insurance Company, 1100 Locust St. - Dept. 2006, Des Moines, IA 50391, UNITED STATES 50391-2006 |
| cr | + | Nicholas Miller, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Offshore Air & Refrigeration, Inc., 417 Shelly Drive, Lafayette, LA 70503-4437 |
| intp | + | PXP Producing Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Pelstar Mechanical Services, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | | Petro-Marine Underwriters, Inc., 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Petroleum Coordinators Inc., 219 Rue Fontaine, Lafayette, LA 70508-5742 |
| cr | + | Philadelphia Indemnity Insurance Company, Dry Law, PLLC, 909 18th Street, Plano, TX 75074-5830 |
| cr | | Poseidon Technology, LLC, 2117 Veterans Blvd. Ste. 421, Metairie, LA 70002 |
| cr | #+ | Precision Crane & Hydraulics, LLC, 11904 Hwy. 308, P.O. Box 1197, Larose, LA 70373-1197 |
| cr | + | Premium Oilfield Services LLC, Bradley Arant Boult Cummings LLP, c/o James Bailey, Esq, One Federal Place, 1819 5th Avenue N Birmingham, AL 35203-2120 |
| cr | + | Prime Energy Resources, LLC, Galoway Tompkins Burr & Smth, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010-3064 |
| cr | + | RCP Inc, 801 Louisiana St, Suite 200, Houston, TX 77002-4936 |
| cr | + | RigNet, Inc., c/o James E. Cuellar, 440 Louisiana, Suite 718, Houston, TX 77002-1058 |
| cr | + | Right Hand Oilfield Associates, LLC, 9264 Hwy 1, Lockport, LA 70374-4217 |
| cr | + | River Rental Tools, Inc., c/o Corey E. Dunbar, 8311 Highway 23, Belle Chasse, LA 70037-2606 |
| cr | + | SP 49 Pipeline LLC, c/o Byron McDonald, 2107 Research Forest Drive, Suite 250, The Woodlands, TX 77380-4169 |
| cr | + | Seatrax Services, Inc., c/o Timothy Thriffiley, 8311 HIghway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Services Archrock Partners Operating LLC and Archr, 9807 Katy Freeway, Ste. 100, Houston, TX 77024-1276 |
| cr | + | Shallow Draft Elevating Boats, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Shell Offshore Inc., c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Shell Trading (US) Company, c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |

Case 23-90324   Document 2462   Filed in TXSB on 05/14/25   Page 11 of 14

| District/off: 0541-4 | User: ADIuser | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: pdf002 | Total Noticed: 123 |

| | | |
|---|---|---|
| cr | + | Sirius America Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068-1644 |
| cr | + | Steel Service Oilfield Tubular, Inc., 8138 E. 63rd Street, Tulsa, OK 74133-1917 |
| cr | + | Tampnet Inc., 24275 Katy Freeway, Suite 525, Katy, TX 77494-7270 |
| cr | + | Targa LA Operating LLC, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Total Production Supply LLC, 121 Windfall Drive, Lafayette, LA 70508, UNITED STATES 70508-4484 |
| crcm | + | Turnkey Offshore Project Services, LLC, 8506 Shrimpers Row, Dulac, LA 70353-2206 |
| cr | + | VCG Energy Group, LLC, 201 W Vermilion St, #200, Lafayette, LA 70501-6847 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Vision Production Chemicals, L.L.C., 8910 Cordell Rd., Abbeville, LA 70510-2390 |
| cr | + | Westwind Helicopters, Inc., PO Box 929, Santa Fe, TX 77517-0929 |
| cr | + | c/o James Bailey,Esq TGS-NOPEC Geophysical Company, Bradley Arant Boult Cummings LLP, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 101

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | May 12 2025 20:19:38 | Camille M Shepherd, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| cr | | Email/Text: Customer.Bankruptcy@Archrock.com | May 12 2025 20:18:00 | Archrock Partners Operating LLC, 9807 Katy Frwy., Ste. 100, Houston, TX 77024 |
| intp | + | Email/Text: mbrimmage@akingump.com | May 12 2025 20:19:00 | Alvarez & Marsal North America, LLC, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: maci.sartain@anb.com | May 12 2025 20:19:00 | Amarillo National Bank, Box 1, Amarillo, TX 79105-0001 |
| cr | | Email/Text: toriet@broussardbrothers.com | May 12 2025 20:18:00 | Broussard Brothers, Inc., 501 South Main St., Abbeville, LA 70510 |
| cr | + | Email/Text: moses@carverdarden.com | May 12 2025 20:19:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2025 20:20:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: leif.simpson@datasite.com | May 12 2025 20:19:00 | Datasite LLC, 733 Marquette Avenue, Suite 600, Minneapolis, MN 55402 |
| intp | + | Email/Text: jsparacino@mckoolsmith.com | May 12 2025 20:19:00 | Deacon Investments LLC, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | | Email/Text: dgrzyb@csglaw.com | May 12 2025 20:19:00 | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068 |
| cr | + | Email/Text: jking@offermanking.com | May 12 2025 20:18:00 | Gulf Offshore Rentals, LLC, c/o James W. King, 6420 Wellington Pl, Beaumont, TX 77706-3206 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 12 2025 20:20:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: barnetbjr@msn.com | May 12 2025 20:20:00 | Houston Energy, LP, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | May 12 2025 20:20:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468, UNITED STATES 19468-4201 |
| cr | + | Email/Text: moses@carverdarden.com | May 12 2025 20:19:00 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o |

| District/off: 0541-4 | User: ADIuser | Page 4 of 6 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: pdf002 | Total Noticed: 123 |

| | | | | |
|---|---|---|---|---|
| | | | | Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| op | | Email/Text: EBN@primeclerk.com | May 12 2025 20:18:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | + | Email/Text: ljohnson@loopergoodwine.com | May 12 2025 20:19:00 | LLOG Exploration Offshore, L.L.C., c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J Goodwine, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| cr | + | Email/Text: David.Eastlake@gtlaw.com | May 12 2025 20:19:00 | Oceaneering International, Inc., c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Email/Text: bill.sheffield@otcompliance.com | May 12 2025 20:19:00 | Offshore Technical Compliance LLC, 72030 Live Oak St, Covington, LA 70433-8848 |
| acc | + | Email/Text: admin@tpswest.com | May 12 2025 20:19:00 | TPS-West, LLC, 10260 Westheimer Rd, Suite 210, Houston, TX 77042-3109 |
| intp | | ^ MEBN | May 12 2025 20:15:17 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | | ^ MEBN | May 12 2025 20:19:28 | United States of America, c/o U.S. Department of Justice, P.O. Box 875- Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Cox Operating L.L.C. |
| db | | Energy XXI GOM, LLC |
| db | | Energy XXI Gulf Coast, LLC |
| aty | | Stewart Robbins Brown & Altazan, LLC |
| tr | | Michael D Warner |
| tr | | Michael D Warner |
| cr | | A & H Armature Works, Inc. |
| cr | | Accu-Line Wireline |
| crcm | | Ad Hoc Committee of Statutory Lien Creditors |
| cr | | Aldonsa, Inc. d/b/a Oilfield Instrumentation USA |
| cr | | All Coast, LLC |
| cr | | Alliance Offshore, L.L.C. |
| intp | | Apache Corporation |
| cr | | Apache Shelf Exploration, LLC |
| cr | | Arena Energy LLC |
| cr | | Argonaut Insurance Company |
| intp | | BP Energy Company |
| intp | | BP Energy Company and BP Products North America In |
| cr | | Barry Graham Oil Service, LLC |
| cr | | Berkley Insurance Company |
| intp | | Bradley E. Cox |
| intp | | Burlington Resources Offshore, Inc., Locke Lord |
| cr | | Burner Fire Control, Inc., 1374 Petroleum Pkwy, Broussard |
| cr | | CIMA ENERGY, LP |
| cr | | CROSBY INDEPENDENT SCHOOL DISTRICT |
| intp | | Cardinal Slickline, LLC |
| cr | | Chevron Pipe Line Company |
| cr | | Chevron U.S.A. Inc. |
| intp | | ConocoPhillips Company |
| intp | | Cox Investment Partners, LP |

Case 23-90324   Document 2462   Filed in TXSB on 05/14/25   Page 13 of 14

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 5 of 6 |
| Date Rcvd: May 12, 2025 | Form ID: pdf002 | Total Noticed: 123 |

| | |
|---|---|
| intp | Cox Oil & Gas, LLC |
| intp | Cox Oil, LLC |
| cr | Crosby Energy Services, Inc. |
| cr | Cullen and Dykman LLP |
| cr | DLS, LLC |
| cr | Dauphin Island Gathering Partners and DCP Mobile B |
| intp | Dechert LLP |
| cr | Deltas Missys Supermarket, LLC (d/b/a Cypress Poin |
| cr | Devon Energy Corporation |
| cr | Diamond Tank Rental, LLC |
| cr | Diverse Safety and Scaffolding, L.L.C. |
| cr | Dynasty Energy Services, LLC |
| cr | EP Energy E&P Company, L.L.C. |
| intp | EP Northern Investments, LLC |
| cr | ES&H Production Group, L.L.C. |
| cr | EcoServe, L.L.C. |
| intp | Energy Transfer |
| intp | Eni Petroleum US LLC |
| cr | Enterprise Offshore Drilling |
| intp | Exxon Mobil Corporation |
| intp | Exxon Mobile Corporation |
| cr | Fab-Con, Inc. |
| intp | Fairfield Industries Incorporated |
| sp | Fishman Haygood, L.L.P. |
| intp | Flint River VPP II, LLC |
| cr | GOL, L.L.C. |
| cr | GOM Shelf LLC |
| cr | Gas Turbine Applications, Inc., c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | Grand Isle Shipyard, L.L.C. |
| cr | Guice Offshore, LLC |
| cr | Gulf Coast Marine Fabricators, Inc. |
| cr | Hanover Insurance Company |
| cr | Helix Well Ops, Inc. |
| fa | Huron Consulting Services LLC |
| cr | Jackie Lewis |
| intp | Jackson Walker LLP |
| intp | Kay McArdle |
| intp | Kenneth Franzheim II Managment Trust |
| intp | Keystone Chemical LLC |
| cr | Lakeway Associates II LLC |
| cr | Lakeway Associates LLC |
| cr | Leviathan Offshore, LLC |
| cr | Mack Steel & Supply, L.L.C. |
| cr | Mauricio Ferreyros |
| cr | NNW, Inc., 39289 Tommy Moore Road, Gonzales |
| cr | National Oilwell Varco, L.P. |
| intp | Natural Resources Worldwide, LLC |
| cr | Noble Energy, Inc. |
| intp | OSEGIK Investments LLC |
| cr | Offshore Liftboats, LLC |
| cr | Offshore Oil Services, Inc. |
| intp | Partco LLC |
| cr | Piranha Rentals, LLC |
| cr | Premier Offshore Catering Inc |
| cr | Pressure & Flow Control Solutions LLC (PetroQuip), 2878 Engineers Road, Belle Chasse |
| cr | Prime Energy Resources, LLC |
| cr | Quality Construction and Production, LLC |
| cr | Quality Energy Services, Inc. |
| cr | Quality Process Services, LLC |
| cr | Quality Production Management, LLC |
| intp | R&R Boats, Inc. |
| cr | REC Marine Logistics, LLC |
| cr | Ryan, LLC |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 6 of 6 |
| Date Rcvd: May 12, 2025 | Form ID: pdf002 | Total Noticed: 123 |

| | | |
|---|---|---|
| cr | | SEACOR Marine, LLC |
| intp | | Sea Robin Pipeline Company, LLC |
| cr | | Seneca Resources Company, LLC |
| cr | | Sparrows Offshore, LLC |
| intp | | Specialty Offshore, Inc. |
| intp | | Spectrum GOM Central LLC |
| intp | | Spectrum GOM East LLC |
| intp | | Spectrum GOM Non-Op LLC |
| intp | | Spectrum GOM West LLC |
| cr | | State of Louisiana, Department of Natural Resource |
| intp | | Stingray Pipeline Company L.L.C. |
| cr | | Swivel Rental & Supply, L.L.C. |
| cr | | Talos Energy Ventures, LLC |
| intp | | Talos Production LLC |
| intp | | Talos Resources LLC |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Thru Tubing Systems, Inc. |
| cr | | Tobias, Inc. |
| cr | | Travelers Casualty & Surety Company of America |
| intp | | Triton Gathering, LLC |
| cr | | Truist Insurance Holdings, Inc. |
| intp | | Trunkline Field Services LLC |
| intp | | USA Compression Partners, LLC |
| cr | | Union Oil Company of California |
| cr | | United States Fire Insurance Company |
| cr | | Unocal Pipeline Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | W-Industries of Louisiana, LLC |
| cr | | WELLS FARGO BANK NA |
| cr | | Westchester Fire Insurance Company |
| intp | | Westerngeco LLC |
| cr | | Whitco Pump & Equipment, LLC |
| cr | | Whitco Supply Co |
| intp | | XTO Offshore, Inc. |
| cr | ##+ | QuarterNorth Energy LLC and certain of its affilia, 3737 Buffalo Speedway, Ste. 800, Houston, TX 77098, UNITED STATES OF AMERICA 77098-3739 |

TOTAL: 129 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025                                Signature:        /s/Gustava Winters