**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

---

**NINTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JANUARY 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

---

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Ninth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending January 31, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order").  In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | Jan 1, 2025 through Jan 31, 2025 |
| Number Monthly Fee Statements: | Ninth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $216,810.00 |
| Total Interim Fees (80%) Requested | $173,448.00 |
| Total Expenses Requested | $4,214.56 |
| Total Interim Remuneration Requested (exclusive of holdback): | $177,662.56 |
| STATEMENT PERIOD SUMMARY FOR ATTORNEYS | |
| Total attorney fees requested in this statement: | $210,210.00 |
| Total actual attorney hours covered by this statement: | 386.70 |
| Average hourly rate for attorneys: | $500.34 |
| STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS | |
| Total paraprofessional fees requested in this statement: | $6,600.00 |
| Total actual paraprofessional hours covered by this statement: | 22 |
| Average hourly rate for paraprofessionals: | $300.00 |

> **In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1.       The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

| Professional | Title | Date Initial Bar License | Total Time | Blended Rate | Highest Rate | Total Amount Billed | Percentage Billed |
|---|---|---|---|---|---|---|---|
| Brandon A. Brown | Member | LA - 1998 | 28.20 | $616.67 | $650.00 | $17,365.00 | 8.01% |
| Brooke W. Altazan | Member | LA - 2009 | 23.20 | $517.19 | $550.00 | $11,960.00 | 5.52% |
| Kimberly A. Heard | Paralegal | N/A | 22.00 | $300.00 | $300.00 | $6,600.00 | 3.04% |
| Nicholas J. Smeltz | Associate | LA - 2019 | 19.90 | $408.82 | $450.00 | $8,025.00 | 3.70% |
| Paul D. Stewart, Jr. | Member | LA - 1996 | 136.50 | $615.85 | $650.00 | $85,265.00 | 39.33% |
| William S. Robbins | Member | LA - 1996 | 75.30 | $589.13 | $650.00 | $46,780.00 | 21.58% |
| Abigail W. Mock | Associate | LA - 2024 | 49.90 | $240.00 | $400.00 | $13,040.00 | 6.01% |
| Jamie D. Cangelosi | Of Counsel | LA - 2000 | 53.70 | $514.71 | $550.00 | $27,775.00 | 12.81% |
| Grand Total | | | 408.70 | $480.13 | $650.00 | $216,810.00 | 100.00% |

2.       The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

| Task | Total Time | Percent of Time | Total Amount | Percent of Amount |
|---|---|---|---|---|
| b110 Case Administration | 1.3 | 0.32% | $670.00 | 0.31% |
| b120 Asset Analysis and Recovery | 0.1 | 0.02% | $40.00 | 0.02% |
| b130 Asset Disposition | 328.5 | 80.38% | $176,715.00 | 81.51% |
| b140 Relief from Stay/Adequate Protection | 1.9 | 0.46% | $760.00 | 0.35% |
| b150 Meeting of and Comm with Creditors | 2.5 | 0.61% | $1,250.00 | 0.58% |
| b160 Fee/Employment Applications | 6.6 | 1.61% | $2,620.00 | 1.21% |
| b180 Avoidance Analysis | 0.2 | 0.05% | $130.00 | 0.06% |
| b190 Other Contested Matters | 52.2 | 12.77% | $25,890.00 | 11.94% |
| b210 Business Operations | 2.9 | 0.71% | $1,150.00 | 0.53% |
| b220 Employee Benefits/Pensions | 1.9 | 0.46% | $1,225.00 | 0.57% |
| b230 Financing Cash Collections | 9.9 | 2.42% | $5,940.00 | 2.74% |
| b310 Claims Administration and Objections | 0.7 | 0.17% | $420.00 | 0.19% |
| Grand Total | 408.7 | 100.00% | $216,810.00 | 100.00% |

3.      The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

| SUMMARY OF EXPENSES | |
| --- | --- |
| Expense Description | Expenses Amount |
| Copies | $1,609.20 |
| Pacer | $125.20 |
| Corporate Records | $1.00 |
| EDI Costs | $811.96 |
| Filing Fee | $338.00 |
| Work Travel | $416.60 |
| (blank) | $912.60 |
| Grand Total | $4,214.56 |

4.      SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.      Pursuant to the Interim Compensation Order, SRBA seeks payment of $177,662.56 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:        June 11, 2025              Respectfully Submitted,

                                        **STEWART ROBBINS BROWN
                                        & ALTAZAN, LLC**


                        By:    /s/Paul Douglas Stewart, Jr.
                               Paul Douglas Stewart, Jr. (La. Bar # 24661)
                               *Admitted to Southern District of Texas*
                               *(SDTX Federal No. 432642)*
                               dstewart@stewartrobbins.com
                               William S. Robbins (Tx. Bar # 24100894)
                               wrobbins@stewartrobbins.com
                               Brandon A. Brown (Tx. Bar # 24104237)
                               bbrown@stewartrobbins.com
                               Brooke W. Altazan (Tx. Bar # 24101002)
                               baltazan@stewartrobbins.com
                               301 Main Street, Suite 1640
                               Baton Rouge, LA 70801-0016
                               Telephone: (225) 231-9998
                               Facsimile: (225) 709-9467

                               *Counsel for Michael D. Warner,*
                               *Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – January 1, 2025 – January 31, 2025**



STEWART ROBBINS BROWN & ALTAZAN LLC

301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

May 21, 2025

File #:  119-001
Invoice #:      1647

**RE:** In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 1/1/2025 | Review correspondence from T. Bevolo re: CTG payment status | B130 | BAB | 0.10 | 60.00 |
| 1/2/2025 | review and analyze Devon / Chase Trust agreement and related correspondence; conference with Devon counsel regarding same; email from Chase regarding bank documents and account | B130 | WSR | 1.20 | 720.00 |
| 1/2/2025 | email to/from Mr. Zimmerman regarding Array / GOM NDA | B210 | WSR | 0.40 | 240.00 |
| 1/2/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related communications with Firm and client. | B130 | PDS | 3.10 | 1,860.00 |
| 1/2/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related communications with M. Warner and SRBA Team. | B130 | PDS | 1.30 | 780.00 |
| 1/2/2025 | Research, revise motion to relinquish, terminate, and abandon. | B130 | JDC | 0.20 | 100.00 |
| 1/2/2025 | Revise motion to abandon naked title retained under sale to NRW (2.3); review and research cases supporting abandonment in light of Midlantic (2.6) | B130 | BAB | 4.90 | 2,940.00 |
| 1/2/2025 | Prepare for and participate in telephone conference with counsel for Devon re: account possibly subject to trust agreement (0.6); analyze issues raised by Devon counsel and path moving forward (0.5) | B130 | BAB | 1.10 | 660.00 |
| 1/2/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related communications with M. Warner, SRBA Team, and E. Poitevent. | B130 | PDS | 2.20 | 1,320.00 |
| 1/2/2025 | Correspondence from A. Carr re: document retention | B130 | BWA | 0.10 | 50.00 |
| 1/2/2025 | Revising Trustee's Motion to Abandon and Relinquish | B130 | AWM | 3.00 | 600.00 |
| 1/3/2025 | Receipt of R. Dykes final activity report for December; update payable spreadsheet; email to B. Dassa re same. | B210 | KAH | 0.20 | 60.00 |
| 1/3/2025 | Receipt of invoices; prepare January payables spreadsheet. | B210 | KAH | 0.20 | 60.00 |
| 1/3/2025 | Review orders granting SRBA fee app and Trustee fee app; update payables spreadsheet. | B160 | KAH | 0.20 | 60.00 |
| 1/3/2025 | Attention to supplemental document production from A&M; download same. | B190 | KAH | 0.40 | 120.00 |

| Date | Description | Code | Init. | Hours | Amount |
|---|---|---|---|---|---|
| 1/3/2025 | emails and analysis regarding MT Abandon NRW interests (.5); Telephone conference with Mr. Dykes regarding NRW / Array / Vendor issues (.3) | B130 | WSR | 0.80 | 480.00 |
| 1/3/2025 | Review and analyze Ryan NDA redlines (1.20); Review and analyze GOM Shelf NDA redlines (1.0) | B190 | BWA | 2.20 | 1,100.00 |
| 1/3/2025 | Research, revise motion to relinquish, terminate, and abandon. | B130 | JDC | 3.70 | 1,850.00 |
| 1/3/2025 | Further research re: abandonment in light of Midlantic and cases supporting same (2.7); review of and revisions to latest drafts of motion to abandon (2.6) | B130 | BAB | 5.30 | 3,180.00 |
| 1/3/2025 | Analyze affect of Array purchase on abandonment motion and proof issues relating to same | B130 | BAB | 0.80 | 480.00 |
| 1/3/2025 | Revising Trustee's Motion to Abandon and Relinquish t | B130 | AWM | 4.60 | 920.00 |
| 1/4/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related communications with M. Warner and W. Robbins. | B130 | PDS | 3.10 | 1,860.00 |
| 1/4/2025 | Correspondence from FileLink re: monthly invoice | B210 | BWA | 0.10 | 50.00 |
| 1/6/2025 | Review payables specifically related to storage; emails re same. | B210 | KAH | 0.20 | 60.00 |
| 1/6/2025 | Manage efforts re Miller v. Cox litigation and Trustee's response to discovery. | B190 | PDS | 0.10 | 60.00 |
| 1/6/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related Proposed Order and exhibits; and related communications with M. Warner, B. Brown, W. Robbins, and A. Mock. | B130 | PDS | 5.30 | 3,180.00 |
| 1/6/2025 | revising correspondence to Nicholas Miller counsel re 30(b)(6) deposition | B190 | NJS | 0.20 | 80.00 |
| 1/6/2025 | email to N. Walden and J. Morris (FBI) re asset recovery petition status | B120 | NJS | 0.10 | 40.00 |
| 1/6/2025 | draft and revise certificate of no objection to TPS West first interim fee application; revise proposed order to same | B160 | NJS | 0.30 | 120.00 |
| 1/6/2025 | circulating certificate of no objection to TPS West fee application, redlined and clean orders granting same to R. Anderson (TPS) | B160 | NJS | 0.20 | 80.00 |
| 1/6/2025 | circulating certificate of no objection to TPS West fee application to trustee | B160 | NJS | 0.10 | 40.00 |
| 1/6/2025 | Review and revise Motion to Abadon mere legal title for NRW assets (2.5); revising asset list for Motion to Abandon (1.7) | B130 | WSR | 4.20 | 2,520.00 |
| 1/6/2025 | Communication with A. Carr re: abandoned equipment | B130 | BWA | 0.20 | 100.00 |
| 1/6/2025 | Communication with M. Bishop (GOM Shelf) re: NDA (.20); Attention to settlement check for DOI (.30) | B190 | BWA | 0.50 | 250.00 |
| 1/6/2025 | Attention to potential Hidden Assets employment | B160 | BWA | 0.10 | 50.00 |
| 1/6/2025 | Analyzing documents from NRW PSA and creating exhibit for Trustee's Motion to Abandon and Relinquish | B130 | AWM | 3.50 | 700.00 |
| 1/6/2025 | Revise Trustee's Motion to Abandon and Relinquish (3.0); Revise Trustee's Proposed Order (.9) | B130 | AWM | 3.90 | 780.00 |

| 1/6/2025 | Follow up on third party document productions in response to subpoenas; related communications with J. Ormiston (1); review and analyze debtors' documents and emails, third party document productions (3.3); prepare for discovery conference with B. York (.2). | B130 | JDC | 4.50 | 2,250.00 |
|---|---|---|---|---|---|
| 1/6/2025 | Review and revise latest drafts of motion to abandon legal title to NRW leases | B130 | BAB | 1.40 | 840.00 |
| 1/6/2025 | Review and revise letter to counsel for N. Miller re: discovery issues | B190 | BAB | 0.50 | 300.00 |
| 1/6/2025 | communication with R. Dykes re decommissioning orders | B130 | PDS | 0.10 | 60.00 |
| 1/6/2025 | Attention to storage invoices | B210 | BWA | 0.70 | 350.00 |
| 1/7/2025 | Finalize certificate of no objection and order granting TPS fee application. | B160 | KAH | 0.20 | 60.00 |
| 1/7/2025 | Receipt of email requesting W-2; follow up emails concerning procedure for same. | B210 | KAH | 0.20 | 60.00 |
| 1/7/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related order (3.3) and related communications with M. Warner (.4). | B130 | PDS | 3.70 | 2,220.00 |
| 1/7/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related communications with M. Warner. | B130 | PDS | 1.30 | 780.00 |
| 1/7/2025 | email to B. Altazan re employment application status | B160 | NJS | 0.20 | 80.00 |
| 1/7/2025 | Review/analyze order approving SRBA employment | B160 | NJS | 0.10 | 40.00 |
| 1/7/2025 | draft and revise notice of rate increase | B160 | NJS | 0.70 | 280.00 |
| 1/7/2025 | Attention to and analysis of potentially hiring Hidden Assets | B160 | BWA | 0.30 | 150.00 |
| 1/7/2025 | Analysis of and communication with GOM Shelf and Ryan re: NDA redlines | B190 | BWA | 1.20 | 600.00 |
| 1/7/2025 | Analyzing A&M email production | B130 | AWM | 0.90 | 180.00 |
| 1/7/2025 | Revising Trustee's Motion to Authority to Abandon and Relinquish | B130 | AWM | 1.80 | 360.00 |
| 1/7/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 3.20 | 1,600.00 |
| 1/7/2025 | Review of latest version of letter to counsel for PI claimant re: discovery | B190 | BAB | 0.30 | 180.00 |
| 1/7/2025 | Document searches re NRW per J. Cangelosi request. | B130 | KAH | 0.40 | 120.00 |
| 1/7/2025 | Review Devon Bond issues (.4); review and analyze requested revisions to NDA from multiple parties (.5); review and analyze possible sale prospects and required pleadings (.8); emails and review of lien search (.5) | B130 | WSR | 2.20 | 1,320.00 |
| 1/8/2025 | Attention to emails from Mimecast export and transfer to Everlaw. | B190 | KAH | 0.60 | 180.00 |
| 1/8/2025 | review of, and comments and revisions to, MT Relinquish and Abandon and related communications with M. Warner and Chambers. | B130 | PDS | 3.40 | 2,040.00 |
| 1/8/2025 | review of, and comments and revisions to, Notice of Abandonment and Notice of Rejection and related communications with M. Warner and W. Robbins. | B130 | PDS | 0.90 | 540.00 |

| Date | Description | Code | Initials | Hours | Amount |
|------|-------------|------|----------|-------|--------|
| 1/8/2025 | Draft/revise 1.8.2025 Notice of Abandonment and related exhibit and related communications with W. Robbins, A. Mick, and M. Warner. | B130 | PDS | 1.30 | 780.00 |
| 1/8/2025 | multiple communications with Team and opposing attorneys re subpoena. | B190 | PDS | 0.60 | 360.00 |
| 1/8/2025 | communication with Opportune re subpoenas. | B190 | PDS | 0.40 | 240.00 |
| 1/8/2025 | circulating proposed correspondence to Miller counsel re corporate deposition and recommendation re same | B190 | NJS | 0.70 | 280.00 |
| 1/8/2025 | draft and revise motion to quash and motion for protective order from deposition notice | B190 | NJS | 2.90 | 1,160.00 |
| 1/8/2025 | discussions with B. Brown re deposition notice and motion to quash issues | B190 | NJS | 0.20 | 80.00 |
| 1/8/2025 | phone call with M. Warner and B. Brown re corporate deposition notice and motion to quash issues | B190 | NJS | 0.20 | 80.00 |
| 1/8/2025 | email to C. Sonnier re corporate deposition notice issues | B190 | NJS | 0.10 | 40.00 |
| 1/8/2025 | phone call with C. Sonnier re corporate deposition notice issues | B190 | NJS | 0.10 | 40.00 |
| 1/8/2025 | circulating correspondence to N. Blanda (Nicholas Miller) re corporate deposition notice | B190 | NJS | 0.10 | 40.00 |
| 1/8/2025 | Communication with Veritrust re: equipment destruction | B130 | BWA | 0.10 | 50.00 |
| 1/8/2025 | Tc with Trustee regarding pending issues (.3); review / revise Notice of Abandonment (1.8); review various NDA issues (.5); review various oil and gas interests for abandonment (.9) | B130 | WSR | 3.50 | 2,100.00 |
| 1/8/2025 | Analyzing A&M email production | B130 | AWM | 4.60 | 920.00 |
| 1/8/2025 | Executing list of all state leases for abandonment motion (2.0); Updating ROWs/RUEs/Wells spreadsheet with the leases abandoned on 1.8.25 (.4) | B130 | AWM | 2.40 | 480.00 |
| 1/8/2025 | Communications with client re: discovery letter, possible involvement of bankruptcy court (0.5); analyze need for bankruptcy court involvement and avenues for same (0.6) | B190 | BAB | 1.10 | 660.00 |
| 1/8/2025 | Emails with M. Borror re: holdback issues | B220 | BAB | 0.20 | 120.00 |
| 1/8/2025 | Communications with N. Blanda re: deposition issues | B190 | BAB | 0.30 | 180.00 |
| 1/8/2025 | Receipt and review of OG TPS west fee app | B160 | BAB | 0.10 | 60.00 |
| 1/8/2025 | Attention to GOM NDA issues, communication with counsel and Trustee re: same (.80); Attention to Ryan NDA issues, communication with counsel re: same (.40) | B150 | BWA | 2.50 | 1,250.00 |
| 1/8/2025 | Attention to Dallas office documents | B130 | BWA | 0.30 | 150.00 |
| 1/8/2025 | Review and analyze debtors' documents and emails, third party document productions (4.3), related communications with E. Iannoti re: Moelis document production (.3), B. York re: NRW discovery responses, production (.4) | B130 | JDC | 5.30 | 2,650.00 |
| 1/8/2025 | Attention to emergency motion issues and logistics | B130 | BWA | 1.30 | 650.00 |
| 1/9/2025 | Prepare Notice of Hearing for MT Relinquish and Abandon | B190 | KAH | 0.30 | 90.00 |
| 1/9/2025 | Finalize Notice of Rate Increase; emails related to same. | B160 | KAH | 0.20 | 60.00 |

| Date | Description | Code | Initials | Hours | Amount |
|------|-------------|------|----------|-------|--------|
| 1/9/2025 | communication with interested parties re MT Relinquish and Abandon (.1); communication with B. Kadden re NRW assets (.1); communication with R. Shadduck and A. Greenbaum re MT Relinquish and Abandon (.5); communication with R. Kuebel re MT Relinquish and Abandon (.5) prepare for upcoming hearing on relinquishment and abandonment (2.5). | B130 | PDS | 3.70 | 2,220.00 |
| 1/9/2025 | Prepare for and attend conference call re turnover and 2004 issues with M. Warner and K. Elmer. | B190 | PDS | 1.10 | 660.00 |
| 1/9/2025 | draft and revise motion for clarification of stipulation providing Miller relief from the automatic stay | B140 | NJS | 1.90 | 760.00 |
| 1/9/2025 | directions to paralegal re filing and serving notice of rate increase | B160 | NJS | 0.20 | 80.00 |
| 1/9/2025 | Draft Notice of Abandonment | B130 | AWM | 0.30 | 60.00 |
| 1/9/2025 | Communication with special purpose counsel and Trustee re: Dallas office/documents (.50); Communication with GOM counsel re: NDA, analysis of same (.40) | B110 | BWA | 0.90 | 450.00 |
| 1/9/2025 | review and analysis of NRW / Abandonment pleadings and issues | B130 | WSR | 1.50 | 900.00 |
| 1/9/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 1.60 | 800.00 |
| 1/10/2025 | communication with A. Mock, R. Dykes, and M. Warner re next notice of abandonment (.1); communication with L. Phillips (.2), W. Robbins (.4) and M. Warner (.3) re carve-out with Lenders; communication with R. Kuebel re predecessor interest in NRW assets (1.2); . | B130 | PDS | 2.20 | 1,320.00 |
| 1/10/2025 | communication with B. Barriere and M. Warner re Underwriters' waiver of subrogation to Lenders. | B190 | PDS | 0.40 | 240.00 |
| 1/10/2025 | continue drafting/revising motion for clarification of miller stipulation | B190 | NJS | 2.20 | 880.00 |
| 1/10/2025 | Attention to carve out issues (1.5); attention to asset / purchase issues (.4); emails to/from W&T (.3); review various reports from Mr. Dykes (.5); emails to/from Trustee (.3); email to DIP Lender counsel regarding AFE request (.3) | B130 | WSR | 3.30 | 1,980.00 |
| 1/10/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 2.10 | 1,050.00 |
| 1/13/2025 | Receipt of invoices and activity reports for January payables; update spreadsheet. | B160 | KAH | 0.30 | 90.00 |
| 1/13/2025 | Analysis of MP72 and 73 to respond to AXIP inquiries | B130 | NJS | 1.10 | 440.00 |
| 1/13/2025 | communication with M. Warner re NRW ownership issues and analysis of same (1.4); communication with R. Dykes re relinquishment and abandonment motion (.2); communication with B. Kadden re relinquishment and abandonment motion (.3); communication with M. Bishop re same (.1); communication with Interior re same (.1); | B130 | PDS | 1.80 | 1,080.00 |
| 1/13/2025 | Correspondence from Kroll re: destruction of physical files | B130 | BWA | 0.10 | 50.00 |
| 1/13/2025 | Review and analyze abandonment and NRW issues (.8); emails regarding asset issues (.3); emails to/from Mr. Dyles (.3); emails to/from W&T Counsel (.2) | B130 | WSR | 1.60 | 960.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 1/13/2025 | Emails with M. Borror re: holdback processing status, needs moving forward | B130 | BAB | 0.30 | 180.00 |
| 1/13/2025 | Analyzing A&M email production re NRW. | B130 | AWM | 2.90 | 580.00 |
| 1/13/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 4.20 | 2,100.00 |
| 1/14/2025 | Preparation for hearing on MT relinquish and abandon (3.0) and related communications with M. Warner (.2), Interior (.6) and R. Dykes (.5); analysis of discovery issues relating to MT relinquish and abandon and related communications with litigation team (1.7); communication with A. Mendez re settlement of MT relinquish and abandon (.2). | B130 | PDS | 6.20 | 3,720.00 |
| 1/14/2025 | continue drafting/revising motion to clarify stipulation with N. Miller modifying automatic stay | B190 | NJS | 3.70 | 1,480.00 |
| 1/14/2025 | Review/analyze W&T sale order to determine disposition of assets inquired about by AXIP | B130 | NJS | 0.50 | 200.00 |
| 1/14/2025 | Analysis of Kroll's email re: destruction of physical files | B130 | BWA | 0.90 | 450.00 |
| 1/14/2025 | Communications with R. Dykes re Notice of Abandonment | B130 | AWM | 0.20 | 40.00 |
| 1/14/2025 | Conducting Secretary of State business search on opposing party | B130 | AWM | 0.30 | 60.00 |
| 1/14/2025 | Draft witness and exhibit list for Trustee's emergency motion to relinquish and abandon, research and analyze evidentiary issues. | B130 | JDC | 5.40 | 2,700.00 |
| 1/14/2025 | Communications with N. Blanda re: letter on 30b6 deposition notice | B190 | BAB | 0.30 | 180.00 |
| 1/14/2025 | Review information/claims data provided by Kroll in anticipation of their destruction of documents. | B130 | KAH | 0.20 | 60.00 |
| 1/14/2025 | Prepare subpoena to NRW; telephone calls with process servers re service of same. | B130 | KAH | 0.60 | 180.00 |
| 1/14/2025 | Review relinquish/abandon motion for exhibits for hearing; pull exhibits. | B130 | KAH | 0.40 | 120.00 |
| 1/14/2025 | Pull additional documents as possible exhibits for hearing on abandonment motion. | B130 | KAH | 0.70 | 210.00 |
| 1/14/2025 | Conducting research re NRW motion | B130 | AWM | 0.40 | 80.00 |
| 1/14/2025 | Communication with Mr. Dykes regarding NRW and other issues (.4); emails and review of materials from W&T (.8); forward lien search information (.2); teleconference with W&T regarding purchase (.3); analysis of NRW assets without burdens (.5); follow up teleconference with Mr. Dykes (.2); analysis of asset sale issues and email to trustee regarding same (2.2); response to VESCO attorney (.2); review JPMorgan/Chase response to turnover (.5) | B130 | WSR | 5.80 | 3,480.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 1/15/2025 | Teams call with J. Ormiston, M. Bishop and W. Robbins re GOM Shelf opposition to relinquishment and abandonment and related communications with M. Warner (1.3); preparation for and attendance on call with NRW and counsel re potential settlement options and plan moving forward (2.1); communication with L. Phillips, M. Warner, and M. Jones re Highlander Energy XXI deal (.8); calll with R. Kuebel re predecessors' issues relating to relinquishment (.5). | B130 | PDS | 5.70 | 3,420.00 |
| 1/15/2025 | conference with GOM Shelf counsel regarding emergency motion (.5); analysis of related issues (.7); tc with Matt Jones and review of proposed agreement (.5); analysis of carveout issues(.3); conference with NRW counsel and principal regarding emergency motion (.8); analysis of motion / abandonment issues (2.7) | B130 | WSR | 5.50 | 3,300.00 |
| 1/15/2025 | Revise witness and exhibit list for Trustee's emergency motion to relinquish and abandon (.3); review and analyze debtors' documents and emails, third party document productions, related communications with K. Saindon re: A&M document production (1.7). | B130 | JDC | 2.00 | 1,000.00 |
| 1/15/2025 | Prepare for and participate in telephone conference with PI counsel for N. Miller re: discovery issues (0.9); communication with client re: same (0.1) | B190 | BAB | 1.00 | 600.00 |
| 1/15/2025 | Telephone conference with S. Thomas re: Genesis admin claim (0.2); receipt and review of motion to withdraw same (0.2); review filed notice of withdrawal (0.1); communication to client re: same (0.2) | B310 | BAB | 0.70 | 420.00 |
| 1/15/2025 | email to S. Seilheimer (AXIP) re asset abandonment | B130 | NJS | 0.30 | 120.00 |
| 1/15/2025 | phone call with B. Brown and N. Blanda (Miller counsel) re discovery for Mr. Miller's district court suit | B190 | NJS | 0.30 | 120.00 |
| 1/15/2025 | email to M. Warner re discussions with Miller counsel concerning discovery for district court suit | B190 | NJS | 0.20 | 80.00 |
| 1/15/2025 | Receipt of A&M native data emails; download and storage of same. | B130 | KAH | 0.20 | 60.00 |
| 1/15/2025 | Continue pulling possible pleadings/documents to be used as exhibits for MT Relinquish/Abandon hearing; emails related to same. | B130 | KAH | 0.40 | 120.00 |
| 1/15/2025 | Attention to CIMA document production | B130 | KAH | 0.20 | 60.00 |
| 1/15/2025 | Conducting research re NRW motion | B130 | AWM | 3.20 | 640.00 |
| 1/16/2025 | Gathering employee information for other Cox litigation. | B190 | KAH | 0.60 | 180.00 |
| 1/16/2025 | Attention to proposed carveout arrangement with Lenders and related communications with L. Phillips and M. Warner. | B230 | PDS | 1.20 | 720.00 |
| 1/16/2025 | Call with R. Chaddick and A. Greenbaum re relinquishment motion (.3) communication with T. Thriffiley re sale of assets in QB (.1); | B130 | PDS | 0.30 | 180.00 |
| 1/16/2025 | communication with A. Lowe re discovery information assistance. | B190 | PDS | 0.10 | 60.00 |
| 1/16/2025 | Attention to state court litigation discovery requests | B190 | BWA | 0.30 | 150.00 |

| Date | Description | Code | Init | Hours | Amount |
|------|-------------|------|------|-------|--------|
| 1/16/2025 | Review and analysis of proposed Highland Group insurance settlement (2.6); tc with Matt Jones, counsel for Highland Group (.2); revising insurance settlement agreement (1.2); tc with Trustee regarding same (.3); receive/review various NDA request issues (.5); tc with and emails from Mr. Dykes regarding pending issues (.3) | B130 | WSR | 5.70 | 3,420.00 |
| 1/16/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 0.50 | 250.00 |
| 1/16/2025 | communication with D. Stewart re discovery sought in district court cases | B190 | NJS | 0.40 | 160.00 |
| 1/16/2025 | Review/analyze dockets for district court cases where discovery is sought | B190 | NJS | 0.90 | 360.00 |
| 1/16/2025 | Communication with counsel re: GOM NDA, analysis of issues (.70); Communication with J. Bailey re: TGS NDA redlines, analysis of same (.90); Analysis of Kroll destruction request (.20) | B190 | BWA | 1.80 | 900.00 |
| 1/16/2025 | Communications with counsel for Cox in Miller suit re: status of discovery | B190 | BAB | 0.70 | 420.00 |
| 1/16/2025 | phone call with K. Thompson (Hidden Assets) re employment application | B160 | NJS | 0.20 | 80.00 |
| 1/17/2025 | analysis of potential litigation asset owned by non-debtor subsidiary Energy XX1 Onshore, review of related pleadings, extensive negotiations with Lenders and M. Jones, multiple calls with M. Warner, and preparation of Chapter 7 filing. | B130 | PDS | 8.20 | 4,920.00 |
| 1/17/2025 | Attention to CIMA Supplemental Doc Production; upload to Everlaw | B190 | KAH | 0.30 | 90.00 |
| 1/17/2025 | Analysis of EXXI Onshore proposed Highlander Agreement issues; analysis of EXXI Onshore corporate issues (3.2); drafting Amended and Restated Operating Agreement (2.0); drafting LLC consent to file Ch 7 (.5) | B130 | WSR | 5.70 | 3,420.00 |
| 1/17/2025 | Emails from Mr. Dykes regarding various issues; email to/from W&T; tc with Trustee regarding same | B130 | WSR | 0.70 | 420.00 |
| 1/17/2025 | comparison of executed and unexecuted confidentiality agreement by GOM Shelf | B190 | NJS | 0.50 | 200.00 |
| 1/17/2025 | Communication with GOM counsel re: NDA and document access, communication with paralegal and IT re: login credentials (1.30); Communication with Veritrust (.20) | B190 | BWA | 1.50 | 750.00 |
| 1/19/2025 | review of, and comments and revisions to, revised stipulation with Lenders re carveout and application of funds. | B230 | PDS | 3.50 | 2,100.00 |
| 1/19/2025 | Emails with client re: N. Miller litigation and discussion needs relating to same | B190 | BAB | 0.20 | 120.00 |
| 1/20/2025 | Attention to January payables; update spreadsheet. | B210 | KAH | 0.20 | 60.00 |
| 1/20/2025 | Draft Notice of Appearance for PDS in Energy XXI Onshore | B190 | KAH | 0.20 | 60.00 |
| 1/20/2025 | review of, and comments and revisions to, proposed Lender stip and multiple related communications with M. Warner. | B230 | PDS | 5.20 | 3,120.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 1/20/2025 | Attention to NRW document production; work with IT to download same; upload to Everlaw. | B130 | KAH | 0.70 | 210.00 |
| 1/20/2025 | Providing document access to M. Bishop; multiple emails related to same. | B190 | KAH | 0.30 | 90.00 |
| 1/20/2025 | Analysis of ownership of leases and wells relating to Hedron casualty and related communications with M. Warner and M. Bergeron (1.3); analysis of Ida claims and related communications with Lenders and M. Warner (.5); conference call re Hedron settlement (1.0); | B190 | PDS | 2.80 | 1,680.00 |
| 1/20/2025 | Communication with GOM counsel and IT re: document access | B190 | BWA | 0.80 | 400.00 |
| 1/21/2025 | review various asset sale issues (.6); conference with W&T regarding pending purchases (.3); emails regarding EXXI Onshore issues (.3) | B130 | WSR | 1.20 | 720.00 |
| 1/21/2025 | Revising Exhibit A to Trustee's Notice of Abandonment of State Leases | B130 | AWM | 2.30 | 460.00 |
| 1/21/2025 | Review and analyze debtors' documents and emails, third party document productions | B130 | JDC | 2.50 | 1,250.00 |
| 1/21/2025 | Correspondence from TGS counsel re: NDA | B190 | BWA | 0.10 | 50.00 |
| 1/21/2025 | Conducting research on 11 USC 541 relating to NRW motion | B130 | AWM | 0.30 | 60.00 |
| 1/22/2025 | attend scheduled call to discuss N. Miller matter with B. Borwn | B190 | NJS | 0.40 | 180.00 |
| 1/22/2025 | Review purchase status (.2); email regarding W&T issues (.2); review boarding agreement (.4); emails regarding NRW discovery issues (.5); emails from EXXI trustee (.2) | B130 | WSR | 1.50 | 975.00 |
| 1/22/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 3.80 | 2,090.00 |
| 1/22/2025 | Review of documents produced by NRW, Array, and CIMA in preparation for upcoming hearing on relinquishment and abandonment. | B130 | PDS | 3.30 | 2,145.00 |
| 1/22/2025 | Analysis of proposed Hedron settlement and related carveout for estate and contingency fee calculations and multiple related communications with M. Warner, B. Barriere, and L. Phillips. | B130 | PDS | 5.90 | 3,835.00 |
| 1/22/2025 | Communications with M. Warner re: Miller litigation and need to discuss discovery issues | B190 | BAB | 0.50 | 325.00 |
| 1/22/2025 | Emails with M. Borror re: status of 401k winddown (0.2); review and analyze documentary attachments outlining needs to terminate plan (0.8) | B220 | BAB | 1.00 | 650.00 |
| 1/22/2025 | Conducting research on 11 USC 541 relating to NRW motion (4.9); Drafting research memo re same | B130 | AWM | 7.40 | 2,960.00 |
| 1/22/2025 | Editing Exhibit A to Trustee's Notice of Abandonment of State Leases | B130 | AWM | 0.40 | 160.00 |
| 1/23/2025 | Emails and analysis regarding asset sale and carveout issues (.5); review and analyze possible NRW stipulation / settlement / continuance (1.8); review and analyze records request from TGS (.4) | B130 | WSR | 0.00 | 0.00 |

| 1/23/2025 | Review and analyze debtors' documents and emails, third party document productions (1); draft stipulation re: abandonment motion (4.1). | B130 | JDC | 5.10 | 2,805.00 |
|---|---|---|---|---|---|
| 1/23/2025 | review of, and comments and revisions to, tri-party settlement agreement and related communications with M. Warner and Fishman team (.9) preparation for upcoming hearing on relinquishment and abandonment and related communications with A. Mendez, J. Cangelosi, and M. Warner (2.4); communication with B. Barriere and L. Philips re Hedron settlement statement (.3); conference call with M. Warner and Fishman team re tri-party agreement and related communications with B. Barriere and L. Phillips (1.4); communication with Interior re Relinquishment and Abandonment Motion (.1); review of, and comments and revisions to, proposed NRW stipulation and related communications with A. Mendez, R. Kuebel, J. Cangelosi and W. Robbins (2.5). | B130 | PDS | 7.60 | 4,940.00 |
| 1/23/2025 | Review request from litigant to obtain records from estate, begin analysis of issues relating to same | B190 | BAB | 0.50 | 325.00 |
| 1/23/2025 | Communication with J. Bailey (TGS) re: NDA and document access, analysis of same | B190 | BWA | 0.30 | 165.00 |
| 1/24/2025 | Attention to payables; update spreadsheet. | B210 | KAH | 0.10 | 30.00 |
| 1/24/2025 | Preparing exhibits for Relinquish/Abandon motion hearing; multiple emails re same | B190 | KAH | 0.70 | 210.00 |
| 1/24/2025 | Analysis of NRW stipulation issues (1.2)); review / revise proposed stipulation / continuance (1.3); review and analyze GOM Shelf issues and assets / ownership lists (1.0); conference with GOM Shelf counsel regarding same (.4); email to Trustee regarding pending issues (.3); tc and email with Mr. Dykes regarding pending issues (.3) | B130 | WSR | 4.10 | 2,665.00 |
| 1/24/2025 | Review and analyze debtors' documents and emails, third party document productions, communications with B. York re: deficient production (3.2); revise witness and exhibit list, stipulation for abandonment motion (.3). | B130 | JDC | 3.50 | 1,925.00 |
| 1/24/2025 | review of, and comments and revisions to, Hedron settlement agreement and related communications with M. Warner and M. Bergeron. | B190 | PDS | 1.50 | 975.00 |
| 1/24/2025 | Draft/revise proposed settlement with NRW and related communications with M. Warner, A. Mendez, R. Lamb, and R. Kubel. | B130 | PDS | 5.80 | 3,770.00 |
| 1/25/2025 | Prepare for upcoming hearing on relinquishment and abandonment and revisions to witness and exhibit list and related communications with M. Warner and R. Dykes. | B130 | PDS | 4.20 | 2,730.00 |
| 1/25/2025 | Attention to TGS NDA redlines | B190 | BWA | 0.20 | 110.00 |
| 1/26/2025 | Review and revise witness and exhibit list, prepare for upcoming hearing on relinquishment and abandonment and related communications with M. Warner (8.9); review of, and comments and revisions to, updated settlement package from Fishman re Hedron suit and related communications with Fishman and M. Warner (.8). | B130 | PDS | 9.70 | 6,305.00 |
| 1/26/2025 | Communication with J. Bailey and TGS team re: scheduling NDA call | B190 | BWA | 0.30 | 165.00 |

| 1/27/2025 | Review/analyze NRW objection to Trustee's abandonment motion | B130 | NJS | 0.20 | 90.00 |
|---|---|---|---|---|---|
| 1/27/2025 | Conducting research on abandonment of estate property | B130 | AWM | 0.80 | 320.00 |
| 1/27/2025 | Review and analyze various evidenciary and other issues arising in NRW hearing (3.8); email to/from W&T Counsel (.3); review USA, GOM Shelf, NRW and MacMoRan objections to abandonment (1.5); tc with counsel for GOM Shelf (.2); review and analyze abandonment and other Midlantic issues (1.8); tc with Mr. Dykes regarding motion issues (.3) | B130 | WSR | 7.80 | 5,070.00 |
| 1/27/2025 | Review and analyze debtors' documents and emails, third party document productions. | B130 | JDC | 1.60 | 880.00 |
| 1/27/2025 | Review, revise and finalize witness and exhibit list (3.5), prepare for upcoming hearing on relinquishment and abandonment (5.4) and related communications with M. Warner (1.1); R. Kuebel (.6); R. Lamb (.1), R. Dykes (.8). | B130 | PDS | 11.50 | 7,475.00 |
| 1/27/2025 | Prepare for and partcipate in telephone conference with counsel for TGS re: document availability, analyze issues arising from request, telephone conference with P Scharf re: same, review documents on underlying suit provided by Scharf | B190 | BAB | 1.80 | 1,170.00 |
| 1/27/2025 | Assist with preparation for hearing on motion to abandon remaining legal title over NRW leases (0.8), review and analysis of GOM Shelf opposition (0.5); NRW opposition to same (0.6); USA objection (0,8) | B130 | BAB | 2.70 | 1,755.00 |
| 1/27/2025 | Revisions to Witness/Exhibit List; preparing exhibits. | B130 | KAH | 1.80 | 540.00 |
| 1/27/2025 | Preparing exhibit binders and hearing pleadings. | B130 | KAH | 4.20 | 1,260.00 |
| 1/27/2025 | Conducting research on evidentiary issues relating to NRW motion. | B130 | AWM | 6.70 | 2,680.00 |
| 1/27/2025 | Telephone conference and email communication with TGS counsel re: NDA issues, analysis of same (.90); Communication with A. Carr re: GOM Shelf NDA and document access request (.30); Communication with Kroll re: destruction (.10) | B190 | BWA | 1.30 | 715.00 |
| 1/27/2025 | Analyze exhibit redaction issue | B130 | BWA | 0.80 | 440.00 |
| 1/28/2025 | Attend hearing on MT Relinquish and Abandon to assist with exhibits. | B190 | KAH | 3.80 | 1,140.00 |
| 1/28/2025 | Emails with PI counsel re: N. Miller discovery issues, email to client re: same | B190 | BAB | 0.30 | 195.00 |
| 1/28/2025 | Travel to/from hearing on MT Abandon (9); conferences and analysis regarding hearing issues (2); attend hearing (4) (1/2 travel) | B130 | WSR | 10.50 | 6,825.00 |
| 1/28/2025 | Communication with GOM shelf re: additional credentials, analysis of same | B190 | BWA | 0.60 | 330.00 |
| 1/28/2025 | Prepare for and attend hearing on relinquishment and abandonment in Houston (1/2 travel). | B130 | PDS | 10.50 | 6,825.00 |
| 1/29/2025 | Revisions to November invoice. | B160 | KAH | 0.70 | 210.00 |
| 1/29/2025 | Review and analyze debtors' documents and emails, third party document productions, summarize findings. | B130 | JDC | 4.50 | 2,475.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 1/29/2025 | Analysis of potential employment of additional professionals | B160 | BWA | 0.60 | 330.00 |
| 1/29/2025 | communication with R. Dykes re decommissioning orders (.1); multiple communications with M. Warner re strategy moving forward with NRW and other issues (1.4); communication with R. Kuebel re NRW settlement options (.6); planning and strategy regarding course forward for NRW - US negotiations and abandonment (2.3). | B130 | PDS | 4.40 | 2,860.00 |
| 1/29/2025 | Telephone conference with M. Warner re: 401k winddown issues, emails with M. Borror re: same | B220 | BAB | 0.50 | 325.00 |
| 1/29/2025 | Prepare transcript order; make arrangements for same; emails to/from court reporter. | B130 | KAH | 0.30 | 90.00 |
| 1/29/2025 | Review Chevron bond demand letters (.4); review and analyze Devon Bond issues (.5); review and analyze Spectrum collection offer (.5); review NRW document demand (.3); emails from W&T Counsel (.3); email and analysis regarding same (.4); email and analysis regarding various other document requests (.4). | B130 | WSR | 2.50 | 1,625.00 |
| 1/29/2025 | Communication with Kroll and Trustee re: Kroll's request to destroy (1.10); Analysis of NRW's request for documents and proposed NDA (.30); Communication with GOM re: additional credentials, analysis of same (.50); Communication with A. Carr re: requests for access (.50) | B190 | BWA | 2.40 | 1,320.00 |
| 1/30/2025 | Continued revisions to November invoice. | B160 | KAH | 0.90 | 270.00 |
| 1/30/2025 | email to B. Altazan and D. Stewart re employment of personnel to pursue unclaimed assets | B160 | NJS | 0.10 | 45.00 |
| 1/30/2025 | discussion with W. Robbins re employment of personnel to pursue unclaimed assets | B160 | NJS | 0.10 | 45.00 |
| 1/30/2025 | zoom call with D. Stewart, and B. Altazan re Hidden Assets employment and non-testifying expert for special counsel | B160 | NJS | 0.30 | 135.00 |
| 1/30/2025 | prepare for call with D. Stewart and B. Altazan re employment of Hidden Assets and expert | B160 | NJS | 0.20 | 90.00 |
| 1/30/2025 | Analysis of potential employment of additional professionals | B160 | BWA | 0.30 | 165.00 |
| 1/30/2025 | Email to Kroll re: specifics of documents they seek to destroy | B110 | BWA | 0.10 | 55.00 |
| 1/30/2025 | Telephone call with Talos regarding SL release; telephone call with W&T regarding sale issues and other pending pipeline issues (.7); review and analyze Winkler / Spectrum collection issue and teleconference with Mr. Dykes regarding same (2.5); email to Mr. Warner regarding same (.4); consider carveout issues (.6) | B130 | WSR | 4.20 | 2,730.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 1/30/2025 | communication with B. Barriere and M. Warner re NRW and Hedron issues (1.8); communication with L. Phillips re Lenders' stipulation and other issues (.5); communication with N. Smeltz and B. Altazan re various employment issues (.4); communication with M. Warner and W. Robbins re Stone Pigman files and potential assets therein (.4);communication with B. Dassa re NRW funds (.1); review of, and comments and revisions to, Hedron scheduling order and related communications with B. Barriere and M. Warner (.3); | B190 | PDS | 2.50 | 1,625.00 |
| 1/30/2025 | Communication with R. Kuebel re NRW resolution | B130 | PDS | 0.20 | 130.00 |
| 1/31/2025 | Preparing spreadsheet of outstanding payables and professional fees for B. Dassa | B210 | KAH | 0.60 | 180.00 |
| 1/31/2025 | tc with Spectrum regarding collection and other case issues (.3); tc with Army Long regarding property for purchase and other issues (.2); consider tax sale issues (.4); consider lien issues for EXXI Onshore (.3); emails to/from Trustee regarding NRW issues (.2) | B130 | WSR | 1.40 | 910.00 |
| 1/31/2025 | Attention to and communication with GOM counsel re: document access | B110 | BWA | 0.30 | 165.00 |
| 1/31/2025 | communication with M. Warner re potential chapter 5 COA. | B180 | PDS | 0.20 | 130.00 |
| 1/31/2025 | Emails with M. Borror re: 401k plan winddown status | B220 | BAB | 0.20 | 130.00 |
| 1/31/2025 | Telephone conferences with client, R. Dykes, C. Sonnier re: Miller suit, discovery issues | B190 | BAB | 1.40 | 910.00 |
| 1/31/2025 | Telephone calls with Jefferson Parish Sheriff's Office and City of Grand Isle re Energy XXI Onshore bankruptcy/stay in place prohibiting tax sales; correspondence to both regarding same; emails with W. Robbins re same. | B130 | KAH | 0.50 | 150.00 |
| | **Total** | | | 408.70 | $216,810.00 |

## FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 136.50 | 624.65 | 85,265.00 |
| WSR | William S. Robbins | 75.30 | 621.25 | 46,780.00 |
| AWM | Abigail W. Mock | 49.90 | 261.32 | 13,040.00 |
| BAB | Brandon A. Brown | 28.20 | 615.78 | 17,365.00 |
| BWA | Brooke W. Altazan | 23.20 | 515.52 | 11,960.00 |
| JDC | Jamie D. Cangelosi | 53.70 | 517.23 | 27,775.00 |
| KAH | Kimberly A. Heard | 22.00 | 300.00 | 6,600.00 |
| NJS | Nicholas J. Smeltz | 19.90 | 403.27 | 8,025.00 |

## TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 1.30 | 515.38 | 670.00 |
| B120 | Asset Analysis and Recovery | 0.10 | 400.00 | 40.00 |
| B130 | Asset Disposition | 328.50 | 537.95 | 176,715.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.90 | 400.00 | 760.00 |
| B150 | Meetings of and Communications with Creditors | 2.50 | 500.00 | 1,250.00 |
| B160 | Fee/Employment Applications | 6.60 | 396.97 | 2,620.00 |
| B180 | Avoidance Action Analysis | 0.20 | 650.00 | 130.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 52.20 | 495.98 | 25,890.00 |
| B210 | Business Operations | 2.90 | 396.55 | 1,150.00 |
| B220 | Employee Benefits/Pensions | 1.90 | 644.74 | 1,225.00 |
| B230 | Financing/Cash Collections | 9.90 | 600.00 | 5,940.00 |
| B310 | Claims Administration and Objections | 0.70 | 600.00 | 420.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| 1/14/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 1/17/2025 | Filing fee | 338.00 |
| 1/29/2025 | Mileage to/from Houston and parking to SDTX Courthouse for 1/27/2025 hearing in Cox | 416.60 |
| 1/29/2025 | Transcript of hearing re: Trustee's Motion to Relinquish and Abandon | 912.60 |
| 1/31/2025 | Copies for January 2025 | 1,609.20 |
| 1/31/2025 | Everlaw for January 2025 | 107.00 |
| 1/31/2025 | Everlaw-ECA for January 2025 | 29.96 |
| 1/31/2025 | Pacer for January 2025 | 125.20 |
| 1/31/2025 | Project manager time | 450.00 |
| 1/31/2025 | Project manager time | 225.00 |
| | **Total DISBURSEMENTS** | **$4,214.56** |

## PAYMENTS

| Date | Description | Amount |
|---|---|---|
| 5/14/2025 | Wire from MLCJR LLC | 800,000.00 |
| | **Total PAYMENTS** | **$800,000.00** |

| | | |
|---|---|---|
| | New Charges | $221,024.56 |

| | |
|---|---:|
| Previous Balance | $1,204,581.38 |
| Payments | -$800,000.00 |
| **Balance Forward** | **$404,581.38** |
| | |
| **Balance Due** | **$625,605.94** |

## Trust Statement

| Date | Description | Receipts |
|---|---|---|
| 4/2/2025 | Williams Companies and its subsidiaries, including Discovery Gas Transmission | 33,700.00 |
| | Settlement of Williams Companies and its subsidiaries, including Discovery Gas Transmission | |
| | **Total** | **$33,700.00** |
| | | |
| | **Trust Balance** | **$33,700.00** |