UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | ) ) ) | Case No. 23-90324 (CML) |
| Debtors | ) ) ) ) | Jointly Administered |

**ELEVENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING JANUARY 31, 2025 BY TPS-WEST, LLC AS ACCOUNTANTS TO THE TRUSTEE**

TPS-West, LLC ("TPS"), accountants for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Tenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending January 31, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, TPS respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1. TPS respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by TPS on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | TPS-West, LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's Accountant |
| Date of Retention: | March 5, 2024 |
| Period Covered by this Statement: | Jan 1, 2025 through Jan 31, 2025 |
| Number Monthly Fee Statements: | Eleventh |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $2,917.00 |
| Total Interim Fees (80%) Requested | $2,333.60 |
| Total Expenses Requested | $79.94 |
| Total Interim Remuneration Requested (exclusive of holdback): | $2,413.54 |

> **In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

2. The following chart presents certain information regarding the TPS professionals whose work on these chapter 7 cases compensation is sought in this Fee Statement:

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 0.10 | $0.00 | $0.00 |
| Natalie S. Hinson | 8.00 | $170.00 | $1,360.00 |
| Natalie S. Hinson | 0.40 | $0.00 | $0.00 |
| Richard P. Anderson | 3.90 | $330.00 | $1,287.00 |
| Richard P. Anderson | 0.20 | $0.00 | $0.00 |

3. TPS' invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering accounting services to the Trustee and (b) disbursements made or

incurred by TPS in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

4. Pursuant to the Interim Compensation Order, TPS seeks payment of $2,413.54 from the Trustee for the Statement Period, representing (a) 80% of TPS's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

5. Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. TPS reserves the right to seek allowance of such fees and expenses not included herein.

Dated: June 11, 2025

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: /s/Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
Brandon A. Brown (Tx. Bar # 24104237)
bbrown@stewartrobbins.com
Brooke W. Altazan (Tx. Bar # 24101002)
baltazan@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for Michael D. Warner,*
*Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – Jam 1, 2025 – Jan 31, 2025**

TPS-West, LLC  
Certified Public Accountants  
10260 Westheimer Rd., Suite 210  
Houston, TX 77042

Invoice submitted to:  
MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)  
c/o Michael D. Warner, Chapter 7  
Bankruptcy Trustee  
700 Louisiana Street  
Suite 4500  
Houston, TX 77002

February 12, 2025

Invoice #4032

Professional Services

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | **Federal Income Taxes** | | |
| 1/6/2025 | RPA | Email exchange with Michael Warner regarding status of 2023 filing. | 0.20 $330.00/hr | $66.00 |
| 1/15/2025 | NH | Save original signature pages received from the Trustee. | 0.10 | NO CHARGE |
| | NH | Email correspondence with R. Anderson re: trustee approval to file 2023 Form 1065 along with the 505(b) request. | 0.10 $170.00/hr | $17.00 |
| | NH | Prepare 2023 Form 1065 K-1 partner copies (78 pages). | 0.30 $170.00/hr | $51.00 |
| | NH | Prepare 2023 Form 1065 tax packet for mailing to the IRS (131 pages). | 0.40 $170.00/hr | $68.00 |
| | NH | Prepare 2023 Form 1065 505(b) packet for mailing to IRS Centralized Insolvency Unit (265 pages). | 0.60 $170.00/hr | $102.00 |
| | RPA | Email to Mike Warner regarding 1099 filing for 2024. | 0.30 $330.00/hr | $99.00 |
| | RPA | Email exchange with M. Warner regarding filing status and Brent Barriere response to the tax review. | 0.50 $330.00/hr | $165.00 |
| 1/17/2025 | NH | Email correspondence re: 2023 Form 1065 K-1 delivery method confirmation to partners; update case file on same. | 0.20 $170.00/hr | $34.00 |
| | NH | Prepare packets re: 2023 Form 1065 to IRS filed original and 2023 Form 1065 505(b) package to IRS Centralized Insolvency; go the post office on same. | 0.50 $170.00/hr | $85.00 |
| 1/20/2025 | RPA | Communication with Mike Warner and his office regarding payments disbursed that should go on form 1099. | 0.80 $330.00/hr | $264.00 |
| 1/21/2025 | RPA | Email exchange confirming filing of 2023 tax forms. | 0.80 $330.00/hr | $264.00 |
| | | SUBTOTAL: | [ 4.80 | $1,215.00] |
| | | **Payroll , Wage Reporting or Contract Labor Reporting** | | |
| 1/13/2025 | NH | Meet with R. Anderson re: status of 2024 1099 preparation/confirmation that all records have been received from the successor trustee. | 0.20 $170.00/hr | $34.00 |
| 1/14/2025 | NH | Cox Operating LLC: Update 1099 software re: 2024 data for contract employees received to date . | 1.00 $170.00/hr | $170.00 |
| 1/17/2025 | RPA | Review of tax package before mailing.  Email with Whitley Penn regarding K1s. | 0.80 $330.00/hr | $264.00 |
| 1/22/2025 | NH | Examine Form 2 reports from both Trustees in 2024; confirm items to be included for 1099 processing; request W-9's for same. | 2.20 $170.00/hr | $374.00 |
| 1/27/2025 | NH | Update 2024 1099 worksheet with items received from the successor Trustee; reconcile same with existing data. | 1.80 $170.00/hr | $306.00 |
| 1/28/2025 | NH | Complete data set re: 2024 1099 preparation. | 0.60 $170.00/hr | $102.00 |

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                              Page  2

|            |      |                                                                                           | Hrs/Rate        | Amount      |
|------------|------|-------------------------------------------------------------------------------------------|-----------------|-------------|
| 1/29/2025  | RPA  | Review 2024 1099 forms.                                                                   | 0.50 $330.00/hr | $165.00     |
| 1/30/2025  | NH   | E-file 2024 1099s.                                                                        | 0.10 $170.00/hr | $17.00      |
|            |      | SUBTOTAL:                                                                                 | [ 7.20          | $1,432.00]  |

TPSW Fee Application

|            |      |                                                                                                                         | Hrs/Rate        | Amount      |
|------------|------|-------------------------------------------------------------------------------------------------------------------------|-----------------|-------------|
| 1/6/2025   | JLC  | Review CNO provided by Trustee's counsel prior to filing.                                                               | 0.20 $300.00/hr | $60.00      |
|            | RPA  | Email regarding fee application holdback approval CNO filing.                                                           | 0.20            | NO CHARGE   |
| 1/7/2025   | NH   | Save Certification of No Objection re: TPS-West First Interim Fee Application.                                          | 0.10            | NO CHARGE   |
| 1/9/2025   | NH   | Review/save order approving First Interim fee application for TPS-West.                                                 | 0.20            | NO CHARGE   |
| 1/15/2025  | JLC  | Circulate December 2024 Invoice with supplemental schedule to D Stewart and K Heard for changes/approval.               | 0.10            | NO CHARGE   |
|            | JLC  | Prepare / format December 2024 billing                                                                                  | 0.40 $300.00/hr | $120.00     |
|            | JLC  | Prepare summary time-task schedule to accompany fee application filing (at counsel's request).                          | 0.30 $300.00/hr | $90.00      |
|            |      | SUBTOTAL:                                                                                                               | [ 1.50          | $270.00]    |
|            |      | For professional services rendered                                                                                      | 13.50           | $2,917.00   |

Additional Charges :

Copy Expense

|            |      |                                         |        | Amount   |
|------------|------|-----------------------------------------|--------|----------|
| 1/2/2025   | NH   | Monthly Copy Count - December 2024      |        | $3.20    |
|            |      | SUBTOTAL:                               | [      | $3.20]   |

Other Expenses

|            |      |                                         |        | Amount   |
|------------|------|-----------------------------------------|--------|----------|
| 1/30/2025  | NH   | 2024 Filing/mailing fee re: 9 Form 1099s. |      | $41.69   |
|            |      | SUBTOTAL:                               | [      | $41.69]  |

Postage

|            |      |                                                                                         |        | Amount   |
|------------|------|-----------------------------------------------------------------------------------------|--------|----------|
| 1/17/2025  | NH   | Mail 2023 Form 1065 to IRS file copy to Ogden via Priority mail.                        |        | $16.35   |
|            | NH   | Mail 2023 Form 1065 505(b) Request to IRS Centralized Insolvency Unit via Priority mail.|        | $18.70   |
|            |      | SUBTOTAL:                                                                               | [      | $35.05]  |
|            |      | Total costs                                                                             |        | $79.94   |
|            |      | Total amount of this bill                                                               |        | $2,996.94|
|            |      | Balance due                                                                             |        | $2,996.94|

User Summary

| Name            | Hours | Rate    | Amount  |
|-----------------|-------|---------|---------|
| James L. Clarke | 0.90  | $300.00 | $270.00 |

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                          Page  3

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 0.10 | $0.00 | $0.00 |
| Natalie S. Hinson | 8.00 | $170.00 | $1,360.00 |
| Natalie S. Hinson | 0.40 | $0.00 | $0.00 |
| Richard P. Anderson | 3.90 | $330.00 | $1,287.00 |
| Richard P. Anderson | 0.20 | $0.00 | $0.00 |