UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | * | Chapter 7 |
| | * | |
| **MLCJR LLC,** *et al.*, | * | Case No. 23-90324 (CML) |
| Debtors, | * | |
| | * | (Jointly Administered) |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF APPROVAL OF ASSIGNMENTS AS OF JUNE 18, 2025 PER JOINT STIPULATION AND AGREED ORDER [DKT. 2411]

Natural Resources Worldwide LLC ("NRW") respectfully submits this Notice of Approval of Assignments as of June 18, 2025 in accordance with the Joint Stipulation and Agreed Order [Dkt. 2411], representing as follows:

1. On March 21, 2025, the Court signed the Joint Stipulation And Agreed Order [Dkt. 2411] (the "Agreed Order").

2. Among other things, the Agreed Order provided that NRW was to file a notice of each approved assignment within 91 days of the entry of the Agreed Order. Dkt. 2411 at ¶ 1(b). This filing is being made within the 91 day timeframe contemplated by the Agreed Order.

3. NRW hereby gives notice that, as of June 18, 2025, assignments to NRW of the following federal leases (and related Wells, Operations Wells, Equipment, and Pipeline) listed and described in Exhibit 2 to the Agreed Order have been approved by the United States Department of the Interior, Bureau of Ocean Energy Management:

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| EUGENE ISLAND 361 | EI 360 | OCS-G 02323 | 100.000% | 77.080% | 5000 acres | No Restrictions | 3/26/2025 | Ex. 1 |
| EUGENE ISLAND 361 | EI 361 | OCS-G 02324 | 87.64706% RT | 73.03925% | 5000 acres | No Restrictions | 3/31/2025 | Ex. 2 |
| EUGENE ISLAND 361 | EI 361 | OCS-G 02324 | 87.640% Op Rights | 73.03925% | 5000 acres | All of Block 361, Eugene Island Area, South Addition, from 5,220' SSTVD to 99,999' SSTVD. | 3/31/2025 | Ex. 2 |
| GRAND ISLE 43 | GI 32 | OCS 00174 | 25.000% | 21.875% | 2500 acres | S1/2, GI 32 | 4/9/2025 | Ex. 3 |
| GRAND ISLE 43 | GI 32 | OCS 00174 | 25.000% | 21.875% | 2500 acres | S1/2 of Block 32, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/9/2025 | Ex. 3 |
| GRAND ISLE 43 | GI 32 | OCS 00174 | 25.000% | 21.875% | 2500 acres | S1/2 of Block 32, Grand Isle Area, from 12,756' TVDSS to 18,000' subsea (TVDS). | 4/9/2025 | Ex. 3 |
| GRAND ISLE 43 | GI 39 | OCS 00126 | 25.000% | 21.875% | 2500 acres | El/2, GI 39 | 3/26/2025 | Ex. 4 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | GI 39 | OCS 00126 | 25.000% | 21.875% | 2500 acres | El/2 of Block 39, Grand Isle Area from 18,000' feet TVDS to 99,999'TVDS. | 3/26/2025 | Ex. 4 |
| GRAND ISLE 43 | GI 39 | OCS 00126 | 25.000% | 21.875% | 2500 acres | El/2 of Block 39, Grand Isle Area from 12,256' TVDSS to 18,000' TVDSS. | 3/26/2025 | Ex. 4 |
| GRAND ISLE 43 | GI 39 | OCS 00127 | 25.000% | 21.875% | 2500 acres | Wl/2, GI 39 | 3/31/2025 | Ex. 5 |
| GRAND ISLE 43 | GI 39 | OCS 00127 | 25.000% | 21.875% | 2500 acres | Wl/2 of Block 39, Grand Isle Area, from 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 3/31/2025 | Ex. 5 |
| GRAND ISLE 43 | GI 39 | OCS 00127 | 25.000% | 21.875% | 2500 acres | Wl/2 of Block 39, Grand Isle Area, from 12,256 feet SSTVD to 18,000 feet subsea (TVDS). | 3/31/2025 | Ex. 5 |
| GRAND ISLE 43 | GI 40 | OCS 00128 | 25.000% | 21.875% | 5000 acres | All of Block, GI 40 | 4/3/2025 | Ex. 6 |
| GRAND ISLE 43 | GI 40 | OCS 00128 | 25.000% | 21.875% | 5000 acres | All of Block 40, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/3/2025 | Ex. 6 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | GI 40 | OCS 00128 | 25.000% | 21.875% | 5000 acres | All of Block 40, Grand Isle Area, 12'469' TVDSS TO 18,000' TVD | 4/3/2025 | Ex. 6 |
| GRAND ISLE 43 | GI 41 | OCS 00129 | 25.000% | 21.875% | 2500 acres | El/2, GI 41 | 4/4/2025 | Ex. 7 |
| GRAND ISLE 43 | GI 41 | OCS 00129 | 25.000% | 21.875% | 2500 acres | El/2 of Block 41, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/4/2025 | Ex. 7 |
| GRAND ISLE 43 | GI 41 | OCS 00129 | 25.000% | 21.875% | 2500 acres | El/2 of Block 41, Grand Isle Area, from 14,123' TVDSS to 18,000' subsea (TVDS) | 4/2/2025 | Ex. 7 |
| GRAND ISLE 43 | GI 41 | OCS 00130 | 25.000% | 21.875% | 2500 acres | Wl/2, GI 41 | 3/31/2025 | Ex. 8 |
| GRAND ISLE 43 | GI 41 | OCS 00130 | 25.000% | 21.875% | 2500 acres | Wl/2 of Block 41, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 3/31/2025 | Ex. 8 |
| GRAND ISLE 43 | GI 41 | OCS 00130 | 25.000% | 21.875% | 2500 acres | Wl/2 ofBlock 41, Grand Isle Area, from 14,123' SSTVD to 18,000 feet subsea (TVDS). | 3/31/2025 | Ex. 8 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | GI 42 | OCS 00131 | 25.000% | 21.875% | 5000 acres | All of Block, GI 42 | 4/8/2025 | Ex. 9 |
| GRAND ISLE 43 | GI 42 | OCS 00131 | 25.000% | 21.875% | 5000 acres | All of Block 42, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/8/2025 | Ex. 9 |
| GRAND ISLE 43 | GI 42 | OCS 00131 | 25.000% | 21.875% | 5000 acres | All of Block 42, Grand Isle Area, from 12,504' SSTVD to 18,000' SSTVD. | 4/8/2025 | Ex. 9 |
| GRAND ISLE 43 | GI 43 | OCS 00175 | 25.000% | 21.875% | 5000 acres | All of Block, GI 43 | 4/9/2025 | Ex. 10 |
| GRAND ISLE 43 | GI 43 | OCS 00175 | 25.000% | 21.875% | 5000 acres | All of Block 43, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/9/2025 | Ex. 10 |
| GRAND ISLE 43 | GI 43 | OCS 00175 | 25.000% | 21.875% | 5000 acres | All of Block 43, Grand Isle Area, from 12,830' SSTVD to 18 | 4/9/2025 | Ex. 10 |
| GRAND ISLE 43 | GI 44 | OCS 00176 | 25.000% | 21.875% | 2500 acres | Nl/2, GI 44 | 4/9/2025 | Ex. 11 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | GI 44 | OCS 00176 | 25.000% | 21.875% | 2500 acres | Nl/2 of Block 44, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/9/2025 | Ex. 11 |
| GRAND ISLE 43 | GI 44 | OCS 00176 | 25.000% | 21.875% | 2500 acres | Nl/2 of Block 44, Grand Isle Area, from 13,102' subsea (TVDS) to 18,000' subsea {TVDS). | 4/9/2025 | Ex. 11 |
| GRAND ISLE 43 | GI 46 | OCS 00132 | 25.000% | 21.875% | 5000 acres | All of Block, GI 46 | 4/8/2025 | Ex. 12 |
| GRAND ISLE 43 | GI 46 | OCS 00132 | 25.000% | 21.875% | 5000 acres | All of Block 46, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea {TVDS). | 4/8/2025 | Ex. 12 |
| GRAND ISLE 43 | GI 46 | OCS 00132 | 25.000% | 21.875% | 5000 acres | All of Block 46, Grand Isle Area, from 12,792' SSTVD to 18,000' subsea (TVDS]. | 4/8/2025 | Ex. 12 |
| GRAND ISLE 43 | GI 47 | OCS 00133 | 25.000% | 21.875% | 5000 acres | All of Block, GI 47 | 3/31/2025 | Ex. 13 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | GI 47 | OCS 00133 | 25.000% | 21.875% | 5000 acres | All of Block 47, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS] to 99,999 feet subsea (TVDS). | 3/31/2025 | Ex. 13 |
| GRAND ISLE 43 | GI 47 | OCS 00133 | 25.000% | 21.875% | 5000 acres | All of Block 47, Grand Isle Area, from 15,742' TVDSS to 18,000' subsea (TVDS) | 3/31/2025 | Ex. 13 |
| GRAND ISLE 43 | GI 48 | OCS 00134 | 25.000% | 21.875% | 5000 acres | All of Block, GI 48 | 4/8/2025 | Ex. 14 |
| GRAND ISLE 43 | GI 48 | OCS 00134 | 25.000% | 21.875% | 5000 acres | All of Block 48, Grand Isle Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/8/2025 | Ex. 14 |
| GRAND ISLE 43 | GI 48 | OCS 00134 | 25.000% | 21.875% | 5000 acres | All of Block 48, Grand Island Area, from 16,812' TVDSS to 18,000' subsea (TVDS) | 4/8/2025 | Ex. 14 |
| GRAND ISLE 43 | GI 52 | OCS 00177 | 25.000% | 21.875% | 2500 acres | Nl/2, GI 52 | 4/9/2025 | Ex. 15 |
| GRAND ISLE 43 | GI 52 | OCS 00177 | 25.000% | 21.875% | 2500 acres | Nl/2 of Block 52, Grand Isle Area, as to all depths below 17,651feet TVDSS down to 99,999 feet TVDSS. | 4/9/2025 | Ex. 15 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | WD 67 | OCS 00179 | 25.000% | 21.875% | 2500 acres | S1/2, WD 67 | 4/10/2025 | Ex. 16 |
| GRAND ISLE 43 | WD 67 | OCS 00179 | 25.000% | 21.875% | 2500 acres | S1/2 of Block 67, West Delta Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/10/2025 | Ex. 16 |
| GRAND ISLE 43 | WD 67 | OCS 00179 | 25.000% | 21.875% | 2500 acres | S1/2 of Block 67, West Delta Area, from 11,650' TVDSS to 18,000' subsea (TVDS) | 4/10/2025 | Ex. 16 |
| GRAND ISLE 43 | WD 68 | OCS 00180 | 25.000% | 21.875% | 1833 acres | S1/2, WD68 | 4/9/2025 | Ex. 17 |
| GRAND ISLE 43 | WD 68 | OCS 00180 | 25.000% | 21.875% | 1833 acres | S1/2 of Block 68, West Delta Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/9/2025 | Ex. 17 |
| GRAND ISLE 43 | WD 68 | OCS 00180 | 25.000% | 21.875% | 1833 acres | S1/2 of Block 68, west Delta Area. from 13,225' TVDSS to 18,000' subsea (TVDS) | 4/9/2025 | Ex. 17 |
| GRAND ISLE 43 | WD 69 | OCS 00181 | 25.000% | 21.875% | 3665 acres | All of Block, WD 69 | 4/10/2025 | Ex. 18 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | WD 69 | OCS 00181 | 25.000% | 21.875% | 3665 acres | All of Block 69, West Delta Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18.000 feet subsea [TVDS) to 99,999 feet subsea [TVDS). | 4/10/2025 | Ex. 18 |
| GRAND ISLE 43 | WD 69 | OCS 00181 | 25.000% | 21.875% | 3665 acres | All of Block 69, West Delta Area, from 13,102' TVDSS to 18,000' (TVDS) | 4/10/2025 | Ex. 18 |
| GRAND ISLE 43 | WD 70 | OCS 00182 | 25.000% | 21.875% | 5000 acres | All of Block, WD 70 | 4/9/2025 | Ex. 19 |
| GRAND ISLE 43 | WD 70 | OCS 00182 | 25.000% | 21.875% | 5000 acres | All of Block 70, West Delta Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/9/2025 | Ex. 19 |
| GRAND ISLE 43 | WD 70 | OCS 00182 | 25.000% | 21.875% | 5000 acres | All of Block 70, West Delta Area, from 13.182' TVDSS to 18,000' subsea (TVDS) | 4/9/2025 | Ex.19 |
| GRAND ISLE 43 | WD 71 | OCS 00838 | 25.000% | 21.875% | 5000 acres | All of Block, WD 71 | 4/11/2025 | Ex. 20 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | WD 71 | OCS 00838 | 25.000% | 21.875% | 5000 acres | All of Block 71, West Delta Area, INSOFAR AND ONLY INSOFAR as the said lease covers and affects depths below 18,000 feet subsea (TVDS) to 99,999 feet subsea (TVDS). | 4/11/2025 | Ex. 20 |
| GRAND ISLE 43 | WD 71 | OCS 00838 | 25.000% | 21.875% | 5000 acres | All of Block 71, West Delta Area, from 13,357' SSTVD to 18,000' SSTVD. | 4/11/2025 | Ex. 20 |
| GRAND ISLE 43 | WD 94 | OCS 00839 | 25.000% | 21.875% | 5000 acres | All of Block, WD 94 | 4/11/2025 | Ex. 21 |
| GRAND ISLE 43 | WD 94 | OCS 00839 | 25.000% | 21.875% | 5000 acres | All of Block 94, West Delta Area, from 13,159' SSTVD to 99,999' SSTVD. | 4/11/2025 | Ex. 21 |
| GRAND ISLE 43 | WD 95 | OCS-G 01497 | 25.000% | 21.875% | 5000 acres | All of Block, WD 95 | 4/10/2025 | Ex. 22 |
| GRAND ISLE 43 | WD 95 | OCS-G 01497 | 25.000% | 21.875% | 5000 acres | All of Block 95, West Delta Area, INSOFAR AND ONLY INSOFAR AS said lease covers the S1/2SE1/4; S1/2N1/2SE1/4; SE1/4SW1/4; S1/2SW1/4SW1/4 of Block 95, West Delta Area, limited in depth from the surface of the Earth down to and including 7,369' subsea. | 4/10/2025 | Ex. 22 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| GRAND ISLE 43 | WD 95 | OCS-G 01497 | 25.000% | 21.875% | 5000 acres | Nl/2; N1/2N1/2SE1/4; N1/2SW1/4; N1/2SW1/4SW1/4 of Block 95, West Delta Area, from 13,601' SSTVD to 99,999' SSTVD. | 4/10/2025 | Ex. 22 |
| GRAND ISLE 43 | WD 96 | OCS-G 01498 | 25.000% | 21.875% | 3665 acres | All of Block, WD 96 | 4/9/2025 | Ex. 23 |
| GRAND ISLE 43 | WD 96 | OCS-G 01498 | 25.000% | 21.875% | 3665 acres | INSOFAR AND ONLY INSORFAR as the lease covers the all of Block 96, OCS-G01498, West Delta Area, as to all depths below 18,000 (SSTVD) down to 99,999 (SSTVD). | 4/9/2025 | Ex. 23 |
| GRAND ISLE 43 | WD 96 | OCS-G 01498 | 25.000% | 21.875% | 3665 acres | All of Block, West Delta Area, from 13,399' SSTVD to 18,000' SSTVD. | 4/9/2025 | Ex. 23 |
| Main Pass 296 | MP 296 | OCS-G 01673 | 50.0000% RT | 43.75000% | Entire Block, 4560.81 Acres | No Restrictions | 5/2/2025 | Ex. 24 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| Main Pass 296 | MP 296 | OCS-G 01673 | 50.0000% Op Right | 27.77778% | Entire Block, 4560.81 Acres | All of Block 296 Main Pass Area, South and East Additions, from 7,542' SSTVD to 9,500' SSTVD  All of Block 296 Main Pass Area, South and East Additions, as to those depths below 9,500' SSTVD down to 99,999' SSTVD | 5/2/2025 | Ex. 24 |
| Main Pass 311 | MP 311 | OCS-G 02213 | 50.00% RT 50.00% OP Rights | 41.67% | Entire Block, 4999.96 Acres | 50% (11,020-12,000 feet) | 4/18/2025 | Ex. 25 |
| Main Pass 311 | MP 311 | OCS-G 02213 | 50.00% RT 33.33333% Op Rights | 27.77778% | Entire Block, 4999.96 Acres | 33 1/3 % (below 12,000 feet) | 4/18/2025 | Ex. 25 |
| Ship Shoal 227 | SS 227 | OCS-G 12951 | 39.062% RT 25% OP | 32.240% | 5000 acres | 25% op rights below 15001' TVD | 4/11/2025 | Ex. 26 |
| S MARSH ISL 115 | SM 90 | OCS-G 08684 | 100.000% | 83.333% | 5000 acres | No Restrictions | 3/26/2025 | Ex. 27 |
| S MARSH ISL 115 | SM 99 | OCS-G 04109 | 100.000% | 83.333% | 5000 acres | No Restrictions. | 5/15/2025 | Ex. 28 |
| Ship Shoal 169 | SS 168 | OCS 00819 | 100.000% RT | 83.333% | 5000 acres | No Restrictions | 3/26/2025 | Ex. 29 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| Ship Shoal 169 | SS 181 | OCS-G 04231 | 100.000% RT | 83.333% | 5000 acres | No Restrictions | 3/26/2025 | Ex. 30 |
| Ship Shoal 169 | SS 182 E/2 | OCS-G 01019 | 100.000% RT | 75.000% | 2500 acres | No Restrictions | 3/26/2025 | Ex. 31 |
| Ship Shoal 169 | SS 182 C-UNIT SS 183 B-UNIT | OCS-G 01019 OCS 00821 | 100.000% WI | 72.396% | C & E Unit, Portions of SS 182/183 | 0-9,488' TVD | | See preceding and following items |
| Ship Shoal 169 | SS 183 N/2 N/2, NW4, SW/4 SE/4; S/2, NE/4; SW/4; S/2, NW/4, SW/4 | OCS 00821 | 100.000% | 69.444% 72.916% 62.500% | N/2 (Excluding C&E Unit) 2500 acres N/2 NW/4 SW/4 (Excluding C&E Unit) 156.25 acres SE/4; S/2 SW/4; NE/4 SW/4; S/2 NW/4 SW/4 (Excluding C&E Unit) 2343.75 acres | No Restrictions | 3/26/2025 | Ex. 32 |
| Ship Shoal 208 | SS 208 | OCS-G 01228 | 100.000% | 83.333% | 5000 acres | No Restrictions | 5/2/2025 | Ex. 33 |
| Ship Shoal 208 | SS 209 | 00827 | 100.000% | 83.333% | 5000 acres | No Restrictions | 5/6/2025 | Ex. 34 |
| Ship Shoal 208 | SS 215 | OCS-G 01230 | 100.000% | 83.333% | 5000 acres | No Restrictions | 3/26/2025 | Ex. 35 |

| Field | Area / Block | Lease | Record Title / Operating Rights Working Interest % | Net Revenue Interest % | Description/ Acreage | Depths | Approved Date | Exhibit No. |
|---|---|---|---|---|---|---|---|---|
| West Delta 30 | WD 21 | OCS-G 01447 | 100.000% | 74.8%-83.3% | 1875 acres | No Restrictions | 5/2/2025 | Ex. 36 |
| West Delta 30 | WD 30 | OCS 00026 | 100.000% | 87.500% | 5000 acres | No Restrictions | 5/2/2025 | Ex. 37 |
| West Delta 30 | WD 31 | OCS 00016 | 100.000% | 86.6%-87.5% | 5000 acres | No Restrictions | 5/2/2025 | Ex. 38 |
| West Delta 30 | WD 32 | OCS 00367 | 100.000% | 86.6%-87.5% | 2500 acres | No Restrictions | 5/2/2025 | Ex. 39 |
| Tiger Shoal | SM 236 | OCS-G 4437 | 100.00% RT | 62.26667% (1) | All of Block st of OCS 310 Lease Line 2,070.72 acres | 0 - 24,000' SSTVD | 6/11/25 | Ex. 46 |
| Tiger Shoal | SM 236 | OCS-G 4437 | 100.00% WI | 62.26667% (1) | S/2 S/2 lying West of OCS 310 978.76 acres | 0 - 9,640' 11,291' - 24,000'SSTVD | 6/11/25 | Ex. 46 |
| Tiger Shoal | SM 236 | OCS-G 4437 OCS 310 | 100.00% WI | 73.96910 % (2) | Federal Unit #14-08-0001-202364 1020 acres – G4437 (29.79% Unit Participation) 1,843 acres – G 0310 (70.21% Unit Participation) | 0 – 24,000 SSTVD | 6/11/25 | Ex. 46 |

(1) reflects Chevron's interest, less its proportionate share of the lease burdens [12.5% RI and 4.16667% ORRI (Burton Heirs)].

(2) reflects Chevron's operating rights, less its proportionate share of the lease burdens [12.5% RI and 4.16667% ORRI   (Burton Heirs)], plus the ORRI originally reserved in Assignment of Operating

(3) Rights referenced below, of the difference between existing lease burdens and 25%, proportionally reduced, to be borne by assignee, pursuant to Sublease and Participation Agreement dated effective May 18, 2000, between Texaco Exploration and Production Inc., as Sublessor, and Linder Energy Company, et al as Sublessee(s) covering those lands included in the now terminated Lighthouse Point Unit, SMI 207 & SMI 212.
*Note:  Chevron is owed a reassignment of Black Elk's 50% OR & WI.*

(3) reflects Chevron's operating rights, less its proportionate share of the lease burdens [12.5% RI and 4.16667% ORRI  (Burton Heirs)], plus an ORRI of 8.33333% of 55% originally reserved, pursuant to the SMI 212 Farmout, JOA & Assignment of Operating Rights referenced below (Flatrock) dated effective 8/15/2007, between Chevron U.S.A. Inc., McMoRan Oil & Gas LLC and Plains Exploration & Production Company (QLS 828204).

(4) reflects Chevron's operating rights, less its proportionate share of the lease burdens [12.5% RI and 4.16667% ORRI  (Burton Heirs)], plus an ORRI of 8.33333% of 55% originally reserved (a portion of which was extinguished by confusion in certain areas of Hurricane – see asterisks below), pursuant to the SMI 217 Farmout, JOA and Assignment of Operating Rights (Hurricane) dated effective 12/14/2004, between Chevron U.S.A. Inc., McMoRan Oil & Gas LLC and Palace Exploration Company (QLS 698801).
*   Post Chevron/McMoRan's PRP of RoDas  working interest and post McMoRan acquisition of Palace's working interest.
**   Post Chevron/McMoRan's PRP of RoDa's working interest and post McMoRan acquisition of Palace's working interest, except #223 Well, due to APO working interest assignment from Palace to RoDa (Zeneca).

(5) Reflects Chevron's operating rights, less its proportion share of the lease burdens [12.5% RI and 4.16667% ORRI (Burton Heirs)], pursuant to Purchase and Sale Agreement between Texaco Exploration and Production, Inc., Seller and Apache Corporation, Buyer, dated December 22, 1994 and the Assignment of Operating Rights, dated effective January 1, 1995 to Apache Corporation, wherein Texaco conveyed 100% OR to Apache in and to the above described lands only as to depths in between 9,640' and 11,291', that being conveyed further described in the above referenced Purchase and Sale Agreement as limited to those reservoirs identified and unitized under that certain Unit Agreement dated February 15, 1984 entitled South Marsh Island 236/243 Unit and bearing Contract No. 14-08-001-20252, which unit was terminated October 1, 2009.

(6) Reflects Chevron's 5.0% ORRI prior to Project Payout and escalates to 10% after Project Payout, pursuant to the Farmout Proposal Letter Agreement, dated July 1, 2009, between McMoRan Oil & Gas LLC and Chevron U.S.A. Inc. (QLS 833350, Davy Jones).

4. NRW also hereby gives notice that, as of the date of this filing, assignments to NRW of the following Easements/Rights of Way ("ROW") listed and described in Exhibit 2 to the Agreed Order have been approved by the United States Department of the Interior, Bureau of Safety and Environmental Enforcement:

| Agreement Name | Effective Date | Subject Type | Agreement Type | Prospect Name | Approval Date | Exhibit No. |
|---|---|---|---|---|---|---|
| USA OCS-G 29644 SEG 7220 | 8/15/1984 | Easement/ROW | Pipeline ROW | EI 353 | 3/17/2025 | Ex. 40 |
| USA OCS-G 29645 SEG 7221 | 8/15/1984 | Easement/ROW | Pipeline ROW | EI 360 | 3/14/2025 | Ex. 41 |

| Agreement Name | Effective Date | Subject Type | Agreement Type | Prospect Name | Approval Date | Exhibit No. |
|---|---|---|---|---|---|---|
| USA OCS-G 12304 SEG 9084 | 8/16/1990 | Easement/ROW | Pipeline ROW | GI 43 | 3/10/2025 | Ex. 42 |
| USA OCS-G 24694 SEG 14197 | 6/23/2003 | Easement/ROW | Pipeline ROW | TIGER SHOAL | 7/19/2024 | Ex. 43 |
| USA OCS-G 15003 SEG 9050 | 7/17/1990 | Easement/ROW | Pipeline ROW | SM 239 | 2/6/2025 | Ex. 44 |
| USA OCS-G 29330 SEG 10946 | 3/26/1996 | Easement/ROW | Pipeline ROW | SM 239 | 3/14/2025 | Ex. 45 |

5. Documentation of the approval of the foregoing assignments is attached hereto in the form of the exhibit numbers referenced above.

6. NRW states that no approval of the assignment of the "Real Property" or "Facilities" listed in Exhibit 2 to the Agreed Order by any governmental agency is required. In an abundance of caution, NRW states that there is no intent to abandon those assets.

7. In accordance with the Agreed Order, NRW will file a supplemental notice regarding any additional assignments that are approved within the 91-day deadline set forth in the Agreed Order.

Respectfully submitted,

Dated: June 19, 2025

STONE PIGMAN WALTHER WITTMANN LLC

By:    */s/ Andrew D. Mendez*

Andrew D. Mendez, Tex. Bar No. 00797066
 (S.D. Tex. No. 567079)
Bryant S. York (Texas Bar No. 240848669)
Paul J. Masinter (*pro hac vice*)
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361
Email:  amendez@stonepigman.com
    byork@stonepigman.com

pmasinter@stonepigman.com

*Attorneys for Natural Resources Worldwide LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on counsel of record via the Court's electronic filing system on this 19th day of June, 2025.

                                                     */s/ Andrew D. Mendez*