UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | Case No. 23-90324 (CML) |
| Debtors. | Jointly Administered |

**MONTHLY FEE STATEMENT OF MICHAEL D. WARNER, CHAPTER 7 TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF <u>EXPENSES FOR THE PERIOD FROM JUNE 1, 2025 TO JUNE 30, 2025</u>**

IN ACCORDANCE WITH THE ORDER GRANTING TRUSTEE'S MOTION FOR ORDER ESTABLISHING INTERIM COMPENSATION PROCEDURES FOR THE TRUSTEE AND THE TRUSTEE'S PROFESSIONALS [DOCKET NO. 1831], EACH PARTY RECEIVING NOTICE OF THE MONTHLY FEE STATEMENT WILL HAVE UNTIL 5:00 P.M. (PREVAILING CENTRAL TIME), 10 DAYS AFTER THE FILING OF THE MONTHLY FEE STATEMENT TO OBJECT TO THE REQUESTED FEES AND EXPENSES. UPON THE EXPIRATION OF SUCH 10-DAY PERIOD, THE TRUSTEE IS AUTHORIZED TO PAY THE PROFESSIONAL THE AMOUNT OF 80% OF THE FEES AND 100% OF THE EXPENSES REQUESTED IN THE APPLICABLE MONTHLY FEE STATEMENT.

| | |
|---|---|
| Applicant Name and Title: | Michael D. Warner, Chapter 7 Trustee |
| Date of Appointment of Applicant: | May 8, 2024 |
| Period Covered Application (the "Period"): | June 1 to June 30, 2025 |
| Gross Disbursements Made During Period: | $334,510.01 |
| Disbursements Made to Applicant During Period: | $255,851.56 |
| Net Disbursements During Period: | $78,658.45 |
| Section 326(a) Compensation to Applicant: | $2,359.75 |
| 80% of Compensation of Applicant for Period: | $1,887.80 |
| Expenses of Applicant: | $102.92 |
| Net due to Applicant during Period - Interim: | $1,990.72 |

Michael D. Warner, Chapter 7 Trustee (the "**Trustee**") submits this Monthly Fee Statement (the "**Fee Statement**") for the period from June 1, 2025 through June 30, 2025 (the "**Application Period**") in accordance with the Order pursuant to 11 U.S.C. §§ 105(a), 326, and 330 establishing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

procedures for interim compensation and reimbursement of expenses of professionals (the "**Interim Compensation Order**")[2]

1.  The Trustee requests compensation for professional services rendered in the amount of $2,359.75 for the Application Period. Eighty percent (80%) of the Fees equals $1,887.80. Form 2 is attached as **Exhibit A**. Attached as **Exhibit B** is the detailed listing of expenses in the amount of $102.92, for which the Trustee seeks reimbursement. Accordingly, the total interim request for fees and expenses is $1,990.72.

# PRAYER

WHEREFORE, the Trustee respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order (i.e., payment of compensation for professionals services rendered) as follows:

| | |
|---|---:|
| **Fees (80%):** | $1,887.80 |
| **Expenses (100%)** | $102.92 |
| **Total Interim Request** | **$1,990.72** |

The Trustee respectfully requests that this Court grant the relief requested to use cash collateral on an interim basis and for such other and further relief to which he is entitled.

Dated: July 2, 2025

Respectfully submitted,

By: */s/ Michael D. Warner*
Michael D. Warner (TX Bar # 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
700 Louisiana Street, Suite 4500
Houston, TX 77002
Telephone: (713) 691-9385
Facsimile: (713) 691-9407
mwarner@pszjlaw.com

*Chapter 7 Trustee*

---

[2] ECF No. 1831

4905-0920-3026.1 92328.00001

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 2, 2025, a true and correct copy of the above and foregoing pleading was caused to be served electronically through this Court's CM/ECF noticing system on parties registered to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the Debtors.

              */s/ Michael D. Warner*
              Michael D. Warner

# **EXHIBIT A**

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
| --- | --- | --- | --- | --- |
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 06/30/2025 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/09/25 | 217 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums Voided on 06/09/2025 | 2300-004 | | 6,570.00 | 493,248.92 |
| 06/09/25 | 217 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums Voided: check issued on 06/09/2025 | 2300-004 | | -6,570.00 | 499,818.92 |
| 06/09/25 | 220 | Veritrust | Invoice #: 1138490 | 2990-000 | | 43,563.84 | 456,255.08 |
| 06/13/25 | 219 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums | 2300-000 | | 6,570.00 | 449,685.08 |
| 06/16/25 | 218 | Pachulski Stang Ziehl & Jones LLP | May fee statement (80% fees:  $252,872.19; 100% expenses: $10.27) | 2100-000 | | 252,882.46 | 196,802.62 |
| 06/16/25 | 221 | NJZ Computer Services, LLC | w/e 5.9.25, 5.16.25, 5.23.25, 5.30.25 | 2990-000 | | ! 2,175.00 | 194,627.62 |
| 06/16/25 | 222 | Veritrust | Inv. #1141925 | 2990-000 | | ! 6,349.61 | 188,278.01 |
| 06/16/25 | 223 | Pachulski Stang Ziehl & Jones LLP | April 2025 Fee Statement (80% Fees/100% expenses) Voided on 06/18/2025 | 7100-004 | | 8,969.10 | 179,308.91 |
| 06/16/25 | 224 | TRDkyes & Co, LLC | 6.1.25 | 2990-000 | | ! 20,000.00 | 159,308.91 |
| 06/18/25 | 223 | Pachulski Stang Ziehl & Jones LLP | April 2025 Fee Statement (80% Fees/100% expenses) Voided: check issued on 06/16/2025 | 7100-004 | | -8,969.10 | 168,278.01 |
| 06/30/25 | 225 | Pachulski Stang Ziehl & Jones LLP | April Fee Statement [Dkt. 2464] 80% fees/100% expenses | 2100-000 | | ! 2,969.10 | 165,308.91 |

| Account | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 499,818.92 | | | |
| 0 | Deposits | 0.00 | 9 | Checks | 334,510.01 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 499,818.92 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 334,510.01 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 499,818.92 | | | |

Page Subtotals:      $0.00      $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******5635 Cash Collateral |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 06/30/2025 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | Account | | | | |
|---|---|---|---|---|---|---|---|
| | | | Balance Forward | 135,455.54 | | | |
| | | 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| | | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | Subtotal | 135,455.54 | 0 | Transfers Out | 0.00 |
| | | 0 | Adjustments In | 0.00 | | Total | 0.00 |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | 135,455.54 | | | |

Page Subtotals: $0.00 $0.00

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case No.: | 23-90324 |
| Case Name: | MLCJR LLC |
| | L.L.C. Cox Oil Offshore |
| Taxpayer ID #: | **-***0875 |
| For Period Ending: | 06/30/2025 |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******3772 DOJ Settlement Funds |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | |
|---|---|---|---|
| **Account** | | | |
| | Balance Forward | 0.00 | |
| 0 | Deposits | 0.00 | 0   Checks   0.00 |
| 0 | Interest Postings | 0.00 | 0   Adjustments Out   0.00 |
| | Subtotal | 0.00 | 0   Transfers Out   0.00 |
| 0 | Adjustments In | 0.00 | Total   0.00 |
| 0 | Transfers In | 0.00 | |
| | Total | 0.00 | |

Page Subtotals:  $0.00  $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******7203 WT Asset Sale Proceeds |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 06/30/2025 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

|   |   |   |
|---|---|---|
| **Account** | | |
| | Balance Forward | 250,000.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 250,000.00 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | 250,000.00 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

Page Subtotals:    $0.00    $0.00

{ } Asset Reference(s)                                                                      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******1353 Hedron Settlement Account |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 06/30/2025 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 0.00 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | 0.00 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

Page Subtotals:   $0.00   $0.00

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| Case No.: | 23-90324 |
| Case Name: | MLCJR LLC<br>L.L.C. Cox Oil Offshore |
| Taxpayer ID #: | **-***0875 |
| For Period Ending: | 06/30/2025 |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******1353 Hedron Settlement Account |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $0.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9687 Checking | $0.00 | $334,510.01 | $165,308.91 |
| ******5635 Cash Collateral | $0.00 | $0.00 | $135,455.54 |
| ******3772 DOJ Settlement Funds | $0.00 | $0.00 | $0.00 |
| ******7203 WT Asset Sale Proceeds | $0.00 | $0.00 | $250,000.00 |
| ******1353 Hedron Settlement Account | $0.00 | $0.00 | $0.00 |
| | $0.00 | $334,510.01 | $550,764.45 |

# **EXHIBIT B**

**EXHIBIT B**

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/05/2025 | Texas SOS Online Entity Search | $ | 2.00 |
| 05/14/2025 | Postage | $ | 1.19 |
| 05/22/2025 | Postage | $ | 0.73 |
| 05/22/2025 | FedEx | $ | 22.05 |
| 05/23/2025 | Postage | $ | 3.65 |
| 06/30/2025 | Pacer - Court Research | $ | 73.30 |
| | | | |
| TOTAL | | $ | 102.92 |