UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| MLCJR LLC, *et al.*,[1] | ) ) | Case No. 23-90324 (CML) |
| Debtors. | ) ) | Jointly Administered |

### NOTICE OF AMENDED EXHIBIT TO TRUSTEE'S NOTICE OF ABANDONMENT AS AUTHORIZED BY PRIOR COURT ORDER
**[Relates to Doc. No. 2479]**

**PLEASE TAKE NOTICE** that:

1. On July 8, 2025, Michael D. Warner (the "***Trustee***"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates (the "***Estates***"), filed that certain *Notice of Abandonment as Authorized by Prior Court Order* [Doc. No. 2479] (the "***Notice***") to formally abandon and reject the Listed Interests (as defined in the Notice).

2. Attached to the Notice as "Exhibit A" is the list of the Estates' interests intended to be abandoned by the Trustee.

3. "Exhibit A" to the Notice inadvertently included interests that had been formally assigned[2] to Natural Resources Worldwide, LLC ("***NRW***") under the *Joint Stipulation and Agreed Order* [Doc. No. 2411].

**PLEASE TAKE NOTICE** that the Trustee hereby substitutes the attached "Exhibit A" in place of his current "Exhibit A" to the Notice. The attached document differs from the prior filed

---

[1] The debtors in these cases (the "***Debtors***"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOL, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.
[2] *See*, Doc. Nos. 2471 and 2473.

1

document in that it reflects only those specific interests that the Trustee presently seeks to abandon, as indicated in the redlined version attached hereto as "Exhibit B."

**PLEASE TAKE FURTHER NOTICE** that, for the avoidance of doubt, the Trustee does not intend to abandon, and does not give notice of abandonment with respect to, any other lease, ROW, RUE, contract or agreement previously transferred or assigned to NRW pursuant to the *Order (A) Approving the Purchase and Sale Agreement with Natural Resources Worldwide LLC (B) Authorizing the Sale of Certain Assets of the Debtors Free and Clear of Liens, Claims, Encumbrances and Interests (C) Authorizing the Assumption and Assignment of Certain Contracts and Lease, and (D) Granting Related Relief* [Doc. No. 1626], except to the extent that any such items were abandoned or deemed abandoned by the Trustee pursuant to *the Joint Stipulation and Agreed Order* [Doc. No. 2411].

        Respectfully submitted,

        **STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   */s/ Paul Douglas Stewart, Jr.*
      Paul Douglas Stewart, Jr. (La. Bar # 24661)
      *Admitted to Southern District of Texas*
      *(SDTX Federal No. 432642)*
      dstewart@stewartrobbins.com
      William S. Robbins (Tx. Bar # 24100894)
      wrobbins@stewartrobbins.com
      Brandon A. Brown (Tx. Bar # 24104237)
      bbrown@stewartrobbins.com
      Brooke W. Altazan (Tx. Bar # 24101002)
      baltazan@stewartrobbins.com
      301 Main Street, Suite 1640
      Baton Rouge, LA 70801-0016
      Telephone: (225) 231-9998
      Facsimile: (225) 709-9467

      ***Counsel for Michael D. Warner, Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21 July 2025, this Notice was served via the Court's CM/ECF electronic system on all parties registered to receive such notice.

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr.