**Exhibit A**
**Abandoned Interests**

| Type | Lease/ROW/RUE/Well | Block | Counterparty |
|---|---|---|---|
| Lease | SL 294 | BURWD-BURRWOOD | State of Louisiana |
| Lease | SL 17194 | BURWD-BURRWOOD | State of Louisiana |
| Lease | SL 16798 | CS 69 | State of Louisiana |
| Lease | SL 16799 | CS 69 | State of Louisiana |
| Lease | SL 17120 | EC 4 | State of Louisiana |
| Lease | SL 20533 | EI 18 | State of Louisiana |
| Lease | SL 20534 | EI 18 | State of Louisiana |
| Lease | SL 17695 | EI 8 | State of Louisiana |
| Lease | SL 16172 | MP 10 | State of Louisiana |
| Lease | SL 340 | MP 114 | State of Louisiana |
| Lease | SL 17814 | MP 69 | State of Louisiana |
| Lease | SL 18856 | N/A | State of Louisiana |
| Lease | G09010 | BA 375 | United States of America |
| Lease | G07215 | BA 376 | United States of America |
| Lease | G22190 | BA 417 | United States of America |
| Lease | G11297 | BA 104 | United States of America |
| Lease | G21065 | EC 109 | United States of America |
| Lease | G25944 | EC 111 | United States of America |
| Lease | G15141 | EC 161 | United States of America |
| Lease | G16244 | EC 196 | United States of America |
| Lease | G15147 | EC 263 | United States of America |
| Lease | G02045 | EC 270 | United States of America |
| Lease | G02062 | EC 334 | United States of America |
| Lease | G02439 | EC 335 | United States of America |
| Lease | G24791 | EC 36 | United States of America |
| Lease | G12856 | EC 378 | United States of America |
| Lease | G19730 | EC 44 | United States of America |
| Lease | G22660 | EI 110 | United States of America |
| Lease | 49 | EI 119 | United States of America |
| Lease | 52 | EI 126 | United States of America |
| Lease | G10726 | EI 142 | United States of America |
| Lease | G05502 | EI 211 | United States of America |
| Lease | G05503 | EI 212 | United States of America |
| Lease | G21640 | EI 223 | United States of America |
| Lease | G02898 | EI 242 | United States of America |
| Lease | 810 | EI 246 | United States of America |
| Lease | G21111 | EI 247 | United States of America |
| Lease | G27904 | EI 26 | United States of America |
| Lease | 811 | EI 266 | United States of America |
| Lease | 812 | EI 267 | United States of America |
| Lease | 813 | EI 269 | United States of America |
| Lease | G23853 | EI 27 | United States of America |
| Lease | G10744 | EI 277 | United States of America |
| Lease | G23876 | EI 280 | United States of America |
| Lease | G17991 | EI 300 | United States of America |
| Lease | G27918 | EI 311 | United States of America |
| Lease | G22679 | EI 312 | United States of America |
| Lease | G02910 | EI 327 | United States of America |

| | | | |
|---|---|---|---|
| Lease | G19799 | EI 364 | United States of America |
| Lease | G13628 | EI 365 | United States of America |
| Lease | G15239 | EI 39 | United States of America |
| Lease | G17958 | EI 43 | United States of America |
| Lease | G19784 | EI 44 | United States of America |
| Lease | G19785 | EI 45 | United States of America |
| Lease | 78 | EI 51 | United States of America |
| Lease | G04931 | EW 438 | United States of America |
| Lease | G26226 | EW 948 | United States of America |
| Lease | G21322 | GA 227 | United States of America |
| Lease | G23181 | GA 355 | United States of America |
| Lease | G18921 | GA 418 | United States of America |
| Lease | G18355 | GC 288 | United States of America |
| Lease | G04003 | GI 90 | United States of America |
| Lease | G02164 | GI 95 | United States of America |
| Lease | G31040 | HI 138 | United States of America |
| Lease | G14864 | HI 141 | United States of America |
| Lease | G15778 | HI 178 | United States of America |
| Lease | G03236 | HI 179 | United States of America |
| Lease | G23199 | HI 201 | United States of America |
| Lease | M-107043 | HI 23 | United States of America |
| Lease | G20656 | HI 36 | United States of America |
| Lease | G15769 | HI 37 | United States of America |
| Lease | G02735 | HI A309 | United States of America |
| Lease | G02418 | HI A327 | United States of America |
| Lease | G02429 | HI A351 | United States of America |
| Lease | G02746 | HI A356 | United States of America |
| Lease | G02433 | HI A368 | United States of America |
| Lease | G25606 | HI A373 | United States of America |
| Lease | G13809 | HI A397 | United States of America |
| Lease | G14188 | HI A465 | United States of America |
| Lease | G04586 | HI A472 | United States of America |
| Lease | G17182 | HI A472 | United States of America |
| Lease | G02696 | HI A531 | United States of America |
| Lease | G02697 | HI A536 | United States of America |
| Lease | G02698 | HI A537 | United States of America |
| Lease | G02389 | HI A564 | United States of America |
| Lease | G24054 | MC 204 | United States of America |
| Lease | G27268 | MC 248 | United States of America |
| Lease | G08806 | MC 292 | United States of America |
| Lease | G04939 | MC 397 | United States of America |
| Lease | G08483 | MC 72 | United States of America |
| Lease | G09895 | MC 898 | United States of America |
| Lease | G25019 | MP 125 | United States of America |
| Lease | G01633 | MP 133 | United States of America |
| Lease | G25024 | MP 147 | United States of America |
| Lease | G34383 | MP 151 | United States of America |
| Lease | G16508 | MP 226 | United States of America |
| Lease | G32263 | MP 295 | United States of America |

| Lease | G04486 | MP 301 | United States of America |
|---|---|---|---|
| Lease | G13934 | PL 18 | United States of America |
| Lease | G22817 | SA 3 | United States of America |
| Lease | G18121 | SA 6 | United States of America |
| Lease | G24873 | SM 109 | United States of America |
| Lease | G33618 | SM 176 | United States of America |
| Lease | G26013 | SM 230 | United States of America |
| Lease | G02300 | SM 234 | United States of America |
| Lease | G22643 | SM 24 | United States of America |
| Lease | G24880 | SM 251 | United States of America |
| Lease | G03145 | SM 60 | United States of America |
| Lease | G01196 | SM 61 | United States of America |
| Lease | G07703 | SM 77 | United States of America |
| Lease | G26001 | SM 79 | United States of America |
| Lease | G02940 | SP 57 | United States of America |
| Lease | G02941 | SP 58 | United States of America |
| Lease | G02184 | SP 77 | United States of America |
| Lease | G03584 | SS 170 | United States of America |
| Lease | G05550 | SS 175 | United States of America |
| Lease | G22712 | SS 188 | United States of America |
| Lease | G01520 | SS 204 | United States of America |
| Lease | G16395 | SS 279 | United States of America |
| Lease | G22719 | SS 280 | United States of America |
| Lease | G12347 | SS 71 | United States of America |
| Lease | 60 | SS 72 | United States of America |
| Lease | G21667 | ST 144 | United States of America |
| Lease | G18043 | ST 156 | United States of America |
| Lease | G24971 | ST 180 | United States of America |
| Lease | G01568 | ST 184 | United States of America |
| Lease | G01569 | ST 185 | United States of America |
| Lease | G21120 | ST 187 | United States of America |
| Lease | G04464 | ST 200 | United States of America |
| Lease | G16432 | ST 204 | United States of America |
| Lease | G24979 | ST 214 | United States of America |
| Lease | G24955 | ST 46 | United States of America |
| Lease | G21160 | VK 1003 | United States of America |
| Lease | G16542 | VK 385 | United States of America |
| Lease | G21152 | VK 429 | United States of America |
| Lease | G08765 | VK 68 | United States of America |
| Lease | G07877 | VK 69 | United States of America |
| Lease | G27243 | VK 821 | United States of America |
| Lease | G15436 | VK 824 | United States of America |
| Lease | 487 | VR 119 | United States of America |
| Lease | 495 | VR 124 | United States of America |
| Lease | G23819 | VR 144 | United States of America |
| Lease | G01130 | VR 171 | United States of America |
| Lease | G33086 | VR 178 | United States of America |
| Lease | G32145 | VR 179 | United States of America |
| Lease | G03137 | VR 287 | United States of America |

| | | | |
|---|---|---|---|
| Lease | G04785 | VR 30 | United States of America |
| Lease | G21095 | VR 306 | United States of America |
| Lease | G22633 | VR 311 | United States of America |
| Lease | 204 | VR 38 | United States of America |
| Lease | 205 | VR 38 | United States of America |
| Lease | 206 | VR 39 | United States of America |
| Lease | G17888 | VR 56 | United States of America |
| Lease | G24712 | WC 132 | United States of America |
| Lease | 251 | WC 132 | United States of America |
| Lease | 253 | WC 149 | United States of America |
| Lease | 254 | WC 150 | United States of America |
| Lease | G05292 | WC 196 | United States of America |
| Lease | G04087 | WC 215 | United States of America |
| Lease | G02834 | WC 238 | United States of America |
| Lease | G09408 | WC 248 | United States of America |
| Lease | G27793 | WC 252 | United States of America |
| Lease | G15078 | WC 300 | United States of America |
| Lease | G17753 | WC 41 | United States of America |
| Lease | G10584 | WC 431 | United States of America |
| Lease | G03520 | WC 498 | United States of America |
| Lease | G04379 | WC 53 | United States of America |
| Lease | G15110 | WC 540 | United States of America |
| Lease | G16216 | WC 610 | United States of America |
| Lease | G25872 | WC 62 | United States of America |
| Lease | G22505 | WC 75 | United States of America |
| Lease | G19702 | WC 78 | United States of America |
| Lease | G03188 | WD 100 | United States of America |
| Lease | G21689 | WD 28 | United States of America |
| Lease | G27180 | WD 68 | United States of America |
| Lease | G01082 | WD 72 | United States of America |
| Lease | 17380 | WD 83 | United States of America |
| Lease | G08457 | WD 97 | United States of America |
| Lease | G21129 | WD 98 | United States of America |
| Lease | G01096 | WD 99 | United States of America |
| ROW/RUE | 4395 | CS 69 | State of Louisiana |
| ROW/RUE | 4394 | CS 69 | State of Louisiana |
| ROW/RUE | 5099 | MP 10 | State of Louisiana |
| ROW/RUE | 4371 | MP 114 | State of Louisiana |
| ROW/RUE | 1013 | VR 119 | State of Louisiana |
| ROW/RUE | 3210 | VR 38 | State of Louisiana |
| ROW/RUE | G16083 | EC 334 | United States of America |
| ROW/RUE | G25490 | EI 280 | United States of America |
| ROW/RUE | G04296 | EI 327 | United States of America |
| ROW/RUE | G28575 | EI 364 | United States of America |
| ROW/RUE | G25397 | HI 201 | United States of America |
| ROW/RUE | G28215 | HI A351 | United States of America |
| ROW/RUE | G21261 | HI A368 | United States of America |
| ROW/RUE | G15985 | HI A465 | United States of America |
| ROW/RUE | G07557 | HI A472 | United States of America |

| ROW/RUE | G12720 | MC 397 | United States of America |
|---|---|---|---|
| ROW/RUE | G28550 | MC 72 | United States of America |
| ROW/RUE | G29247 | MP 244 | United States of America |
| ROW/RUE | G04648 | SP 77 | United States of America |
| ROW/RUE | G01693 | ST 185 | United States of America |
| ROW/RUE | G28576 | VK 1003 | United States of America |
| ROW/RUE | G28695 | VR 38 | United States of America |
| ROW/RUE | G28693 | VR 38 | United States of America |
| ROW/RUE | G28692 | VR 38 | United States of America |
| ROW/RUE | G28694 | VR 38 | United States of America |
| ROW/RUE | G15659 | VR 38 | United States of America |
| ROW/RUE | G30286 | VR 38 | United States of America |
| ROW/RUE | 519 | VR 39 | United States of America |
| ROW/RUE | G30278 | VR 39 | United States of America |
| ROW/RUE | G22401 | VR 56 | United States of America |
| ROW/RUE | G29265 | VR 56 | United States of America |
| ROW/RUE | G29407 | VR 56 | United States of America |
| ROW/RUE | G08529 | WC 149 | United States of America |
| ROW/RUE | G18790 | WC 498 | United States of America |
| ROW/RUE | G30253 | WC 75 | United States of America |
| ROW/RUE | 641 | EI 32 | United States of America |
| ROW/RUE | G13398 | EI 32 | United States of America |
| ROW/RUE | G28803 | EI 259 | United States of America |
| ROW/RUE | G01506C | GI 18 | United States of America |
| ROW/RUE | G29452 | GI 18 | United States of America |
| ROW/RUE | G05264 | GI 18 | United States of America |
| ROW/RUE | G29472 | GI 19 | United States of America |
| ROW/RUE | 5082 | GI 19 | United States of America |
| ROW/RUE | G30305 | GI 19 | United States of America |
| ROW/RUE | G03643 | GI 22 | United States of America |
| ROW/RUE | G29539 | HI A563 | United States of America |
| ROW/RUE | G23076 | MP 72 | United States of America |
| ROW/RUE | G01855 | MP 73 | United States of America |
| ROW/RUE | G28646 | SS 108 | United States of America |
| ROW/RUE | G13517 | VK 900 | United States of America |
| ROW/RUE | G13518 | VK 900 | United States of America |
| ROW/RUE | G28726 | VR 31 | United States of America |
| ROW/RUE | G29296 | VR 31 | United States of America |
| ROW/RUE | G28673 | VR 214 | United States of America |
| ROW/RUE | 504 | WC 17 | United States of America |
| ROW/RUE | 505 | WC 17 | United States of America |
| ROW/RUE | 584 | WC 17 | United States of America |
| ROW/RUE | 585 | WC 17 | United States of America |
| ROW/RUE | 733 | WC 17 | United States of America |
| ROW/RUE | 734 | WC 17 | United States of America |
| ROW/RUE | 735 | WC 17 | United States of America |
| ROW/RUE | 736 | WC 17 | United States of America |
| ROW/RUE | 4438 | WC 17 | United States of America |
| ROW/RUE | 5240 | WC 17 | United States of America |

| | | | |
|---|---|---|---|
| ROW/RUE | G24246 | WC 46 | United States of America |
| ROW/RUE | G28823 | WC 48 | United States of America |
| ROW/RUE | G29648 | WC 48 | United States of America |
| ROW/RUE | 3644 | WD 26 | United States of America |
| ROW/RUE | G4367 | WD 109 | United States of America |
| ROW/RUE | 446 | GI 16 | United States of America |
| ROW/RUE | 1022 | GI 17 | United States of America |
| Lease | G29644 | unknown | United States of America |
| Lease | G29645 | unknown | United States of America |
| ROW/RUE | G04633 | unknown | United States of America |
| ROW/RUE | G13415 | unknown | United States of America |
| ROW/RUE | G15004 | unknown | United States of America |
| ROW/RUE | G28567 | unknown | United States of America |
| ROW/RUE | G28568 | WD 73? | United States of America |
| ROW/RUE | G29721 | unknown | United States of America |
| ROW/RUE | G25378 | HI 170 | United States of America |
| ROW/RUE | G28485 | MP 107 | United States of America |
| ROW/RUE | G29020 | MP 107 | United States of America |
| ROW/RUE | G28498 | MP 119 | United States of America |
| ROW/RUE | G13474 | SP 55 | United States of America |
| ROW/RUE | G28559 | ST 54 | United States of America |
| ROW/RUE | G28198 | ST 54 | United States of America |
| ROW/RUE | G29646 | ST 63 | United States of America |
| ROW/RUE | G12319 | ST 66 | United States of America |
| ROW/RUE | G28500 | VK 900 | United States of America |
| ROW/RUE | G28500 | SP 62 | United States of America |
| ROW/RUE | G06668 | VR 164 | United States of America |
| ROW/RUE | 11870 | VR 164 | United States of America |
| ROW/RUE | G04660 | WC 18 | United States of America |
| ROW/RUE | G24710 | WC 95 | United States of America |
| ROW/RUE | G20559 | WD 27 | United States of America |
| ROW/RUE | G07099 | WD 27 | United States of America |
| ROW/RUE | G13516 | WD 41 | United States of America |
| ROW/RUE | G22773 | WD 47 | United States of America |
| Lease | 00422 | ST 54 | United States of America |
| Lease | G03520 | WC 498 | United States of America |
| Lease | G02893 | EI 24 | United States of America |
| Lease | G02316 | SM 288 | United States of America |
| Lease | G03520 | WC 498 | United States of America |
| Lease | G15239 | EI 39 | United States of America |
| Lease | G10910 | unknown | United States of America |
| Lease | G16515 | unknown | United States of America |
| Lease | G10942 | unknown | United States of America |
| Lease | G16549 | unknown | United States of America |
| Lease | G24910 | unknown | United States of America |
| Lease | G01967 | unknown | United States of America |
| Lease | G01901 | unknown | United States of America |
| Lease | SL 04418 | unknown | United States of America |
| Lease | G02076 | VR 214 | United States of America |

| | | | |
|---|---|---|---|
| Lease | G05749 | MO 904 | United States of America |
| Lease | G05252 | MO 905 | United States of America |
| Lease | G22501 | WC 54 | United States of America |
| Lease | G06850 | MO 872 | United States of America |
| Lease | G05753 | MO 916 | United States of America |
| Lease | G05754 | MO 917 | United States of America |
| Lease | G12114 | MO 918 | United States of America |
| Lease | G05761 | MO 961 | United States of America |
| ROW | G05761 | MO 961 | United States of America |
| Lease | G01865 | EI 64 | United States of America |
| Lease | G02445 | SP 62 | United States of America |
| ROW | G02445 | SP 62 | United States of America |
| Lease | G02937 | WD 109 | United States of America |
| Lease | WC 17 | ST LA 3839 | State of Louisiana |
| Lease | WC 17 | ST LA 3840 | State of Louisiana |
| Lease | WC 18 | ST LA 3841 | State of Louisiana |
| Lease | G01351 | WC 17/ WC 48 | |
| Lease | WC 18 | ST LA 4418 | State of Louisiana |
| Lease | G01435 | WC 18/WC 47 | |
| ROW | G5233 | EI 64, SEG 3669 & 3670 | |
| ROW | G17746 | EI 64, SEG 11429 | |
| ROW | G17747 | EI 64, SEG 11430 | |
| ROW | G28437 | EI 64, SEG 17379 | |
| ROW | G28436 | EI 64, SEG 17378 | |
| Lease | WC 18 | ST LA F0002 | State of Louisiana |
| Lease | G01438 | WC 48 | |
| Lease | G01439 | WC 49 | |
| Lease | G04661 | WC 17/ WC 48 | |
| Lease | Leasehold Improvements and Accumulated Depreciation | | |
| Lease | 00006-1010 | | |
| Lease | 00270-280 | | |
| Lease | 00176-627 | | |
| Lease | 00290-448 | | |
| Lease | 00292-465 | | |
| Lease | 00351-464 | | |
| Lease | 00352-486 | | |
| Lease | 00467-364 | | |
| Lease | 00700-860 | | |
| Lease | 100028000 | | |
| Lease | 522 | WC 17 | State of Louisiana |
| Lease | 100406000 | | |
| Lease | 100414000 | | |
| Lease | 100443000 | | |
| ROW/RUE | G 28782 | PSN 19994 | |
| Lease | 03565-7294 | | |
| Lease | 03567-7297 | | |
| Lease | 03569-7300 | | |
| Lease | 03570-7302 | | |

| | | | |
|---|---|---|---|
| Lease | 03568-7298 | | |
| Lease | 100060000 | | |
| ROW/RUE | 100397000 | 1953 | State of Louisiana |
| Lease | 100615000 | | |
| Lease | G 03332 | EI 337 | |
| ROW/RUE | 10252000000 | VR 119 | |
| ROW/RUE | 10253000000 | VR 119 | |
| ROW/RUE | 10255000000 | VR 119 | |
| Lease | 10258000000 | VR 119 | |
| Lease | 10261000000 | VR 119 | |
| Lease | 10566000000 | | |
| Lease | 10567000000 | | |
| Lease | 10568000000 | | |
| Lease | 10569000000 | | |
| Lease | 10570000000 | | |
| Lease | 10571000000 | | |
| Lease | 10572000000 | | |
| Lease | 10573000000 | | |
| Lease | 10574000000 | | |
| Lease | 10575000000 | | |
| Lease | 10576001000 | | |
| Lease | 10576002000 | | |
| Lease | 10576003000 | | |
| Lease | 10576004000 | | |
| Lease | 10579001000 | | |
| Lease | 10579002000 | | |
| Lease | 10588000000 | | |
| Lease | 10766000000 | ST LA 18614 | State of Louisiana |
| Lease | G 21738 | EW 871 | United States of America |
| ROW/RUE | G 24910 | EI 275 | United States of America |
| ROW/RUE | 11101000000 | | |
| ROW/RUE | 11112000000 | | |
| ROW/RUE | 11113000000 | ST LA 4849 | State of Louisiana |
| ROW/RUE | 11114000000 | | |
| ROW/RUE | 11115000000 | | |
| ROW/RUE | 11116000000 | | |
| ROW/RUE | 11117000000 | | |
| Lease | G 25017 | MP 60 | United States of America |
| ROW/RUE | G 25017 | MP 60 | United States of America |
| Lease | 11598001000 | | |
| Lease | 11598002T000 | | |
| Lease | 11632000000 | ST LA 13470 | State of Louisiana |
| ROW/RUE | 11632000000 | ST LA 13470 | State of Louisiana |
| ROW/RUE | 370 | BM 3 | United States of America |
| Lease | G 13470 | MP 61 | United States of America |
| Lease | G 21702 | MP 62 | United States of America |
| Lease | 11732000000 | ST LA 5107 | State of Louisiana |
| Lease | 17379 | WD 54 | State of Louisiana |
| Lease | OSC 00386 | ST 23 | United States of America |

| | | | |
|---|---|---|---|
| ROW/RUE | G 03195 | MP 72 | United States of America |
| Lease | G 03195 | MP 72 | United States of America |
| ROW/RUE | 4443 | MP 68 | State of Louisiana |
| Lease | OCS 00387 | ST 24 | United States of America |
| Lease | OCS 00390 | GI 26 | United States of America |
| Lease | OCS 00391 | GI 26 | United States of America |
| Lease | 800 | GI 17 | State of Louisiana |
| Lease | OCS 00024 | GI 16 | United States of America |
| Lease | OCS 00025 | GI 17 | United States of America |
| Lease | OCS 00125 | GI 29 | United States of America |
| Lease | G 01445 | GI 21 | United States of America |
| Lease | G 01083 | WD 73 | United States of America |
| Lease | G 01084 | WD 74 | United States of America |
| Lease | G 01090 | WD 91 | United States of America |
| ROW/RUE | G 01091 | WD 92 | United States of America |
| Lease | G 01091 | WD 92 | United States of America |
| Lease | G 01092 | WD 93 | United States of America |
| Lease | 3173 | GI 11 | State of Louisiana |
| Lease | G 01619 | SP 93 | United States of America |
| Lease | G 01620 | SP 94 | United States of America |
| Lease | OCS 00028 | ST 55 | United States of America |
| Lease | OCS 00421 | ST 55 | United States of America |
| ROW/RUE | G 01447 | WD 21 | United States of America |
| Lease | 799 | GI 16 | State of Louisiana |
| Lease | 797 | GI 18 | State of Louisiana |
| ROW/RUE | G 01506B | 4259 | United States of America |
| ROW/RUE | G 03656 | 5034 | United States of America |
| ROW/RUE | G 01506C | 790 | United States of America |
| ROW/RUE | G 04979 | 6364 | United States of America |
| ROW/RUE | G 08382 | 7791 | United States of America |
| ROW/RUE | G 13504 | WD 73 | United States of America |
| ROW/RUE | G 28567 | WD 73 | United States of America |
| ROW/RUE | OCS 00367 | WD 32 | United States of America |
| Lease | 12284000000 | 190 | State of Louisiana |
| ROW/RUE | G 01506 | 8216 | United States of America |
| ROW/RUE | G 03860 | 5284 | United States of America |
| ROW/RUE | G 29080 | 18245 | United States of America |
| ROW/RUE | 12292000000 | ST 1716 | State of Louisiana |
| ROW/RUE | 12299000000 | | |
| Lease | 12305000000 | | |
| ROW/RUE | 12307000000 | | |
| ROW/RUE | 12310000000 | ST 2022 | State of Louisiana |
| ROW/RUE | 12311000000 | ST 2159 | State of Louisiana |
| ROW/RUE | 12312000000 | ST 2161 | State of Louisiana |
| ROW/RUE | 12313000000 | ST 2158 | State of Louisiana |
| ROW/RUE | 12314000000 | ST 2163 | State of Louisiana |
| ROW/RUE | 12315000000 | ST 2186 | State of Louisiana |
| ROW/RUE | 12316000000 | ST 2189 | State of Louisiana |
| ROW/RUE | 12317000000 | ST 2521 | State of Louisiana |

| | | | |
|---|---|---|---|
| ROW/RUE | 12318000000 | ST 2520 | State of Louisiana |
| Lease | 12333000000 | ST 1004 | State of Louisiana |
| ROW/RUE | 12333000000 | ST 1004 | State of Louisiana |
| ROW/RUE | 1464 | ST 63 | |
| ROW/RUE | 12335000000 | ST 63 | |
| ROW/RUE | 12336000000 | ST 63 | |
| ROW/RUE | 12346000000 | ST 3291 | State of Louisiana |
| ROW/RUE | 12347000000 | | |
| ROW/RUE | 12348000000 | | |
| ROW/RUE | 12350000000 | | |
| ROW/RUE | 12352000000 | | |
| ROW/RUE | 12360000000 | | |
| ROW/RUE | 12361000000 | | |
| Lease | 12371000000 | WD 86 | |
| Lease | 12372000000 | WD 79 | |
| ROW/RUE | G 13473 | 6052 | United States of America |
| ROW/RUE | G 05126 | 6427 | United States of America |
| ROW/RUE | 2366 | WD 73 | State of Louisiana |
| ROW/RUE | 12382000000 | | |
| Lease | 12383000000 | ST 63 | |
| ROW/RUE | 12384000000 | | |
| Lease | 12398000000 | | |
| Lease | 12399000000 | | |
| ROW/RUE | 12400000000 | 845E | |
| ROW/RUE | 12402000000 | | |
| Lease | 12403000000 | | |
| ROW/RUE | 12404000000 | | |
| ROW/RUE | 12405000000 | | |
| ROW/RUE | 12406000000 | | |
| ROW/RUE | 12408000000 | | |
| ROW/RUE | 12409000000 | | |
| ROW/RUE | 12410000000 | | |
| ROW/RUE | 12411000000 | | |
| ROW/RUE | 12412000000 | | |
| ROW/RUE | 12413000000 | | |
| ROW/RUE | 12414000000 | | |
| ROW/RUE | 12415000000 | | |
| ROW/RUE | 12418000000 | | |
| Lease | G 13672 | VK 734 | |
| ROW/RUE | 12497000000 | | |
| ROW/RUE | 12498000000 | | |
| ROW/RUE | 12507000000 | | |
| ROW/RUE | 12508000000 | | |
| ROW/RUE | 12509000000 | ST 1104 | State of Louisiana |
| ROW/RUE | 12512000000 | ST 3094 | State of Louisiana |
| ROW/RUE | 12513000000 | ST 3266 | State of Louisiana |
| ROW/RUE | 12514000000 | ST 1124 | State of Louisiana |
| ROW/RUE | 12515000000 | ST 1125E | State of Louisiana |
| ROW/RUE | 12516000000 | ST .318 | State of Louisiana |

| Lease | 12517000000 | ST 340 | State of Louisiana |
|---|---|---|---|
| Lease | 12517004000 | ST 340 | State of Louisiana |
| Lease | 12517005000 | ST 340 | State of Louisiana |
| Lease | 12517008000 | ST 340 | State of Louisiana |
| Lease | 12517012000 | ST 340 | State of Louisiana |
| ROW/RUE | 12521000000 | | |
| ROW/RUE | 12522000000 | | |
| ROW/RUE | 12525000000 | | |
| Lease | 12638000000 | ST 63 | |
| ROW/RUE | 12665000000 | VR 164 | |
| ROW/RUE | 12666000000 | VR 164 | |
| ROW/RUE | 12667000000 | VR 164 | |
| ROW/RUE | G 28498 | MP 107 | |
| Lease | 13055000000 | | |
| Lease | 13056000000 | | |
| Lease | 13061000000 | ST 19072 | State of Louisiana |
| ROW/RUE | 13062000000 | | |
| ROW/RUE | 13063000000 | | |
| ROW/RUE | 13064000000 | | |
| ROW/RUE | 13065000000 | ST 4870 | State of Louisiana |
| Lease | 13068000000 | ST 4756 | State of Louisiana |
| ROW/RUE | 13077000000 | | |
| Lease | 13079002000 | | |
| Lease | 13079003000 | | |
| Lease | 13079005000 | | |
| Lease | 13079006000 | | |
| Lease | 13079007000 | | |
| Lease | 13080001000 | | |
| Lease | 13081000000 | | |
| Lease | 13094000000 | | |
| Lease | 13096001000 | | |
| Lease | 13096003000 | | |
| Lease | 13096005000 | | |
| Lease | 13097001000 | | |
| Lease | 13097003000 | | |
| Lease | 13097004000 | | |
| Lease | 13097006000 | | |
| Lease | 13097008000 | | |
| Lease | 13098004000 | | |
| Lease | 13098007000 | | |
| Lease | 13098009000 | | |
| Lease | 13098010000 | | |
| Lease | 13099003000 | | |
| Lease | 13099005000 | | |
| Lease | 13099010000 | | |
| Lease | 13099011000 | | |
| Lease | 13099016000 | | |
| Lease | 13099017000 | | |
| Lease | 13099018000 | | |

| | | | |
|---|---|---|---|
| Lease | 13099019000 | | |
| Lease | 13099022000 | | |
| Lease | 13099023000 | | |
| Lease | 13099025000 | | |
| Lease | 13099026000 | | |
| Lease | 13099030000 | | |
| Lease | 13099032000 | | |
| Lease | 13099033000 | | |
| Lease | 13099034000 | | |
| Lease | 13099036000 | | |
| Lease | 13099037000 | | |
| Lease | 13099038000 | | |
| ROW/RUE | 13108000000 | | |
| ROW/RUE | 13109000000 | | |
| ROW/RUE | 13125000000 | | |
| ROW/RUE | 13126000000 | | |
| ROW/RUE | 13127000000 | | |
| Lease | 13128000000 | | |
| ROW/RUE | G 29263 | 19190 | United States of America |
| Lease | 13201000000 | ST 20925 | State of Louisiana |
| Lease | 13205000000 | ST 20929 | State of Louisiana |
| Lease | 13206000000 | ST 20930 | State of Louisiana |
| Lease | 13209000000 | ST 20960 | State of Louisiana |
| Lease | 13210000000 | ST 20976 | State of Louisiana |
| Lease | 13218000000 | | |
| Lease | 13219000000 | | |
| Lease | 13220000000 | | |
| Lease | G 02115 | EI 330 | United States of America |
| Lease | 13242000000 | | |
| Lease | 13243000000 | | |
| Lease | 13244001000 | | |
| Lease | 13244002000 | | |
| Lease | 13244003000 | | |
| Lease | 13244004000 | | |
| Lease | 13244005000 | | |
| Lease | 13244006000 | | |
| Lease | 13244007000 | | |
| Lease | 13244008000 | | |
| Lease | 13244009000 | | |
| Lease | 13244010000 | | |
| Lease | 13244012000 | | |
| Lease | 13244013000 | | |
| Lease | 13244014000 | | |
| Lease | 13244016000 | | |
| Lease | 13244017000 | | |
| Lease | 13244018000 | | |
| Lease | 13244019000 | | |
| Lease | 13244020000 | | |
| Lease | 13244021000 | | |

| Lease | 13244022000 | | |
|---|---|---|---|
| Lease | 13245001000 | | |
| Lease | 13245002000 | | |
| Lease | 13245003000 | | |
| Lease | 13246001000 | | |
| Lease | 13469000000 | | |
| Lease | 13470001000 | | |
| Lease | 13471001000 | | |
| Lease | 13488000000 | | |
| Lease | 13489001000 | | |
| Lease | 13489002000 | | |
| ROW/RUE | 13617000000 | | |
| Lease | 13617000000 | | |
| Lease | ME20080102 | HI 23-L | |
| Lease | 13633000000 | ST 3230 | State of Louisiana |
| ROW/RUE | 13636000000 | | |
| ROW/RUE | 13910000000 | | |
| ROW/RUE | 13922000000 | | |
| ROW/RUE | 13923000000 | | |
| Lease | 14195000000 | | |
| ROW/RUE | 14195000000 | | |
| Lease | G 16493 | MP 61 | United States of America |
| Lease | 00767-0 | | |
| ROW/RUE | OCS 00310 | | United States of America |
| ROW/RUE | 100541000 | | |
| ROW/RUE | 100644000 | ST 2158 | State of Louisiana |
| Lease | 3043 | MP 10 | State of Louisiana |
| Lease | OCS 00018 | ST 66 | United States of America |
| Lease | OCS 00028 | ST 55 | United States of America |
| ROW/RUE | OCS 00422 | ST 54 | United States of America |
| Lease | 797 | GI 9 | State of Louisiana |
| Lease | OCS 00032 | GI 18 | United States of America |
| ROW/RUE | G 28616 | SP 49 | United States of America |
| ROW/RUE | 4969 | WD 54 | State of Louisiana |
| Lease | 3161 | GI 18 | State of Louisiana |
| ROW/RUE | G 29184 | wd 73 | United States of America |
| Lease | 13226000000 | EI 330 | |
| Lease | G 02939 | SP 33 | United States of America |
| ROW/RUE | G 02939 | SP 33 | United States of America |
| ROW/RUE | 1394000000 | | |
| Lease | G 02103 | EI 257 | United States of America |
| ROW/RUE | OCS 00196 | EI 32 | United States of America |
| Lease | G 00985 | EI 259 | United States of America |
| Lease | G 02177 | SP 49 | United States of America |
| ROW/RUE | G 01958 | EI 255 | United States of America |
| Lease | 1320000000 | ST 20924 | United States of America |
| Lease | G 02868 | VR 31 | United States of America |
| ROW/RUE | G 02868 | VR 31 | United States of America |
| Lease | OCS 00685 | GI 37 | |

| Lease | G 13964 | MP 122 | United States of America |
|---|---|---|---|
| Lease | G 02923 | SS 291 | United States of America |
| Lease | G 01572 | ST 189 | United States of America |
| ROW/RUE | 2755 | SM 239 | State of Louisiana |
| ROW/RUE | 2544 | SM 239 | State of Louisiana |
| Lease | G 12348 | SS 72 | United States of America |
| Lease | G 02176 | SP 48 | United States of America |
| Lease | G 04253 | MP 303 | United States of America |
| ROW/RUE | G 04253 | MP 303 | United States of America |
| Lease | G 03339 | MP 304 | United States of America |
| ROW/RUE | G 03339 | MP 304 | United States of America |
| ROW/RUE | 1217 | SP 39 | State of Louisiana |
| ROW/RUE | 1215E | SP 39 | State of Louisiana |
| ROW/RUE | 0.373 | WD 29 | State of Louisiana |
| ROW/RUE | 1216 | SP 39 | State of Louisiana |
| ROW/RUE | 13656000000 | SP 39 | |
| Lease | 2545 | East Cameron 17 | State of Louisiana |
| ROW/RUE | 2545 | East Cameron 17 | State of Louisiana |
| ROW/RUE | 886 | WD 41 | State of Louisiana |
| ROW/RUE | 494 | WD 41 | State of Louisiana |
| ROW/RUE | 13669000000 | WD 41 | |
| ROW/RUE | 13672000000 | WD 41 | |
| ROW/RUE | 13673000000 | WD 41 | |
| Lease | 13674000000 | WD 41 | |
| ROW/RUE | 13676000000 | WD 41 | |
| Lease | G 04662 | WC 48 | United States of America |
| Lease | 100230000 | WC 17 | |
| ROW/RUE | 100231000 | ST 590 | State of Louisiana |
| ROW/RUE | 100232000 | ST 588 | State of Louisiana |
| ROW/RUE | 100233000 | ST 589 | State of Louisiana |
| ROW/RUE | G 30338 | EI 64 | United States of America |
| ROW/RUE | 981 | WC 18 | State of Louisiana |
| ROW/RUE | G 20532 | EI 64 | United States of America |
| ROW/RUE | 4437 | SMI 236 | United States of America |
| Lease | G 02388 | HI A563 | United States of America |
| Lease | G 02719 | HI A582 | United States of America |
| Lease | 100326000 | ST LA 602 | State of Louisiana |
| ROW/RUE | 4607 | SM 223 | State of Louisiana |
| Lease | 100416000 | | |
| ROW/RUE | G29539 | HI A537 | United States of America |
| ROW/RUE | G 30399 | EI 353 | United States of America |
| ROW/RUE | G 01497 | WD 95 | United States of America |
| ROW/RUE | G 01498 | WD 96 | United States of America |
| ROW/RUE | OCS 00174 | GI 32 | United States of America |
| ROW/RUE | OCS 00131 | GI 42 | United States of America |
| ROW/RUE | OCS 00175 | GI 43 | United States of America |
| Lease | 6894 | MP 72 | United States of America |
| ROW/RUE | 6894 | MP 72 | United States of America |
| ROW/RUE | OCS 00179 | WD 67 | United States of America |

| | | | |
|---|---|---|---|
| ROW/RUE | OCS 00180 | WD 68 | |
| ROW/RUE | OCS 00181 | WD 69 | United States of America |
| ROW/RUE | OCS 00182 | WD 70 | United States of America |
| ROW/RUE | OCS 00838 | WD 71 | United States of America |
| Lease | 194 | GI 43 | |
| ROW/RUE | OCS 00126 | GI 39 | United States of America |
| ROW/RUE | OCS 00127 | GI 39 | United States of America |
| ROW/RUE | OCS 00128 | GI 40 | United States of America |
| ROW/RUE | OCS 00129 | GI 42 | United States of America |
| ROW/RUE | OCS 00132 | GI 46 | United States of America |
| Lease | G 37175 | EI 353 | United States of America |
| Lease | 100643000 | | |
| ROW/RUE | G02946 | MP 72 | United States of America |
| ROW/RUE | G28497 | MP 107 | United States of America |
| ROW/RUE | OCS 00385 | WD 29 | United States of America |
| ROW/RUE | G10910 | MP 281 | |
| ROW/RUE | G02940 | SP 57 | |
| ROW/RUE | G02941 | SP 58 | |
| ROW/RUE | G02184 | SP 77 | |
| ROW/RUE | G17888 | VR 56 | |
| ROW/RUE | G03520 | WC 498 | |
| Lease | G06668 | VR 164 | |
| Facility/Well | Bayou Carlin-Williams T Landers 001 | | |
| ROW/RUE | 5939 | ST 21 | United States of America |
| ROW/RUE | 903 | ST 21 | United States of America |
| ROW/RUE | G16081 | ST 21 | United States of America |
| Lease | 00263 | ST 21 | United States of America |
| ROW/RUE | 5939 | ST 21 | State of Louisiana |
| Lease | 1423 | ST 21 | State of Louisiana |
| ROW/RUE | 542 | ST 22 | United States of America |
| Lease | 00165 | ST 22 | United States of America |
| Lease | G 01870 | ST 26 | United States of America |
| ROW/RUE | G01704 | ST 26 | United States of America |
| ROW/RUE | G01463 | ST 26 | United States of America |
| ROW/RUE | G01704A | ST 26 | United States of America |
| ROW/RUE | 697 | ST 26 | United States of America |
| ROW/RUE | 698 | ST 26 | United States of America |
| ROW/RUE | 944 | ST 26 | United States of America |
| ROW/RUE | 945 | ST 26 | United States of America |
| ROW/RUE | G01857 | ST 27 | United States of America |
| ROW/RUE | 543 | ST 28 | United States of America |