# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>MLCJR LLC, et al | CASE NO: 23-90324<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 2500 |

On 9/15/2025, I did cause a copy of the following documents, described below,

Motion to Compromise with Bristow U.S., LLC ECF Docket Reference No. 2500

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/15/2025

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.  24661 SOTX Fed # 432642
Attorney for Panel Trustee
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801
225 231 9998
kheard@stewartrobbins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| IN RE: | CASE NO: 23-90324 |
|---|---|
| MLCJR LLC, et al | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 2500 |

On 9/15/2025, a copy of the following documents, described below,

Motion to Compromise with Bristow U.S., LLC ECF Docket Reference No. 2500

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/15/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul Douglas Stewart, Jr.
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801

USPS FIRST CLASS MAILING INCLUDES:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MLCJR LLC, ET AL<br>4514 COLE AVE.<br>SUITE 1175<br>DALLAS, TX 75205 | JACKSON WALKER, LLP<br>ATTN: MATTHEW D. CAVENAUGH<br>1401 MCKINNEY ST.<br>SUITE 1900<br>HOUSTON, TX 77010 | RANDY W. WILLIAMS<br>BYMAN & ASSOCIATES PLLC<br>7924 BROADWAY<br>SUITE 104<br>PEARLAND, TX 77581 |
| JARROD MARTIN<br>CHAMBERLAIN, HRDLICKA<br>1200 SMITH ST.<br>SUITE 1400<br>HOUSTON, TX 77002 | OFFICE OF THE US TRUSTEE<br>US TRUSTEE<br>515 RUSK ST.<br>SUITE 3516<br>HOUSTON, TX 77002 | AMERICAN PANTHER, LLC<br>ATTN: NADINE MOUSTAFA, SENIOR VP,<br>GENERAL COUNSEL & CORP. SECRETARY<br>1501 MCKINNEY ST.<br>SUITE 800<br>HOUSTON, TX 77010 |
| A PORT LLC<br>ATTN: LILLY HAMM, CONTROLLER & CFO<br>100 COMMISSION BLVD.<br>LAFAYETTE, LA 70508 | AXIP ENERGY SERVICES, LP<br>ATTN: DOUG EDWARDS, SR. VP & GENERAL COUNSEL<br>1301 MCKINNEY ST., SUITE 900<br>FULLBRIGHT TOWER<br>HOUSTON, TX 77010 | CHET MORRISON CONTRACTORS, LLC<br>ATT: CHET MORRISON, FOUNDER & CEO<br>9 BAYOU DELARGE RD.<br>HOUMA, LA 70363 |
| CROSBY ENERGY SERVICES<br>ATTN: CHRIS BRANTLEY, EXECUTIVE VP & CFO<br>14090 WEST MAIN ST.,<br>CUT OFF, LA 70345 | CYPRESS POINT MARINE<br>ATTN: JOHN SUMICH, PRESIDENT<br>500 HWY. 90<br>SUITE 120<br>PATTERSON, LA 70392 | BURNER FIRE CONTROL, INC.<br>ATTN: MATT CRUSE, PRESIDENT & CEO<br>1317 PETROLEUM PKWY.<br>BROUSSARD, LA 70518 |
| CACTUS WELLHEAD, LLC<br>ATTN: BRIAN SMITH, CFP<br>920 MEMORIAL CITY WAY<br>SUITE 300<br>HOUSTON, TX 77024 | C DIVE, LLC<br>ATTN: ROBERT CHAMPAGNE, OWNER<br>1011 SADDI ST.<br>HOUMA, LA 70363 | GOM SHELF LLC<br>ATTN: JON GRAHAM, SALES MANAGER<br>2000 W. SAM HOUSTON PKWY S<br>SUITE 1200<br>HOUSTON, TX 77042 |
| GULFSTREAM SERVICES, INC.<br>ATTN: BOBBY BOND, CEO<br>230 & 231 DEVELOPMENT ST.<br>HOUMA, LA 70363 | KEYSTONE CHEMICAL, LLC<br>ATTN: JEFF DELAHOUSSAYE, PRESIDENT<br>1019 ALBERTSON PKWY.<br>BROUSSARD, LA 70518 | DANOS, LLC<br>ATTN: PAUL DANOS, OWNER PRESIDENT & CE<br>3878 WEST MAIN ST.<br>GRAY, LA 70359 |
| DLS, L.L.C.<br>ATTN: JUAN KNIGHT CEO<br>AND KENT AGUILLARD<br>P.O. BOX 309<br>LAFAYETTE, LA 70503 | E S & H PRODUCTION GROUP, LLC<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>2516 ENGINEERS RD.<br>BELLE CHASSE, LA 70037 | FAB CON, INC.<br>ATTN: BOBBY GILES, PRESIDENT & CEO<br>1710 YOUNGS RD.<br>MORGAN CITY, LA 70380 |
| GOL, LLC<br>ATTN: CASEY BOUSEGARD, VP<br>4535 HIGHWAY 308<br>P.O. BOX 309<br>RACELAND, LA 70394 | RYAN, LLC<br>ATTN: BRINT RYAN, CHAIRMAN & CEO<br>THREE GALLERIA TOWER<br>13155 NOEL RD., SUITE 100<br>DALLAS, TX 75240 | SEATRAX, INC.<br>ATTN: BLUE LEGE, VP<br>218 GUNTHER LANE<br>BELLE CHASSE, LA 70037 |
| THIRD COAST MIDSTREAM HOLDINGS, LLC<br>ATTN: NADINE MOUSTAFA, SENIOR VP<br>1501 MCKINNEY ST.<br>SUITE 800<br>HOUSTON, TX 77002 | LINEAR CONTROLS INC.<br>ATTN: ANDRE CLEMONS, PRESIDENT & CEO<br>107 1/2 COMMISSION BLVD.<br>LAFAYETTE, LA 70508 | PELSTAR MECHANICAL SERVICES, LLC<br>ATTN: BLUE LEGE, VP<br>1530 ST. ETIENNE RD.<br>BROUSSARD, LA 70518 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PRIME ENERGY RESOURCES, LLC<br>ATTN: RYAN FREDERICK, VP<br>139 JAMES COMEAUX RD., SUITE B<br>PMB 609<br>LAFAYETTE, LA 70508 | QUALITY PROCESS SERVICES, LLC<br>ATTN: WENDY AGUILLARD, CFO<br>587 S. HOLLYWOOD RD.<br>HOUMA, LA 70360 | QUALITY PRODUCTION MANAGEMENT, LLC<br>ATTN: CLAY NUNNALLY, CEO<br>425 GRIFFIN RD.<br>YOUNGSVILLE, LA 70592 |
| TURNKEY OFFSHORE PROJECT SERVICES, LLC<br>ATTN: JAY HENDERSON, VP<br>8506 SHRIMPERS ROW<br>DULAC, LA 70353 | VISION PRODUCTION CHEMICALS LLC<br>ATTN: JASON BROUSSARD, VP<br>8910 CORDELL RD.<br>ABBEVILLE, LA 70510 | WHITCO SUPPLY, LLC<br>ATTN: MINDY DAWES, OWNER & CEO<br>200 N. MORGAN AVE.<br>BROUSSARD, LA 70518 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>1111 CONSTITUTION AVE., NW<br>WASHINGTON, DC 20224 | STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY, AL 36130 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101 |
| STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON, DE 19801 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE, LA 70804 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN, TX 78711 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 4<br>ATTN: GENERAL COUNSEL<br>ATLANTA FEDERAL CENTER<br>61 FORSYTH ST. SW<br>ATLANTA, GA 30303 | ENVIRONMENTAL PROTECTION AGENCY REGION 6<br>ATTN: GENERAL COUNSEL<br>1201 ELM ST.<br>SUITE 500<br>DALLAS, TX 75270 | SECURITIES & EXCHANGE COMMISSION FORT WORTH OFFICE<br>ATTN: DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., SUITE 1900, UNIT 18<br>FORT WORTH, TX 76102 |
| U.S. DEPARTMENT OF JUSTICE<br>ATTN: J. ZACHARY BALASKO, SHANE HUANG<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 | OFFICE OF THE US TRUSTEE<br>ATTN: MARY LANGSTON<br>400 POYDRAS ST.<br>SUITE 2110<br>NEW ORLEANS, LA 70130 | STATE OF MISSISSIPPI ATTORNEY GENERAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, STE. 1200<br>JACKSON, MS 39201 |
| ENVIRONMENTAL PROTECTION AGENCY REGION 3<br>ATTN: GENERAL COUNSEL<br>FOUR PENN CENTER<br>1600 JKF BLVD.<br>PHILADELPHIA, PA 19103 | LOUISIANA DEPT. OF JUSTICE<br>ATTN: RYAN M. SEIDEMANN, PH.D<br>CIVIL DIVISION/LANDS & NATURAL RESOURCES<br>P.O. BOX 94005<br>BATON ROUGE, LA 70804 | SECURITIES & EXCHANGE COMMISSION<br>ATTN: SECRETARY OF THE TREASURY<br>100 F ST. NE<br>WASHINGTON, DC 20549 |
| SECURITIES & EXCHANGE COMMISSION NY OFFICE<br>ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY ST., SUITE 400<br>NEW YORK, NY 10281 | U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS<br>ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY<br>CIVIL PROCESS CLERK<br>1000 LOUISIANA ST., SUITE 2300<br>HOUSTON, TX 77002 | US DEPT. OF JUSTICE<br>ENVIRONMENTAL ENFORCEMENT SECTION<br>ATTN: KAYCI G. HINES<br>P.O. BOX 7611 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |