UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> **MLCJR LLC**, *et al.*,[1] <br><br> **Debtors** | Chapter 7 <br><br> Case No. 23-90324 (CML) <br><br> Jointly Administered |

**CERTIFICATE OF NO OBJECTION TO**
**SECOND INTERIM FEE APPLICATION OF STEWART ROBBINS BROWN &**
**ALTAZAN LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD**
**OF OCTOBER 1, 2024 THROUGH JANUARY 31, 2025**

(Related Doc. No. 2490)

The undersigned hereby certifies as follows:

1. On August 27, 2025, Stewart Robbins Brown & Altazan, LLC ("SRBA") counsel to Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, filed that certain *Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of October 1, 2024 Through January 31, 2025* [Doc. No. 2490] (the "Application").

2. A copy of the Application was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices pursuant to the Court's Electronic Filing Procedures [Doc. No. 2493].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

3. The Application was filed utilizing the Court's standard twenty-one (21) day notice language, which required a response by no later than September 17, 2025 (the "<u>Response Deadline</u>").

4. The undersigned hereby certifies that the Response Deadline has passed, and no responsive pleadings to the Application have appeared on the Court's docket in the above-captioned chapter 7 cases or were served upon the undersigned counsel.

5. There were no changes to the Order filed with the Application. A clean copy of such Order is attached hereto, which undersigned counsel respectfully requests the Court enter at its earliest convenience.

Dated: September 24, 2025                     Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    /s/ *Nicholas J. Smeltz*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
Brandon A. Brown (Tx. Bar # 24104237)
bbrown@stewartrobbins.com
Brooke W. Altazan (Tx. Bar # 24101002)
baltazan@stewartrobbins.com
Nicholas J. Smeltz (La. Bar # 38895)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 3726987)*
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 24th day of September 2025.

                                                 */s/ Nicholas J. Smeltz*
                                                 Nicholas J. Smeltz