**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **MLCJR LLC, *et al.*,**[1] | **Case No. 23-90324 (CML)** |
| **Debtors.** | **Jointly Administered** |

**NOTICE OF ABANDONMENT AS**
**AUTHORIZED BY PRIOR COURT ORDER**

**PLEASE TAKE NOTICE** that:

1. On August 20, 2025, Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates (the "**Trustee**"), filed that certain *Trustee's Third Motion to Abandon Certain Assets of the Estates* (the "**Third Abandonment Motion**") [Doc. No. 2487].

2. On October 6, 2025, the Court entered that certain *Order Authorizing Trustee's Third Motion to Abandon Certain Assets of the Estates* [Doc. No. 2517] ("the "**Third Abandonment Order**").

3. Paragraph 2 of the Third Abandonment Order authorizes the Trustee to abandon under § 554 any or all of the Abandoned Assets (as that term is defined in the Third Abandonment Order) by filing one or more notice(s) with the Court abandoning any or all of such Abandoned Assets.

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

4. The Trustee files this notice of abandonment (the "**Notice**") formally abandoning the following estate property under 11 U.S.C. § 554 to the fullest extent authorized by the Third Abandonment Order:

a. Any and all crude oil and other hydrocarbons, whether produced from, allocated to, or otherwise attributable to any asset in which the Estates hold, or may hold, any legal or equitable interest, whether or not previously abandoned, including without limitation all hydrocarbons held as inventory, whether held/stored in storage, stock tanks, or processing plants, as well as all hydrocarbons located in, or flowing through, any gathering lines or pipelines (collectively, the "**Hydrocarbons**") ***other than*** those Hydrocarbons specifically identified in ¶ 5 (a) – (d), *infra*.

b. Any and all held and unapplied funds provided or set aside for: (i) various professionals with pre-Petition Date retainers to be used as agreed and as subsequently provided in, *inter alia*, the Court's June 13, 2023 order[2]; (ii) payment of Court approved professional fees for professionals retained by Orders of the Court; and (iii) payment for professionals retained by orders of the Court. The foregoing includes without limitation, the $200,000 currently maintained by Alverez & Marsal North America, LLC.

c. The Estates' records currently stored with Access Information Management Corporation (d/b/a Access) and/or Access Information Management of Georgia, LLC (d/b/a Access) at their facility located in Houston, Texas, including, but not limited to, the (i) 3,521 boxes of records which the Trustee understands to generally contain Energy XXI's office files from former employees, acquisition-related data, and accounting records; and (ii) 1,642 boxes of records which the Trustee understands to generally contain geological information primarily pertaining to drilling cuttings, sidewall cores, core slabs, and related analysis materials.

5. Notwithstanding any other language contained in this Notice, at this time the Trustee is only abandoning the estate property identified in ¶ 4 (a) – (c), *supra*, and reserves all rights in, to, and upon, and is specifically not abandoning:

---

[2] *See Final Order (I) Authorizing Debtors (A) To Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (B) To Utilize Cash Collateral Pursuant to 11 U.S.C. § 363, and (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Doc. No. 434].

a. Any and all Hydrocarbons, Equipment,[3] Accounts,[4] inventory and other property, and operational assets located at the West Delta Facility, which facility is identified as belonging to or associated with Venice Energy Services Company, LLC.

b. Any and all Hydrocarbons, specifically the 20,000 barrels +/- of crude oil inventory located at the Harvest Midstream Company tank in Erath, Louisiana.

c. Any and all Hydrocarbons produced from January 1, 2024 to January 16, 2024, either missing or otherwise unidentified, from pipelines located in conventional oil field West Delta 73A, which field was purchased by W&T Offshore, Inc, and related Accounts. .

d. Any and all Hydrocarbons and inventory located at or associated with the conventional gas field, Eugene Island 24.

Respectfully Submitted:

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: *<u>/s/ Paul Douglas Stewart, Jr.</u>*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***

[3] "**<u>Equipment</u>**" refers to any and all and all equipment, platforms, gathering systems, pipelines, machinery, fixtures, improvements, vapor recovery units, and other real, personal, and mixed property, operational or nonoperational, that is or was used or held for use in connection with any asset in which the Estates hold, or may hold, any legal or equitable interest, whether or not previously abandoned.

[4] "**<u>Accounts</u>**" refers to any and all accounts, claims, causes of action, deposits, escrowed funds, and receivables in which the Estates hold, or may hold, any legal or equitable interest.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 4 November 2025, this Notice was served via the Court's CM/ECF electronic system on all parties registered to receive such notice.

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr.