United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 29, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| MLCJR LLC, et al.,[1] | CASE NO. 23-90324 (CML) (Jointly Administered) |
| DEBTORS. | |
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of MLCJR, LLC, COX OIL OFFSHORE, L.L.C., COX OPERATING, L.L.C., ENERGY XXI GOM, LLC, ENERGY XXI GULF COAST, LLC, EPL OIL & GAS, LLC and M21K, LLC, | ADVERSARY PROCEEDING |
| Plaintiff, | NO. 25-03313 |
| VERSUS | |
| STONE PIGMAN WALTHER WITTMAN, L.L.C., | |
| Defendant. | |

**ORDER DISMISSING ADVERSARY PROCEEDING**
(Related Docket No. 26)

Considering the *Trustee's Motion to Dismiss Adversary Proceeding* (the "**Dismissal Motion**")[2] filed by Michael D. Warner (the "**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, and after due deliberation and sufficient cause appearing therefore, **IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC(0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' identified (in their Petitions) their former addresses as 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1

1. The Motion is **GRANTED**.

2. The above-captioned Adversary Proceeding is **DISMISSED WITH PREJUDICE**.

3. The above-captioned Adversary Proceeding is hereby **CLOSED**.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed: December 29, 2025

_____
Christopher Lopez
United States Bankruptcy Judge