# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 04/30/2025 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9687 Checking |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/11/25 | 188 | Dartpoints | Invoice #s 139072, 139311, 140338, 140575 | 2990-000 | | 11,521.20 | 168,163.28 |
| 02/11/25 | 189 | NJZ Computer Services, LLC | w/e 1.3.25, 1.10.25, 1.17.25, 1.24.25, and 1.31.25 | 2990-000 | | 2,700.00 | 165,463.28 |
| 02/11/25 | 190 | Compliance Technology Group | Invoice #10184 | 2990-000 | | 2,996.00 | 162,467.28 |
| 02/11/25 | 191 | FileLink | Invoice #s 210581 & 210817 | 2990-000 | | 504.00 | 161,963.28 |
| 02/11/25 | 192 | Pride Oil & Gas Properties, Inc. | Invoice #125018 | 2990-000 | | 250.00 | 161,713.28 |
| 02/11/25 | 193 | Michael D. Warner | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) Voided on 03/10/2025 | 7100-004 | | 9,492.89 | 152,220.39 |
| 02/11/25 | 194 | TRDkyes & Co, LLC | Contract Labor | 2990-000 | | 27,500.00 | 124,720.39 |
| 02/20/25 | 183 | Neuralog | Invoice #:201620337 Voided: check issued on 01/07/2025 | 2990-004 | | -4,275.88 | 128,996.27 |
| 02/24/25 | 182 | NJZ Computer Services, LLC | W/E:  12.6.24, 12.13.24, 12.20.24, 12.27.24 Voided: check issued on 01/07/2025 | 2990-000 | | -2,175.00 | 131,171.27 |
| 02/24/25 | 195 | NJZ Computer Services, LLC | w/e 12.6.24, 12.13.24, 12.20.24 and 12.27.24 | 2990-000 | | 2,175.00 | 128,996.27 |
| 03/04/25 | | Chamberlain, Hrdlicka, White, Williams & Aughtry | Overpayment of expenses to counsel of interim trustee | 1290-000 | 532.80 | | 129,529.07 |
| 03/10/25 | 193 | Michael D. Warner | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) Voided: check issued on 02/11/2025 | 7100-004 | | -9,492.89 | 139,021.96 |
| 03/10/25 | 196 | NJZ Computer Services, LLC | w/e 2.7.25, 2.14.25, 2.21.25, and 2.28.25 | 2990-000 | | 2,625.00 | 136,396.96 |
| 03/10/25 | 197 | Veritrust | Inv. #s 1137702, 1136422, and 1135128 | 2990-000 | | 17,911.68 | 118,485.28 |
| 03/10/25 | 198 | Pachulski Stang Ziehl & Jones LLP | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) | 7100-000 | | 9,492.89 | 108,992.39 |
| 03/10/25 | 199 | Pachulski Stang Ziehl & Jones LLP | 80% fees/100% expenses (November - Dec 2024 monthly fee application; Dkt #:2376 | 7100-004 | | 6,147.13 | 102,845.26 |
| 03/10/25 | 200 | TRDkyes & Co, LLC | Feb 2025 | 2990-000 | | 21,200.00 | 81,645.26 |
| 03/25/25 | 201 | Dartpoints | Inv. #141542 (Feb 2025 invoice) | 2990-000 | | 2,401.60 | 79,243.66 |
| 03/25/25 | 202 | Dartpoints | Inv #141981 (Dismantling of data center) Voided on 03/25/2025 | 2990-004 | | 1,800.00 | 77,443.66 |
| 03/25/25 | 202 | Dartpoints | Inv #141981 (Dismantling of data center) Voided: check issued on 03/25/2025 | 2990-004 | | -1,800.00 | 79,243.66 |
| 03/25/25 | 203 | Dartpoints | Invoice #s 141981 and 141982 (fee for dismantling both data centers) | 2990-004 | | 3,600.00 | 75,643.66 |
| 03/25/25 | 204 | Dartpoints | Invoice #141777 (Feb 2025 invoice) | 2990-000 | | 3,359.00 | 72,284.66 |
| 04/02/25 | 205 | NJZ Computer Services, LLC | w/e 3.7.25, 3.14.25, 3.21.25 and 3.28.25 | 2990-000 | | 3,000.00 | 69,284.66 |

Page Subtotals: $532.80   $110,932.62

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | |
|---|---|---|
| **Case No.:** | 23-90324 | |
| **Case Name:** | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| **Taxpayer ID #:** | **-***0875 | |
| **For Period Ending:** | 04/30/2025 | |

| | | |
|---|---|---|
| **Trustee Name:** | Michael D. Warner (631470) | |
| **Bank Name:** | Metropolitan Commercial Bank | |
| **Account #:** | ******9687 Checking | |
| **Blanket Bond (per case limit):** | N/A | |
| **Separate Bond (if applicable):** | $4,000,000.00 | |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/02/25 | 206 | Veritrust | Inv# 1139414 | 2990-000 | | 6,321.77 | 62,962.89 |
| 04/02/25 | 207 | FileLink | Invoice # 25220061 | 2990-000 | | 252.00 | 62,710.89 |
| 04/02/25 | 208 | TRDkyes & Co, LLC | March 2025 | 2990-000 | | 16,800.00 | 45,910.89 |
| 04/02/25 | 209 | TPS - West, LLC | 80% Fees/100% Expenses November 2024 Fee Statement (Dkt. 2370) | 7100-000 | | 1,624.60 | 44,286.29 |

|  | **Account** | | | | | |
|---|---|---|---|---|---|---|
| | 1 | Balance Forward | 179,684.48 | | | |
| | | Deposits | 532.80 | 22 | Checks | 135,930.99 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | Subtotal | 180,217.28 | 0 | Transfers Out | 0.00 |
| | 0 | Adjustments In | 0.00 | | Total | 135,930.99 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | 180,217.28 | | | |

Page Subtotals:           $0.00           $0.00

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******5635 Cash Collateral |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 04/30/2025 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/25 | | Stone Pigman Walther Witmann LLC | Funds held by former special counsel | 1290-000 | 108,093.42 | | 135,455.54 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 27,362.12 | | | |
| 1 | Deposits | 108,093.42 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 135,455.54 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 135,455.54 | | | |

Page Subtotals:         $0.00         $0.00

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case No.:** | 23-90324 |
| **Case Name:** | MLCJR LLC |
| | L.L.C. Cox Oil Offshore |
| **Taxpayer ID #:** | **-***0875 |
| **For Period Ending:** | 04/30/2025 |

| | |
|---|---|
| **Trustee Name:** | Michael D. Warner (631470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******3772 DOJ Settlement Funds |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|

**Account**

| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 0.00 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | 0.00 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

| | Page Subtotals: | $0.00 | $0.00 |
|---|---|---|---|

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******7203 WT Asset Sale Proceeds |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 04/30/2025 | Separate Bond (if applicable): | $4,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Deposit<br>$ | 6<br>Disbursement<br>$ | 7<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/25 | | Stewart Robbins Brown & Altazan, LLC | WIRE FROM STEWART ROBBINS  BROW | 1290-000 | 250,000.00 | | 250,000.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 250,000.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 250,000.00 | | | |

Page Subtotals:  $0.00   $0.00

## Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******1353 Hedron Settlement Account |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 04/30/2025 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 0.00 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | 0.00 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 0.00 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $0.00 | $0.00 |

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******1353 Hedron Settlement Account |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 04/30/2025 | **Separate Bond (if applicable):** | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $358,626.22 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $358,626.22 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9687 Checking | $532.80 | $142,381.87 | $44,286.29 |
| ******5635 Cash Collateral | $108,093.42 | $0.00 | $135,455.54 |
| ******3772 DOJ Settlement Funds | $0.00 | $0.00 | $0.00 |
| ******7203 WT Asset Sale Proceeds | $250,000.00 | $0.00 | $250,000.00 |
| ******1353 Hedron Settlement Account | $0.00 | $0.00 | $0.00 |
| | **$358,626.22** | **$142,381.87** | **$429,741.83** |