**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| MLCJR LLC, *et al.*,[1] | § | Case No. 23-90324 (CML) |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that Samantha Espino, of the Underwood Law Firm, P.C., hereby withdraws as counsel of record for Amarillo National Bank ("Client") in the above-styled matter. Ms. Espino requests that service upon her of all future filings in this matter be discontinued as of the date of this notice and that she be removed from the electronic (ECF) service list as counsel to the Client. This notice is with respect to Ms. Espino only and the Client will continue to be represented through its other counsel of record in this matter.

Date: March 27, 2026

Respectfully submitted,


*/s/ Samantha Espino*
Samantha Espino,
Texas Bar No. 24131801

KELLY HART PITRE

Louis M. Phillips (LA #10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

and

Amelia L. Hurt (LA #36817, TX #24092553)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: amelia.hurt@kellyhart.com

and

ROGER S. COX, Texas State Bar No. 04956200
MIKE SMILEY, Texas Bar No. 18526550
SAMANTHA ESPINO, Texas Bar No. 24131801
UNDERWOOD
P. O. Box 9158
Amarillo, Texas 79105-9158
Telephone (Direct): (806) 242-9651
Fax: (806) 379-0316
E-mail: roger.cox@uwlaw.com

**COUNSEL FOR AMARILLO NATIONAL
BANK, IN ITS CAPACITY AS AGENT**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served by ECF (electronic) notification in this case.

Date of service: March 27, 2026

_/s/ Samantha Espino_
Samantha Espino