United States Bankruptcy Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **IN RE** | **CHAPTER 7** |
| **MLCJR LLC, et al.,**[1] | **CASE NO. 23-90324 (CML) (Jointly Administered)** |
| **DEBTORS.** | |

**MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,**

   **Plaintiff,**

**VERSUS**

**GULF LAND STRUCTURES, LLC,**

   **Defendant.**

**ADVERSARY PROCEEDING**

**NO. 25-03346**

## ORDER DISMISSING ADVERSARY PROCEEDING
(Related Docket No. 26)

Considering the *Trustee's Motion to Dismiss Adversary Proceeding* (the "**Dismissal Motion**")[2] filed by Michael D. Warner (the "**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, and after due deliberation and sufficient cause appearing therefore,

   **IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC(0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' identified (in their Petitions) their former addresses as 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1

1.      The Motion is **GRANTED**.

2.      The above-captioned Adversary Proceeding is **DISMISSED WITH PREJUDICE**.

3.      The above-captioned Adversary Proceeding is hereby **CLOSED**.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed:  April 07, 2026

_____
Christopher Lopez
United States Bankruptcy Judge