UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MLCJR LLC, *et al.*,[1] | ) Case No. 23-90324 (CML) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

**DECLARATION OF JASON M. BUSH IN SUPPORT OF THE TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER: (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF HENDERSON AUCTIONS; (II) APPROVING THE SALE OF EQUIPMENT THROUGH PUBLIC AUCTION FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; (III) APPROVING CARVE-OUT AND APPLICATION OF SALE PROCEEDS; AND (IV) GRANTING RELATED RELIEF**

Pursuant to 28 U.S.C. § 1746, I, Jason M. Bush, hereby submit this declaration (this "Declaration") under penalty of perjury to the best of my knowledge, information and belief:

1.     I am an individual of the age of majority and resident of Louisiana.

2.     I am a National Account Manager with Henderson Auctions ("Henderson"), an auction company that began in 1957 and has a permanent facility in Livingston, Louisiana. Henderson Auctions is a trade name used by J.A.H. Enterprises, Inc.

3.     I submit this Declaration pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure in support of the *Trustee's Motion for the Entry of an Order: (I) Authorizing the Employment and Retention of Henderson Auctions; (II) Approving the Sale of Equipment Through Public Action Free and Clear of Liens, Claims, and Interests; (III) Approving*

---

[1]     The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are:  MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).  The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

Exhibit A

*Carve-Out and Application of Sale Proceeds; and (IV) Granting Related Relief* (the "Motion"), by which Michael D. Warner, in his capacity as the duly elected chapter 7 trustee (the "Trustee") for the bankruptcy estates (the "Estates") of the Debtors seeks to, among other things, sell through public auction certain pipes, tubular inventory and other equipment (collectively, the "Equipment") and employ and retain Henderson as the Estates' auctioneer under 11 U.S.C. § 327(a) to auction (the "Auction") the Equipment.

4. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.

5. Henderson has reviewed the names of the Debtors, the creditors of the Debtors as disclosed by it in filings with the Court, counsel to the Debtors as disclosed by the Debtors in Court filings, the U.S. Trustee, and potential parties in interest included in **Schedule 1** attached hereto. Henderson has undertaken a review of its client database which should reveal any of Henderson's connections to the Debtors, creditors, other parties in interest, their counsel and the Office of the U.S. Trustee.

6. Insofar as Henderson has been able to ascertain, Henderson has no connection with the Trustee, the Debtors, its creditors or any other parties in interest herein, the Debtors' respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

7. Based on the results of its search, it appears that Henderson does not hold or represent any interest adverse to and have no connection, subject to the disclosures set forth below, with the Debtors herein, its creditors, the Trustee, the U.S. Trustee or any party in interest herein.

8. To the best of my knowledge, information and belief, expect as otherwise noted in this Declaration, Henderson does not hold or represent an interest in the above captioned

bankruptcy case that is adverse to the Estates. Further, and to the best of my knowledge, information and belief, except as otherwise noted in this Declaration, Henderson is disinterested as that term is defined in 11 U.S.C. § 101(14) as: (a) Henderson is not a creditor, equity security holder, or an insider of the Debtors; (b) Henderson is not and was not, within two years before the date the Debtors filed voluntary petitions for relief, a director, officer, or employee of the Debtors; and (c) Henderson does not hold an interest materially adverse to the Estates or any class of creditors or equity security holders for any reason, including by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

9.      Henderson understands there is a continuing duty to disclose any adverse interests. To the extent Henderson becomes aware of any actual conflict during its employment by the Estates, Henderson will immediately disclose such conflict.

10.     Under the *Auction Agreement* (the "Agreement") with the Trustee, Henderson will advertise, promote, and conduct the Auction. The Estates are not required to advance any direct costs that Henderson incurs in setting up and marketing the Auction; instead, these direct costs will be paid from the proceeds of the Auction. Additionally, Henderson will collect a buyer's premium in the amount of ten percent (10%) of each lot sold that will be paid by the winning bidders. Henderson submits that this arrangement of compensation is reasonable for the services Henderson will provide.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

March 18, 2026
Dated

/s/
Jason M. Bush

**Schedule 1**
**Parties in Interest & Creditors**

CEXXI, LLC
1572 HOLDINGS LLC
1859 CHEMICAL SOLUTIONS LLC
1995 INCOME PROGRAM LIMITED LIABILITY COMPANY
1995 INCOME PROGRAM LLC
2M OILFIELD GROUP INC
2M OILFIELD GROUP INC.
360 INTERNATIONAL INC
3ES INNOVATION INC
A & E ENGINE AND COMPRESSION INC
A & H ARMATURE WORKS INC
A & H Armature Works, Inc.
A & H ARMATURE WORKS, INC.
A & H Armature Works, Inc.
A J PATROL LLC
A T & T
A WILBERT'S SONS LLC
A&M FOUNDATION
A.J. Patrol LLC.
ABADIE, JEAN J
ABBOTT, CHAD D.
ABR Logistics, LLC
ABR LOGISTICS, LLC
ABRADO INC
ABS QUALITY EVALUATIONS INC
ABS QUALITY EVALUATIONS, INC.
ABSHIRE, COLBY S.
ABSHIRE, DAVID W.
ABSHIRE, HEATH J.
ABSHIRE, JANIE
ABSHIRE, JANIE LYNN STANSBURY
ABSHIRE, JANNIE LYNN STANSBURY
ACADIAN AMBULANCE SERVICE INC D/B/A EXECUTIVE AIR
Acadian Ambulance Service, Inc.
Acadian Ambulance Services Inc D/B/A Executive Air
ACADIAN CONSULTING GROUP
ACADIANA MAINTENANCE SERVICES
ACADIANA VALVE SERVICES & SUPPLY LLC
Accelerant Specialty Insurance Company
ACCELERANT SPECIALTY INSURANCE COMPANY
Access Information Management Corporation

ACCESS INFORMATION MANAGEMENT OF GA, LLC

Access Information Management of Georgia, LLC

Accu-Line Wireline

Accu-Line Wireline Service, LLC

ACCU-LINE WIRELINE SERVICES LLC

Accu-Line Wireline Services, L.L.C. d/b/a Accu-Line Well Services

ACCU-LINE WIRELINE SERVICES, LLC

ACE INVESTMENTS & CONSTRUCTION, LLC

ACE INVESTMENTS LLC

ACME TRUCK LINE INC

ACME TRUCK LINE, INC.

Action Specialties, LLC

Ad Hoc Committee of Statutory Lien Creditors

ADAMS, WILLIAM J.

ADAPT CONCEPTS LLC

Adapt Concepts, L.L.C.

Adapt Concepts, L.L.C.

Adapt Concepts, LLC

ADAPT CONCEPTS, LLC

ADKINS, JR, WARD N.

ADRIATIC MARINE LLC

ADRIENNE A BARNETT TRUST

Advanced Business Copiers

ADVANCED BUSINESS COPIERS LP

ADVANCED ENERGY SERVICES INC

Advanced Energy Services, Inc

ADVANCED ENERGY SERVICES, INC

ADVANCED ENERGY SERVICES, INC.

ADVANCED ENGINEERING & SCIENCES (AES) DIVISION

ADVANCED FIRE & SAFETY LLC

ADVANCED INTEGRATED SERVICES INC

ADVANCED INTEGRATED SERVICES, INC.

ADVANCED MEASUREMENT TECHNOLOGY INC

AEROBOTICS ENERGY GROUP LLC

AFCO

AFTER THE MISSION

AGGREKO LLC

AHMAD, ZAVITSANOS, ANAIPAKOS,

AHSAN, AMIR

AIM OILFIELD SERVICES LLC

AIM Oilfield Services, LLC

AIM OILFIELD SERVICES, LLC

AINSWORTH III, ROBERT A

Air Exchange LLC

AIR MED SERVICES LLC
AIRBORNE SUPPORT INC
AIRGAS INC
AIRONE HELICOPTERS LLC
AIRONE HELICOPTERS, LLC
AIRTAP COMMUNICATIONS LLC
ALABAMA DEPARTMENT OF NATURAL RESOURCES
ALAMO, INC.
ALAN & CHERYL CLEMENS FAMILY TRUST
Albert Alonzo
ALDONSA INC D/B/A OILFIELD INSTRUMENTATION USA
Aldonsa, Inc. d/b/a Oilfield Instrumentation USA
Aldonsa, Inc. d/b/a Oilfield Instrumentation, USA
Aldonsa, Inc. dba Oilfield Instrumentation, USA
ALDONSA, INC. DBA OILFIELD INSTRUMENTATION, USA
ALERT SYSTEMS TECHNOLOGIES LLC
Alethea Caluza
Alicia Barcomb
ALL COAST LLC
All Coast, LLC
All Coast, LLC
All Coast, LLC, Gulfstream Services, Inc., Keystone Chemical LLC, Offshore Liftboats, LLC, Piranha Rentals, LLC, Premier Offshore Catering Inc
All Coast, LLC, Gulfstream Services, Inc., Keystone Chemical LLC, Offshore Liftboats, LLC, Piranha Rentals, LLC, Premier Offshore Catering Inc, Prime Energy Resources, LLC
ALL FABRICATIONS INC.
All Industrial Medical Services
ALL INDUSTRIAL MEDICAL SERVICES, LLC
ALL OUR JUNK LLC
ALL PHASE ELECTRICAL SERVICE INC
ALLAIN-LEBRETON COMPANY
ALLAN, JANIS F
ALLEN, CHRISTOPHER
ALLEN, DANIEL H.
ALLEN, SHAWN M.
Allendorph Specialties, Inc.
ALLIANCE ENERGY SERVICES LLC
ALLIANCE ENERGY SERVICES, LLC
ALLIANCE OFFSHORE LLC
ALLIANCE OILFIELD SERVICES LLC
Allianz Global Corporate & Specialty SE
ALLIANZ GLOBAL CORPORATE & SPECIALTY SE
ALLISON MARINE CONTRACTORS II, LLC
ALLISON MARINE HOLDINGS LLC

ALLOCATION SPECIALISTS, LLC
ALLOCATION SPECIALISTS, LTD.
ALPHA CONTROL SERVICES LLC
ALPHA CONTROL SERVICES, LLC
ALPHA R2 LLC
ALPHONSE, RONALD H.
Alsonsa, Inc. Oilfield Instrumentation, USA
ALSPAUGH, MARK S
ALTEC INC
ALTEC, INC.
Alvarez & Marsal
ALVAREZ & MARSAL NORTH AMERICA, LLC
AM PER ENTERPRISES INC
Amalia, Inc.
AMALIA, INC.
AMALIA, INC., DIANE ZARAK, AND NIKOLA ZARAK
Amarillo National Bank
AMARILLO NATIONAL BANK
Amarillo National Bank as prepetition collateral agent
Amarillo National Bank, DIP Agent
AMERADA HESS CORPORATION
AMERICAN ARBITRATION ASSOCIATION, INC.
AMERICAN CANCER SOCIETY, INC.
American Eagle A Division Of Bennett Motor Express, LLC
AMERICAN EAGLE LOGISTICS DIVISION
AMERICAN EAGLE LOGISTICS LLC
AMERICAN EAGLE LOGISTICS, A DIVISION OF BENNETT MOTOR EXPRESS LLC
AMERICAN EAGLE LOGISTICS, LLC
American Express
AMERICAN EXPRESS
American Express National Bank
AMERICAN FIRE & SAFETY LLC
AMERICAN INNOVATIONS, LTD
AMERICAN MIDSTREAM MARKETING LLC
AMERICAN MIDSTREAM OFFSHORE (SEACREST) LP
AMERICAN NATURAL GAS PROD COMPANY ET AL
AMERICAN PANTHER
American Panther - Mezzanine Processing
AMERICAN PANTHER - MEZZANINE PROCESSING
AMERICAN PANTHER LLC
AMERICAN PANTHER, L.L.C.
American Panther, LLC
AMERICAN PANTHER, LLC
AMERICAN POLLUTION CONTROL CORP

AMERICAN STOCK TRANSFER &
AMERICAN TANK COMPANY INC
AMERICAN TANK COMPANY, INC.
AMOCO PRODUCTION COMPANY
AMOS, ELLIOTT
AMOS, ELLIOTT J.
Amynta
AMYNTA
Ana Castro
ANADARKO PETROLEUM
ANADARKO PETROLEUM CORPORATION
ANADARKO PRODUCTION COMPANY
ANB Bank
ANDERSON, GLEN C.
ANDERSON, JAMES P.
ANDERSON, KENNETH C.
ANDERSON, KENNETH L.
ANDERSON, KIMMEY L.
ANDERSON, RICKY
ANDERSON, THEODORE
ANDERSON, TROY D.
ANDERSON, WILLIAM T.
ANDERSON-PRICHARD OIL CORPORATION
ANDRE, CELESTE FUSELIER
Andrew Jimenez
ANDREW L MAZAL LLC
ANGLO-SUISSE OFFSHORE PARTNERS, LLC
ANGLO-SUISSE OFFSHORE PARTNERS, LTD.
Anglo-Suisse Offshore Pipeline Partners, LLC
ANGLO-SUISSE OFFSHORE PIPELINE PARTNERS, LLC
ANN HARRIS BENNETT - TAX ASSESSOR-COLLECTOR
ANNIE'S LOUISIANA LANDS LLC
ANR PIPELINE COMPANY
ANR PROD COMPANY
ANSLEY, JACOB T.
ANTELOPE OIL TOOL & MFG. CO. LLC
ANTHONY J BERTUCCI CONSTRUCTION INC
ANTOINE, MURPHY
APA CORPORATION
Apache Corporation
APACHE CORPORATION
APACHE GOM PIPELINE INC
Apache Shelf Exploration LLC
APACHE SHELF INC

APACHE DEEPWATER LLC
APEX TECHNOLOGIES INTERNATIONAL LLC
APOLLO ENERGY MANAGEMENT
A-Port LLC
A-PORT LLC
A-Port, LLC
A-PORT, LLC
APPLIED UNDERWRITERS
AQUEOS CORPORATION
AQUEOUS CORPORATION
ARCENEAUX, SHEA K.
Arch Insurance (UK) Limited
ARCH INSURANCE (UK) LIMITED
Arch Insurance Company
ARCH INSURANCE COMPANY
ARCHAMBEAULT, JUDITH L
Archrock Partners Operating LLC
Archrock Partners Operating LLC
Archrock Partners Operating LLC and Archrock Services, L.P.
Archrock Partners Operating, LLC
ARCHROCK PARTNERS OPERATING, LLC
Archrock Partners Operating, LLC and Archrock Services, L.P.
ARCHROCK SERVICES LP
Archrock Services, L.P.
ARCHROCK SERVICES, LP
ARCO OIL AND GAS COMPANY
ARDENT SERVICES LLC
Arena Energy
ARENA ENERGY
ARENA ENERGY GP LLP
ARENA ENERGY LLC
Arena Energy, LLC
ARENA ENERGY, LLC
Arena Energy, LP
ARENA ENERGY, LP
ARENA OFFSHORE GP LLC
ARENA OFFSHORE LLC
ARENA OFFSHORE LP
Arena Offshore, LP
ARENA OFFSHORE, LP
Argonaut Insurance Company
ARGONAUT INSURANCE COMPANY

Argonaut Insurance Company, Berkley Insurance Company, Nationwide Mutual Insurance Company, Travelers Casualty & Surety Company of America, Westchester Fire Insurance Company
ARGYLE RESOURCES, INC.
ARIC MCCUMBER, TRSTEE OF A MCCUMBER TRUST
ARKOS FIELD SERVICES LP
ARLENE & JOSEPH MERAUX CHARITABLE FOUNDATION
ARMSTEAD, FRANK A.
ARROWHEAD GULF COAST P/L LLC
ARROWHEAD LOUISIANA PIPELINE LLC
ARROWHEAD OFFSHORE P/L, LLC
ART CATERING INC
ARTIGUES CONSTRUCTION CO., INC.
ASCENSION SEARCH PARTNERS
ASHBY, FRANK
ASHLAND OIL INC
ASHTEAD TECHONOLOGY OFFSHORE INC
ASMALLWORLD AG
Aspen American Insurance Company
ASPEN AMERICAN INSURANCE COMPANY
Aspen Specialty Insurance Company
ASPEN SPECIALTY INSURANCE COMPANY
ASRC ENERGY SERVICES OMEGA LLC
ASSUMPTION PARISH SCHOOL BOARD
Assumption Parish Sheriff's Office
ASSUMPTION PARISH SHERIFF'S OFFICE
AT&T
AT&T
AT&T Mobility
AT&T MOBILITY
AT&T MOBILITY, LLC
ATCHAFALAYA BASIN LEVEE DISTRICT
ATCHAFALAYA MEASUREMENT INC
ATCHAFALAYA MEASUREMENT, INC.
Atina Maritime
Atina Maritime Limited
Atina Maritime Limited
ATKINS, L. M.
ATLANTIC RICHFIELD COMPANY
ATLANTIS DEEPWATER PROD CO
ATN SIGNALS INC
ATP OIL & GAS CORPORATION
Attorneys for W&T Offshore, Inc., W&T Energy VI, LLC and their affiliates and subsidiaries
AUDOBON TERRACE ADVISORS

AURORA EXPLORATION LLC

AUTOCOMM COMMUNICATIONS

AUTOMATIC POWER INC

AVARA, CHAD A.

AVERETT, JOEL E.

AVERITT, ELIZABETH GRATTAN

AVERY, JACK E.

AVONDALE SHIPYARDS, INC.

AXA XL – Professional Insurance

AXA XL - PROFESSIONAL INSURANCE

Axip Energy Services, LP

AXIP ENERGY SERVICES, LP

AXIP ENERGY SERVICES, LP (F/K/A VALERUS COMPRESSION SERVICES, LP)

AXIS COMPRESSOR SERVICES LLC

AXIS COMPRESSOR SERVICES, LLC

Axis Newco LLC

AXIS NEWCO LLC

Axis Newco, LLC

Axis Newco, LLC

AXIS OILFIELD RENTALS, LLC

AXXIS DRILLING INC

B & J MARTIN, INC.

B T OPERATING CO

B&J MARTIN INC

B.A.I. NAPA

BACKUP TECHNOLOGY, LLC

BADGER OIL CORPORATION

BADON, JOSHUA E.

BAILEY VINCENT DORAN TRUST

BAILEY, ANN

BAILEY, JANE C

BAILEY-MAGEE INVESTMENTS LLC

BAKER ATTORNEY, STEPHEN D.

BAKER BOTTS L.L.P.

BAKER HUGHES

BAKER HUGHES OILFIELD OPERATIONS INC AND BAKER PETROLITE CORPORATIONN C/O BAKER HUGHES INCORPORATED

Baker Hughes Oilfield Operations, LLC

BAKER HUGHES OILFIELD OPERATIONS, LLC

BAKER, DONELSON, BEARMAN,

BALDO, JARED

Baldo, Jared

BANK OF MONTREAL, AS ADMINISTRATIVE AGENT

Bankruptcy Department State Virginia Attorney

BAOU LONG LLC

BARATARIA-TERREBONNE ESTUARY FOUNDATION

BARNES, MARIBETH LEE GAMBLE

BARNETT, JOHN BRADFORD

BARRETT, LINDA G.

BARRON, ALLEN C.

BARRY GRAHAM OIL SERVICE

Barry Graham Oil Service, L.L.C.

Barry Graham Oil Service, LLC

Barry Graham Oil Service, LLC

Barry Graham Oil Services LLC

BARTELS, PATRICK

BARTHELEMY, ERNIE P.

BARZARE, KEVIN M.

BASIN EXPLORATION LLC

BASIN INVESTMENT LLC

BASS, DIANE B WHITNEY

BATEMAN, MARY L.

BAXTER, BETTY S

BAXTER, MICHAEL T

BAXTER, STEPHEN C

BAYOU MARINE CONTRUCTION LLC

BAYOU MARINE ELECTRONICS, INC.

BAYOU PROJECT SERVICES

BAYSHORE MARINE SURVEYORS

BAYWATER DRILLING LLC

BAYWATER PIPELINE SERVICES, LLC

BAZOR, TIMOTHY W.

BCMO, L.L.C.

BDO USA, LLP

BEALL, FREDERICK W.

BEAR ENERGY SERVICES LLC

BEAR ENERGY SERVICES, LLC

BEARDAIN, WES D.

BEAVERS SPECIALTY INC

BEAVERS SPECIALTY, INC.

BEC Trust

BECHTEL ENERGY PARTNERS LTD

BECHTEL ENERGY PARTNERS, LTD

BECKER, DARRIN J.

BECKHAM HOLDINGS TRUST

BECKWITH, TAMMY L.

BECNEL RENTAL TOOLS LLC

BECNEL RENTAL TOOLS, LLC

Becnel, Jack
BECNEL, JACK
BEDROCK PETROLEUM CONSULTANTS LLC
BEERMAN PRECISION, INC
BEIFUS, MICHAEL
BELCHER, JOHN S.
BELL PROPERTIES LLC
BELL, DAVID
BELL, HARRIET PAULINE
BELL, JR, WILSON M
BELL, TYWAN T.
BELLANGER, ARNOLD P.
BELLELO, NATHAN J.
BELTON LAW FIRM
BELZONA HOUSTON, INC.
BELZONA OFFSHORE LLC
Ben Marchive II
BEN NETHERLAND
BENEDETTO JR, L L
BENEDETTO, ELLEN F.
BENJAMIN F. KITCHEN III ESTATE
BENNETT MOTOR EXPRESS, LLC
BENNETT, MARTIN R.
Benoit Premium Threading, LLC
BENOIT PREMIUM THREADING, LLC
BENOIT, GEORGE P.
BENSON, DAVID L.
BENTLEY, BRIAN W.
BERG' SERVICES, LLC
BERGERON, BLAKE A.
BERGERON, TAMMY S
Berkley Insurance Company
BERKLEY INSURANCE COMPANY
BERLY, ROBERT M.
BERRY BROS GENERAL CONTRACTING INC
Bertoch, David
BERTONIERE, SUSAN B.
BERTRAND, JOSHUA P.
Besiktas Likid Tasimacilik Denizcilik Ticaret A.S.
Besiktas Likid Tasimacilik Denizcilik Ticaret A.S.
Besiktas Ship Management
BETTY HODGES MITCHELL LLC
BEUERMAN MILLER FITZGERALD, INC.
BEXAR ENERGY HOLDINGS

BHCH Mineral, LTD
BHST LLC
BICO DRILLING TOOLS
BICO DRILLING TOOLS, INC.
Big Joe Landing
BIG JOE LANDING
BILBO, BILLY B.
BILLEAUD, BRYAN R.
BILLICH, IVO
BILLIOT, EXZILDIA MONDOR
Billiot, Farren
BILLIOT, FARREN
BILOXI MARSH LANDS CORP
BISHOP, ELIZA
Bizstor, LLC
BLACK BEAR PAC INC.
BLACK ELK ENERGY OFFSHORE OPERATIONS LLC
BLACK GOLD SERVICES
BLACK MARLIN P/L COMPANY
BLACK STONE MINERALS COMPANY LP
Blackcomb Energy, LLC
BLACKFORD, CHRISTOPHER J.
BLACKHAWK OILFIELD SERVICES LLC
BLACKHAWK SPECIALTY TOOLS, LLC
BLACKSTREAM CALEDONIAN ROYALTY PARTNERS I,LLC
BLACKWATER DIVING LLC
BLAKE INTERNATIONAL RIGS LLC
BLAKE INTERNATIONAL RIGS, LLC
BLAKE OFFSHORE, LLC
Blanc, Allen Le
BLANCHARD CONTRACTORS INC
BLANCHARD INDUSTRIAL, LLC
BLANCHARD, DALE J.
BLANCHARD, DEAN J.
BLANCHARD, LUCAS J.
BLANCHET, ELLIOT J.
BLOOMBERG FINANCE, LP
BLUE CHARM LLC
BLUE FIN SERVICES LLC
BLUE FIN SERVICES, LLC
Bluecross Blueshield Of Texas
BLUECROSS BLUESHIELD OF TEXAS
BLUEWATER RUBBER & GASKET CO.
BLUIETT, DEANDRIA D.

BOARD OF ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND

BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE

BODIN, SUSAN GUILLOTTE

BOETTCHER, CHARLES F

BOGGAN, DARREN ANN

BOIS D'ARC EXPLORATION LLC, ET AL

BOLGER, LORA

BOLING, ROBERT W.

BOLLINGER ENTERPRISES, LLC

BONNEAU, JAMES C.

BONNETTE, STONEY N.

BOOKSH II, JOHN D

BOOKSH, JR, JAMES H

BOOKSH, ROBERT W

BORDELON MARINE LIENS

Bordelon Marine, LLC

BORDELON MARINE, LLC

BORDELON, BRYAN S.

Bordelon, Bryan Scott

BORDELON, IRION J.

BOSARGE DIVING INC

BOSARGE DIVING INC.

BOUCHARD COASTWISE MANAGEMENT CORP

BOUDREAUX JR, JERRY J

BOUDREAUX, BLAKE E.

BOUDREAUX, GLENN D

BOUDREAUX, GLENN DAVID

BOUDREAUX, GREGORY

BOURG, JACK JAMES

BOURGEOIS JR, RONALD J

BOURGEOIS MEDICAL CLINIC LLC

BOURGEOIS, ADAM M.

BOURGEOIS, BLAINE G.

BOURGEOIS, GWYN GUILLOTTE

BOURGEOIS, RICHARD J

BOURGEOIS, TRUDY P

BOURQUE JR, COURTNEY J.

BOURQUE, COURTNEY J.

BOUY, BRANT J.

BOX ENERGY CORPORATION

BOYD, GARY S.

BOYD, LAWRENCE V.

BOYD, WILLIAM B.

BP

BP AMERICA PRODUCTION COMPANY

BP AMOCO

BP Energy Company

BP ENERGY COMPANY

BP Energy Company and BP Products North America Inc.

BP ENERGY COMPANY, AS ACCOUNT AGENT

BP EXPLORATION

BP EXPLORATION & OIL INC

BP EXPLORATION & PRODUCTION

BP EXPLORATION & PRODUCTION INC

BP EXPLORATION INC

BP PIPELINE

BP PRODUCTS NORTH AMERICA INC

BP PRODUCTS NORTH AMERICA INC.

BP Products North America, Inc.

BRABHAM, JOSHUA A.

BRABHAM, MATTHEW G.

Brad E. Cox

BRAD MICHAEL MOORE FIRST FINANCIAL TRST &

BRAMMER ENGINEERING INC

BRAND INDUSTRIAL SERVICES INC

BRANDSAFWAY, LLC

BRANDSTETTER, MICHAEL E.

BRASHIER, AUSTIN D.

BRATTON, JOSEPH W.

BREAUX PETROLEUM PRODUCTS INC

BREAUX, MARIA G

BREAUX-KELLER MINERALS LLC

BRENNER, CHARLES P.

BRETON RESOURCES COMPANY

Breton Sound Holdings II, LLC

Breton Sound Holdings, LLC

BRI 1850 Houston OCC, LLC

BRI 1850 HOUSTON OCC, LLC

Brian Henault

Brian, Rachel Earles

BRIEN, SCOTTIE

BRIGHT, REBECCA L.

BRISTOW U.S. LLC

Bristow US, LLC

BRISTOW US, LLC

BRISTOW USLLC

BRITTON, CHAD J.

Broadwall Management Corp

BROADWALL MANAGEMENT CORP AS MANAGING AGENT FOR LAKEWAY ASSOCIATES LLC AND LAKEWAY ASSOCIATES II LLC

BROADWALL MANAGEMENT CORP.

BROADWALL MANAGEMENT CORP. AS AGENT FOR

Broadwall Management Corp. as managing agent for Lakeway Associates LLC & Lakeway Associates 11 LLC

BROCK, IRA S.

BROUSSARD BROTHERS INC

Broussard Brothers, Inc.

BROUSSARD BROTHERS, INC.

BROUSSARD, CHET P.

BROUSSARD, CHRISTOPHER J.

BROUSSARD, CODY J.

BROUSSARD, KARL

BROUSSARD, SCOTTY J.

Broussard, Toby

BROUSSARD, TOBY

BROWN III, EDMUND G.

BROWN NELKEN, ADELE

BROWN, JAMES EWING

BROWN, JAMES W.

BROWN, LAWRENCE E.

BROWN, LEE L.

BROWN, ROBERT J.

BROWN, ROGER L.

BROWN, RONALD L.

BROWN, TAYLOR

BROWNLEE, GEORGE K.

BRUDNER, JONATHAN G.

BRUSKOTTER CONSULTING SERVICES LLC

BRYANT ENTERPRISES

BRYANT, ADRIAN G.

BSREP II HOUSTON OFFICE 1HC OWNER LLC

BSREP II Houston Office 1HC Owner, LLC

BSREP II Houston Office 1HC Owner, LLC

BTA OIL PRODUCERS LLC

BUCK UP ENERGY SERVICES

BUCK, ALFRED H

BUCK, BEATRICE N

BUCK, BESSIE E

BUCK, ELEANOR O

BUCK, HARRY H

BUCK, HOWARD H

BUCK, HOWARD I

BUCK, JULIA MAE
BUCK, PETER B
BUCK, VIOLET R
BUCKLE, EDWARD J.
BULLROAR TELECOM LTD
BULLROAR TELECOM, LTD
BUMP, JANET S
BUNCH, GEORGE ELLIS
BUNCH, MARY LOUISE TAYLOR ELLIS
BUNDRICK, BETHIA B
BUREAU OF LAND MANAGEMENT (BLM)
BUREAU OF LAND MANAGEMENT US DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT, US DEPARTMENT OF THE INTERIOR
Bureau of Ocean Energy Management
BUREAU OF OCEAN ENERGY MANAGEMENT
BUREAU OF OCEAN ENERGY MANAGEMENT (BOEM)
BUREAU OF OCEAN ENERGY MANAGEMENT US DEPARTMENT OF THE INTERIOR
BUREAU OF OCEAN ENERGY MANAGEMENT, US DEPARTMENT OF THE INTERIOR
Bureau of Safety and Environmental Enforcement
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT (BSEE)
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT US DEPARTMENT OF THE INTERIOR
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, US DEPARTMENT OF THE INTERIOR
Burford Capital
BURK, SALLY DEAN
BURK, SALLY ELIZABETH
BURK, WILLIAM G
BURLINGTON RESOURCES OFFSHORE, INC.
Burner Fire Control
BURNER FIRE CONTROL INC
Burner Fire Control Inc.
BURNER FIRE CONTROL INC.
Burner Fire Control, Inc.
Burner Fire Control, Inc.
BURROW, NANCY W
BURSON, L F
BURTON LAWTON, WILLIAM
BURTON, WM T
BUSBY, JAMES H.
BUSCO, JEFFREY M.
BUSINESS RADIO LICENSING
BUSTER, WALTER ALAN
BYRD JR, JOHN W
BYRD, JEANOTTE BUCK

BYRD, JOHN W

BYRD, JR., JOHN W.

BYRD, VERNON

C & D WIRELINE, LLC

C E SCHWING LLC

C&D PRODUCTION SPECIALIST CO INC D/B/A CROSBY ENERGY SERVICES

C&G TRANSPORT

C.T. TRAINA, INC.

CABOT CORPORATION

CABOT OIL & GAS CORPORATION

CABOT OIL CORPORATION

CACTUS HYDRO III LTD PARTNERSHIP

CACTUS WELLHEAD LLC

Cactus Wellhead, LLC

CACTUS WELLHEAD, LLC

CAD CONTROL SYSTEM INC

CAD INVESTMENT GROUP LLC D/B/A CAD COATING & CAD CHEMICALS D/B/A KMH SPRAY FOAM INDUSTRIES LLC

Caddo Parish, Clerk of Court

CADDO PARISH, CLERK OF COURT

CAFFERY, DONELSON

CAFFERY, INDIVIDUALLY AND ON BEHALF OF OTHERS, TAYLOR

CAFFERY, TAYLOR

CAFFERY, TAYLOR L

CAHANIN JR, ROBERT A

CAHANIN, CHENETTE PETERSON

CAJUN CONSULTING & INSPECTION INC

CAJUN CONSULTING & INSPECTION, INC.

CALIFORNIA OIL COMPANY

CALIFORNIA OIL COMPANY ACTING THROUGH ITS DIVISION THE CALIFORNIA COMPANY

CALLENDER, VICKI L

CALVETTI FERGUSON

CAMERON INTERNATIONAL HOLDING CORP

Cameron Parish Tax Collector

CAMERON PARISH TAX COLLECTOR

Cameron Parish, Clerk of Court

CAMERON PARISH, CLERK OF COURT

CAMERON, DAVID T

CAMPBELL MCCORMICK, KAREN

CAMPBELL, COURTNEY

CAMPBELL, DONELSON CAFFERY

CANADIAN OCCIDENTAL OF CALIFORNIA INC

CANTIUM

CANTIUM LLC

Cantium, LLC
CANTU, ELIZABETH
CAPITOL CORPORATE SERVICES, INC.
CAPPS, SANDRA E.
CARBINE MCCULLAR, BONNIE
Carbine, Elizabeth McAshan
CARBINE, J. MICHAEL
CARDEN OIL & GAS, INC.
Cardinal Coil Tubing, LLC
Cardinal Coil Tubing, LLC
Cardinal Coil Tubing, LLC and Cardinal Slickline, LLC
CARDINAL SERVICES LLC
Cardinal Slick Line, LLC
Cardinal Slickline, LLC
Cardinal Slickline, LLC
CARL W KUHNEN JR AND LINDA F KUHNEN
CARLISLE ENERGY GROUP INC
CARLISLE ENERGY GROUP, INC.
CARMADELLE, NATHAN
CAROL-HOLLY OIL CORPORATION
CAROLINE F BAKER TRUST NO 1
CAROLYN WILSON PAYNE AGENCY
CARPENTER, D W
CARR, ANDREW
CARRIZALES, CORNELIO
CARROLL, PAMELA M.
CARROLL, RICKY
CASAGRANDE, MARY LOU F
CASCADDEN, KARINA ADAMS
CASE-POMEROY OIL CORPORATION
Casey Roy
CASHCO OIL COMPANY ET AL
CASSO, DAVID E.
CASTEX ENERGY 1995 LP
CASTEX ENERGY INC
CASTEX ENERGY PARTNERS LP
CASTEX ENERGY, INC
CASTEX OFFSHORE INC
CASTEX OFFSHORE, INC
CASTLEKEEP DEVELOPMENT LLC
CASTON, VIVIAN N.D.
CATAPULT EXPLORATION LLC
CATHEART-ATP
CATON GILL, ANN

CATON, CARL R

CAVETT, RANDALL W.

CCE ENERGY I, LLC

C-DIVE LLC

C-Dive, L.L.C.

C-Dive, L.L.C.

C-DIVE, LLC

CE OIL TOOL & SUPPLY INC

CENAC TOWING CO INC

CENTER HILL I LP

CENTRAL BOAT RENTALS INC

CENTRAL GULF TOWING LLC

CENTRAL MARITIME, LLC

CENTURY EXPLORATION COMPANY ET AL

CenturyLink Communications, LLC ( f/k/a Qwest Communications Company, LLC)

Certain Underwriters at Lloyds' London dba Osprey Underwriting Agency, Ltd

CERTEX USA INC

CETCO ENERGY SERVICES COMPANY LLC

CETCO OILFIELD SERVICES COMPANY

CEXXI, LLC

CF & S TANK AND EQUIPMENT CO

CF&S TANK & EQUIPMENT CO.

CFS LOUISIANA MIDSTREAM COMPANY

CGA SERVICES, LLC

CGG SERVICES (U.S.) INC.

CHAISSON, CHAD C.

CHAKALIS, JOHN

CHALLENGER MINERALS, INC.

CHALMERS COLLINS & ALWELL INC

CHALMERS, CODY I.

CHALMERS, COLLINS & ALWELL, INC.

Chalmers, Collins, & Alwell

Chalmers, Collins, Alwell, Inc.

CHALSTROM, HARRY PIERSON

CHALSTROM, JR, HORACE B

CHALSTROM, SANDRA C

CHAMBERS, KENON N.

CHAMBERS, RALPH L.

CHAMBLEY, JACOB L.

CHANDLER, ROGER

CHANTREY, LAURENCE C.

CHAPMAN, MARION C.

CHARGER ELECTRICAL SERVICES LLC

Charles Hackler, Sr.

CHARNVEJA, PAT S

CHASE, ELIZABETH P

CHASEN BROWN, TRSTEE CF BROWN REVOCABLE TRUST

CHASSANIOL, LESLIE

CHATEAU BLANCHE, LLC

CHAUVIN, MYRTLE MONDOR

CHAVARRIA, CHRISTOPHER

CHAVEZ, SHANNON A.

CHECKR, INC.

CHEMSTATION INTERNATIONAL INC

CHEROKEE MINERALS LP

Chet Morrison Contractors

CHET MORRISON CONTRACTORS LLC

Chet Morrison Contractors, LLC

Chet Morrison Contractors, LLC

Chevron

CHEVRON

Chevron / Union Bank

CHEVRON / UNION BANK

CHEVRON CORP.

CHEVRON CORPORATION

CHEVRON ENVIRONMENTAL MANAGEMENT COMPNAY

CHEVRON MIDCONTINENT LP

CHEVRON MIDSTREAM P/LS, LLC

CHEVRON NATURAL GAS, A DIVISION OF CHEVRON USA INC

CHEVRON NORTH AMERICA EXPLORATION & PRODUCTION COMPANY

CHEVRON OIL COMPANY

CHEVRON P/L COMPANY

Chevron Pipe Line Company

Chevron Pipe Line Company

CHEVRON PIPELINE COMPANY

CHEVRON PRODUCTS COMPANY

Chevron U.S.A. Inc.

CHEVRON U.S.A. INC.

CHEVRON U.S.A. INC. / UNION OIL COMPANY OF CALIFORNIA

CHEVRON U.S.A. INC.; UNION OIL COMPANY OF CALIFORNIA; NOBLE ENERGY, INC.; CHEVRON PIPE LINE COMPANY; AND THEIR RESPECTIVE AFFILIATES

CHEVRON U.S.A. INC.; UNION OIL COMPANY OF CALIFORNIA; NOBLE ENERGY, INC.; CHEVRON PIPE LINE COMPANY; UNOCAL PIEPLINE COMPANY AND THEIR RESPECTIVE AFFILIATES

CHEVRON U.S.A., INC.

CHEVRON USA INC

CHEVRON USA INC. AND UNION OIL

Chevron USA, Inc., et al. Arbitration

CHEVRON USA, INC., ET AL. ARBITRATION

CHEVRONTEXACO
CHEVRONTEXACO NATURAL GAS
CHIASSON, JEFFERY T.
CHIASSON, MICHAEL S.
CHIEFTAIN INTERNATIONAL INC
CHILDRESS, JON PHILIP
CHILDRESS, WILLIAM STEPHEN
CHILDS HAWE, GEORGENE
CHOCTAW RESOURCES LLC
CHOICE EXPLORATION INC
CHRISTENBERRY SR., ROBERT G
CHRISTENBERRY, JOHN E
Christopher Chavarria
Christopher M. Lopez
Christopher R. Travis
Christy Simmons
Chubb
CHUBB
CHUBB SURETY
CHURCH OF THE HOLY COMMUNION
CIECO ENERGY VENTURES LLC
CIG EXPLORATION INC
CIMA ENERGY
CIMA ENERGY LP
CIMA ENERGY LP, AS AGENT FOR COX OIL OFFSHORE LLC
CIMA ENERGY LTD
Cima Energy, LP
CIMA ENERGY, LP
Cindy Lirette Tabor
CINDY LIRETTE TABOR
Ciner Ship Management
Ciner Ship Management
C-INNOVATION LLC
C-INNOVATION, LLC
CINTAS CORPORATION
CITIES SERVICE OIL COMPANY
CITIES SERVICE PRODUCTION COMPANY
CITRIX SYSTEMS, INC.
CITY BLUEPRINT & SUPPLY CO.
CITY CENTRAL COURIER, INC.
CITY OF BATON ROUGE PARISH OF EAST BATON LOUISIANA
City of New Orleans
CITY OF NEW ORLEANS
C-K ASSOCIATES, LLC

CKB PETROLEUM INC

CL&F RESOURCES

CL&F RESOURCES LP

CLACK, GARY D

Claim docketed in error

Clarissa Waxton

CLARK JR, ALLEN V

CLARK JR., LESTER E

Clark, Jimmy

CLARK, JIMMY

CLARK, JIMMY D.

CLARK, MITCHEL L.

CLARK, RUTH ELIZABETH BEL

CLAYMORE OIL & GAS L P

CLEAN GULF ASSOCIATES INC

CLEAN GULF ASSOCIATES SERVICES LLC

CLEAN GULF ASSOCIATES, INC.

CLEARFLOW SOLUTIONS, LLC

CLEGGCO LLC

CLEMENT FIRE & SAFETY CO., INC.

CLEMENT JR., DON

CLICK, TIMOTHY M.

CLIFFORD, MAUREEN R.

CLK COMPANY LLC ET AL

CLS Development LLC

CLS DEVELOPMENT LLC

CMP VIVA LP

CMS GULF COAST FIELD SERVICES, LLC

CNG PRODUCING COMPANY

CNK, LLC

CNOOC PETROLEUM

CNR ENERGY, LLC

COASTAL CHEMICAL CO LLC

COASTAL CONCRETE PRODUCTS LLC

COASTAL MINERALS FINANCING LP

COASTAL OIL & GAS CORPORATION

COASTAL PIPE OF LA INC

COASTAL PLATING COMPANY

COASTLINE PRODUCTION SERVICES INC

Cochran & Company

COCHRAN & COMPANY

COCKE, FIELDING L

COCKRELL OIL AND GAS LP

COCKRELL OIL CORPORATION

CODORNIZ INTERESTS, LLC

CODY ENERGY LLC

Cogent Communications, Inc.

COGENT COMMUNICATIONS, INC.

COHN, ADAM

COHN, H MILES

COLEMAN, JOSEPH M.

COLLARINI ENGINEERING INC D/B/A COLLARINI ASSOCIATES

COLLIN CANTRELL DBA GOAT PROMOTIONS LLC

COLLINS, MICHAEL J.

COLUMBIA GULF TRANSMISSION COMPANY

COLUMBIA GULF TRANSMISSION LLC

COLUMBIA GULF TRANSMISSION, LLC

COLUMBINE II LTD PARTNERSHIP

COMET CONSTRUCTION CO, INC

COMM ENGINEERING

COMMODITY PARTNERS, LLC

COMMUNITY COFFEE COMPANY, LLC

COMPLIANCE TECHNOLOGY GROUP LLC

COMSTOCK OFFSHORE, LLC

CONES, THOMAS P

CONGRESSIONAL LEADERSHIP FUND

CONNECTICUT DEPARTMENT OF LABOR

CONNER, ANNE S GARWOOD

CONNOR, CAROL PRICE

CONOCO INC

CONOCO, INC.

CONOCOPHILLIPS COMPANY

CONOVER II, WILLIAM V

CONTANGO OPERATORS INC

CONTINENTAL LAND & FUR CO., INC

CONTINENTAL OIL COMPANY

CONTINENTAL OIL COMPANY, ET AL

CONTROLWORX LLC

CONTROLWORX, LLC

Convergint - Alexandria

Coo/FCX

COO/FCX

COOK JONTE, BARBARA

COOK, DELBERT

COOK, DELBERT W.

COOK, JANE P

COOK, JOHN P

COOK, JOSHUA L.

COOK, JR, AS AGENT AND ATTORNEY, WENDELL H

COOK, JR, WENDELL H

COOK, PETER

COOK, RICHARD

COOK, WILLIAM P.

COOLEY, LADARIUS D.

COONS, BERNARD R.

COPE, DIANA P

COPE, JOHN DAVID

Corbett & Schreck, P.C.

CORBETT & SCHRECK, P.C.

CORBIN, LARRY

CORDEN, JEREMY C.

CORE LABORATORIES LP

CORE MINERALOGY INC

Corenergy

CORENERGY

CORMIER, LENNIS D.

CORRIDOR INFRATRUST MANAGEMENT, LLC

CORTEC, LLC.

COTTEN PROPERTIES LLC

COTTON LAND CORPORATION

Couhig Partners

COUHIG PARTNERS, L.L.C

Couhig Partners, LLC

Counsel to Cardinal Coil Tubing, LLC

Counsel to Cardinal Slickline, LLC

Counsel to Dynasty Energy Services, LLC

Counsel to LLOG Exploration Offshore, L.L.C.

Counsel to Precision Crane & Hydraulics, LLC

Counsel to Truist Insurance Holdings

COURTRIGHT III, CLYDE R.

COURVELLE, LEE

COURVILLE, JOHN

COURVILLE, KELLY J.

COUVILLION GROUP LLC

Cox Business Services LLC

COX BUSINESS SERVICES LLC

COX COMMUNICATIONS

Cox Gathering LLC

COX GATHERING, LLC

Cox Interests LLC

COX INTERESTS LLC

Cox Investment Partners LP

Cox Investment Partners, LP
COX INVESTMENT PARTNERS, LP
Cox Management Dallas LLC
COX MANAGEMENT DALLAS LLC
COX OIL
Cox Oil & Gas LLC
Cox Oil & Gas LLC
Cox Oil & Gas, LLC
Cox Oil GOM LLC
COX OIL GOM LLC
Cox Oil LLC
COX OIL LLC
Cox Oil LLC
Cox Oil Offshore, L.L.C
COX OIL OFFSHORE, L.L.C
COX OIL OFFSHORE, L.L.C.
COX OIL, LLC
COX OPERATING L.L.C.
Cox Operating, L.L.C.
COX OPERATING, L.L.C.
Cox, Brad
COX, BRAD E.
Cox, Bradley E.
COX, JEROME L.
CRA International, Inc.
CRAFT, ELSIE M
Craig Sanders
CRAIG SHADDOCK JONES, MARY
CRAIN LANDS LLC
Crain Lands, LLC
CRAIN, ALAN R.
CRAIN, DAVIS HENLEY
Crain, Marianne N
Cranford Equipment Company, Inc.
CRANFORD MCDERMOTT, VERA
CREDEUR, CLINT P
CREDITOR UNITED STATES FIRE INSURANCE COMPANY
CRENSHAW, RANDALL P
CRESCENT DRILLING & DEVELOPMENT INC.
CRESCENT DRILLING & PRODUCTION INC
CRESCENT GIGS, LLC
Crescent Gigs, LLC
CRESCENT GIGS, LLC, Crescent Midstream, LLC
CRESCENT MIDSTREAM LLC

CRESCENT MIDSTREAM LLC F/K/A CRIMSON GULF LLC
Crescent Midstream, LLC
Crescent Midstream, LLC
CRESCENT MIDSTREAM, LLC & CRESCENT GIGS, LLC
CREVALLE MANAGEMENT SERVICES LLC
CREWS, MAZIE LANDERS
CRIMSON GULF LLC
CROCHET, JOSHUA P.
CROCKETT, ROBERT L.
CROMARTIE, JOEL B.
CROSBY ENERGY SERVICES
Crosby Energy Services, Inc
Crosby Energy Services, Inc.
Crosby Energy Services, Inc.
Crosby Energy, Inc.
Crosby Independent School District
Crosby Independent School District
CROSBY TUGS LLC
CROSBY TUGS, LLC.
CROSSTEX PELICAN LLC
CROSSTEX PROCESSING SVCS LLC
CROWN EXTERMINATING INC
CROWN EXTERMINATING, INC.
CRUISE, AMANDA
CS DISCO, INC.
CSA OCEAN SCIENCES INC
CSALANY, GEORGE A.
CT CORPORATION SYSTEM
Cullen and Dykman LLP
CULLEN AND DYKMAN LLP
CULTER, LINDA PETERSON
CULVER, GARRETT P.
CUMMINGS ROYALTY ACQUISITION
CUMMINGS, CAROL ANNE
CUNNINGHAM, CANDACE S
CUNNINGHAM, TOBY J.
CUROCOM ENERGY LLC
CURRAN, CAROL C.
CURRY, EDWIN WILLIAM
CURRY, ERIN LINN
CURVATURE, LLC
CUTHBERT REVOCABLE LIVING TRUST
CUTHBERT, MARY ELIZABETH PATTERSON
CUTHBERT, VAL SANFORD

CUTLER, LINDA PETERSON
CUTRONE, JACLYN E DRACKETT
CUTURA, CHRISTOPHER J.
CW Facilities, LLC
CXY ENERGY OFFSHORE INC
CYPREMORT TECHE
CYPRESS BRAKE PRODUCTION LLC
CYPRESS GAS MARKETING COMPANY
CYPRESS MILL PROPERTIES LLC
CYPRESS PIPELINE AND PROCESS SERVICES LLC
CYPRESS POINT FRESH MARKET LLC
Cypress Point Marine
CYPRESS POINT MARINE
Cypress-Fairbanks ISD
Cypress-Fairbanks ISD
D C GOFF TRUSTEE
D S & T - SL, LLC
D&L SALVAGE LLC
D. N. FRYE ROYALTIES, LP
D/B Hedron
D/B HEDRON
DAGEN PERSONNEL, LLC
DAGGETT, MICHAEL W.
DAI ENGINEERING MANAGEMENT GROUP INC
DAI ENGINEERING MANAGEMENT GROUP, INC.
DAIGLE, STEWART W.
DALE MARTIN OFFSHORE LLC
Dallas Estate Management LLC
Dallas Estate Management LLC
DANIEL, CHRISTOPHER J
DANIEL, S M
DANIELS, JACOB W.
DANOS
DANOS & CUROLE MARINE CONTRACTORS LLC
Danos LLC
DANOS LLC
DANOS, DAVID M.
Danos, L.L.C.
Danos, L.L.C.
Danos, LLC
DANOS, LLC
Danos, Rocky
DANOS, ROCKY
DANTIN, HARRY A.

DARBY, BRANDON R.

DARDAR, LANNY J.

DARROUGH, MARK J.

DART JR INDIVIDUALLY AND ON BEHALF OF OTHERS, JOHN

DART JR, BENJAMIN W

DART JR, HENRY P

DART, CLARABEL C

DART, JOHN

DART, JR, BENJAMIN V

DART, JR, HENRY P

DART, STEPHEN P

DARTEZ, MICHAH L.

DartPoints Operating Company, LLC

DATA LOGIC SVCS CORP., AN IHS COMPANY

DATA TECHNOLOGY SOLUTIONS LC

Datasite LLC

Datasite LLC

DAUPHIN ISLAND GATHERING

Dauphin Island Gathering Partners

DAUPHIN ISLAND GATHERING PARTNERS

Dauphin Island Gathering Partners & DCP Mobile Bay Processing, LLC

Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC

DAVENPORT, ERNEST A.

DAVID C BINTLIFF & CO INC

David J. Messina

David R. Jones

DAVID RUTLEDGE, LLC

DAVID S THOMAS AND SARAH L THOMAS

DAVID S THOMAS AND SARAH LUKE THOMAS TRUSTEE REVOCABLE TRUST

DAVID S. STARE, LLC

DAVIS, BRUCE

DAVIS, DUSTY J.

DAVIS, MALCOLM

DAVIS, RICHARD G.

DAVIS, W S

DAWSON, LAWRENCE E.

DC INTERNATIONAL INC

DC JR PARTNERSHIP

DCP

DCP Midstream

DCP MIDSTREAM

DCP MOBILE BAY PROCESSING LLC

DCP Mobile Bay Processing, LLC

DCP MOBILE BAY PROCESSING, LLC

DE HAVEN LOVETT, DOROTHY

DE LA HOUSSAYE, JOSLYN ANDERSON

Deacon Investments LLC

Deacon Investments LLC

DECISIVE HR ASSOC

DEEP SOUTH CHEMICAL INC

DEEP SOUTH CHEMICAL, INC.

DEEP SOUTH OILFIELD CONSTRUCTION LLC

DEGOLYER AND MACNAUGHTON CORP.

DEL PINO, BRENT J.

Delaware EPL of Texas, LLC

Delaware Office of Unclaimed Property

DELAWARE OFFICE OF UNCLAIMED PROPERTY

Delaware Secretary of State

DELAWARE SECRETARY OF STATE

DELCAMBRE, MARSHAL L.

DELIGANS VALVES INC

Delta Dental Insurance Company

DELTA DENTAL INSURANCE COMPANY

Delta Energy Management and Consultants, LLC

DELTA ENERGY MANAGEMENT AND CONSULTANTS, LLC

Delta Energy Management and Consulting, LLC

DELTA SCREENS & FILTRATION, LLC

Delta's Missy's Supermarket, LLC  (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

Delta's Missy's Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

Delta's Missy's Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

Delta's Missy's Supermarket, LLC (d/b/a Cypress Point Marine and Cypress Point Fresh Market)

Delta's Missy's Supermarket, LLC

Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

DENBURY O/S INC.

DENBURY ONSHORE LLC

DENNIS JOSLIN COMPANY LLC

DENVER MINERAL & ROYALTY COMPANY, LLC

DEPARTMENT OF NATURAL RESOURCES STATE OF LOUISIANA

DEPARTMENT OF THE ARMY - CORPS OF ENGINEERS

DEPARTMENT OF THE ARMY NEW ORLEANS DISTRICT CORPS OF ENGINEERS

Department of Transp

Department of Treasury - Internal Revenue Service

Department of Treasury - Internal Revenue Service

DERMODY, STEVEN L

DERMODY, ZULERNA

DESHOTEL, ZACHARY L.

Design Security Controls LLC

DESLATTE, JAMES B.

DESPOT, BRADEN C
DESPOT, MARTIN L
DESTIN PIPELINE COMPANY, L.L.C.
DEVELOPER EXPRESS, INC.
DEVINE, DANNY
DEVITO, VINCENT
DEVON
DEVON ENERGY
Devon Energy Corporation
Devon Energy Corporation (Oklahoma)
DEVON ENERGY PROD COMPANY LP
DEVON ENERGY PRODUCTION COMPANY
Devon Energy Production Company, L.P.
Devon Energy Production Corporation, LP
DEVON ENERQY PRODUCTION COMPANY LP
DEVON LOUISIANA CORPORATION
Devon OEI Operating, LLC
DIAMOND OIL FIELD SUPPLY, INC.
DIAMOND SHAMROCK CORP ET AL
DIAMOND SHAMROCK CORPORATION
Diamond Tank Rental, LLC
Diamond Tank Rental, LLC
DIAMOND TANK RENTALS INC
Diane Zarak
DIANE ZARAK
DIAZ DIVING INC
DIAZ DIVING, INC.
DIAZ, SARAH
DICK FLUKE LLC
DICK, JAMES H
DIETRICH, DOUGLAS K.
DILLON, GLENN M
DINCAU, ANTHONY R
DiPuma Printing
DIPUMA PRINTING CO & PROM PROD
Directv, LLC
DIRECTV, LLC
DISA GLOBAL SOLUTIONS INC
DISCOVERY BENEFITS, LLC
DISCOVERY GAS
DISCOVERY PRODUCER SERVICES LLC
DISCOVERY PRODUCER SVCS LLC
DISHMAN & BENNETT SPECIALTY CO, INC
DISTRIBUTION NOW

DIVCON LLC

DIVERSE ELECTRONIC SERVICES

DIVERSE OFFSHORE LP

DIVERSE OPERATING COMPANY

DIVERSE SAFETY AND SCAFFOLDING LLC

Diverse Safety and Scaffolding, L.L.C.

Diverse Safety and Scaffolding, L.L.C.

DIVERSE SAFETY AND SCAFFOLDING, LLC

DIVERSE-RIMCO

DLS LLC

DLS, L.L.C

DLS, L.L.C.

DLS, L.L.C.

DLS, LLC

DLS,LLC

DNOW

DOCO INDUSTRIAL INSULATORS

DOCO INDUSTRIAL INSULATORS, INC

DOCVUE LLC

DOLORES MARSHLANDS LLC

DOLORES' MARSHLANDS LLC

DOMINGUE, DANIEL R.

DOMINGUE, JONATHAN D.

DOMINION OKLAHOMA TEXAS EXPLORATION & PRODUCTION, INC.

DOMINIQUE, FRAN MARIE CHALSTROM

DONJON-SMIT, LLC

DONOVAN CONTROLS LLC

DORCHESTER MINERALS LP

DOT/PHMSA/MMAC

DOUBLE EAGLE MARINE LLC

DOUBLE R ENGINEERING, LLC

DOUCET, LEMONTE A.

DOW GULF COAST PIPELINE

Downhole & Design International Corporation

DOWNHOLE & DESIGN INTERNATIONAL CORPORATION

DOWNHOLE & DESIGN INTL. CORP.

DOWNHOLE SOLUTIONS, INC.

DOWNHOLE VIDEO & INTERVENTION (USA) INC

DOWNHOLE VIDEO & INTERVENTION (USA) INC.

DOWRY LLC

DOYLE, JARRETT

DPS&C PUBLIC SAFETY SERVICES

DRACKETT, III, JOHN ROBERT

DRACKETT, JR, ERNEST W

Drake ChemCo LLC

DRAKE CHEMCO LLC

Drake ChemCo, LLC

DRAKE CHEMCO, LLC

DRAKE, ALICE DESHA

DRAKE, DIANNA

DRAKE, JR., HOWARD WARREN

DRAKE, KERRY BOSLEY

DRAKE, ORIE KERLIN

DREIBHOLZ, DAVID PATRICK

DREIBHOLZ, LOUISE LABERGE

DRILLING SERVICES OF AMERICA INC

DRILLING SERVICES OF AMERICA, INC.

Drilling Tools International, Inc.

DROPEK, KENNETH

DROST & BRAME - SL, LLC

DS SERVICES OF AMERICA DBA KENTWOOD SPRINGS

DT CAFFERY LLC

DUBEA, MICHAEL J.

DUFRENE, ADLES P.

Dufrene, Mary Margaret H.

DUGA, BETTY FORD

DUGAS JR, JOSEPH E

DUGAS, ANGELE L

DUGAS, ANN B

DUGAS, DARREL A

DUGAS, JACOB P.

DUGAS, MARY JUDE

DUGAS, ROBERT PAUL

DUGAS, STELLA PONTIFF

DUGAS, WADE J

DUHON, JOHN M

DUHON, JOHN R.

DUHON, MICHAEL J.

Duke Energy

DUKE ENERGY

DUKE ENERGY HYDROCARBONS LLC

DUKE, DWAYNE A.

DULAN LLC

DULAN, LLC

DUNAWAY, JACKY

DUNCAN, ROBERT

DUNHAM, JO ELLEN

DUNHAM, KYLE

DUNHAM, TYSON
DUPLANTIS HALL, KAREN
DUPLANTIS HULL, MONA
DUPLANTIS, ERIC PAUL
DUPLANTIS, WILNA LANDERS
DUPRE-MEYERS LLC
DXP ENTERPRISES INC
DXP ENTERPRISES, INC.
DYKES, MR RODNEY
DYKES, THOMAS R.
DYNAMIC INDUSTRIES, INC.
DYNAMIC O/S RESOURCES NS, LLC
DYNAMIC OFFSHORE RESOURCES LLC
DYNAMIC OFFSHORE RESOURCES NS LLC
DYNAMIC OFFSHORE RESOURCES NS, LLC
DYNAMIC OFFSHORE RESOURCES, LLC
DYNAMIC PRODUCTION SERVICES INC
DYNAMIC PRODUCTION SERVICES, INC.
DYNASTY ENERGY SERVICES LLC
Dynasty Energy Services, LLC
DYNASTY ENERGY SERVICES, LLC
DYNEGY MIDSTREAM SERVICES LIMITED PARTNERSHIP
DYNEGY MIDSTREAM SVCS LIMITED PARTNERSHIP
E J'S DREAM LLC
E S & H PRODUCTION GROUP, LLC
E&H OILFIELD SERVICES
EAGLE BAY INC
EAGLE COMPRESSION LLC
Eagle Compression, LLC
EAGLE CONSULTING LLC
EAGLE PCO LLC D/B/A EAGLE PRESSURE CONTROL
EAGLE REPAIRS & RENTAL
East Baton Rouge Parish, Clerk of Court
EAST BATON ROUGE PARISH, CLERK OF COURT
EAST CAMERON GATH LLC
Eatel Business
EATEL BUSINESS
EATON OIL TOOLS INC
Eaton Oil Tools, Inc.
EATON OIL TOOLS, INC.
EBARE, RICHARD D.
EBI Liftboats LLC
EBI LIFTBOATS LLC
EBS JR LLC

ECCO SERVICES INC

ECCO SERVICES, INC.

ECHO OFFSHORE LLC

ECHO OFFSHORE, LLC

ECKO360 LLC

ECOSERV LLC

Ecoserv, LLC

ECOSERV, LLC

Eduardo V. Rodriguez

Edward S. Kitchen (Royalty Owner No. 45059)

EDWARD W PENEGUY, JR, AS AGENT ATTORNEY

EDWARD WISNER DONATION

EDWARDS, DAVID L.

EDWIN L COX B TRUST

Edwin L. Cox B Trust FBO BEC

EFFLER, MARTHA CAFFERY

EGL FAMILY TRUST

EIG Management Company

EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT

EJ'S DREAM LLC

Ekstein, Christopher

EL PASO

EL PASO DAUPHIN ISLAND COMPANY LLC

EL PASO E &P COMPANY LP

EL PASO E&P COMPANY LP

EL PASO E&P COMPANY,LP

EL PASO ENERGY PARTNERS LP

EL PASO ENERGY PARTNERS, LP

EL PASO GAS LIQUIDS MARKETING LLC

EL PASO MARKETING LP

EL PASO PROD COMPANY

EL PASO PROD GOM, INC.

EL PASO PROD OIL & GAS COMPANY

EL PASO PROD OIL & GAS LP

EL PASO PROD OIL & GAS USA LP

EL PASO PRODUCTION COMPANY

EL PASO PRODUCTION OIL & GAS COMPANY

EL PASO PRODUCTION OIL & GAS USA LP

ELDRIDGE, WADE S.

Element Materials Technology

Element Materials Technology Lafayette, LLC

ELF EXPLORATION INC

E-LINE RENTALS, INC.

ELITE COMMUNICATION SERVICES INC

ELIZABETH BURK, INDIVIDUALLY AND AS AGENT AND ATTORNEY-IN-FACT FOR WILLIAM BARK AND FRANCES REBECCA BARK WORCHEL, SALLY

Elizabeth Miller

ELKINS, BARRY P.

ELLIOT, DOUGLAS G

ELLIOT, ROBERT B

ELLIS JR, LLOYD ADDISON

ELLISOR, GABRIEL

EMINENT OIL TOOLS LLC

Eminent Oil Tools, LLC

EMINENT OIL TOOLS, LLC

EMMETT VAUGHEY EST JOHN C VAUGHEY & SL FARRINGTON CO EXTRS

EMPIRE ENERGY CORPORATION

EMPIRE INTEGRITY SERVICES LLC

EMPIRE INTEGRITY SERVICES, LLC

Empower

EMPOWER

Enbridge Inc

Enbridge Inc.

ENCORE FOOD SERVICES LLC

Endurance American Specialty Insurance Company

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

Endurance Worldwide Insurance Limited

ENDURANCE WORLDWIDE INSURANCE LIMITED

ENDYMION OIL PIPELINE COMPANY, LLC

ENE CONSULTANTS LLC

ENERGEN RESOURCES CORPORATION

ENERGY CAREERS, INC.

Energy Partners Ltd., LLC

ENERGY PARTNERS, LTD

ENERGY PARTNERS, LTD.

ENERGY RESERVES GROUP INC

ENERGY RESOURCE TECHNOLOGY GOM INC

ENERGY RESOURCE TECHNOLOGY GOM LLC

ENERGY SOLUTIONS TECHNOLOGY LLC

ENERGY SOLUTIONS TECHNOLOGY, LLC

Energy Transfer

ENERGY TRANSFER

Energy Transfer Sea Robin Processing, LLC

ENERGY WORLDNET, INC.

Energy XXI GIGS Services, LLC

ENERGY XXI GIGS SERVICES, LLC

Energy XXI GOM, LLC

ENERGY XXI GOM, LLC

ENERGY XXI GOM, LLC (FIELDWOOD)
Energy XXI Gulf Coast, Inc.
Energy XXI Gulf Coast, LLC
ENERGY XXI GULF COAST, LLC
ENERGY XXI INSURANCE LIMITED
Energy XXI Leasehold, LLC
ENERGY XXI M21K, LLC
Energy XXI Natural Gas Holdings, Inc.
Energy XXI Onshore, LLC
ENERGY XXI ONSHORE, LLC
Energy XXI Pipeline II, LLC
ENERGY XXI PIPELINE II, LLC
Energy XXI Pipeline, LLC
ENERGY XXI PIPELINE, LLC
Energy XXI Services, LLC
ENERGY XXI SERVICES, LLC
Energy XXI Texas Onshore, LLC
ENERGY XXI TEXAS ONSHORE, LLC
ENERGYLINK HOLDINGS, LLC
ENERGYXXI
ENERVUS
ENGLISH, BRANDON J.
ENI PETROLEUM CO.
ENI PETROLEUM US LLC
ENI TRADING & SHIPPING ET AL
ENI US OPERATING CO INC
Enlink Midstream
ENLINK MIDSTREAM
EnLink Pelican, LLC
ENRON GROUP TECHNICAL SERVICES
ENSCO O/S COMPANY
ENSCO OFFSHORE COMPANY
ENTECH ENTERPRISES INC
Entergy
ENTERGY
ENTERGY LOUISIANA
ENTERO ENERGY SOFRWARE
ENTERPRISE FIELD SERVICES LLC
ENTERPRISE FIELD SERVICES, LLC
ENTERPRISE GAS PROCESSING LLC
Enterprise Gas Processing, LLC
ENTERPRISE GTM OFFSHORE OPERATING COMPANY LLC
Enterprise Offshore Drilling
ENTERPRISE OFFSHORE DRILLING LLC

Enterprise Offshore Drilling, L.L.C.

Enterprise Offshore Drilling, LLC

Enterprise Offshore Drilling, LLC

Enterprise Products

ENTERPRISE PRODUCTS PARTNERS LP

ENTEX PETROLEUM INC

ENVEN

ENVEN ENERGY VENTURES LLC

Enven Energy Ventures, LLC

ENVEN ENERGY VENTURES, LLC

ENVENTURE GLOBAL TECHNOLOGY INC

ENVERUS, INC.

ENVIRONMENTAL AND SAFETY SYSTEMS INTERNATIONAL INC D/B/A ESSI CORPORATION

ENVIRONMENTAL EQUIPMENT INC

ENVIRONMENTAL OPERATORS LLC

ENVIRONMENTAL PROTECTION AGENCY

ENVIRONMENTAL PROTECTION AGENCY - REGION 3

ENVIRONMENTAL PROTECTION AGENCY - REGION 4

ENVIRONMENTAL PROTECTION AGENCY - REGION 6

ENVIRONMENTAL SAFETY & HEALTH CONSULTING

ENVIRONMENTAL SAFETY & HEALTH CONSULTING SERVICES INC

ENVIRONMENTAL TECHNOLOGY OF AMERICA INC D/B/A ENTECH

ENVIRONMENTAL WETLANDS RECOVERY SERVICES LLC

ENVIRO-TECH SYSTEMS LLC

ENVIRO-TECH SYSTEMS, LLC

EOG RESOURCES COMPANY

EOS INVESTMENT FUND II, LP

Eosii at Highland Park Place, LLC

EP ENERGY

EP ENERGY E&P COMPANY LP

EP Energy E&P Company, L.L.C.

EP Energy E&P Company, L.L.C.

EP Energy E&P Company, LLC

EP NORTHERN INVESTMENTS LLC

EP Northern Investments, LLC

EP NORTHERN INVESTMENTS, LLC

Epic Companies LLC

EPIC COMPANIES LLC

EPL of Louisiana, L.L.C

EPL of Louisiana, L.L.C.

EPL OF LOUSIANA, L.L.C

EPL OIL & GAS

EPL OIL & GAS LLC

EPL Oil & Gas, Inc.

EPL Oil & Gas, LLC

EPL OIL & GAS, LLC

EPL Pioneer Houston, Inc.

EPL Pipeline, L.L.C

EPL PIPELINE, L.L.C

EPS Logistics

EPS LOGISTICS

EPS Logistics Company

EPS LOGISTICS COMPANY INC

EPS LOGISTICS INC

EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US

ERIC PAUL DUPLANTIS AKA ERIC P DUPLANTIS ET AL

ERNEST J PONTIFF III ET AL

ERNST & YOUNG U.S. LLP

ES&H Production Group, L.L.C.

ES&H Production Group, LLC

ESCUDE, JOELL B

ESS - EUREST SUPPORT SERVICES

ESSI CORPORATION

ESTATE OF CONSTANCE WILBUR HENDERSON

ESTATE OF EARL A EWEN

Estate of Fuselier Sr, Charles Auguste

Estate of Gar C Willis

ESTATE OF HAL G. KUNTZ

ESTATE OF MARY JANE GAMBLE

ESTATE OF RICHARD C SANDERS

Estate of Susan delaHoussaye Lake

ETHERIDGE, SAMUEL D.

ETHOS ENERGY LIGHT TURBINES LLC

EUBANKS, BILLY RAY

EUBANKS, BONNIE WILSON

Eugene Lazard

EVA LLC

EVANS JR, DANIEL H.

EVANS RENTALS, INC.

EVANS, DANIEL H.

Everest Reinsurance Company

EVEREST REINSURANCE COMPANY

EVEREST REINSURANCE COMPANY AND SIRIUSPOINT AMERICA INSURANCE COMPANY F/K/A SIRIUS AMERICA INSURANCE COMPANY

EVERETT, SUSAN HOPE

EXCHANGE OIL & GAS CORPORATION

EXPEDITORS & PRODUCTION SERVICES, INC.

Expeditors and Production Services

EXPEDITORS AND PRODUCTION SERVICES
EXPRESS ACQUISITION COMPANY
Express Supply & Steel LLC
EXPRESS SUPPLY & STEEL LLC
EXPRESS SUPPLY AND STEEL
EXPRO AMERICAS LLC
EXTREME ENERGY SERVICES LLC
EXTREME TECHNICAL SOLUTIONS LLC
EXXON COMPANY U.S.A.
EXXON COMPANY USA
EXXON CORPORATION
Exxon Mobil Corporation
EXXON MOBIL CORPORATION
Exxon Mobil Corporation and its affiliated entities
EXXON MOBIL CORPORATION ET AL
EXXON MOBIL GOM, LLC
Exxon Mobile Corporation, et al.
EXXON PIPELINE COMPANY
EXXONMOBIL
EXXONMOBIL CORPORATION
EXXONMOBIL GAS MARKETING COMPANY
EXXONMOBIL P/L COMPANY
ExxonMobil Pipeline Company
EXXONMOBIL PIPELINE COMPANY
EY
FAB-CON INC
Fab-Con, Inc.
FAB-CON, INC.
FACILITIES CONSULTING GROUP LLC
FACTOTUM LLC
Fairfield Industries Incorporated
FAIRFIELDNODAL
FAIRWINDS AND FOLLOWING SEAS
Falcon Global Offshore II LLC
FALCON GLOBAL OFFSHORE II LLC
Falcone, Henry
FALCONE, HENRY
FALGOUT, BRENT J.
FALK, CARMEN L
FALLIS, NEEL
FANGUE, BRETT M.
FAST TRAC TRANSPORTATION LLC
FAST TRAC TRANSPORTATION, LLC
FASTRAK SOFTWORKS, INC.

Fastwyre Broadband
FASTWYRE BROADBAND
FAULCONER ENERGY, LLC
FAULK, BENJAMIN
FAULK, BLAINE N.
FAVRE, JAMES R.
FAYTEK LIMITED
FCC ENVIRONMENTAL SERVICES LLC
FDF Energy Service LLP
FDF Energy Services LLC
FDF Energy Services LLP
FDF ENERGY SERVICES, LLC
FDF Energy Services, LLP
FEAZEL, MARY EVELYN
FEDERAL AVIATION ADMINISTRATION
FEDERAL AVIATION ADMINISTRATION AND HELICOPTER ASSOCIATION
Federal Energy Regulatory Commission
FEDERAL ENERGY REGULATORY COMMISSION
FEDERAL ENERGY REGULATORY COMMISSION (FERC)
FEDERAL EXPRESS CORPORATION
FEDERAL ROYALTY PROPERTIES LLC
FELMONT OIL CORPORATION
FERGUSON JR, JOHN B
FERGUSON, IONE DRACKETT
FERREIRA, SONET
FERREYROS, MAURICIO
Fidelis Underwriting Limited
FIDELIS UNDERWRITING LIMITED
FIDELITY EXPLORATION & PRODUCTION COMPANY
FIELDS, WILLIAM H.
FIELDWOOD ENERGY III LLC
FIELDWOOD ENERGY IV LLC
FIELDWOOD ENERGY LLC
FIELDWOOD ENERGY OFFSHORE LLC
FIELDWOOD ENERGY SP LLC
Fieldwood Energy, LLC
FIELDWOOD ENERGY, LLC
FIELDWOOD ONSHORE LLC
FILE DEPOT, THE
FILETRAIL
FILETRAIL, INC.
FINNAN, REBECCA
FIRE & SAFETY SPECIALISTS INC
FIRE & SAFETY SPECIALISTS, INC.

Fishman Haygood
FLAME ROYALTIES INC
FLAND BERGLUND, MARY CATHERINE
FLANDERS III, BERT A
FLANDERS ZIMMER, MARTHA
FLEET SUPPLY WAREHOUSE, LLC
FLELDWOOD ENERGY LLC
FLEMING, JEFFREY MARK
FLINT RIVER VPP II LLC
Flint River VPP II, LLC
FLINT RIVER VPP II, LLC
Flint River VPP II, Llc & EP Northern Investments, LLC
Florence Teresa Fontenot
FLORENCE TERESA FONTENOT
FLORES MARINE LLC
FLORIDA GAS TRANSMISSION COMPANY
FLOW CHEM TECHNOLOGIES LLC
FLOW CONTROL EQUIPMENT, LLC
FLOW CONTROL SERVICES, LLC
Flow Line Transportation, LLC
FLOW LINE TRANSPORTATION, LLC
FLOWER, JOAN A
FLOYD, DAVID M.
Fluence Technologies USA Inc.
FLUENCE TECHNOLOGIES USA, INC.
FLUID CRANE & CONSTRUCTION INC
FLUID SOLUTIONS INTERNATIONAL LLC
FLUKE, EDWARD J
FMC Technologies Inc
FMC TECHNOLOGIES, INC.
FOLSE, AARON J.
FONTENOT, DAVID J.
FONTENOT, DOUGLAS P.
FONTENOT, EMILE J.
FONTENOT, INIS P.
Fontenot, Jeremy
Fontenot, Jeremy
FONTENOT, ROBERT W.
FONTENOT, ROLAND J.
FORAN, MICHAEL C
FORBES, BRIAN K.
FORCENERGY GOM INC.
FORD, GERALD J
Forefront

FOREFRONT
FOREFRONT EMERGENCY MANAGEMENT LP
FOREFRONT EMERGENCY MANAGEMENT, LP
FOREST ENERGY RESOURCES, INC.
FOREST OIL CORPORATION
FORET, MERLIN J.
FORGOTSTON MINERALS LLC
FORRESTER BARHAM, ALLEN
FORT WORTH ROYALTY CO
FORTIER OIL & GAS LLC
FORTUNE FAMILY INVESTMENTS LTD
FOSTER & ASSOCIATES, INC.
FOUR LAZY F RANCH
FRAN MARIE CHALSTROM DOMINIQUE TRUST
FRAN T. FOWLER MARITAL TRUST NO. 2
FRANCES G STONER TRUSTEE FOR LINDA STONER
FRANCES REBECCA BURK WORCHEL TRUST
FRANCIS DRILLING FLUIDS LTD
FRANCIS TORQUE SERVICE
FRANCIS TORQUE SERVICE LLC
FRANCIS, ERIC M.
FRANCIS, MICHAEL W.
FRANICEVICH, CHRISTOPHER
FRANK L BEIER RADIO INC D/B/A BOAT STUF
FRANKLIN MINERALS, LLC
FRANK'S INTERNATIONAL LLC
FRANK'S INTERNATIONAL, LLC
FRANKS, JEFFREY K.
Freckericksburg Royalty, LTD
FRED & SHIRLEY FIELD LLC
FREDERICKSBURG ROYALTY, LTD.
FREDRICK A STARE LLC
FREEMAN, TRAVIS M.
Freeport - McMoRan Oil & Gas, LLC
FREEPORT MINERALS COMPANY
FREEPORT SULPHUR COMPANY
FREEPORT-MCMORAN ENERGY LLC
FREEPORT-MCMORAN INC
FREEPORT-MCMORAN OIL & GAS, LLC
FRISCO CONSTRUCTION COMPANY INC
FRONTIER OIL AND GAS, INC.
Frost Bank
FROST BANK
FRUGE, DANA J.

FRUGE, PAUL C.

FUGRO USA LAND, INC.

FUGRO USA MARINE INC

FUGRO USA MARINE, INC.

FUSELIER SR, CHARLES AUGUSTE

FW GOM PIPELINE INC

FW GOM Pipeline, Inc.

FW GOM PIPELINE, INC.

G&M RENTALS, LLC

GAGLIANO, GREGORY N.

GALBRAITH, MICHELENE G.

GALLAGHER, ANN E.

GALVOTEC CORROSION SERVICES LLC

GAMBLE, JAMES MARION

GAMBLE, ROBERT ALLAN

GAMBLE, STEPHEN LAMAR

GARBER, JOAN E DRACKETT

GARCIA, HECTOR

GARDNER, R J

GARRETT, NAN M

GARWOOD, JOHN MORGAN

GAS TURBINE APPLICATIONS INC

Gas Turbine Applications, Inc.

GAS TURBINE APPLICATIONS, INC.

GATEWAY PRINTING & OFFICE SUPPLY, INC.

GAUBERT OIL CO INC

GAUBERT OIL COMPANY

Gaubert Oil Company, Inc.

GAUTREAUX, JOSEPH E.

GAYDEN, EDDIE L.

GAYLE, DANIEL F.

GE OIL & GAS PRESSURE CONTROL LP

GE OIL & GAS PRESSURE CONTROL, LP

GEAUXPASS

GENERAL AMERICAN OIL COMPANY OF TEXAS

GENERAL CRUDE OIL COMPANY

GENSLER – ARCHITECTURE AND PLANNING FIRM

GEO HEAT EXCHANGERS, LLC

GEO HEAT EXCHANGES LLC

GEO SEISMIC SVCS

GEOCORR LLC

GEOPHYSICAL PURSUIT INC

GEOSCIENCE EARTH AND MARINE SERVICES

Gerchen Capital Partners

GETTY OIL COMPANY

GETTY P/L COMPANY

GETZLER, JOSEPH W

GETZLER, SHIRLEY R

GGRAND ISLE CORRIDOR LP

Gibson Straddle Plant

GIBSON STRADDLE PLANT

GIBSON, MICHAEL

GIBSON, RANDALL L.

GIEGER LABORDE & LAPEROUSE LLC

GIEGER, LABORDE & LAPEROUSE

Gilbert Mitchell

GILBERT MITCHELL

GILES ENERGY 2015, INC.

GINNY LLC

GIR SOLUTIONS LLC

GIR Solutions, LLC

GIR SOLUTIONS, LLC

GIROIR, MARSHALL J.

GLENN D BOUDREAUX SUPPLEMENTAL CARE TRST

Glenn Otto

GLOBAL OIL ENVIRONMENTAL SERVICE, LLC

Global Petroleum Rentals LLC

GLOBAL PETROLEUM RENTALS, LLC

GLOBAL X-RAY & TESTING CORPORATION

GLY-TECH SERVICES INC

GLY-TECH SERVICES, INC.

GO COIL LLC

GO MARINE SERVICES LLC

GODCHAUX, BRANDON S.

GODWIN, KEN S.

GOL

GOL

GOL LLC

GOL LLC

GOL, L.L.C.

GOL, LLC

GOL, LLC

GOLDCOAST RESOURCES INC.

GOLDSTEIN, DR PAUL P

GOM COMPANY NO 730

GOM Pipeline, Inc., GOM Shelf LLC

GOM Shelf LLC

GOM SHELF LLC

GOM Shelf, LLC
GOM SHELF, LLC
GONZALEZ, NIDYA M.
GOOSE CREEK CISD TAX OFFICE
GOPARK
Gordon Barton Mclendon Jr Trust
Gordon Barton Mclendon Jr. Trust
GORDON ENERGY CAPITAL
GORDON REED & ASSOCIATES INC
GORDON, LINDA T
GORHAM SHADDOCK, STEPHEN
GOURLEY, JOHN
GPB PROPERTIES OF TEXAS LLC
GRAHAM, GEORGE A.
GRAHAM, MICHAEL W.
Grand Isle Corridor ,LP
GRAND ISLE CORRIDOR LP
GRAND ISLE CORRIDOR, LP
GRAND ISLE INC
GRAND ISLE LANDS INC
GRAND ISLE P/L, LLC
GRAND ISLE POLICE DEPT.
GRAND ISLE SHIPYARD INC
Grand Isle Shipyard LLC
Grand Isle Shipyard, L.L.C.
GRAND ISLE SHIPYARD, L.L.C.
Grand Isle Shipyard, LLC
GRAND ISLE SUPERMARKET
GRAVES, DAVID L.
GRAVES, JOHN L.
GRAY REED & MCGRAW PC
GRAY, DANIEL N
GRAY, LARRY R.
GRAY, MEGAN E
GREAT HOBBES, LLC
GREAT LAKES DREDGE AND DOCK CO., LLC
GREATER LAFOURCHE PORT COMMISSION
Great-West Trust Payments
GREAT-WEST TRUST PAYMENTS
GREEN MOUNTAIN ENERGY
Green Mountain Energy Company
GREEN, LESLIE T.
GREENBERG TRAURIG, LLP
GREENE'S ENERGY GROUP LLC

GREER, MATTHEW P.
GRIFFIN, ROBERT E.
GRIFFIN, ROBERT L
GRIMM, DONALD A
GRIZZAFFI, LEO L.
GROVE, LINDA T.
GTP ACQUISITION PARTNERS I, LLC
GUARISCO, JR, JOHN J
GUICE OFFSHORE LLC
Guice Offshore, LLC
Guice Offshore, LLC
GUIDROZ, CHAD A.
GUIDRY, CLINT
GUIDRY, FREDERICK
GUIDRY, FREDERICK H
GUIDRY, JOEY P.
GUIDRY, LOUIS C
GUIDRY, MARGARET C.
GUIDRY, ROBBIE M.
GUIDRY, TIMOTHY P.
GUIDRY, WINIFRED H
GUILLEN, NATALIE
GUILLORY, ROBERT B.
GUILLOTTE BODIN, SUSAN
GUILLOTTE THIBODAUX, FAITH ANNE
GUILLOTTE, HORTON N
GUILLOTTE, SEAN VALENTINE
GUINN, PHILIP L.
GUINN, SAMUEL G.
GULF COAST COIL TUBING AND NITROGEN SERVICES INC
GULF COAST MANUFACTURING, LLC
Gulf Coast Marine Fabricators Inc
GULF COAST MARINE FABRICATORS INC
Gulf Coast Marine Fabricators, Inc.
Gulf Coast Marine Fabricators, Inc.
GULF ISLAND LLC
GULF ISLAND, LLC
GULF LAND STRUCTURES LLC
GULF LAND STRUCTURES, LLC
GULF OFFSHORE RENTALS LLC
Gulf Offshore Rentals, LLC
GULF OFFSHORE RENTALS, LLC
Gulf Offshore Rentals,LLC
GULF OIL CORPORATION

GULF REFINING COMPANY

GULF REFINING COMPANY, ET AL

GULF SOUTH ARMATURE INC

Gulf South Armature, Inc.

GULF SOUTH P/L COMPANY, LP

GULF SOUTH PIPELINE COMPANY LP

Gulf South Pipeline Company, LLC

GULF SOUTH SCAFFOLDING

Gulf South Services

GULF SOUTH SERVICES INC.

Gulf South Services, Inc.

Gulf South Services, Inc.

GULF WATER DRAWS LLC

GULFSANDS PETROLEUM USA INC

GULFSTREAM SERVICES INC

Gulfstream Services Inc.

Gulfstream Services, Inc

Gulfstream Services, Inc.

GULFSTREAM SERVICES, INC.

Guliuzo, Randy

GUTIERREZ, LEATRIZ A.

GUY MILTON MOORE FIRST FINANCIAL TRST & ASSET

GUYE'S CONSTRUCTION, LLC

GUZMAN, KEVIN K.

Gwen Smith

Gydodata Incorporated

GYRODATA INCORPORATED

H & H WELL SERVICE INC

H & H WELL SERVICE, INC.

H DUFRENE, MRS MARY MARGARET

H W BUTLER & ASSOCIATES INC

H W BUTLER & ASSOCIATES INC.

H. OLIVER JR TR FBOCHAS. OLIVER II

H.I.S. Fire & Safety Equipment, LLC

H.I.S. Fire & Safety Equipment, LLC

H.OLIVER JR TR FBO HENRY OLIVER III

H2O INC

Ha Nguyen

HAB WEISS PROPERTIES LLC

HACKEDORN, LYNNE L

Hackler Sr., Charles

HACKLER SR., CHARLES

HACKLER, SR., CHARLES

Hagardorn, Eileen

HALE, MICHAEL W.
Half, Robert
HALL, ELIZABETH R.
HALL, KAREN DUPLANTIS
HALL-HOUSTON EXPLORATION CO.
HALLIBURTON ENERGY SERVICES INC
HALLIBURTON ENERGY SERVICES INC.
Halliburton Energy Services, Inc.
HALLIBURTON ENERGY SERVICES, INC.
HAMILTON BROTHERS OIL COMPANY
Hamilton Insurance DAC
HAMILTON INSURANCE DAC
HAMILTON, DIANE O
HAMILTON, ELIZABETH ANN SNYDER
HAMLIN & HARRIS, INC.
HANFORD, DAVID
HANKAMER, CAMILLE O
HANKAMER, RAYMOND E
HANKS, SHELTON R.
Hanover Insurance Company
HANOVER INSURANCE COMPANY
HANTEL SCHWARTZ, ABIGAIL
HANTEL, ADAM MAX
HANTEL, HARRISON
Hanzhou 1 Limited
Hanzhou 1 Ltd
Hanzhou 1 Ltd
HARANG BICKNELL, JANE F
HARANG III, WARREN J
HARANG SAVOIE, SUSAN
HARANG, BRYAN H.
HARANG, THOMAS B
HARDY OILFIELD SERVICES LLC
HARMON FAMILY REV LIVING TRUST
HARRELL, JEANA R.
HARRINGTON, DEREK S.
Harris County
Harris County Tax Office
HARRIS COUNTY TAX OFFICE
HARRIS COUNTY, ET AL
HARRIS, MICHAEL
HARRY PIERSON CHALSTROM TRUST
Hartford Casualty Insurance Company
HARTFORD CASUALTY INSURANCE COMPANY

HARTNETT JR, WILLIAM F
Harvest Midstream
HARVEST MIDSTREAM COMPANY
HARVEST PIPELINE
HARVEST PIPELINE COMPANY
HASLAUER, SANDRA D
HASLAUER, WAYNE J
HATAWAY, MICHAEL L.
HATTON W SUMNERS FOUNDATION FOR THE STUDY AND
HAWKINS, JEREMY D.
HAYDEN MCILROY TRST
HAYMAN, JAMES B.
Haynes & Boone, LLP
HAYNES & BOONE, LLP
HDI Global Specialty SE
HDI GLOBAL SPECIALTY SE
HE&D O/S
HEBERT, ELAINE PETERSON
HEBERT, KYLE JOHN
HEBERT, PAUL A.
HEBERT, RANDY
HECK, JONATHAN M.
Hector Duran
Hedron Holdings, LLC
HEINSOHN, ALEXANDRA
HELD, JEFFREY M.
HELEN L SIZELER INDIVIDUALLY AND AS USUFRUCT
HELEN POOL CHALSTROM TRUST
HELIS
HELIS OIL & GAS COMPANY, L.L.C
HELIX WELL OPS INC
HELIX WELL OPS INC.
Helix Well Ops, Inc.
HELIX WELL OPS, INC.
HENDERSON COUNTY LIVESTOCK SHOW
HENDERSON GROUP INC
HENDERSON JR, RONALD E.
HENDERSON, ANN CLOTHILDE
HENDERSON, BRETT
HENDERSON, BRYCE D.
HENDERSON, CONSTANCE RANDOLPH
HENDERSON, III, JOSEPH HARRISON
HENDERSON, KATHLEEN P.
HENDERSON, KENT W

HENSGENS, JAKE N.

Herbert, Jory

HERBERT, JORY

HERBERT, OPAL LANDERS

HERDEM, SAFAK

HERITAGE ENERGY CORPORATION

HERMAN, HERMAN, & KATZ, LLC.

HERNANDEZ, ARGELIA M.

HESS CORPORATION

HESS PIPE LINE COMPANY

HESS PIPELINE COMPANY

HETHERINGTON, PETER A

Hetherington, Peter A. and Ellen G.

HETTIE PAGE GARWOOD REVOCABLE TRUST DATED 8/20/2010

Hidco - Home Industry Disposal

HIDCO - HOME INDUSTRY DISPOSAL

HIGH ISLAND O/S SYSTEM LLC

HIGH ISLAND OFFSHORE SYSTEM LLC

HIGH ISLAND OFFSHORE SYSTEM, LLC

HIGH POINT GAS GATHERING L.L.C.

High Point Gas Gathering, L.L.C

High Point Gas Gathering, L.L.C.

High Point Gas Gathering, L.L.C.

HIGH POINT GAS GATHERING, LLC

HIGH POINT GAS TRANSMISSION LLC

High Point Gas Transmission, LLC

HIGHLAND RESOURCES INC

HIGHLANDER OIL & GAS ASSETS LLC

HIGHLANDER OIL & GAS ASSETS, LLC

Highpoint

HIGHPOINT

Hilcorp Energy Company

HILCORP ENERGY CORPORATION

HILCORP ENERGY GOM LLC

HILCORP ENERGY I LP

HILCORP ENERGY I, L.P.

HILL, ASHLEY J.

HILL, BILLY R.

HILL, CLYDE M.

HILL, KEVIN

HILLCORP ENERGY GOM LLC

HILLCREST GOM

HILLCREST GOM INC

HILLCREST GOM, INC.

HILLIARD FAMILY PROPERTIES LTD

Hilltop Specialty Insurance Company

HILLTOP SPECIALTY INSURANCE COMPANY

HINCKLEY, SAMANTHA D.

HINGLE, TODD A.

HINNERS, DAVID B.

HIS FIRE & SAFETY EQUIPMENT LLC

HIS Fire & Safety Equipment, LLC

HLP ENGINEERING, INC.

HOBDY, BABY

HOFFER FURNITURE RENTAL, INC.

HOLDEN, GEREMY P.

HOLDEN, WILLIAM W.

HOLIFIELD, BILLY T.

Holland, Susan

HOLLINGSWORTH, CLEMENTINE B

HOLLINS, JOHN R

HOLLISTER IMAS, CLINTON D

HOLLISTER IMAS, DAVID O

HOLMES, TOMMY G.

Home Industry Disposal Company, Inc.

HOOPER, SUSAN B.

HOOVER, PAMELA ANN MACDIARMID

HOPKINSON, JOHN M.

HORACE B CHALSTROM COMPANY LLC

HORACE B CHALSTROM, JR TRUST

HORNE, DARRELL

HOTARD, GUY E.

HOUGHTON, WENDY P.

Houlihan Lokey

HOULIHAN LOKEY

HOUMA ARMATURE WORKS & SUPPLY LLC D/B/A WARD LEONARD

HOUMA MACHINE & MARINE, LLC

HOUSSAYE, DEBORAH DE LA

HOUSSAYE, WAYNE DE LA

Houston Casualty Company

HOUSTON CASUALTY COMPANY

HOUSTON ENERGY

HOUSTON ENERGY INC

HOUSTON ENERGY, INC.

HOUSTON ENERGY, L.P.

Houston Energy, LP

Houston Energy, LP

HR DIRECT

Hrdlicka, White, Williams & Aughtry, PC
HS FIRE & SAFETY EQUIPMENT LLC
HUB CITY INDUSTRIES LLC
HUDGIN, KATHERINE ROSHTON
HUDSON SERVICES INC
HUDSON SERVICES, INC.
HUFFMAN, K J
HUGHES ARRELL KINCHEN LLP
Hull & Company - Fort Lauderdale
HULL & COMPANY - FORT LAUDERDALE
Hull & Company, LLC
HULL & COMPANY, LLC
HULL, MONA DUPLANTIS
HUMBLE OIL & REFINING
HUMBLE OIL & REFINING COMPANY
HUMBLE PIPE LINE COMPANY
HUMMEL, GARY A.
HUMPHRIES, KEVIN G.
HUNT OIL COMPANY
HUNT PETROLEUM
HUNT PETROLEUM (AEC), INC.
HUNT, NATHAN O.
HUNT, WILL A.
HUNTER REVOCABLE TRUST
HUNTSBERRY, RICKEY
Huron Consulting Services LLC
HUTTO, DONALD
HYDRA OPS LLC
HYDRA OPS, LLC
HYDRAULIX N MORE, LLC
HYMAN LANDS MINERAL LLC
IBERIA PARISH SCHOOL BOARD
IBERIA PARISH SHERIFF/TAX COLL
Iberia Parish Tax Assessor
IBERIA PARISH TAX ASSESSOR
IGNITION SYSTEMS & CONTROLS, INC.
IHS GLOBAL INC.
IKAV Energy Inc.
ILUB ENERGY SERVICES INC
IMBER JR, JOSEPH ROBERT
IMMI TURBINES INC
IMMI TURBINES INC.
IMPACTWEATHER INC
IMPERIAL OIL COMPANY

IndemCo
INDEMCO
Indemco L.P.
INDEMCO L.P.
INDUCTIVE AUTOMATION, LLC
Industrial & Oilfield Services, Inc.
INDUSTRIAL AND OILFIELD SERVICES INC
INDUSTRIAL AND OILFIELD SERVICES, INC.
INDUSTRIAL DIESEL SERVICE, LLC
INDUSTRIAL DIESEL SERVICES LLC
INDUSTRIAL SOLUTIONS GROUP LLC
INDUSTRIAL WELDING SUPPLY CO
Industrial Welding Supply Co. of Harvey, Inc.
INEXS INC
Infinity Valve & Supply LLC
INFINITY VALVE AND SUPPLY LLC
Infinity Valve Supply LLC
INFORMA UK LTD
INGLIS, SALLY ANN NEWSHAM
INLAND SERVICES INC
INTEGRATED PRODUCTION SERVICES INC
INTEGRICERT LLC
INTEGRIS CEVIRI HIZMETLERI LTD STI.
INTEGRITY OILFIELD SERVICES LLC
INTEGRITY OILFIELD SERVICES, LLC
INTELLIGIZE, INC.
IntelliSIMS LLC
INTELLISIMS LLC
INTERACTIVE EXPL SOLUTIONS, INC.
INTERIM LSU PUBLIC HOSPITAL F/K/A MEDICAL CENTER OF LOUISIANA AT NEW ORLEANS
INTERNAL REVENUE SERVICE
INTERNATIONAL SNUBBING SERVICES, LLC
INTERSTATE OIL PIPE LINE COMPANY
INTERSTATE TREATING INC
INTERSTATE TRUST & BANKING COMPANY
INTERTEK ASSET INTEGRITY MANAGEMENT INC
INTRACOASTAL LIQUID MUD, INC.
IOS / PCI LLC D/B/A IOS INSPECXIOS OILFIELD SERVICES
IOS, INSPECTION OILFIELD SERVICES
IP PETROLEUM COMPANY, INC.
IRBY, SUSAN F.
IRON MOUNTAIN
Iron Mountain Information Management LLC
IRONGATE ENERGY SERVICES LLC

IRS ACS SUPPORT
IRVING, RONALD
ISAAC, DESMOND T.
ISIMS LLC
Island Operating Company
Island Operating Company
ISLAND OPERATING COMPANY INC
Island Operating Company, Inc
Island Operating Company, Inc.
ISLAND OPERATING COMPANY, INC.
ISN SOFTWARE CORPORATION
ITC GLOBAL INC
ITC GLOBAL INC.
ITI INTERNATIONAL, LLC
Ivette Gerhard
IWANTA PARTNERS, L.L.C.
J D COINTMENT LLC
J HIRAM MOORE LTD
J LAWTON COMPANY LLC
J. Schneider & Associates, Ltd.
J. SCHNEIDER AND ASSOCIATES, LTD.
J.C. PETROLEUM, INC.
J.C. TRAHAN, DRILLING CONTRACTOR, INC.
J.M. HUBER CORPORATION
JACK LAWTON INC
JACK PIERCE & MARY JO BROOK
Jack T. Jamison
JACKSON - USUFRUCTUARY, PEPPER
JACKSON IV, EWELL H
JACKSON MCGOWEN, CATHERINE
JACKSON WALKER
Jackson Walker LLP
JACKSON WALKER LLP
JACKSON, CAFFERY R.
JACKSON, CAROL MOORE
JACKSON, CRAIG R.
JACKSON, CRIS
JACKSON, DONELSON
JACKSON, J CAROL
JACKSON, JAMES C
JACKSON, KENNETH S.
JACKSON, MARK ALLEN
JACKSON, PATRICIA M
JACOBS, JONATHAN K.

JACON SERVICES INC
JAGUAR ENERGY SERVICES LLC
JAIME SEGURA FARMS, LLC
JAMBON, SHELLY MAPLES
JAMES A HALL & ASSOC INC
JAMES A HALL & ASSOCIATES INC
JAMES C JANSSEN AND LINDA JANSSEN
JAMES G FLOYD JR REVOCABLE TRUST
JAMES H AND LISA DICK
JAMES HENRY MERCER II REVOCABLE TRUST
JAMES MERCER ARGO TESTAMENTARY TRUST
James Michael Jones
JAMES MICHAEL JONES
JAMES N PENEGUY TRUSTEE OF CROCKER AND LEIGH INVESTMENT TRUST
JAMES, DEBRA LYNN TREUIL
JAMES, PAULMER
JAMISON, JACK T.
JAMS, INC.
Jana Whitworth
JANE ERIN NOE MAY PROPERTIES, LLC
JANE J OLIVER 1992 TRUST
Janette Mclendon Moss Trust
JANIC DIRECTIONAL SURVEY INC
JANIE LYNN STANSBURY ABSHIRE AKA JNAIE S ASHIRE
JANSSEN, JAMES C
JAREL EXPLORATION INC
JASE FAMILY LTD
JASPER, JENNIFER J
JAVELER MARINE SERVICES LLC
Jayson B. Ruff
JC ROYALTY LLC
JC TOWING LLC
JEAN CHRISTINE THOMPSON TRUST 2
JEANERETTE MINERALS LLC
Jeannie Chavez
JEDI HYDRO FINANCE I LIMITED PARTNERSHIP
JEFF DICE CONSULTING LLC
JEFF DICE CONSULTING, LLC
Jeff Wallace
JEFFCOAT, MICHAEL L.
Jefferson Davis Electric Co-Op, Inc.
JEFFERSON DAVIS ELECTRIC CO-OP, INC.
JEFFERSON PARISH - SHERIFF & EX-OFFICIO
JEFFERSON PARISH FIRE DEPT.

JEFFERSON PARISH POOLED CASH

Jefferson Parish Sheriff & Tax Collector

JEFFERSON PARISH SHERIFF & TAX COLLECTOR

Jefferson Parish, Clerk of Court

JEFFERSON PARISH, CLERK OF COURT

JEFFREY D ANDERSON DONNA E ANDERSON TRUST

JEFFREY H. SHIDLER & WIFE, STACEY SHIDLER

Jeffrey P. Norman

JENKINS LUEDERS, JILL

JENKINS, TAMARA COCKE

JENNIFER R S MCDANIEL LLC

JEREL EXPLORATION INC

JEROME C. MARCUS FP I, LLC

JERRY A KING LLC

JESTER, JAMES E.

Jet Support

JET SUPPORT

JL/ASC LLC

JLAS, LLC

JMB PARTNERSHIP

JOBE, JAMES M

Jobe, James M and Anne C

JOBE, JAMES MICHAEL

JOHN CARTER CO., INC.

JOHN CHAMBERS

JOHN CHAUNCEY NEWSHAM TRUST

JOHN H. CARTER CO., INC.

JOHN P COOK, AS TRUSTEE OF THE JANE PENEGUY COOK FAMILY TRUSTS A, B AND E

JOHN W MECOM D/B/A MECOM PETROLEUM

JOHNS, DONALD W.

JOHNSON, CLAUDE L

JOHNSON, KATHERINE LEE

JOHNSON, MICHAEL A.

JOHNSON, PAUL H.

JOHNSON, RAYMOND

JOHNSON, WARDELL

JOHNSTON JR, FELTON M

Jones Walker

JONES WALKER L.L.P.

Jones Walker LLP

JONES, AKEEN A.

JONES, BILLY J.

JONES, CRAWFORD

JONES, EUGENE PAUL

JONES, III GUARDIAN OF JOHN W. BYRD, T.D.
JONES, JASON F.
JONES, JOHN C
JONES, JUDITH J
JONES, KENNETH W.
JONES, SANDRA JOHNSTON
JONES, WARD R
JORY L BERNARD LLC
Joseph Winkler
JP Morgan Chase Bank, NA
JPMORGAN CHASE BANK, NA
JPP-RP INVESTMENTS LLC
JR, JOHN DART
JRP FAMILY, LLC
JUDD PARTNERS
JUDD, RANDY E
JX NIPPON
JX Nippon Oil Exploration (U.S.A.) Limited
JX Nippon Oil Exploration (U.S.A.) Limited
K. CAMP & ASSOCIATES, INC.
KALDIS, CATHERINE DANIEL
KANE, MICHAEL E.
Kaplan Processing Plant
KAPLAN PROCESSING PLANT
KARL, MIRIAM N
KAYS, CHRISTOPHER K.
KBR HOLDING, LLC
KC OIL & GAS EXPLORATION LLC
KEAN MILLER, LLP
Keane Miller
KEITH, MARY LEE
KEKKO, AARON
KELLER & NHECKMAN LLP
Keller and Heckman LLP
Keller and Heckman, LLP
KELLEY, CHRISTENA
KELLEY, DANA R.
Kelly Hart & Pitre
KELLY HART & PITRE
KELLY L DUNHAM OR KATHLEEN E DUNHAM
KELPS & WILL PROP SHOP LLC
KENDRICK ENGINEERING & COMPLIANCE, LLC
KENNAIR OYSTER INC
KENNAIR OYSTER, INC

KENNERSON, TROY J.
KENNEY, OLANDRY E.
KER-MCGEE OIL INDUSTRIES INC, ET AL
KERR-MCGEE CORPORATION
KERR-MCGEE OIL & GAS CORPORATION
KEWANEE

KEY ENERGY SERVICES LLC AND ITS PRESENT AND FUTURE SUBSIDIARIES AND/OR ITS AFFLIATES
Keystone Chemical LLC
KEYSTONE CHEMICAL LLC
Keystone Chemical, LLC
Keystone Chemical, LLC
KF II INVESTMENTS LP
KILBURN, KERRY A
Kilgore Marine Services, LLC
Kilgore Marine Services, LLC
KINDER MORGAN
Kinetica (FERC)
KINETICA (FERC)
KINETICA DEEPWATER EXPRESS LLC
KINETICA ENERGY EXPRESS LLC
KINETICA ENERGY EXPRESS, LLC
KINETICA MIDSTREAM ENERGY
KINETICA MIDSTREAM ENERGY LLC
KINETICA MIDSTREAM ENERGY, LLC
KINETICA PARTNERS LLC
Kinetica Partners, LLC
KING ROYALTY CORP
KIPPERS COMMUNICATIONS INC
KIPPERS COMMUNICATIONS, INC.
KIRBY EXPLORATION COMPANY
KIRBY-WEBB, SUE E.
KISER, SHARON
KISER, SHARON S
KITCHEN III, BENJAMIN FORD
KITCHEN IV, BENJAMIN F.
Kitchen, Christian
KITCHEN, EDWARD S.
Kitchen, Elizabeth F.
Kitchen, Kathryn
KITCHEN, KATHRYN C.
Kitchen, Margaret
Kitchen, Peter
KJECO LLC

KNIGHT, LAGARIUS A.
KOCH GATEWAY P/L COMPANY
KOCH INDUSTRIES INC
KONA LTD
KORN FERRY (US)
KOSMITIS, DAVID K
KREAMER, ANNA
KREWE ENERGY LLC
Kristen M McLendon Estate
Kristen Margaret Mclendon Trust
Kroll Restructuring Administration, LLC
KUHNEN JR, CARL W
KUHNEN JR., CARL W
KURT MIRE PE
KYIE/PETERMAN MANAGEMENT CORPORATION
L & R HARVEY REALTY LLC
L P LANDRY & SONS LLC
L SANFORD & SON LLC
L. P. LANDRY & SONS, LLC
L3HARRIS
L3HARRIS TECHNOLOGIES
LA DEPARTMENT OF TRANSPORTATION
LA DEPT OF NATURAL RESOURCES
LA DEPT OF REVENUE
LA DEPT. OF REVENUE
LA OFFICE OF CONSERVATION
LA STATE LAND OFFICE
LA STATE MINERAL BOARD
LABIT, STERLING L.
LABORDE MARINE MANAGEMENT LLC
Laborde Marine Management, LLC
LABORDE MARINE MANAGEMENT, LLC
LABORDE, NICHOLAS J.
LACROIX CELLULAR LLC
LADNIER, LEROY D.
LAE, LAUREN E.
LAFLEUR, JOHN D.
LAFOURCHE PARISH - SHERIFF AND EX-OFFICIO
Lafourche Parish Sheriff's Office
LAFOURCHE PARISH SHERIFF'S OFFICE
LAFOURCHE TELEPHONE COMPANY
LAGRECA SERVICES LLC
LAINELIFE ASSOCIATES
LA-K9 LLC

LAKE EUGENIE LAND & DEVELOPMENT, INC.
Lake, Susan DelaHoussaye
LAKE, SUSAN DELAYHOUSSAYE
Lakeway Associates II LLC
Lakeway Associates II LLC
Lakeway Associates LLC
Lakeway Associates LLC
Lancashire Insurance Co (UK) Ltd.
LANCASHIRE INSURANCE CO (UK) LTD.
LAND BOARD STATE OF LOUISIANA
LAND MANAGEMENT SERVICES LLC
LANDCASTER RESOURCES LLC
LANDERS, CARLA MARIE
LANDERS, CHRIS JOSEPH
LANDERS, SHANE THOMAS
LANDMARK GRAPHICS CORPORATION
LANDQWEST LLC
LANDRENEAU, DEREK J.
LANDRY MOBILE HOME
LANDRY, ALEX J.
LANDRY, DANIEL W.
LANDRY, STACEY A.
LANDRY, STEVE
LANIER, DAVID W.
LANNOO, JEROME
LAPOINT, SHANE J.
LAR OIL COMPANY, INC.
LAREDO CONSTRUCTION INC
LARKIN BARHAM, ANDREW
LASALA, NICHOLAS S.
LASALLE SOLUTIONS, A DIVISION OF FIFTH
LASER IMAGING, INC.
Latham & Watkins LLP
LATHAM & WATKINS LLP
LATHAM, JASON
LAURA LONG LUBIN COMPANY LLC
LAUREN HILL ADV GROUP
LAURENCE, DWIGHT L.
Lavies Enterprises
LAW OFFICE OF JACK JAMISON
LAWRENCE, STEVEN D.
LAWTON DROST, LINDA
LAWTON DUHON, EVELYN
Lawton Jr., Jack Edward

LAXEY, DONALD G.

LAZARD FAMILY (LOUISIANA) LLC

Lazard, Eugene

LAZARO, RAYMOND

LEBLANC JR, JOEL P

LEBLANC, ALLEN P.

LEBLANC, CAROLYN C.

LEBLANC, LESLIE KATHRYN PERSON

LEBLANC, NATHAN

LEBOEUF, GUY P.

Ledbetter, Wayne

LEDBETTER, WAYNE E.

LEDET TRAHAN, JENNIFER LYNN

LEDET, PHILIP J.

LEDET, STEPHEN J.

LEE ARCHER, SCOTT

LEE AUBUCHON, ANN

LEE BROTHERS OIL CO

LEE CAMPBELL JR, GEORGE

LEE III, ELMO PEARCE

LEE ROYALTIES, INC

LEE, ANITA

LEE, BLAKE ABINGTON

LEE, JAMES

LEE, JOHN M.

LEE, TANNER

LEE, VIRGINIA LORETTA

LEECE, STANLEY

LEGACY OFFSHORE LLC

LEGANIA, LENARD

LEGAUX, DELTON J.

LEGER, BRENDON K.

LEIGH GALLAGHER, KATHRYN

LEIGH NOVAK, DEBORAH

LEJEUNE, EMERSON E.

LELAND FALCON

LETKO, JOSEPH J.

LEVEL 3 COMMUNICATIONS LLC

Level 3 Communications LLC (Lumen Technologies)

LEVEL 3 COMMUNICATIONS LLC (LUMEN TECHNOLOGIES)

Level 3 Communications, LLC a CenturyLink Company

Level 3 Telecom Holdings, LLC, a CenturyLink company

LEVIATHAN OFFSHORE LLC

Leviathan Offshore, LLC

LEVIATHAN OFFSHORE, LLC

Leviathan Offshore, LLC.

LEVY JR, LESTER A

LEVY, WALTER MILTON

Lewis Brisbois Bisgaard & Smith LLP

LEWIS BRISBOIS BISGAARD & SMITH, LLP

Lewis Brisbois Bisgarrd & Smith

LEWIS, TIMOTHY B.

LEXCO DATA SYSTEMS, L.P.

LFF ASSETS LP

Liberty Mutual Fire Insurance Co.

LIBERTY MUTUAL FIRE INSURANCE CO.

LIBERTY MUTUAL GROUP

LIBERTY MUTUAL INSURANCE

LIBERTY MUTUAL INSURANCE CO

Liberty Mutual Insurance Company

LIBERTY MUTUAL INSURANCE COMPANY

Liberty Mutual Insurance Europe SE

LIBERTY MUTUAL INSURANCE EUROPE SE

Liddell Caffery Test Trust

LIL' SANDY LLC

LILLY, EARLE S

LIND, MICHAEL G

Linda Motton

LINDER II, JOHN M.

LINDER OIL COMPANY, A PARTNERSHIP

LINDER OIL COMPANY, A PARTNERSHIP (LOCAP)

LINEAR CONTROLS INC

Linear Controls Inc.

LINEAR CONTROLS INC.

LINEAR CONTROLS, INC

Linear Controls, Inc.

Linear Controls, Inc.

Linhthu Do

Links Technology Solutions, Inc.

LINNEMANN, JEANETTE

LINNEMANN, JEANETTE S

LINTON, JEFFERY D

LIVELY, BRADFORD J.

LIVESAY, III, WALLACE B.

LLL FAMILY TRUST

LLOG EXPLORATION COMPANY LLC

LLOG Exploration Company, L.L.C.

LLOG EXPLORATION OFFSHORE LLC

LLOG EXPLORATION OFFSHORE, INC.
LLOG Exploration Offshore, L.L.C.
LLOG Exploration Offshore, L.L.C.
LLOG EXPLORATION TEXAS LP
LLOG EXPLORATION TEXAS LP ET AL
LLOG Exploration Texas, L.P.
LLOX, L.L.C.
LLOX, L.L.C.
LLOYD ROYALTIES
Lloyd's of London Syndicate
Lloyds of London
LLOYD'S OF LONDON SYNDICATE #1036
LLOYD'S OF LONDON SYNDICATE #1084
LLOYD'S OF LONDON SYNDICATE #1183
LLOYD'S OF LONDON SYNDICATE #1200
LLOYD'S OF LONDON SYNDICATE #1221
LLOYD'S OF LONDON SYNDICATE #1225
LLOYD'S OF LONDON SYNDICATE #1274
LLOYD'S OF LONDON SYNDICATE #1301
LLOYD'S OF LONDON SYNDICATE #1414
LLOYD'S OF LONDON SYNDICATE #1686
LLOYD'S OF LONDON SYNDICATE #1729
LLOYD'S OF LONDON SYNDICATE #1856
LLOYD'S OF LONDON SYNDICATE #1880
LLOYD'S OF LONDON SYNDICATE #1910
LLOYD'S OF LONDON SYNDICATE #1919
LLOYD'S OF LONDON SYNDICATE #1945
LLOYD'S OF LONDON SYNDICATE #1955
LLOYD'S OF LONDON SYNDICATE #1967
LLOYD'S OF LONDON SYNDICATE #1969
LLOYD'S OF LONDON SYNDICATE #2001
LLOYD'S OF LONDON SYNDICATE #2121
LLOYD'S OF LONDON SYNDICATE #2987
LLOYD'S OF LONDON SYNDICATE #2988
LLOYD'S OF LONDON SYNDICATE #3000
LLOYD'S OF LONDON SYNDICATE #3010
LLOYD'S OF LONDON SYNDICATE #33
LLOYD'S OF LONDON SYNDICATE #3623
LLOYD'S OF LONDON SYNDICATE #4000
LLOYD'S OF LONDON SYNDICATE #4020
LLOYD'S OF LONDON SYNDICATE #4242
LLOYD'S OF LONDON SYNDICATE #4444
LLOYD'S OF LONDON SYNDICATE #457
LLOYD'S OF LONDON SYNDICATE #4711

LLOYD'S OF LONDON SYNDICATE #5000
LLOYD'S OF LONDON SYNDICATE #510
LLOYD'S OF LONDON SYNDICATE #5886
LLOYD'S OF LONDON SYNDICATE ET AL
LLOYDS'S OF LONDON SYNDICATE #2689
LOCHRIDGE ENERGY SERVICES LLC
Lochridge Energy Services P&A LLC
LOCHRIDGE ENERGY SERVICES P&A, LLC
Lochridge Energy Services, LLC
LOCHRIDGE P&A LLC
LOCKE LORD LLP
Locke Lorde
LOFTON, ROSEMARY PRICE
LOGIC CONTROL SYSTEM LLC
Logic Control Systems, LLC
Logic Control Systems, LLC
Logic Control Systems,LLC
Logix Fiber Networks
LOGIX FIBER NETWORKS
LOHMAN FAMILY LLC
LONDOT, R R
LONDOT, ROLLAND R.
LONE STAR NGL SEA ROBIN LLC
LONG JR, PALMER R
LONG LUBIN, LAURA
LONG PROPERTIES LLC
LONG, MICHAEL W.
LOOP, INC.
LOOPER GOODWINE PC
LOOPER GOODWINE, PC
Lora Financial Security
LORA FINANCIAL SECURITY
LORRAINE BERNUCHO BROWNFELL
LOTUS LLC
LOUIS DREYFUS GAS PROCESSING LLC
LOUIS MCFAUL, JR TRUST
LOUISE ELLIS SCARBOROUGH IRR TRUST
LOUISIANA CONSTRUCTION MANAGEMENT & SERVICES LLC
Louisiana Department of Environmental Quality
LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
LOUISIANA DEPARTMENT OF HEALTH
LOUISIANA DEPARTMENT OF NATURAL RESOURCES
LOUISIANA DEPARTMENT OF NATURAL RESOURCES OIL AND GAS
Louisiana Department Of Revenue

LOUISIANA DEPARTMENT OF REVENUE

LOUISIANA DEPARTMENT OF WILDLIFE & FISHERIES

LOUISIANA DEPT OF NATURAL RESOURCES

LOUISIANA DIVISION OF ADMINISTRATION

LOUISIANA EXPLOSIVE TRAINING, LLC

LOUISIANA LAND & EXPLORATION CO

LOUISIANA LAND COMPANY LLC

LOUISIANA MACHINERY COMPANY LLC

Louisiana Ofc Mineral Resource

LOUISIANA OFFICE MINERAL RESOURCE

LOUISIANA ONE CALL SYSTEM, INC.

LOUISIANA POWER & LIGHT

LOUISIANA POWER AND LIGHT COMPANY

LOUISIANA PRODUCTION VALVE LLC

LOUISIANA PUBLIC SERVICE COMMISSION

LOUISIANA SAFETY SYSTEMS INC

Louisiana Safety Systems, Inc.

LOUISIANA SAFETY SYSTEMS, INC.

LOUISIANA SAFTELY SYSTEMS, INC.

Louisiana Secretary of State

LOUISIANA SECRETARY OF STATE

LOUISIANA ST UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE

LOUISIANA STATE LAND OFFICE

LOUISIANA STATE MINERAL AND ENERGY BOARD

LOUISIANA STATE MINERAL BOARD

LOUISIANA STATE PARISH OF PLAQUEMINES

LOUISIANA VALVE SOURCE LLC

LOUISIANA VALVE SOURCE, LLC

LOUISIANA VALVE SOURCE, LLC.

LOUISIANA WILDLIFE AND FISHERIES FOUNDATION

LOVE, CHRISTINA

LOVETT BROWN, ROBERT

LOVETT, CHIMMIE W.

LP LANDRY AND SONS, LLC

LQT INDUSTRIES LLC

LSC 27 LLC

LSU FOUNDATION

LSU INTERIM PUBLIC HOSPITAL

LUCAS ASSOCIATES, INC.

Luci Johnson-Davis

LUFKIN INDUSTRIES

LUGENBUHL WHEATON PECK RANKIN & HUBBARD

LUIS, ARTHUR T.

LUJON OIL COMPANY

LUTEY, CLAIRE HENLEY
LVO CORPORATION
LWD HOLDINGS I LTD
LYLES, WILLIAM R.
LYNN HOLDER, KARI
LYONS ET AL, FELICITAS C
LYONS JR, CULVER H
LYONS, MEGAN K
M & H Enterprises, Inc.
M & H Enterprises, Inc., Total Production Supply, LLC, Petroleum Coordinators, Inc., Offshore Air and
Refrigeration, Inc., Chalmers, Collins, and Alwell, Inc
M & J VALVE SERVICES, INC.
M&A Safety Services, LLC
M&H ENTERPRISES INC D/B/A M&H ENERGY SERVICES
M&H ENTERPRISES INC.
M&H ENTERPRISES, INC
M&H Enterprises, Inc.
M&H Enterprises, Inc.
M&S CONSULTANTS INC
M. M. INDUSTRIES, INC.
M. R. HARLAN, INC.
M.R. Harlan, Inc.
M/V Atina
M/V ATINA
M21K, LLC
M21K, LLC
MACDIARMID, GEORGE EDWIN
MACDIARMID, GRANT HUGH
MACDIARMID, JR, MARTIN A
MACGILLIVRAY, ELIZABETH ELLEN
Mack Steel & Supply LLC
MACK STEEL & SUPPLY, LLC
MACKENZIE PARTNERS, INC.
MAC-NETT ENVIRONMENTAL SERVICES LLC
MACQUARIE BANK LTD
MACTECH INC
MACTECH, INC.
MADCON CORPORATION
MADDENS CABLE SERVICE, INC
MADDOCK, JONATHAN
MADDOCK, KAREN ALFARO
MAGGIO, LESLIE A
MAGNOLIA 23 PROPERTIES LLC
MAGNOLIA PETROLEUM COMPANY, ET AL

MAGNOLIA TORQUES & TESTING INC
MAIN PASS OIL & GAS
MAIN PASS OIL GATH COMPANY
Major Equipment & Remediation
MAJOR EQUIPMENT & REMEDIATION SERVICES INC
MANAGEMENT MATTERS, LLC
MANGLICMOT, CHRISTINE J.
MANNING, BRYANT H.
MANOOCA SERVICES LLC
MANTI EQUITY PARTNERS LP
MANTI EXPLORATION & PRODUCTION INC
MANTI GODZILLA LTD
MAP2004 OK
MAP2004-OK
MAPCON TECHNOLOGIES INC
MAPCON TECHNOLOGIES INCORPORATED
MARATHON OIL COMPANY
MARATHON PIPE LINE COMPANY
MARATHON PIPE LINE LLC
MARATHON PIPELINE COMPANY
MARCHIVE, BENJAMIN J.
MARINE SPILL RESPONSE CORPORATION
MARINER ENERGY RESOURCES INC
MARINER ENERGY, INC.
Mario Rios
MARION MACDIARMID JOHNSON LYMAN
MARITECH RESOURCES INC
MARITECH RESOURCES INC.
MARK ANDREWS & CO. INC.
MARK PRODUCING INC
Mark Smith
MARKEL INSURANCE COMPANY
Markel International Insurance Company Limited
MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED
MARLIN ENERGY LLC
MARLIN ENERGY OFFSHORE LLC
MARLIN ENERGY OFFSHORE, L.L.C.
MAROON, JAMES
MARSEGLIA JR., EVERARD A.
MARSH USA INC.
MARTIN HOLDINGS LLC
Martin Holdings, LLC
MARTIN, DAVID C.
MARTIN, HUNTER G.

MARTIN, PATRICK H

MARTINEZ, LAURA R.

Marvin Isgur

MARVIN LUNDEEN FAMILY T/U/W

MARY HODGES GRAY LIMITED LIABILITY COMPANY

MARY HODGES GRAY LLP

MARY NAN DORAN TRUST

MARY NON DORAN TRUST

Massachusetts Secretary of State

MASSACHUSETTS SECRETARY OF STATE

MAUNSELL, JANE B

MAUNSELL, JANE D

Mauricio Ferreyros

Mauterer, Therese

MAVERICK ENERGY SOLUTIONS, LLC

MAXWELL, MARY ROSHTON

MAY, MARIE A GRIFFIN

Mayfield, Demetria

MAYFIELD, DEMETRIA

MAYFIELD, DEMETRIA G.

MAYNARD, KEVIN L.

MAZAL, ROSLYN

MAZERAC, KEVIN P.

MAZIE CREWS 2008 LIVING TRUST

MAZIE CREWS IRREVOCABLE TST #1

MAZIE CREWS IRREVOCABLE TST #4

MB ENVIRONMENTAL SERVICES LLC

MCARTHUR, CEDRIC

MCASHAN CARBINE, ELIZABETH S.

MCASHAN, KENNETH A

MCBRIDE, RAYMOND L

MCCALL, KIRSTEN U.

MCCALL'S OFFSHORE DOCK INC

MCCARTHY, JOSEPH B.

MCCARTNEY, GARY D.

MCCARTNEY, ZACKERY D.

MCCARTY, ANDRE

MCCAY CLARK, ISABEL

MCCAY JACKSON, CATHERINE

MCCLESKEY, RANDALL C

MCCLUNG, JOHN D.

MCCULLOUGH, CAMERON C.

MCCUNE, TIMOTHY L

MCELMAN, MRS. VIRGINIA R.

MCFAUL, JR, LOUIS W

MCGIVAREN, WILLIAM L.

MCGREW, ANDREW W

McGriff Insurance Services, Inc.

MCGRIFF INSURANCE SERVICES, INC.

McGriff Insurance Services, LLC

Mcgriff, Seibels & Williams of Texas, Inc.

MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC.

MCGRIFF, SEIBELS, & WILLIAMS OF TEXAS, INC.

MCILWAIN, J F

MCK GROUP LLC

MCKENZIE, AMY SCOTT

MCKENZIE, MICHAEL F

MCLAIN J FORMAN ESTATE

MCLENDON JR, GORDON BARTON

MCMORAN OIL & GAS LLC

McMoRan Oil & Gas, LLC

MCMORAN OIL & GAS, LLC

MCNABB, LANDON K.

MCPHAIL, ERIC

MCRAE NOE, GEORGE

MCREYNOLDS, DOUGLAS W.

MCREYNOLDS, LARRY D.

MCREYNOLDS, ROBERT C.

MCWILLIAMS, E. BURK

MEASUREMENT COUNSULTING SERVICES LLC

MEASUREMENT TECHNOLOGIES, INC.

MECHE, GARY A.

MEDCO ENERGI US LLC

MEDCO ENERGI USA, INC.

MEDICAL CENTER OF LOUISIANA AT NEW ORLEANS

MEEKS, ALICIA STOCKSTILL

MEENTA, INC.

MEGGA INDUSTRIES INC

MEI EQUIPEMENT INC

MEJIA, DERECK P.

MELCHER, CAROLYN R.

MELCHER, YVONNE

MELERINE, CAMERON J.

Melissa Airhart on behalf of Becky Brennan

MELTON, LEE A.

MENARD, TRENT

MENDOZA, TOBY J.

MEREDITH, BART A.

MERIDIAN OIL
MERRICK, KARRY L.
MERRIFIELD, TIMOTHY
MERRILL COMMUNICATIONS, LLC
MESA OPERATING LIMITED PARTNERSHIP
MESA PETROLEUM CO
Metis Group, LLC
Metis Resources LLC
METROPLEX CIVIC & BUSINESS ASSOCIATION
Metropolitan Life Insurance Company
METROPOLITAN LIFE INSURANCE COMPANY
MEYLIAN, JAMIE W.
MEZA, MARLENE
MHIRE, RUBY NUNEZ
MHM RESOURCES LP
M-I LLC
Michael D. Warner
Microsoft Corporation
MILES, BYRON D.
MILES, JAMES E.
MILFORD, CLIFF T
MILLER LANDS INC
MILLER, CASEY E.
MILLER, DAMIEN
MILLER, JOHN ROBERT
MILLER, JORDAN C.
MILLER, JOSEPH C.
MILLER, MELINDA S.
Miller, Nicholas
Miller, Nicholas
MILLER, SHAWN M.
Millie Aponte Sall
MILLMARC, LLC
MILLS, PEARL ANNE TREUIL
MINERAL AND ENERGY BOARD STATE OF LOUISIANA
MINERAL BOARD STATE OF LOUISIANA
MINERALS MANAGEMENT SERVICE DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE, US DEPARTMENT OF THE INTERIOR
MIRE, CORKY J.
MISSIPPI DEPARTMENT OF NATURAL RESOURCES
MISSISSIPPI CANYON GAS PIPELINE LLC
MITCHELL, JAMES M.
MITENERGY UPSTREAM LLC
MITENERGY UPSTREAM, LLC

MJ-COX12 CONSULTING LLC
MJ-COX12 CONSULTING, LLC
MLCJR LLC
MLCJR LLC
MMR CONSTRUCTORS INC
Mobil Eugene Island Pipeline Company
Mobil Eugene Island Pipeline Company
MOBIL EXPLORATION & PRODUCING NORTH AMERICA INC
MOBIL EXPLORATION & PRODUCING US INC
MOBIL EXPLORATION AND PRODUCING NORTH AMERICA INC
Mobil Oil & Exploration & Producing Southeast Inc.
MOBIL OIL CORPORATION
MOBIL OIL EUGENE ISLAND PIPELINE
MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC
Mobil Oil Exploration & Producing Southeast Inc.
MOBIL OIL EXPLORATION & PRODUCTION
MOBIL PRODUCING TEXAS
MOBILE BAY PROCESSING PARTNERS
MOBILE EUGENE PIPELINE
MOBIUS RISK GROUP
Mobius Risk Group LLC
MODERE & SMS SWING INC
MODESETT JR, JACK
Moelis & Company
MOELIS & COMPANY, LLC
MOKRY, SHANE M.
MOLAISON, JOSHUA J.
MOLINA, R Y
MONCEAUX, JODI
MONCLA SLICKLINE, LLC
MONCRIEF OIL COMPANY
MONDOR BILLIOT, EXZILDIA
MONDOR CHAUVIN, MYRTLE
MONDOR III, HENRY A
MONDOR SANCHEZ, PEARL
MONFORTE EXPLORATION LLC
MONTGOMERY, DULANEY D
MOORE STEPHENS & BUTTERFIELD
MOORE, MATTHEW L.
MOORES PUMP & SERVICES INC
MORE JOBS, LESS GOVERNMENT
Moreno, Joey
MORENO, JOEY
MORGAN CITY RENTALS

MORGAN CITY SUPPLY OF LA
MORGAN, JAMES
MORMAER EXPLORATION
MORRIS P HEBERT INC
MORRIS P. HEBERT, INC.
MORRIS, DEBORAH R.
MOSELY, DEAN M
MOSS, HAYWOOD A.
MOTICHEK, CHARLES R.
MOUNT KELLETT NATIONAL AS INVESTOR CORP ET AL
Mouton, Paul
MOUTON, PAUL
MOUTON, SHANNON D.
MOWERY, TIMOTHY C.
MOXIE MEDIA INC
MPS GROUP INC
MPS GROUP, INC.
MPS TWO LLC
MR HARLAN INC
MREC ENVIRONMENTAL LLC
MREC ENVIRONMENTAL,LLC
MRMB LLC
MUELLER, DIANE ROSHTON
MULLINS, JUSTIN
Murdock, III, John
MURDOCK, JOHN C.
MURPHY CORPORATION
MURPHY OIL CORPORATION
MURPHY, JAMES F.
MURRAY, ROBERT W.
Murrell, Herman
MURRELL, HERMAN
MURRELL, HERMAN E.
MUSTACCHIA III, JOSEPH
MUSTACCHIA, ANGELA M
MUSTACCHIA, LISA M
MUSTANG MINERALS, LLC
MYERS, ROBERT B.
N & R RESOURCES INC.
NALLE ROYALTY TRUST
NANTHAVONGDOUANGSY, VANNARONE
NAQUIN PELTIER, MARY PAMELA
NAQUIN, SARAH H
NASDAQ CORPORATE SOLUTIONS, INC.

NATIONAL BANK OF COMMERCE IN NEW ORLEANS TRUSTEE FOR ROSEMARY PRICE LOFTON
NATIONAL BANK OF COMMERCE IN NEW ORLEANS TRUSTEE FOR THE TRUST ESTATE OF LOUIS W MCFAUL JR
NATIONAL OCEAN INDUSTRIES ASSOCIATION
NATIONAL OCEAN INDUSTRIES ASSOCIATION (NOIA)
National Oilwell Varco, L.P.
NATIONAL OILWELL VARCO, L.P.
National Union Fire Ins. Co., Pittsburgh, PA
NATIONAL UNION FIRE INS. CO., PITTSBURGH, PA
Nationwide Mutual Insurance Company
Nationwide Mutual Insurance Company
NATURAL GAS PARTNERS ASSETS LLC
NATURAL GAS PIPELINE COMPANY OF AMERICA
NATURAL GAS PIPELINE COMPANY OF AMERICA LLC
Natural Resources Worldwide LLC
NATURAL RESOURCES WORLDWIDE, LLC
NAUTILUS PIPELINE COMPANY LLC
NCA ENERGY SERVICES LLC
NCNG EXPLORATION CORPORATION
NEIL'S SMALL ENGINE, INC.
NELSON, DAVID A.
NEMETZ, GEORGE
Neptune Straddle Plant
NEPTUNE STRADDLE PLANT
Netherland, Sewell & Associates, Inc.
NETHERLAND, SEWELL & ASSOCIATES, INC.
NEURALOG, LP
NEW ORLEANS SAINTS
NEWFIELD EXPLORATION COMPANY
NEWLIN REPAIRS & SUPPLIES, INC.
NEWMAN CRANE SERVICES INC
NEWSHAM, JULIA PAPPAS
NEWSHAM, PHILIP PETER
NEXEN PETROLEUM OFFSHORE U.S.A. INC.
NEXEN PETROLEUM SALES USA INC
NEXEN PETROLEUM USA INC
NEXTGEN SOFTWARE, INC.
NI WELDING SUPPLY, LLC
NICK GUARISCO REVOCABLE TRUST
NICOLINI, BARRY R.
Nighthawk, L.L.C.
Nikola Zarak
NIKOLA ZARAK
NIPPON OIL EXPLORATION ET AL

NIPPON OIL EXPLORATION USA LIMITED
NITRO LIFT TECHNOLOGIES, LLC
NITRO-LIFT TECNOLOGIES LLC
NLS LLC
NNW INC
NNW, Inc.
NNW, INC.
NOAA
NOBLE ENERGY INC
Noble Energy, Inc.
Noble Energy, Inc.
NOE DEANE, MARY ELISA
NOE III, JAMES A
NOE MAY, ERIN
NOE PROPERTIES LLC
NOE, ANNA GRAY
Noekoch, Claire Lee
NOEM VICTORY FUND
NOEMONEY LLC
NOLAN POWER GROUP LLC
NOMAD ENERGY INC
NONDESTRUCTIVE & VISUAL INSPECTION, LLC
NORFOLK ENERGY, INC
NORMAN PROPERTIES LLC
NORRIS, GREGORY J.
NORTBSTAR OFFSHORE VENTURES LLC
NORTH CENTRAL OIL CORP
NORTH CENTRAL OIL CORPORATION
NORTHSTAR GULFSANDS, LLC
Northstar Interests, L.C.
NORTHSTAR O/S VENTURES, LLC
NORTHSTAR OFFSHORE GROUP
NORTHSTAR OFFSHORE VENTURES LLC
NOTTI GATHERING COMPANY INC
NOV TUBOSCOPE
NOV WELLSITE SERVICES
NOVAK, FRANK
NPC LAND & MARINE LLC
NT ROYALTY COMPANY
NUGENT, STEVEN M.
NUNEZ MHIRE, RUBY
NUNEZ, KARL J.
NUNEZ, RANDY J.
NUNNERY, MICHAEL A.

NUNNERY, MICHAEL S.

NUSSER, GUY G.

NUTS AND BOLTS, INC.

NVI LLC D/B/A NON DESTRUCTIVE AND VISUAL INSPECTION LLC

O'Melveny & Myers LLP

Oak Terrace Plantation LLC

OAK TERRACE PLANTATION, L.L.C.

OAKRIDGE ENERGY PARTNERS LLC

OAKTREE OPPORTUNITIES FUND IX, L.P. ET AL

OCCIDENTAL PETROLEUM CORPORATION

OCCUPATIONAL HEALTH CENTER, INC.

OCCUPATIONAL HEALTH CENTERS OF

OCCUPATIONAL MEDICINE SERVICES, L.L.C.

OCEAN DRILLING & EXPLORATION COMPANY

OCEAN ENERGY INC

OCEAN OIL & GAS COMPANY

OCEAN PRODUCTION COMPANY

OCEANEERING INTERNATIONAL INC

Oceaneering International Inc.

OCEANEERING INTERNATIONAL INC.

OCEANEERING INTERNATIONAL, INC.

ODECO OIL & GAS COMPANY

ODOM, HOWARD D.

OFFICE OF HEARINGS AND APPEALS, US DEPARTMENT OF THE INTERIOR

OFFICE OF MINERAL RESOURCES

OFFICE OF MINERAL RESOURCES - STATE MINERAL

Office of Natural Resource Revenue

Office of Natural Resources Revenue

OFFICE OF NATURAL RESOURCES REVENUE

OFFICE OF THE UNITED STATES TRUSTEE

OFFICELINK. LC

OFFICETEAM

Official Committee of Unsecured Creditors

OFFSHORE AIR & REFRIGERATION INC

Offshore Air & Refrigeration Inc.

Offshore Air & Refrigeration, Inc.

OFFSHORE AIR & REFRIGERATION, INC.

OFFSHORE AIR & REFRIGERATON, INC.

Offshore Air and Refrigeration, Inc.

Offshore Air and Refrigeration, Inc.

OFFSHORE BECHTEL ASSOCIATES LIMITED

OFFSHORE CLEANING SYSTEMS LLC

OFFSHORE ENERGY SERVICES INC

Offshore Energy Services, LLC

Offshore Liftboats, LLC
OFFSHORE LIFTBOATS, LLC
Offshore Oil Services, Inc.
Offshore Oil Services, Inc.
OFFSHORE OPERATORS COMMITTEE
OFFSHORE PROCESS SERVICES INC
OFFSHORE PROCESS SERVICES, INC.
OFFSHORE RENTAL CORP
OFFSHORE SERVICES OF ACADIANA LLC
OFFSHORE SERVICES OF ACADIANA, LLC
Offshore Technical Compliance LLC
OFFSHORE TECHNICAL COMPLIANCE LLC
OFFSHORE TECHNICAL SOLUTIONS LLC
OFFSHORE TECHNICAL SOLUTIONS, LLC
OIL & GAS FUTURES INC
OIL & GAS LIENHOLDERS
OIL CONTROL USA, LLC
OIL STATES ENERGY SERVICES LLC
OIL2 EISENHOWER PROSPECT LP
OILFIELD INSTRUMENTATION
OJEDA, ANASTASIA V.
OKC LIMITED PARTNERSHIP
OLIPHANT, GARY W
OLIVER PALITTI, SYDNEY
OLIVER, II, CHARLES
OLIVER, III, HENRY
OMEGA DEVELOPMENT INC.
OMI ENVIRONMENTAL SOLUTIONS
OMNI ENERGY SERVICES CORP
ONE PARK PLACE
ONE PARK PLACE APARTMENTS
ONLINE RESOURCES INC
ONRR
OPPORTUNE LLP
OPPORTUNE, LLP
OQUINN, ZACHERY L.
Oramous, Lori
ORNIOCO
ORX RESOURCES INC
ORYX ENERGY COMPANY
OSEGIK Investments LLC
OSLUND, JEFFREY S.
OTIS ENGINEERING CORPORATION
OTTO ENERGY (USA) INC.

OTTO ENERGY LTD.

OVERLORD ENERGY INVESTMENTS LLC

OVERSTREET, TONY D.

OWEN OIL TOOLS LP

OWENS, DERECK

OWENS, RASHAD H.

OXY

OXY USA INC

OXY USA, INC

OZARK EXPLORATION, INC.

P2 ENERGY SOLUTIONS

P2ES HOLDINGS LLC

PACE ANALYTICAL SERVICES, LLC

PACKENHAM LLC

PADGETT, KYLE A.

PALACE EXPLORATION COMPANY

PALACE EXPLORATION COMPANY AN OKLAHOMA CORPORATION

PALACE OPERATING

PALM ENERGY OFFSHORE LLC

PALMER LONG COMPANY LLC

PALUMBO, JOHN A

PAN AMERICAN PETROLEUM CORPORATION

PAN AMERICAN PETROLEUM CORPORATION ET AL

PANEPINTO, LIBBY P.

PANTHER HELICOPTERS INC

Panther Helicopters, Inc.

PANTHER HELICOPTERS, INC.

PANTHER INTERSTATE P/L ENERGY, LLC

PANTHER OPERATING COMPANY LLC

PANTHER OPERATING COMPANY, LLC

PARADIGM FLOW SERVICES LIMITED

PARADIGM FLOW SOLUTIONS USA INC

PARADIGM FLOW SOLUTIONS USA, INC.

PARADIGM LIAISON SERVICES, LLC

PARAGON RISK ENGINEERING

Parish of Terrebonne

PARISH OF TERREBONNE

PARK PLACE TECHNOLOGIES, LLC

PARKER DRILLING OFFSHORE USA LLC

PARKER HANNIFIN CORPORATION

PARKER JR, JOSEPH B

PARKER, BRANDON L.

PARKWAY SERVICES GROUP LLC

PARTCO INC

Partco LLC

PARTCO LLC

Partco, LLC

PARTICLE DRILLING TECHNOLOGIES, INC., AS LESSEE AND

Pascagoula Plant

PASCAGOULA PLANT

Patricia Schmidt

Patrick Bartels

PATRICK, DAVID A.

PATRIOT STEEL GROUP, LLC

PATTERSON JR, WILLIAM D

Patterson Plant

PATTERSON PLANT

PATTERSON SERVICES INC D/B/A PATTERSON RENTAL TOOLS AND D/B/A PATTERSON FISHING SERVICES

PATTERSON TUBULAR SERVICES

PATTERSON, EDGAR L

PATTON, DARREN

PATTON, DARREN J.

PAUL DUPLANTIS AKA ERIC P DUPLANTIS, ERIC

PAUL YOUNG ASSOCIATES II LP

Payless Power

PAYLESS POWER

Paylocity

PAYLOCITY

PAYNE JR ESTATE, LEON M

PAYNE JR, LEON M

PAYZANT, CORA L

PC CONNECTION SALES CORPORATION D/B/A CONNECTION

PC CONNECTION, MACCONNECTION

PCM GULF LLC

PCM GULF, LLC

PCR PROPERTY SERVICES, LLC

PDI SOLUTIONS LLC

PDP Group, Inc.

PDP GROUP, INC.

PDP GROUP, INC. D/B/A AMYNTA SURETY SOLUTIONS, ASPEN SPECIALTY INSURANCE COMPANY, AND UNITED STATES FIRE INSURANCE COMPANY

PELICAN ENERGY CONSULTANTS LLC

PELICAN OILFIELD RENTALS, LLC

Pelican Oilfield Rentals, LLC.

Pelican Plant

PELICAN PLANT

Pelican Stabilizer Unit

PELICAN STABILIZER UNIT
PELLEGRIN, CHRISTOPHER J.
PELLERIA WATER SOLUTIONS LLC
PELLERIN WATER SOLUTIONS LLC
PELLERIN, DARRELL K.
PELLERIN, JAMES
PELLERIN, JAMES R.
PELOTON COMPUTER ENTERPRISES INC
PELSTAR LLC
Pelstar Mechanical Services, LLC
PELSTAR MECHANICAL SERVICES, LLC
PELTIER CHIASSON, JEANNE
PELTIER CRUM, PATRICIA
Peltier III, Donald L.
PELTIER III, HARVEY
Peltier Joffrion, Katherine
PELTIER TATE, PENNY
PELTIER WARSHAUER, MICHELLE
PELTIER, ALLEN C.
PELTIER, DAVID C.
Peltier, Henry M.
PELTIER, III (HPJR), HARVEY
Peltier, John Edward
PELTIER, MARY ELLEN
PELTIER, MICHAEL J
PELTIER, MRS BENITA A
PELTIER, TIMOTHY J
PEMBROK, JULIA BUCK
PEMBROKE, C GRAHAM
PEMBROKE, CLAUDE GRAHAM
PENDER, WAYNE M
PENEGUY JR, EDWARD WISNER
PENEGUY, AS AGENT AND ATTORNEY, MARK E
PENEGUY, JAMES N
PENEGUY, JR, EDWARD W
PENEGUY, MARK E
PENEGUY, MICHAEL
PENEGUY, MICHAEL J
PENN MCCAY, ROBERT
PENN VIRGINIA OIL & GAS LP
PENNZOIL COMPANY
PENNZOIL EXPLORATION AND PROD COMPANY
PENNZOIL EXPLORATION AND PRODUCTION COMPANY
PENNZOIL LOUISIANA AND TEXAS OFFSHORE INC

PENNZOIL OFFSHORE GAS OPERATORS INC
PENNZOIL OIL & GAS INC
PENNZOIL PRODUCING COMPANY
PENROC OIL CORPORATION
PENTAIR VALVES & CONTROLS US LP
PEPPER, JOSHUA D.
PEREGRINE OIL & GAS
PEREGRINE OIL & GAS II, LLC
PEREGRINE OIL & GAS LP
PERFORMANCE CLEANING SERVICES LLC
PERFORMANCE CLEANING SERVICES, LLC
PERFORMANCE SAFETY GROUP LLC
PERMIAN TANK & MFG INC
PERRI-MEVS, TRACY P
PERRON, JOSEPH M.
PERRY FLYING CENTER INC
Perry Flying Center, Inc.
Perry Flying Center, Inc.
PERRYMAN, MICHAEL J.
PERSON, DAVID CLARK
PERSON, JEFFERY CLAY
PERSON, JEFFRY CLAY
PERSON, MICHAEL EWEN
PERSON, PATRICK J
PERSON, PAUL SAMUEL
PERSON, WILLIAM STEPHEN
PETER A HETHERINGTON AND ELLEN G HETHERINGTON
PETERSON CAHANIN, CHENETTE
PETERSON CULTER, LINDA
Peterson Duhon, Donna
PETERSON HEBERT, ELAINE
PETERSON JR, CHARLES M
PETERSON MCCLINTON, TERRY
PETERSON WISE, FLORA FAYE
PETERSON, DONALD E
PETERSON, EARL F
PETERSON, TRACEY E
PETRO MARINE
PETRO PULL LLC
PETRO PULL, LLC
PETRO VENTURES
PETRO VENTURES INC
PETRODOME PINTAIL LLC
PETRO-DRIVE INC

PETRO-HUNT LLC

PETROLEUM CO-ORDINATORS INC

Petroleum Coordinators Inc.

PETROLEUM COORDINATORS INC.

Petroleum Coordinators, Inc.

Petroleum Coordinators, Inc.

PETROLEUM LABORATORIES, INC.

PETROLEUM SOLUTIONS INTERNATIONAL LLC

PETROLEUM SPECIALTY RENTAL, LLC

Petro-Marine Underwriters, Inc.

PETRO-MARINE UNDERWRITERS, INC.

PETRO-MARINE UNDERWRITERS, INCORPORATED / DELTA ENERGY MANAGEMENT AND
CONSULTANTS, L.L.C.

PETROQUEST ENERGY LLC

PETROQUEST OIL & GAS LLC

PETROQUIP

PETRUS ENERGY LLC

PFT INVESTMENTS LLC

PHEASANT ENERGY, LLC

PHI INC

Philadelphia Indemnity Insurance Company

Philadelphia Indemnity Insurance Company

PHILLIPS OFFSHORE OIL COMPANY

PHILLIPS PETROLEUM CO

PHILLIPS PETROLEUM COMPANY

PHILLIPS SUBLIMITATION PRINTING

PHILLIPS, PERRY

PHILLPOTT, WAYNE H.

PHILPOTT, ARTHUR RICHARD

PHLOGISTON PARTNERS, LLC

PHOENIX EXPLORATION LOUISIANA D LLC

Phoenix Petro Services LLC

PHOENIX PETRO SERVICES LLC

PICKENS, DESMOND

PICKENS, DESMOND L.

PICKENS, LARRY

PICKETT, HORACE E.

PIEDMONT EXPLORATION CO INC

PIEDMONT NATURAL GAS COMPANY INC

PIERCE, THEODORE L.

PIMENTEL, DONNA MAE DREIBHOLZ

PIMENTEL, MANUEL

PINNACLE CHEMICAL SOLUTIONS LLC

PINNACLE ENGINEERING INC

PINNACLE ENGINEERING, INC.
PINNACLE LEASING LLC
PIONEER ASSOC LTD PTNSHP
PIONEER ASSOCIATES LIMITED PARTNERSHIP
PIONEER ASSOCIATES LP
PIONEER NATURAL RESORUCES
PIONEER WIRELINE SERVICES LLC
PIPE SURVEILLANCE SERVICES INC
PIPE SURVEILLANCE SERVICES, INC.
PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION (PHMSA)
PIQUANT INC
PIQUANT, INC
Piranha Rentals, LLC
PIRANHA RENTALS, LLC
PISCES ENERGY LLC
PITNEY BOWES GLOBAL
PITRE, CHRISTOPHER J.
PLACID OIL COMPANY
PLAINS EXPLORATION & PROD COMPANY
Plains Exploration & Production Company
Plains Gas Solutions, LLC
PLAINS GAS SOLUTIONS, LLC
PLAINS MARKETING, L.P.
PLAINS PRODUCTION, INC.
PLANET DEPOS, LLC
PLAQUEMINE PARISH GOVERNMENT
PLAQUEMINES LAND COMPANY
Plaquemines Parish
PLAQUEMINES PARISH
PLAQUEMINES PARISH COMMISSION COUNCIL
PLAQUEMINES PARISH GOVERNMENT
Plaquemines Parish Sheriff's Office
PLAQUEMINES PARISH SHERIFF'S OFFICE
Plaquemines Parish, Clerk of Court
PLAQUEMINES PARISH, CLERK OF COURT
PLAQUEMINES PEST CONTROL INC
PLATINUM PARKING
PLAYA MINERALS AND ENERGY INC
PLAZZER, JOANNE CATHERINE
PLUMHOFF, CHARLES E
PLUMHOFF, W CRAIG
PMI - PRODUCTION MANAGEMENT
POCHE, MARK
POGO P/L COMPANY

POGO PRODUCING COMPANY

POGO PRODUCING COMPANY LLC

POINT EIGHT POWER INC

POINT EIGHT POWER, INC.

PONTIFF BOURGEOIS, TRUDY

PONTIFF III, ERNEST J

PONVILLE, DALE J.

POOL COMPANY

POOLE, DIANA H

POOLE, MARILYN GUARISCO

PORT, PAUL

PORTABLE MACHINE CASTING REPAIR OF OKLAHOMA LLC

Poseidon Technology, LLC

POSEIDON TECHNOLOGY, LLC

POSITIVE ENERGY LLC

POSTON MINERALS, LLC

POWELL, BILLY R

POWER CLEANING SOLUTIONS LLC

POWER TORQUE SERVICES LLC

POWER, MARY B

POWERS, DAVID

POYDRAS (LOUISIANA) LLC

Poydras (Louisiana), LLC

POYDRAS JUNCTION HARDWARE

POYDRAS, LLC

PRECISION CRANE & HYDRAULICS LLC

Precision Crane & Hydraulics, LLC

PRECISION CRANE & HYDRAULICS, LLC

Precision Crane and Hydraulics, L.L.C.

PRECISION HYDRO CUTTING & REMOVAL LLC

PREMIER CONTROL SYSTEMS LLC

PREMIER ENVIRONMENTAL LLC

PREMIER EQUIPMENT CORPORATION INC

PREMIER FITNESS LAKEWAY, LLC

PREMIER INDUSTRIES LLC

PREMIER OFFSHORE CATERING INC

Premier Offshore Catering Inc.

Premier Offshore Catering, Inc

Premier Offshore Catering, Inc.

Premier Offshore Catering, Inc.

PREMIUM OILFIELD SERVICES

Premium Oilfield Services LLC

PREMIUM OILFIELD SERVICES LLC

Premium Oilfield Services, LLC

PREMIUM OILFIELD SERVICES, LLC

PRENG & ASSOCIATES

PRESLEY, CLIVE V.

PRESLEY, TIM

PRESLEY, TIMOTHY V.

Pressure & Control Solutions, LLC d/b/a Petroquip

Pressure & Flow Control Solutions, LLC (d/b/a PetroQuip)

Pressure & Flow Control Solutions, LLC dba Petroquip

PRICE III, JOHN D

PRICE, III, JOHN DANIEL

PRICE, LOUIS H

PRIME ENERGY RESOURCES LLC

Prime Energy Resources, LLC

Prime Energy Resources, LLC

Prime Energy Resources, LLC, Quality Energy Services, Inc., R&R Boats, Inc., Sparrows Offshore, LLC, Swivel Rental & Supply, L.L.C., Tobias, Inc.

PRIME ROYALTY COMPANY, LLC

PRIOLEAU, MIRIAM PAYNE

PRIORITY ENERGY HOLDINGS LLC

PRL HOLDINGS LLC

PROCESS SOLUTIONS & PRODUCTS, LLC

PROCOR CHEMICALS INC

PROCOR CHEMICALS, INC.

PRODUCED WATER SOLUTIONS LLC

PRODUCED WATER SOLUTIONS, LLC

PRODUCTION MANAGEMENT INDUSTRIES

PRODUCTION MANAGEMENT INDUSTRIES LLC

PRODUCTION SERVICES NETWORK US INC

PROFESSIONAL FLUID SERVICES LLC

PROFESSIONAL FLUID SERVICES, INC.

PROFESSIONAL PUMPING SERVICES LLC

Promethean Operating II LLC

PR-ONE LLC

PROSERV OPERATIONS LLC

PROSTAR SERVICES INC.

PRO-T CO INC

PRO-T CO., INC.

Proteus Energy LLC

PROTEUS ENERGY LLC

PROTEUS OIL P/L COMPANY, LLC

PR-TWO LLC

PS MOORE MINERAL PARTNERSHIP

PSC INDUSTRIAL OUTSOURCING LP

PSC INDUSTRIAL OUTSOURCING, LP

PSI MIDSTREAM PARTNERS LP
PSI MIDSTREAM PARTNERS, LP
PSNC PRODUCTION CORPORATION
PUGH, ROBERT G
PURCELL, DAVID K.
PURCHASE POWER
PURE OIL COMPANY
PURE TRANSPORTATION COMPANY
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC
PUTNAM, WANDA WRAY
PXP LOUISIANA LLC
PXP OFFSHORE LLC
PXP Producing Company LLC
PXP Producing Company LLC
PXP Producing Company, LLC
QBE Insurance Corporation
QBE INSURANCE CORPORATION
QUADIENT POSTAGE FINANCE USA, INC.
Quail Tools, LLC
QUAIL TOOLS, LLC
QUALITY COMPANIES USA LLC
QUALITY CONSTRUCTION & PROD.
Quality Construction and Production, LLC
Quality Construction and Production, LLC
QUALITY DOCKSIDE LLC
QUALITY ENERGY SERVICES INC
Quality Energy Services, Inc
Quality Energy Services, Inc.
Quality Energy Services, Inc.
Quality Energy Services, Inc., R&R Boats, Inc., Sparrows Offshore, LLC, Swivel Rental & Supply, L.L.C.,
Tobias, Inc.
QUALITY PIPELINE & CONSTRUCTION INC
QUALITY PREHEAT & PRESSURE WASHERS
Quality Process Services
QUALITY PROCESS SERVICES LLC
Quality Process Services, LLC
Quality Process Services, LLC
Quality Production Management, LLC
QUALITY PRODUCTION MANAGEMENT, LLC
Quality Production Management, LLC and Quality Construction and Production, LLC
Quality Rental Tools, Inc.
QUANTA MARINE SERVICES LLC
QUARANTINE BAY LLC
Quarantine Bay, LLC

QuarterNorth Energy
QUARTERNORTH ENERGY
QUARTERNORTH ENERGY LLC
QuarterNorth Energy LLC
QUINTANA OFFSHORE INC
QUORUM BUSINESS SOLUTIONS (USA) INC.
Quorum Business Solutions (USA), Inc
Quorum Business Solutions, Inc.
R & B OIL COMPANY, LLC
R & R RIG SERVICE, INC.
R&R BOATS
R&R Boats, Inc.
R&R BOATS, INC.
R&R ENERGY SERVICES LLC
R. & R. Boats, Inc.
R. and R. Boats, Inc.
R360 ENVIRONMENTAL SOLUTIONS LLC
R360 ENVIRONMENTAL SOLUTIONS OF LOUISIANA, LLC
RABENSBURG, R. ALENE
RAGLAND, TRACEY CLARK
RAILROAD COMMISSION OF TX
RAINS LOVE, JASON A.
RALACO LLC
RALEIGH UPSHAW, MICHAEL
RAMCO TECH SERVICES, INC.
RAMCO TECH SEVICES INC
RAMSBURG, III,, CHARLES J.
RAMSHORN INVESTMENTS INC
RAND EXPLORATION LLC
RANDY MOERTLE AND ASSOCIATES INC
Randy Williams
RANSONET, ZEBE N.
RARESHIDE, ELISABETH A
RAWLS, JAMES H
RAY C FISH FOUNDATION
RAY, THOMAS
RCI CONSULTANTS, INC
RCL Capital Management LLC
RCP Inc.
RCP Inc.
RCS LLC
RDG Cameron, LLC
RDG Cameron, LLC
RDMB HOLDINGS, INC

RE TRUST
READ, HENRY J
REC MARINE LOGISTICS LLC
REC Marine Logistics, LLC
RECKLEIN, SETH R.
RED FOX ENVIRONMENTAL SERVICES INC
RED HAT RENTALS
RED LINE CONSULTING LLC
REDAN ADVISORS, LLC
REDFEARN KITCHEN, PETER
REDMON JOHNSON, TINA ANN
REED, BYRON J.
REGIONS BANK
REH FAMILY LTD
REID, ROBERT M.
RELIANCE EAGLEFORD UPSTREAM
RELYCO SALES INC
REMINGTON OIL & GAS CORPORATION
RENAISSANCE OFFSHORE LLC
RENAISSANCE OFFSHORE, LLC
RENE CROSS CONSTRUCTION INC
RESOURCE RENTAL TOOLS, LLC
Resources Development Group
RESOURCES DEVELOPMENT GROUP
RESTARICK-CAFFREY PROPERTIES LLC
RETIF OIL & FUEL
RETIF OIL & FUEL, LLC
REV
Rev Broadband
REV BROADBAND
REYLON NUTEC USA, LLC
REYNEN, COTY C.
RGZ INVESTMENTS, LTD
RICHARD DEARING & JACQUELINE DEARING LIVING TRUST
RICHARD E SILER DEBORAH J SILER JT
RICHARD, ANDREW S.
RICHARD, HAROLD J.
RICHARD'S RESTURANT SUPPLY INC.
RIDGEWOOD ENERGY CORPORATION
RIEPE, CHRISTIAN
RIEPE, PETE
RIEPE, RANDALL S.
RIEPE, TIMOTHY
Rig-Chem LLC

RIGCHEM, LLC
RIGHT HAND OILFIELD ASSOCIATES LLC
Right Hand Oilfield Associates, LLC
RIGHT HAND OILFIELD ASSOCIATES, LLC
RIGNET INC
RIGNET, INC
Rignet, Inc.
RIGNET, INC.
RILEY, BRANDON S.
RILEY, JOHN E.
RINEBOLT, DOROTHY ANNE
RIO FUEL & SUPPLY
RIP TIDE INVESTORS INC
RIPPETOE, TOM
RIPTIDE INVESTORS INC
RIVAS, RAFAEL
RIVER RENTAL TOOLS INC
River Rental Tools, Inc.
River Rental Tools, Inc.
RIVER RETNAL TOOLS, INC
RIVERON CONSULTING LLC
RIVERSTONE INVESTMENTS GROUP
RIVET, DREW A.
RKL HOLDINGS LLC
RME PETROLEUM COMPANY
RME SAFETY AND ENVIRONMENTAL LLC
RMGI PROPERTIES LLC
RNR PRODUCTION LAND AND
RNR PRODUCTION, LAND AND CATTLE COMPANY
ROBERT A SCHROEDER INC
ROBERT A. SCHROEDER, INC.
ROBERT HALF
ROBERTS, DAVID M.
ROBERTS, JUSTIN B.
ROBERTS, LACY
ROBICHAUX, HOWARD P.
ROBINSON BROWNE, ELISE
ROBINSON GOSS, MARY
ROBINSON, JOHNNY E.
Rockenbaugh, Wilfred
ROCKING T LLC
RODA DRILLING LP
RODA DRILLING, LP
RODGERS II, WILLIAM JOHN

RODGERS, JOHN P.

RODGERS, MARY ANNE

Rodney Dykes

RODRIGUE, KIRK J.

RODRIGUEZ, BELINDA

ROGERS, HOWARD G

ROGERS, JOHN F

ROGERS, RODNEY A

ROGERS, SELWYN PHILLIPS

ROHLEDER EXPLORATION INC

Roman Catholic Church Of, The HWB

ROMERO, CHASE L.

ROMERO, MITCHELL

ROMERO, ROCKY J.

RON WHITE CONSULTANTS LLC

RONALD T MONSOUR AND PAMELA G MONSOUR

Ronquillo, Todd

RONQUILLO, TODD J.

ROSALES, CRISTOBAL E.

Rosario Saldana

ROSE, JEREOMY W.

ROSE, JILL O

ROSEFIELD

ROSEFIELD OPERATING CO, LLC

Rosefield Operating Company, LLC

Rosefield Operating Company, LLC

ROSEFIELD PIPELINE COMPANY LLC

ROSETTA RESOURCES OFFSHORE LLC

ROSS, TERRENCE R.

ROTH, EDWARD GARY

ROTORCRAFT LEASING COMPANY LLC

ROTORCRAFT LEASING COMPANY, LLC

ROUEN, MAURICE L.

ROUNDTREE & ASSOCIATES INC

ROUSSET, DILLON J.

ROY SUPPLY CO., INC.

ROYAL OFFSHORE LLC

ROYAL PRODUCTION

ROYAL PRODUCTION COMPANY INC

ROZAS, ANTHONY J.

RUMORE, DYLAN J.

RUNNER Agency

Rusk at San Jacinto Building Investors, L.P. d/b/a the Star

RUSK AT SAN JACINTO BUILDING INVESTORS, L.P. D/B/A THE STAR

RUSSELL, JOHN S.

RUSSO EXPLORATION LLC

Ryan Omohundro

Ryan, LLC

RYAN, LLC

Ryan, LLC

RYDER SCOTT CO, LP

RYDER SCOTT COMPANY LP

RYLAND III, ALGERNON P

S & J Marina LLC

S&J MARINA LLC

S2 ENERGY

S2 ENERGY 1 LP

S2 ENERGY OPERATING, LLC

Sabine Environmental Services, LLC

SABINE ENVIRONMENTAL SERVICES, LLC

SABINE ROYALTY TRUST

SAFETY MANAGEMENT SYSTEMS LLC

SAFETY MANAGEMENT SYSTEMS, LLC

SAFEZONE SAFETY SYSTEMS LLC

SAGONA, JARED A.

SAK, DEBBIE K

SALLY DEAN BURK TRUST

SALLY ELIZABETH BURK TRUST

SALT DOMES PARTNERSHIP

SAM, KEVIN L.

Samantha Chilton

Samedan Oil Corporation

SAMPSON, STEWART L.

SANARE

SANARE ENERGY PARTNERS, LLC

SANCHEZ, PEARL MONDOR

SANDERS JR ET AL, ROBERT

SANDERS JR, ROBERT

SANDERS, CRAIG L

SANDERS, RANDAL E

SANDERS, RANDALL E

SANDERS, RICHARD C

SANDERS, RODNEY T

SANDERS, RONALD S

SANDERS, SEAN O.

SANDERS, SYLVIA A

SANDRA C CHALSTROM LLC

SANDRIDGE ENERGY OFFSHORE, LLC

SANTE FE ENGINEERING AND CONSTRUCTION CO

SAUCIER, MICHAEL J.

SBM JR, LLC

SBS ENERGY SERVICE LLC

SBS ENERGY SERVICES LLC

SCANA PETROLEUM RESOURCES INC

SCHAFER, JAMES D

SCHAFER, JASON M.

SCHAFFER, VIRGINIA M

SCHAMBO MANUFACTURING

SCHAMBO MANUFACTURING LLC

SCHEIDERICH, CHRISTINA B.

SCHLUMBERGER TECHNOLOGY CORP

SCHLUMBERGER TECHNOLOGY CORPORATION

SCHNEIDER, HELEN CHALSTROM

SCHNEIDER, SANDRA GOLDSTIEN

Schoeffler Energy Group, Inc.

SCHOEFFLER ENERGY GROUP, INC.

SCHOLASTIC ADVERTISING INC

SCHROEDER, ROBERT A

SCHULLER, KATHLEEN IMBER

SCHUMACHER, NATHAN T

SCHWING, ELEANOR

SCOTT FLUKE LLC

SCOTT MCKENZIE, AMY

SCOTT, TROY L.

SD RIAL COMPANY, LLC

SEA ROBIN PIPELINE COMPANY LLC

Sea Robin Pipeline Company, LLC

Sea Robin Pipeline Company, LLC

Sea Robin Straddle Plant

SEA ROBIN STRADDLE PLANT

SEABROOK, JEFFREY L.

SEACOR Liftboats LLC

SEACOR LIFTBOATS LLC

SEACOR Marine LLC

SEACOR MARINE LLC

SEACOR Power

SEACOR POWER

SEALS, ERBY S.

SEAL-TITE INTERNATIONAL LLC

SEATRAX INC

Seatrax Services, Inc.

Seatrax Services, Inc.

Seatrax, Inc.
SEATRAX, INC.
SECON INC
SECORP INDUSTRIES
Secorp Industries Partnership
SECURITIES & EXCHANGE COMMISSION
SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
SEGURA IV, JAMES M.
SEIDLER OIL & GAS LP
SEISMIC EXCHANGE, INC.
SEITHER TURBINE SEVICES, LLC
SELECT OILFIELD SERVICES LLC
Seneca Resources Company, LLC
Seneca Resources Company, LLC
Seneca Resources Company, LLC
Seneca Resources Company, LLC f/k/a Seneca Resources Corporation
Seneca Resources Company, LLC, f/k/a Seneca Resources Corporation
Seneca Resources Company, LLC, f/k/a Seneca Resources Corporation
SENECA RESOURCES CORPORATION
SENECA, CLYDE J.
SENTER, CAROLINE
SENTER, JAMES
SESSIONS, ROY
SETPOINT INTEGRATED SOLUTIONS, INC.
SETTOON CONSTRUCTION INC
SEYMOUR WEISS FAMILY TRUST
SEYMOUR WEISS TESTAMENTARY TRST FBO MEGAN
SEYMOUR WEISS, DAVID
SF 49 PIPELINE LLC
SHADDOCK CLEMENTS, NANCY EDITH
SHADDOCK JR, WM E
SHALLOW DRAFT ELEVATING
SHALLOW DRAFT ELEVATING BOATS INC
Shallow Draft Elevating Boats, Inc.
Shallow Draft Elevating Boats, Inc.
SHAMROCK MANAGEMENT LLC
SHAW CHERNOSKY, MARGARET
SHAW, HENRY SIMON
SHAW, WILLIAM G
SHAW-EWALD, EDITH YVONNE
SHEFFIELD, JONATHAN W.
SHELKEY EQUIPMENT
Shell

SHELL DEEPWATER DEVELOPMENT INC

SHELL EXPLORATION COMPANY

SHELL GAS PIPELINE COMPANY

SHELL OFFSHORE INC

Shell Offshore Inc.

Shell Offshore Inc.

Shell Offshore Inc. and Shell Trading (US) Company

Shell Offshore Inc., Shell Trading (US) Company

SHELL OFFSHORE, INC., SHELL USA INC., AND OTHER RELATED AFFILIATES

SHELL OIL COMPANY

Shell Oil Company Foundation

SHELL OIL COMPANY FOUNDATION

SHELL PIPE LINE CORPORATION

Shell Trading (US) Company

SHELL TRADING (US) COMPANY

Shell USA, Inc.

Shell USA, Inc.

SHIDLER, ANDREW M.

SHIPLEY, BRYAN L.

SHORE OFFSHORE SERVICES LLC

SHORE OIL CORPORATION

SHORELINE SOUTHEAST LLC

SHRED-IT USA, LLC

SHRM CATERING SERVICES LLC D/B/A ESS SUPPORT SERVICES WORLDWIDE

SHV ENERGY CORP

SIDLEY AUSTIN LLP

SIFUENTES, MAYRA A.

SIGLER, BYRON L.

SIGNAL ADMINISTRATION INC.

Signal Mutual Indemnity Association, Ltd.

SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.

SIMMONS, GAYDELL E GASPARD

SIMON WEISS PROPERTIES LLC

SIMON, JORDAN C.

SIMONS, ROSANNE

SIMONS, TRAVIS R.

SIMPSON, GEORGE L

SIMPSON, MILDRED BUCK

SIMPSON, SHANNON E.

SIMS, RENARDO C.

SINCLAIR OIL & GAS COMPANY, ET AL

Sirius America Insurance Company

Sirius America Insurance Company

SIRIUS SOLUTIONS LLLP

SISTRUNK, LARRY T.

SIZELER, IRVING W

SKAINS, MICKEY W.

SKELLY OIL COMPANY

SKYE PROPERTIES PRTNRSHP

SLOVER, RONALD E.

SLYVESTER LAW FIRM

SMALL, KEVIN A

SMETANA, JAMES R.

SMITH AND CONS TRACTOR + EQUIPMENT INC

SMITH INTERNATIONAL INC

SMITH INTERNATIONAL, INC.

SMITH, ADAM D.

SMITH, ALAN

SMITH, C MICHAEL

SMITH, CLYDE F.

SMITH, MARSHALL D.

SMITH, PHILLIP D.

SMITH, SHELTON

SNYDER LAND MANAGEMENT LLC

SNYDER VENTURES OF LA INC

SNYDER, LUELLA VIRGINIA

SNYDER, MARY JOHN

SNYDER, SARAH JANE

SOILEAU CATERING, LLC

SOILEAU, MICHAEL

Sol Royalties Inc. (SOIRI)

SOMMER, DUANE A.

SOMMER, KURT G.

SONAT EXPLORATION GOM INC.

SONNYANNE PROPERTIES, LLC

SONOCO WHOLESALE GROCERS

Sooner Pipe LLC

SOONER PIPE, LLC

SORRELLS, C C

SOTEC LLC

SOUDELIER, SHANNON M.

SOURCE PETROLEUM

South Coast Gas Co., INC.

SOUTH COAST GAS CO., INC.

SOUTH SHORE OIL AND DEVELOPMENT COMPANY

SOUTHERN CRANE & HYDRAULICS LLC

SOUTHERN GAS AND SUPPLY OF MISSISSIPPI, INC.

Southern Imaging Solutions, Inc.

SOUTHERN NATURAL GAS COMPANY (SONAT)
SOUTHERN NATURAL GAS COMPANY LLC
SOUTHWEST PETROLEUM CO LP
SOWELL, LUTHER C.
SP 49 Pipeline LLC
SP 49 PIPELINE, LLC
SP PLUS CORPORATION
SPANN, MAURICE D.
SPAR EXPLORATION LLC
SPARKLETTS
SPARROWS OFFSHORE LLC
Sparrows Offshore, LLC
Sparrows Offshore, LLC
SPARTAN OFFSHORE DRILLING LLC
SPARTAN THRU TUBING SERVICES LLC
Special Master
SPECIAL MASTER
SPECIALTY EQUIPMENT SALES
SPECIALTY OFFSHORE INC
Specialty Offshore, Inc.
SPECIALTY OFFSHORE, INC.
Spectrum
Spectrum
Spectrum GOM East LLC, Spectrum GOM West LLC, Spectrum GOM Central LLC, and Spectrum GOM Non-Op LLC
SPENCE, DRUEY W.
SPENCE, TED A
SPINDLER, JAMES C.
SPINNAKER EXPLORATION COMPANY
SPL INC
SPL INCORPORATED
SPL, INC.
SPS JR LLC
SR, FLOYD RUSSO
ST AMAND, STEPHEN S.
St Bernard Parish
ST BERNARD PARISH
ST JAMES EPISCOPAL CHURCH
St Joseph Co-Cathedral, The HWB
ST LUKES EPISCOPAL CHURCH
ST MARTIN PARISH SCHOOL BOARD
ST MARY PARISH SCHOOL BOARD
ST. BERNARD PARISH
St. Bernard Parish Sheriff's Office

ST. BERNARD PARISH SHERIFF'S OFFICE

St. Bernard Parish Tax Collector

ST. MARY PARISH GOVERNMENT

St. Mary Parish Sheriff's Office

ST. MARY PARISH SHERIFF'S OFFICE

St. Mary Parish Water & Sewer Commission No. 3

ST. MARY PARISH WATER & SEWER COMMISSION NO. 3

ST. MARY PARISH WATER & SEWER COMMISSION NO.3

STACKPOLE, RICHARD T.

STAGG MARINE TRANSPORTATION INC

STAGG, IVORY

STALCUP JR, ROBERT E

STALLION OFFSHORE QUARTERS INC

STANDARD INSTRUMENT SERVICE INC

STANLEY STOCKSTJIL FAMILY PROPERTIES LLC

STANN, JOSEPH O.

STANOLIND OIL & GAS COMPANY

STANTON, DIANE G

STAR MEASUREMENT SALES AND SERVICE, INC.

Starlink

STARLINK

Starnet Insurance Company

STARNET INSURANCE COMPANY

Starr Indemnity & Liability Company

STARR INDEMNITY & LIABILITY COMPANY

STARRETT ROYALTY, LLC

Starstone National Insurance Company

STARSTONE NATIONAL INSURANCE COMPANY

STATE LAND OFFICE, DIVISION OF ADMINISTRATION, STATE OF LOUISIANA

STATE LAND OFFICE, STATE OF LOUISANA

STATE MINERAL AND ENERGY BOARD OF THE STATE OF LOUISIANA

STATE MINERAL BOARD OF THE STATE OF LOUISIANA

STATE OF ALABAMA ATTORNEY GENERAL

STATE OF DELAWARE ATTORNEY GENERAL

STATE OF LOUISIANA

STATE OF LOUISIANA - DEPARTMENT OF ENVIRONMENTAL QUALITY

STATE OF LOUISIANA ACTING THROUGH ITS GOVERNOR

STATE OF LOUISIANA ATTORNEY GENERAL

STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ)

State of Louisiana Dept. of Natural Resources, Offc. of Mineral Resources, Mineral Income Div.

STATE OF LOUISIANA DOT

STATE OF LOUISIANA PARISH OF ST MARY

State of Louisiana, Attorney General

STATE OF LOUISIANA, ATTORNEY GENERAL

STATE OF LOUISIANA, ATTORNEY GENERAL / LOUISIANA DEPARTMENT OF NATURAL RESOURCES

State of Louisiana, Department of Natural Resources

State of Louisiana, Dept. of Natural Resources, Offc. of Coastal Management

State of Louisiana, Dept. of Natural Resources, Offc. of Conservation

State of Louisiana, Dept. of Natural Resources, Offc. of Conversation

State of Louisiana, Dept. of Natural Resources, Offc. of Costal Management

State of Louisiana, Dept. of Natural Resources, Offc. of Mineral Resources

STATE OF LOUISIANA, STATE LAND OFFICE

State of Louisiana, through the Department of Natural Resources

STATE OF MISSISSIPPI ATTORNEY GENERAL

STATE OF TEXAS ATTORNEY GENERAL

STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

STATOIL MARKETING & TRADING

Stecialty Offshore, Inc.

Steel Service Oilfield Tubular, Inc.

Steel Service Oilfield Tubular, Inc.

STEEL TRADING CORPORATION OF AMERICA

STELLER, MICHAEL C.

STEMCOSKY, ROBERT W.

STEPHEN G PELTIER FAMILY, LLC

STEPHENS PRODUCTION

STEPHENS, ELIZABETH

STEPHENS, SAMUEL G

STERNBERG, NACCARI & WHITE LLC

STEVE FARIA AND CONNIE FARIA

STEVENS, JAMES E.

STEVENSON, ROBERT L.

Stewart Robbins Brown & Altazan LLC

STEWART, DEBRA H.

STEWART, JASON R.

STIFEL, NELL W

STINGRAY P/L COMPANY LLC

Stingray Pipeline Company L.L.C.

STINGRAY PIPELINE COMPANY LLC

STINGRAY PIPELINE COMPANY, LLC

STOCKSTILL, AMY

STOCKSTILL, DEXTER JOHN

STOCKSTILL, GREGORY ISMAEL

STOCKSTILL, JOSEPH KEITH

STOCKSTILL, ROBERTA LUCILLE

STOCKSTILL, RODNEY WILLIAM

STOCKSTILL, RUSSELL

STODGHILL, BEN C

STODGHILL, MARILYN A
STOKES & SPIEHLER OFFSHORE, INC.
STOKES & SPIEHLER ONSHORE INC
STONE ENERGY CORPORATION
STONE ENERGY OFFSHORE
STONE ENERGY OFFSHORE LLC
Stone Pigman
STONE PIGMAN WALTHER WITTMAN, LLC
STONE, RALPH A
STONER, FRANCES G
STONER, LINDA
STORMGEO INC
STRATOS OFFSHORE SERVICES COMPANY
Stream Family Ltd
STREAM FAMILY LTD
Stream Family Trust, L.L.C.
STREAM FAMILY TRUST, L.L.C. / RDG CAMERON, LLC
STRINGER, ALEXANDER E.
STUMPF, RODNEY P.
Subject Petitioning Creditors
SUBMAR, INC.
SUCC. OF GUSTAVE W. CARMADELLE JR
SUCCESSION OF BARBARA S EDISEN
SUCCESSION OF EVA SONS LANDERS
SUCCESSION OF HELEN CHALSTROM
SUCCESSION OF HENRY P DART, JR
SUCCESSION OF JEANETTE BLEDSOE OGDEN
SUCCESSION OF JOSLYN ANDERSON DE LA HOUSSAYE
SUCCESSION OF LEAH N SCHREIER
SUCCESSION OF LYLLIAN JEAN DUMESNIL JONES
SUCCESSION OF LYLLIAN JEAN UMENSNIL JONES
SUCCESSION OF WILLIAM M SNYDER JR
SUCCESSION OF WINIFRED H GUIDRY
SUDDERTH, THOMAS N.
SUGARBERRY-KIRBY JV LTD
SUIRE, PIERRE J.
SUN OIL COMPANY
SUN OPERATING LIMITED PARTNERSHIP
SUNDANCE MINERALS I
SUNGAS
SUPERIOR ENERGY SERVICE LLC
SUPERIOR ENERGY SERVICES LLC
SUPERIOR ENERGY SERVICES, LLC
SUPERIOR OIL

SUPERIOR PERFORMANCE INC.

SUPERIOR TANK

SUPERIOR TANK COMPANY, INC.

SUPREME SERVICE & SPECIALTY CO INC

Supreme Service & Specialty Co., Inc.

SURETEC INDEMNITY COMPANY

SURETEC INSURANCE COMPANY

SUREWAY SUPERMARKET

SURVIVAL SYSTEMS INTERNATIONAL INC

SWEARINGEN A/K/A MARY JUDE DUGAS, MARY JUDE

Swiss Re International Se

SWISS RE INTERNATIONAL SE

Swivel Rental & Supply

SWIVEL RENTAL & SUPPLY LLC

Swivel Rental & Supply, L.L.C.

Swivel Rental & Supply, LLC

Swivel Rental & Supply, LLC

SWK CONSULTING LLC

SYLVE, ANGELO J.

T & B REPAIRS, INC.

T&T Marine Salvage

T&T MARINE SALVAGE, INC.

TABS ENERGY OFFSHORE LLC

TAILING INTERNATIONAL LLC

TAILING INTERNATIONAL, LLC

TALA ENVIRONMENTAL LLC

TALA ENVIRONMENTAL, LLC

TALBOT, BERNICE H.

TALOS

TALOS ENERGY LLC

TALOS ENERGY OFFSHORE LLC

TALOS ENERGY OFFSHORE, LLC

Talos Energy Ventures, LLC

Talos Energy, LLC

TALOS ERT LLC

Talos Production LLC

TALOS RESOURCES LLC

TAMMANY ENERGY VENTURES

TAMMANY ENERGY VENTURES LLC

TAMPNET INC

Tampnet Inc.

TAMPNET INC.

Tampnet, Inc.

TANA EXPLORATION COMPANY

TANA EXPLORATION COMPANY LLC

Tana Exploration Foreclosure

TANA EXPLORATION FORECLOSURE

TANA OIL AND GAS CORPORATION

TANKS-A-LOT INC

TAR, LLC

TAR,LLC

Targa LA Operating LLC

Targa LA Operating LLC

TARGA MIDSTREAM LIMITED PARTNERSHIP

TARGA MIDSTREAM SERVICES LIMITED PARTNERSHIP

Targa Midstream Services LLC

TARGA MIDSTREAM SERVICES LLC

TARPON OPERATING & DEVELOPMENT

TARPON RENTAL INC

TARVER, COBY B.

Tate, Penny Peltier

TAYLOR CAFFERY, INDIVIDUALLY AND ON BEHALF OF OTHERS

TAYLOR, MICHAEL D.

Taylor, Porter, Brooks & Phillips, L.L.P.

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

TAYLOR'S INDUSTRIAL SPECIALITIES

TBS OFFSHORE INC

TC ENERGY

TC OFFSHORE

TC OIL

TC OIL LOUISIANA, LLC

TDC ENERGY CORPORATION

TEBO, JEROME J.

TECHNICAL ENGINEERING

TECHNICAL ENGINEERING CONSULTANTS LLC

TEIKOKU OIL (NORTH AMERICA) CO LTD

TELEDYNE MOBILE OFFSHORE

TENNECO EXPLORATION II LTD

TENNECO GAS INC.

TENNECO OIL COMPANY

TENNECO VENTURES CORPORATION ET AL

TENNESSEE GAS PIPELINE COMPANY

TENNESSEE GAS TRANSMISSION COMPANY

TERREBONNE PARISH

TERRY FLUKE LLC

TESCO OFFSHORE SERVICES INC

TESVICH ENTERPRISES LLC

TETRA TECHNOLOGIES, INC.

TETT, HUBERT
TEX MONCRIEF EXPLORACOUNT II LLC
TEXACO EXPLORATION & PRODUCTION INC.
TEXACO EXPLORATION AND PRODUCTION INC
TEXACO INC
TEXACO INC.
TEXACO PIPELINES LLC
TEXAN LP
TEXAS A&M FOUNDATION
TEXAS AIRCRAFT MANAGEMENT, INC.
Texas Capital Bank
TEXAS CAPITAL BANK
Texas Comptroller of Public Accounts, Unclaimed Property Division
TEXAS EASTERN EXPLORATION CO
TEXAS EASTERN TRANSMISSION CORPORATION
TEXAS GRAPHIC RESOURCE, INC.
TEXAS GULF, INC.
TEXAS LEHIGH CEMENT COMPANY, LP
Texas Mutual Insurance Company
TEXAS MUTUAL INSURANCE COMPANY
TEXAS PETROLEUM INVESTMENT COMPANY
TEXAS PRODUCTION COMPANY
Texas Railroad Commission
TEXAS RAILROAD COMMISSION
TEXAS SE GAS GATHERING
TEXAS SOUTHEASTERN GAS
Texas State Board of Public Accountancy
TEXAS STATE BOARD OF PUBLIC ACCOUNTANCY
Texas State Comptroller's Office Unclaimed Property
TEXAS STATE COMPTROLLER'S OFFICE UNCLAIMED PROPERTY
TEXAS WORKFORCE COMMISSION
TEXOIL ENERGY, INC.
TGS NOPEC
TGS Seismic Data
TGS SEISMIC DATA
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company
TGS-NOPEC GEOPHYSICAL COMPANY ASA
THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND
THE ADMINISTRATORS OF THE TULANE UNIVERSITY EDUCATIONAL FUND
THE ATLANTIC REFINING COMPANY
THE BAYOU COMPANIES INC
The Cadle Company II, Inc.
THE CADLE COMPANY II, INC.

The Cadle Company II/Linder Oil Co.

THE CADLE COMPANY II/LINDER OIL CO.

THE CALIFORNIA COMPANY

THE CAROLINE F BAKER TRUST NO 1

THE CAROLINE F BAKER TRUST NO I JPMORGAN CHASE BANK NA TRUSTEE

THE CHALKLEY EXPLORATION GROUP LLC

THE CITY OF NEW ORLEANS TRUSTEE OF THE EDWARD WISNER DONATION

THE COMPLIANCE GROUP INC

THE EDWARD WISER DONATION CITY OF NEW ORLEANS

THE EPISCOPAL MEDIA CENTER INC

THE ESTATE OF J BURTON WILLIS

THE ESTATE OF MILDRED B. HESKETT

The Estate of Wayne de la Houssaye

THE FEIL ORGANIZATION

THE GOOD FIGHT FOUNDATION INC

THE HANOVER INSURANCE COMPANY

THE HARTFORD

The Highlander Oil & Gas LLC/Jeanerette Minerals Well and Unit in lower St. Martin Parish

THE HOUSTON EXPLORATION COMPANY

The Hydro Carbon Flow Specialist, Inc.

THE HYDRO CARBON FLOW SPECIALIST, INC.

THE HYDROCARBON FLOW SPECIALIST INC

THE INTERNATIONAL INSTITUTE FOR CPR

THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK GRANDCHILDREN CLASS TRUST

THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR JOANNA PIERCE BROOK

THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR KRISTI LEONARD BROOK

THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR MARY ELLEN BROOK

THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR NYDA SUZANNE BROOK

THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR RUTH RENE BROOK

THE LARGO COMPANY

The Lavies Partnership

THE LEE FAMILY TRUST

THE LOUISIANA LAND AND EXPLORATION COMPANY

THE MAZE CREWS IRREVOCABLE TRUST #1

THE MAZE CREWS IRREVOCABLE TRUST #2

THE MAZE CREWS IRREVOCABLE TRUST #3

THE MAZE CREWS IRREVOCABLE TRUST #4

THE MAZIE CREWS 2008 LIVING TRUST

THE MAZIE CREWS 2008 LIVING TRUST ET AL

THE MAZIE CREWS IRREVOCABLE TRUST #1

THE MAZIE CREWS IRREVOCABLE TRUST #2

THE MAZIE CREWS IRREVOCABLE TRUST #3

THE MAZIE CREWS IRREVOCABLE TRUST #4

The McPherson Companies Inc

THE NATURE CONSERVANCY

THE PELTIER FOUNDATION

THE PRUDENTIAL INSUANCE COMPANY OF AMERICA

The Prudential Insurance Company Of America

THE PURE OIL COMPANY

THE REYNOLDS COMPANY

THE ROYAL BANK OF SCOTLAND PLC, AS ADMINISTRATIVE AGENT

THE SALVATION ARMY

THE SALVATION ARMY INC

THE STANDARD OIL COMPANY (OHIO), ET AL

THE STAR

THE STATE OF TEXAS GENERAL LAND OFFICE

THE SUPERIOR OIL COMPANY

THE TEXAS COMPANY

THE TRAVELERS INDEMNITY COMPANY

THE UNIVERSITY OF THE SOUTH

The Watermaker Co.

THE WATERMAKER CO., INC.

THE WILLIAM G HELIS COMPANY LLC

THE WILLIAM G HELLIS COMPANY

THEALL, ELLIOTT J.

THEODORA LONG HODGES SURVIVORS TRUST

THEOPHILUS OIL GAS & LAND SERVICES LLC

THERIOT HOLDINGS, L.L.C.

THIBODAUX, FAITH ANNE GUILLOTTE

THIBODEAUX, HARLEY J.

THIBODEAUX, JUSTIN C.

THIRD COAST INFRASTRUCTURE LLC

Third Coast Midstream

THIRD COAST MIDSTREAM

Third Coast Midstream Holdings, L.L.C.

THIRD COAST MIDSTREAM HOLDINGS, LLC

THOMAS ENERGY SERVICES HOLDING INC

THOMAS SERVICES LA LLC

THOMAS, DALLAS

THOMPSON ACQUISITION, LLC

Thompson Coburn LLP

THOMPSON COBURN LLP

THOMPSON, LAWRENCE M.

THOMPSON, TREVARIUS V.

Throckmorton Energy

THROCKMORTON ENERGY

THRU TUBING SYSTEMS INC

THRU TUBING SYSTEMS, INC

Thru Tubing Systems, Inc.

Thru Tubing Systems, Inc.

Tibbs, Lois

TIDE WATER ASSOCIATED OIL COMPANY

TIDELANDS MARINE SERVICES INC

TIDEWATER OIL COMPANY

TIGER OFFSHORE RENTALS

TIGER SAFETY, LLC

TIM'S MARINE, INC.

TMH INVESTMENTS INC

Tobias Inc.

Tobias Inc.

Tobias, Inc.

Tobias, Inc.

TOC

Tokio Marine HCC

TOKIO MARINE HCC

TOLBIRD, WILLIAM B.

TOMANIO, JO ANNE

TOPCOR OFFSHORE LLC

TORRES, MELISSA R.

TOTAL E&P USA INC ET AL

TOTAL MEASUREMENT SOLUTIONS LLC

Total Production Supply LLC

Total Production Supply LLC

Total Production Supply LLC, M&H Enterprises Inc., Petro Pull LLC, Petroleum Coordinators Inc., Offshore Air and Refrigeration Inc., Chalmers Collins and Allwell, and

Total Production Supply, LLC

TOTAL PRODUCTION SUPPLY, LLC

TOTAL SAFETY US INC

TOTAL SAFETY US INC.

TOTAL WASTE SOLUTIONS LLC

Total Waste Solutions, LLC

Total Waste Solutions, LLC

TOTALFINAELF E&P USA INC

TOUPS, GLENN P.

TOVAR, DAYNA ANGELE

TOWER ENERGY CO INC

TOWER LAND COMPANY LLC

Town of Grand Isle

TOWN OF GRAND ISLE

TPS-West LLC

Tracey Conrad

TRADE & DEVELOPMENT CORPORATION

TRADEBE ENVIRONMENTAL SERVICES, LLC
TRADITIONAL ROYALTY LLC
TRAHAN, DAVID
TRAHAN, JOHN
TRAHAN, STEPHEN J.
TRANSCONTINENTAL GAS PIPE LINE CORPORATION
TRANSCONTINENTAL PRODUCTION COMPANY
TRANSTAR CORPORATION
TRANSUNION RISK AND ALTERNATIVE
TRANSZAP, INC.
Travelers Casualty & Surety Company
TRAVELERS CASUALTY & SURETY COMPANY
Travelers Casualty & Surety Company of America
Travelers Casualty and Surety Company of America
TREUIL MILLS, PEARL ANNE
TREUIL, AARON STEWART
TREUIL, LAWRENCE E
TREUIL, MARY JEANNE
TRIDENT EXPLORATION, LLC
TRIFECTA OIL & GAS, LLC
Trimont Energy
TRIMONT ENERGY
TRIMONT ENERGY / WHITNEY OIL
TRINITY II TRUST
TRINITY PETROLEUM INC TRUST
TRINITY TOOL RENTALS, LLC
TRIPKOVICH, LUKE D.
TRIPLE H CHEMICALS, INC.
TRIPOINT LLC
TRI-STATE ENVIRONMENTAL LLC
TRI-STATE ENVIRONMENTAL, LLC
Triton
TRITON GATH COMPANY LLC
Triton Gathering LLC
Triton Gathering LLC
Triton Gathering, LLC
TRI-UNION DEVELOPMENT CORPORATION
TROCHESSET, STEPHEN J.
TROMBATORE A/K/A JOSEPH B TROMBATORE II, JOSEPH B
TROMBATORE II, JOSEPH B
TROMBATORE, BENJAMIN J
TROMBATORE, LARRY V
TROSCLAIR, KEN P.
Truist Insurance Holdings, Inc.

Trunkline Field Services LLC

TRUNKLINE GAS COMPANY LLC

TRUSSCO, INC.

TRUST CREATED UNDER THE WILL OF JAMES MERCER ARGO

TSCHIDA, JEREMY A.

TUBULAR SOLUTIONS INC

TUBULAR SOLUTIONS, INC.

TUCKER, RICHARD L.

TULLY WEISS FIRST FINANCIAL TRST & ASSET

TUPELO PROPERTIES LLC

TURBO POWER SYSTEMS, INC.

TURNBERRY INC

TURNER, CAROL ELISABETH

TURNKEY OFFSHORE PROJECT SERVICES LLC

Turnkey Offshore Project Services, LLC

TURNKEY OFFSHORE PROJECT SERVICES, LLC

Turnkey Offshore Project Services, LLC (TOPS)

Tyler Laws

U S BANK NATIONAL ASSOCIATION

U S OIL & GAS INC

U. S. COAST GUARD

U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS

U.S. Bank National Association

U.S. DEPARMENT OF ENERGY

U.S. DEPARTMENT OF TRANSPORTATION

U.S. EPA

U.S. SPECIALTY INSURANCE COMPANY

U.S. SPECIALTY INSURANCE COMPANY / INDEMCO / TOKIO MARINE HCC

UNDERWRITERS AT LLOYDS LONDON

Underwriters at Lloyd's, London

UNION EXPLORATION PARTNERS, LTD.

Union Oil

UNION OIL

Union Oil Company of California

UNION OIL COMPANY OF CALIFORNIA

UNION PACIFIC RESOURCES COMPANY

UNION PRODUCING COMPANY

UNITED GAS PIPE LINE COMPANY

UNITED PRODUCTION & CONSTRUCTION SERVICES INC

UNITED PRODUCTION AND CONSTRUCTION

United States Coast Guard

UNITED STATES COAST GUARD

UNITED STATES DEPARTMENT OF COMMERCE

United States Department of Interior, Bureau of Safety & Environmental Enforcement (BSEE)

United States Department of the Interior
United States Department of the Interior
United States Department of the Interior, Bureau of Safety & Environment Enforcement(BSEE)
United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE)
United States Department of the Interior, Bureau of Safety and Environmental Enforcement
UNITED STATES DISTRICT COURT
United States Fire Insurance Company
UNITED STATES FIRE INSURANCE COMPANY
UNITED STATES OF AMERICA
United States Treasury
UNITED STATES TREASURY
United States Trustee
UNITED VISION LOGISTICS
UNIVERSAL EQUIPMENT INC
Universal Equipment, Inc.
Unlocal Pipeline Company
UNOCAL EXPLORATION CORP
UNOCAL EXPLORATION CORPORATION
UNOCAL P/L COMPANY
UNOCAL PIPELINE COMPANY
UPSHAW BAZE, MELANIE ANN
UPSHAW, BRIAN MATTHEW
UPSHAW, JOHN PAUL
UPSHAW, STEPHEN PATRICK
US ARMY CORPS OF ENGINEERS
US Bank
US BANK
US BANK NATIONAL ASSOCIATION
US DEPARTMENT OF INTERIOR - BUREAU OF OCEAN ENERGY MANAGEMENT
US Department of Interior Office of Natural Resource Revenue
US DEPARTMENT OF THE INTERIOR
US Department of the Interior – Office of Natural Resources Revenue
US DEPARTMENT OF THE INTERIOR - OFFICE OF NATURAL RESOURCES REVENUE
US DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT
US DEPARTMENT OF THE INTERIOR BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
US DEPARTMENT OF THE INTERIOR OFFICE OF THE SECRETARY
US Dept of Interior - Bureau of Safety and Environmental Enforcement
US DEPT OF INTERIOR - BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
US Govt. Trustees Office
US GOVT. TRUSTEES OFFICE
US OIL & GAS INC
US Specialty Insurance Company
US TREASURY
USA COMPRESSION PARTNERS LLC

USA Compression Partners, LLC
USA COMPRESSION PARTNERS, LLC

USA on behalf of the US Department of the Interior's Bureau of Safety and Environmental Enforcement
USDOI BOEM
USGS & LOUISIANA STATE MINERAL BOARD
UTILITIES MANAGEMENT CONCEPTS, INC.
UV LOGISTICS LLC D/B/A UNITED VISION LOGISTICS
VAILES, CYNTHIA
VAN DE MARK, CRAIG M.
Variable Bore Rams, Inc.
VASTAR RESOURCES INC
VAUGHEY & VAUGHEY NO 2 LP
VAULT PRESSURE CONTROL, LLC
VCG ENERGY GROUP LLC
VCG Energy Group, LLC
VCG ENERGY GROUP, LLC
VELTROP, BRANDON E.
VENICE CORPORATION
Venice Energy Services Company, L.L.C.
VENICE ENERGY SERVICES COMPANY, L.L.C.
VENICE ENERGY SERVICES COMPANY, L.L.C. ("VESCO")
Venice Gas Plant
VENICE GAS PLANT
VENICE GATH COMPANY
VENICE GATHERING SYSTEM LLC
Venice Gathering System, L.L.C.
VENICE STEEL & PIPE, INC.
Venice Straddle Plant
VENICE STRADDLE PLANT
VENTURE PARTNERS LTD
VERCHER, STEVEN L.
VERDIN SR, HANK J.
VERDIN, RACHEAL A.
VERDUN
VERIFIED CONTROLS LLC
VERIFIED CONTROLS, LLC
VERIS GLOBAL, LLC
VERISTREAM, LLC
VERMILION CORPORATION
Vermilion Parish, Clerk of Court
VERMILION PARISH, CLERK OF COURT
VERMILLION EXPLORATION COMPANY
VERNON E. FAULCONER, INC.

VERSA INTEGRITY GROUP INC
VERSA INTEGRITY GROUP OF LOUISIANA INC
VERSA INTEGRITY GROUP, INC
VERSABAR INC
VERSABAR INC.
VERSAMARINE LLC
VERSATECH AUTOMATION SERVICES LLC
VHMP LLC
Vianey Garza
VICKERY PROPERTIES LLC
VIDEOCON
VIKING LIFE-SAVING EQUIPMENT (AMERICA) INC
Viking Life-Saving Equipment (America), Inc.
VIKING LIFE-SAVING EQUIPMENT, INC.
Vincent Devito
Vinson & Elkins L.L.P.
VIOLET R BUCK
VIRGINIA DEPT OF TAXATION
VIRGINIA EMPLOYMENT COMMISSION
VISION COMMUNICATIONS, LLC
Vision Production Chemical, LLC
Vision Production Chemicals LLC
VISION PRODUCTION CHEMICALS LLC
Vision Production Chemicals, L.L.C.
Vision Production Chemicals, LLC
Vision Producton Chemicals LLC
VISON & ELKINS, L.L.P.
VISTA CONSULTING GROUP INC.
VITAL SIGNS
VIVIAN BREAUX RESOURCES LLC
VMAZAL LLC
Vriana Portillo
W & T OFFSHORE INC
W M AVERILL INC
W&T ENERGY VI LLC
W&T O/S, INC.
W&T OFFSHORE INC
W&T Offshore, Inc
W&T Offshore, Inc.
W&T Offshore, Inc.
W&T Offshore, Inc., W&T Energy VI, LLC and their affiliates and subsidiaries
W&T Offshore, Inc..
WAINWRIGHT, SCOTT A
WALKER, SCOTT T.

WALL, CLIFFORD N.

WALL, JOHN B.

WALLACE, JEFFREY

Walter Oil & Gas Corp

WALTER OIL & GAS CORP

WALTER OIL & GAS CORPORATION

WALTHER, CHARLES EDWARD

WARNICK, DAVID P.

WARREN, GISELE L.

WARREN, ROBERT E

WARRIOR ENERGY SERVICES CORPORATION

Warshauer, Michelle Peltier

WASHINGTON III, DAVID

WASTE AUDITORS INC

WASTE AUDITORS, INC.

WASTE MANAGEMENT OF

WASTE MANAGEMENT OF LOUISIANA LLC

WASTE MANAGEMENT OF LOUISIANA, LLC

WATSON, JOSEPH Q

WATSON, SHEILA A.

WAUKESHA-PEARCE INDUSTRIES INC

WAUKESHA-PEARCE INDUSTRIES, LLC

WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC

WEATHERFORD INTERNATIONAL INC

WEATHERFORD U.S., L.P.

WEAVER, LUKE M.

WEBSTER, TRAVIS C.

WEEKS FAMILY LLC

WEGMANN, EDWARD F

WEISS FAMILY HERITAGE LLC

WEISS FOSBERG, ANONA

Weiss, Beverly Joan

WEISS, DAVID S

WEISS, JEANA

Weiss, Richard P

WELCH, PHILLIP E.

WELLAND COMPANY, INC.

WELLBORE FISHING & RENTAL TOOLS LLC

WELLBORE INTEGRITY SOLUTIONS LLC

WELLBORE SOLUTIONS, INC.

Wells Fargo

WELLS FARGO

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.

WELLS FARGO BANK, N.A., AS ADMINISTRATIVE AGENT

WELLS FARGO SECURITIES

WELLS RESOURCES INC

Wendel Theriot dba Vital Signs

WERNER, JUDITH JONES

Wesco Distribution, Inc.

WESCO DISTRIBUTION, INC.

WESPAC ENERGY LLC

WEST CAMERON DEHYDRATION COMPANY LLC

WEST JEFFERSON INDUSTRIAL

WEST, CHRISTOPHER D.

WEST, DONALD M.

Westchester Fire Insurance Co

Westchester Fire Insurance Co.

WESTCHESTER FIRE INSURANCE COMPANY

Westchester Fire Insurance Company, Berkely Insurance Company, Travelers Casualty & Surety Company of America, Nationwide Mutual Insurance Company, and Argonaut Insurance Company

WESTERMAN, TIMMY M.

WESTERNGECO L.L.C.

WesternGeco, LLC

WesternGeco, LLC

WESTMOUNT RESOURCES, INC.

WESTPORT RESOURCES CORPORATION

WESTSTAR OIL & GAS, INC.

WESTWIND HELICOPTERS INC

Westwind Helicopters, Inc.

WESTWIND HELICOPTERS, INC.

WET TECH ENERGY INC

WET TECH ENERGY, INC.

WEX

WFS - LIQUIDS

WHETHAM, PERSONAL REP, MAUREEN

Whitco Pump & Equipment

WHITCO PUMP & EQUIPMENT, LLC

Whitco Supply, LLC

WHITCO SUPPLY, LLC

White & Case LLP

WHITE FLEET DRILLING 350 LLC

WHITE, DANIEL

WHITE, EVANS

WHITE, LARRY

WHITE, PAXTON

WHITECAP P/L COMPANY

WHITECAP PIPELINE COMPANY, LLC
WHITESIDE REVOCABLE TRUST
WHITESIDE, RICHARD W.
WHITING OIL AND GAS CORPORATION
Whitley Penn
WHITLEY PENN
WHITNEY LEE SOUTHERLAND TRUST
Whitney Oil
WHITNEY OIL
WHITNEY OIL & GAS LLC ET AL
WHITNEY, DIANE B
WHITNEY, JENNIFER F.
WICKLAND, MARY A
WIGGINS, CHARLES R.
WIGGINS, THOMAS C.
WIGGINS, TIMOTHY Z.
WILCOX 1992 ACQUISITION FUND LTD
WILCOX 1992 ACQUISITION FUND REPRESENTED BY WILCOX OPERATING CORPORATION ITS
GENERAL PARTNER
WILD WELL CONTROL INC
Wilkinson Technologies LTD
WILLIAM B LAWTON COMPANY INC
WILLIAM G BURK TRUST
WILLIAM L GRAHAM, TRUSTEE OF THE BEC TRUST
WILLIAM T BURTON AND HIS SUCCESSORS IN INTEREST
WILLIAM T POE & ASSOCIATES INC D/B/A EXPLOSIVE SERVICE INTERNATIONAL
WILLIAM T POE & ASSOCIATES INC.
William T. Poe & Associates Inc. DBA Explosive Service International
WILLIAMS COOK, CHARLOTTE
WILLIAMS ENERGY
WILLIAMS FIELD SVCS-GULF COMPANY LP
WILLIAMS III, JOE
WILLIAMS LAND COMPANY LLC
WILLIAMS -MCKEE, PERNELL J.
WILLIAMS MENDOZA, ASHLEY
WILLIAMS OSBORNE, HALEY
Williams, Chad
WILLIAMS, JODI FAITH
WILLIAMS, JOE
Williams, Larry David
WILLIAMS, ROBERT L
WILLIS LAND CORPORATION INC
WILLIS, MARK A
Wilmington Trust, National Association

WIN Management LLC
WIN MANAGEMENT LLC
WINDER, CAROLYN H.
W-INDUSTRIES OF LOUISIANA LLC D/B/A CONTROL CONCEPTS & TECHNOLOGY
W-INDUSTRIES OF LOUISIANA, LLC
WINIFRED AND LOUIS GUIDRY TRUST
WINKLER, JOSEPH C.
WINTER, EVA A.
WIRELINE CONTROL SYSTEMS, LLC
WIRELINE PRODUCTS & SUPPLY
WISE, FLORA FAYE PETERSON
WISEMAN, ETHEL S
WITTROCK, AMANDA P.
WIX, DERRICK
WOLFE, DEBRA ANN BAXTER
WOLOSZYN, THERESA
WOOD GROUP PRODUCTION SERVICES
WOOD GROUP PSN INC
WOOD GROUP PSN INC.
WOOD, DALE J.
WOODWARD III, M T
WOOSLEY III, TERRELL
WOOSLEY, BROOKE ALEXANDRA
WOOSLEY, CAROLYN SHADDOCK
WOOSLEY, MARY EDITH
WOOTEN, CARL M.
WOOTON, CHANCELLOR
WORCHEL, FRANCES REBECCA BURK
WORKOVER EQUIPMENT RENTAL CO INC
WORKOVER EQUIPMENT RENTAL, INC.
WRIGHT OVERTON, JENNIFER
WRIGHT, JENNIFER LOUISE
WRIGHT, MARILOU
WYATT, DANIEL S.
XACT DATA DISCOVERY
XEROX CORPORATION
XH LLC
XL SYSTEMS, L.P.
XTO OFFSHORE INC
XTO Offshore, Inc.
XXI NATURAL GAS HOLDINGS, INC.
YADVEN, SHARON R.
Yasmine Rivera
YEATES, ABBY R.

YELDELL JR, J W
YELLOWJACKET OFFSHORE LLC
Yellowjacket Offshore, L.L.C.
YHIMONE, Inc.
YOUNG MULHERN, ALLISON
YOUNG, AMOS
YOUNG, HOYCHICK AND AGUILLARD
YOUNG, VIVIAN V
ZARAK, DIANE
ZARAK, NIKOLA
ZAYO GROUP, LLC
ZENECO INC
ZENECO IV LLC
ZENERGY INC
ZEUS PETROLEUM, INC.
Zilde Martinez
ZILKHA ENERGY COMPANY
Zimmerman, Nicholas
ZIMMERMAN, NICHOLAS J.
ZINKE, ROBERT M
ZOT OIL & GAS, LLC
ZOTKIEWICZ, JAMES M.
Zurich Insurance PLC
ZURICH INSURANCE PLC