# PATTERSON
## TUBULAR SERVICES

**Short Form Current Balance**
**Customer Special Formatting**

MORGAN CITY

**As of Filtered Date:** 03/18/2024 @ 06:59 AM
**Printed On:** 03/18/2024 @ 06:59 AM

---

**Balance Of: COX OPERATING**

| 5" | 18# | | | | CASING | | Material Classification : | SUSPENSE | | | |
|----|-----|---|---|---|--------|---|---------------------------|----------|---|---|---|
| P110 IC | | 513 | | | INTEGRAL JT (IJ) | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|------------------------------------|------|--------|--------|
| NEW | (NONE) | BARE | R3 | TAMSA | SMLS | SUSPENSE | 620065-03-SALE (32405126 ) | W0549 (C) | 2 | 89.80 |
| | | | | | | | | **Sub Total** | **2** | **89.80** |

---

| 7" | 26# | | | | CASING | | Material Classification : | PRIME | | | |
|----|-----|---|---|---|--------|---|---------------------------|-------|---|---|---|
| P110 IC | | 513 | | | BOX X PIN | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|------------------------------------|------|--------|--------|
| NEW | WHITE | BARE | R3 | TAMSA | SMLS | TEST JOINT | 620096-TJ-SALE (32311959B ) | C1057 (C) | 1 | 45.50 |
| | | | | | | | | **Sub Total** | **1** | **45.50** |

---

| 7" | 29# | | | | CASING | | Material Classification : | PRIME | | | |
|----|-----|---|---|---|--------|---|---------------------------|-------|---|---|---|
| HCP-110 | | WLF | | | FLUSH JOINT | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|------------------------------------|------|--------|--------|
| NEW | 1 WHITE | BARE | R3 | US STEEL | SMLS | MOLY-MIST & SOLOIL | 500212-01TGSAL (32313952 ) | W0549 (C) | 5 | 228.90 |
| NEW | WHITE | BARE | R3 | US STEEL | SMLS | MOLY-MIST & SOLOIL | 500211-01TGSALE (32313125 ) | W0549 (C) | 52 | 2,374.30 |
| NEW | 1 WHITE | BARE | R3 | US STEEL | SMLS | KENDEX | W500212-01TGSAL (32313952 ) | W0549 (C) | 16 | 730.50 |
| | | | | | | | | **Sub Total** | **73** | **3,333.70** |

Exhibit B

Case 23-90324   Document 2596-3   Filed in TXSB on 04/08/26   Page 2 of 4

# PATTERSON TUBULAR SERVICES

## Short Form Current Balance
## Customer Special Formatting

MORGAN CITY

As of Filtered Date: 03/18/2024 @ 06:59 AM

Printed On: 03/18/2024 @ 06:59 AM

---

**Balance Of: COX OPERATING**

| 7" | 29# | | | CASING | | Material Classification : | PRIME PUP JOINT | | | |
|----|-----|--|--|--------|--|---------------------------|------------------|--|--|--|
| **HCP-110** | | **WLF** | | **BOX X PIN** | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | WHITE | BARE | R1 | US STEEL | SMLS | TO BE MAINT | W500211-05PJSAL (32313125 ) | W0549 (C) | 1 | 5.60 |
| NEW | WHITE | BARE | R1 | US STEEL | SMLS | TO BE MAINT | W500211-04PJSAL (32313125 ) | W0549 (C) | 2 | 19.40 |
| | | | | | | | | Sub Total | 3 | 25.00 |

| 7" | 29# | | | CASING | | Material Classification : | SUSPENSE | | | |
|----|-----|--|--|--------|--|---------------------------|----------|--|--|--|
| **HCP-110** | | **513 BOX** | | **X PLAIN END PIN** | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | 1 WHITE | BARE | R3 | US STEEL | SMLS | BOL PTC | 620212 -SALE (32401124 ) | W0549 (C) | 1 | 38.40 |
| | | | | | | | | Sub Total | 1 | 38.40 |

| 7 5/8" | 29.70# | | | CASING | | Material Classification : | PRIME | | | |
|--------|--------|--|--|--------|--|---------------------------|-------|--|--|--|
| **P110 IC** | | **513** | | **INTEGRAL JT (IJ)** | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | WHITE | BARE | R3 | TAMSA | SMLS | TEST JOINT | 620090-TJ-SALE (32314724 ) | C1057 (C) | 1 | 46.20 |
| | | | | | | | | Sub Total | 1 | 46.20 |

---

'TDS' by Scan Systems Corp.Houston,Texas (C) 1991-2024

INV112

# PATTERSON TUBULAR SERVICES

## Short Form Current Balance
## Customer Special Formatting

MORGAN CITY

**As of Filtered Date:** 03/18/2024 @ 06:59 AM

**Printed On:** 03/18/2024 @ 06:59 AM

**Balance Of: COX OPERATING**

---

**10 3/4"**  **45.50#**  CASING  **Material Classification :**  PRIME

**J55 W/K55 COUPLING**  **BUTTRESS**  T&C

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | TEST JOINT | BARE | R3 | TMK IPSCO | ERW | TEST JOINT | 620140-01TJSALE (32314717B ) | C1057 (C) | 1 | 44.00 |
| | | | | | | | | **Sub Total** | **1** | **44.00** |

---

**13 3/8"**  **68#**  CASING  **Material Classification :**  PRIME

**J55**  **BTC BOX**  T&C

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | WHITE | BARE | R3 | US STEEL | ERW | TEST JOINT | W500088-02TJSAL (32314097 ) | C1057 (C) | 1 | 39.50 |
| | | | | | | | | **Sub Total** | **1** | **39.50** |

---

**16"**  **84#**  CASING  **Material Classification :**  PRIME

**J55**  **BTC BOX**  T&C

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | WHITE | BARE | R3 | NIPPON | ERW | TEST JOINT | W500066-09TJSAL (32313897 ) | C1057 (C) | 1 | 44.40 |
| | | | | | | | | **Sub Total** | **1** | **44.40** |

**K55**  **BTC BOX**  **BUTTRESS**

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | 1 WHITE | BARE | R3 | US STEEL | SMLS | BOL 2000 | 620185-SALE (32316897 ) | W0360 (C) | 24 | 1,041.20 |
| | | | | | | | | **Sub Total** | **24** | **1,041.20** |

---

# PATTERSON
## TUBULAR SERVICES

**Short Form Current Balance**
**Customer Special Formatting**

MORGAN CITY

As of Filtered Date: 03/18/2024 @ 06:59 AM

Printed On: 03/18/2024 @ 06:59 AM

---

**Balance Of: COX OPERATING**

| 2 7/8" | 6.40# | | | TUBING | | | Material Classification : | PRIME | | | |
|--------|-------|---|---|--------|---|---|---|---|---|---|---|

| 13 CR 85 | | VAM TOP | | T&C | | | | | | | |

| Cond | Color | | Coating | Rng | Mfg.. | | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---|---------|-----|-------|---|---------|----------|-----------------------------------|------|--------|--------|
| NEW | WHITE | | BARE | R2 | SUMITOMO | | SMLS | TEST JOINT | 620078-TJ-TG  (SO-7156 ) | C1057 (C) | 1 | 31.80 |
| | | | | | | | | | | Sub Total | 1 | 31.80 |

| 13 CR 85 | | VAM TOP | | T&C BBE | | | | | | | |

| Cond | Color | | Coating | Rng | Mfg.. | | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---|---------|-----|-------|---|---------|----------|-----------------------------------|------|--------|--------|
| NEW | 1 WHITE | | BARE | R2 | SUMITOMO | | SMLS | MOLY-MIST & SOLOIL | 620082-TG  (786467 SO-7159 ) | C0739 (C) | 60 | 1,908.00 |
| | | | | | | | | | | Sub Total | 60 | 1,908.00 |

| TOTAL MATERIAL IN FACILITY | 169 | 6,687.50 | 210,980.56 |
|----------------------------|-----|----------|------------|

'TDS' by Scan Systems Corp.Houston,Texas (C) 1991-2024

4 of 4

INV112