

**Short Form Current Balance**
**Customer Special Formatting**

**As of Filtered Date:** 06/04/2025  @  02:05 PM

**Printed On:** 06/04/2025  @  02:05 PM

**Balance Of: COX OPERATING LLC**

---

| 7" | 26.00# | | | CASING | | | **Material Classification :** | **N/A** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | **GB CD** | | **T&C** | | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | NONE | BARE | RNG 1 | NIPPON | ERW | NO COMMENTS | 666786-03 (1407-12 ) | I-34 (C) | 1 | 20.00 |
| NEW | NONE | BARE | RNG 3 | NIPPON | ERW | NO COMMENTS | 666786-03 (1407-12 ) | I-34 (C) | 39 | 1,724.60 |
| | | | | | | | | **Sub Total** | **40** | **1,744.60** |

---

| 7" | 26.00# | | | CASING | | | **Material Classification :** | **REPAIRABLE** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | **GB CD** | | **T&C** | | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | RED/WHITE | BARE | RNG 3 | NIPPON | ERW | EMI/WSEA/FLD | 666786-04 (1407-12 ) | L-05 (C) | 5 | 220.50 |
| | | | | | | | | **Sub Total** | **5** | **220.50** |

---

| 7" | 26.00# | | | CASING | | | **Material Classification :** | **WELL RETURN** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ECP110** | | **LTC** | | **T&C** | | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| UNK | NONE | BARE | RNG 3 | VST | SMLS | NO COMMENTS | 686407-01 ( No Ref No. ) | N-12 (C) | 4 | 168.00 |
| | | | | | | | | **Sub Total** | **4** | **168.00** |

| **NT-110HE** | | **GB CD** | | **T&C** | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| UNK | NONE | BARE | RNG 3 | NIPPON | ERW | NO COMMENTS | 686406-01 ( No Ref No. ) | N-12 (C) | 26 | 1,144.00 |
| | | | | | | | | **Sub Total** | **26** | **1,144.00** |

---

'TDS' by Scan Systems Corp.Houston,Texas (C) 1991-2025          1 of 4          Exhibit C          INV112



**Short Form Current Balance**
**Customer Special Formatting**

**As of Filtered Date:** 06/04/2025 @ 02:05 PM

**Printed On:** 06/04/2025 @ 02:05 PM

**Balance Of:  COX OPERATING LLC**

| 7" | 26.00# | | | CASING | | | **Material Classification :** | **WELL RETURN** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | GB CD BOX | | CUTOFF PIN | | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| UNK | NONE | BARE | RNG 2 | NIPPON | ERW | NO COMMENTS | 686405-01 ( No Ref No. ) | N-12 (C) | 1 | 33.00 |
| | | | | | | | | **Sub Total** | **1** | **33.00** |

| 7" | 26.00# | | | CASING | | | **Material Classification :** | **X-OVER** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | GB CD BOX | | LTC PIN | | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| UNK | NONE | BARE | RNG 3 | NIPPON | ERW | WELL RETURN | 686404-01 ( No Ref No. ) | N-12 (C) | 1 | 43.80 |
| | | | | | | | | **Sub Total** | **1** | **43.80** |

| 7 5/8" | 29.70# | | | CASING | | | **Material Classification :** | **N/A** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | GB CD | | T&C | | | | | | | |

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|
| NEW | NONE | BARE | RNG 3 | NSSMC | ERW | NO COMMENTS | 674350-01 (18-S-5767 ) | G-34 (C) | 241 | 10,621.90 |
| NEW | NONE | BARE | RNG 1 | NSSMC | ERW | NO COMMENTS | 674350-01 (18-S-5767 ) | G-34 (C) | 1 | 20.00 |
| | | | | | | | | **Sub Total** | **242** | **10,641.90** |



**Short Form Current Balance**
**Customer Special Formatting**

**As of Filtered Date:** 06/04/2025 @ 02:05 PM

**Printed On:** 06/04/2025 @ 02:05 PM

**Balance Of:  COX OPERATING LLC**

---

**7 5/8"**  **33.70#**  **CASING**  **Material Classification :  WELL RETURN**

**L-801**  **SLX**  **CUTOFF PIN**

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| UNK | NONE | BARE | RNG 1 | TAMSA | SMLS | NO COMMENTS | 685622-01 (687554 ) | I-28 (C) | 1 | 18.00 |
| | | | | | | | | **Sub Total** | **1** | **18.00** |

**L-801**  **SLX**  **IJ**

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| UNK | NONE | BARE | RNG 3 | TAMSA | SMLS | NO COMMENTS | 685622-01 (687554 ) | P-10 (C) | 15 | 622.50 |
| UNK | NONE | BARE | RNG 3 | TAMSA | SMLS | NO COMMENTS | 685622-01 (687554 ) | I-33 (C) | 8 | 332.00 |
| UNK | NONE | BARE | RNG 3 | TAMSA | SMLS | NO COMMENTS | 685622-01 (687554 ) | B-18 (C) | 9 | 373.50 |
| | | | | | | | | **Sub Total** | **32** | **1,328.00** |

---

**9 5/8"**  **53.50#**  **CASING**  **Material Classification :  N/A**

**NT-95HE**  **GB CD**  **T&C**

| Cond | Color | Coating | Rng | Mfg.. | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|------|-------|---------|-----|-------|---------|----------|-----------------------------------|------|--------|--------|
| NEW | NONE | BARE | RNG 3 | NIPPON | ERW | NO COMMENTS | 665490-01 (1404-10 ) | J-34 (C) | 114 | 4,986.10 |
| NEW | NONE | BARE | RNG 3 | NIPPON | ERW | NO COMMENTS | 665490-01 (1404-10 ) | G-30 (C) | 143 | 6,254.30 |
| NEW | NONE | BARE | RNG 1 | NIPPON | ERW | NO COMMENTS | 665490-01 (1404-10 ) | G-30 (C) | 1 | 20.00 |
| | | | | | | | | **Sub Total** | **258** | **11,260.40** |



# Short Form Current Balance
# Customer Special Formatting

**As of Filtered Date:** 06/04/2025 @ 02:05 PM

**Printed On:** 06/04/2025 @ 02:05 PM

---

**Balance Of:  COX OPERATING LLC**

---

| 7" | 26.00# | | | #Error | | | **Material Classification :** | N/A | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | GB CD | | T&C | | | | | | | |

| Cond | Color | | Coating | Rng | Mfg.. | | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | NONE | | BARE | | NIPPON | | ERW | NO COMMENTS | 666786-03 (1407-12 ) | I-34 (C) | 2 | 20.00 |
| | | | | | | | | | **Sub Total** | | **2** | **20.00** |

---

| 7 5/8" | 29.70# | | | #Error | | | **Material Classification :** | N/A | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-110HE** | | GB CD | | T&C | | | | | | | |

| Cond | Color | | Coating | Rng | Mfg.. | | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | NONE | | BARE | | NSSMC | | ERW | NO COMMENTS | 674350-01 (18-S-5767 ) | G-34 (C) | 2 | 0.00 |
| | | | | | | | | | **Sub Total** | | **2** | **0.00** |

---

| 9 5/8" | 53.50# | | | #Error | | | **Material Classification :** | N/A | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **NT-95HE** | | GB CD | | T&C | | | | | | | |

| Cond | Color | | Coating | Rng | Mfg.. | | Process | Notation | Material ID - (Cross Reference No) | Rack | Pieces | Length |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NEW | NONE | | BARE | | NIPPON | | ERW | NO COMMENTS | 665490-01 (1404-10 ) | G-30 (C) | 2 | 20.00 |
| | | | | | | | | | **Sub Total** | | **2** | **20.00** |

---

| **TOTAL MATERIAL IN FACILITY** | 616 | 26,642.20 | 1,052,647.43 |
|---|---|---|---|