

**ENERGY XXI GOM, LLC**

**12/31/2025**

| ITEM NUMBER | EXTENDED DESCRIPTION | LOT NUMBER | QTY | TALLY | MILL | REMARK | Customer PO# | Customer Order | LOC | COMMENTS | Inspection Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11136904-001 | 20" X 0.812" X56 XLC-SE Box x Blank, 15' ENERGY XXI COC | 34864A | 1 | 15.12 | JFE | SABINAL, RETURNED 08/04/21 | | 1000126127 | KP4 | | |
| 11136904-001 | 20" X 0.812" X56 XLC-SE Box x Blank, 15' ENERGY XXI COC | 42079A | 1 | 12.75 | JFE | KOALA, RETURNED 07/19/18 | 2018-GOM-0001 R | S000000197 | TAR | | |
| 11136905-001 | 20" X 0.812" X56 XLC-SE Box x Blank, 30' ENERGY XXI COC | 34903A | 1 | 31.8 | JFE | SABINAL, RETURNED 08/04/15 | | 1000126127 | K5 | | |
| 11136905-001 | 20" X 0.812" X56 XLC-SE Box x Blank, 30' ENERGY XXI COC | 34948A | 1 | 30 | JFE | MULDER, RETURNED 10/13/14 | | 1000121933 | K5 | | |
| 11136905-001 | 20" X 0.812" X56 XLC-SE Box x Blank, 30' ENERGY XXI COC | 42096A | 1 | 30.45 | JFE | KOALA, RETURNED 07/19/18 | 2018-GOM-0001 R | S000000197 | K5 | | |
| 11136907-001 | 20" X 0.812" X56 XLC-SE Box x Pin, 30' ENERGY XXI COC | 34907A | 1 | 29.59 | JFE | SABINAL, RETURNED 08/04/15 | | 1000126127 | K5 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40923A | 1 | 40.1 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40978A | 1 | 39.57 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40980A | 1 | 40.11 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40988A | 1 | 40.03 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40991A | 1 | 40.08 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40995A | 1 | 40.05 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 40997A | 1 | 40.2 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41003A | 1 | 40.1 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41027A | 1 | 40.04 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41029A | 1 | 40 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41031A | 1 | 40.07 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41033A | 1 | 40.01 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41036A | 1 | 40.01 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41051A | 1 | 40.11 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41054A | 1 | 40.08 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41064A | 1 | 40.02 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41067A | 1 | 40.03 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41068A | 1 | 40.03 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137130-001 | 24" X 0.750" X65 XLC-S Box x Pin 40' | 41069A | 1 | 40.02 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137127-001 | 24" X 0.750" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 40994A | 1 | 40.04 | JFE | WEST DELTA 29, RETURN 05/03/19 | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137128-001 | 24" X 0.750" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 41082A | 1 | 29.93 | JFE | COATED, WEST DELTA 29, RETURNED 05/03/19 | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 29108A | 1 | 39.28 | JFE | AFE 17DRL 1143 | 2018-GOM-0012RC | S000000308 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 29144A | 1 | 39.26 | JFE | AFE 17DRL 1143 | 2018-GOM-0012RC | S000000308 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 29145A | 1 | 39.23 | JFE | AFE 17DRL 1143 | 2018-GOM-0012RC | S000000308 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 41075A | 1 | 40.02 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 41076A | 1 | 40.03 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 41077A | 1 | 40.06 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 41078A | 1 | 40.02 | JFE | | 2018-GOM-0035 R | S000000416 | W11 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 41079A | 1 | 40.02 | JFE | | 2018-GOM-0035 R | S000000416 | W11 |
| 11137132-001 | 24" X 0.750" X65 XLC-S Box x Pin, Expoy Coating Spec B, 40" | 41083A | 1 | 40.02 | JFE | | 2018-GOM-0035 R | S000000416 | W11 |
| 17932757-001 | 24" X 0.750" X65 XLC-S Pin x Blank, 20' ENERGY XXI COC | 41009AA | 1 | 20.02 | JFE | DROP FROM S-0709 | | | CP TEMP 2 |
| 11137180-001 | 26" X 0.750" X65 XLC-S Box x Blank, 10' ENERGY XXI COC | 28998A | 1 | 9.9 | JFE | PUNCH REDO, RETURN 04/2014 | | 1000120007 | PUP 1 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 43520A | 1 | 39.49 | JFE | GRAN TORINO | 2018-GOM-0037 R | S000000419 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 43522A | 1 | 39.42 | JFE | GRAN TORINO | 2018-GOM-0037 R | S000000419 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 43558A | 1 | 39.46 | JFE | GRAN TORINO | 2018-GOM-0037 R | S000000419 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 43561A | 1 | 38.86 | JFE | GRAN TORINO | 2018-GOM-0037 R | S000000419 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 48978A | 1 | 40.02 | JFE | | 2018-GOM-0024 R | S000000338 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61442A | 1 | 40.3 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61443A | 1 | 40.27 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61444A | 1 | 39.93 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61445A | 1 | 40.27 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61446A | 1 | 39.99 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61447A | 1 | 40.28 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61448A | 1 | 40.13 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61449A | 1 | 40.29 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61450A | 1 | 40.2 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138103-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' | 61451A | 1 | 40.23 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |
| 11138106-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' Coated | 61454A | 1 | 40.29 | EEW KOREA | | 2018-GOM-0027 R | S000000620 | CP35 |
| 11138106-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' Coated | 61455A | 1 | 40.3 | EEW KOREA | | 2018-GOM-0027 R | S000000620 | CP35 |
| 11138106-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' Coated | 61456A | 1 | 40.28 | EEW KOREA | | 2018-GOM-0027 R | S000000620 | CP35 |
| 11137184-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 29005A | 1 | 40.03 | JFE | PUNCH REDO, RETURN 04/14 | | 1000120007 | W4 |
| 11137184-001 | 26" X 0.750" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 29007A | 1 | 40.05 | JFE | PUNCH REDO, RETURN 04/14 | | 1000120007 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 25568A | 1 | 31.13 | JFE | PUNCH / REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 25571A | 1 | 38.98 | JFE | PUNCH REDO, REPAIRED, ORIGINALLY COATED | 2018-GOM-0021 | S000000333 | CP35 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 25602A | 1 | 38.88 | JFE | PUNCH REDO, REPAIRED, ORIGINALLY COATED | 2018-GOM-0021 | S000000333 | CP35 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 25603A | 1 | 39.42 | JFE | PUNCH REDO, REPAIRED, ORIGINALLY COATED | 2018-GOM-0021 | S000000333 | CP35 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 25606A | 1 | 39.13 | JFE | PUNCH REDO, REPAIRED 04/2018 | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 28919A | 1 | 39.65 | JFE | PUNCH REDO, REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 29006A | 1 | 39.51 | JFE | PUNCH REDO, REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 29015A | 1 | 39.5 | JFE | PUNCH REDO, REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 29023A | 1 | 38.53 | JFE | REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 29024A | 1 | 39.31 | JFE | PUNCH REDO, REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 35829A | 1 | 39.5 | JFE | PUNCH REDO, REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 17815359-001 | 26" X 0.750" X65 XLC-S Box x Pin, ENERGY XXI REPAIRED | 35833A | 1 | 39.49 | JFE | REPAIRED | 2018-GOM-0021 | S000000333 | W4 |
| 11138104-001 | 26" X 0.750" X65 XLC-S Box x Weld Bevel, 40' | 61452A | 1 | 39.79 | EEW KOREA | 2018-GOM-0027 RC | 2018-GOM-0027 R | S000000620 | W4 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11138104-001 | 26" X 0.750" X65 XLC-S Box x Weld Bevel, 40' | 61459A | 1 | 39.53 | EEW KOREA | 2018-GOM-0027 R6 | 2018-GOM-0027 R | 3030000820 | W4 | |
| 11137292-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 34599A | 1 | 20 | JFE | VINDICATOR REPAIRS | | 1000115087 | CP TEMP 4 | |
| 11137406-001 | 36" X 1.500" X56 BLK X BLK, 35' ENERGY XXI COC | 35537A | 1 | 35.82 | NIPPON | VERMILLION 179, RETURN 06/18/13 | | 1000114068 | J2 | |
| 11137407-001 | 36" X 1.500" X56 XLC-S Box x Blank, 40' ENERGY XXI COC | 35539A | 1 | 39.65 | NIPPON | VERMILLION 179, RETURN 06/18/13 | | 1000114068 | J2 | |
| 11137408-001 | 36" X 1.500" X56 XLC-S Box x Pin, 40' ENERGY XXI COC | 35533A | 1 | 40.01 | NIPPON | VERMILLION 179, RETURN 06/18/13 | | 1000114068 | J2 | |



4/2/2024 2:21:00 PM

**ENERGY XXI GOM, LLC**

**3/31/2024**

| ITEM NUMBER | EXTENDED DESCRIPTION | LOT NUMBER | QTY | TALLY | MILL | REMARK | Customer PO# | Customer Order | LOC | COMMENTS | Inspection Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11136910-001 | 20" X 0.812" X56 XLC-SE Box x Weld Bevel, 15' ENERGY XXI COC | 34862A | 1 | 13.45 | JFE | WD 73 C21, RETURNED 10/02/14 | | 1000121935 | K12 | BAD BOX | |
| 11137288-001 | 30" X 1.000" X65 BLK X BLK, 45' ENERGY XXI COC | 36276A | 1 | 46.63 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137289-001 | 30" X 1.000" X65 BLK X BLK, 50' ENERGY XXI COC | 34593A | 1 | 52.8 | JFE | MP 61 C12, RETURN 01/16/14 | | 1000117045 | K8 | | |
| 11137287-001 | 30" X 1.000" X65 BLK X BLK, COATED, 40' ENERGY XXI COC | 36281A | 1 | 39.54 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137287-001 | 30" X 1.000" X65 BLK X BLK, COATED, 40' ENERGY XXI COC | 34601A | 1 | 39.5 | JFE | MP 61 C12, RETURN 01/16/14 | | 1000117045 | K8 | | |
| 11137290-001 | 30" X 1.000" X65 XLC-S Box x Blank, 30' ENERGY XXI | 36277A | 1 | 32.95 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137294-001 | 30" X 1.000" X65 XLC-S Box x Pin Coated, 40' ENERGY XXI COC | 12550A | 1 | 39.95 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137294-001 | 30" X 1.000" X65 XLC-S Box x Pin Coated, 40' ENERGY XXI COC | 36288A | 1 | 40.12 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36296A | 1 | 39.65 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | W7 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36283A | 1 | 40.29 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36289A | 1 | 40.2 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K8 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36278A | 1 | 40.27 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36285A | 1 | 39.85 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36284A | 1 | 40.12 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36286A | 1 | 40 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36287A | 1 | 40.18 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137293-001 | 30" X 1.000" X65 XLC-S Box x Pin, 40' ENERGY XXI COC | 36291A | 1 | 40.3 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137291-001 | 30" X 1.000" X65 XLC-S Pin x Blank, 40' ENERGY XXI COC | 34603A | 1 | 39.6 | JFE | MP 61 C12, RETURN 01/16/14 | | 1000117045 | K8 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36254A | 1 | 39.6 | JFE | MP 61 C12, RETURN 01/16/14 | | 1000117045 | K8 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 34563A | 1 | 41.35 | JFE | MP 61 C12, RETURN 01/16/14 | | 1000117045 | K8 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 34571A | 1 | 38.25 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K8 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 28302A | 1 | 39.12 | JFE | MP 61 C12, RETURN 01/16/14 | | 1000117045 | K6 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36247A | 1 | 39.4 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36258A | 1 | 39.48 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | W5 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36264A | 1 | 39.6 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K8 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36280A | 1 | 39.15 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K8 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36279A | 1 | 39.1 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | K6 | | |
| 11137286-001 | 30" X 1.000" X65, 40' ENERGY XXI COC | 36252A | 1 | 38.8 | JFE | MP 61 C12, RETURN 01/21/13 | | 1000118516 | W5 | | |