| Stock Plant | Storage loc | Current custmr | Customer Name | Well Reference | Material | Material Description | Batch number | Quantity | Unit Value USD | Room | COI Type | Invoice Reference | Invoice Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | 218 S/T-1 | H038192501_C | SL SUB BMS-S228 | 9832483060 | 1 | 3,404.93 | 4-26BR | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H0243218B8_C | BTM SUB BMS-S228 | 0806700010 | 1 | 3,437.50 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H024747138_C | SBE BMS-S228 | 110071736 | 1 | 22,003.00 | 3-16/20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | 10567414_C | DM CPLNG BMS-S228 | 0898013010 | 1 | 825.00 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H024321209_C | GD BMS-S228 | 0806944020 | 1 | 745.00 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H413500036_C | RPP, FB-3 89-40 5" 23.2# VTOP B BPS-D202 | 106762019 | 1 | 28,588.18 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | 218 S/T-1 | H432080084_C | SIGNATURE SER PKR, F 443-300 | 107287238 | 1 | 10,145.50 | 1-14A | HELD_FOR_STORAGE | 911098885 | 06/03/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | F-10 | H905012100F_C | CNTL TBG 316L 1/4" X .049 WLD - W/FLUID | 0000723971 | 550 | 3.91 | CON 2 | HELD_FOR_STORAGE | 901751532 | 04/09/2012 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | 10567416_C | DM SPC TB BMS-S228 | 0806951020 | 2 | 2,037.98 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H299894731_C | XOVR BSHG, 5"23.2#VTSC90 B X 3.5"12.7#JF | 9832483010 | 1 | 4,760.60 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H016096513_C | LWR SL SUB BMS-S228 | 0806953020 | 9 | 986.80 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | 10567414_C | DM CPLNG BMS-S228 | 0806953050 | 1 | 825.00 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H014319271_C | BTM SUB BMS-S228 | 110071736 | 1 | 457.50 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | SOUTH PASS 57 78 | H024746905ST1_C | SBE | 6076649020 | 1 | 7,456.80 | 3-36/40D | HELD_FOR_STORAGE | 903400002 | 07/10/2013 |
| 0978 | 8000 | 0040060228 | COX OPERATING LLC | #218 ST-1 | H01609721X_C | LOCR SL SUB BMS-S228 | 110071736 | 1 | 3,281.83 | 4-20C | HELD_FOR_STORAGE | 910955866 | 04/01/2020 |
| 0032 | 8000 | 0040060228 | COX OPERATING LLC | | H065507707_C | SU BMS-A099 | 0018433341 | 3 | 1,296.90 | 2-1C/3C | BILL_AND_HOLD | 0912880364 | 08/03/2022 |
| 0032 | 8000 | 0040060228 | COX OPERATING LLC | | H444080005_C | INDXG MS, 80-40 41XX OR P110 STL 110 MYS | 107989800 | 1 | 7,563.47 | 2-1C/3C | BILL_AND_HOLD | 0912880364 | 08/03/2022 |
| 0032 | 8000 | 0040060228 | COX OPERATING LLC | | H444508006_C | LTSA, S-22 80-40 3.5"EUMOD B | 108082347 | 1 | 3,267.80 | 2-1C/3C | BILL_AND_HOLD | 0912880364 | 08/03/2022 |
| 0032 | 8000 | 0040060228 | COX OPERATING LLC | | H065507707_C | SU BMS-A099 | 0001887589 | 8 | 1,296.90 | 2-1C/3C | BILL_AND_HOLD | 0912880364 | 08/03/2022 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | 1 | H266730717_C | PT LNDG CLR, TYP II W/BFL 5" X 18#-USS-E | 910742504 | 1 | 6,786.00 | COX BOX | BILL_AND_HOLD | 910742504 | 01/23/2020 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | 1 | H266730621_C | PT LNDG CLR, TYP II W/BFL 5" X 21.4#-ULT | 910742504 | 1 | 6,786.00 | COX BOX | BILL_AND_HOLD | 910742504 | 01/23/2020 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | 1 | H297010224_C | PLSH BORE RCPT, 5" 21.4# VTHTP | 19513-A | 1 | 11,691.55 | CNR BONE | BILL_AND_HOLD | 910742504 | 01/23/2020 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | L4S/T1BP00 | H299894309ST1_C | XOVRBSHG,5.5"17#VTHTBX5.5"20#SL | 16336 | 1 | 6,439.20 | COX BOX | HELD_FOR_STORAGE | 905243564 | 10/28/2014 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | L4S/T1BP00 | H266730599_C | PT LNDG CLR, TYP II W/BFL 5.5" X 20#-SLF | 905243564 | 1 | 8,403.20 | COX BOX | HELD_FOR_STORAGE | 905243564 | 10/25/2014 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | F5 ST02 | H266730551_C | LC, TYP II W/BFL 7" 26# TENARISHYDRIL WD | 15429 | 1 | 8,508.50 | COX BOX | HELD_FOR_STORAGE | 904718186 | 08/18/2016 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | 1 | H299895884_C | XOVR BSHG, 5"18#VTHT B X 5"18#USS-EAGLE | 910742504 | 1 | 6,786.00 | COX BOX | BILL_AND_HOLD | 910742504 | 01/23/2020 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | 1 | H299894673_C | XOVR BSHG, 5"18#VTHT B X 5"21.4#ULT-SF | 910742504 | 1 | 6,786.00 | COX BOX | BILL_AND_HOLD | 910742504 | 01/23/2020 |
| 2704 | 8000 | 0040060228 | COX OPERATING LLC | 0000000000000001 | H299901775_C | CLR, 5"18#VTHT B X 5"18#VTHT | | 1 | 4,760.60 | COX BOX1 | HELD_FOR_STORAGE | | 01/23/2020 |

Exhibit E