CSC

CSC- Wilmington

www.cscglobal.com

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

Matter#     NOT PROVIDED

Order#      5636361-1

Project Id :   119001

Order Date     03/11/2026

Subject:              COX OIL OFFSHORE, LLC

Jurisdiction:         LA - Database

Request for:          UCC Debtor Search

Thru Date:            March 09, 2026

Result:               See attached search results

Followup:             Full set of documents is required for complete information.

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

Exhibit F

# Louisiana Secretary of State
## UCC Filing Detail
### (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:     57-2160657

Filed:     4/18/2016 at 12:01 PM

Parish:     VERMILION

Debtors: (1)

| |
|---|
| COX OIL OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>4514 COLE AVE., SUITE 1175<br>NONE<br>DALLAS, TX 75205 |

Original Secured Parties: (1)

| |
|---|
| AMARILLO NATIONAL BANK<br>Tax ID#: #####0000<br>410 S. TAYLOR<br>NONE<br>AMARILLO, TX 79101 |

Property:

| |
|---|
| ALL PERSONAL PROPERTY. |

Subsequent Filings: (6)

| Type | Details |
|---|---|
| Assignment: | 57-20182238 filed on 10/22/2018 at 3:39 PM<br><br>Assignees: (1)<br>   AMARILLO NATIONAL BANK, AS COLLATERAL AGENT<br>   Tax ID: #####0000<br>   401 S. TAYLOR<br>   AMARILLO, TX 79101 |
| Continuation: | 57-20210608 filed on 4/6/2021 at 11:21 AM |
| Amendment: | 57-20230460 filed on 3/23/2023 at 2:06 PM<br>COLLATERAL CHANGE TO RESTATE COVERED COLLATERAL: ALL OF COX OIL OFFSHORE, LLC'S RIGHTS, TITLE AND INTEREST IN AND TO THE PROPERTY OF ANY KIND OR CHARACTER DESCRIBED IN THAT CERTAIN AMENDED AND RESTATED MORTGAGE, ASSIGNMENT OF RENTS, SECURITY, ETC. |
| Amendment: | 57-20230684 filed on 5/5/2023 at 11:31 AM<br>COLLATERAL CHANGE TO ADD: ALL OF COX OIL OFFSHORE, LLC'S RIGHT, TITLE, AND INTEREST IN AND TO THE PPROPERY, OF ANY KIND OR CHARACHTER, DESCRIBED IN THAT CERTAIN SUPPLEMENTAL MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING FROM, ETC. |
| Amendment: | 57-20231130 filed on 7/20/2023 at 3:12 PM<br>COLLATERAL CHANGE TO RESTATE COVERED COLLATERAL: ALL OF COX OIL OFFSHORE, LLC'S RIGHT, TITLE AND INTEREST IN AND TO THE PROPERTY, OF ANY KIND OR CHARACTER, DESCRIBED IN THAT CERTAIN AMENDED AND RESTATED MORTGAGE, ASSIGENMENT OF RENTS, ETC. |
| Continuation: | 57-2442 ***Pending*** filed on 3/11/2026 at 8:56 AM |

Print

Direct Access - Filing Details

# Louisiana Secretary of State
## UCC Filing Detail
### (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:    57-2160657

Filed:             4/18/2016 at 12:01 PM

Parish:            VERMILION

Debtors:  (1)

| |
|---|
| COX OIL OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>4514 COLE AVE., SUITE 1175<br>NONE<br>DALLAS, TX 75205 |

Original Secured Parties: (1)

| |
|---|
| AMARILLO NATIONAL BANK<br>Tax ID#: #####0000<br>410 S. TAYLOR<br>NONE<br>AMARILLO, TX 79101 |

Property:

| |
|---|
| ALL PERSONAL PROPERTY. |

Subsequent Filings: (6)

| Type | Details |
|---|---|
| Assignment: | 57-20182238 filed on 10/22/2018 at 3:39 PM<br><br>Assignees: (1)<br>    AMARILLO NATIONAL BANK, AS COLLATERAL AGENT<br>    Tax ID: #####0000<br>    401 S. TAYLOR<br>    AMARILLO, TX 79101 |
| Continuation: | 57-20210608 filed on 4/6/2021 at 11:21 AM |
| Amendment: | 57-20230460 filed on 3/23/2023 at 2:06 PM<br>COLLATERAL CHANGE TO RESTATE COVERED COLLATERAL: ALL OF COX OIL OFFSHORE, LLC'S RIGHTS, TITLE AND INTEREST IN AND TO THE PROPERTY OF ANY KIND OR CHARACTER DESCRIBED IN THAT CERTAIN AMENDED AND RESTATED MORTGAGE, ASSIGNMENT OF RENTS, SECURITY, ETC. |
| Amendment: | 57-20230684 filed on 5/5/2023 at 11:31 AM<br>COLLATERAL CHANGE TO ADD: ALL OF COX OIL OFFSHORE, LLC'S RIGHT, TITLE, AND INTEREST IN AND TO THE PPROPERY, OF ANY KIND OR CHARACHTER, DESCRIBED IN THAT CERTAIN SUPPLEMENTAL MORTGAGE, ASSIGNMENT OF RENTS, SECURITY AGREEMENT AND FIXTURE FILING FROM, ETC. |
| Amendment: | 57-20231130 filed on 7/20/2023 at 3:12 PM<br>COLLATERAL CHANGE TO RESTATE COVERED COLLATERAL: ALL OF COX OIL OFFSHORE, LLC'S RIGHT, TITLE AND INTEREST IN AND TO THE PROPERTY, OF ANY KIND OR CHARACTER, DESCRIBED IN THAT CERTAIN AMENDED AND RESTATED MORTGAGE, ASSIGNEMENT OF RENTS, ETC. |
| Continuation: | 57-2442 ***Pending*** filed on 3/11/2026 at 8:56 AM |

Print

# Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:     26-377134

Filed:     10/22/2018 at 11:43 AM

Parish:     JEFFERSON

Debtors: (1)

| |
|---|
| COX OIL OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>4514 COLE AVE, SUITE 1175<br>DALLAS, TX 75205 |

Original Secured Parties: (1)

| |
|---|
| EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT<br>Tax ID#: #####0000<br>333 CLAY STREET, SUITE 3500<br>HOUSTON, TX 77002 |

Property:

| |
|---|
| ALL OF DEBTOR'S RIGHTS, TITLE AND INTEREST IN AND TO THE PROPERTY OF ANY KIND OR CHARACTER DESCRIBED IN THAT CERTAIN MORTGAGE, LINE OF CREDIT MORTGAGE, DEED OF TRUST, ASSIGNMENT, SECURITY AGREEMENT, FIXTURE FILING AND FINANCING STATEMENT (THE "MORTGAGE") FROM DEBTOR FOR THE BENEFIT OF SECURED ETC |

Subsequent Filings: (1)

| Type | Details |
|---|---|
| Continuation: | 26-429991 filed on 9/1/2023 at 10:27 AM |

Print

Direct Access - Filing Details

## Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:     26-377134

Filed:              10/22/2018 at 11:43 AM

Parish:             JEFFERSON

Debtors: (1)

| |
|---|
| COX OIL OFFSHORE, L.L.C.<br>Tax ID: #####0000<br>4514 COLE AVE, SUITE 1175<br>DALLAS, TX 75205 |

Original Secured Parties: (1)

| |
|---|
| EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT<br>Tax ID#: #####0000<br>333 CLAY STREET, SUITE 3500<br>HOUSTON, TX 77002 |

Property:

| |
|---|
| ALL OF DEBTOR'S RIGHTS, TITLE AND INTEREST IN AND TO THE PROPERTY OF ANY KIND OR CHARACTER DESCRIBED IN THAT CERTAIN MORTGAGE, LINE OF CREDIT MORTGAGE, DEED OF TRUST, ASSIGNMENT, SECURITY AGREEMENT, FIXTURE FILING AND FINANCING STATEMENT (THE "MORTGAGE") FROM DEBTOR FOR THE BENEFIT OF SECURED ETC |

Subsequent Filings: (1)

| Type | Details |
|---|---|
| Continuation: | 26-429991 filed on 9/1/2023 at 10:27 AM |

Print

# Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

### Notice: All Filings after 3/9/2026 are subject to change or removal.

Original File#:     38-20-2238 **SELLER/BUYER**

Filed:     8/20/2020 at 10:15 AM

Parish:     PLAQUEMINES

Debtors: (1)

> COX OIL OFFSHORE, L.L.C.
> Tax ID: #####0000
> 4514 COLE AVENUE, SUITE 1175
> DALLAS, TX 75205

Original Secured Parties: (1)

> U.S. BANK NATIONAL ASSOCIATION
> Tax ID#: #####0000
> MAIL CODE SF-CA-SF
> ONE CALIFORNIA STREET, SUITE 1000
> SAN FRANCISCO, CA 94111

Property:

> SEE ATTACHED EXHIBIT A.

Subsequent Filings: (1)

| Type | Details |
|---|---|
| Continuation: | 38-25-1319 filed on 4/29/2025 at 9:51 AM |

Print

# Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:    26-425032

Filed:            1/13/2023 at 3:56 PM

Parish:           JEFFERSON

Debtors:  (1)

COX OIL OFFSHORE, L.L.C.
Tax ID: #####7047
4514 COLE AVENUE, SUITE 1175
DALLAS, TX 75205-4183

Original Secured Parties: (1)

ARGONAUT INSURANCE COMPANY
Tax ID#: #####0000
PO BOX 469011
SAN ANTONIO, TX 78246

Property:  FIX/MIN FILING

THE COLLATERAL IN THIS FINANCING STATEMENT IS DESCRIBED IN THE ATTACHED MORTGAGE, ASSIGNMENT, SECURITY AGREEMENT AND FINANCING STATEMENT DATED JANUARU 12, 2023, ATTACHED HERETO AS ANNEX 1. THE ATTACHED MORTGAGE, ASSIGNMENT, SECURITY AGREEMENT AND FINANCING STATEMENT DATED JANUARY 12, 2023 IS ETC.

Print

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

Matter#    NOT PROVIDED
Project Id :   119001

Order#        5636398-1
Order Date     03/11/2026

Subject:                COX OPERATING, LLC

Jurisdiction:           LA - Database

Request for:            UCC Debtor Search

Thru Date:              March 09, 2026

Result:                 See attached search results

Followup:               A full set of documents is required for complete information.

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

# Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:      09-1294688

Filed:               4/19/2016 at 2:53 PM

Parish:              CADDO

Debtors: (1)

| |
|---|
| COX OPERATING, L.L.C.<br>Tax ID: #####0000<br>4514 COLE AVE STE 1175<br>DALLAS, TX 75205 |

Original Secured Parties: (1)

| |
|---|
| FROST BANK<br>Tax ID#: #####0000<br>P.O. BOX 1600<br>SAN ANTONIO, TX 78296 |

Property:

| |
|---|
| ALL INSTRUMENTS, INCLUDING ALL NOTES RECEIVABLE; WHETHER ANY OF THE FOREGOING IS OWNED NOW OR ACQUIRED LATER, ALL ACCESSIONS, ADDITIONS, REPLACEMENTS, AND ... ETC - SEE ORIGINAL |

Subsequent Filings: (1)

| Type | Details |
|---|---|
| Continuation: | 09-1451148 filed on 1/25/2021 at 8:41 AM |

[ Print ]

# Louisiana Secretary of State
## UCC Filing Detail
## (Not a Certified Copy)

**Notice: All Filings after 3/9/2026 are subject to change or removal.**

Original File#:　　26-429608

Filed:　　　　　8/10/2023 at 8:53 AM

Parish:　　　　JEFFERSON

Debtors: (1)

| |
|---|
| COX OPERATING, L.L.C.<br>Tax ID: #####0000<br>4514 COLE AVENUE<br>SUITE 1175<br>DALLAS, TX 75205 |

Original Secured Parties: (1)

| |
|---|
| AMARILLO NATIONAL BANK, AS AGENT<br>Tax ID#: #####0000<br>P.O. BOX 1<br>AMARILLO, TX 79105 |

Property:

| |
|---|
| ALL ASSETS AND ALL PERSONAL PROPERTY |

Print

**CSC**

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 5636272-1 |
| Project Id : | 119001 | Order Date | 03/11/2026 |

Subject: ENERGY XXI GOM, LLC

Jurisdiction: DE - Secretary Of State

Request For: UCC Debtor Search

Result: Records found

Thru Date: February 23, 2026

No. of findings: 9

| | |
|---|---|
| Original UCC Filings: | 5 |
| Amendments: | 3 |
| Continuations: | 1 |
| Assignments: | 0 |
| Releases: | 0 |
| Corrections: | 0 |
| Terminations: | 0 |

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| Matter# | NOT PROVIDED | | Order# | 5636272-1 |
|---|---|---|---|---|
| Project Id : | 119001 | | Order Date | 03/11/2026 |

|  |  |
|---|---|
| Subject: | ENERGY XXI GOM, LLC |
| Jurisdiction: | DE - Secretary Of State |
| Request for: | UCC Debtor Search |
| Result: | Records found |

| | |
|---|---|
| File Type: | Original |
| File Number: | 20187264035 |
| File Date : | 10/19/2018 |
| Current Secured Party of Record: | EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT |

| | |
|---|---|
| File Type: | Amendment |
| File Number: | 20190557095 |
| File Date : | 01/24/2019 |
| Original File Number: | 20187264035 |

| | |
|---|---|
| File Type: | Amendment |
| File Number: | 20230613090 |
| File Date : | 01/24/2023 |
| Original File Number: | 20187264035 |

| | |
|---|---|
| File Type: | Amendment |
| File Number: | 20235914063 |
| File Date : | 08/29/2023 |
| Original File Number: | 20187264035 |

| | |
|---|---|
| File Type: | Continuation |
| File Number: | 20235914105 |
| File Date : | 08/29/2023 |
| Original File Number: | 20187264035 |

| | |
|---|---|
| File Type: | Original |
| File Number: | 20229938093 |
| File Date : | 12/01/2022 |
| Current Secured Party of Record: | ARENA OFFSHORE, LP |

| | |
|---|---|
| File Type: | Original |
| File Number: | 20229938101 |
| File Date : | 12/01/2022 |
| Current Secured Party of Record: | ARENA OFFSHORE, LP |

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | |
|---|---|
| File Type: | Original |
| File Number: | 20229938119 |
| File Date : | 12/01/2022 |
| Current Secured Party of Record: | ARENA OFFSHORE, LP |

| | |
|---|---|
| File Type: | Original |
| File Number: | 20234005798 |
| File Date : | 06/02/2023 |
| Current Secured Party of Record: | AMARILLO NATIONAL BANK, AS COLLATERAL AGENT |

| | |
|---|---|
| Followup: | A full set of documents is required for complete information. |

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 11, 2026 AT 3:24 P.M.
FOR DEBTOR, ENERGY XXI GOM, LLC

1 OF 5            FINANCING STATEMENT                20187264035

EXPIRATION DATE: 10/19/2028

DEBTOR:       ENERGY XII GOM, LLC

              4514 COLE AVE, SUITE 1175            ADDED    10-19-18

              DALLAS, TX US 75205                  REMOVED 01-24-19

DEBTOR:       ENERGY XXI GOM, LLC

              4514 COLE AVE., SUITE 1175           ADDED    01-24-19

              DALLAS, TX US 75205                  REMOVED 08-29-23

DEBTOR:       ENERGY XXI GOM, LLC

              4514 COLE AVE,                        ADDED    08-29-23

              SUITE 1175

              DALLAS, TX US 75205

SECURED:      EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT

              333 CLAY STREET, SUITE 3500          ADDED    10-19-18

              HOUSTON, TX US 77002


F I L I N G   H I S T O R Y



*Charuni Patibanda-Sanchez, Secretary of State*

20266375855-UCC11                                Authentication: 203321858
SR# 20261141957                                  Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware

### The First State

```
20187264035    FILED 10-19-18    AT 7:14 P.M.    FINANCING STATEMENT

20190557095    FILED 01-24-19    AT 3:14 P.M.    AMENDMENT

20230613090    FILED 01-24-23    AT 1:25 P.M.    AMENDMENT

20235914063    FILED 08-29-23    AT 6:57 P.M.    AMENDMENT

20235914105    FILED 08-29-23    AT 6:57 P.M.    CONTINUATION



   2 OF 5         FINANCING STATEMENT              20229938093
              EXPIRATION DATE: 12/01/2027
  DEBTOR:      ENERGY XXI GOM, LLC

              1021 MAIN STREET, SUITE 2626        ADDED    12-01-22

              HOUSTON, TX US 77002

  SECURED:    ARENA OFFSHORE, LP

              2103 RESEARCH FOREST DRIVE, SUITE 200  ADDED   12-01-22

              THE WOODLANDS, TX US 77380



              F I L I N G   H I S T O R Y

  20229938093    FILED 12-01-22    AT 8:59 P.M.    FINANCING STATEMENT


   3 OF 5         FINANCING STATEMENT              20229938101
              EXPIRATION DATE: 12/01/2027
```



Charuni Patibanda-Sanchez, Secretary of State

20266375855-UCC11
SR# 20261141957

Authentication: 203321858
Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware



## The First State

DEBTOR:      ENERGY XXI GOM, LLC

              1021 MAIN STREET, SUITE 2626        ADDED    12-01-22

              HOUSTON, TX US 77002

SECURED:     ARENA OFFSHORE, LP

              2103 RESEARCH FOREST DRIVE, SUITE 200  ADDED   12-01-22

              THE WOODLANDS, TX US 77380

## F I L I N G   H I S T O R Y

 20229938101    FILED 12-01-22    AT 9:01 P.M.    FINANCING STATEMENT

    4 OF 5          FINANCING STATEMENT                20229938119

           EXPIRATION DATE: 12/01/2027

DEBTOR:      ENERGY XXI GOM, LLC

              1021 MAIN STREET, SUITE 2626        ADDED    12-01-22

              HOUSTON, TX US 77002

SECURED:     ARENA ENERGY, LLC

              2103 RESEARCH FOREST DRIVE, SUITE 400  ADDED   12-01-22

              THE WOODLANDS, TX US 77380

SECURED:     ARENA OFFSHORE, LP



Charuni Patibanda-Sanchez, Secretary of State

20266375855-UCC11
SR# 20261141957

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203321858
Date: 03-11-26



# Delaware

Page 4

### The First State

*2103 RESEARCH FOREST DRIVE, SUITE 200  ADDED   12-01-22*

*THE WOODLANDS, TX US 77380*

*F I L I N G   H I S T O R Y*

*20229938119   FILED 12-01-22   AT 9:03 P.M.   FINANCING STATEMENT*

*5 OF 5          FINANCING STATEMENT          20234005798*

*EXPIRATION DATE: 06/02/2028*

*DEBTOR:      ENERGY XXI GOM, LLC*

*4514 COLE AVE., SUITE 1175          ADDED   06-02-23*

*DALLAS, TX US 75205*

*SECURED:     AMARILLO NATIONAL BANK, AS COLLATERAL AGENT*

*P O BOX 1                          ADDED   06-02-23*

*AMARILLO, TX US 79105*

*F I L I N G   H I S T O R Y*

*20234005798   FILED 06-02-23   AT 1:38 P.M.   FINANCING STATEMENT*

*E N D   O F   F I L I N G   H I S T O R Y*



Charuni Patibanda-Sanchez, Secretary of State

20266375855-UCC11                                        Authentication: 203321858
SR# 20261141957                                          Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

*Page 5*

## The First State

    *THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, ENERGY XXI GOM, LLC AS OF FEBRUARY 23, 2026 AT 11:59 P.M.*



*C. R. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

20266375855-UCC11
SR# 20261141957

Authentication: 203321858
Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | | |
|---|---|---|---|---|
| Matter# | NOT PROVIDED | | Order# | 5636331-1 |
| Project Id : | 119001 | | Order Date | 03/11/2026 |

| | |
|---|---|
| Subject: | ENERGY XXI GULF COAST, LLC |
| Jurisdiction: | DE - Secretary Of State |
| Request For: | UCC Debtor Search |
| Result: | Records found |
| Thru Date: | February 23, 2026 |
| No. of findings: | 1 |

| | |
|---|---|
| Original UCC Filings: | 1 |
| Amendments: | 0 |
| Continuations: | 0 |
| Assignments: | 0 |
| Releases: | 0 |
| Corrections: | 0 |
| Terminations: | 0 |

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

Matter#     NOT PROVIDED                                    Order#        5636331-1
Project Id :  119001                                          Order Date     03/11/2026

Subject:                    ENERGY XXI GULF COAST, LLC

Jurisdiction:                DE - Secretary Of State

Request for:                UCC Debtor Search

Result:                     Records found

File Type:                  Original
File Number:                20234006366
File Date :                 06/02/2023
Current Secured Party of Record:     AMARILLO NATIONAL BANK, AS COLLATERAL AGENT

Followup:                   A full set of documents is required for complete information.

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



# Delaware

Page 1

### The First State

CERTIFICATE

SEARCHED MARCH 11, 2026 AT 3:26 P.M.
FOR DEBTOR, ENERGY XXI GULF COAST, LLC

1 OF 1            FINANCING STATEMENT            20234006366

EXPIRATION DATE: 06/02/2028
DEBTOR:       ENERGY XXI GULF COAST, LLC

4514 COLE AVE., SUITE 1175            ADDED   06-02-23

DALLAS, TX US 75205

SECURED:     AMARILLO NATIONAL BANK, AS COLLATERAL AGENT

P O BOX 1                             ADDED   06-02-23

AMARILLO, TX US 79105


F I L I N G   H I S T O R Y

20234006366    FILED 06-02-23   AT 1:43 P.M.   FINANCING STATEMENT


E N D   O F   F I L I N G   H I S T O R Y

   THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, ENERGY XXI GULF COAST, LLC AS OF
FEBRUARY 23, 2026 AT 11:59 P.M.



Charuni Patibanda-Sanchez, Secretary of State

20266375813-UCC11
SR# 20261141924

Authentication: 203321906
Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 5636311-1 |
| Project Id : | 119001 | Order Date | 03/11/2026 |

Subject: EPL OIL & GAS, LLC

Jurisdiction: DE - Secretary Of State

Request For: UCC Debtor Search

Result: Records found
Thru Date: February 23, 2026
No. of findings: 3

Original UCC Filings: 2
Amendments: 0
Continuations: 1
Assignments: 0
Releases: 0
Corrections: 0
Terminations: 0

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

Matter#      NOT PROVIDED                                    Order#          5636311-1
Project Id :   119001                                        Order Date     03/11/2026

Subject:              EPL OIL & GAS, LLC

Jurisdiction:         DE - Secretary Of State

Request for:          UCC Debtor Search

Result:               Records found


File Type:                           Original
File Number:                         20187264316
File Date :                          10/19/2018
Current Secured Party of Record:     EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT

File Type:                           Continuation
File Number:                         20235881031
File Date :                          08/28/2023
Original File Number:                20187264316

File Type:                           Original
File Number:                         20234006127
File Date :                          06/02/2023
Current Secured Party of Record:     AMARILLO NATIONAL BANK, AS COLLATERAL AGENT


Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at
www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com


Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



# Delaware

*Page 1*

### The First State

CERTIFICATE

SEARCHED MARCH 11, 2026 AT 3:26 P.M.
FOR DEBTOR, EPL OIL & GAS, LLC

1 OF 2          FINANCING STATEMENT              20187264316

              EXPIRATION DATE: 10/19/2028
DEBTOR:        EPL OIL & GAS, INC.

               4514 COLE AVE, SUITE 1175          ADDED    10-19-18

               DALLAS, TX US 75205

SECURED:       EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT

               333 CLAY STREET, SUITE 3500        ADDED    10-19-18

               HOUSTON, TX US 77002


             F I L I N G   H I S T O R Y

  20187264316    FILED 10-19-18   AT 7:24 P.M.    FINANCING STATEMENT

  20235881031    FILED 08-28-23   AT 6:03 P.M.    CONTINUATION


   2 OF 2          FINANCING STATEMENT              20234006127
              EXPIRATION DATE: 06/02/2028
DEBTOR:        EPL OIL & GAS, LLC

               4514 COLE AVE., SUITE 1175         ADDED    06-02-23



*C. P. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

20266375904-UCC11                              Authentication: 203321895
SR# 20261141990                                Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

# Delaware



Page 2

### The First State

DALLAS, TX US 75205

SECURED:   AMARILLO NATIONAL BANK, AS COLLATERAL AGENT

P O BOX 1                                    ADDED    06-02-23

AMARILLO, TX US 79105


F I L I N G   H I S T O R Y

20234006127    FILED 06-02-23   AT 1:42 P.M.    FINANCING STATEMENT


E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS, FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS OFFICE WHICH NAME THE ABOVE DEBTOR, EPL OIL & GAS, LLC AS OF FEBRUARY 23, 2026 AT 11:59 P.M.



Charuni Patibanda-Sanchez, Secretary of State

20266375904-UCC11                                   Authentication: 203321895
SR# 20261141990                                     Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

| | | | |
|---|---|---|---|
| Matter# | NOT PROVIDED | Order# | 5636242-1 |
| Project Id : | 119001 | Order Date | 03/11/2026 |

Subject:                     M21K, LLC

Jurisdiction:               DE - Secretary Of State

Request For:              UCC Debtor Search

Result:                        Records found
Thru Date:                  February 23, 2026
No. of findings:           3

Original UCC Filings:     2
Amendments:               0
Continuations:             1
Assignments:              0
Releases:                    0
Corrections:                0
Terminations:             0

Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.

CSC

www.cscglobal.com

CSC- Wilmington

251 Little Falls Drive
Wilmington, DE 19808
800-927-9800
302-636-5454 (Fax)

Matter#    NOT PROVIDED                              Order#          5636242-1
Project Id :   119001                               Order Date      03/11/2026

Subject:                    M21K, LLC

Jurisdiction:               DE - Secretary Of State

Request for:                UCC Debtor Search

Result:                     Records found


File Type:                  Original
File Number:                20187264480
File Date :                 10/19/2018
Current Secured Party of Record:    EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT

File Type:                  Continuation
File Number:                20235881114
File Date :                 08/28/2023
Original File Number:       20187264480

File Type:                  Original
File Number:                20234006267
File Date :                 06/02/2023
Current Secured Party of Record:    AMARILLO NATIONAL BANK, AS COLLATERAL AGENT

Followup:                   A full set of documents is required for complete information.


Ordered by KIMBERLY HEARD at STEWART ROBBINS & BROWN, LLC

Thank you for using CSC. For real-time 24 hour access to the status of any order placed with CSC, access our website at www.cscglobal.com.

If you have any questions concerning this order or CSCGlobal, please feel free to contact us.

Account Specialist
AccountSpecialist@cscglobal.com

Corporation Service Company(R) Terms and Conditions

You agree that all information that Corporation Service Company furnishes to you will be used solely as one factor in your credit, insurance, marketing or other
business decisions and will not be used (i) in determining a consumer's eligibility for credit or insurance where such credit or insurance is to be used primarily for personal, family or household purposes, (ii) for employment purposes, or (iii) for governmental licenses. Use of the information in the above manner is a violation of the Fair Credit Reporting Act.



# Delaware

*Page 1*

## The First State

CERTIFICATE

SEARCHED MARCH 11, 2026 AT 3:22 P.M.
FOR DEBTOR, M21K, LLC

1 OF 2            FINANCING STATEMENT                20187264480

        EXPIRATION DATE: 10/19/2028
DEBTOR:        M21K, LLC

        4514 COLE AVE, SUITE 1175              ADDED    10-19-18

        DALLAS, TX US 75205

SECURED:     EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT

        333 CLAY STREET, SUITE 3500            ADDED    10-19-18

        HOUSTON, TX US 77002


        F I L I N G   H I S T O R Y

  20187264480    FILED 10-19-18   AT 7:32 P.M.    FINANCING STATEMENT

  20235881114    FILED 08-28-23   AT 6:03 P.M.    CONTINUATION


  2 OF 2            FINANCING STATEMENT                20234006267
        EXPIRATION DATE: 06/02/2028
DEBTOR:        M21K, LLC

        4514 COLE AVE., SUITE 1175             ADDED    06-02-23



*C. P. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

20266374708-UCC11                          Authentication: 203321825
SR# 20261140924                            Date: 03-11-26
You may verify this certificate online at corp.delaware.gov/authver.shtml



# Delaware

### The First State

Page 2

DALLAS, TX US 75205

SECURED:       AMARILLO NATIONAL BANK, AS COLLATERAL AGENT

P O BOX 1                                     ADDED    06-02-23

AMARILLO, TX US 79105

F I L I N G   H I S T O R Y

20234006267    FILED 06-02-23    AT 1:43 P.M.    FINANCING STATEMENT

E N D   O F   F I L I N G   H I S T O R Y

THE UNDERSIGNED FILING OFFICER HEREBY CERTIFIES THAT THE ABOVE
LISTING IS A RECORD OF ALL PRESENTLY EFFECTIVE FINANCING STATEMENTS,
FEDERAL TAX LIENS AND UTILITY SECURITY INSTRUMENTS FILED IN THIS
OFFICE WHICH NAME THE ABOVE DEBTOR, M21K, LLC AS OF FEBRUARY 23, 2026
AT 11:59 P.M.



*C. P. Sanchez*

Charuni Patibanda-Sanchez, Secretary of State

20266374708-UCC11                                    Authentication: 203321825
SR# 20261140924                                      Date: 03-11-26

You may verify this certificate online at corp.delaware.gov/authver.shtml

# UCC Summary Report

 CSC

**801 Adlai Stevenson Drive**
**Springfield, IL 62703-4261**
**Phone: 1 (800) 858-5294**
**Fax:    1 (800) 345-6059**

**Date:** 03/12/2026
**Account:** 7484765
**Company:** Stewart Robbins & Brown, LLC
301 Main StSte 1640
Baton Rouge, LA 70801-0016
Phone: 12252257099467

## Search Details

**Order #:** 5636376
**Jurisdiction:** Texas - Texas
**Issuing Office:** Secretary Of State, Statutory Filings Division,
Corporations Section
**Service:** Summary by Debtor (Company)
**Full Business Name:** MLCJR, LLC
**Include Lapsed Filings:** No
**Use Start Date:**
**Search Criteria:** MLCJR
**Rush Order:** Yes
**Document Option:** Listing Only - Plain
**Email Results To:** kheard@stewartrobbins.com
**Special Instructions:**
**Set as Recurring:** No

**Billing Reference:** 119001

## Search Results

Search results in this jurisdiction include UCC records and Federal Tax Liens (only on company names).

**Search results current as of:** 03/05/2026

**Records selected to print:** 13
**Total records selected:** 13

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---|---|---|---|---|---|---|
| 0001.001 | 160012258601 | UCC1 | 04/18/2016 | 04/21/2031 | MLCJR LLC<br>4514 COLE AVE., SUITE 1175<br>DALLAS, TX 75205 | AMARILLO NATIONAL BANK<br>410 S. TAYLOR<br>AMARILLO, TX 79101 |
| 0001.001 | 160012258601 | UCC1 | 04/18/2016 | 04/21/2031 | MLCJR LLC<br>4514 COLE AVE., SUITE 1175<br>DALLAS, TX 75205 | AMARILLO NATIONAL BANK, AS COLLATERAL AGENT<br>401 S. TAYLOR<br>AMARILLO, TX 79101 |
| 0001.002 | 1800369048 | ASG | 10/18/2018 | 04/21/2031 | | |
| 0001.003 | 2100131287 | CON | 04/02/2021 | 04/21/2031 | | |
| 0001.004 | 2601271087 | CON | 03/03/2026 | 04/21/2031 | | |
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | CEXXI, INC.<br>4514 COLE AVENUE, STE. 1175<br>DALLAS, TX 75205 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | COX BRADLEY E.<br>4514 COLE AVENUE, STE. 1175<br>DALLAS, TX 75205 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |

CSC makes no express or implied warranties, guarantees, or representations related to this report's accuracy or completeness, or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.

Case 23-90324   Document 2596-7   Filed in TXSB on 04/08/26   Page 31 of 31

| GroupID | Filing Number | Category | Filing Date | Exp Date | Debtor Name | Secured Party |
|---------|---------------|----------|-------------|----------|-------------|---------------|
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | COX OIL OFFSHORE, LLC<br>4514 COLE AVENUE, STE. 1175<br>DALLAS, TX 75205 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | COX OPERATING, LLC<br>4514 COLE AVENUE, STE. 1175<br>DALLAS, TX 75205 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | ENERGY XXI GULF COAST, INC.<br>1021 MAIN STREET, STE. 2626<br>HOUSTON, TX 77002 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | EPL OIL & GAS, INC.<br>1021 MAIN STREET, STE. 2626<br>HOUSTON, TX 77002 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |
| 0002.001 | 220031798800 | UCC1 | 06/23/2022 | 06/23/2027 | MLCJR, LLC<br>4514 COLE AVENUE, STE. 1175<br>DALLAS, TX 75205 | U.S. SPECIALTY INSURANCE COMPANY<br>801 S. FIGUEROA ST., SUITE 700<br>LOS ANGELES, CA 90017 |
| 0003.001 | 230024458987 | UCC1 | 06/02/2023 | 06/02/2028 | MLCJR LLC<br>4514 COLE AVE., SUITE 1175<br>DALLAS, TX 75205 | AMARILLO NATIONAL BANK, AS COLLATERAL AGENT<br>P O BOX 1<br>AMARILLO, TX 79105 |

CSC makes no express or implied warranties, guarantees, or representations related to this report's accuracy or completeness, or regarding the public record data provided by its suppliers. CSC disclaims all liability for indirect, consequential, incidental or special damages related to this report. The customer's sole remedy for any error or omission is limited to a refund of the service fee.