| UCC-1 Filer | Address | City | State | Zip |
|---|---|---|---|---|
| Amarillo National Bank, as collateral agent | 410 S. Taylor | Amarillo | TX | 79101 |
| Arena Energy, LLC | 2103 Research Forest Drive, Suite 400 | The Woodlands | TX | 77380 |
| Arena Offshore, LP | 2103 Research Forest Drive, Suite 200 | The Woodlands | TX | 77380 |
| Argonaut Insurance Company | PO Box 469011 | San Antonio | TX | 78246 |
| EIG Management Company, LLC, as collateral agent | 333 Clay Street, Suite 3500 | Houston | TX | 77002 |
| Frost Bank | PO Box 1600 | San Antonio | TX | 78296 |
| U.S. Bank National Association | One California Street, Suite 1000 | San Francisco | CA | 94111 |
| U.S. Specialty Insurance Company | 801 S. Figueroa St., Suite 700 | Los Angeles | CA | 90017 |

Exhibit G