| Name | Address1 | Address2 | Address3 | Address4 |
|---|---|---|---|---|
| Amarillo National Bank, as collateral agent | | | 410 S. Taylor St. | Amarillo, TX 79101 |
| Amarillo National Bank, as collateral agent | c/o Jerry Ivy | | Plaza One, 4th & Taylor | Amarillo, TX 79101 |
| Amarillo National Bank, as collateral agent | Attn: Louis M. Phillips | Kelly Hart Pitre | 301 Main St., Suite 1600 | Baton Rouge, LA 70801 |
| Arena Energy, LLC | | | 2103 Research Forest Dr., Suite 400 | The Woodlands, TX 77380 |
| Arena Energy, LLC | c/o CT Corporation System | | 1999 Bryan St., Suite 900 | Dallas, TX 75201-3136 |
| Arena Energy, LLC | Attn: Tye C. Hancock | Holland & Knight LLP | 811 Main St., Suite 2500 | Houston, TX 77002 |
| Arena Energy, LLC | Attn: Scott D. Broekstra | | 2103 Research Forest Dr., Suite 300 | The Woodlands, TX 77380 |
| Arena Offshore, LP | | | 2103 Research Forest Dr., Suite 200 | The Woodlands, TX 77380 |
| Arena Offshore, LP | c/o CT Corporation System | | 1999 Bryan St., Suite 900 | Dallas, TX 75201-3136 |
| Arena Offshore, LP | Attn: Tye C. Hancock | Holland & Knight LLP | 811 Main St., Suite 2500 | Houston, TX 77002 |
| Arena Offshore, LP | Attn: Scott D. Broekstra | | 2103 Research Forest Dr., Suite 300 | The Woodlands, TX 77380 |
| Argonaut Insurance Company | | | PO Box 469011 | San Antonio, TX 78246 |
| Argonaut Insurance Company | c/o Corporation Service Company | | 211 E. 7th St., Suite 620 | Austin, TX 78701-3218 |
| Argonaut Insurance Company | Attn: Michael E. Collins | Manier & Herod, P.C. | 1201 Demonbreun St., Suite 900 | Nashville, TN 37203 |
| EIG Management Company, as collateral agent | | | 333 Clay St., Suite 3500 | Houston, TX 77002 |
| EIG Management Company, as collateral agent | c/o CT Corporation System | | 1999 Bryan St., Suite 900 | Dallas, TX 75201-3136 |
| Frost Bank | | | PO Box 1600 | San Antonio, TX 78246 |
| Frost Bank | c/o Corporation Service Company | | 211 E. 7th St., Suite 620 | Austin, TX 78701-3218 |
| Frost Bank | Attn: Joshua L. Shepherd | Quilling, Selander, Lownds Winslett & Moser, P.C. | 2001 Bryan St., Suite 1800 | Dallas, TX 75201 |
| U.S. Bank National Association | | | One California St., Suite 1000 | San Francisco, CA 94111 |
| U.S. Bank National Association | c/o CT Corporation System | | 1999 Bryan St., Suite 900 | Dallas, TX 75201-3136 |
| U.S. Speciality Insurance Company | | | 801 S. Figueroa St., Suite 700 | Los Angeles, CA 90017 |
| U.S. Speciality Insurance Company | c/o National Registered Agents, Inc. | | 1999 Bryan St., Suite 900 | Dallas, TX 75201-3140 |
| U.S. Speciality Insurance Company | Attn: Simon R. Mayer | Locke Lord LLP | 600 Travis St., Suite 2800 | Houston, TX 77002 |

Exhibit H