UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
| MLCJR LLC, *et al.*,[1] | ) | Case No. 23-90324 (CML) |
|  | ) |  |
| Debtors | ) | Jointly Administered |
|  | ) |  |
|  | ) |  |

I hereby certify that a copy of the following pleading:

*Trustee's Motion for the Entry of an Order: (I) Authorizing the Employment and Retention of Henderson Auctions; (II) Approving the Sale of Equipment through Public Auction Free and Clear of Liens, Claims, and Interests; (III) Approving Carve-out and Application of Sale Proceeds; and (IV) Granting Related Relief* [P-2596]

was served on April 8, 2026 on the following parties in the following manner:

1) Those parties who have consented to service through the Court's Electronic Notification System were served via that system as indicated on Exhibit "A"

2) Those parties listed on Exhibit "B" via United States mail, postage prepaid and addressed.

Baton Rouge, Louisiana, this 8th day of April 2026.

STEWART ROBBINS BROWN & ALTAZAN, LLC

By:     */s/ William S. Robbins*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

wrobbins@stewartrobbins.com
Brandon A. Brown (Tx. Bar # 24104237)
bbrown@stewartrobbins.com
Brooke W. Altazan (Tx. Bar # 24101002)
baltazan@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel to Michael D. Warner, Chapter 7 Trustee*

**Exhibit "A"**

**From:** noreply@courtdrive.com
**To:** Kim Heard
**Subject:** 23-90324 Application to Employ
**Date:** Wednesday, April 8, 2026 9:46:55 AM

**VIEW PDF FOR FREE**
powered by CourtDrive

Download PDF

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

**U.S. Bankruptcy Court**

**Southern District of Texas**

Notice of Electronic Filing

The following transaction was received from William S. Robbins entered on 4/8/2026 at 9:42 AM CDT and filed on 4/8/2026
**Case Name:** MLCJR LLC and Ad Hoc Committee of Statutory Lien Creditors
**Case Number:** 23-90324
**Document Number:** 2596

**Docket Text:**
Application to Employ Henderson Auctions as Auctioneer. Objections/Request for Hearing Due in 21 days., Motion For Sale of Free and Clear of Liens as Described in Section 363(f). Objections/Request for Hearing Due in 21 days. Fee Amount $199., Motion *Approve Carve-Out and Application of Sale Proceeds* Filed by Trustee Michael D Warner (Attachments: # (1) Proposed Order # (2) Exhibit A # (3) Exhibit B # (4) Exhibit C # (5) Exhibit D # (6) Exhibit E # (7) Exhibit F # (8) Exhibit G # (9) Exhibit H) (Robbins, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Cox Tubular Sale Motion - FINAL.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-0] [28948b01bd6f8c1fb6890d7206e8ef89d3d9f8b2cf8b95159aed11792b5a47082451 43a0e92060db37fd12ee3816ca760b7654343a73e1f5a284789d065d6ef3]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\Proposed OG Tubular Sale Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-1] [0904a468b547a738743ee8225e838a6745aa3e5fc4926ef20582cd1e33f01cc23775 1b4c632dc55ca4a773f82f5e18e452e23f7f164e4ce3497738431fdf4a5b]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\Exhibit A - Bush Declaration.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-2] [75f02ceab83d5d1a12d0f927dbb232e6a117a7c2a0878fe836137994b2420f13c9a0 9eae64dbbf6e502b9c81da29e15a76cdbf40bc1bf107991e3492757a38c8]]
**Document description:**Exhibit B
**Original filename:**C:\fakepath\Exhibit B - Patterson Inventory.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-3] [9593f9f996e53fa3460c494303e00794ddcf2025165b73d10217af7fa54ab533faf2 16c85ebc9bef831a4a9e29678eb29e50beaac96227bcefe80a4a455a7d16]]
**Document description:**Exhibit C
**Original filename:**C:\fakepath\Exhibit C - IOS Inventory.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-4] [20c6487a43b3b67a7b610025628fcf374c43993f8a8dfca2aa3c78ab6c2b65562641 4c3c6e997f9609f0e3f6d62fc3e019c2c982a12124424b55edb18e7369b5]]
**Document description:**Exhibit D
**Original filename:**C:\fakepath\Exhibit D - NOV Inventory.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-5] [7030541a77b239de1a7082d9f6d6c266d30e949e4fadd74b479ec46d4eb1a65c3f30 b8ec340966ae73e6a18b9dde805c5b8a83a07bcbd8f4a2f68e8f454b07a5]]
**Document description:**Exhibit E
**Original filename:**C:\fakepath\Exhibit E - Baker Hughes Inventory.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-6] [3c86b9a1bcc9ad1e21719771c881a46361082f888c775738ff9d382a3260d4fa3244 fb8a54bd86af5ec0333e0a9c5ee18a8deed6cb3f284138f64fa352d826a6]]
**Document description:**Exhibit F
**Original filename:**C:\fakepath\Exhibit F - UCC-1 Searches for Tubular Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-7] [674e3b3fbe585040f74a497f5a4955f2748ebd43415142ce295113129e5d1ab1fdbf 1d7fb7d65db03976c4c31be23101ceef9dead8013c59b1a3ae11a117a64f]]
**Document description:**Exhibit G
**Original filename:**C:\fakepath\Exhibit G - Potential Lienholder Schedule.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-8] [9fd0f4315a1e02949264a0bef7f9446c51806e637328189d44ef49bc8688d30b460b bc324871e6b6d896fe99e4ff664dccecf41c569f024879d0528ca55c4e435]]
**Document description:**Exhibit H
**Original filename:**C:\fakepath\Exhibit H - Addresses for Potential Lienholders.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=996787432 [Date=4/8/2026] [FileNumber=53575593-9] [ab8df8cf7bff91adf69a7267915162eaa6f3b2b14316289648357b8ad15ef7b10f6b e011e589686485cc6041a3782cb51e38fe38a1323cceb297fa503c53f2cb]]

**23-90324 Notice will be electronically mailed to:**

Philip Moss Abelson on behalf of Creditor Committee The Official Committee of Unsecured Creditors
philip.abelson@whitecase.com

Christopher Adams on behalf of Creditor Cardinal Coil Tubing, LLC
cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Christopher Adams on behalf of Interested Party Cardinal Slickline, LLC
cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Ricardo A. Aguilar on behalf of Creditor Danos, L.L.C.
richard.aguilar@arlaw.com, annie.parish@arlaw.com

H Kent Aguillard on behalf of Creditor Cardinal Coil Tubing, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Chalmers, Collins, Alwell, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor DLS, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor M&H Enterprises, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Offshore Air & Refrigeration, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Petroleum Coordinators Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Total Production Supply LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Creditor Westwind Helicopters, Inc.
kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard on behalf of Interested Party Cardinal Slickline, LLC
kent@aguillardlaw.com, germaine@aguillardlaw.com

Brooke Watford Altazan on behalf of Plaintiff Michael D Warner
baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brooke Watford Altazan on behalf of Trustee Michael D Warner
baltazan@stewartrobbins.com, baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Yelena Archiyan on behalf of Interested Party Sea Robin Pipeline Company, LLC
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Stingray Pipeline Company L.L.C.
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Triton Gathering, LLC
yelena.archiyan@katten.com

Yelena Archiyan on behalf of Interested Party Trunkline Field Services LLC
yelena.archiyan@katten.com

Edward H Arnold, III on behalf of Creditor Gulf Coast Marine Fabricators, Inc.
harnold@bakerdonelson.com

Erin Kathleen Arnold on behalf of Creditor Amarillo National Bank
erin.arnold@kellyhart.com

Erin Kathleen Arnold on behalf of Plaintiff Amarillo National Bank
erin.arnold@kellyhart.com

Todd Allan Atkinson on behalf of Defendant GOL, L.L.C.
todd.atkinson@wbd-us.com, Heidi.Sasso@wbd-us.com;cindy.giobbe@wbd-us.com;morgan.patterson@wbd-us.com;nichole.wilcher@wbd-us.com

John E.W. Baay, II on behalf of Interested Party Fairfield Industries Incorporated
Jbaay@LabordeSiegel.com

John E.W. Baay, II on behalf of Interested Party Westerngeco LLC
Jbaay@LabordeSiegel.com

James B. Bailey on behalf of Creditor Cactus Wellhead LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor Cactus Wellhead, LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor Premium Oilfield Services LLC
jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey on behalf of Creditor c/o James Bailey,Esq TGS-NOPEC Geophysical Company
jbailey@bradley.com, jbailey@ecf.courtdrive.com

Brandon Kevin Bains on behalf of Creditor Hanover Insurance Company
brandon@bainslaw.com, langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brian A. Baker on behalf of Creditor National Oilwell Varco, L.P.
brian@sorrelslaw.com

Alicia Lenae Barcomb on behalf of U.S. Trustee US Trustee
alicia.barcomb@usdoj.gov

James Paul Barnett, Jr on behalf of Creditor General Crude Oil Company
jimbarnett@jpb-law.com, lposey@jpb-law.com;scanner@jpb-law.com

Brent B Barriere on behalf of Plaintiff MICHAEL D. WARNER
bbarriere@fishmanhaygood.com, akelley@fishmanhaygood.com;kfritscher@fishmanhaygood.com

Steven Michael Beauchamp on behalf of Creditor Philadelphia Indemnity Insurance Company
sbeauchamp@drylaw.com, filings@drylaw.com;1371728420@filings.docketbird.com

David M Bennett on behalf of Creditor Devon Energy Corporation
david.bennett@hklaw.com, gracie.gonzales@tklaw.com;hope.daniels@hklaw.com;hapi@hklaw.com

Jason B. Binford on behalf of Creditor Shell Offshore Inc.
jbinford@krcl.com, ajezisek@krcl.com

Jason B. Binford on behalf of Creditor Shell Trading (US) Company
jbinford@krcl.com, ajezisek@krcl.com

David S Bland on behalf of Creditor Accu-Line Wireline
david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland on behalf of Creditor Aldonsa, Inc. d/b/a Oilfield Instrumentation USA
david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland on behalf of Creditor Enterprise Offshore Drilling
david.bland@chaffe.com, mwynne@blandpartners.com

Joseph P Briggett on behalf of Interested Party Keystone Chemical LLC
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett on behalf of Interested Party R&R Boats, Inc.
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett on behalf of Interested Party Specialty Offshore, Inc.
jbriggett@bakerdonelson.com, adaunoy@lawla.com

Marty L Brimmage on behalf of Interested Party Alvarez & Marsal North America, LLC
mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Jason S Brookner on behalf of Creditor FW GOM Pipeline, Inc.
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Creditor GOM Shelf LLC
jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner on behalf of Plaintiff GOM Shelf, L.L.C.
jbrookner@grayreed.com, lwebb@grayreed.com

Brandon Augustus Brown on behalf of Plaintiff Michael D Warner
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown on behalf of Trustee Chapter 7 Trustee
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown on behalf of Trustee Michael D Warner
bbrown@stewartrobbins.com, kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Christina Marie Brown on behalf of Creditor W&T Energy VI, LLC
christina.brown@gibsondunn.com,
POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondunn.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com;YMoreno@gibsondunn.com;christina-m-brown-4427@ecf

Christina Marie Brown on behalf of Creditor W&T Offshore, Inc.
christina.brown@gibsondunn.com,
POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondunn.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com;YMoreno@gibsondunn.com;christina-m-brown-4427@ecf

Jase A. Brown on behalf of Creditor Everest Reinsurance Company
jbrown@browntriallaw.com

Jase A. Brown on behalf of Creditor Sirius America Insurance Company
jbrown@browntriallaw.com

Nick M. Brown on behalf of Creditor W&T Energy VI, LLC
nick.brown@kirkland.com

Nick M. Brown on behalf of Creditor W&T Offshore, Inc.
nick.brown@kirkland.com

Joseph A. Caneco on behalf of Creditor Fab-Con, Inc.
jcaneco@fishmanhaygood.com

Joseph A. Caneco on behalf of Plaintiff MICHAEL D. WARNER
jcaneco@fishmanhaygood.com

Christopher Todd Caplinger on behalf of Interested Party R&R Boats, Inc.
chris.caplinger@keanmiller.com

Christopher Todd Caplinger on behalf of Plaintiff Quality Energy Services, Inc.
chris.caplinger@keanmiller.com

Clifford William Carlson on behalf of Creditor EP Energy E&P Company, L.L.C.
clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Thomas P Carroll on behalf of Interested Party United States of America
thomas.carroll@usdoj.gov

Amber Michelle Carson on behalf of Creditor GOM Shelf LLC
acarson@grayreed.com

Amber Michelle Carson on behalf of Plaintiff GOM Shelf, L.L.C.
acarson@grayreed.com

Matthew D Cavenaugh on behalf of Debtor Cox Oil Offshore, L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Cox Operating L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor EPL Oil & Gas, LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Energy XXI GOM, LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor Energy XXI Gulf Coast, LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor M21K, LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Debtor MLCJR LLC
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh on behalf of Defendant Cox Operating, L.L.C.
mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Oil Offshore, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Operating L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Cox Operating, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor EPL Oil & Gas, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Energy XXI GOM, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor Energy XXI Gulf Coast, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Debtor M21K, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Oil Offshore, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating, L.L.C.
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Cox Operating, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant EPL Oil & Gas, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Energy XXI GOM, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin on behalf of Defendant Energy XXI Gulf Coast, LLC
rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Mark J. Chaney, III on behalf of Creditor Danos, L.L.C.
mark.chaney@arlaw.com, annie.parish@arlaw.com

Mark J. Chaney, III on behalf of Creditor Westwind Helicopters, Inc.

mark.chaney@arlaw.com, annie.parish@arlaw.com

Robin B Cheatham on behalf of Creditor Seneca Resources Company, LLC
robin.cheatham@arlaw.com, Mary.cuenca@arlaw.com

Scott R. Cheatham on behalf of Creditor Crosby Energy Services, Inc.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Danos, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Diverse Safety and Scaffolding, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor EcoServe, L.L.C.
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Quality Process Services, LLC
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Seneca Resources Company, LLC
scott.cheatham@arlaw.com

Scott R. Cheatham on behalf of Creditor Thru Tubing Systems, Inc.
scott.cheatham@arlaw.com

Katherine Elizabeth Clark on behalf of Creditor Crescent GIGs LLC
kclark@lawla.com

Katherine Elizabeth Clark on behalf of Creditor Crescent Midstream, LLC
kclark@lawla.com

Katherine Elizabeth Clark on behalf of Plaintiff R. & R. Boats, Inc.
kclark@lawla.com

Edward Allison Clarkson, III on behalf of Creditor Cardinal Coil Tubing, LLC
eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Edward Allison Clarkson, III on behalf of Interested Party Cardinal Slickline, LLC
eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM Central LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM East LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM Non-Op LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Jason Gary Cohen on behalf of Interested Party Spectrum GOM West LLC
jason.cohen@bracewell.com, mary.kearney@bracewell.com

Joseph M Coleman on behalf of Interested Party Jackson Walker LLP
jcoleman@krcl.com, jcoleman@krcl.com;jcoleman@ecf.courtdrive.com

Michael Edward Collins on behalf of Creditor Argonaut Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Berkley Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Nationwide Mutual Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Travelers Casualty & Surety Company of America
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins on behalf of Creditor Westchester Fire Insurance Company
mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Timothy Russell Cook on behalf of Creditor Premium Oilfield Services LLC
tcook@csj-law.com

Sydney Corry on behalf of Creditor W&T Energy VI, LLC
sydney.corry@kirkland.com

Sydney Corry on behalf of Creditor W&T Offshore, Inc.
sydney.corry@kirkland.com

Gregg Jeffrey Costa on behalf of Creditor W&T Energy VI, LLC
gcosta@gibsondunn.com, pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregg Jeffrey Costa on behalf of Creditor W&T Offshore, Inc.
gcosta@gibsondunn.com, pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Roger Stephen Cox on behalf of Creditor Amarillo National Bank
roger.cox@uwlaw.com, mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Roger Stephen Cox on behalf of Plaintiff Amarillo National Bank
roger.cox@uwlaw.com, mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Laura Crabtree on behalf of Creditor Axis Newco, LLC
lcrabtree@dorelaw.com, chymel@dorelaw.com

Michaela Christine Crocker on behalf of Interested Party Energy Transfer
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Sea Robin Pipeline Company, LLC
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Stingray Pipeline Company L.L.C.
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Triton Gathering, LLC
michaela.crocker@katten.com

Michaela Christine Crocker on behalf of Interested Party Trunkline Field Services LLC
michaela.crocker@katten.com

James E Cuellar on behalf of Creditor RigNet, Inc.
jcuellar@wellscuellar.com

Robert Brent Cueria on behalf of Creditor Cueria Law Firm, LLC o/b/o Dillon Mitchell
cuerialaw@gmail.com

Robert Brent Cueria on behalf of Creditor Dillon Mitchell
cuerialaw@gmail.com

David L Curry, Jr on behalf of Creditor Cardinal Coil Tubing, LLC
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr on behalf of Creditor Committee Ad Hoc Committee of Statutory Lien Creditors
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr on behalf of Interested Party Cardinal Slickline, LLC
dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

Charles V Cusimano, III on behalf of Defendant Compliance Technology Group, LLC
chuck@cusimanolaw.com

Peter C D'Apice on behalf of Interested Party Cox Oil & Gas, LLC
dapice@sbep-law.com

Peter C D'Apice on behalf of Interested Party Cox Oil, LLC
dapice@sbep-law.com

Brandon Taylor Darden on behalf of Creditor C-Dive, L.L.C.
bdarden@carverdarden.com, sweeney@carverdarden.com

Brandon Taylor Darden on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
bdarden@carverdarden.com, sweeney@carverdarden.com

Rachel S. Day on behalf of Creditor Poseidon Technology, LLC
rday@bradleyfirm.com, oviccellio@bradleyfirm.com

Lawrence Raymond DeMarcay on behalf of Creditor Leviathan Offshore, LLC
ldemarcay@bhbmlaw.com

Mark E. Dendinger on behalf of Creditor Ryan, LLC
mark.dendinger@bracewell.com, mary.kearney@bracewell.com

Albert J Derbes, IV on behalf of Defendant Partco, LLC
ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com

Corey Evan Dunbar on behalf of Creditor River Rental Tools, Inc.
cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Stanwood R Duval on behalf of Creditor Gulfstream Services, Inc.
stan@duvallawfirm.com

David Robert Eastlake on behalf of Creditor Oceaneering International, Inc.
David.Eastlake@gtlaw.com, jamrokg@gtlaw.com

Philip G Eisenberg on behalf of Interested Party McMoran Oil & Gas, LLC
Phil.Eisenberg@troutman.com

Eric Michael English on behalf of Creditor Quality Construction and Production, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Quality Production Management, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Creditor Talos Energy Ventures, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party Talos Production LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party Talos Resources LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English on behalf of Interested Party USA Compression Partners, LLC
eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Joseph G Epstein on behalf of Creditor Benoit Premium Threading LLC
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Steel Service Oilfield Tubular, Inc.
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein on behalf of Creditor Tampnet Inc.
joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Samantha Espino on behalf of Creditor Amarillo National Bank
samantha.espino@wickphillips.com, rebecca.chancy@uwlaw.com

Samantha Espino on behalf of Plaintiff Amarillo National Bank
samantha.espino@wickphillips.com, rebecca.chancy@uwlaw.com

Thomas Henry Fafara on behalf of Debtor MLCJR LLC
thomas.fafara@lw.com, thomas-fafara-1858@ecf.pacerpro.com;christopher.tarrant@lw.com

Jaimie Fedell on behalf of Interested Party EP Northern Investments, LLC
jaimie.fedell@kirkland.com

Jaimie Fedell on behalf of Interested Party Flint River VPP II, LLC
jaimie.fedell@kirkland.com

Michael Fishel on behalf of Creditor Committee American Panther, LLC
michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Bradley Roland Foxman on behalf of Interested Party Natural Resources Worldwide, LLC
bfoxman@velaw.com

Jack N. Fuerst on behalf of Creditor Datasite LLC
jfuerst@sbcglobal.net, outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com

Christopher Michael Gaffney on behalf of Defendant Compliance Technology Group, LLC
chris@gaffneyla.com

Patrick S. Garrity on behalf of Creditor Right Hand Oilfield Associates, LLC
pgarrity@derbeslaw.com

Patrick S. Garrity on behalf of Defendant Right Hand Oilfield Associates, LLC
pgarrity@derbeslaw.com

Alan H Goodman on behalf of Creditor Gulf South Services
alan.goodman@bswllp.com

Alan H Goodman on behalf of Defendant Gulf South Services
alan.goodman@bswllp.com

Paul Joseph Goodwine on behalf of Creditor LLOG Exploration Offshore, L.L.C.
pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Jeremy Thomas Grabill on behalf of Plaintiff SEACOR Marine, LLC
jeremy.grabill@phelps.com, ave.miranda@phelps.com

Aaron Benjamin Greenbaum on behalf of Creditor GOL, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor Grand Isle Shipyard, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor Mack Steel & Supply, L.L.C.
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Aaron Benjamin Greenbaum on behalf of Creditor REC Marine Logistics, LLC
Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com

Tara L Grundemeier on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com

Tara L Grundemeier on behalf of Creditor Harris County
houston_bankruptcy@lgbs.com

Darren M. Grzyb on behalf of Creditor Everest Reinsurance Company
dgrzyb@csglaw.com

Darren M. Grzyb on behalf of Creditor Sirius America Insurance Company
dgrzyb@csglaw.com

Darren M. Grzyb on behalf of Creditor United States Fire Insurance Company
dgrzyb@csglaw.com

William Guerrieri on behalf of Creditor Committee The Official Committee of Unsecured Creditors
william.guerrieri@whitecase.com, mco@whitecase.com

William Lee Guice, III on behalf of Creditor Guice Offshore, LLC
bguice@rushingguice.com, rswparalegal@rushingguice.com;wlgparalegal@rushingguice.com

Gavin Hodges Guillot on behalf of Creditor Offshore Oil Services, Inc.
gavin.guillot@pbgglaw.com, rhiannon.thomas@pjgglaw.com

Holly C Hamm on behalf of Creditor Cactus Wellhead LLC
hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly C Hamm on behalf of Plaintiff Cactus Wellhead LLC
hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm on behalf of Creditor Cactus Wellhead LLC
blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm on behalf of Creditor Cactus Wellhead, LLC
blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Tye Hancock on behalf of Creditor Arena Energy LLC
tye.hancock@oag.texas.gov

Aimee Williams Hebert on behalf of Creditor Amarillo National Bank
aimee.hebert@kellyhart.com, crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com

Aimee Williams Hebert on behalf of Plaintiff Amarillo National Bank
aimee.hebert@kellyhart.com, crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com

Joseph Patrick Hebert on behalf of Creditor Dynasty Energy Services, LLC
jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joseph Patrick Hebert on behalf of Creditor Eaton Oil Tools, Inc.
jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Gary A Hemphill on behalf of Creditor SEACOR Marine, LLC
gary.hemphill@phelps.com

Gary A Hemphill on behalf of Plaintiff SEACOR Marine, LLC
gary.hemphill@phelps.com

John F Higgins, IV on behalf of Creditor Quality Construction and Production, LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV on behalf of Creditor Quality Production Management, LLC
jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

Kayci Hines on behalf of Interested Party United States of America
kayci.hines@usdoj.gov

Thomas A Howley on behalf of Defendant AIG US, INC.
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER B0621EMSCO000121
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant CLEARWATER INSURANCE COMPANY
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant Hudson Insurance Company
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant MILLER INSURANCE SERVICES, LLP
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant STARSTONE INSURANCE COMPANY
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley on behalf of Defendant WR BERKLEY CORPORATION
tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Shane Huang on behalf of Interested Party United States of America
shane.huang@usdoj.gov

Thomas J Humphrey on behalf of Debtor MLCJR LLC
thomas.humphrey@lw.com

Amelia L. Hurt on behalf of Creditor Amarillo National Bank
amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Amelia L. Hurt on behalf of Plaintiff Amarillo National Bank
amelia.hurt@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Jack T. Jamison on behalf of Debtor Cox Operating L.L.C.
jack@jackjamisonattorney.com

Taylre Janak on behalf of Creditor Truist Insurance Holdings, Inc.
tjanak@reedsmith.com, amadu@reedsmith.com;gsaenz@reedsmith.com;ddegree@reedsmith.com

Andrew Jimenez on behalf of U.S. Trustee US Trustee
andrew.jimenez@usdoj.gov

Emile Joseph, Jr. on behalf of Creditor Petro Pull, LLC
EmileJoseph@AllenGooch.com

T. Josh Judd on behalf of Creditor Chevron U.S.A. Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Noble Energy, Inc.
jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd on behalf of Creditor Union Oil Company of California
jjudd@andrewsmyers.com, sray@andrewsmyers.com

Benjamin W Kadden on behalf of Creditor All Coast, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor ES&H Production Group, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Gulfstream Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Offshore Liftboats, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Piranha Rentals, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Premier Offshore Catering Inc
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Prime Energy Resources, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Quality Energy Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Sparrows Offshore, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Swivel Rental & Supply, L.L.C.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Tobias, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Creditor Total Production Supply LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Keystone Chemical LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party R&R Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Specialty Offshore Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Interested Party Specialty Offshore, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff All Coast, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff E S & H Production Group, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Keystone Chemical, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Offshore Liftboats, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Piranha Rentals, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Premier Offshore Catering, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Prime Energy Resources, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Quality Energy Services, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff R&R Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff R. & R. Boats, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Sparrows Offshore, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Specialty Offshore, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Swivel Rental & Supply, LLC
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Tobias, Inc.
bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden on behalf of Plaintiff Total Production Supply, LLC
bkadden@lawla.com, mnguyen@lawla.com

Brian I. Kantar on behalf of Creditor United States Fire Insurance Company
bkantar@csglaw.com

David Patrick Keating on behalf of Creditor Whitco Pump & Equipment, LLC
rick@dmsfirm.com

David Patrick Keating on behalf of Creditor Whitco Supply Co
rick@dmsfirm.com

Sara M. Keith on behalf of Creditor Shell Offshore Inc.
sara.keith@shell.com, sara.keith@shell.com;nashira.parker@shell.com

Brian A Kilmer on behalf of Creditor QuarterNorth Energy LLC and certain of its affiliates
kilmer@mkrlawfirm.com, Elizabeth.Grant@KLGates.com

James W King on behalf of Creditor Gulf Offshore Rentals, LLC
jking@offermanking.com

Jamie Kirk on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Alex Konstantynovski on behalf of Creditor Committee The Official Committee of Unsecured Creditors
alex.konstantynovski@whitecase.com, mco@whitecase.com

Charles R. Koster on behalf of Creditor Committee The Official Committee of Unsecured Creditors
ckoster@whitecase.com, mco@whitecase.com

Arthur Raymond Kraatz on behalf of Creditor SEACOR Marine, LLC
arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Arthur Raymond Kraatz on behalf of Plaintiff SEACOR Marine, LLC
arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Omer F Kuebel, III on behalf of Interested Party Burlington Resources Offshore, Inc.
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party ConocoPhillips Company
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party McMoran Oil & Gas, LLC
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III on behalf of Interested Party PXP Producing Company, LLC
rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Marc Evan Kutner on behalf of Creditor Jackie Lewis
mkutner@spaglaw.com, meghan@spaglaw.com

Ward F Lafleur on behalf of Creditor Burner Fire Control, Inc.
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor EPS Logistics Company
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor Expeditors and Production Services
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor GIR Solutions, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor Kilgore Marine Services, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Creditor VCG Energy Group, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Defendant Burner Fire Control, Inc.
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur on behalf of Defendant VCG Energy Group, LLC
wlafleur@mandllaw.com, jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ryan Lamb on behalf of Interested Party United States of America
ryan.lamb@usdoj.gov

Darryl T Landwehr on behalf of Creditor A & H Armature Works, Inc.
dtlandwehr@aol.com

Keith Langley on behalf of Creditor Liberty Mutual Insurance Company
klangley@l-llp.com

Fernand L Laudumiey, IV on behalf of Creditor Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
bankruptcy@chaffe.com, laudumiey@chaffe.com,messina@chaffe.com

Tara T. LeDay on behalf of Creditor BSREP II Houston Office 1HC Owner, LLC
Tara.LeDay@huschblackwell.com, christine.deacon@huschblackwell.com;penny.keller@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com

Kelly H Leonard on behalf of Creditor GOM Shelf LLC
kleonard@grayreed.com

Kelly H Leonard on behalf of Plaintiff GOM Shelf, L.L.C.
kleonard@grayreed.com

Steven J. Levitt on behalf of Creditor Devon Energy Corporation
steven.levitt@hklaw.com, gracie.gonzales@tklaw.com;hapi@hklaw.com

Demetra Liggins on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC ("DCP"
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins on behalf of Creditor W&T Offshore, Inc.
dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Kenneth A Listwak on behalf of Defendant Marsh & Mclennan Agency, LLC (Formerly, McGriff, Seibels & Williams, LLC)
kenneth.listwak@troutman.com

Kenneth A Listwak on behalf of Defendant McGriff Insurance Services, LLC
kenneth.listwak@troutman.com

Armistead Mason Long on behalf of Creditor CRESCENT GIGS, LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Crescent GIGs LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Crescent Midstream, LLC
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Eugene Lazard
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Jeremy Fontenot
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Creditor Nicholas Miller
along@gamb.com, sroberts@gamb.com

Armistead Mason Long on behalf of Interested Party J.M. Huber Corporation
along@gamb.com, sroberts@gamb.com

Jonathan L. Lozano on behalf of Creditor Ryan, LLC
jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan L. Lozano on behalf of Plaintiff Ryan, LLC
jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Walter Patrick Maestri on behalf of Creditor NNW, Inc.
wmaestri@deutschkerrigan.com

Ryan E Manns on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo
ryan.manns@nortonrosefulbright.com

Tristan E Manthey on behalf of Creditor Fab-Con, Inc.
tmanthey@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Kevin M Maraist on behalf of Creditor Archrock Partners Operating LLC
kmaraist@albmlaw.com

Kevin M Maraist on behalf of Creditor Services Archrock Partners Operating LLC and Archrock Services, L.P.

kmaraist@albmlaw.com

Jarrod B. Martin on behalf of Creditor BSREP II Houston Office 1HC Owner, LLC
jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

Jarrod B. Martin on behalf of Trustee Michael D Warner
jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

Simon Richard Mayer on behalf of Creditor A-Port, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer on behalf of Creditor Diamond Tank Rental, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer on behalf of Creditor W&T Offshore, Inc.
Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer on behalf of Interested Party ConocoPhillips Company
Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer on behalf of Interested Party McMoran Oil & Gas, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer on behalf of Interested Party PXP Producing Company, LLC
Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Duston K McFaul on behalf of Interested Party OSEGIK Investments LLC
dmcfaul@sidley.com, txefilingnotice@sidley.com;duston-mcfaul-2509@ecf.pacerpro.com

Frank F McGinn on behalf of Creditor Iron Mountain Information Management, LLC
ffm@bostonbusinesslaw.com

Zachary S McKay on behalf of Debtor MLCJR LLC
zmckay@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Evans Martin McLeod on behalf of Creditor Barry Graham Oil Service, LLC
marty.mcleod@phelps.com

Michelle McMahon on behalf of Creditor Cullen and Dykman LLP
mmcmahon@cullenllp.com

Evelyn J. Meltzer on behalf of Defendant Marsh & Mclennan Agency, LLC (Formerly, McGriff, Seibels & Williams, LLC)
evelyn.meltzer@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Evelyn J. Meltzer on behalf of Defendant McGriff Insurance Services, LLC
evelyn.meltzer@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Andrew David Mendez on behalf of Attorney Stone Pigman Walther Wittmann L.L.C.
amendez@stonepigman.com

Andrew David Mendez on behalf of Defendant Stone Pigman Walther Wittmann L.L.C.
amendez@stonepigman.com

Andrew David Mendez on behalf of Interested Party Natural Resources Worldwide, LLC
amendez@stonepigman.com

Michael P Menton on behalf of Creditor BRI 1850 Houston OCC, LLC
mikementon@waderobertslaw.com

Emily Meraia on behalf of Debtor MLCJR LLC
emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia on behalf of Defendant Cox Operating, L.L.C.
emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

David J Messina on behalf of Creditor Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

Layla Milligan on behalf of Interested Party Texas Comptroller of Public Accounts, Unclaimed Property Division
layla.milligan@oag.texas.gov

Mark Mintz on behalf of Debtor MLCJR LLC
mmintz@joneswalker.com, hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Mintz on behalf of Spec. Counsel JONES WALKER LLP
mmintz@joneswalker.com, hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

John E. Mitchell on behalf of Interested Party Sea Robin Pipeline Company, LLC
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Stingray Pipeline Company L.L.C.
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Triton Gathering, LLC
john.mitchell@katten.com

John E. Mitchell on behalf of Interested Party Trunkline Field Services LLC
john.mitchell@katten.com

Abigail Wood Mock on behalf of Plaintiff Michael D Warner
amock@stewartrobbins.com

Abigail Wood Mock on behalf of Plaintiff Michael D. Warner
amock@stewartrobbins.com

Abigail Wood Mock on behalf of Trustee Michael D Warner
amock@stewartrobbins.com

Maria Barbara Mokrzycka on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo
maria.mokrzycka@nortonrosefulbright.com

Trevor C. Mosby on behalf of Defendant Pressure & Flow Control Systems, LLC dba PetroQuip
tmosby@bakerdonelson.com

Leann Opotowsky Moses on behalf of Creditor C-Dive, L.L.C.
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Leann Opotowsky Moses on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited
moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

John A Mouton, III on behalf of Creditor Cardinal Coil Tubing, LLC
john@jmoutonlaw.com

John A Mouton, III on behalf of Interested Party Cardinal Slickline, LLC
john@jmoutonlaw.com

Christopher S Murphy on behalf of Creditor Texas Comptroller of Public Accounts, Revenue Accounting Division
bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Cameron Murray on behalf of Defendant American Eagle A Division of Bennett Motor Express, LLC
cameron.murray@taylorporter.com, elise.aycock@taylorporter.com

George J Nalley, Jr on behalf of Creditor Committee Turnkey Offshore Project Services, LLC
gnalley@mblb.com

Cherie Dessauer Nobles on behalf of Creditor Fab-Con, Inc.
cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Cherie Dessauer Nobles on behalf of Plaintiff MICHAEL D. WARNER
cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Kelli S. Norfleet on behalf of Interested Party BP Energy Company
kelli.norfleet@haynesboone.com, jennifer.cook@haynesboone.com

Kelli S. Norfleet on behalf of Interested Party BP Energy Company and BP Products North America Inc.
kelli.norfleet@haynesboone.com, jennifer.cook@haynesboone.com

John Richard O'Keefe, Jr on behalf of Creditor Gas Turbine Applications, Inc.
jokeefe@metzlewis.com

John Thomas Oldham on behalf of Creditor Cardinal Coil Tubing, LLC
joldham@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

John Thomas Oldham on behalf of Interested Party Cardinal Slickline, LLC
joldham@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

James J Ormiston on behalf of Creditor CIMA ENERGY, LP
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor FW GOM Pipeline, Inc.
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor GOM Shelf LLC
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Creditor SP 49 Pipeline LLC
jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston on behalf of Plaintiff GOM Shelf, L.L.C.
jormiston@grayreed.com, rcuddihy@grayreed.com

Lenard M. Parkins on behalf of Creditor Island Operating Company
lparkins@parkinsrubio.com, 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

George Robert Parrott, II on behalf of Creditor Crosby Energy Services, Inc.
robert.parrott@arlaw.com, vicki.owens@arlaw.com

George Robert Parrott, II on behalf of Creditor Quality Process Services, LLC
robert.parrott@arlaw.com, vicki.owens@arlaw.com

Johnie J Patterson on behalf of Creditor Crosby Energy Services, Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson on behalf of Creditor Danos, L.L.C.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson on behalf of Creditor Westwind Helicopters, Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Stewart F Peck on behalf of Interested Party R&R Boats, Inc.
speck@lawla.com

Stewart F Peck on behalf of Plaintiff All Coast, LLC
speck@lawla.com

Stewart F Peck on behalf of Plaintiff Quality Energy Services, Inc.
speck@lawla.com

Alfredo R Perez on behalf of Creditor EP Energy E&P Company, L.L.C.
alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Alfredo R Perez on behalf of Interested Party QuarterNorth Energy LLC
alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com

Harry Allen Perrin on behalf of Interested Party Cox Investment Partners, LP
hperrin@velaw.com

Harry Allen Perrin on behalf of Interested Party Natural Resources Worldwide, LLC
hperrin@velaw.com

Harry Allen Perrin on behalf of Interested Party Bradley E. Cox
hperrin@velaw.com

Steven Brian Perry on behalf of Creditor W-Industries of Louisiana, LLC
brianperry@allengooch.com, pattistephens@allengooch.com

Gregory F Pesce on behalf of Creditor Committee The Official Committee of Unsecured Creditors
gregory.pesce@whitecase.com, mco@whitecase.com

Gregory F Pesce on behalf of Financial Advisor Huron Consulting Services LLC
gregory.pesce@whitecase.com, mco@whitecase.com

Louis M Phillips on behalf of Creditor Amarillo National Bank
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Louis M Phillips on behalf of Plaintiff Amarillo National Bank
louis.phillips@kellyhart.com, june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Mike F Pipkin on behalf of Creditor United States Fire Insurance Company
mpipkin@weinrad.com, scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com

Aaron J Power on behalf of Interested Party Exxon Mobil Corporation
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Interested Party Exxon Mobile Corporation
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Aaron J Power on behalf of Interested Party XTO Offshore, Inc.
apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com

Katherine A Preston on behalf of Creditor WELLS FARGO BANK NA
katherinepreston00@gmail.com, rsmith@winston.com;katy-preston-2248@ecf.pacerpro.com;KLowery@winston.com;ECF_Houston@winston.com;ecf_sf@winston.com

Maegan Quejada on behalf of Interested Party OSEGIK Investments LLC
mquejada@sidley.com, txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Ryan J Richmond on behalf of Creditor Delta Energy Management and Consulting, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Creditor Drake ChemCo, LLC
ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond on behalf of Creditor Petro-Marine Underwriters, Inc.
ryan@snw.law, ryan@rjrichmondlaw.com

Michael Kevin Riordan on behalf of Interested Party Blackcomb Energy, LLC
mriordan@bradley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;aplayer@bradley.com;akhan@bradley.com

Edward L Ripley on behalf of Creditor Chevron Pipe Line Company
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Chevron U.S.A. Inc.
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Noble Energy, Inc.
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Union Oil Company of California
eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley on behalf of Creditor Unocal Pipeline Company
eripley@andrewsmyers.com, sray@andrewsmyers.com

William S. Robbins on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Creditor Partco LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Interested Party Partco LLC
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Plaintiff MICHAEL D. WARNER
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Plaintiff Michael D Warner
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins on behalf of Trustee Michael D Warner
wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Lacey E. Rochester on behalf of Creditor Pressure & Flow Control Solutions LLC (PetroQuip)
lrochester@bakerdonelson.com, cbretz@bakerdonelson.com

Erin Rosenberg on behalf of Creditor Committee The Official Committee of Unsecured Creditors
erin.rosenberg@whitecase.com, mco@whitecase.com

Misha E. Ross on behalf of Debtor MLCJR LLC
misha.ross@lw.com

Michael D Rubenstein on behalf of Creditor Alliance Offshore, L.L.C.
mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Rubenstein on behalf of Creditor Helix Well Ops, Inc.
mdrubenstein@liskow.com, lschnabel@Liskow.com

David Samuel Rubin on behalf of Creditor Laborde Marine Management, LLC
David.Rubin@butlersnow.com

David Samuel Rubin on behalf of Plaintiff Laborde Marine Mangement, LLC
David.Rubin@butlersnow.com

Charles Michael Rubio on behalf of Creditor Island Operating Company
crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Charles Michael Rubio on behalf of Defendant Island Operating Company
crubio@parkinsrubio.com, 7485062420@filings.docketbird.com

Jayson B. Ruff on behalf of U.S. Trustee US Trustee
jayson.b.ruff@usdoj.gov

Robin Russell on behalf of Creditor Apache Shelf Exploration, LLC
rrussell@HuntonAK.com

Robin Russell on behalf of Interested Party Apache Corporation
rrussell@HuntonAK.com

Craig A Ryan on behalf of Creditor Prime Energy Resources, LLC
ryanc@onebane.com, coped@onebane.com

Thomas C Scannell, Jr on behalf of Creditor Axip Energy Services, LP
tscannell@foley.com, thomas-scannell-3441@ecf.pacerpro.com

Brian E Schartz on behalf of Creditor W&T Energy VI, LLC
brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian E Schartz on behalf of Creditor W&T Offshore, Inc.
brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Misty A Segura on behalf of Creditor H.I.S. Fire & Safety Equipment, LLC
msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Ryan Seidemann on behalf of Creditor State of Louisiana, Department of Natural Resources
rseidemann@thewaterinstitute.org, lentoc@ag.state.la.us

Armen Shahinian on behalf of Creditor United States Fire Insurance Company
ashahinian@csglaw.com

Christine Shang on behalf of Creditor W&T Energy VI, LLC
christine.shang@kirkland.com

Christine Shang on behalf of Creditor W&T Offshore, Inc.
christine.shang@kirkland.com

Patrick M. Shelby on behalf of Creditor Adapt Concepts, L.L.C.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby on behalf of Creditor Linear Controls, Inc.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby on behalf of Creditor SEACOR Marine, LLC
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby on behalf of Creditor Vision Production Chemicals, L.L.C.
rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Joshua Lee Shepherd on behalf of Creditor Frost Bank
shepherd@imcplaw.com

Branch Masterson Sheppard on behalf of Creditor Prime Energy Resources, LLC
bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard on behalf of Interested Party Prime Energy Resources, LLC
bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Cassandra Shoemaker on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC ("DCP")
cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com

Keith A Simon on behalf of Debtor MLCJR LLC
keith.simon@lw.com, christopher.tarrant@lw.com;keith-simon-9700@ecf.pacerpro.com

Barnet B Skelton, Jr on behalf of Creditor Houston Energy, LP
barnetbjr@msn.com

Nicholas Smeltz on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
nsmeltz@stewartrobbins.com

Nicholas Smeltz on behalf of Trustee Michael D Warner
nsmeltz@stewartrobbins.com

Connor Smith on behalf of Creditor Axis Newco, LLC
csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith on behalf of Creditor Halliburton Energy Services, Inc.
csmith@dorelaw.com, chymel@dorelaw.com

Frances Anne Smith on behalf of Creditor Shell Offshore Inc.
frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Frances Anne Smith on behalf of Creditor Shell Trading (US) Company
frances.smith@offitkurman.com, michael.coulombe@offitkurman.com

Steven W Soule on behalf of Creditor Targa LA Operating LLC
ssoule@hallestill.com, smccormick@hallestill.com

Steven W Soule on behalf of Creditor Venice Energy Services Company, L.L.C.
ssoule@hallestill.com, smccormick@hallestill.com

Suzanne Elizabeth Span on behalf of Creditor W&T Energy VI, LLC
sspan@gibsondunn.com, suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Suzanne Elizabeth Span on behalf of Creditor W&T Offshore, Inc.
sspan@gibsondunn.com, suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

John James Sparacino on behalf of Interested Party Deacon Investments LLC
jsparacino@mckoolsmith.com, john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

William E. Steffes on behalf of Creditor Precision Crane & Hydraulics, LLC
bsteffes@steffeslaw.com, akujawa@steffeslaw.com;cbiggs@steffeslaw.com

Charles L Stern, Jr on behalf of Creditor Lakeway Associates II LLC
cstern@steeglaw.com

Charles L Stern, Jr on behalf of Creditor Lakeway Associates LLC
cstern@steeglaw.com

John Alan Stewart on behalf of Creditor Guice Offshore, LLC
johnstewart1724@hotmail.com

John Alan Stewart on behalf of Debtor Cox Operating, L.L.C.
johnstewart1724@hotmail.com

Paul Douglas Stewart, Jr on behalf of Attorney Stewart Robbins Brown & Altazan, LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Creditor Partco LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Interested Party Partco LLC
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Plaintiff MICHAEL D. WARNER
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Plaintiff Michael D Warner
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Plaintiff Michael D Warner
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Plaintiff Michael D. Warner
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr on behalf of Trustee Michael D Warner
dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Mark Stromberg on behalf of Attorney Vincent John DeVito, Jr.
mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Victoria V Theriot on behalf of Creditor Broussard Brothers, Inc.
ttheriot@acadiancontractors.com

Victoria V Theriot on behalf of Creditor Home Industry Disposal Company, Inc.
ttheriot@acadiancontractors.com

Schlea Thomas on behalf of Creditor Genesis Energy, L.P.
schleathomas@paulhastings.com, michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Timothy Thriffiley on behalf of Creditor A-Port, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Logic Control Systems, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Pelstar Mechanical Services, LLC
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor River Rental Tools, Inc.
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Seatrax Services, Inc.
tthriffiley@pivachlaw.com

Timothy Thriffiley on behalf of Creditor Shallow Draft Elevating Boats, Inc.
tthriffiley@pivachlaw.com

James Wesley Thurman on behalf of Creditor All Coast, LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor ES&H Production Group, L.L.C.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Gulfstream Services, Inc.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Offshore Liftboats, LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Piranha Rentals, LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Premier Offshore Catering Inc
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Prime Energy Resources, LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Quality Energy Services, Inc.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Sparrows Offshore, LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Swivel Rental & Supply, L.L.C.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Tobias, Inc.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Creditor Total Production Supply LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party Keystone Chemical LLC
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party R&R Boats, Inc.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Interested Party Specialty Offshore, Inc.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman on behalf of Plaintiff Quality Energy Services, Inc.
j.thurman@riccipartnersllc.com, ijohnson@lawla.com

Coleman Torrans on behalf of Defendant Leviathan Offshore, LLC
ctorrans@lawla.com

Coleman Torrans on behalf of Plaintiff R. & R. Boats, Inc.
ctorrans@lawla.com

Christopher Ross Travis on behalf of U.S. Trustee US Trustee
C.Ross.Travis@usdoj.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor CROSBY INDEPENDENT SCHOOL DISTRICT
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael D Warner on behalf of Trustee Chapter 7 Trustee
mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael D Warner on behalf of Trustee Michael D Warner
mwarner@pszjlaw.com, klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael J. Weber on behalf of Creditor Hanover Insurance Company
michael.weber@dinsmore.com, deborah.dunn@dinsmore.com;chicagobankruptcyemail@dinsmore.com

Randall Scott Wells on behalf of Creditor Guice Offshore, LLC
swells@rushingguice.com

Scott C Williams on behalf of Creditor Argonaut Insurance Company
swilliams@manierherod.com

Elizabeth Hildenbrand Wirmani on behalf of Creditor Shell Offshore Inc.
elizabeth.wirmani@rsbfirm.com, michael.coulombe@rsbfirm.com

Elizabeth Hildenbrand Wirmani on behalf of Creditor Shell Trading (US) Company
elizabeth.wirmani@rsbfirm.com, michael.coulombe@rsbfirm.com

William Alfred Wood, III on behalf of Interested Party Eni Petroleum US LLC
Trey.Wood@bracewell.com, mary.kearney@bracewell.com

Matthew G Wylie on behalf of Creditor RCP Inc
mwylie@wylie-law.com

Sara Zeimer on behalf of Other Prof. Keller & Heckman, LLP
sara.zeimer@bipc.com, eservice@bipc.com;alison.sharp@bipc.com

Scott A Zuber on behalf of Creditor United States Fire Insurance Company
szuber@csglaw.com

**23-90324 Notice will not be electronically mailed to:**

Matthew S. Barr on behalf of Creditor EP Energy E&P Company, L.L.C.
Weil Goshal et al
767 Fifth Avenue
New York, NY 10153

Christopher T Caplinger
601 Poydras Street Suite 2775
New Orleans, LA 70130

Chamberlain Hrdlicka White Williams & Aughtry, P.C.
1200 Smith Street
Suite 1400
Attn: Bankruptcy Department
Houston, TX 77002

Clint Cowan on behalf of Interested Party EP Northern Investments, LLC
Kirkland and Ellis LLP
4550 Travis St.
Dallas, TX 75205

Clint Cowan on behalf of Interested Party Flint River VPP II, LLC
Kirkland and Ellis LLP
4550 Travis St.
Dallas, TX 75205

Dechert LLP
,

FDF Energy Service LLP
Bonds Ellis Eppich Schafer Jones LLP
950 Echo Lane
Suite 120
Houston, TX 77024

Fishman Haygood, L.L.P.
,

Lindsey Marie Johnson on behalf of Creditor LLOG Exploration Offshore, L.L.C.

Looper Goodwine PC
650 Poydras St
Ste 2400
New Orleans, LA 70130
ljohnson@loopergoodwine.com, pgoodwine@loopergoodwine.com

Stephen James Johnson on behalf of Creditor Mauricio Ferreyros
Morris Bart, LLC
Pan American Life Center
601 Poydras Street, 24th Floor
New Orleans, LA 70130
sjohnson@morrisbart.com, mliner@morrisbart.com

Kenneth Franzheim II Managment Trust
,

Jason R. Kenney on behalf of Plaintiff Offshore Liftboats, LLC
Staines & Eppling
3500 N. Causeway Blvd.
Ste. 820
Metairie, LA 70002

Benjamin Ford Kitchen, IV
1510 West 9th St
Austin, TX 78703

Kroll Restructuring Administration LLC
(f/k/a Prime Clerk LLC)
55 East 52nd Street
17th Floor
New York, NY 10055

LLOX, LLC
Attn David Seay, Land Manager
1001 Ochsner Blvd, Ste A
Covington, LA 70433

Justin G. Lipe on behalf of Creditor GOM Shelf LLC
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Justin G. Lipe on behalf of Plaintiff GOM Shelf, L.L.C.
Gray Reed
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Elizabeth Rachel Marks on behalf of Debtor MLCJR LLC
Latham and Watkins LLP
200 Clarendon St
Boston, MA 02116

Kay McArdle
,

Offshore Technical Compliance LLC
72030 Live Oak St
Covington, LA 70433

Sam H Poteet on behalf of Creditor Westchester Fire Insurance Company
Manier & Herod PC
1201 Demonbreun St
Suite 900
Nashville, TN 37203

Barry J Sallinger on behalf of Creditor Whitco Supply Co
Barry Sallinger, APLC
820 East St. Mary Blvd
Suite 1
Lafayette, LA 70503

Anup Sathy on behalf of Interested Party Flint River VPP II, LLC
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Blaine Scott on behalf of Interested Party Alvarez & Marsal North America, LLC
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W. Washinton, DC
Washington, DC 20006

Camille M Shepherd on behalf of Creditor Committee The Official Committee of Unsecured Creditors
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020

Amanda Rose Stanzione on behalf of Debtor MLCJR LLC
Latham and Watkins LLP
1271 Avenue of the Americas
New York, NY 10020

Evan Swager on behalf of Creditor W&T Offshore, Inc.
KIRKLAND & ELLIS LLP
601 Lexington Ave
New York, NY 10022

TPS-West, LLC
10260 Westheimer Rd
Suite 210
Houston, TX 77042

Robert S. Velevis on behalf of Interested Party OSEGIK Investments LLC
SIDLEY AUSTIN LLP
2021 McKinney Avenue
Suite 2000
Dallas, TX 74201

Michael D Warner
,

**Exhibit "B"**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>MLCJR LLC, et al | CASE NO: 23-90324<br><br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br><br>Chapter: 7<br>ECF Docket Reference No. 2596 |

On 4/8/2026, I did cause a copy of the following documents, described below,

Motion to (1) Employ Henderson Auctions; (2) Approve Sale of Equipment through Public Auction Free and Clear of Liens, Claims, and Interest; and (3) Approving Carve-Out and Application of Sale Proceeds ECF Docket Reference No. 2596

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/8/2026

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.  24661 SOTX Fed # 432642
Attorney for Panel Trustee
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA 70801
225-231-9998
kheard@stewartrobbins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

MLCJR LLC, et al

CASE NO: 23-90324

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 2596

On 4/8/2026, a copy of the following documents, described below,

Motion to (1) Employ Henderson Auctions; (2) Approve Sale of Equipment through Public Auction Free and Clear of Liens, Claims, and Interest; and (3) Approving Carve-Out and Application of Sale Proceeds ECF Docket Reference No. 2596

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/8/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul Douglas Stewart, Jr.
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

MLCJR LLC, ET AL
4514 COLE AVE.
SUITE 1175
DALLAS, TX 75205

JACKSON WALKER, LLP
ATTN: MATTHEW D. CAVENAUGH
1401 MCKINNEY ST.
SUITE 1900
HOUSTON, TX 77010

RANDY W. WILLIAMS
BYMAN & ASSOCIATES PLLC
7924 BROADWAY
SUITE 104
PEARLAND, TX 77581

JARROD MARTIN
CHAMBERLAIN, HRDLICKA
1200 SMITH ST.
SUITE 1400
HOUSTON, TX 77002

OFFICE OF THE US TRUSTEE
US TRUSTEE
515 RUSK ST.
SUITE 3516
HOUSTON, TX 77002

AMERICAN PANTHER, LLC
ATTN: NADINE MOUSTAFA, SENIOR VP, GENERAL
COUNSEL & CORP. SECRETARY
1501 MCKINNEY ST.
SUITE 800
HOUSTON, TX 77010

A PORT LLC
ATTN: LILLY HAMM, CONTROLLER & CFO
100 COMMISSION BLVD.
LAFAYETTE, LA 70508

AXIP ENERGY SERVICES, LP
ATTN: DOUG EDWARDS, SR. VP & GENERAL COUNSEL
1301 MCKINNEY ST., SUITE 900
FULLBRIGHT TOWER
HOUSTON, TX 77010

CHET MORRISON CONTRACTORS, LLC
ATT: CHET MORRISON, FOUNDER & CEO
9 BAYOU DELARGE RD.
HOUMA, LA 70363

CROSBY ENERGY SERVICES
ATTN: CHRIS BRANTLEY, EXECUTIVE VP & CFO
14090 WEST MAIN ST.,
CUT OFF, LA 70345

CYPRESS POINT MARINE
ATTN: JOHN SUMICH, PRESIDENT
500 HWY. 90
SUITE 120
PATTERSON, LA 70392

BURNER FIRE CONTROL, INC.
ATTN: MATT CRUSE, PRESIDENT & CEO
1317 PETROLEUM PKWY.
BROUSSARD, LA 70518

CACTUS WELLHEAD, LLC
ATTN: BRIAN SMITH, CFP
920 MEMORIAL CITY WAY
SUITE 300
HOUSTON, TX 77024

C DIVE, LLC
ATTN: ROBERT CHAMPAGNE, OWNER
1011 SADDI ST.
HOUMA, LA 70363

GOM SHELF LLC
ATTN: JON GRAHAM, SALES MANAGER
2000 W. SAM HOUSTON PKWY S
SUITE 1200
HOUSTON, TX 77042

GULFSTREAM SERVICES, INC.
ATTN: BOBBY BOND, CEO
230 & 231 DEVELOPMENT ST.
HOUMA, LA 70363

KEYSTONE CHEMICAL, LLC
ATTN: JEFF DELAHOUSSAYE, PRESIDENT
1019 ALBERTSON PKWY.
BROUSSARD, LA 70518

DANOS, LLC
ATTN: PAUL DANOS, OWNER PRESIDENT & CEO
3878 WEST MAIN ST.
GRAY, LA 70359

DLS, L.L.C.
ATTN: JUAN KNIGHT CEO
AND KENT AGUILLARD
P.O. BOX 309
LAFAYETTE, LA 70503

E S & H PRODUCTION GROUP, LLC
ATTN: PRESIDENT OR GENERAL COUNSEL
2516 ENGINEERS RD.
BELLE CHASSE, LA 70037

FAB CON, INC.
ATTN: BOBBY GILES, PRESIDENT & CEO
1710 YOUNGS RD.
MORGAN CITY, LA 70380

GOL, LLC
ATTN: CASEY BOUSEGARD, VP
4535 HIGHWAY 308
P.O. BOX 309
RACELAND, LA 70394

RYAN, LLC
ATTN: BRINT RYAN, CHAIRMAN & CEO
THREE GALLERIA TOWER
13155 NOEL RD., SUITE 100
DALLAS, TX 75240

SEATRAX, INC.
ATTN: BLUE LEGE, VP
218 GUNTHER LANE
BELLE CHASSE, LA 70037

THIRD COAST MIDSTREAM HOLDINGS, LLC
ATTN: NADINE MOUSTAFA, SENIOR VP
1501 MCKINNEY ST.
SUITE 800
HOUSTON, TX 77002

LINEAR CONTROLS INC.
ATTN: ANDRE CLEMONS, PRESIDENT & CEO
107 1/2 COMMISSION BLVD.
LAFAYETTE, LA 70508

PELSTAR MECHANICAL SERVICES, LLC
ATTN: BLUE LEGE, VP
1530 ST. ETIENNE RD.
BROUSSARD, LA 70518

PRIME ENERGY RESOURCES, LLC
ATTN: RYAN FREDERICK, VP
139 JAMES COMEAUX RD., SUITE B
PMB 609
LAFAYETTE, LA 70508

QUALITY PROCESS SERVICES, LLC
ATTN: WENDY AGUILLARD, CFO
587 S. HOLLYWOOD RD.
HOUMA, LA 70360

QUALITY PRODUCTION MANAGEMENT, LLC
ATTN: CLAY NUNNALLY, CEO
425 GRIFFIN RD.
YOUNGSVILLE, LA 70592

TURNKEY OFFSHORE PROJECT SERVICES, LLC
ATTN: JAY HENDERSON, VP
8506 SHRIMPERS ROW
DULAC, LA 70353

VISION PRODUCTION CHEMICALS LLC
ATTN: JASON BROUSSARD, VP
8910 CORDELL RD.
ABBEVILLE, LA 70510

WHITCO SUPPLY, LLC
ATTN: MINDY DAWES, OWNER & CEO
200 N. MORGAN AVE.
BROUSSARD, LA 70518

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE., NW
WASHINGTON, DC 20224

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 300152
MONTGOMERY, AL 36130

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 94095
BATON ROUGE, LA 70804

STATE OF TEXAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
CAPITOL STATION
PO BOX 12548
AUSTIN, TX 78711

ENVIRONMENTAL PROTECTION AGENCY REGION 4
ATTN: GENERAL COUNSEL
ATLANTA FEDERAL CENTER
61 FORSYTH ST. SW
ATLANTA, GA 30303

ENVIRONMENTAL PROTECTION AGENCY REGION 6
ATTN: GENERAL COUNSEL
1201 ELM ST.
SUITE 500
DALLAS, TX 75270

SECURITIES & EXCHANGE COMMISSION FORT WORTH
OFFICE
ATTN: DAVID WOODCOCK REGIONAL DIRECTOR
BURNETT PLAZA
801 CHERRY ST., SUITE 1900, UNIT 18
FORT WORTH, TX 76102

U.S. DEPARTMENT OF JUSTICE
ATTN: J. ZACHARY BALASKO, SHANE HUANG
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044

OFFICE OF THE US TRUSTEE
ATTN: MARY LANGSTON
400 POYDRAS ST.
SUITE 2110
NEW ORLEANS, LA 70130

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
WALTER SILLERS BUILDING
550 HIGH STREET, STE. 1200
JACKSON, MS 39201

ENVIRONMENTAL PROTECTION AGENCY REGION 3
ATTN: GENERAL COUNSEL
FOUR PENN CENTER
1600 JKF BLVD.
PHILADELPHIA, PA 19103

LOUISIANA DEPT. OF JUSTICE
ATTN: RYAN M. SEIDEMANN, PH.D
CIVIL DIVISION/LANDS & NATURAL RESOURCES
P.O. BOX 94005
BATON ROUGE, LA 70804

SECURITIES & EXCHANGE COMMISSION
ATTN: SECRETARY OF THE TREASURY
100 F ST. NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY ST., SUITE 400
NEW YORK, NY 10281

U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS
ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY
CIVIL PROCESS CLERK
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

US DEPT. OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION
ATTN: KAYCI G. HINES
P.O. BOX 7611 BEN FRANKLIN STATION
WASHINGTON, DC 20044

AMARILLO NATIONAL BANK, AS COLLATERAL AGENT
410 S. TAYLOR ST.
AMARILLO, TX 79101

AMARILLO NATIONAL BANK, AS COLLATERAL AGENT
C/O JERRY IVY
PLAZA ONE, 4TH & TAYLOR
AMARILLO, TX 79101

AMARILLO NATIONAL BANK, AS COLLATERAL AGENT
ATTN: LOUIS M. PHILLIPS
KELLY HART PITRE
301 MAIN ST., SUITE 1600
BATON ROUGE, LA 70801

ARENA ENERGY, LLC
2103 RESEARCH FOREST DR., SUITE 400
THE WOODLANDS, TX 77380

ARENA ENERGY, LLC
C/O CT CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201-3136

ARENA ENERGY, LLC
ATTN: TYE C. HANCOCK
HOLLAND & KNIGHT LLP
811 MAIN ST., SUITE 2500
HOUSTON, TX 77002

ARENA ENERGY, LLC
ATTN: SCOTT D. BROEKSTRA
2103 RESEARCH FOREST DR., SUITE 300
THE WOODLANDS, TX 77380

ARENA OFFSHORE, LP
2103 RESEARCH FOREST DR., SUITE 200
THE WOODLANDS, TX 77380

ARENA OFFSHORE, LP
C/O CT CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201-3136

ARENA OFFSHORE, LP
ATTN: TYE C. HANCOCK
HOLLAND & KNIGHT LLP
811 MAIN ST., SUITE 2500
HOUSTON, TX 77002

ARENA OFFSHORE, LP
ATTN: SCOTT D. BROEKSTRA
2103 RESEARCH FOREST DR., SUITE 300
THE WOODLANDS, TX 77380

ARGONAUT INSURANCE COMPANY
PO BOX 469011
SAN ANTONIO, TX 78246

ARGONAUT INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
211 E. 7TH ST., SUITE 620
AUSTIN, TX 78701-3218

ARGONAUT INSURANCE COMPANY
ATTN: MICHAEL E. COLLINS
MANIER & HEROD, P.C.
1201 DEMONBREUN ST., SUITE 900
NASHVILLE, TN 37203

EIG MANAGEMENT COMPANY, AS COLLATERAL AGENT
333 CLAY ST., SUITE 3500
HOUSTON, TX 77002

EIG MANAGEMENT COMPANY, AS COLLATERAL AGENT
C/O CT CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201-3136

FROST BANK
PO BOX 1600
SAN ANTONIO, TX 78246

FROST BANK
C/O CORPORATION SERVICE COMPANY
211 E. 7TH ST., SUITE 620
AUSTIN, TX 78701-3218

FROST BANK
ATTN: JOSHUA L. SHEPHERD
QUILLING, SELANDER, LOWNDS WINSLETT & MOSER, P.
C.
2001 BRYAN ST., SUITE 1800
DALLAS, TX 75201

U.S. BANK NATIONAL ASSOCIATION
ONE CALIFORNIA ST., SUITE 1000
SAN FRANCISCO, CA 94111

U.S. BANK NATIONAL ASSOCIATION
C/O CT CORPORATION SYSTEM
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201-3136

U.S. SPECIALITY INSURANCE COMPANY
801 S. FIGUEROA ST., SUITE 700
LOS ANGELES, CA 90017

U.S. SPECIALITY INSURANCE COMPANY
C/O NATIONAL REGISTERED AGENTS, INC.
1999 BRYAN ST., SUITE 900
DALLAS, TX 75201-3140

U.S. SPECIALITY INSURANCE COMPANY
ATTN: SIMON R. MAYER
LOCKE LORD LLP
600 TRAVIS ST., SUITE 2800
HOUSTON, TX 77002