**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

## *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT** comes Nicholas J. Smeltz ("Smeltz"), counsel of record to Michael D. Warner, solely in his official capacity as the duly elected chapter 7 trustee (the "Trustee") for the above captioned administratively consolidated estates, who respectfully moves (this "Motion") the Court, on an *ex-parte* basis, to authorize Smeltz to withdraw as counsel of record to the Trustee. In support thereof, Smeltz respectfully avers as follows:

1.      The Trustee engaged the law firm of Stewart Robbins Brown & Altazan, LLC (the "Firm") to represent it in this matter. Smeltz is currently an associate at the Firm and counsel of record to the Trustee.

2.      Smeltz has recently accepted a position with another law firm and therefore requests the Court authorize his withdrawal as counsel of record to the Trustee. While Smeltz is withdrawing as counsel of record, the Firm and its respective attorneys are continuing their representation of the Trustee in this matter. Smeltz submits that his proposed withdrawal,

---

[1]      The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are:  MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).  The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

especially in light of the Firm's continued representation of the Trustee, will not result in prejudice to any litigants or the administration of justice in this matter.

**WHEREFORE**, Smeltz respectfully requests that the Court enter an order in substantially similar form to the proposed order attached hereto: (a) granting this Motion; (b) authorizing Smeltz to withdraw as counsel of record to the Trustee; and (c) granting such other relief deemed necessary and just.

Dated: April 10, 2026

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:   */s/ Nicholas J. Smeltz*
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
Nicholas J. Smeltz (La. Bar # 38895)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 3726987)*
nsmeltz@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***