United States Bankruptcy Court
Southern District of Texas

**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 7** |
| MLCJR LLC, *et al.*,[1] | ) |
| | ) **Case No. 23-90324 (CML)** |
| Debtors. | ) |
| | ) **Jointly Administered** |
| | ) |
| | ) |

---

**ORDER GRANTING *EX-PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD**

---

**CONSIDERING** the *Ex-Parte Motion to Withdraw as Counsel of Record* the ("Motion") filed by Nicholas J. Smeltz ("Smeltz") and this Court having found that Smeltz's proposed withdrawal as counsel of record will not result in prejudice to any litigants or the administration of justice in this matter; and the Motion having been properly submitted for consideration on an *ex-parte* basis; and for other good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Smeltz is authorized to withdraw as counsel of record for Michael D. Warner, solely in his official capacity as the duly elected chapter 7 trustee for the above captioned administratively consolidated estates.

Signed: April 13, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.