**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

———————————————————————
In re:

MLCJR LLC, *et al.*,[1]

          Debtors

———————————————————————

)
)
)
)
)
)
)
)
)
)

**Chapter 7**

**Case No. 23-90324 (CML)**

**Jointly Administered**

**CERTIFICATE OF NO OBJECTION TO**
**THIRD INTERIM FEE APPLICATION OF STEWART ROBBINS BROWN &**
**ALTAZAN LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD**
**OF FEBRUARY 1, 2025 THROUGH JUNE 30, 2025**

(Related Doc. No. 2590)

———————————————————————————————————————————————

The undersigned hereby certifies as follows:

1.      On April 7, 2026, Stewart Robbins Brown & Altazan, LLC ("SRBA") counsel to Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, filed that certain *Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of February 1, 2025 through June 30, 2025* [Doc. No. 2590] (the "Application").

2.      A copy of the Application was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices pursuant to the Court's Electronic Filing Procedures, and/or was mailed via United States mail, postage prepaid to the parties on the limited notice list [Doc. No. 2594].

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

3.     The Application was filed utilizing the Court's standard twenty-one (21) day notice language, which required a response by no later than April 28, 2026 (the "Response Deadline").

4.     The undersigned hereby certifies that the Response Deadline has passed, and no responsive pleadings to the Application have appeared on the Court's docket in the above-captioned chapter 7 cases or were served upon the undersigned counsel.

5.     There were minor revisions to the Order filed with the Application. A clean copy of the revised Order, together with a redline reflecting the changes from the version filed with the Application, is attached hereto. Undersigned counsel respectfully requests that the Court enter the revised Order at its earliest convenience.

Dated: May 4, 2026                              Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:     */s/ Paul Douglas Stewart, Jr.*
        Paul Douglas Stewart, Jr. (La. Bar # 24661)
        *Admitted to Southern District of Texas*
        *(SDTX Federal No. 432642)*
        dstewart@stewartrobbins.com
        William S. Robbins (Tx. Bar # 24100894)
        wrobbins@stewartrobbins.com
        Brandon A. Brown (Tx. Bar # 24104237)
        bbrown@stewartrobbins.com
        Brooke W. Altazan (Tx. Bar # 24101002)
        baltazan@stewartrobbins.com
        301 Main Street, Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

        ***Counsel for Michael D. Warner, Chapter 7 Trustee***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on May 4, 2026.

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr.