United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 06, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF HENDERSON AUCTIONS; (II) APPROVING THE SALE OF EQUIPMENT THROUGH PUBLIC AUCTION FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; (III) APPROVING CARVE-OUT AND APPLICATION OF SALE PROCEEDS; AND (IV) GRANTING RELATED RELIEF**

*(Relates to Docket No. 2596)*

Upon the *Trustee's Motion for the Entry of an Order: (I) Authorizing the Employment and Retention of Henderson Auctions; (II) Approving the Sale of Equipment Through Public Action Free and Clear of Liens, Claims, and Interests; (III) Approving Carve-Out and Application of Sale Proceeds; and (IV) Granting Related Relief* [Doc. No. 25966 (the "Motion")[2] filed by Michael D. Warner, solely in his capacity as the duly elected chapter 7 trustee (the "Trustee") of the bankruptcy estates (the "Estates") of the Debtors; and the Court having considered the Motion and the relief requested therein; and all parties in interest having been heard, or having had the opportunity to be heard, regarding the Motion and the relief requested therein; and the Court having determined that the legal and factual bases set forth in

---

[1]  The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).  The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2]  Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

1

the Motion and on the record of the hearing (the "Hearing"), if any, establish just cause for the relief granted herein; and all objections to the Motion (if any) having been withdrawn or overruled; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,

It is hereby **FOUND, CONCLUDED, AND DETERMINED THAT**:[3]

A. The Court has jurisdiction over the matters raised in the Motion and the transactions contemplated therein under 28 U.S.C. § 1334, and that these matters constitute a core proceeding under 28 U.S.C. § 157(b), of which this Court may enter a final order in accordance with Article III of the United States Constitution. Venue of this proceeding and the Motion is properly in this District under 28 U.S.C. §§ 1408 and 1409.

B. This order (this "Order") constitutes a final order within the meaning of 28 U.S.C. § 158(a). Notwithstanding Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and to any extent necessary under Bankruptcy Rule 9014 and Rule 54(b) of the Federal Rules of Civil Procedure, as made applicable by Bankruptcy Rule 7054, this Court expressly finds that there is no just reason for delay in the implementation of this Order, waives any stay, and expressly directs entry of this Order as set forth herein.

C. The Motion was properly noticed in accordance with Federal Rules of Civil Procedure, as incorporated by the Bankruptcy Rules, the Bankruptcy Local Rules for the Southern District of Texas, and that certain *Order Granting Trustee's Emergency Motion to Limit Notice*

---

[3] Paragraphs (A) through (M) herein shall constitute this Court's findings of fact and conclusions of law under Bankruptcy Rule 7052, as incorporated by Bankruptcy Rule 9014. The Court's findings shall also include any oral findings of fact and conclusions of law made by the Court during or at the conclusion of the Hearing. To the extent that any findings of fact made herein are conclusions of law, such shall be considered as conclusions of law, and to the extent that any conclusions of law stated herein are findings of fact, such shall be considered as findings of fact.

[Doc. No. 1794]. The Trustee's notice of the Motion and the relief requested therein was sufficient, appropriate under the circumstances, and reasonably calculated to provide all interested parties with timely and proper notice. As such, no other notice needs to be provided for the Motion.

D.      The legal and factual bases articulated in the Motion establish just cause for the relief granted in this Order.

E.      The Estates' entry into that certain *Auction Agreement* (the "Agreement," a copy of which is attached to this Order as **Exhibit** "**1**") is consistent with 11 U.S.C. § 327(a) as the services to be rendered by Henderson Auctions ("Henderson") are intended to assist the Trustee with carrying out his duties under the Bankruptcy Code, namely, maximizing the value of the Estates.

F.      Henderson is both disinterested, as defined in 11 U.S.C. § 101(14), and does not hold any interest adverse to the Estates.

G.      The Motion satisfies section 327(a) of title 11 of the United States Code (the "Bankruptcy Code"), FED. R. BANKR. P. 2014 and FED. R. BANKR. P. 2016.

H.      The proposed compensation and reimbursement of direct expenses in the Agreement are appropriate under 11 U.S.C. § 330.

I.      The Trustee has articulated good, compelling, sufficient and sound business justifications for selling, through one or more sales (individually, a "Sale" and collectively, "Sales") the Estates' interest in numerous pipes, tubular inventory and other equipment (collectively, and as set forth in greater detail in **Exhibits** "**B**" – "**E**" to the Motion the "Equipment") through a public, online only auction (the "Auction") conducted by Henderson to one or more winning bidders (individually, a "Winning Bidder" and collectively, the "Winning Bidders") and therefore has satisfied the business judgment standard.

J.      The Trustee has satisfied section 363(f) of the Bankruptcy Code to sell the Equipment free and clear of all Liens (defined below), claims, and interests (any and all such liens, claims, encumbrances, liabilities, and interests, the "Encumbrances"). The Trustee may sell the Equipment free and clear of any Liens, claims and Encumbrances of any kind or nature whatsoever because, in each case, one or more of the standards set forth in section 363(f)(1)-(5) of the Bankruptcy Code has been satisfied.  Each entity with a Lien, claim, Encumbrance, or interest in the Equipment to be transferred on the Closing Date (as defined below), (i) has, subject to the terms and conditions of this Order, consented to the Sale or is deemed to have consented to the Sale; (ii) could be compelled in a legal or equitable proceeding to accept money satisfaction of such Lien, claim, Encumbrance, or interest; or (iii) otherwise falls within the provisions of section 363(f) of the Bankruptcy Code.  Those holders of Liens, claims, Encumbrances, or interests who did not object to the Motion are deemed, subject to the terms of this Order, to have consented pursuant to section 363(f)(2) of the Bankruptcy Code.  All holders of Liens, claims, Encumbrances, or interests are adequately protected by having their Liens, claims, Encumbrances, or interests attach to the cash proceeds received by the Trustee that are ultimately attributable to the property against or in which such Liens, claims, Encumbrances, or interests are asserted, subject to the terms of such Liens, claims, Encumbrances, or interests with the same validity, force, and effect, and in the same order of priority, which such Liens, claims, Encumbrances, or interests now have against the Equipment or their proceeds, if any, subject to any rights, claims, and defenses of the Debtors, their Estates, the Trustee, or any other party in interest, as applicable, may possess with respect thereto.

K.      Good and sufficient reasons for approval of the Sales have been articulated by the Trustee, and the relief requested in the Motion is in the best interests of the Debtors, their Estates,

their creditors and other parties in interest. The Trustee has demonstrated both (i) good, sufficient, and sound business purposes and justifications and (ii) compelling circumstances for the Sales outside of the ordinary course of business, pursuant to section 363(b) of the Bankruptcy Code. The Trustee's decision to pursue and consummate the Sales constitutes a proper exercise of the fiduciary duties of the Trustee.

L.      The consummation of the Sales are legal, valid, and properly authorized under all applicable provisions of the Bankruptcy Code, including, without limitation, sections 105(a), 363(b), and 363(f) of the Bankruptcy Code, and all of the applicable requirements of such sections have been complied with in respect of the transaction.

M.      The proposed carve-out negotiated among the Estates and DIP Secured Parties (as defined in the Motion) comprised of reasonable legal fees, costs, and 13% of the Sales proceeds (the "Carve-Out") is reasonable and appropriate.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Motion is **GRANTED** as set forth herein.

2.      Any and all objections to the entry of this Order or the relief granted herein and requested in the Motion that have not been withdrawn, waived, or settled as announced to the Court at the Hearing (the full record of which is incorporated herein by reference), by stipulation filed with the Court, or by representation by the Trustee in a separate pleading, and all reservations of rights included therein, if any, are hereby denied and overruled on the merits with prejudice.

3.      The Agreement with Henderson is **APPROVED**.

4.      The Trustee is authorized to employ and retain Henderson as the Estates' auctioneer under 11 U.S.C. § 327(a) in accordance with the terms of the Agreement, which are expressly incorporated in this Order.

5.      Henderson is authorized to collect a ten percent (10%) buyers premium from the Winning Bidder of each Sale and the Trustee is authorized to reimburse Henderson for its direct costs for the Auction, solely from the proceeds of the Sales, without further application or order of the Court; for the avoidance of doubt, however, neither the Trustee nor the Estates shall be responsible for the buyers premium.

6.      The Trustee (and Henderson) is authorized to conduct an Auction to sell the Equipment through one or more Sales to the Winning Bidders. To the extent that the Trustee (and Henderson) conducts an Auction that does not include any Equipment stored with Baker Hughes or otherwise disposed of by Baker Hughes, the Trustee (and Henderson) are authorized to Auction such Equipment at a later date under the authority of this Order. For the avoidance of doubt, any and all rights and remedies the Estates may hold against Baker Hughes are reserved.

7.      To consummate each Sale of the applicable Equipment sold, the Trustee is authorized to: (a) execute the Bill of Sale in the same or substantially similar manner as the *Bill of Sale* attached to this Order as **Exhibit** "**2**" (the "Bill of Sale"), the terms of which are **APPROVED** and expressly incorporated in this Order; and (b) execute and deliver, and perform under any additional instruments, documents, and agreements that may be reasonably necessary or desirable in order to implement each Sale (the "Transaction Documents").

8.      This Order shall be binding in all respects upon the Debtors, the Estates, the Trustee all creditors of, and holders of equity interests in, the Debtors, any holders of Liens, claims, Encumbrances, or other interests in, against, or on all or any portion of the Equipment (whether known or unknown), the Winning Bidders, and all successors and assigns of the Winning Bidders.

9.      The Sales of the Equipment to the Winning Bidders are approved free and clear of any and all Liens, claims, interests or other Encumbrances, with such Liens, claims, interests or

other Encumbrances attaching to the proceeds of the Sale – subject to the Carve-Out, the outstanding storage fees to owed to each Storage Vendor (as defined in the Motion), and the reimbursement of Henderson for its direct expenses for the Auction – with the same validity, force, and effect, and in the same order of priority, which such Liens, claims, Encumbrances, or other interests now have against the Equipment or their proceeds, if any, subject to any rights, claims, and defenses that the Debtors, the Estates, or any other party in interest may possess with respect thereto.

10.     Upon the Closing Date, the Trustee is authorized to disburse the proceeds from each Sale of the Equipment as follows: *first*, to the Storage Vendor (as defined in the Motion) for outstanding storage fees; *second*, to Henderson for their direct expenses for the Auction; *third*, the Carve-Out for the Estates; and *fourth*, the remainder to the DIP Secured Parties. For the avoidance of doubt, the Trustee's rights to object or contest any outstanding storage fees are preserved.

11.     All persons and entities that are in possession of some or all of the Equipment on the closing date contemplated by each Bill of Sale (the "Closing Date") are directed to surrender possession of such Equipment to the Winning Bidder in accordance with the Bill of Sale on the Closing Date.  On the Closing Date, each of the Debtors' creditors is authorized to execute such documents and take all other actions as may be reasonably necessary to release its applicable Liens, claims, Encumbrances, or other interests on, against, or in the Equipment, if any, as such Liens, claims, Encumbrances, or other interests may have been recorded or may otherwise exist.

12.     If any person or entity that has filed statements or other documents or agreements evidencing Liens, claims, Encumbrances, or other interests on, against, or in, all or any portion of the Equipment included in each respective Bill of Sale shall not have delivered to the Trustee prior to the Closing Date, in proper form for filing and executed by the appropriate parties, termination

statements, instruments of satisfaction, releases of liens and easements, and any other documents necessary for the purpose of documenting the release of all applicable Liens, claims, Encumbrances, or other interests that the person or entity has or may assert with respect to all or any portion of the Equipment included in the respective Bill of Sale, the Trustee is hereby authorized, and the Winning Bidder is hereby authorized, to execute and file such statements, instruments, releases, and other documents on behalf of such person or entity with respect to the Equipment included in the respective Bill of Sale.

13.     On the Closing Date, this Order shall be construed and shall constitute for any and all purposes a full and complete general assignment, conveyance, and transfer to the Winning Bidder of the Estates' interests in the Equipment included in the respective Bill of Sale, on an "as is" "where is" basis "with all faults" and without any warranty of any kind as to the Equipment, including without limitation, warranty as to the title.  This Order is and shall be effective as a determination that, on the Closing Date, all Liens, claims, Encumbrances, or other interests of any kind or nature whatsoever existing as to the Equipment prior to the Closing Date shall have been unconditionally released, discharged, and terminated, and that the conveyances described herein have been effected.  This Order shall be binding upon and govern the acts of all persons and entities, including, without limitation, all filing agents, filing officers, title agents, title companies, recorders of mortgages, recorders of deeds, registrars of deeds, administrative agencies, governmental departments, secretaries of state, federal, state, and local officials, and all other persons and entities who may be required by operation of law, the duties of their office, or contract, to accept, file, register, or otherwise record or release any documents or instruments, or who may be required to report or insure any title or state of title in or to any lease, and each of the foregoing persons and entities is hereby directed to accept for filing any and all of the documents and

instruments necessary and appropriate to consummate the transactions contemplated by the respective Bill of Sale.  A certified copy of this Order may be filed with the appropriate clerk and/or recorded with the recorder to act to cancel any Liens, claims, Encumbrances, or other interests of record.  For the avoidance of doubt, the Sales authorized herein shall be of full force and effect, regardless of whether the Debtors lack good standing in any jurisdiction in which such entity is formed or is authorized to transact business.

14.     Notice of the Motion, the Hearing, and each Sale was fair and equitable under the circumstances and complied in all respects with sections 102(1) and 363 of the Bankruptcy Code, and Bankruptcy Rules 2002, 6004, 6005, 6006, 9006, 9007, and 9014.

15.     The automatic stay provisions under section 362(a) of the Bankruptcy Code, to the extent applicable, are hereby vacated and modified solely to permit the Trustee and the Winning Bidder to (a) consummate the transactions contemplated in the Bill of Sale, any Transaction Document, or this Order, (b) enforce their respective rights, powers, claims, or entitlements under the Bill of Sale and any Transaction Document, and (c) take any other actions thereunder or with respect thereto, *provided* that this Court shall retain exclusive jurisdiction over any and all disputes with respect thereto.

16.     Each Sale of the Equipment, upon the Closing Date (i) shall be a legal, valid and effective transfer of the Estates' right, title and interest in the Equipment included in the respective Bill of Sale, and (ii) shall vest the Winning Bidder with all right, title, and interest of the Estates in and to such property free and clear of (a) all mortgages, security interests, notes, security agreements, privileges, conditional sale or other title retention agreements, pledges, liens (including without limitation any statutory lien on real and personal property and any and all "liens" as that term is defined and used in the Bankruptcy Code), licenses, deeds of trust, equity

9

interests, rights of first refusal, consent rights, judgments, demands, Encumbrances, easements, restrictions or charges of any kind or nature, if any, including, but not limited to, any restriction on the use, voting, transfer, receipt of income or other exercise of any attributes of ownership (the foregoing collectively referred to in this Order as "Liens"), and (b) all debts arising in any way in connection with any acts of the Debtors, claims, as that term is defined in the Bankruptcy Code, interests, obligations, demands, guaranties, options, rights, contractual commitments, executory contracts, unexpired leases, employment agreements, any other employee, workers' compensation, occupational diseases or unemployment or temporary disability related claims, restrictions, rights of lesion beyond moiety, tort claims, product liability claims, environmental rights and claims, interests and matters of any kind and nature, whether arising prior to or subsequent to the commencement of this case, and whether imposed by agreement, understanding, law, equity or otherwise, including, without limitation, "bulk sale" rules (or similar laws) and theories of successor or successor-in-interest liability regardless of whether such theory, rule, or law would purport to provide for the Winning Bidder's direct liability.

17.     All persons and entities are hereby forever prohibited and enjoined from taking any action that would adversely affect or interfere with the ability of the Trustee and the Estates to sell and transfer the Equipment to the Winning Bidder in accordance with the terms of the Bill of Sale and this Order.

18.     The Trustee is authorized to amend the Bill of Sale and any Transaction Document pursuant to a writing executed between the applicable parties to such documentation in accordance with the terms thereof, without the need for further Court approval; *provided* that Court approval shall be required for any amendments that materially and adversely affect the economic terms of the Sale.

19. The failure to specifically include any particular provisions of the Bill of Sale in this Order shall not diminish or impair the effectiveness of such provisions, it being the intent of the Court that the Bill of Sale be authorized and approved in its entirety; *provided* that this Order shall govern if there is any inconsistency between the Bill of Sale (including the Transaction Documents) and this Order.

20. Notwithstanding the provisions of Bankruptcy Rules 6004(h) and 6006(d), this Order shall not be stayed for fourteen (14) days after the entry hereof but shall be effective and enforceable immediately upon issuance hereof.

21. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

22. The Trustee is authorized and empowered to take all actions necessary and appropriate to implement the relief granted in this Order.

23. Nothing in this Order shall affect any of rights of the Estates, the Trustee, the Debtors, or the Winning Bidders except as specifically set forth herein.

24. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order, the Agreement, the Sales contemplated herein, and any other documents executed and delivered in connection with the Sales and this Order.

25. The Trustee is authorized (i) to execute and deliver, to perform under, and to consummate and implement the terms of the Sale, pursuant to the terms of the Motion, together with any and all additional instruments and documents that may be reasonably necessary or desirable to implement the Sale, and (ii) to execute any and all documents on behalf of the Estates to effectuate the terms and conditions of the Sale.

26. The provisions of this Order, including any related findings of fact and conclusions of law, shall be binding upon all parties in interest in the cases, including without limitation, the

Trustee and his respective successors and assigns and will continue in full force and effect notwithstanding the dismissal of these cases or their conversion to a different chapter of the Bankruptcy Code.

Signed:  May 06, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

Order respectfully submitted by:

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By:    */s/ William S. Robbins*
       Paul Douglas Stewart, Jr. (La. Bar # 24661)
       *Admitted to Southern District of Texas*
       (SDTX Federal No. 432642)
       dstewart@stewartrobbins.com
       William S. Robbins (Tx. Bar # 24100894)
       wrobbins@stewartrobbins.com
       Brandon A. Brown (Tx. Bar # 24104237)
       bbrown@stewartrobbins.com
       301 Main Street, Suite 1640
       Baton Rouge, LA 70801-0016
       Telephone: (225) 231-9998
       Facsimile: (225) 709-9467

       *Counsel for Michael D. Warner, Chapter 7 Trustee*

12

## BILL OF SALE

THIS BILL OF SALE (this "**Bill of Sale**") is entered into as of _____ __, 2026 (the "**Effective Date**") by and between **Michael D. Warner, Chapter 7 Trustee ("Trustee") for the bankruptcy estates of MLCJR LLC; Cox Oil Offshore, L.L.C.; Cox Operating, L.L.C.; Energy XXI GOM, LLC; Energy XXI Gulf Coast, LLC; EPL Oil & Gas, LLC; and M21K, LLC ("Seller")**[1], and _____("**Purchaser**").

1. **Conveyance**. For the purchase price of $_____, the receipt and sufficiency of which Seller hereby acknowledges, Seller does hereby irrevocably **ASSIGN, BARGAIN, SELL, TRANSFER, SET-OVER, GRANT, CONVEY AND DELIVER** without any legal warranties whatsoever, even as to title or for return of the purchase price, but with full substitution and subrogation in and to all the rights and actions of warranty which they have or may have against all preceding owners and vendors, and warranties, indemnities, and all similar rights against third parties, unto Purchaser, and Purchaser hereby accepts from Seller, all of Seller's right, title and interest in and to the pipes, tubular inventory and other equipment listed on **Exhibit A** attached hereto and made a part hereof collectively, the "**Equipment**"), together with all of Seller's rights under warranties, indemnities, and all similar rights against third parties, to the extent related to the Equipment.

2. **"AS IS/WHERE IS"**. The Equipment is transferred by Seller and accepted by Purchaser without any warranty of any kind as to the Equipment, including without limitation, warranty as to the title. Without limiting the foregoing, on an "as is" "where is" basis "with all faults." Seller has not made and does not make any representations as to the physical condition, operation or any other matter affecting or related to the Equipment. Purchaser hereby expressly acknowledges that no such representations have been made. Seller expressly disclaims and Purchaser acknowledges and accepts that Seller has disclaimed to the maximum extent permitted by law, any and all representations, warranties or guaranties, of any kind, oral or written, express or implied, concerning the Equipment, including without limitation, (a) the value, condition, merchantability, marketability, profitability, suitability or fitness for a particular use or purpose of the Equipment, (b) the manner or quality of the construction or materials, if any, incorporated into any of the Equipment and (c) the manner, quality, state of repair or lack of repair of the Equipment. Purchaser hereby expressly waives and renounces any and all rights in redhibition pursuant to Louisiana Civil Code Article 2520, et seq., the warranty imposed by Louisiana Civil Code Article 2475, and the ability to rescind the transfer of the Equipment, and hereby releases Seller from any and all liability whatsoever in connection therewith. Further, and without limitation, Purchaser waives and releases any and all claims against Seller, whether known or unknown, now or hereafter existing, based on or related to insurance on the Equipment. Purchaser shall be responsible for all taxes, transfer fees, licensing and other costs or fees arising out of or relating to the Equipment and the transfer of the Equipment. Further, Purchaser shall be responsible for all costs and fees associated with moving the Equipment from its current location.

---

[1] In re: MLCJR LLC, et al, Case No. 23-90324 ("**Bankruptcy Case**"), administratively consolidated, United States Bankruptcy Court, Southern District of Texas, Houston Division, (the "**Bankruptcy Court**").

Exhibit 1

3. **Bankruptcy Court Order.**  This Bill of Sale is executed in connection with that Order entered by the Bankruptcy Court on _____, 2026 (Docket #_____, the "Auction Sale Order"), and the sale contemplated herein, is subject to all conditions set forth in the Auction Sale Order. In the event of a conflict between the Auction Sale Order and this Bill of Sale, the Auction Sale Order shall control.

4. **Governing Law.** This Bill of Sale is governed by, and construed in accordance with, the laws of the State of Louisiana, without regard to the conflict of laws provisions thereof to the extent such principles or rules would require or permit the application of the laws of any jurisdiction other than those of the State of Louisiana.

5. **Venue and Jurisdiction.** Seller and Purchaser agrees that venue and jurisdiction for any action or proceeding in respect of any claim arising out of or related to the Equipment, this Bill of Sale, or any transactions relating thereto, shall be exclusively in the Bankruptcy Court and further (i) irrevocably submit to the exclusive jurisdiction of the Bankruptcy Court, (ii) waive any objection to laying venue in any such action or proceeding in the Bankruptcy Court, and (iii) waive any objection that the Bankruptcy Court is an inconvenient forum or does not have jurisdiction over any party hereto.

6. **Successors and Assigns**.  All of the provisions hereof shall inure to the benefit of, and be binding upon, Seller and Purchaser and their respective successors and assigns.

7. **Counterparts**.  This Bill of Sale may be executed by Seller and Purchaser in any number of counterparts, each of which shall be deemed an original instrument, but all of which, together, shall constitute but one and the same agreement.

**IN WITNESS WHEREOF**, each party hereto has executed this Bill of Sale as of the Effective Date.

**SELLER**

_____

**Michael D. Warner, solely in his capacity as Chapter 7 Trustee for the bankruptcy estates of MLCJR LLC; Cox Oil Offshore, L.L.C.; Cox Operating, L.L.C.; Energy XXI GOM, LLC; Energy XXI Gulf Coast, LLC; EPL Oil & Gas, LLC; and M21K, LLC**

**PURCHASER**

**By:**_____
**Name:** _____
**Title:** _____

**EXHIBIT A**
**EQUIPMENT**

#6651750v1

**HENDERSON AUCTIONS**
**2026 - 2027 ANNUAL ONLINE ONLY AUCTION AGREEMENT**

**OWNER**     Michael D. Warner, Chapter 7 Trustee, *In re MLCJR LLC, et al.,* Case No. 23-90324, pending in the United
States Bankruptcy Court for the Southern District of Texas, Houston Division

**REPRESENTATIVE** Michael D. Warner, Chapter 7 Trustee

**Physical Address** _____     **City, State, Zip** _____

**Phone** _____     **Email** _____

TERMS: **BUYER**: SUCCESSFUL BIDDER AT AUCTION | **OWNER**: SELLER AND CONSIGNOR OF AUCTION ITEM(S) | **AUCTIONEER**: HENDERSON AUCTIONS
     **CLOSING:** THE COMPLETION OF TRANSFER OF OWNERSHIP TITLE OF AUCTION ITEM FROM OWNER TO BUYER.

This Auction Agreement is entered into by **HENDERSON AUCTIONS** of Livingston, Louisiana, hereinafter referred to as **AUCTIONEER**, and **OWNER**
listed above Hereinafter collectively referred to as **OWNER** under the following terms and conditions:

Henderson Auctions agrees to conduct a public online-only auction sale of the items of property consigned by the OWNER.

**Online Auction Bidding Open Date**:     TBD _____

**Online Auction Bidding Closing Date:**    TBD _____

(1). OWNER agrees to pay AUCTIONEER for the services rendered by AUCTIONEER a commission of **0** % of the gross receipts from all sales of the Property made during the effective period of this Auction Agreement whether such sales are made at public auction, by private sale or in any other manner. The effective period of this Auction Agreement will begin on the execution date of this contract and will continue Ninety (90) consecutive calendar days beyond the closing date of the auction.

(2). AUCTIONEER agrees to prepare all advertising material and publicity necessary to advertise and promote the auction and shall be   paid the sum of $  0   for same. Special Terms of Sale can be found on Addendum A to this agreement.

(3). **$50** Title Fee for each titled item.

(4). **$25** Minimum Commission Fee on All Lots

(5). OWNER and AUCTIONEER agree that all checks shall be made payable to HENDERSON AUCTIONS.AUCTIONEER will hold the OWNER'S portion of the proceeds from said auction in escrow for the benefit of the OWNER pending payment to Owner.  AUCTIONEER will be allowed a period of **15** banking days from the sale date in which to remit OWNER's portion of the proceeds from said auction. OWNER agrees to release property once AUCTIONEER receives payment from the BUYER. AUCTIONEER will provide OWNER with a written itemization of Property sold, the selling price, and the actual dollar amount received, therefore, OWNER will not bid on the Property.

(6). AUCTIONEER shall use OWNER's name and act on behalf of OWNER fully and to the same extent as OWNER could do personally, to execute all necessary deeds (if any), Bills of Sale, conveyances and other instruments of every nature necessary or appropriate to the carrying out the power of sale herein granted and the transfer of title to the Property herein described to the respective buyers thereof; provided, however, that AUCTIONEER shall not make or provide buyers or any other persons with any oral or written representations or warranties on OWNER's behalf relating to any items of Property, which Property shall be sold **"AS IS, WHERE IS, AND WITH ALL FAULTS"** in each instance.

(7). OWNER hereby agrees to sell listed and advertised Property to the highest bidder and deliver to AUCTIONEER the Bill of Sale and Titles, free and clear of ALL liens and encumbrances.

(8). OWNER promises and agrees that the listed Property (except where such Property will be located and auctioned off-site) will be available for viewing **10** days prior to the auction date, and in the event of a failure of OWNER to deliver said Property (except when caused by an event such as an Act of God, or theft of the Property) reasonably in advance of the auction date, or if OWNER shall materially breach this contract, said OWNER agrees to pay the full commission as provided above plus any other actual damages that may occur, including attorney fees and court costs, to AUCTIONEER directly due to OWNER's breach of this contract or unexcused failure to deliver. In such instance, the commission is to be based on the fair market value of said Property. In no event will either party be liable to the other for indirect, special, consequential or exemplary damages, including, but not limited to, losses of profits, business or opportunities.

(9). Property shall be sold free and clear of liens, provided that storage fees for current locations of the Property, which such storage fees to be provided to Auctioneer prior to auction. AUCTIONEER agrees that starting bids for the Property must cover the starting fees.

(10). OWNER agrees to hold AUCTIONEER free from any damages or losses that may occur to equipment or merchandise while preparing for said auction, except in the case of gross negligence or willful misconduct by AUCTIONEER.

(11). Default by BUYER. In the event of default by the BUYER, including failure to pay for items at close of Auction:

   **a.** **AUCTIONEER, at the request of Owner, may terminate this Agreement with no further obligation on the part of the OWNER or AUCTIONEER, in which case the Auction items that are not paid for would remain in the possession of the OWNER; OR AUCTIONEER, at the request of OWNER, may continue to market the Auction items until the expiration date of the Agreement, applying all terms and fees set forth in the Agreement.**

   **b.** **OWNER, in cooperation with AUCTIONEER, may seek specific performance against BUYER for the enforcement of BUYER's obligations under Louisiana Law, including but not limited to the payment of the Purchase Price.**

   **c.** **OWNER shall not be entitled to any other remedy except as set forth above.**

This Agreement, including the Exhibits attached hereto, constitutes the entire agreement between the parties and it shall not be changed except by a written document signed by both parties.

This Agreement shall be binding upon and inure to the benefit of the parties and to their respective heirs, successors and assigns.
**I have read, understand, and agree to the above terms and conditions.**

**OWNER** Michael D. Warner, Chapter 7 Trustee, *In re MLCJR LLC, et al.,* Case No. 23-90324, pending in the United
States Bankruptcy Court for the Southern District of Texas, Houston Division     **REPRESENTATIVE** Michael D. Warner, Chapter 7 Trustee

By:_____     Title: Chapter 7 Trustee_____     Date: _____

By HENDERSON AUCTIONS: Jason M. Bush _____     Date: 3/19/2026 _____

Executed with a stated effective period ending **90 days from the scheduled Auction date**.

13340 Florida Blvd. | P.O. Box 336 | Livingston, LA 70754 | Office 225.686-2252

Exhibit 2

**HENDERSON AUCTIONS**
**2026 - 2027 ANNUAL ONLINE ONLY AUCTION AGREEMENT**

### ADDENDUM A

Henderson Auctions agrees to conduct a public online-only auction sale of the items of property consigned by the OWNER.

Online Auction Bidding Open Date: ___TBD_____

Online Auction Bidding Closing Date: ___TBD_____

**Address Location of auction items (if different than physical address):**

Address: _____   City, State, Zip _____

### SPECIAL TERMS:

HENDERSON AUCTIONS WILL CHARGE A 10% BUYER'S PREMIUM TO THE HIGH BIDDER FOR EACH LOT SOLD.

FROM PROCEEDS OF THE AUCTION, OWNER AGREES TO PAY FOR ALL OF HENDERSON AUCTIONS DIRECT COSTS RELATED TO THE SETUP AND MARKETING OF THE AUCTION.

EACH LOT WILL BE SOLD AS-IS WHERE IS.

BUYERS WILL BE SOLELY RESPONSIBLE FOR THE LOADOUT OF THE LOT/LOTS PURCHASED.

OWNER WILL BE  RESPONSIBLE FOR PAYING ALL STORAGE FEES DUE ON EACH LOT SOLD IN THE AUCTION FROM THE PROCEEDS OF THE AUCTION.

### OWNER IS SELLING ITEMS ABSOLUTE:

- **ALL ITEMS WILL BE SOLD ABSOLUTE, NO RESERVE, TO THE HIGHEST BIDDER.**
- **FOR THE AVOIDANCE OF DOUBT, OWNER WILL NOT BE RESPONSIBLE FOR ADVANCING ANY FEES OR COSTS RELATED TO THE AUCTION OR THE SALE OF THE PROPERTY.**

This Agreement, including any Exhibits attached hereto, constitutes the entire agreement between the parties and it shall not be changed except by a written document signed by both parties.

This Agreement shall be binding upon and inure to the benefit of the parties and to their respective heirs, successors and assigns.
**I have read, understand, and agree to the above terms and conditions.**

OWNER Michael D. Warner, Chapter 7 Trustee, *In re MLCJR LLC, et al.,* Case No. 23-90324, pending in the United
States Bankruptcy Court for the Southern District of Texas, Houston Division

REPRESENTATIVE Michael D. Warner, Chapter 7 Trustee _____

By:_____Title: Chapter 7 Trustee_____   Date: _____

By HENDERSON AUCTIONS: Jason M. Bush_____ _____   Date: 3/19/2026_____

Executed with a stated effective period ending **90 days from the scheduled Auction date**.

HENDERSON AUCTIONS Contract version 2026-2027ONLINEAUCTIONAGREEMENT013125

United States Bankruptcy Court
Southern District of Texas

In re:                                                                                      Case No. 23-90324-cml

MLCJR LLC                                                                          Chapter 7

Ad Hoc Committee of Statutory Lien Credi

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0541-4 | User: ADIuser | Page 1 of 26 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf002 | Total Noticed: 121 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cox Oil Offshore, L.L.C., 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | #+ | EPL Oil & Gas, LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | + | M21K, LLC, 1021 Main St #2626, Houston, TX 77002-6516 |
| db | + | MLCJR LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| aty | + | Amanda Rose Stanzione, Latham and Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| aty | + | Barry J Sallinger, Barry Sallinger, APLC, 820 East St. Mary Blvd, Suite 1, Lafayette, LA 70503-2365 |
| aty | + | Blaine Scott, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W. Washinton, DC, Washington, DC 20006-1037 |
| aty | + | Christopher T Caplinger, 601 Poydras Street Suite 2775, New Orleans, LA 70130-6041 |
| aty | + | Clint Cowan, Kirkland and Ellis LLP, 4550 Travis St., Dallas, TX 75205-4666 |
| aty | + | Elizabeth Rachel Marks, Latham and Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| aty | + | Evan Swager, KIRKLAND & ELLIS LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Justin G. Lipe, Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056-8000 |
| aty | + | Matthew S. Barr, Weil Goshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | #+ | Robert S. Velevis, SIDLEY AUSTIN LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201-3351 |
| aty | + | Sam H Poteet, Manier & Herod PC, 1201 Demonbreun St, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Stephen James Johnson, Morris Bart, LLC, Pan American Life Center, 601 Poydras Street, 24th Floor, New Orleans, LA 70130-6036 |
| aty | + | Stone Pigman Walther Wittmann L.L.C., 909 Poydras Street, Suite 3150, New Orleans, LA 70112-4041 |
| aty | + | Vincent John DeVito, Jr., c/o Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206, UNITED STATES 75206-1600 |
| cr | + | A-Port, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Adapt Concepts, L.L.C., 209 Marcon Dr., Lafayette, LA 70507-6210 |
| crcm | + | American Panther, LLC, PO BOX 1227, Houston, TX 77251-1227 |
| cr | + | Axip Energy Services, LP, Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | | Axis Newco, LLC, Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | BRI 1850 Houston OCC, LLC, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| cr | + | BSREP II Houston Office 1HC Owner, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400 Houston, TX 77002-4496 |
| cr | + | Benjamin Ford Kitchen, IV, 1510 West 9th St, Austin, TX 78703-4808 |
| cr | + | Benoit Premium Threading LLC, 3400 Industrial Park, Houma, LA 70363-3919 |
| intp | + | Blackcomb Energy, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | CRESCENT GIGS, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cactus Wellhead LLC, Mehaffy Weber, P.C., c/o Blake Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Cactus Wellhead, LLC, c/o Bradley Arant Boult Cummings LLP, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Cardinal Coil Tubing, LLC, c/o John A. Mouton, III, P. O. Box 82438, Lafayette, LA 70598, UNITED STATES 70598-2438 |
| cr | + | Chalmers, Collins, Alwell, Inc., 705 W. Pinhook Rd., Lafayette, LA 70503-2315 |
| cr | + | Crescent GIGs LLC, Gordon Arata Montgomery Barnett, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |

District/off: 0541-4        User: ADIuser        Page 2 of 26

Date Rcvd: May 06, 2026        Form ID: pdf002        Total Noticed: 121

| | | |
|---|---|---|
| cr | + | Crescent Midstream, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cueria Law Firm, LLC o/b/o Dillon Mitchell, Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130, UNITED STATES 70130-6123 |
| cr | | Delta Energy Management and Consulting, LLC, 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Drake ChemCo, LLC, 1201 Canal Street, Suite 652, New Orleans, LA 70112-2721 |
| cr | + | EPS Logistics Company, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | Eaton Oil Tools, Inc., P.O. Box 1050, Broussard, LA 70518-1050 |
| cr | + | Eugene Lazard, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Expeditors and Production Services, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | + | Frost Bank, Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | GIR Solutions, LLC, 115 W. Greenhill Cr, Broussard, LA 70518-7512 |
| cr | + | General Crude Oil Company, 2726 Bissonnet St. 240-50, Houston, TX 77005, UNITED STATES 77005-1319 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | + | Gulf South Services, P. O. Box 1987, Gray, LA 70359-1987 |
| cr | + | Gulfstream Services, Inc., 723 Point Street, Houma, LA 70360-4744 |
| cr | + | H.I.S. Fire & Safety Equipment, LLC, c/o Misty A. Segura, Spencer Fane, LLP, P.O. Box 368, Delcambre, LA 70528-0368 |
| cr | | Halliburton Energy Services, Inc., Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | Home Industry Disposal Company, Inc., 200 N. Saint Charles, Abbeville, LA 70510-5106 |
| intp | + | J.M. Huber Corporation, c/o Armistead M. Long, Gordon Arata Montgomery Barnett, 1015 Saint John Street, Lafayete, LA 70501-6711 |
| sp | + | JONES WALKER LLP, c/o Mark A. Mintz, Esq., 201 St. Charles Avenue, 51st Floor, New Orleans, LA 70170-5100 |
| cr | + | Jeremy Fontenot, Gordon Arata - Attn: Armistead Long, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| op | + | Keller & Heckman, LLP, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564 |
| cr | + | Kilgore Marine Services, LLC, 200 Beaullieu Drive, Bldg. 8, Lafayette, LA 70508-7230 |
| intp | + | LLOX, LLC, Attn David Seay, Land Manager, 1001 Ochsner Blvd, Ste A, Covington, LA 70433-8163 |
| cr | + | Laborde Marine Management, LLC, 601 Poydras St., Suite 1725, New Orleans, LA 70130-6033 |
| cr | + | Liberty Mutual Insurance Company, 1001 Fourth Avenue, Ste. 3800, Seattle, WA 98154, UNITED STATES 98154-1125 |
| cr | + | Linear Controls, Inc., 107 Commission Boulevard, Lafayette, LA 70508-3514 |
| cr | + | Logic Control Systems, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | M&H Enterprises, Inc., 8319 Thora Ln Hngr A2, Spring, TX 77379-3153 |
| intp | + | McMoran Oil & Gas, LLC, Locke Lord LLP, Omer F. Kuebel, III, Philip G. Eisenberg, 601 Poydras St., Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Nationwide Mutual Insurance Company, 1100 Locust St. - Dept. 2006, Des Moines, IA 50391, UNITED STATES 50391-2006 |
| cr | + | Nicholas Miller, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Offshore Air & Refrigeration, Inc., 417 Shelly Drive, Lafayette, LA 70503-4437 |
| intp | + | PXP Producing Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Pelstar Mechanical Services, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | | Petro-Marine Underwriters, Inc., 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Petroleum Coordinators Inc., 219 Rue Fontaine, Lafayette, LA 70508-5742 |
| cr | + | Philadelphia Indemnity Insurance Company, Dry Law, PLLC, 909 18th Street, Plano, TX 75074-5830 |
| cr | | Poseidon Technology, LLC, 2117 Veterans Blvd. Ste. 421, Metairie, LA 70002 |
| cr | + | Premium Oilfield Services LLC, Bradley Arant Boult Cummings LLP, c/o James Bailey, Esq, One Federal Place, 1819 5th Avenue N Birmingham, AL 35203-2120 |
| cr | + | Prime Energy Resources, LLC, Galoway Tompkins Burr & Smth, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010-3064 |
| cr | + | RCP Inc, 801 Louisiana St, Suite 200, Houston, TX 77002-4936 |
| cr | + | RigNet, Inc., c/o James E. Cuellar, 440 Louisiana, Suite 718, Houston, TX 77002-1058 |
| cr | + | Right Hand Oilfield Associates, LLC, 9264 Hwy 1, Lockport, LA 70374-4217 |
| cr | + | River Rental Tools, Inc., c/o Corey E. Dunbar, 8311 Highway 23, Belle Chasse, LA 70037-2606 |
| cr | + | SP 49 Pipeline LLC, c/o Byron McDonald, 2107 Research Forest Drive, Suite 250, The Woodlands, TX 77380-4169 |
| cr | + | Seatrax Services, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Services Archrock Partners Operating LLC and Archr, 9807 Katy Freeway, Ste. 100, Houston, TX 77024-1276 |
| cr | + | Shallow Draft Elevating Boats, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Shell Offshore Inc., c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Shell Trading (US) Company, c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Sirius America Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068-1644 |
| cr | + | Steel Service Oilfield Tubular, Inc., 8138 E. 63rd Street, Tulsa, OK 74133-1917 |
| cr | + | Tampnet Inc., 24275 Katy Freeway, Suite 525, Katy, TX 77494-7270 |
| cr | + | Targa LA Operating LLC, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Total Production Supply LLC, 121 Windfall Drive, Lafayette, LA 70508, UNITED STATES 70508-4484 |

District/off: 0541-4         User: ADIuser         Page 3 of 26

Date Rcvd: May 06, 2026         Form ID: pdf002         Total Noticed: 121

| | | |
|---|---|---|
| crcm | #+ | Turnkey Offshore Project Services, LLC, 8506 Shrimpers Row, Dulac, LA 70353-2206 |
| cr | + | VCG Energy Group, LLC, 201 W Vermilion St, #200, Lafayette, LA 70501-6847 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Vision Production Chemicals, L.L.C., 8910 Cordell Rd., Abbeville, LA 70510-2390 |
| cr | + | Westwind Helicopters, Inc., PO Box 929, Santa Fe, TX 77517-0929 |
| cr | + | c/o James Bailey,Esq TGS-NOPEC Geophysical Company, Bradley Arant Boult Cummings LLP, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | May 06 2026 20:50:59 | Camille M Shepherd, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Email/Text: lara.coleman@chamberlainlaw.com | May 06 2026 20:58:00 | Chamberlain Hrdlicka White Williams & Aughtry, P.C, 1200 Smith Street, Suite 1400, Attn: Bankruptcy Department, Houston, TX 77002-4496 |
| cr | | Email/Text: Customer.Bankruptcy@Archrock.com | May 06 2026 20:56:00 | Archrock Partners Operating LLC, 9807 Katy Frwy., Ste. 100, Houston, TX 77024 |
| intp | + | Email/Text: mbrimmage@akingump.com | May 06 2026 20:57:00 | Alvarez & Marsal North America, LLC, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: maci.sartain@anb.com | May 06 2026 20:57:00 | Amarillo National Bank, Box 1, Amarillo, TX 79105-0001 |
| cr | | Email/Text: ashleyf@broussardbrothers.com | May 06 2026 20:56:00 | Broussard Brothers, Inc., 501 South Main St., Abbeville, LA 70510 |
| cr | + | Email/Text: moses@carverdarden.com | May 06 2026 20:58:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 06 2026 20:58:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: leif.simpson@datasite.com | May 06 2026 20:58:00 | Datasite LLC, 733 Marquette Avenue, Suite 600, Minneapolis, MN 55402 |
| cr | ^ | MEBN | May 06 2026 20:55:06 | Danos, L.L.C., c/o Richard A. Aguilar, Adams and Reese LLP, 701 Poydras St., Ste 4500, New Orleans, LA 70139-4596 |
| intp | + | Email/Text: jsparacino@mckoolsmith.com | May 06 2026 20:57:00 | Deacon Investments LLC, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | | Email/Text: dgrzyb@csglaw.com | May 06 2026 20:58:00 | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068 |
| cr | + | Email/Text: jking@offermanking.com | May 06 2026 20:56:00 | Gulf Offshore Rentals, LLC, c/o James W. King, 6420 Wellington Pl, Beaumont, TX 77706-3206 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | May 06 2026 20:58:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: barnetbjr@msn.com | May 06 2026 20:59:00 | Houston Energy, LP, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | May 06 2026 20:58:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468, UNITED STATES 19468-4201 |
| cr | + | Email/Text: moses@carverdarden.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 06 2026 20:58:00 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| op | | Email/Text: EBN@primeclerk.com | May 06 2026 20:56:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | + | Email/Text: ljohnson@loopergoodwine.com | May 06 2026 20:58:00 | LLOG Exploration Offshore, L.L.C., c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J Goodwine, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| cr | + | Email/Text: David.Eastlake@gtlaw.com | May 06 2026 20:58:00 | Oceaneering International, Inc., c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + | Email/Text: bill.sheffield@otcompliance.com | May 06 2026 20:58:00 | Offshore Technical Compliance LLC, 72030 Live Oak St, Covington, LA 70433-8848 |
| acc | + | Email/Text: admin@tpswest.com | May 06 2026 20:58:00 | TPS-West, LLC, 10260 Westheimer Rd, Suite 210, Houston, TX 77042-3109 |
| intp | ^ | MEBN | May 06 2026 20:54:32 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | ^ | MEBN | May 06 2026 20:56:50 | United States of America, c/o U.S. Department of Justice, P.O. Box 875- Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Cox Operating L.L.C. |
| db | | Energy XXI GOM, LLC |
| db | | Energy XXI Gulf Coast, LLC |
| aty | | Stewart Robbins Brown & Altazan, LLC |
| tr | | Michael D Warner |
| tr | | Michael D Warner |
| cr | | A & H Armature Works, Inc. |
| cr | | Accu-Line Wireline |
| crcm | | Ad Hoc Committee of Statutory Lien Creditors |
| cr | | Aldonsa, Inc. d/b/a Oilfield Instrumentation USA |
| cr | | All Coast, LLC |
| cr | | Alliance Offshore, L.L.C. |
| intp | | Apache Corporation |
| cr | | Apache Shelf Exploration, LLC |
| cr | | Arena Energy LLC |
| cr | | Argonaut Insurance Company |
| intp | | BP Energy Company |
| intp | | BP Energy Company and BP Products North America In |
| cr | | Barry Graham Oil Service, LLC |
| cr | | Berkley Insurance Company |
| intp | | Bradley E. Cox |
| intp | | Burlington Resources Offshore, Inc., Locke Lord |
| cr | | Burner Fire Control, Inc., 1374 Petroleum Pkwy, Broussard |
| cr | | CIMA ENERGY, LP |
| cr | | CROSBY INDEPENDENT SCHOOL DISTRICT |
| intp | | Cardinal Slickline, LLC |
| cr | | Chevron Pipe Line Company |
| cr | | Chevron U.S.A. Inc. |
| intp | | ConocoPhillips Company |
| intp | | Cox Investment Partners, LP |

| | |
|---|---|
| intp | Cox Oil & Gas, LLC |
| intp | Cox Oil, LLC |
| cr | Crosby Energy Services, Inc. |
| cr | Cullen and Dykman LLP |
| cr | DLS, LLC |
| cr | Dauphin Island Gathering Partners and DCP Mobile B |
| intp | Dechert LLP |
| cr | Deltas Missys Supermarket, LLC (d/b/a Cypress Poin |
| cr | Devon Energy Corporation |
| cr | Diamond Tank Rental, LLC |
| cr | Diverse Safety and Scaffolding, L.L.C. |
| cr | Dynasty Energy Services, LLC |
| cr | EP Energy E&P Company, L.L.C. |
| intp | EP Northern Investments, LLC |
| cr | ES&H Production Group, L.L.C. |
| cr | EcoServe, L.L.C. |
| intp | Endurance American Specialty Insurance Company/Som |
| intp | Energy Transfer |
| intp | Eni Petroleum US LLC |
| cr | Enterprise Offshore Drilling |
| intp | Exxon Mobil Corporation |
| intp | Exxon Mobile Corporation |
| cr | Fab-Con, Inc. |
| intp | Fairfield Industries Incorporated |
| sp | Fishman Haygood, L.L.P. |
| intp | Flint River VPP II, LLC |
| cr | GOL, L.L.C. |
| cr | GOM Shelf LLC |
| cr | Gas Turbine Applications, Inc., c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | Grand Isle Shipyard, L.L.C. |
| cr | Guice Offshore, LLC |
| cr | Gulf Coast Marine Fabricators, Inc. |
| cr | Hanover Insurance Company |
| cr | Helix Well Ops, Inc. |
| fa | Huron Consulting Services LLC |
| cr | Jackie Lewis |
| intp | Jackson Walker LLP |
| intp | Kay McArdle |
| intp | Kenneth Franzheim II Managment Trust |
| intp | Keystone Chemical LLC |
| cr | Lakeway Associates II LLC |
| cr | Lakeway Associates LLC |
| cr | Leviathan Offshore, LLC |
| cr | Mack Steel & Supply, L.L.C. |
| cr | Mauricio Ferreyros |
| cr | NNW, Inc., 39289 Tommy Moore Road, Gonzales |
| cr | National Oilwell Varco, L.P. |
| intp | Natural Resources Worldwide, LLC |
| cr | Noble Energy, Inc. |
| intp | OSEGIK Investments LLC |
| cr | Offshore Liftboats, LLC |
| cr | Offshore Oil Services, Inc. |
| intp | Partco LLC |
| cr | Piranha Rentals, LLC |
| cr | Premier Offshore Catering Inc |
| cr | Pressure & Flow Control Solutions LLC (PetroQuip), 2878 Engineers Road, Belle Chasse |
| cr | Prime Energy Resources, LLC |
| cr | Quality Construction and Production, LLC |
| cr | Quality Energy Services, Inc. |
| cr | Quality Process Services, LLC |
| cr | Quality Production Management, LLC |
| intp | R&R Boats, Inc. |
| cr | REC Marine Logistics, LLC |

| | | |
|---|---|---|
| cr | | Ryan, LLC |
| cr | | SEACOR Marine, LLC |
| intp | | Sea Robin Pipeline Company, LLC |
| cr | | Seneca Resources Company, LLC |
| cr | | Sparrows Offshore, LLC |
| intp | | Specialty Offshore, Inc. |
| intp | | Spectrum GOM Central LLC |
| intp | | Spectrum GOM East LLC |
| intp | | Spectrum GOM Non-Op LLC |
| intp | | Spectrum GOM West LLC |
| cr | | State of Louisiana, Department of Natural Resource |
| intp | | Stingray Pipeline Company L.L.C. |
| cr | | Swivel Rental & Supply, L.L.C. |
| cr | | Talos Energy Ventures, LLC |
| intp | | Talos Production LLC |
| intp | | Talos Resources LLC |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Thru Tubing Systems, Inc. |
| cr | | Tobias, Inc. |
| cr | | Travelers Casualty & Surety Company of America |
| intp | | Triton Gathering, LLC |
| cr | | Truist Insurance Holdings, Inc. |
| intp | | Trunkline Field Services LLC |
| intp | | USA Compression Partners, LLC |
| cr | | Union Oil Company of California |
| cr | | United States Fire Insurance Company |
| cr | | Unocal Pipeline Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | W-Industries of Louisiana, LLC |
| cr | | WELLS FARGO BANK NA |
| cr | | Westchester Fire Insurance Company |
| intp | | Westerngeco LLC |
| cr | | Whitco Pump & Equipment, LLC |
| cr | | Whitco Supply Co |
| intp | | XTO Offshore, Inc. |
| cr | ##+ | FDF Energy Service LLP, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120, Houston, TX 77024, UNITED STATES 77024-2781 |
| cr | ##+ | Island Operating Company, c/o Parkins & Rubio LLP, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736 |
| cr | ##+ | Precision Crane & Hydraulics, LLC, 11904 Hwy. 308, P.O. Box 1197, Larose, LA 70373-1197 |
| cr | ##+ | QuarterNorth Energy LLC and certain of its affilia, 3737 Buffalo Speedway, Ste. 800, Houston, TX 77098, UNITED STATES OF AMERICA 77098-3739 |

TOTAL: 130 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                          Signature:              /s/Gustava Winters

District/off: 0541-4 | User: ADIuser | Page 7 of 26
Date Rcvd: May 06, 2026 | Form ID: pdf002 | Total Noticed: 121

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aaron Benjamin Greenbaum | on behalf of Creditor REC Marine Logistics  LLC Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor Mack Steel & Supply  L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor GOL  L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor Grand Isle Shipyard  L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron J Power | on behalf of Interested Party Exxon Mobil Corporation apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron J Power | on behalf of Interested Party Exxon Mobile Corporation apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron J Power | on behalf of Interested Party XTO Offshore  Inc. apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Abigail Wood Mock | on behalf of Trustee Michael D Warner amock@stewartrobbins.com |
| Abigail Wood Mock | on behalf of Plaintiff Michael D. Warner amock@stewartrobbins.com |
| Abigail Wood Mock | on behalf of Plaintiff Michael D Warner amock@stewartrobbins.com |
| Aimee Williams Hebert | on behalf of Plaintiff Amarillo National Bank aimee.hebert@kellyhart.com crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com |
| Aimee Williams Hebert | on behalf of Creditor Amarillo National Bank aimee.hebert@kellyhart.com crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com |
| Alan H Goodman | on behalf of Defendant Gulf South Services alan.goodman@bswllp.com |
| Alan H Goodman | on behalf of Creditor Gulf South Services alan.goodman@bswllp.com |
| Albert J Derbes, IV | on behalf of Defendant Partco  LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Alex Konstantynovski | on behalf of Creditor Committee The Official Committee of Unsecured Creditors alex.konstantynovski@whitecase.com mco@whitecase.com |
| Alfredo R Perez | on behalf of Creditor EP Energy E&P Company  L.L.C. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Interested Party QuarterNorth Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Amber Michelle Carson | on behalf of Creditor GOM Shelf LLC acarson@grayreed.com |
| Amber Michelle Carson | on behalf of Plaintiff GOM Shelf  L.L.C. acarson@grayreed.com |

Amelia L. Hurt
on behalf of Plaintiff Amarillo National Bank amelia.hurt@kellyhart.com
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Amelia L. Hurt
on behalf of Creditor Amarillo National Bank amelia.hurt@kellyhart.com
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Andrew Jimenez
on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov

Andrew David Mendez
on behalf of Defendant Stone Pigman Walther Wittmann L.L.C. amendez@stonepigman.com

Andrew David Mendez
on behalf of Attorney Stone Pigman Walther Wittmann L.L.C. amendez@stonepigman.com

Andrew David Mendez
on behalf of Interested Party Natural Resources Worldwide  LLC amendez@stonepigman.com

Armen Shahinian
on behalf of Creditor United States Fire Insurance Company ashahinian@csglaw.com

Armistead Mason Long
on behalf of Creditor Jeremy Fontenot along@gamb.com  sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Crescent GIGs LLC along@gamb.com  sroberts@gamb.com

Armistead Mason Long
on behalf of Interested Party J.M. Huber Corporation along@gamb.com  sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Nicholas Miller along@gamb.com  sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Crescent Midstream  LLC along@gamb.com, sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor CRESCENT GIGS  LLC along@gamb.com, sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Eugene Lazard along@gamb.com  sroberts@gamb.com

Arthur Raymond Kraatz
on behalf of Plaintiff SEACOR Marine  LLC arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Arthur Raymond Kraatz
on behalf of Creditor SEACOR Marine  LLC arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Barnet B Skelton, Jr
on behalf of Creditor Houston Energy  LP barnetbjr@msn.com

Benjamin W Kadden
on behalf of Plaintiff Premier Offshore Catering  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Offshore Liftboats  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Sparrows Offshore  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Quality Energy Services  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Gulfstream Services  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff E S & H Production Group  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff All Coast  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Prime Energy Resources  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Tobias  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Interested Party Specialty Offshore Inc. bkadden@lawla.com  mnguyen@lawla.com

District/off: 0541-4

Date Rcvd: May 06, 2026

User: ADIuser

Form ID: pdf002

Page 9 of 26

Total Noticed: 121

Benjamin W Kadden

on behalf of Creditor Total Production Supply LLC bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Premier Offshore Catering Inc bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Tobias Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor ES&H Production Group L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Sparrows Offshore LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Quality Energy Services Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Piranha Rentals LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Swivel Rental & Supply L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party Specialty Offshore Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Offshore Liftboats LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor All Coast LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Specialty Offshore Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Keystone Chemical LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Piranha Rentals LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Prime Energy Resources LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party R&R Boats Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff R&R Boats Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff R. & R. Boats Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party Keystone Chemical LLC bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Total Production Supply LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Swivel Rental & Supply LLC bkadden@lawla.com, mnguyen@lawla.com

Bradley Roland Foxman

on behalf of Interested Party Natural Resources Worldwide LLC bfoxman@velaw.com

Branch Masterson Sheppard

on behalf of Creditor Prime Energy Resources LLC bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard

on behalf of Interested Party Prime Energy Resources LLC bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Brandon Augustus Brown

on behalf of Plaintiff Michael D Warner bbrown@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown

on behalf of Trustee Michael D Warner bbrown@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown

on behalf of Trustee Chapter 7 Trustee bbrown@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Kevin Bains

on behalf of Creditor Hanover Insurance Company brandon@bainslaw.com

langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Taylor Darden

    on behalf of Creditor C-Dive  L.L.C. bdarden@carverdarden.com, sweeney@carverdarden.com

Brandon Taylor Darden

    on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited bdarden@carverdarden.com  sweeney@carverdarden.com

Brent B Barriere

    on behalf of Plaintiff MICHAEL D. WARNER bbarriere@fishmanhaygood.com
akelley@fishmanhaygood.com;kfritscher@fishmanhaygood.com

Brian A Kilmer

    on behalf of Creditor QuarterNorth Energy LLC and certain of its affiliates bkilmer@qmclaw.com
Elizabeth.Grant@KLGates.com

Brian A. Baker

    on behalf of Creditor National Oilwell Varco  L.P. brian@sorrelslaw.com

Brian E Schartz

    on behalf of Creditor W&T Energy VI  LLC brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian E Schartz

    on behalf of Creditor W&T Offshore  Inc. brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian I. Kantar

    on behalf of Creditor United States Fire Insurance Company bkantar@csglaw.com

Brooke Watford Altazan

    on behalf of Trustee Michael D Warner baltazan@stewartrobbins.com
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brooke Watford Altazan

    on behalf of Plaintiff Michael D Warner baltazan@stewartrobbins.com
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Cameron Murray

    on behalf of Defendant American Eagle A Division of Bennett Motor Express  LLC cameron.murray@taylorporter.com,
elise.aycock@taylorporter.com

Cassandra Shoemaker

    on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing  LLC ("DCP"
cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com

Charles L Stern, Jr

    on behalf of Creditor Lakeway Associates II LLC cstern@steeglaw.com

Charles L Stern, Jr

    on behalf of Creditor Lakeway Associates LLC cstern@steeglaw.com

Charles Michael Rubio

    on behalf of Defendant Island Operating Company crubio@parkinsrubio.com  7485062420@filings.docketbird.com

Charles Michael Rubio

    on behalf of Creditor Island Operating Company crubio@parkinsrubio.com  7485062420@filings.docketbird.com

Charles R. Koster

    on behalf of Creditor Committee The Official Committee of Unsecured Creditors ckoster@whitecase.com  mco@whitecase.com

Charles V Cusimano, III

    on behalf of Defendant Compliance Technology Group  LLC chuck@cusimanolaw.com

Cherie Dessauer Nobles

    on behalf of Plaintiff MICHAEL D. WARNER cnobles@fishmanhaygood.com
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Cherie Dessauer Nobles

    on behalf of Creditor Fab-Con  Inc. cnobles@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Christina Marie Brown

    on behalf of Creditor W&T Offshore  Inc. christina.brown@gibsondunn.com,
POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondun
n.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com;YMoreno@gibsondunn.com;christina-m-brown-4427@ecf

Christina Marie Brown

    on behalf of Creditor W&T Energy VI  LLC christina.brown@gibsondunn.com,
POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondun
n.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com;YMoreno@gibsondunn.com;christina-m-brown-4427@ecf

Christine Shang

    on behalf of Creditor W&T Offshore  Inc. christine.shang@kirkland.com

Christine Shang
>           on behalf of Creditor W&T Energy VI LLC christine.shang@kirkland.com

Christopher Adams
>           on behalf of Creditor Cardinal Coil Tubing LLC cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Christopher Adams
>           on behalf of Interested Party Cardinal Slickline LLC cadams@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Christopher Michael Gaffney
>           on behalf of Defendant Compliance Technology Group LLC chris@gaffneyla.com

Christopher Ross Travis
>           on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Christopher S Murphy
>           on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Christopher Todd Caplinger
>           on behalf of Interested Party R&R Boats Inc. chris.caplinger@keanmiller.com

Christopher Todd Caplinger
>           on behalf of Plaintiff Quality Energy Services Inc. chris.caplinger@keanmiller.com

Clifford William Carlson
>           on behalf of Creditor EP Energy E&P Company L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Coleman Torrans
>           on behalf of Plaintiff R. & R. Boats Inc. ctorrans@lawla.com

Coleman Torrans
>           on behalf of Defendant Leviathan Offshore LLC ctorrans@lawla.com

Connor Smith
>           on behalf of Creditor Halliburton Energy Services Inc. csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith
>           on behalf of Creditor Axis Newco LLC csmith@dorelaw.com, chymel@dorelaw.com

Corey Evan Dunbar
>           on behalf of Creditor River Rental Tools Inc. cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Craig A Ryan
>           on behalf of Creditor Prime Energy Resources LLC ryanc@onebane.com, coped@onebane.com

Darren M. Grzyb
>           on behalf of Creditor United States Fire Insurance Company dgrzyb@csglaw.com

Darren M. Grzyb
>           on behalf of Creditor Everest Reinsurance Company dgrzyb@csglaw.com

Darren M. Grzyb
>           on behalf of Creditor Sirius America Insurance Company dgrzyb@csglaw.com

Darryl T Landwehr
>           on behalf of Creditor A & H Armature Works Inc. dtlandwehr@aol.com

David J Messina
>           on behalf of Creditor Deltas Missys Supermarket LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine) messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

David L Curry, Jr
>           on behalf of Creditor Committee Ad Hoc Committee of Statutory Lien Creditors dcurry@okinadams.com nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr
>           on behalf of Creditor Cardinal Coil Tubing LLC dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David L Curry, Jr
>           on behalf of Interested Party Cardinal Slickline LLC dcurry@okinadams.com, nhollon@okinadams.com;sgonzales@okinadams.com

David M Bennett
>           on behalf of Creditor Devon Energy Corporation david.bennett@hklaw.com gracie.gonzales@tklaw.com;hope.daniels@hklaw.com;hapi@hklaw.com

David Patrick Keating
>           on behalf of Creditor Whitco Pump & Equipment LLC rick@dmsfirm.com

David Patrick Keating

on behalf of Creditor Whitco Supply Co rick@dmsfirm.com

David Robert Eastlake

on behalf of Creditor Oceaneering International Inc. David.Eastlake@gtlaw.com, jamrokg@gtlaw.com

David S Bland

on behalf of Creditor Enterprise Offshore Drilling david.bland@chaffe.com mwynne@blandpartners.com

David S Bland

on behalf of Creditor Aldonsa Inc. d/b/a Oilfield Instrumentation USA david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland

on behalf of Creditor Accu-Line Wireline david.bland@chaffe.com mwynne@blandpartners.com

David Samuel Rubin

on behalf of Plaintiff Laborde Marine Mangement LLC David.Rubin@butlersnow.com

David Samuel Rubin

on behalf of Creditor Laborde Marine Management LLC David.Rubin@butlersnow.com

Demetra Liggins

on behalf of Creditor W&T Offshore Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins

on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing LLC ("DCP" dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Duston K McFaul

on behalf of Interested Party OSEGIK Investments LLC dmcfaul@sidley.com txefilingnotice@sidley.com;duston-mcfaul-2509@ecf.pacerpro.com

Edward Allison Clarkson, III

on behalf of Interested Party Cardinal Slickline LLC eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Edward Allison Clarkson, III

on behalf of Creditor Cardinal Coil Tubing LLC eclarkson@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Edward H Arnold, III

on behalf of Creditor Gulf Coast Marine Fabricators Inc. harnold@bakerdonelson.com

Edward L Ripley

on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Chevron Pipe Line Company eripley@andrewsmyers.com sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Noble Energy Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com sray@andrewsmyers.com

Edward L Ripley

on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com sray@andrewsmyers.com

Elizabeth Hildenbrand Wirmani

on behalf of Creditor Shell Offshore Inc. elizabeth.wirmani@rsbfirm.com michael.coulombe@rsbfirm.com

Elizabeth Hildenbrand Wirmani

on behalf of Creditor Shell Trading (US) Company elizabeth.wirmani@rsbfirm.com michael.coulombe@rsbfirm.com

Emile Joseph, Jr.

on behalf of Creditor Petro Pull LLC EmileJoseph@AllenGooch.com

Emily Meraia

on behalf of Defendant Cox Operating L.L.C. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

on behalf of Debtor MLCJR LLC emeraia@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Eric Michael English

on behalf of Interested Party Talos Production LLC eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Interested Party Talos Resources LLC eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Quality Production Management LLC eenglish@porterhedges.com,

emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Interested Party USA Compression Partners  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Quality Construction and Production  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Talos Energy Ventures  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Erin Rosenberg

on behalf of Creditor Committee The Official Committee of Unsecured Creditors erin.rosenberg@whitecase.com
mco@whitecase.com

Erin Kathleen Arnold

on behalf of Plaintiff Amarillo National Bank erin.arnold@kellyhart.com

Erin Kathleen Arnold

on behalf of Creditor Amarillo National Bank erin.arnold@kellyhart.com

Evans Martin McLeod

on behalf of Creditor Barry Graham Oil Service  LLC marty.mcleod@phelps.com

Evelyn J. Meltzer

on behalf of Defendant McGriff Insurance Services  LLC evelyn.meltzer@troutman.com,
monica.molitor@troutman.com;wlbank@troutman.com

Evelyn J. Meltzer

on behalf of Defendant Marsh & Mclennan Agency  LLC (Formerly, McGriff, Seibels & Williams, LLC)
evelyn.meltzer@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Fernand L Laudumiey, IV

on behalf of Creditor Deltas Missys Supermarket  LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
bankruptcy@chaffe.com, laudumiey@chaffe.com;messina@chaffe.com

Frances Anne Smith

on behalf of Creditor Shell Offshore Inc. frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Shell Trading (US) Company frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frank F McGinn

on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com

Gary A Hemphill

on behalf of Plaintiff SEACOR Marine  LLC gary.hemphill@phelps.com

Gary A Hemphill

on behalf of Creditor SEACOR Marine  LLC gary.hemphill@phelps.com

Gavin Hodges Guillot

on behalf of Creditor Offshore Oil Services  Inc. gavin.guillot@pbgglaw.com, rhiannon.thomas@pjgglaw.com

George J Nalley, Jr

on behalf of Creditor Committee Turnkey Offshore Project Services  LLC gnalley@mblb.com

George Robert Parrott, II

on behalf of Creditor Crosby Energy Services  Inc. robert.parrott@arlaw.com, vicki.owens@arlaw.com

George Robert Parrott, II

on behalf of Creditor Quality Process Services  LLC robert.parrott@arlaw.com, vicki.owens@arlaw.com

Gregg Jeffrey Costa

on behalf of Creditor W&T Energy VI  LLC gcosta@gibsondunn.com,
pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregg Jeffrey Costa

on behalf of Creditor W&T Offshore  Inc. gcosta@gibsondunn.com,
pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregory F Pesce

on behalf of Financial Advisor Huron Consulting Services LLC gregory.pesce@whitecase.com  mco@whitecase.com

Gregory F Pesce

on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com
mco@whitecase.com

H Kent Aguillard

on behalf of Creditor Chalmers  Collins, Alwell, Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Petroleum Coordinators Inc. kent@aguillardlaw.com  germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Offshore Air & Refrigeration  Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Total Production Supply LLC kent@aguillardlaw.com  germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor DLS  LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor M&H Enterprises  Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Interested Party Cardinal Slickline  LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Cardinal Coil Tubing  LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Westwind Helicopters  Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

Harry Allen Perrin

on behalf of Interested Party Natural Resources Worldwide  LLC hperrin@velaw.com

Harry Allen Perrin

on behalf of Interested Party Cox Investment Partners  LP hperrin@velaw.com

Harry Allen Perrin

on behalf of Interested Party Bradley E. Cox hperrin@velaw.com

Holly C Hamm

on behalf of Plaintiff Cactus Wellhead LLC hollyhamm@mehaffyweber.com
brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly C Hamm

on behalf of Creditor Cactus Wellhead LLC hollyhamm@mehaffyweber.com
brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Jack N. Fuerst

on behalf of Creditor Datasite LLC jfuerst@sbcglobal.net
outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com

Jack T. Jamison

on behalf of Debtor Cox Operating L.L.C. jack@jackjamisonattorney.com

Jaimie Fedell

on behalf of Interested Party Flint River VPP II  LLC jaimie.fedell@kirkland.com

Jaimie Fedell

on behalf of Interested Party EP Northern Investments  LLC jaimie.fedell@kirkland.com

James B. Bailey

on behalf of Creditor Premium Oilfield Services LLC jbailey@bradley.com  jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor c/o James Bailey Esq TGS-NOPEC Geophysical Company jbailey@bradley.com,
jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor Cactus Wellhead  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor Cactus Wellhead LLC jbailey@bradley.com  jbailey@ecf.courtdrive.com

James Blake Hamm

on behalf of Creditor Cactus Wellhead LLC blakehamm@mehaffyweber.com
mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm

on behalf of Creditor Cactus Wellhead  LLC blakehamm@mehaffyweber.com,
mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James E Cuellar

on behalf of Creditor RigNet  Inc. jcuellar@wellscuellar.com

James J Ormiston

on behalf of Creditor GOM Shelf LLC jormiston@grayreed.com  rcuddihy@grayreed.com

James J Ormiston

on behalf of Creditor CIMA ENERGY  LP jormiston@grayreed.com, rcuddihy@grayreed.com

District/off: 0541-4

User: ADIuser

Page 15 of 26

Date Rcvd: May 06, 2026

Form ID: pdf002

Total Noticed: 121

James J Ormiston
on behalf of Creditor SP 49 Pipeline LLC jormiston@grayreed.com  rcuddihy@grayreed.com

James J Ormiston
on behalf of Creditor FW GOM Pipeline  Inc. jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston
on behalf of Plaintiff GOM Shelf  L.L.C. jormiston@grayreed.com, rcuddihy@grayreed.com

James Paul Barnett, Jr
on behalf of Creditor General Crude Oil Company jimbarnett@jpb-law.com  lposey@jpb-law.com;scanner@jpb-law.com

James W King
on behalf of Creditor Gulf Offshore Rentals  LLC jking@offermanking.com

James Wesley Thurman
on behalf of Creditor Swivel Rental & Supply  L.L.C. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor ES&H Production Group  L.L.C. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Total Production Supply LLC j.thurman@riccipartnersllc.com  ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Quality Energy Services  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Sparrows Offshore  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Interested Party Specialty Offshore  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Plaintiff Quality Energy Services  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Gulfstream Services  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Premier Offshore Catering Inc j.thurman@riccipartnersllc.com  ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor All Coast  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Prime Energy Resources  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Tobias  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Piranha Rentals  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Creditor Offshore Liftboats  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
on behalf of Interested Party Keystone Chemical LLC j.thurman@riccipartnersllc.com  ijohnson@lawla.com

James Wesley Thurman
on behalf of Interested Party R&R Boats  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

Jamie Kirk
on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jarrod B. Martin
on behalf of Creditor BSREP II Houston Office 1HC Owner  LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

Jarrod B. Martin
on behalf of Trustee Michael D Warner jbmartin@bradley.com atty_jmartin@bluestylus.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com;mdsmith@bradley.com

Jase A. Brown
on behalf of Creditor Everest Reinsurance Company jbrown@browntriallaw.com

Jase A. Brown
on behalf of Creditor Sirius America Insurance Company jbrown@browntriallaw.com

Jason B. Binford
on behalf of Creditor Shell Trading (US) Company jbinford@krcl.com ajezisek@krcl.com;rboley@krcl.com

Jason B. Binford
on behalf of Creditor Shell Offshore Inc. jbinford@krcl.com ajezisek@krcl.com;rboley@krcl.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM Central LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM East LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM West LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM Non-Op LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason S Brookner
on behalf of Creditor FW GOM Pipeline  Inc. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner
on behalf of Plaintiff GOM Shelf  L.L.C. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner
on behalf of Creditor GOM Shelf LLC jbrookner@grayreed.com  lwebb@grayreed.com

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeremy Thomas Grabill
on behalf of Plaintiff SEACOR Marine  LLC jeremy.grabill@phelps.com, ave.miranda@phelps.com

John A Mouton, III
on behalf of Interested Party Cardinal Slickline  LLC john@jmoutonlaw.com

John A Mouton, III
on behalf of Creditor Cardinal Coil Tubing  LLC john@jmoutonlaw.com

John Alan Stewart
on behalf of Creditor Guice Offshore  LLC johnstewart1724@hotmail.com

John Alan Stewart
on behalf of Debtor Cox Operating  L.L.C. johnstewart1724@hotmail.com

John E. Mitchell
on behalf of Interested Party Stingray Pipeline Company L.L.C. john.mitchell@katten.com

John E. Mitchell
on behalf of Interested Party Triton Gathering  LLC john.mitchell@katten.com

John E. Mitchell
on behalf of Interested Party Sea Robin Pipeline Company  LLC john.mitchell@katten.com

John E. Mitchell
on behalf of Interested Party Trunkline Field Services LLC john.mitchell@katten.com

John E.W. Baay, II
on behalf of Interested Party Fairfield Industries Incorporated Jbaay@LabordeSiegel.com

John E.W. Baay, II
on behalf of Interested Party Westerngeco LLC Jbaay@LabordeSiegel.com

John F Higgins, IV
on behalf of Creditor Quality Construction and Production  LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Creditor Quality Production Management  LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John James Sparacino
on behalf of Interested Party Deacon Investments LLC jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Richard O'Keefe, Jr
on behalf of Creditor Gas Turbine Applications  Inc. jokeefe@metzlewis.com

John Thomas Oldham
on behalf of Interested Party Cardinal Slickline  LLC joldham@okinadams.com,
sgonzales@okinadams.com;nhollon@okinadams.com

John Thomas Oldham

District/off: 0541-4                     User: ADIuser                              Page 17 of 26

Date Rcvd: May 06, 2026                  Form ID: pdf002                            Total Noticed: 121

on behalf of Creditor Cardinal Coil Tubing  LLC joldham@okinadams.com, sgonzales@okinadams.com;nhollon@okinadams.com

Johnie J Patterson

on behalf of Creditor Danos  L.L.C. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson

on behalf of Creditor Crosby Energy Services  Inc. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J Patterson

on behalf of Creditor Westwind Helicopters  Inc. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Jonathan L. Lozano

on behalf of Creditor Ryan  LLC jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan L. Lozano

on behalf of Plaintiff Ryan  LLC jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Joseph A. Caneco

on behalf of Plaintiff MICHAEL D. WARNER jcaneco@fishmanhaygood.com

Joseph A. Caneco

on behalf of Creditor Fab-Con  Inc. jcaneco@fishmanhaygood.com

Joseph G Epstein

on behalf of Creditor Benoit Premium Threading LLC joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com

Joseph G Epstein

on behalf of Creditor Steel Service Oilfield Tubular  Inc. joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein

on behalf of Creditor Tampnet Inc. joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com

Joseph M Coleman

on behalf of Interested Party Jackson Walker LLP jcoleman@krcl.com  jcoleman@krcl.com;jcoleman@ecf.courtdrive.com

Joseph P Briggett

on behalf of Interested Party Specialty Offshore  Inc. jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett

on behalf of Interested Party R&R Boats  Inc. jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett

on behalf of Interested Party Keystone Chemical LLC jbriggett@bakerdonelson.com  adaunoy@lawla.com

Joseph Patrick Hebert

on behalf of Creditor Dynasty Energy Services  LLC jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joseph Patrick Hebert

on behalf of Creditor Eaton Oil Tools  Inc. jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joshua Lee Shepherd

on behalf of Creditor Frost Bank shepherd@imcplaw.com

Katherine A Preston

on behalf of Creditor WELLS FARGO BANK NA katherinepreston00@gmail.com rsmith@winston.com;katy-preston-2248@ecf.pacerpro.com;KLowery@winston.com;ECF_Houston@winston.com;ecf_sf@winston.com

Katherine Elizabeth Clark

on behalf of Creditor Crescent Midstream  LLC kclark@lawla.com

Katherine Elizabeth Clark

on behalf of Creditor Crescent GIGs LLC kclark@lawla.com

Katherine Elizabeth Clark

on behalf of Plaintiff R. & R. Boats  Inc. kclark@lawla.com

Kayci Hines

on behalf of Interested Party United States of America kayci.hines@usdoj.gov

Keith Langley

on behalf of Creditor Liberty Mutual Insurance Company klangley@l-llp.com

Keith A Simon

on behalf of Debtor MLCJR LLC keith.simon@lw.com  christopher.tarrant@lw.com;keith-simon-9700@ecf.pacerpro.com

Kelli S. Norfleet

on behalf of Interested Party BP Energy Company and BP Products North America Inc. kelli.norfleet@haynesboone.com jennifer.cook@haynesboone.com

Kelli S. Norfleet

District/off: 0541-4                          User: ADIuser                          Page 18 of 26
Date Rcvd: May 06, 2026                       Form ID: pdf002                       Total Noticed: 121

on behalf of Interested Party BP Energy Company kelli.norfleet@haynesboone.com  jennifer.cook@haynesboone.com

Kelly H Leonard

on behalf of Creditor GOM Shelf LLC kleonard@grayreed.com

Kelly H Leonard

on behalf of Plaintiff GOM Shelf  L.L.C. kleonard@grayreed.com

Kenneth A Listwak

on behalf of Defendant McGriff Insurance Services  LLC kenneth.listwak@troutman.com

Kenneth A Listwak

on behalf of Defendant Marsh & Mclennan Agency  LLC (Formerly, McGriff, Seibels & Williams, LLC) kenneth.listwak@troutman.com

Kevin M Maraist

on behalf of Creditor Services Archrock Partners Operating LLC and Archrock Services  L.P. kmaraist@albmlaw.com

Kevin M Maraist

on behalf of Creditor Archrock Partners Operating LLC kmaraist@albmlaw.com

Lacey E. Rochester

on behalf of Creditor Pressure & Flow Control Solutions LLC (PetroQuip) lrochester@bakerdonelson.com cbretz@bakerdonelson.com

Laura Crabtree

on behalf of Creditor Axis Newco  LLC lcrabtree@dorelaw.com, chymel@dorelaw.com

Lawrence Raymond DeMarcay

on behalf of Creditor Leviathan Offshore  LLC ldemarcay@bhbmlaw.com

Layla Milligan

on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division layla.milligan@oag.texas.gov

Leann Opotowsky Moses

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Leann Opotowsky Moses

on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Lenard M. Parkins

on behalf of Creditor Island Operating Company lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

Louis M Phillips

on behalf of Creditor Amarillo National Bank louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Louis M Phillips

on behalf of Plaintiff Amarillo National Bank louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Maegan Quejada

on behalf of Interested Party OSEGIK Investments LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marc Evan Kutner

on behalf of Creditor Jackie Lewis mkutner@spaglaw.com  meghan@spaglaw.com

Maria Barbara Mokrzycka

on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo maria.mokrzycka@nortonrosefulbright.com

Mark Mintz

on behalf of Spec. Counsel JONES WALKER LLP mmintz@joneswalker.com hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Mintz

on behalf of Debtor MLCJR LLC mmintz@joneswalker.com  hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Stromberg

on behalf of Attorney Vincent John DeVito  Jr. mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Mark E. Dendinger

on behalf of Creditor Ryan  LLC mark.dendinger@bracewell.com, mary.kearney@bracewell.com

Mark J. Chaney, III

on behalf of Creditor Westwind Helicopters  Inc. mark.chaney@arlaw.com, annie.parish@arlaw.com

Mark J. Chaney, III

on behalf of Creditor Danos  L.L.C. mark.chaney@arlaw.com, annie.parish@arlaw.com

Marty L Brimmage

on behalf of Interested Party Alvarez & Marsal North America  LLC mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Matthew D Cavenaugh

on behalf of Defendant Cox Operating  L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Energy XXI GOM  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Energy XXI Gulf Coast  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Cox Oil Offshore  L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor MLCJR LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Cox Operating L.L.C. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor EPL Oil & Gas  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor M21K  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew G Wylie

on behalf of Creditor RCP Inc mwylie@wylie-law.com

Melissa E Valdez

on behalf of Creditor CROSBY INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Fishel

on behalf of Creditor Committee American Panther  LLC michael@FishelLawGroup.com, michael-fishel-2874@ecf.pacerpro.com

Michael D Rubenstein

on behalf of Creditor Helix Well Ops  Inc. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Rubenstein

on behalf of Creditor Alliance Offshore  L.L.C. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Warner

on behalf of Trustee Chapter 7 Trustee mwarner@pszjlaw.com  klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael D Warner

on behalf of Trustee Michael D Warner mwarner@pszjlaw.com  klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael Edward Collins

on behalf of Creditor Argonaut Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Travelers Casualty & Surety Company of America mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Berkley Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Nationwide Mutual Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Westchester Fire Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael J. Weber

on behalf of Creditor Hanover Insurance Company michael.weber@dinsmore.com deborah.dunn@dinsmore.com;chicagobankruptcyemail@dinsmore.com

Michael Kevin Riordan

on behalf of Interested Party Blackcomb Energy  LLC mriordan@bradley.com, rdiep@foley.com;mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;aplayer@bradley.com;akhan@bradley.com

Michael P Menton

on behalf of Creditor BRI 1850 Houston OCC  LLC mikementon@waderobertslaw.com

Michaela Christine Crocker
        on behalf of Interested Party Stingray Pipeline Company L.L.C. michaela.crocker@katten.com

Michaela Christine Crocker
        on behalf of Interested Party Triton Gathering  LLC michaela.crocker@katten.com

Michaela Christine Crocker
        on behalf of Interested Party Trunkline Field Services LLC michaela.crocker@katten.com

Michaela Christine Crocker
        on behalf of Interested Party Sea Robin Pipeline Company  LLC michaela.crocker@katten.com

Michaela Christine Crocker
        on behalf of Interested Party Energy Transfer michaela.crocker@katten.com

Michelle McMahon
        on behalf of Creditor Cullen and Dykman LLP mmcmahon@cullenllp.com

Mike F Pipkin
        on behalf of Creditor United States Fire Insurance Company mpipkin@weinrad.com
scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com

Misha E. Ross
        on behalf of Debtor MLCJR LLC misha.ross@lw.com

Misty A Segura
        on behalf of Creditor H.I.S. Fire & Safety Equipment  LLC msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Nicholas Smeltz
        on behalf of Trustee Michael D Warner nsmeltz@stewartrobbins.com

Nick M. Brown
        on behalf of Creditor W&T Offshore  Inc. nick.brown@kirkland.com

Nick M. Brown
        on behalf of Creditor W&T Energy VI  LLC nick.brown@kirkland.com

Omer F Kuebel, III
        on behalf of Interested Party PXP Producing Company  LLC rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III
        on behalf of Interested Party McMoran Oil & Gas  LLC rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III
        on behalf of Interested Party Burlington Resources Offshore  Inc. rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III
        on behalf of Interested Party ConocoPhillips Company rick.kuebel@troutman.com  Yamille.harrison@lockelord.com

Patrick M. Shelby
        on behalf of Creditor Linear Controls  Inc. rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby
        on behalf of Creditor SEACOR Marine  LLC rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby
        on behalf of Creditor Adapt Concepts  L.L.C. rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby
        on behalf of Creditor Vision Production Chemicals  L.L.C. rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick S. Garrity
        on behalf of Creditor Right Hand Oilfield Associates  LLC pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com

Patrick S. Garrity
        on behalf of Defendant Right Hand Oilfield Associates  LLC pgarrity@derbeslaw.com,
garrity.patrickr72443@notify.bestcase.com

Paul Douglas Stewart, Jr
        on behalf of Interested Party Partco LLC dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
        on behalf of Plaintiff Michael D. Warner dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
        on behalf of Plaintiff Michael D Warner dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

District/off: 0541-4                    User: ADIuser                         Page 21 of 26

Date Rcvd: May 06, 2026                 Form ID: pdf002                       Total Noticed: 121

Paul Douglas Stewart, Jr

on behalf of Trustee Michael D Warner dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr

on behalf of Plaintiff MICHAEL D. WARNER dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr

on behalf of Attorney Stewart Robbins Brown & Altazan  LLC dstewart@stewartrobbins.com,
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr

on behalf of Creditor Partco LLC dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Joseph Goodwine

on behalf of Creditor LLOG Exploration Offshore  L.L.C. pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Peter C D'Apice

on behalf of Interested Party Cox Oil  LLC dapice@sbep-law.com

Peter C D'Apice

on behalf of Interested Party Cox Oil & Gas  LLC dapice@sbep-law.com

Philip G Eisenberg

on behalf of Interested Party McMoran Oil & Gas  LLC Phil.Eisenberg@troutman.com

Philip Moss Abelson

on behalf of Creditor Committee The Official Committee of Unsecured Creditors philip.abelson@whitecase.com

Rachel S. Day

on behalf of Creditor Poseidon Technology  LLC rday@bradleyfirm.com, oviccellio@bradleyfirm.com

Randall Scott Wells

on behalf of Creditor Guice Offshore  LLC swells@rushingguice.com

Rebecca Blake Chaikin

on behalf of Defendant EPL Oil & Gas  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Energy XXI GOM  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Defendant Cox Operating  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Cox Operating L.L.C. rchaikin@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Defendant Energy XXI GOM  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Energy XXI Gulf Coast  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Defendant Cox Oil Offshore  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor M21K  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Defendant Cox Operating  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Cox Oil Offshore  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor Cox Operating  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Defendant Energy XXI Gulf Coast  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Defendant Cox Operating L.L.C. rchaikin@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

on behalf of Debtor EPL Oil & Gas  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Ricardo A. Aguilar

on behalf of Creditor Danos  L.L.C. richard.aguilar@arlaw.com, annie.parish@arlaw.com

Robert Brent Cueria

on behalf of Creditor Cueria Law Firm  LLC o/b/o Dillon Mitchell cuerialaw@gmail.com

Robert Brent Cueria

on behalf of Creditor Dillon Mitchell cuerialaw@gmail.com

Robin Russell

on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com

Robin Russell

on behalf of Creditor Apache Shelf Exploration  LLC rrussell@HuntonAK.com

Robin B Cheatham

on behalf of Creditor Seneca Resources Company  LLC robin.cheatham@arlaw.com, Mary.cuenca@arlaw.com

Roger Stephen Cox

on behalf of Plaintiff Amarillo National Bank roger.cox@uwlaw.com  mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Roger Stephen Cox

on behalf of Creditor Amarillo National Bank roger.cox@uwlaw.com  mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Ryan Lamb

on behalf of Interested Party United States of America ryan.lamb@usdoj.gov

Ryan Seidemann

on behalf of Creditor State of Louisiana  Department of Natural Resources rseidemann@thewaterinstitute.org,
lentoc@ag.state.la.us

Ryan E Manns

on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo ryan.manns@nortonrosefulbright.com

Ryan J Richmond

on behalf of Creditor Petro-Marine Underwriters  Inc. ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond

on behalf of Creditor Drake ChemCo  LLC ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond

on behalf of Creditor Delta Energy Management and Consulting  LLC ryan@snw.law, ryan@rjrichmondlaw.com

Samantha Espino

on behalf of Plaintiff Amarillo National Bank samantha.espino@wickphillips.com
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

Samantha Espino

on behalf of Creditor Amarillo National Bank samantha.espino@wickphillips.com
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

Sara Zeimer

on behalf of Other Prof. Keller & Heckman  LLP sara.zeimer@bipc.com, eservice@bipc.com;alison.sharp@bipc.com

Sara M. Keith

on behalf of Creditor Shell Offshore Inc. sara.keith@shell.com  sara.keith@shell.com;nashira.parker@shell.com

Schlea Thomas

on behalf of Creditor Genesis Energy  L.P. schleathomas@paulhastings.com,
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Scott A Zuber

on behalf of Creditor United States Fire Insurance Company szuber@csglaw.com

Scott C Williams

on behalf of Creditor Argonaut Insurance Company swilliams@manierherod.com

Scott R. Cheatham

on behalf of Creditor Danos  L.L.C. scott.cheatham@arlaw.com

Scott R. Cheatham

on behalf of Creditor EcoServe  L.L.C. scott.cheatham@arlaw.com

District/off: 0541-4       User: ADIuser       Page 23 of 26

Date Rcvd: May 06, 2026       Form ID: pdf002       Total Noticed: 121

Scott R. Cheatham

on behalf of Creditor Diverse Safety and Scaffolding  L.L.C. scott.cheatham@arlaw.com

Scott R. Cheatham

on behalf of Creditor Crosby Energy Services  Inc. scott.cheatham@arlaw.com

Scott R. Cheatham

on behalf of Creditor Thru Tubing Systems  Inc. scott.cheatham@arlaw.com

Scott R. Cheatham

on behalf of Creditor Seneca Resources Company  LLC scott.cheatham@arlaw.com

Scott R. Cheatham

on behalf of Creditor Quality Process Services  LLC scott.cheatham@arlaw.com

Shane Huang

on behalf of Interested Party United States of America shane.huang@usdoj.gov

Simon Richard Mayer

on behalf of Creditor Diamond Tank Rental  LLC Simon.Mayer@troutman.com,
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer

on behalf of Creditor W&T Offshore  Inc. Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer

on behalf of Interested Party ConocoPhillips Company Simon.Mayer@troutman.com
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer

on behalf of Interested Party PXP Producing Company  LLC Simon.Mayer@troutman.com,
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer

on behalf of Interested Party McMoran Oil & Gas  LLC Simon.Mayer@troutman.com,
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer

on behalf of Creditor A-Port  LLC Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Stanwood R Duval

on behalf of Creditor Gulfstream Services  Inc. stan@duvallawfirm.com

Steven Brian Perry

on behalf of Creditor W-Industries of Louisiana  LLC brianperry@allengooch.com, pattistephens@allengooch.com

Steven J. Levitt

on behalf of Creditor Devon Energy Corporation steven.levitt@hklaw.com  gracie.gonzales@tklaw.com;hapi@hklaw.com

Steven Michael Beauchamp

on behalf of Creditor Philadelphia Indemnity Insurance Company sbeauchamp@drylaw.com
filings@drylaw.com;1371728420@filings.docketbird.com

Steven W Soule

on behalf of Creditor Targa LA Operating LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule

on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Stewart F Peck

on behalf of Interested Party R&R Boats  Inc. speck@lawla.com

Stewart F Peck

on behalf of Plaintiff Quality Energy Services  Inc. speck@lawla.com

Stewart F Peck

on behalf of Plaintiff All Coast  LLC speck@lawla.com

Suzanne Elizabeth Span

on behalf of Creditor W&T Offshore  Inc. sspan@gibsondunn.com,
suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Suzanne Elizabeth Span

on behalf of Creditor W&T Energy VI  LLC sspan@gibsondunn.com,
suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Sydney Corry

on behalf of Creditor W&T Offshore  Inc. sydney.corry@kirkland.com

Sydney Corry

on behalf of Creditor W&T Energy VI  LLC sydney.corry@kirkland.com

T. Josh Judd

District/off: 0541-4

User: ADIuser

Page 24 of 26

Date Rcvd: May 06, 2026

Form ID: pdf002

Total Noticed: 121

on behalf of Creditor Union Oil Company of California jjudd@andrewsmyers.com  sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Noble Energy  Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Chevron U.S.A. Inc. jjudd@andrewsmyers.com  sray@andrewsmyers.com

Tara L Grundemeier

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier

on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara T. LeDay

on behalf of Creditor BSREP II Houston Office 1HC Owner  LLC Tara.LeDay@huschblackwell.com, christine.deacon@huschblackwell.com;anne.arundel@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com

Taylre Janak

on behalf of Creditor Truist Insurance Holdings  Inc. tjanak@reedsmith.com, amadu@reedsmith.com;gsaenz@reedsmith.com;ddegree@reedsmith.com

Thomas A Howley

on behalf of Defendant CLEARWATER INSURANCE COMPANY tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant MILLER INSURANCE SERVICES  LLP tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant Hudson Insurance Company tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant AIG US  INC. tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER B0621EMSCO000121 tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant WR BERKLEY CORPORATION tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant STARSTONE INSURANCE COMPANY tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas C Scannell, Jr

on behalf of Creditor Axip Energy Services  LP tscannell@foley.com, thomas-scannell-3441@ecf.pacerpro.com

Thomas Henry Fafara

on behalf of Debtor MLCJR LLC thomas.fafara@lw.com  thomas-fafara-1858@ecf.pacerpro.com;christopher.tarrant@lw.com

Thomas J Humphrey

on behalf of Debtor MLCJR LLC thomas.humphrey@lw.com

Thomas P Carroll

on behalf of Interested Party United States of America thomas.carroll@usdoj.gov

Timothy Thriffiley

on behalf of Creditor Seatrax Services  Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor River Rental Tools  Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor Shallow Draft Elevating Boats  Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor Pelstar Mechanical Services  LLC tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor Logic Control Systems  LLC tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor A-Port  LLC tthriffiley@pivachlaw.com

Timothy Russell Cook

on behalf of Creditor Premium Oilfield Services LLC tcook@csj-law.com

Todd Allan Atkinson

on behalf of Defendant GOL  L.L.C. todd.atkinson@wbd-us.com,

Heidi.Sasso@wbd-us.com;cindy.giobbe@wbd-us.com;morgan.patterson@wbd-us.com;nichole.wilcher@wbd-us.com

Trevor C. Mosby

on behalf of Defendant Pressure & Flow Control Systems  LLC dba PetroQuip tmosby@bakerdonelson.com

Tristan E Manthey

on behalf of Creditor Fab-Con  Inc. tmanthey@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Tye Hancock

on behalf of Creditor Arena Energy LLC tye.hancock@oag.texas.gov

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Victoria V Theriot

on behalf of Creditor Home Industry Disposal Company  Inc. ttheriot@acadiancontractors.com

Victoria V Theriot

on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Walter Patrick Maestri

on behalf of Creditor NNW  Inc. wmaestri@deutschkerrigan.com

Ward F Lafleur

on behalf of Creditor Expeditors and Production Services wlafleur@mandllaw.com
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Creditor GIR Solutions  LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Creditor EPS Logistics Company wlafleur@mandllaw.com
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Creditor VCG Energy Group  LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Defendant Burner Fire Control  Inc. wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Creditor Kilgore Marine Services  LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Defendant VCG Energy Group  LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur

on behalf of Creditor Burner Fire Control  Inc. wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

William Guerrieri

on behalf of Creditor Committee The Official Committee of Unsecured Creditors william.guerrieri@whitecase.com
mco@whitecase.com

William Alfred Wood, III

on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William E. Steffes

on behalf of Creditor Precision Crane & Hydraulics  LLC bsteffes@steffeslaw.com,
akujawa@steffeslaw.com;cbiggs@steffeslaw.com

William Lee Guice, III

on behalf of Creditor Guice Offshore  LLC bguice@rushingguice.com,
rswparalegal@rushingguice.com;wlgparalegal@rushingguice.com

William S. Robbins

on behalf of Trustee Michael D Warner wrobbins@stewartrobbins.com
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins

on behalf of Plaintiff Michael D Warner wrobbins@stewartrobbins.com
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins

on behalf of Plaintiff MICHAEL D. WARNER wrobbins@stewartrobbins.com
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

District/off: 0541-4

Date Rcvd: May 06, 2026

User: ADIuser

Form ID: pdf002

Page 26 of 26

Total Noticed: 121

William S. Robbins

on behalf of Creditor Partco LLC wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins

on behalf of Interested Party Partco LLC wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins

on behalf of Attorney Stewart Robbins Brown & Altazan  LLC wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Yelena Archiyan

on behalf of Interested Party Stingray Pipeline Company L.L.C. yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Interested Party Triton Gathering  LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Interested Party Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan

on behalf of Interested Party Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com

Zachary S McKay

on behalf of Debtor MLCJR LLC zmckay@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

TOTAL: 481