**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**SIXTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING AUGUST 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Sixteenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending August 31, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | August 1, 2025 through August 31, 2025 |
| Number Monthly Fee Statements: | Sixteenth |
| **STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES** | |
| Total Statement Period Fees | $100,875.00 |
| Total Interim Fees (80%) Requested | $80,700.00 |
| Total Expenses Requested | $3,342.31 |
| Total Interim Remuneration Requested (exclusive of holdback): | $84,042.31 |
| **STATEMENT PERIOD SUMMARY FOR ATTORNEYS** | |
| Total attorney fees requested in this statement: | $94,604.92 |
| Total actual attorney hours covered by this statement: | 185.30 |
| Average hourly rate for attorneys: | $510.55 |
| **STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS** | |
| Total paraprofessional fees requested in this statement: | $6,270.00 |
| Total actual paraprofessional hours covered by this statement: | 20.9 |
| Average hourly rate for paraprofessionals: | $300.00 |

In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* **[Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1. The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 32.10 | 650.00 | 20,865.00 |
| WSR | William S. Robbins | 21.20 | 650.00 | 13,780.00 |
| AWM | Abigail W. Mock | 94.00 | 400.00 | 37,600.00 |
| BAB | Brandon A. Brown | 25.10 | 650.00 | 16,315.00 |
| BWA | Brooke W. Altazan | 2.40 | 550.00 | 1,320.00 |
| KAH | Kimberly A. Heard | 20.90 | 300.00 | 6,270.00 |
| NJS | Nicholas J. Smeltz | 10.50 | 450.00 | 4,725.00 |

2. The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 41.50 | 596.39 | 24,750.00 |
| B160 | Fee/Employment Applications | 12.40 | 439.52 | 5,450.00 |
| B180 | Avoidance Action Analysis | 137.50 | 460.98 | 63,385.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 8.00 | 443.13 | 3,545.00 |
| B210 | Business Operations | 3.00 | 425.00 | 1,275.00 |
| B220 | Employee Benefits/Pensions | 3.80 | 650.00 | 2,470.00 |

3. The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 8/20/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 488.63 |
| 8/27/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 2,033.88 |
| 8/28/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 8/31/2025 | Pacer for August 2025 | 42.40 |
| 8/31/2025 | Copies for August 2025 | 271.80 |
| 8/31/2025 | Lexis for August 2025 | 117.16 |
| 8/31/2025 | Everlaw for August 2025 | 236.47 |
| 8/31/2025 | Everlaw-ECA for August 2025 | 148.97 |
| | **Total DISBURSEMENTS** | **$3,342.31** |

4.      SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.      Pursuant to the Interim Compensation Order, SRBA seeks payment of $84,042.31 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:          May 15, 2026                    Respectfully Submitted,

                                                **STEWART ROBBINS BROWN**
                                                **& ALTAZAN, LLC**


                                        By:     /s/Paul Douglas Stewart, Jr.
                                                Paul Douglas Stewart, Jr. (La. Bar # 24661)
                                                *Admitted to Southern District of Texas*
                                                *(SDTX Federal No. 432642)*
                                                dstewart@stewartrobbins.com
                                                William S. Robbins (Tx. Bar # 24100894)
                                                wrobbins@stewartrobbins.com
                                                301 Main Street, Suite 1640
                                                Baton Rouge, LA 70801-0016
                                                Telephone: (225) 231-9998
                                                Facsimile: (225) 709-9467

                                                ***Counsel for Michael D. Warner,***
                                                ***Chapter 7 Trustee***

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – August 1, 2025 – August 31, 2025**



STEWART ROBBINS BROWN & ALTAZAN LLC

301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

May 13, 2026

File #:  119-001
Invoice #:      1949

**RE:**  In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 8/1/2025 | Research Pride Oil & Gas invoice | B210 | KAH | 0.20 | 60.00 |
| 8/1/2025 | Telephone conference and email communication with counsel for R&R re: documents, internal communication re: same | B190 | BWA | 0.60 | 330.00 |
| 8/1/2025 | Receipt and review of OG fee app for Borror, SRBA (0.1), multiple communications with M. Borror, client re: same, procedure for payment issuance from holdback funds (0.3) | B160 | BAB | 0.40 | 260.00 |
| 8/1/2025 | Revisions to carveout proposal and related communications with W. Robbins, M. Warner, and L. Phillips (.7). | B130 | PDS | 0.70 | 455.00 |
| 8/1/2025 | Settlement communications with A. Goodman (.2); communications with A. Mendez and C. Nobles re withdrawal of reference (.1). | B180 | PDS | 0.30 | 195.00 |
| 8/1/2025 | emails regarding abandonment issues (.3); tc and email with Trustee regarding W&T / Escrow release issues (.4); emails regarding abstract invoice (.3); emails regarding A&M communications(.5) | B130 | WSR | 1.50 | 975.00 |
| 8/4/2025 | Receipt/review N. Zimmerman w/e 8.1.25 invoice; update payable spreadsheet; review July payables for submission; email to PDS re same. | B160 | KAH | 0.30 | 90.00 |
| 8/4/2025 | Follow-up re: R&R requests | B190 | BWA | 0.10 | 55.00 |
| 8/4/2025 | Communications with client, M. Borror re: further needs to terminate and close plan | B220 | BAB | 0.60 | 390.00 |
| 8/4/2025 | Communications with M. Borror re: holdback fund payments, review correspondence from Empower re: same | B220 | BAB | 0.40 | 260.00 |
| 8/4/2025 | Preference management and related call with M. Warner (.8); call with R. Kuebel re settlement (.2). | B180 | PDS | 1.00 | 650.00 |
| 8/4/2025 | Communication with L. Phillips (.5), W. Robbins (.1), and M. Warner (.2) re careout stipulations. | B130 | PDS | 0.80 | 520.00 |
| 8/4/2025 | emails to/from trustee regarding abandonment (.3); email from VESCO regarding various issues (.4) | B130 | WSR | 0.70 | 455.00 |
| 8/4/2025 | conducting preference suits update | B180 | AWM | 0.30 | 120.00 |
| 8/5/2025 | Draft third stipulations for extensions with A-Port and Diamond Tank Rentals; multiple emails related to same. | B180 | KAH | 0.30 | 90.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 8/5/2025 | Updates to preference tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 8/5/2025 | Forward July payables to trustee | B210 | KAH | 0.10 | 30.00 |
| 8/5/2025 | Finalize third stipulations; emails with counsel for A-Port and Diamond Tank Rental | B180 | KAH | 0.20 | 60.00 |
| 8/5/2025 | Revise Third Abandonment Motion | B130 | AWM | 0.10 | 40.00 |
| 8/5/2025 | Attention to extensions of time for various preference targets | B180 | BAB | 0.70 | 455.00 |
| 8/5/2025 | Communication with L. Phillips and M. Warner re stipulation (.3). | B130 | PDS | 0.30 | 195.00 |
| 8/5/2025 | Communication with W. Robbins, M. Warner and A. Rappold re preference settlement (.8); communication with S. Mayer and K. Heard re stipulated extensions (.3). | B180 | PDS | 1.10 | 715.00 |
| 8/5/2025 | review and analyze abandonment and carveout issues (.5); review and analyze preference issues and settlement offer (.4); review pleadings as to VESCO sale and emails regarding same (.5); review abandonment motion and emails regarding same (.3); emails from Mr. Dykes regarding regulatory issues and tc with same (.4) | B130 | WSR | 2.10 | 1,365.00 |
| 8/5/2025 | Drafting summary for the Trustee re Bristow preference analysis | B180 | AWM | 1.10 | 440.00 |
| 8/6/2025 | Review status of various tolled preference targets. | B180 | KAH | 0.20 | 60.00 |
| 8/6/2025 | Prepare second stipulation for extension to answer for Total Safety | B180 | KAH | 0.20 | 60.00 |
| 8/6/2025 | Receipt of signed orders granting additional extension to A-Port and Diamond Rental; update tracking spreadsheet; forward to opposing counsel. | B180 | KAH | 0.20 | 60.00 |
| 8/6/2025 | email to T. Draper (Total Safety) re extension of response deadline to answer preference complaint | B180 | NJS | 0.10 | 45.00 |
| 8/6/2025 | Attention to extension issues for Total Safety, other preference defendants/targets | B180 | BAB | 0.60 | 390.00 |
| 8/6/2025 | Communications with M. Borror, client re: forms needed from Empower for holdback disbursements, attention to providing documentation requested | B220 | BAB | 0.60 | 390.00 |
| 8/6/2025 | Call with B. Barriere, C. Noble, and M. Warner re preference issues (.5); communication with A. Mendez re same (.2). | B180 | PDS | 0.70 | 455.00 |
| 8/6/2025 | Drafting Preference Action Summary and Reccomendation for Trustee for Signal Administration | B180 | AWM | 1.50 | 600.00 |
| 8/7/2025 | Prepare second stipulation for extension for Petroquip; forward to opposing counsel; update tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 8/7/2025 | tc with W&T Counsel regarding escrow release agreement and motion (.4); consider prefernce action issues (.3) | B130 | WSR | 0.70 | 455.00 |
| 8/7/2025 | Follow-up re: R&R document requests | B190 | BWA | 0.20 | 110.00 |
| 8/7/2025 | Analyze response and filing deadlines for preference defendants and targets, begin analysis of needs to obtain extensions from parties | B180 | BAB | 0.70 | 455.00 |
| 8/8/2025 | Receipt of signed second stipulation with Petroquip; forward to opposing counsel update tracking spreadsheet. | B180 | KAH | 0.20 | 60.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/8/2025 | analysis of Signal Admin preference defenses (.4); communications regarding Brostow preference settlement(.2); emails to/from Mr. Dykes (.3) | B130 | WSR | 0.90 | 585.00 |
| 8/8/2025 | Conducting preference analysis for ESSI | B180 | AWM | 3.40 | 1,360.00 |
| 8/8/2025 | Communication with M. Warner and J. Caneco re preferece issues (.3); communication with M. Warner and firm re Bristow settlememnt (.2); | B180 | PDS | 0.50 | 325.00 |
| 8/8/2025 | Email to Trustee re Signal Administration preference analysis | B180 | AWM | 0.10 | 40.00 |
| 8/11/2025 | Receipt of N. Zimmerman w/e 8-8 invoice; add to August payables. | B210 | KAH | 0.10 | 30.00 |
| 8/11/2025 | Review status of pending adversary proceedings | B180 | KAH | 0.20 | 60.00 |
| 8/11/2025 | Finalize second stipulation for extension to answer for Total Safety | B180 | KAH | 0.10 | 30.00 |
| 8/11/2025 | Prepare second stipulations for Fugro and American Eagle; emails with opposing counsel related to same. | B180 | KAH | 0.30 | 90.00 |
| 8/11/2025 | Receipt/review of R. Dykes w/e 8-8 activity report; email to R. Dykes re discrepancy in hours. | B210 | KAH | 0.20 | 60.00 |
| 8/11/2025 | Conducting American Express preference analysis (4.0); Conducting Forefront Preference Analysis (2.4) | B180 | AWM | 6.40 | 2,560.00 |
| 8/11/2025 | phone call with C. Murray (American Eagle) re extension of response deadline in avoidance action and invoices underlying new value | B180 | NJS | 0.10 | 45.00 |
| 8/11/2025 | email to C. Murray (American Eagle) circulating stipulation to extend American Eagle response deadline | B180 | NJS | 0.10 | 45.00 |
| 8/11/2025 | review files and communications regarding preference issues (.5); emails from Mr. Dykes (.3); review abandonment and carveout issues (.3) | B130 | WSR | 1.10 | 715.00 |
| 8/11/2025 | Communications with various preference defendants/targets re; extensions of time and tolling | B180 | BAB | 0.50 | 325.00 |
| 8/11/2025 | Communications with client re: forms necessary for Empower to process holdback allocations | B220 | BAB | 0.20 | 130.00 |
| 8/11/2025 | Review of, and revisions to, third abandonment motion and related communications with L. Phillips, M. Warner, and W. Robbins. | B130 | PDS | 1.60 | 1,040.00 |
| 8/11/2025 | Communications with P. Eisenberg and firm re extension (.1); | B180 | PDS | 0.10 | 65.00 |
| 8/11/2025 | Email to C. Okarter re Amex account statements for preference analysis (0.1); call with Trustee re Signal Administration preference analysis (0.3); email to Anne Rappold re settlement call with Bristow re preference (0.1) | B180 | AWM | 0.50 | 200.00 |
| 8/12/2025 | Finalize second stipulation with American Eagle; update tracking spreadsheet. | B180 | KAH | 0.20 | 60.00 |
| 8/12/2025 | Prepare first extension of tolling agreement for Delta's Missy | B180 | KAH | 0.20 | 60.00 |
| 8/12/2025 | Email from R. Dykes re response to discrepancy in hours; update August payable spreadsheet | B210 | KAH | 0.10 | 30.00 |
| 8/12/2025 | Revising Third Abandonment Motion | B130 | AWM | 2.10 | 840.00 |

Case 23-90324   Document 2665   Filed in TXSB on 05/15/26   Page 9 of 18

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 8/12/2025 | Revising Bristow Preference analysis | B180 | AWM | 0.40 | 160.00 |
| 8/12/2025 | Conducting ESSI preference analysis | B180 | AWM | 3.70 | 1,480.00 |
| 8/12/2025 | comparison of executed American Eagle stipulation with original | B180 | NJS | 0.20 | 90.00 |
| 8/12/2025 | attention to various preference issues (.4); tc with counsel for Bristow regarding preference defenses and offer (.3); emails regarding regulatory issues (.2); emails regarding abandonment (.2) | B130 | WSR | 1.10 | 715.00 |
| 8/12/2025 | email to/from Trustee regarding Devon bond demand issues | B130 | WSR | 0.40 | 260.00 |
| 8/12/2025 | Telephone conference with F. Laudumiey re: extensions of time for preference targets | B180 | BAB | 0.30 | 195.00 |
| 8/12/2025 | Communications with M. Crocker re: Sea Robin extension, defenses | B180 | BAB | 0.40 | 260.00 |
| 8/12/2025 | Communications with M. Crocker re settlement issues (.2); | B180 | PDS | 0.20 | 130.00 |
| 8/12/2025 | Communication with M. Warner re stipulations (.2); receipt and review of latest abandonment motion and related communications with M. Warner, A. Mock and W. Robbins (.2). | B130 | PDS | 0.40 | 260.00 |
| 8/13/2025 | Review preference targets with tolling agreements; emails to assigned attorney re status | B180 | KAH | 0.50 | 150.00 |
| 8/13/2025 | Prepare third stipulation for extension for Major Equipment; email to A. Long re same. | B180 | KAH | 0.20 | 60.00 |
| 8/13/2025 | revising Third Abandonment Motion | B130 | AWM | 2.50 | 1,000.00 |
| 8/13/2025 | drafting correspondence to extend tolling agreement with tolled parties | B190 | AWM | 0.30 | 120.00 |
| 8/13/2025 | continued ESSI preference analysis (.2); Conducted Sparrows preference analysis (1.7) | B180 | AWM | 1.90 | 760.00 |
| 8/13/2025 | review and analyze preference issues (.4); review abandonment issues (.3); review and analyze latest operatorship materials received form Mr. Dykes and related correspondence (1.2) | B130 | WSR | 1.90 | 1,235.00 |
| 8/13/2025 | Communications with F. Laudumiey re: tolling agreements | B180 | BAB | 0.20 | 130.00 |
| 8/13/2025 | Analyze status of tolling agreements and answer deadlines for preference defendants/targets, create action list for same | B180 | BAB | 1.60 | 1,040.00 |
| 8/13/2025 | Telephone conference with A. Long re: extensions for Major Equipment and other client | B180 | BAB | 0.40 | 260.00 |
| 8/13/2025 | Communications with A. Long re: extension of time for Offshore Services | B180 | BAB | 0.20 | 130.00 |
| 8/13/2025 | Settlement communications with A. Long (.2); | B180 | PDS | 0.20 | 130.00 |
| 8/13/2025 | Communications with W. Robbins re abandonment motion (.2); communications with J. Clarke re July invoice (.1); receipt and review of revised abandonment motion and order (.1) | B130 | PDS | 0.40 | 260.00 |
| 8/14/2025 | Draft first extension of tolling agreement for Offshore Services of Acadiana; email to A. Long re same. | B180 | KAH | 0.20 | 60.00 |
| 8/14/2025 | Revisions to Feb 2025 invoice; correction of billing codes. | B160 | KAH | 0.50 | 150.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 8/14/2025 | Prepare third stipulation for Fab-Con; forward to counsel; emails related to same | B180 | KAH | 0.20 | 60.00 |
| 8/14/2025 | continued conducting preference analysis for Sparrows | B180 | AWM | 2.00 | 800.00 |
| 8/14/2025 | revising Third Abandonment Motion | B130 | AWM | 2.50 | 1,000.00 |
| 8/14/2025 | tc with Trustee and review of Devon Bond issues (.4); emails to/from VESCO / BP (.3) | B130 | WSR | 0.70 | 455.00 |
| 8/14/2025 | Communications with A. Long re: Tolling Agreement | B180 | BAB | 0.20 | 130.00 |
| 8/14/2025 | Communications with M. Thomas re: extension for FabCon | B180 | BAB | 0.30 | 195.00 |
| 8/14/2025 | Review correspondence from Crosby Tugs re: defenses, possible settlement | B180 | BAB | 0.40 | 260.00 |
| 8/14/2025 | Call with M. Warner re stipulation and abandonment (.2); communication with L. Phillips re same (.1); revisions to abandonment motion and order and related communications with A. Mock and M. Warner (1.3); communications with L. Phillips and S. Soule re hydricarbons (.2); second revision to abandonment motion and order and related communications with M. Warner and A. Mock (.6). | B130 | PDS | 2.40 | 1,560.00 |
| 8/14/2025 | Receipt and preliminary review of settlement communication re Crosby Tugs and related internal communications (.3). | B180 | PDS | 0.30 | 195.00 |
| 8/14/2025 | Meeting with W. Robbins re preference suits (0.6); Drafting First Extension of tolling agreements between Trustee and tolled parties (1.6) | B180 | AWM | 2.20 | 880.00 |
| 8/15/2025 | Attention to signed stipulation for Major Equipment, forward to counsel (.1); draft fourth stipulation for Island Operating, emails with counsel (.2) | B180 | KAH | 0.30 | 90.00 |
| 8/15/2025 | Communications with A. Long re: signed extension order on Major Equipment AP | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Receipt and review of correspondence from Specialty Offshore re: settlement proposal | B180 | BAB | 0.40 | 260.00 |
| 8/15/2025 | Review status of preference tolling extensions, further needs re: same | B180 | BAB | 0.80 | 520.00 |
| 8/15/2025 | Correspondence with M. Turner re: Fab Con extension order | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Correspondence with J. Hebert re: Eaton extension on tolling agreement | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Correspondence with K. Aguilard re: tolling extensions for clients | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Review of opposition to withdrawal of reference and related communications with B. Barriere and M. Warner. | B180 | PDS | 1.30 | 845.00 |
| 8/15/2025 | Review of maters related to abandonment and related communication with M. Warner (.6); multiple revisions to third abandonment motion and related communications with M. Warner (3.5); | B130 | PDS | 4.10 | 2,665.00 |
| 8/15/2025 | Multiple updates to preference tolling tracking sheet re request for extensions to tolling agreements | B180 | KAH | 0.70 | 210.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/15/2025 | drafting first extension of tolling agreements and emailing them to tolled party's counsel | B180 | AWM | 4.80 | 1,920.00 |
| 8/15/2025 | Analyze issues with abandonment motion and obligations of trustee to close pension plan, exceptions in motion needed for same (0.9); multiple communications with M. Borror re: same (0.4) | B220 | BAB | 1.30 | 845.00 |
| 8/16/2025 | Netherland Sewell and Associates Preference Analysis | B180 | AWM | 1.00 | 400.00 |
| 8/16/2025 | continued drafting first extension of tolling agreements and emailing them to tolled party's counsel | B180 | AWM | 0.10 | 40.00 |
| 8/16/2025 | Review correspondence from I. Huval re: tolling agreement extension from La Safety | B180 | BAB | 0.10 | 65.00 |
| 8/17/2025 | Draft/revise MFS for TPS-West and SRBA. | B160 | PDS | 0.60 | 390.00 |
| 8/17/2025 | Draft/revise settlement agreement and motion templates for preference actions. | B180 | PDS | 2.20 | 1,430.00 |
| 8/17/2025 | Revise Thurd Abandonment Motion and Order and related communications with L. Philips and K. Norfleet. | B130 | PDS | 1.50 | 975.00 |
| 8/18/2025 | Revise February invoice; finalize February MFS for SRBA and TPS West; forward to trustee. | B160 | KAH | 0.30 | 90.00 |
| 8/18/2025 | Prepare fourth stipulation for extension; emails to/from defense counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 8/18/2025 | Receipt/review N. Zimmerman w/e 8-8 invoice; update payables. | B210 | KAH | 0.10 | 30.00 |
| 8/18/2025 | Research outstanding Veritrust invoice; email from B. Altazan re same. | B210 | KAH | 0.20 | 60.00 |
| 8/18/2025 | ESSI Preference Analysis (0.5); Sea Robin Preference Analysis (4.4); Netherland Sewell and Associates Preference Analysis (1.5) | B180 | AWM | 6.40 | 2,560.00 |
| 8/18/2025 | continue revising TPS West second interim fee application | B160 | NJS | 2.70 | 1,215.00 |
| 8/18/2025 | continue revising SRBA second interim fee application | B160 | NJS | 0.60 | 270.00 |
| 8/18/2025 | draft/revise trustee second interim fee application | B160 | NJS | 1.60 | 720.00 |
| 8/18/2025 | Communications with client, M. Borror re: IRS communications re: plan filings, review same | B220 | BAB | 0.30 | 195.00 |
| 8/18/2025 | Analyze issues re: Danos, Westwind, need for meeting to discuss settlement | B180 | BAB | 0.20 | 130.00 |
| 8/18/2025 | Communications with B. Kadden re: Keystone tolling extension | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Communications with client re: La safety tolling agreement | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Communications with M. Hollander re: tolling extension for Forefront | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Communications with A. Long re: status of Offshore Services tolling agreement | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Multiple communications with counsel for Cypress Pointe re: tolling extension | B180 | BAB | 0.20 | 130.00 |
| 8/18/2025 | Attention to preference claims where defendants or targets have responded with information | B180 | BAB | 1.60 | 1,040.00 |
| 8/18/2025 | Multiple communications with counsel for AMEX re: tolling agreement | B180 | BAB | 0.20 | 130.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/18/2025 | Revisions to abandonment motion and related communications with L. Phillips, M. Warner, W. Robbins and A. Mock. | B130 | PDS | 2.30 | 1,495.00 |
| 8/18/2025 | Receipt of multiple extensions of tolling agreements, forward to trustee (.5); review status of extensions out and update internal tracking (1.2); review defenses, settlement offers received and route to responsible attorney (.5); review status of each preference target with tolling agreement (.8); update tracking spreadsheet (.8). | B180 | KAH | 3.80 | 1,140.00 |
| 8/18/2025 | Communication with Veritrust re: outstanding invoices and internal communication re: same | B210 | BWA | 0.50 | 275.00 |
| 8/18/2025 | conferences and analysis of preference issues | B180 | WSR | 1.40 | 910.00 |
| 8/18/2025 | Review and analyze changes to tolling agreement from The Production Group | B180 | BAB | 0.40 | 260.00 |
| 8/18/2025 | Communication with M. Warner and W. Robbins re Bristow settlement offer (.3); communications with M. Warner and B. Brown re Sea Robin, Triton settlement (.6) communication with numerous parties re tolling agreements and extensions of time within which to plead (.4). | B180 | PDS | 1.30 | 845.00 |
| 8/18/2025 | continued drafting first extension of tolling agreements and emailing them to tolled party's counsel | B180 | AWM | 1.40 | 560.00 |
| 8/18/2025 | Communications with M. Crocker re: Sea Robin preference (0.2), telephone conference with same re: possible resolution (0.4), analyze issues re: deposits with debtors (0.5), review and analyze preference transfer coverage by deposits (0.9) | B180 | BAB | 2.00 | 1,300.00 |
| 8/18/2025 | Communications with counsel for Danos re: PI suit and venue issue (.2), analyze same (.4), communications with client re: same (.1), telephone conferences with counsel for Danos re: venue issue (.5) | B190 | BAB | 1.20 | 780.00 |
| 8/19/2025 | Receipt/review R. Dykes w/e 8-8 activity report; update payables. | B210 | KAH | 0.10 | 30.00 |
| 8/19/2025 | Attention to multiple signed extensions of tolling agreements; email to trustee re same; update tracking spreadsheet. | B180 | KAH | 0.40 | 120.00 |
| 8/19/2025 | Revising Third Abandonment Motion | B130 | AWM | 0.80 | 320.00 |
| 8/19/2025 | Analyze issues re: Flowline adversary and extension request | B180 | BAB | 0.30 | 195.00 |
| 8/19/2025 | Analyze issues re: confidentiality revisions made by AMEX in tolling agreement | B180 | BAB | 0.30 | 195.00 |
| 8/19/2025 | Communications with C. Menasco re: Eaton defenses to preference demand, review and analyze correspondence re: same | B180 | BAB | 0.50 | 325.00 |
| 8/19/2025 | Zoom 341(a) Meeting of EXXI Onshore and related communications with M. Warner (.3); Multiple revisions to Abandonment Motion and Order and related communications with M. Warner, W. Robbins, and A. Mock (1.5); detailed communication with B. Barriere re abandonment strategy (.7); | B130 | PDS | 2.50 | 1,625.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/19/2025 | Receipt and preliminary review of settlement analysis from M. Holt (.2); Receipt and preliminary review of settlement analysis from C. Menasco (.3); | B180 | PDS | 0.50 | 325.00 |
| 8/19/2025 | Netherland Sewell and Associates Preference Analysis | B180 | AWM | 1.60 | 640.00 |
| 8/19/2025 | analysis of various preference issues (.7); additional review and revision of Third Abandonment (1.2) | B130 | WSR | 1.90 | 1,235.00 |
| 8/19/2025 | Ordinary Course of Business research (1.6); email to M. Holt re preference demand (0.1) | B190 | AWM | 1.70 | 680.00 |
| 8/20/2025 | Finalize third abandonment motion, order and exhibit for filing; emails from/respond to SRBA team re additional notice parties to serve. | B190 | KAH | 0.70 | 210.00 |
| 8/20/2025 | Prepare fourth stipulation for extension for Gulf Land; emails re same. | B180 | KAH | 0.20 | 60.00 |
| 8/20/2025 | Prepare certificate of service re third mt abandon additional notices | B190 | KAH | 0.20 | 60.00 |
| 8/20/2025 | Crosby Tugs preference analysis (2.0); Specialty Offshore preference analysis (2.4); Gulf Land preference analysis (1.2) | B180 | AWM | 5.60 | 2,240.00 |
| 8/20/2025 | Searching secretary of state websites for registered agents to serve for Third Abandonment Motion | B130 | AWM | 0.90 | 360.00 |
| 8/20/2025 | revising SRBA and TPS second interim fee applications | B160 | NJS | 0.20 | 90.00 |
| 8/20/2025 | Update action list for outstanding tolling agreements, outstanding needs, analyze complaint needs if no agreement received | B180 | BAB | 0.90 | 585.00 |
| 8/20/2025 | Multiple communications with client, M. Borror re: Empower distributions status | B220 | BAB | 0.20 | 130.00 |
| 8/20/2025 | Communications with B. Barriere and M. Warner re third abandonment (.5); | B130 | PDS | 0.50 | 325.00 |
| 8/20/2025 | Communications with K. Herrd re management of preference cases (.2); | B180 | PDS | 0.20 | 130.00 |
| 8/20/2025 | Receipt/review multiple extended tolling agreements (.4); emails to/from trustee related to same (.2); receipt of multiple executed tolling agreements back from trustee (.4); emails to opposing counsel re same (.2); updates to tracking spreadsheet (.4). | B180 | KAH | 1.60 | 480.00 |
| 8/20/2025 | email to A. Rappold re preference settlement offer | B180 | AWM | 0.10 | 40.00 |
| 8/20/2025 | attention to various preference analyses | B180 | WSR | 1.20 | 780.00 |
| 8/21/2025 | Prepare third stipulation for P2 Energy; email to opposing counsel | B180 | KAH | 0.20 | 60.00 |
| 8/21/2025 | Continued Gulf Land preference analysis | B180 | AWM | 2.70 | 1,080.00 |
| 8/21/2025 | continue drafting/revising Trustee second interim fee application | B160 | NJS | 2.00 | 900.00 |
| 8/21/2025 | Initial review and analysis of offer from P2 on preference demand | B180 | BAB | 0.50 | 325.00 |
| 8/21/2025 | Review and revise confidentiality provision requested by AMEX | B180 | BAB | 0.30 | 195.00 |
| 8/21/2025 | Analyze issues with name change to P2 and revisions to tolling agreement | B180 | BAB | 0.20 | 130.00 |

| Date | Description | Task | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 8/21/2025 | Receipt/review multiple signed tolling agreements (.2); forward to trustee for signature (.1); multiple emails with opposing counsel re same (.2); update tracking spreadsheet (.1). | B180 | KAH | 0.60 | 180.00 |
| 8/21/2025 | Attention to tolling agreements; obtaining signatures (.2) ; emails with trustee and opposing counsel (.1); updates to spreadsheet (.1). | B180 | KAH | 0.40 | 120.00 |
| 8/21/2025 | Email to Kristi Holocombre re Warner v. IFS (0.1); Email to AMEX Counsel re confidentiality stipulation (0.1); Drafting extended tolling agreement for ESSI (.8) | B180 | AWM | 1.00 | 400.00 |
| 8/22/2025 | Receipt of multiple signed extended tolling agreements from trustee; update tracking spreadsheet; emails to opposing counsel forwarding agreements. | B180 | KAH | 0.70 | 210.00 |
| 8/22/2025 | Email from B. Altazan re Veritrust invoice; update payables. | B210 | KAH | 0.20 | 60.00 |
| 8/22/2025 | Updating preference analysis suits spreadsheet (1.5); Sending follow up emails to all parties who have not executed tolling agreement extension (0.9); Drafting Motion to Compromise re Bristow preference demand (0.6) | B190 | AWM | 3.00 | 1,200.00 |
| 8/22/2025 | Conducting Linear Control Preference Analysis | B180 | AWM | 3.10 | 1,240.00 |
| 8/22/2025 | finalizing second interim fee applications of TPS West, SRBA, and Trustee | B160 | NJS | 0.30 | 135.00 |
| 8/22/2025 | gathering exhibits for TPS West, SRBA, and Trustee fee applications and circulate same to M. Warner for approval | B160 | NJS | 0.30 | 135.00 |
| 8/22/2025 | Communications with M. Borror re: Empower distributions of holdback and reassignment of remaining funds to account holders | B220 | BAB | 0.20 | 130.00 |
| 8/22/2025 | Review Veritrust invoicing, communication with Veritrust re: same and direction to paralegal re: payment | B210 | BWA | 1.00 | 550.00 |
| 8/22/2025 | Analyze status of forbearance agreements and suits needing preparation (.7), analyze action list for remaining matters needing tolling agreements (.5) | B180 | BAB | 1.20 | 780.00 |
| 8/25/2025 | Receipt of N. Zimmerman w/e 8-22 invoice; update payables spreadsheet | B210 | KAH | 0.10 | 30.00 |
| 8/25/2025 | Review status of outstanding tolling agreements | B180 | KAH | 0.20 | 60.00 |
| 8/25/2025 | analysis of outstanding tolling agreements with parties | B180 | NJS | 0.60 | 270.00 |
| 8/25/2025 | communication to A. Greenbaum and E. Schnitzer (GOL) re tolling agreement with GOL | B180 | NJS | 0.10 | 45.00 |
| 8/25/2025 | communication with T. Thriffiley (Logic Control, Pelstar, Seatrax, and Shallow Drift) re tolling agreements with Logic Control, Pelstar, Seatrax, and Shallow Draft | B180 | NJS | 0.10 | 45.00 |
| 8/25/2025 | Review and analyze defenses of Linear Controls re: preference demand | B180 | BAB | 0.60 | 390.00 |
| 8/25/2025 | Update action list for outstanding tolling agreements, further needs for same | B180 | BAB | 0.40 | 260.00 |
| 8/25/2025 | Review and analyze proposed settlment agreement with Bristow | B180 | BAB | 0.40 | 260.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/25/2025 | Communications with A. Mock re Linear Controls preference claim (.3); communication with A. Mock and K. Heard re tolled claims (.2); receipt and review of settlement agreement language from M. Warner and related communications with A. Mock (.3); receipt, review, and revisions to, settlement agreement from A. Mock (.8); | B180 | PDS | 1.60 | 1,040.00 |
| 8/25/2025 | Attention to multiple preference target tolling status in response to emails from W. Robbins (.4); pull defenses or offers received; forward to W. Robbins (.4). | B180 | KAH | 0.80 | 240.00 |
| 8/25/2025 | analyzing trustee monthly fee statement to determine whether all trustee disbursements were removed from percentage calculation and revising application | B160 | NJS | 1.50 | 675.00 |
| 8/25/2025 | attention to multiple preference issues (.6); email regarding decommissioning obligations demand (.4); analysis of abandonment issues (.5); review American Express confidentiality agreement issues (.3). | B130 | WSR | 1.80 | 1,170.00 |
| 8/25/2025 | Continued Drafting Motion to Compromise re Bristow preference demand (7.4); Communications with J. Araujo re extension of tolling agreement with Accu-Line (0.1); Drafting Tolling Agreement between the Trustee and Bristow (0.3); Drafting Summary and Recommendation to Trustee re Linear Controls Preference Demand (0.5); Communications with Trustee re preference demand to Linear Controls (0.1) | B180 | AWM | 8.40 | 3,360.00 |
| 8/26/2025 | Attention to tolling agreements for W-Industries, Keystone Chemical, Pelstar, Shallow Draft; emails with opposing counsel re same | B180 | KAH | 0.60 | 180.00 |
| 8/26/2025 | Conducting preference analysis for Whitco Supply | B180 | AWM | 0.60 | 240.00 |
| 8/26/2025 | Multiple revisions to Bristow (a) settlement agreement, (b) compromise motion and (c) Order and related sommunications with M. Warner, A. Mock, and W. Robbins. | B180 | PDS | 1.80 | 1,170.00 |
| 8/26/2025 | review and analyze preference issues; forward regulatory emails to Mr. Dykes | B180 | WSR | 1.30 | 845.00 |
| 8/26/2025 | Revising First Extension of Tolling Agreement with GOL (.2); Email to GOL Counsel re First Extension of Tolling Agreement (0.1); Continued Drafting Motion to Compromise re Bristow preference demand (1.8) | B180 | AWM | 2.10 | 840.00 |
| 8/27/2025 | Emails with counsel for P2 Energy re third stipulation; finalize same. | B180 | KAH | 0.20 | 60.00 |
| 8/27/2025 | Receipt of R. Dykes w/e 8-22 activity report. | B210 | KAH | 0.10 | 30.00 |
| 8/27/2025 | Finalize second interim fee apps, exhibits and orders for SRBA, TPS West and Trustee | B160 | KAH | 0.90 | 270.00 |
| 8/27/2025 | Prepare Certificate of Service re fee applications | B160 | KAH | 0.20 | 60.00 |
| 8/27/2025 | Attention to Whitco Pump and Whitco Supply tolling agreements; email to counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 8/27/2025 | Emails to J. Black, C. Okarter, and R. Keating re extended tolling agreements between the Trustee and their clients (0.2); Conducting Preference Analysis for Whitco Supply (4.7) | B180 | AWM | 4.90 | 1,960.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 8/27/2025 | Attention to status of tolling agreements and needs to obtain same, status of complaints against possible non-tolling parties, other items needed | B180 | BAB | 0.90 | 585.00 |
| 8/27/2025 | Communications with preference team re tolling (.3); review of Trustee's changes to settlement motion (.4); | B180 | PDS | 0.70 | 455.00 |
| 8/27/2025 | Attention to tolling agreements with Gulf Coast Marine and Bristow (.1); updates to tracking spreadsheet (.1); emails with opposing counsel re same(.1) | B180 | KAH | 0.30 | 90.00 |
| 8/27/2025 | Attention to tolling agreements w/ W-Industries, Seatrax and Logic Control, emails with respective counsel (.2); update tracking spreadsheet; recap of extended tolling agreements outstanding (.2). | B180 | KAH | 0.40 | 120.00 |
| 8/27/2025 | Call with Trustee re Bristow Settlement Agreement (0.1); Revising Bristow Settlement Agreement (.7); Revising Motion to Compromise re Bristow preference demand (1.2) | B180 | AWM | 2.00 | 800.00 |
| 8/27/2025 | attention to tolling and preference claims issues | B180 | WSR | 1.00 | 650.00 |
| 8/28/2025 | Review status of all tolling parties. | B180 | KAH | 0.40 | 120.00 |
| 8/28/2025 | Prepare report of tolled preference action status for trustee. | B180 | KAH | 0.30 | 90.00 |
| 8/28/2025 | Conducting preference analysis for Wakesha Pearce (2.4); Drafting Preference Analysis Summary for Netherland, Sewell, and Associates, Inc. for Trustee (1.0) | B180 | AWM | 3.40 | 1,360.00 |
| 8/28/2025 | attention to multiple tolling and other preference issues | B180 | WSR | 0.80 | 520.00 |
| 8/28/2025 | Emails to/from W&T ONRR regarding escrow release | B130 | WSR | 0.30 | 195.00 |
| 8/29/2025 | Conducting Netherland Sewell and Associates preference analysis (0.4); Conducting GOL preference analysis (6.6 | B180 | AWM | 7.00 | 2,800.00 |
| 8/29/2025 | Emails to GOL's counsel re extended tolling agreement (0.2); Email to Trustee re GOL's extended tolling agreement (0.1); Email to Bristow's Counsel re Settlement Agreement (0.1) | B180 | AWM | 0.40 | 160.00 |
| 8/29/2025 | attention to various preference issues | B180 | WSR | 0.40 | 260.00 |
| | **Total** | | | **206.20** | **$100,875.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 32.10 | 650.00 | 20,865.00 |
| WSR | William S. Robbins | 21.20 | 650.00 | 13,780.00 |
| AWM | Abigail W. Mock | 94.00 | 400.00 | 37,600.00 |
| BAB | Brandon A. Brown | 25.10 | 650.00 | 16,315.00 |
| BWA | Brooke W. Altazan | 2.40 | 550.00 | 1,320.00 |
| KAH | Kimberly A. Heard | 20.90 | 300.00 | 6,270.00 |
| NJS | Nicholas J. Smeltz | 10.50 | 450.00 | 4,725.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 41.50 | 596.39 | 24,750.00 |
| B160 | Fee/Employment Applications | 12.40 | 439.52 | 5,450.00 |
| B180 | Avoidance Action Analysis | 137.50 | 460.98 | 63,385.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 8.00 | 443.13 | 3,545.00 |
| B210 | Business Operations | 3.00 | 425.00 | 1,275.00 |
| B220 | Employee Benefits/Pensions | 3.80 | 650.00 | 2,470.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 8/20/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 488.63 |
| 8/27/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 2,033.88 |
| 8/28/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 8/31/2025 | Pacer for August 2025 | 42.40 |
| 8/31/2025 | Copies for August 2025 | 271.80 |
| 8/31/2025 | Lexis for August 2025 | 117.16 |
| 8/31/2025 | Everlaw for August 2025 | 236.47 |
| 8/31/2025 | Everlaw-ECA for August 2025 | 148.97 |
| | **Total DISBURSEMENTS** | **$3,342.31** |

**PAYMENTS**

| Date | Description | Amount |
|---|---|---|
| 4/30/2026 | | 200,000.00 |
| | **Total PAYMENTS** | **$200,000.00** |

| | New Charges | $104,217.31 |
|---|---|---|

| | |
|---|---|
| Previous Balance | $808,075.70 |
| Payments | -$200,000.00 |
| **Balance Forward** | **$608,075.70** |
| | |
| **Balance Due** | **$712,293.01** |