United States Bankruptcy Court
Southern District of Texas

**ENTERED**

May 18, 2026

Nathan Ochsner, Clerk

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| MLCJR LLC, et al.,[1] | CASE NO. 23-90324 (CML) (Jointly Administered) |
| DEBTORS. | |
| MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C., | |
| Plaintiff, | |
| VERSUS | ADVERSARY PROCEEDING |
| AMERICAN EAGLE, A DIVISION OF BENNETT MOTOR EXPRESS, LLC, | NO. 25-03338 |
| Defendant. | |

## ORDER DISMISSING ADVERSARY PROCEEDING
(Related Docket No. 15)

Considering the *Joint Motion to Dismiss Adversary Proceeding* (the "**Dismissal Motion**")[2] filed by Michael D. Warner (the "**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, and American Eagle, a Division of Bennett Motor Express, LLC ("**AE**"), and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC(0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' identified (in their Petitions) their former addresses as 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1

1.      The Dismissal Motion is **GRANTED**.

2.      The above-captioned Adversary Proceeding is **DISMISSED WITH PREJUDICE**.

3.      The above-captioned Adversary Proceeding is hereby **CLOSED**.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed:  May 18, 2026

Christopher Lopez
United States Bankruptcy Judge

2