# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

———————————————————————  )
  )
**In re:**  )  **Chapter 7**
  )
**MLCJR LLC, *et al.*,[1]**  )  **Case No. 23-90324 (CML)**
  )
**Debtors.**  )  **Jointly Administered**
  )
———————————————————————  )
  )

### CERTIFICATE OF NO OBJECTION TO TRUSTEE'S
### MOTION TO COMPROMISE WITH GRAND ISLE SHIPYARD, L.L.C.
### PURSUANT TO BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE § 363
**(**Related Doc. No. 2625**)**

The undersigned hereby certifies as follows:

1.      On April 27, 2026, Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, filed that certain *Trustee's Motion to Compromise with Grand Isle Shipyard, L.L.C. Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code § 363* [Doc. No. 2625] (the "***Motion***").

2.      A copy of the Motion was (a) electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices pursuant to the Court's Electronic Filing Procedures; and (b) mailed to certain identified persons via United States First Class Mail, sufficient postage prepaid.

3.      The Motion was filed utilizing the Court's standard twenty-one (21) day notice language, which required a response by no later than May 18, 2026 (the "***Response Deadline***").

---

[1] The debtors in these cases (the "***Debtors***"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1

4.      The undersigned hereby certifies that the Response Deadline has passed and no responsive pleadings to the Motion have appeared on the Court's docket in the above-captioned chapter 7 cases or were served upon the undersigned counsel.

5.      There were no changes to the Order filed with the Motion, attached again hereto. Undersigned counsel respectfully requests the Court enter the Order at its earliest convenience.

Dated: May 19, 2026                              Respectfully Submitted,

                                                 **STEWART ROBBINS BROWN & ALTAZAN, LLC**

                              By:      */s/ Abigail W. Mock*
                                       Brooke W. Altazan (Tx. Bar # 24101002)
                                       baltazan@stewartrobbins.com
                                       Abigail W. Mock (La. Bar # 41352)
                                       *Admitted to Southern District of Texas*
                                       *(SDTX Federal No. 3902652)*
                                       amock@stewartrobbins.com
                                       301 Main Street, Suite 1640
                                       Baton Rouge, LA 70801-0016
                                       Telephone: (225) 231-9998
                                       Facsimile: (225) 709-9467

                                       ***Counsel for Michael D. Warner,***
                                       ***Chapter 7 Trustee***


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 19 May 2026.


                                       */s/ Abigail W. Mock*
                                       Abigail W. Mock

2