UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

  MLCJR LLC, et al

CASE NO: 23-90324

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 2671

On 5/20/2026, I did cause a copy of the following documents, described below,

Trustee's Motion to Compromise with the Energy Transfer Parties  ECF Docket Reference No. 2671

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/20/2026

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.  24661 SOTX Fed # 432642
Attorney for Panel Trustee
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA 70801
225-231-9998
kheard@stewartrobbins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

MLCJR LLC, et al

CASE NO: 23-90324

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 2671

On 5/20/2026, a copy of the following documents, described below,

Trustee's Motion to Compromise with the Energy Transfer Parties  ECF Docket Reference No. 2671

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/20/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Paul Douglas Stewart, Jr.
Stewart Robbins Brown & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CHET MORRISON CONTRACTORS, LLC
ATT: CHET MORRISON, FOUNDER & CEO
9 BAYOU DELARGE RD.
HOUMA, LA 70363

THIRD COAST MIDSTREAM HOLDINGS, LLC
ATTN: NADINE MOUSTAFA, SENIOR VP
1501 MCKINNEY ST.
SUITE 800
HOUSTON, TX 77002

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE., NW
WASHINGTON, DC 20224

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 300152
MONTGOMERY, AL 36130

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 94095
BATON ROUGE, LA 70804

ENVIRONMENTAL PROTECTION AGENCY REGION 4
ATTN: GENERAL COUNSEL
ATLANTA FEDERAL CENTER
61 FORSYTH ST. SW
ATLANTA, GA 30303

ENVIRONMENTAL PROTECTION AGENCY REGION 6
ATTN: GENERAL COUNSEL
1201 ELM ST.
SUITE 500
DALLAS, TX 75270

SECURITIES & EXCHANGE COMMISSION FORT WORTH
OFFICE
ATTN: DAVID WOODCOCK REGIONAL DIRECTOR
BURNETT PLAZA
801 CHERRY ST., SUITE 1900, UNIT 18
FORT WORTH, TX 76102

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
WALTER SILLERS BUILDING
550 HIGH STREET, STE. 1200
JACKSON, MS 39201

ENVIRONMENTAL PROTECTION AGENCY REGION 3
ATTN: GENERAL COUNSEL
FOUR PENN CENTER
1600 JKF BLVD.
PHILADELPHIA, PA 19103

LOUISIANA DEPT. OF JUSTICE
ATTN: RYAN M. SEIDEMANN, PH.D
CIVIL DIVISION/LANDS & NATURAL RESOURCES
P.O. BOX 94005
BATON ROUGE, LA 70804

SECURITIES & EXCHANGE COMMISSION
ATTN: SECRETARY OF THE TREASURY
100 F ST. NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY ST., SUITE 400
NEW YORK, NY 10281

U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS
ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY
CIVIL PROCESS CLERK
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002