**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | Chapter 7 |
| **MLCJR LLC, *et al.*,**[1] | Case No. 23-90324 (CML) |
| **Debtors.** | Jointly Administered |

## EIGHTH QUARTERLY REPORT AND SUMMARY OF OPERATIONS UNDER 11 U.S.C. § 704(a)(8) FOR PERIOD OF FEBRUARY THROUGH APRIL 2026

Michael D. Warner, solely in his official capacity as the duly elected chapter 7 trustee (the "Trustee") for the above captioned administratively consolidated estates (the "Estates"), submits this Eighth Quarterly Report and Summary of Operations Under 11 U.S.C. § 704(a)(8) for Period of February Through April 2026 (the "Quarterly Operations Report") and respectfully avers as follows:

### GENERAL BACKGROUND

1. On May 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division ("Court"). The Debtors' bankruptcy cases (collectively, the "Bankruptcy Cases") were "consolidated for procedural purposes only" on May 16, 2023, and have since been jointly administered under Case

---

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

1

No. 23-90324 (the "Bankruptcy Case").[2] Thereafter, on February 28, 2024, the Debtors' Bankruptcy Cases were converted to chapter 7 of the Bankruptcy Code.[3]

2.　　　On February 29, 2024, the United States Trustee appointed Randy W. Williams as interim trustee. On April 25, 2024, Amarillo National Bank, in its capacity as the administrative agent and collateral agent, and acting at the direction of the Debtor-In Possession Lenders (the "DIP Lenders"), filed that certain *Emergency Motion for Entry of Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results*.[4] In turn, on May 6, 2024, the Court entered that certain *Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results* providing that "Michael D. Warner shall be the permanent chapter 7 trustee in these Cases, subject to Mr. Warner's ability to qualify under 11 U.S.C. § 322(a)."[5] On May 8, 2024, the Trustee filed that certain *Notice of Bond and Acceptance of Election* thereupon becoming the duly elected, permanent chapter 7 Trustee.[6]

### SUMMARY OF OPERATIONS

3.　　　Pursuant to 11 U.S.C. § 704(a)(8), the Trustee, with the assistance of his professionals, provides the following periodic summary of operations for the months of February, March, and April of 2026 (the "Period").

---

[2]　　Doc. No. 103. Unless otherwise specified, Doc. Nos. refer to Case No. 23-90324.

[3]　　Doc. No. 1720.

[4]　　Doc. No. 1850.

[5]　　Doc. No. 1919.

[6]　　Doc. No. 1996.

I. **Regulatory Issues Relating to the Relinquishment, Decommissioning, and Abandonment of Certain Estates' Assets.**

4.     The Trustee and his professionals continue to analyze and evaluate relinquishment, decommissioning, abandonment, and safety issues concerning the Estates' remaining oil, gas and pipeline assets. During the Period, on February 25, 2026, the Trustee filed that certain Notice of Abandonment of Appeals to formalize the abandonment of certain pending administrative appeals involving Estate property.[7]

II. **The Trustee's Continued Employment and Consultation of Independent Contractors.**

5.     The Trustee and his professionals continue to employ, and communicate with, an independent contractor who is necessary for recordkeeping, testimony, general assistance, and knowledge regarding the Debtors' former oil and gas properties and operations.

III. **Ongoing Efforts to Evaluate and Liquidate Estates' Assets.**

6.     The Trustee and his professionals continue to evaluate Estates' assets that may be liquidated. For any assets subject to the security interests held by the DIP Lenders that may be liquidated, the Trustee continues to negotiate with the DIP Lenders to obtain a carve-out for the Estates.

7.     During the Period, on April 8, 2026, the Trustee filed an omnibus pleading comprising (i) Application to Employ Henderson Auctions as Auctioneer; (ii) Motion For Sale of Free and Clear of Liens as Described in Section 363(f); and (iii) Motion Approve Carve-Out and Application of Sale Proceeds[8], seeking authority to liquidate certain remaining tubular assets of

---

[7]    Doc. No. 2573.

[8]    Doc. No. 2596.

the Estates through public auction by Henderson Auctions, subject to the carve-out arrangements with the DIP Lenders.

8.      The Trustee and his professionals further continue to pursue, and resolve, chapter 5 causes of action against numerous defendants under 11 U.S.C. §§ 547, 550, and 551. During the Period, the Court entered orders approving the Trustee's compromises pursuant to Federal Rule of Bankruptcy Procedure 9019 with each of the following defendants: Netherland, Sewell & Associates, Inc.[9]; Gulf Land Structures, LLC[10]; Eaton Oil Tools, Inc.[11]; Offshore Services of Acadiana, LLC[12]; C-Dive, L.L.C.[13]; IFS North America, Inc. (successor in interest to P2ES Holdings, LLC n/k/a IFS Energy & Resources, and sometimes d/b/a P2 Energy Solutions)[14]; Quail Tools, LLC[15]; and Major Equipment & Remediation Services, LLC[16].

9.      During the Period, the Trustee further filed Applications to Compromise Controversy with each of the following defendants, each of which was pending approval as of the close of the Period: Tampnet Inc.[17]; Gulfstream Services, Inc.[18]; Sparrows Offshore, LLC[19];

---

[9]    Doc. No. 2564, entered February 3, 2026.

[10]   Doc. No. 2571, entered February 19, 2026.

[11]   Doc. No. 2585, entered April 1, 2026.

[12]   Doc. No. 2593, entered April 7, 2026.

[13]   Doc. No. 2600, entered April 9, 2026.

[14]   Doc. No. 2602, entered April 10, 2026.

[15]   Doc. No. 2616, entered April 15, 2026.

[16]   Doc. No. 2623, entered April 23, 2026.

[17]   Doc. No. 2609, filed April 13, 2026.

[18]   Doc. No. 2611, filed April 14, 2026.

[19]   Doc. No. 2612, filed April 14, 2026.

Piranha Rentals, LLC[20]; Waukesha-Pearce Industries, LLC[21]; Grand Isle Shipyard, L.L.C.[22]; and Louisiana Safety Systems, Inc.[23].

10.     Additionally, on April 10, 2026, the Trustee commenced two (2) additional adversary proceedings under 11 U.S.C. §§ 547, 550, and 551, and other provisions of the Bankruptcy Code: (i) Warner v. Whitco Supply, L.L.C. (Adv. Proc. No. 26-03118); and (ii) Warner v. Pump Energy Solutions, L.L.C. f/k/a Whitco Pump & Equipment, L.L.C. (Adv. Proc. No. 26-03119). On April 30, 2026, the Trustee also filed stipulations with each of Diamond Tank Rental, LLC and A-Port, LLC extending the responsive pleading deadlines in the related adversary proceedings while the parties continue to negotiate.

**IV.     Matters Related to Estates' Records.**

11.     The Trustee and his professionals continue to address the management of the Debtors' Books & Records, including consideration of making such Books & Records available to third parties, such as predecessors in interest with respect to Federal & State Leases and parties seeking discovery from the Estates, and the abandonment of certain records.

**V.     401(k) Pension Plan Winddown.**

12.     The Trustee and his professionals continue to address Federal Law[24] with respect to the winddown of the Debtors' 401(k) Pension Plan, including issues of requests for distribution, tax and other reporting, and issues involving the third-party administrator.

**VI.     Hurricane Ida Litigation.**

---

[20]   Doc. No. 2615, filed April 15, 2026.

[21]   Doc. No. 2622, filed April 22, 2026.

[22]   Doc. No. 2625, filed April 27, 2026.

[23]   Doc. No. 2626, filed April 27, 2026.

[24] 11 U.S.C. 704(11).

13.     The Trustee and his professionals continue to pursue litigation filed on November 12, 2024, by the Trustee against the Debtors' insurers (the "Underwriters") in the Civil District Court for the Parish of Orleans, State of Louisiana (the "Lloyds Litigation"). During the Period, the Trustee's special litigation counsel continued to review and analyze the Underwriters' document production with the assistance of a consulting accountant. Following the unsuccessful mediation with John Perry held on January 27, 2026, the parties have continued to discuss the matter with Mr. Perry.

## VII.     Insiders & Affiliates Litigation.

14.     The Trustee and his professionals continue to pursue litigation filed on May 12, 2025, in the United States District Court for the Eastern District of Louisiana, against various Insiders and Affiliates (the "D&O Litigation"). The D&O Litigation currently involves motion practice, including motions filed pursuant to Federal Rules of Civil Procedure, Rule 12. In the related action pending in the United States District Court for the District of Colorado (the "Colorado Action"), the Trustee and Southstate Bank discussed a stipulation regarding Southstate's deed of trust.

15.     During the Period, the Court continued to address the applicability of the automatic stay to certain D&O insurance policy proceeds. Specifically, on February 10, 2026, following a hearing, the Court entered that certain Order Granting Motion For Relief From Stay[25] in favor of Argonaut Insurance Company.

## VIII.     Other Relevant Matters.

---

[25]     Doc. No. 2567.

16.     The Trustee and his professionals continue to address such matters as: (i) the Trustee's Operating Reports; (ii) periodic communication and reporting to the United States Trustee; (iii) banking issues, including the receipt of funds and the disbursement of operating expenses and Court Ordered payments to the Debtors' Secured Lenders; (iv) review of his professionals' fees and expenses; (v) the Trustee's Bond requirements; (vi) Federal Income Tax Returns; and (vii) continued employment and use of consultants and contractors.

17.     During the Period, on April 7, 2026, the Trustee and his professionals filed three (3) three Interim Applications for Compensation: the Application of Stewart Robbins Brown & Altazan, LLC, as counsel to the Trustee, for the period of February 1, 2025 through June 30, 2025[26]; the Application of Michael D. Warner, solely in his capacity as the Chapter 7 Trustee, for the period of August 1, 2025 through December 31, 2025[27]; and the Application of TPS-West, LLC, as accountants to the Trustee, for the period of June 1, 2025 through June 30, 2025[28]. The Trustee and his professionals also filed periodic monthly fee statements during the Period in accordance with the Court's prior order governing interim compensation procedures.

---

[26]    Doc. No. 2590.

[27]    Doc. No. 2591.

[28]    Doc. No. 2592.

## RECEIPTS & DISBURSEMENTS

18.    Attached hereto as **Exhibit** "**A**" is the Trustee's *Form 2 Cash Receipts and Disbursements Record* ("Form 2") for the Period.

Respectfully submitted,

Dated: June 1, 2026

By: */s/ Paul Douglas Stewart, Jr.*

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

Paul Douglas Stewart, Jr. (La. Bar # 24661, admitted to SDTX)
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***

8

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2026, a true and correct copy of the above and foregoing pleading was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the Debtors and was mailed via United States mail, postage prepaid to the parties listed on Exhibit B.

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.

**Exhibit A**

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 02/28/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/03/26 | | | WIRE FROM STEWART ROBBINS   BROW | | 280,000.00 | | 504,322.58 |
| | | | | $280,000.00 | | | |
| 02/06/26 | 261 | NJZ Computer Services, LLC | w/e 1.9.26; 1.16.26; 1.23.26; 1.30.26 | 2990-000 | | 1,575.00 | 502,747.58 |
| 02/06/26 | 262 | TRDykes & Co. LLC | January 2026 | 2990-000 | | 10,400.00 | 492,347.58 |
| 02/06/26 | 263 | Pachulski Stang Ziehl & Jones LLP | Cox/Warner - 80% fees Nov fee statement ($10,624.04); 80% fees/100% exp Dec. fee statement ($7,519.34) | 7100-000 | | 18,143.38 | 474,204.20 |
| 02/25/26 | | | WIRE FROM GULF LAND STRUCTURES L | | 40,000.00 | | 514,204.20 |
| | | | | $40,000.00 | | | |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 224,322.58 | | | |
| 0 | Deposits | 0.00 | 3 | Checks | 30,118.38 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 224,322.58 | 0 | Transfers Out | 0.00 |
| 2 | Adjustments In | 320,000.00 | | Total | 30,118.38 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 544,322.58 | | | |

Page Subtotals:                $0.00            $0.00

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******5635 Cash Collateral |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 02/28/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

|  |  |  |  |  |
|---|---|---|---|---|
| | Balance Forward | 142,280.77 | | |
| 0 | Deposits | 0.00 | 0 Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | Subtotal | 142,280.77 | 0 Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | Total | 0.00 |
| 0 | Transfers In | 0.00 | | |
| | Total | 142,280.77 | | |

Page Subtotals:     $0.00     $0.00

*{ } Asset Reference(s)*                    *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******3772 DOJ Settlement Funds |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 02/28/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | |
|---|---|---|
| Balance Forward | 0.00 | |
| 0 Deposits | 0.00 | 0 Checks 0.00 |
| 0 Interest Postings | 0.00 | 0 Adjustments Out 0.00 |
| Subtotal | 0.00 | 0 Transfers Out 0.00 |
| 0 Adjustments In | 0.00 | Total 0.00 |
| 0 Transfers In | 0.00 | |
| Total | 0.00 | |

Page Subtotals: $0.00 $0.00

*{ } Asset Reference(s)*                                                    *! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 02/28/2026 | |

| | | |
|---|---|---|
| Trustee Name: | Michael D. Warner (631470) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******7203 WT Asset Sale Proceeds | |
| Blanket Bond (per case limit): | N/A | |
| Separate Bond (if applicable): | $4,000,000.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 250,000.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 250,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 250,000.00 | | | |

Page Subtotals: $0.00 $0.00

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******1353 Hedron Settlement Account |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 02/28/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 0 Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | Total | 0.00 |
| 0 | Transfers In | 0.00 | | |
| | Total | 0.00 | | |

Page Subtotals: $0.00 $0.00

*{ } Asset Reference(s)*  *! - transaction has not been cleared*

**Form 2**
**Cash Receipts And Disbursements Record**

Page:  6

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 23-90324 | | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | **Account #:** | ******1353 Hedron Settlement Account |
| **Taxpayer ID #:** | **-***0875 | | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 02/28/2026 | | **Separate Bond (if applicable):** | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $320,000.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $320,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9687 Checking | $320,000.00 | $30,118.38 | $514,204.20 |
| ******5635 Cash Collateral | $0.00 | $0.00 | $142,280.77 |
| ******3772 DOJ Settlement Funds | $0.00 | $0.00 | $0.00 |
| ******7203 WT Asset Sale Proceeds | $0.00 | $0.00 | $250,000.00 |
| ******1353 Hedron Settlement Account | $0.00 | $0.00 | $0.00 |
| | $320,000.00 | $30,118.38 | $906,484.97 |

**Exhibit B**

| | | | | |
|---|---|---|---|---|
| MLCJR LLC, et al | | 4514 Cole Ave. | Suite 1175 | Dallas, TX 75205 |
| Jackson Walker, LLP | Attn: Matthew D. Cavenaugh | 1401 McKinney St. | Suite 1900 | Houston, TX 77010 |
| Randy W. Williams | Byman & Associates PLLC | 7924 Broadway | Suite 104 | Pearland, TX 77581 |
| Jarrod Martin | Chamberlain, Hrdlicka | 1200 Smith St. | Suite 1400 | Houston, TX 77002 |
| Office of the US Trustee | US Trustee | 515 Rusk St. | Suite 3516 | Houston, TX 77002 |
| American Panther, LLC | Attn: Nadine Moustafa, Senior VP, General Counsel & Corp. Secretary | 1501 McKinney St. | Suite 800 | Houston, TX 77010 |
| A Port LLC | Attn: Lilly Hamm, Controller & CFO | 100 Commission Blvd. | | Lafayette, LA 70508 |
| AXIP Energy Services, LP | Attn: Doug Edwards, Sr. VP & General Counsel | 1301 McKinney St., Suite 900 | Fullbright Tower | Houston, TX 77010 |
| Chet Morrison Contractors, LLC | Att: Chet Morrison, Founder & CEO | 9 Bayou Delarge Rd. | | Houma, LA 70363 |
| Crosby Energy Services | Attn: Chris Brantley, Executive VP & CFO | 14090 West Main St., | | Cut Off, LA 70345 |
| Cypress Point Marine | Attn: John Sumich, President | 500 Hwy. 90 | Suite 120 | Patterson, LA 70392 |
| Burner Fire Control, Inc. | Attn: Matt Cruse, President & CEO | 1317 Petroleum Pkwy. | | Broussard, LA 70518 |
| Cactus Wellhead, LLC | Attn: Brian Smith, CFP | 920 Memorial City Way | Suite 300 | Houston, TX 77024 |
| C Dive, LLC | Attn: Robert Champagne, Owner | 1011 Saddi St. | | Houma, LA 70363 |
| GOM Shelf LLC | Attn: Jon Graham, Sales Manager | 2000 W. Sam Houston Pkwy S | Suite 1200 | Houston, TX 77042 |
| Gulfstream Services, Inc. | Attn: Bobby Bond, CEO | 230 & 231 Development St. | | Houma, LA 70363 |
| Keystone Chemical, LLC | Attn: Jeff Delahoussaye, President | 1019 Albertson Pkwy. | | Broussard, LA 70518 |
| Danos, LLC | Attn: Paul Danos, Owner President & CEO | 3878 West Main St. | | Gray, LA 70359 |
| DLS, L.L.C. | Attn: Juan Knight CEO | and Kent Aguillard | P.O. Box 309 | Lafayette, LA 70503 |
| E S & H Production Group, LLC | Attn: President or General Counsel | 2516 Engineers Rd. | | Belle Chasse, LA 70037 |
| Fab Con, Inc. | Attn: Bobby Giles, President & CEO | 1710 Youngs Rd. | | Morgan City, LA 70380 |
| GOL, LLC | Attn: Casey Bousegard, VP | 4535 Highway 308 | P.O. Box 309 | Raceland, LA 70394 |
| Ryan, LLC | Attn: Brint Ryan, Chairman & CEO | Three Galleria Tower | 13155 Noel Rd., Suite 100 | Dallas, TX 75240 |
| Seatrax, Inc. | Attn: Blue Lege, VP | 218 Gunther Lane | | Belle Chasse, LA 70037 |
| Third Coast Midstream Holdings, LLC | Attn: Nadine Moustafa, Senior VP | 1501 McKinney St. | Suite 800 | Houston, TX 77002 |
| Linear Controls Inc. | Attn: Andre Clemons, President & CEO | 107 1/2 Commission Blvd. | | Lafayette, LA 70508 |
| Pelstar Mechanical Services, LLC | Attn: Blue Lege, VP | | 1530 St. Etienne Rd. | Broussard, LA 70518 |
| Prime Energy Resources, LLC | Attn: Ryan Frederick, VP | 139 James Comeaux Rd., Suite B | PMB 609 | Lafayette, LA 70508 |

11

| | | | | |
|---|---|---|---|---|
| Quality Process Services, LLC | Attn: Wendy Aguillard, CFO | 587 S. Hollywood Rd. | | Houma, LA 70360 |
| Quality Production Management, LLC | Attn: Clay Nunnally, CEO | 425 Griffin Rd. | | Youngsville, LA 70592 |
| Turnkey Offshore Project Services, LLC | Attn: Jay Henderson, VP | 8506 Shrimpers Row | | Dulac, LA 70353 |
| Vision Production Chemicals LLC | Attn: Jason Broussard, VP | 8910 Cordell Rd. | | Abbeville, LA 70510 |
| Whitco Supply, LLC | Attn: Mindy Dawes, Owner & CEO | 200 N. Morgan Ave. | | Broussard, LA 70518 |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington, DC 20224 |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery, AL 36130 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia, PA 19101 |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington, DE 19801 |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge, LA 70804 |
| State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin, TX 78711 |
| Environmental Protection Agency Region 4 | Attn: General Counsel | Atlanta Federal Center | 61 Forsyth St. SW | Atlanta, GA 30303 |
| Environmental Protection Agency Region 6 | Attn: General Counsel | 1201 Elm St. | Suite 500 | Dallas, TX 75270 |
| Securities & Exchange Commission Fort Worth Office | Attn: David Woodcock Regional Director | Burnett Plaza | 801 Cherry St., Suite 1900, Unit 18 | Fort Worth, TX 76102 |
| U.S. Department of Justice | Attn: J. Zachary Balasko, Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044 |
| Office of the US Trustee | Attn: Mary Langston | 400 Poydras St. | Suite 2110 | New Orleans, LA 70130 |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Ste. 1200 | Jackson, MS 39201 |
| Environmental Protection Agency Region 3 | Attn: General Counsel | Four Penn Center | 1600 JKF Blvd. | Philadelphia, PA 19103 |
| Louisiana Dept. of Justice | Attn: Ryan M. Seidemann, Ph.D | Civil Division/Lands & Natural Resources | P.O. Box 94005 | Baton Rouge, LA 70804 |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F St. NE | | Washington, DC 20549 |
| Securities & Exchange Commission NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey St., Suite 400 | New York, NY 10281 |
| U.S. Attorney for Southern District of Texas | Attn: Jennifer Lowery, Acting U.S. Attorney | Civil Process Clerk | 1000 Louisiana St., Suite 2300 | Houston, TX 77002 |
| US Dept. of Justice | Environmental Enforcement Section | Attn: Kayci G. Hines | P.O. Box 7611 Ben Franklin Station | Washington, DC 20044 |