**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE** | **CHAPTER 7** |
| **MLCJR LLC, et al.,[1]** | **CASE NO. 23-90324 (CML)** |
| **DEBTORS.** | **(Jointly Administered)** |
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| **Plaintiff,** | **ADVERSARY PROCEEDING** |
| **VERSUS** | **NO. 25-3353** |
| **TOTAL SAFETY US, INC.,** | |
| **Defendant.** | |

**EIGHTH STIPULATION REGARDING
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Michael D. Warner, acting solely in his official capacity as the Chapter 7 Trustee (the "Trustee") of Debtor Cox Operating L.L.C. ("Cox Operating"), and Total Safety US, Inc. (the "Defendant," and together with the Trustee, the "Parties") respectfully submit this proposed eighth stipulation relating to Adversary Proceeding No. 25-3353 (the "Eighth Stipulation") as set forth herein.

**RECITALS**

**WHEREAS,** on May 14, 2023 (the "Petition Date"), the following entities (collectively, the "Debtor") filed voluntary petitions for relief (the "Bankruptcy Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

the Southern District of Texas, Houston Division (the "Bankruptcy Court"): (i) MLCJR LLC (Case No. 23-90324); (ii) M21K, LLC (Case No. 23-90325); (iii) EPL Oil & Gas, LLC (Case No. 23-90326); (iv) Cox Operating, LLC (Case No. 23-90327); (v) Cox Oil Offshore, LLC (Case No. 23-90328); (vi) Energy XXI Gulf Coast, LLC (Case No. 23-90329); and (vii) Energy XXI GOM, LLC (Case No. 23-90330).

**WHEREAS,** since May 16, 2023, the Bankruptcy Cases have been consolidated for procedural purposes only and jointly administered by the Bankruptcy Court under Case No. 23-90324.[2]

**WHEREAS,** on February 28, 2024, the Bankruptcy Court converted each of the Bankruptcy Cases to a case under Chapter 7 of the Bankruptcy Code.[3]

**WHEREAS,** on May 6, 2024, the Bankruptcy Court approved Michael D. Warner's election as permanent chapter 7 trustee for each of the Estates, subject to his ability to qualify under section 322(a) of the Bankruptcy Code.[4]

**WHEREAS,** on May 8, 2024, the Trustee filed his *Notice of Bond and Acceptance of Election*.[5]  As of May 8, 2024, Michael D. Warner is the qualified and acting chapter 7 trustee for each of the Estates.

**WHEREAS,** under 11 U.S.C. § 704(a)(1) of the Bankruptcy Code, the Trustee is authorized to "collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest[.]"

**WHEREAS,** on May 14, 2025, the Trustee filed his *Complaint to Avoid and Recover*

---

[2] Dkt. No. 103 in Case 23-90324.
[3] Dkt. No. 1720 in Case 23-90324.
[4] Dkt. No. 1919 in Case 23-90324.
[5] Dkt. No. 1996 in Case 23-90324.

*Transfers Pursuant to 11 U.S.C. §§ 547 and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* (the "Complaint") against the Defendant.[6]

**WHEREAS,** on June 13, 2025, the Bankruptcy Court granted an extension of time within which the Defendant could file responsive pleadings until August 13, 2025.

**WHEREAS,** on August 12, 2025, the Bankruptcy Court granted an extension of time within which the Defendant could file responsive pleadings until September 29, 2025.

**WHEREAS,** on September 29, 2025, the Bankruptcy Court granted an extension of time within which the Defendant could file responsive pleadings until December 1, 2025.

**WHEREAS,** on December 2, 2025, the Bankruptcy Court granted an extension of time within which the Defendant could file responsive pleadings until February 2, 2026.

**WHEREAS**, on February 3, 2026, the Parties agreed to an extension of time within which the Defendant could file responsive pleadings until March 31, 2026.

**WHEREAS**, on March 20, 2026, the Parties agreed to an extension of time within which the Defendant could file responsive pleadings until May 30, 2026.

**WHEREAS**, on May 26, 2026, the Parties agreed to an extension of time within which the Defendant could file responsive pleadings until June 15, 2026.

**WHEREAS,** the Parties continue to negotiate in an attempt to reach a settlement of this matter.

**WHEREAS,** the Parties have reached an agreement to extend the time within which the Defendant may file and serve a responsive pleading to the Complaint to June 29, 2026.

**WHEREAS,** by this Eighth Stipulation, the Parties hereby agree to the terms set forth below.

1.      Total Safety US, Inc. shall have until June 29, 2026 to file and serve a responsive

---

[6] Dkt. No. 1 in Adversary Proceeding.

pleading to the Complaint.

2.      Any dispute between the Parties relating to this Eighth Stipulation shall be heard and resolved exclusively before the Bankruptcy Court.

3.      The Eighth Stipulation represents the Parties' mutual understandings and supersedes all prior agreements whether in oral or written form.

4.      Nothing herein should be construed so as to affect, by limitation, exclusion or otherwise, any of the Parties' legal arguments.

5.      The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Eighth Stipulation.

*Signature Page to Follow*

**AGREED AS TO FORM AND CONTENT:**

Dated:  June 12, 2026                    Respectfully submitted,

                                         **STEWART ROBBINS BROWN
                                         & ALTAZAN, LLC**

                               By:     */s/ Abigail W. Mock*
                                       Brooke W. Altazan (Tx. Bar # 24101002)
                                       baltazan@stewartrobbins.com
                                       Abigail W. Mock (La. Bar # 41352)
                                       *Admitted to Southern District of Texas*
                                       *(SDTX Federal No. 3902652)*
                                       amock@stewartrobbins.com
                                       301 Main Street, Suite 1640
                                       Baton Rouge, LA 70801-0016
                                       Telephone: (225) 231-9998
                                       Facsimile: (225) 709-9467

                                       ***Counsel for Michael D. Warner, Chapter 7 Trustee***


                                         **WALKER WILCOX MATOUSEK LLP**

                               By:     */s/ Tony L. Draper*
                                       Tony L. Draper
                                       S.D. Texas Bar No. 24352
                                       Texas Bar No. 00798156
                                       tdraper@walkerwilcox.com
                                       Charles B. Walther
                                       S.D. Texas Bar No. 30775
                                       Texas Bar No. 24005125
                                       bwalther@walkerwilcox.com
                                       1001 McKinney Street, Suite 2000
                                       Houston, Texas 77002
                                       Telephone: (713) 654-8001

                                       ***Counsel for Total Safety US, Inc.***