United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IN RE | CHAPTER 7 |
| **MLCJR LLC, et al.,**[1] | **CASE NO. 23-90324 (CML)** |
| **DEBTORS.** | **(Jointly Administered)** |
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| **Plaintiff,** | **ADVERSARY PROCEEDING** |
| | **NO. 25-03349** |
| VERSUS | |
| **MAJOR EQUIPMENT & REMEDIATION SERVICES, LLC,** | |
| **Defendant.** | |

### ORDER DISMISSING ADVERSARY PROCEEDING
(Related Docket No. 16)

Considering the *Trustee's Motion to Dismiss Adversary Proceeding* [Doc. No. 16] (the "**Dismissal Motion**")[2] filed by Michael D. Warner (the "**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

---

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1

1.      The Motion is **GRANTED**.

2.      The above-captioned Adversary Proceeding is **DISMISSED WITH PREJUDICE**.

3.      The above-captioned Adversary Proceeding is hereby **CLOSED**.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed:  June 15, 2026

Christopher Lopez
United States Bankruptcy Judge

2