United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 15, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **IN RE** | **CHAPTER 7** |
| **MLCJR LLC, et al.,**[1] | **CASE NO. 23-90324 (CML)** |
| **DEBTORS.** | **(Jointly Administered)** |
| | |
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| **Plaintiff,** | **ADVERSARY PROCEEDING** |
| **VERSUS** | **NO. 25-03356** |
| **P2 ENERGY SOLUTIONS** | |
| **and** | |
| **IFS North America, Inc.** | |
| **Defendants.** | |

**ORDER DISMISSING ADVERSARY PROCEEDING**
(Related Docket No. 27)

Considering the *Trustee's Motion to Dismiss Adversary Proceeding* [Doc. No. 27] (the "**Dismissal Motion**")[2] filed by Michael D. Warner (the "**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

---

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1

1.      The Motion is **GRANTED**.

2.      The above-captioned Adversary Proceeding is **DISMISSED WITH PREJUDICE**.

3.      The above-captioned Adversary Proceeding is hereby **CLOSED**.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed:  June 15, 2026

_____
Christopher Lopez
United States Bankruptcy Judge