#22118535

United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 16, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **MLCJR LLC, *et al.*[1]** | § | **CASE NO. 23-90324** |
| | § | |
| **DEBTORS.** | § | **Jointly Administered** |
| | § | |
| | § | |

**O R D E R**

Considering the foregoing Motion to Withdraw Counsel and Enroll Counsel of Record ("Motion");

**IT IS ORDERED** that the motion is **GRANTED**. The law firm of Pusateri, Johnston, Guillot & Greenbaum, LLC and attorneys Salvador J. Pusateri, Aaron B. Greenbaum, Kyle A. Khoury and Shelia R. Tolar, are hereby **WITHDRAWN** as counsel of record for Grand Isle Shipyard, L.L.C. and Mack Steel & Supply, LLC. The law firm of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, and Benjamin W. Kadden is hereby enrolled as counsel of record for Defendant, Grand Isle Shipyard, L.L.C. and Mack Steel & Supply, LLC.

Signed: June 16, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave., Suite 1175, Dallas, Texas 75205.

United States Bankruptcy Court
Southern District of Texas

In re:

MLCJR LLC

Ad Hoc Committee of Statutory Lien Credi

    Debtors

Case No. 23-90324-cml

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0541-4                    User: ADIuser                    Page 1 of 6

Date Rcvd: Jun 16, 2026              Form ID: pdf002                Total Noticed: 121

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Cox Oil Offshore, L.L.C., 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | #+ | EPL Oil & Gas, LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | + | M21K, LLC, 1021 Main St #2626, Houston, TX 77002-6516 |
| db | + | MLCJR LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| aty | + | Amanda Rose Stanzione, Latham and Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| aty | + | Barry J Sallinger, Barry Sallinger, APLC, 820 East St. Mary Blvd, Suite 1, Lafayette, LA 70503-2365 |
| aty | + | Blaine Scott, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W. Washinton, DC, Washington, DC 20006-1037 |
| aty | + | Christopher T Caplinger, 601 Poydras Street Suite 2775, New Orleans, LA 70130-6041 |
| aty | + | Clint Cowan, Kirkland and Ellis LLP, 4550 Travis St., Dallas, TX 75205-4666 |
| aty | + | Elizabeth Rachel Marks, Latham and Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| aty | + | Evan Swager, KIRKLAND & ELLIS LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Justin G. Lipe, Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056-8000 |
| aty | + | Matthew S. Barr, Weil Goshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | #+ | Robert S. Velevis, SIDLEY AUSTIN LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201-3351 |
| aty | + | Sam H Poteet, Manier & Herod PC, 1201 Demonbreun St, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Stephen James Johnson, Morris Bart, LLC, Pan American Life Center, 601 Poydras Street, 24th Floor, New Orleans, LA 70130-6036 |
| aty | + | Stone Pigman Walther Wittmann L.L.C., 909 Poydras Street, Suite 3150, New Orleans, LA 70112-4041 |
| aty | + | Vincent John DeVito, Jr., c/o Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206, UNITED STATES 75206-1600 |
| cr | + | A-Port, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Adapt Concepts, L.L.C., 209 Marcon Dr., Lafayette, LA 70507-6210 |
| crcm | + | American Panther, LLC, PO BOX 1227, Houston, TX 77251-1227 |
| cr | + | Axip Energy Services, LP, Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | | Axis Newco, LLC, Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | BRI 1850 Houston OCC, LLC, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| cr | + | BSREP II Houston Office 1HC Owner, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400 Houston, TX 77002-4496 |
| cr | + | Benjamin Ford Kitchen, IV, 1510 West 9th St, Austin, TX 78703-4808 |
| cr | + | Benoit Premium Threading LLC, 3400 Industrial Park, Houma, LA 70363-3919 |
| intp | + | Blackcomb Energy, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | CRESCENT GIGS, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cactus Wellhead LLC, Mehaffy Weber, P.C., c/o Blake Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Cactus Wellhead, LLC, c/o Bradley Arant Boult Cummings LLP, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Cardinal Coil Tubing, LLC, c/o John A. Mouton, III, P. O. Box 82438, Lafayette, LA 70598, UNITED STATES 70598-2438 |
| cr | + | Chalmers, Collins, Alwell, Inc., 705 W. Pinhook Rd., Lafayette, LA 70503-2315 |
| cr | + | Crescent GIGs LLC, Gordon Arata Montgomery Barnett, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |

District/off: 0541-4 | User: ADIuser | Page 2 of 6
Date Rcvd: Jun 16, 2026 | Form ID: pdf002 | Total Noticed: 121

| | | |
|---|---|---|
| cr | + | Crescent Midstream, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cueria Law Firm, LLC o/b/o Dillon Mitchell, Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130, UNITED STATES 70130-6123 |
| cr | | Delta Energy Management and Consulting, LLC, 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Drake ChemCo, LLC, 1201 Canal Street, Suite 652, New Orleans, LA 70112-2721 |
| cr | + | EPS Logistics Company, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | Eaton Oil Tools, Inc., P.O. Box 1050, Broussard, LA 70518-1050 |
| cr | + | Eugene Lazard, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Expeditors and Production Services, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | + | Frost Bank, Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | GIR Solutions, LLC, 115 W. Greenhill Cr, Broussard, LA 70518-7512 |
| cr | + | General Crude Oil Company, 2726 Bissonnet St. 240-50, Houston, TX 77005, UNITED STATES 77005-1319 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | + | Gulf South Services, P. O. Box 1987, Gray, LA 70359-1987 |
| cr | + | Gulfstream Services, Inc., 723 Point Street, Houma, LA 70360-4744 |
| cr | + | H.I.S. Fire & Safety Equipment, LLC, c/o Misty A. Segura, Spencer Fane, LLP, P.O. Box 368, Delcambre, LA 70528-0368 |
| cr | | Halliburton Energy Services, Inc., Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | Home Industry Disposal Company, Inc., 200 N. Saint Charles, Abbeville, LA 70510-5106 |
| intp | + | J.M. Huber Corporation, c/o Armistead M. Long, Gordon Arata Montgomery Barnett, 1015 Saint John Street, Lafayete, LA 70501-6711 |
| sp | + | JONES WALKER LLP, c/o Mark A. Mintz, Esq., 201 St. Charles Avenue, 51st Floor, New Orleans, LA 70170-5100 |
| cr | + | Jeremy Fontenot, Gordon Arata - Attn: Armistead Long, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| op | + | Keller & Heckman, LLP, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564 |
| cr | + | Kilgore Marine Services, LLC, 200 Beaullieu Drive, Bldg. 8, Lafayette, LA 70508-7230 |
| intp | + | LLOX, LLC, Attn David Seay, Land Manager, 1001 Ochsner Blvd, Ste A, Covington, LA 70433-8163 |
| cr | + | Laborde Marine Management, LLC, 601 Poydras St., Suite 1725, New Orleans, LA 70130-6033 |
| cr | + | Liberty Mutual Insurance Company, 1001 Fourth Avenue, Ste. 3800, Seattle, WA 98154, UNITED STATES 98154-1125 |
| cr | + | Linear Controls, Inc., 107 Commission Boulevard, Lafayette, LA 70508-3514 |
| cr | + | Logic Control Systems, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | M&H Enterprises, Inc., 8319 Thora Ln Hngr A2, Spring, TX 77379-3153 |
| intp | + | McMoran Oil & Gas, LLC, Locke Lord LLP, Omer F. Kuebel, III, Philip G. Eisenberg, 601 Poydras St., Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Nationwide Mutual Insurance Company, 1100 Locust St. - Dept. 2006, Des Moines, IA 50391, UNITED STATES 50391-2006 |
| cr | + | Nicholas Miller, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Offshore Air & Refrigeration, Inc., 417 Shelly Drive, Lafayette, LA 70503-4437 |
| intp | + | PXP Producing Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Pelstar Mechanical Services, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | | Petro-Marine Underwriters, Inc., 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Petroleum Coordinators Inc., 219 Rue Fontaine, Lafayette, LA 70508-5742 |
| cr | + | Philadelphia Indemnity Insurance Company, Dry Law, PLLC, 909 18th Street, Plano, TX 75074-5830 |
| cr | | Poseidon Technology, LLC, 2117 Veterans Blvd. Ste. 421, Metairie, LA 70002 |
| cr | + | Premium Oilfield Services LLC, Bradley Arant Boult Cummings LLP, c/o James Bailey, Esq, One Federal Place, 1819 5th Avenue N Birmingham, AL 35203-2120 |
| cr | + | Prime Energy Resources, LLC, Galoway Tompkins Burr & Smth, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010-3064 |
| cr | + | RCP Inc, 801 Louisiana St, Suite 200, Houston, TX 77002-4936 |
| cr | + | RigNet, Inc., c/o James E. Cuellar, 440 Louisiana, Suite 718, Houston, TX 77002-1058 |
| cr | + | Right Hand Oilfield Associates, LLC, 9264 Hwy 1, Lockport, LA 70374-4217 |
| cr | + | River Rental Tools, Inc., c/o Corey E. Dunbar, 8311 Highway 23, Belle Chasse, LA 70037-2606 |
| cr | + | SP 49 Pipeline LLC, c/o Byron McDonald, 2107 Research Forest Drive, Suite 250, The Woodlands, TX 77380-4169 |
| cr | + | Seatrax Services, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Services Archrock Partners Operating LLC and Archr, 9807 Katy Freeway, Ste. 100, Houston, TX 77024-1276 |
| cr | + | Shallow Draft Elevating Boats, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Shell Offshore Inc., c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Shell Trading (US) Company, c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Sirius America Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068-1644 |
| cr | + | Steel Service Oilfield Tubular, Inc., 8138 E. 63rd Street, Tulsa, OK 74133-1917 |
| cr | + | Tampnet Inc., 24275 Katy Freeway, Suite 525, Katy, TX 77494-7270 |
| cr | + | Targa LA Operating LLC, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Total Production Supply LLC, 121 Windfall Drive, Lafayette, LA 70508, UNITED STATES 70508-4484 |

District/off: 0541-4 User: ADIuser Page 3 of 6

Date Rcvd: Jun 16, 2026 Form ID: pdf002 Total Noticed: 121

| | | |
|---|---|---|
| crcm | #+ | Turnkey Offshore Project Services, LLC, 8506 Shrimpers Row, Dulac, LA 70353-2206 |
| cr | + | VCG Energy Group, LLC, 201 W Vermilion St, #200, Lafayette, LA 70501-6847 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Vision Production Chemicals, L.L.C., 8910 Cordell Rd., Abbeville, LA 70510-2390 |
| cr | + | Westwind Helicopters, Inc., PO Box 929, Santa Fe, TX 77517-0929 |
| cr | + | c/o James Bailey,Esq TGS-NOPEC Geophysical Company, Bradley Arant Boult Cummings LLP, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 16 2026 20:44:37 | Camille M Shepherd, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Email/Text: lara.coleman@chamberlainlaw.com | Jun 16 2026 20:53:00 | Chamberlain Hrdlicka White Williams & Aughtry, P.C, 1200 Smith Street, Suite 1400, Attn: Bankruptcy Department, Houston, TX 77002-4496 |
| cr | | Email/Text: Customer.Bankruptcy@Archrock.com | Jun 16 2026 20:50:00 | Archrock Partners Operating LLC, 9807 Katy Frwy., Ste. 100, Houston, TX 77024 |
| intp | + | Email/Text: mbrimmage@akingump.com | Jun 16 2026 20:52:00 | Alvarez & Marsal North America, LLC, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: maci.sartain@anb.com | Jun 16 2026 20:52:00 | Amarillo National Bank, Box 1, Amarillo, TX 79105-0001 |
| cr | | Email/Text: ashleyf@broussardbrothers.com | Jun 16 2026 20:51:00 | Broussard Brothers, Inc., 501 South Main St., Abbeville, LA 70510 |
| cr | + | Email/Text: moses@carverdarden.com | Jun 16 2026 20:52:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 16 2026 20:53:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: leif.simpson@datasite.com | Jun 16 2026 20:52:00 | Datasite LLC, 733 Marquette Avenue, Suite 600, Minneapolis, MN 55402 |
| cr | ^ | MEBN | Jun 16 2026 20:43:19 | Danos, L.L.C., c/o Richard A. Aguilar, Adams and Reese LLP, 701 Poydras St., Ste 4500, New Orleans, LA 70139-4596 |
| intp | + | Email/Text: jsparacino@mckoolsmith.com | Jun 16 2026 20:52:00 | Deacon Investments LLC, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | | Email/Text: dgrzyb@csglaw.com | Jun 16 2026 20:53:00 | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068 |
| cr | + | Email/Text: jking@offermanking.com | Jun 16 2026 20:50:00 | Gulf Offshore Rentals, LLC, c/o James W. King, 6420 Wellington Pl, Beaumont, TX 77706-3206 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 16 2026 20:53:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: barnetbjr@msn.com | Jun 16 2026 20:54:00 | Houston Energy, LP, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | Jun 16 2026 20:54:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468, UNITED STATES 19468-4201 |
| cr | + | Email/Text: moses@carverdarden.com | | |

District/off: 0541-4

Date Rcvd: Jun 16, 2026

User: ADIuser

Form ID: pdf002

Page 4 of 6

Total Noticed: 121

| | | | |
|---|---|---|---|
| | | Jun 16 2026 20:52:00 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| op | | Email/Text: EBN@primeclerk.com | |
| | | Jun 16 2026 20:51:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | + Email/Text: ljohnson@loopergoodwine.com | | |
| | | Jun 16 2026 20:52:00 | LLOG Exploration Offshore, L.L.C., c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J Goodwine, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| cr | + Email/Text: David.Eastlake@gtlaw.com | | |
| | | Jun 16 2026 20:53:00 | Oceaneering International, Inc., c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + Email/Text: bill.sheffield@otcompliance.com | | |
| | | Jun 16 2026 20:52:00 | Offshore Technical Compliance LLC, 72030 Live Oak St, Covington, LA 70433-8848 |
| acc | + Email/Text: admin@tpswest.com | | |
| | | Jun 16 2026 20:52:00 | TPS-West, LLC, 10260 Westheimer Rd, Suite 210, Houston, TX 77042-3109 |
| intp | ^ MEBN | | |
| | | Jun 16 2026 20:42:43 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | ^ MEBN | | |
| | | Jun 16 2026 20:44:40 | United States of America, c/o U.S. Department of Justice, P.O. Box 875- Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Cox Operating L.L.C. |
| db | | Energy XXI GOM, LLC |
| db | | Energy XXI Gulf Coast, LLC |
| aty | | Stewart Robbins Brown & Altazan, LLC |
| tr | | Michael D Warner |
| tr | | Michael D Warner |
| cr | | A & H Armature Works, Inc. |
| cr | | Accu-Line Wireline |
| crcm | | Ad Hoc Committee of Statutory Lien Creditors |
| cr | | Aldonsa, Inc. d/b/a Oilfield Instrumentation USA |
| cr | | All Coast, LLC |
| cr | | Alliance Offshore, L.L.C. |
| intp | | Apache Corporation |
| cr | | Apache Shelf Exploration, LLC |
| cr | | Arena Energy LLC |
| cr | | Argonaut Insurance Company |
| intp | | BP Energy Company |
| intp | | BP Energy Company and BP Products North America In |
| cr | | Barry Graham Oil Service, LLC |
| cr | | Berkley Insurance Company |
| intp | | Bradley E. Cox |
| intp | | Burlington Resources Offshore, Inc., Locke Lord |
| cr | | Burner Fire Control, Inc., 1374 Petroleum Pkwy, Broussard |
| cr | | CIMA ENERGY, LP |
| cr | | CROSBY INDEPENDENT SCHOOL DISTRICT |
| intp | | Cardinal Slickline, LLC |
| cr | | Chevron Pipe Line Company |
| cr | | Chevron U.S.A. Inc. |
| intp | | ConocoPhillips Company |
| intp | | Cox Investment Partners, LP |

| | |
|---|---|
| intp | Cox Oil & Gas, LLC |
| intp | Cox Oil, LLC |
| cr | Crosby Energy Services, Inc. |
| cr | Cullen and Dykman LLP |
| cr | DLS, LLC |
| cr | Dauphin Island Gathering Partners and DCP Mobile B |
| intp | Dechert LLP |
| cr | Deltas Missys Supermarket, LLC (d/b/a Cypress Poin |
| cr | Devon Energy Corporation |
| cr | Diamond Tank Rental, LLC |
| cr | Diverse Safety and Scaffolding, L.L.C. |
| cr | Dynasty Energy Services, LLC |
| cr | EP Energy E&P Company, L.L.C. |
| intp | EP Northern Investments, LLC |
| cr | ES&H Production Group, L.L.C. |
| cr | EcoServe, L.L.C. |
| intp | Endurance American Specialty Insurance Company/Som |
| intp | Energy Transfer |
| intp | Eni Petroleum US LLC |
| cr | Enterprise Offshore Drilling |
| intp | Exxon Mobil Corporation |
| intp | Exxon Mobile Corporation |
| cr | Fab-Con, Inc. |
| intp | Fairfield Industries Incorporated |
| sp | Fishman Haygood, L.L.P. |
| intp | Flint River VPP II, LLC |
| cr | GOL, L.L.C. |
| cr | GOM Shelf LLC |
| cr | Gas Turbine Applications, Inc., c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | Grand Isle Shipyard, L.L.C. |
| cr | Guice Offshore, LLC |
| cr | Gulf Coast Marine Fabricators, Inc. |
| cr | Hanover Insurance Company |
| cr | Helix Well Ops, Inc. |
| fa | Huron Consulting Services LLC |
| cr | Jackie Lewis |
| intp | Jackson Walker LLP |
| intp | Kay McArdle |
| intp | Kenneth Franzheim II Managment Trust |
| intp | Keystone Chemical LLC |
| cr | Lakeway Associates II LLC |
| cr | Lakeway Associates LLC |
| cr | Leviathan Offshore, LLC |
| cr | Mack Steel & Supply, L.L.C. |
| cr | Mauricio Ferreyros |
| cr | NNW, Inc., 39289 Tommy Moore Road, Gonzales |
| cr | National Oilwell Varco, L.P. |
| intp | Natural Resources Worldwide, LLC |
| cr | Noble Energy, Inc. |
| intp | OSEGIK Investments LLC |
| cr | Offshore Liftboats, LLC |
| cr | Offshore Oil Services, Inc. |
| intp | Partco LLC |
| cr | Piranha Rentals, LLC |
| cr | Premier Offshore Catering Inc |
| cr | Pressure & Flow Control Solutions LLC (PetroQuip), 2878 Engineers Road, Belle Chasse |
| cr | Prime Energy Resources, LLC |
| cr | Quality Construction and Production, LLC |
| cr | Quality Energy Services, Inc. |
| cr | Quality Process Services, LLC |
| cr | Quality Production Management, LLC |
| intp | R&R Boats, Inc. |
| cr | REC Marine Logistics, LLC |

| | | |
|---|---|---|
| cr | | Ryan, LLC |
| cr | | SEACOR Marine, LLC |
| intp | | Sea Robin Pipeline Company, LLC |
| cr | | Seneca Resources Company, LLC |
| cr | | Sparrows Offshore, LLC |
| intp | | Specialty Offshore, Inc. |
| intp | | Spectrum GOM Central LLC |
| intp | | Spectrum GOM East LLC |
| intp | | Spectrum GOM Non-Op LLC |
| intp | | Spectrum GOM West LLC |
| cr | | State of Louisiana, Department of Natural Resource |
| intp | | Stingray Pipeline Company L.L.C. |
| cr | | Swivel Rental & Supply, L.L.C. |
| cr | | Talos Energy Ventures, LLC |
| intp | | Talos Production LLC |
| intp | | Talos Resources LLC |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Thru Tubing Systems, Inc. |
| cr | | Tobias, Inc. |
| cr | | Travelers Casualty & Surety Company of America |
| intp | | Triton Gathering, LLC |
| cr | | Truist Insurance Holdings, Inc. |
| intp | | Trunkline Field Services LLC |
| intp | | USA Compression Partners, LLC |
| cr | | Union Oil Company of California |
| cr | | United States Fire Insurance Company |
| cr | | Unocal Pipeline Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | W-Industries of Louisiana, LLC |
| cr | | WELLS FARGO BANK NA |
| cr | | Westchester Fire Insurance Company |
| intp | | Westerngeco LLC |
| cr | | Whitco Pump & Equipment, LLC |
| cr | | Whitco Supply Co |
| intp | | XTO Offshore, Inc. |
| cr | ##+ | FDF Energy Service LLP, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120, Houston, TX 77024, UNITED STATES 77024-2781 |
| cr | ##+ | Island Operating Company, c/o Parkins & Rubio LLP, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736 |
| cr | ##+ | Precision Crane & Hydraulics, LLC, 11904 Hwy. 308, P.O. Box 1197, Larose, LA 70373-1197 |
| cr | ##+ | QuarterNorth Energy LLC and certain of its affilia, 3737 Buffalo Speedway, Ste. 800, Houston, TX 77098, UNITED STATES OF AMERICA 77098-3739 |

TOTAL: 130 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2026                          Signature:          /s/Gustava Winters