United States Bankruptcy Court
Southern District of Texas

**ENTERED**

June 17, 2026

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE | CHAPTER 7 |
| **MLCJR LLC, et al.,**[1] | **CASE NO. 23-90324 (CML)** |
| **DEBTORS.** | **(Jointly Administered)** |
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| **Plaintiff,** | **ADVERSARY PROCEEDING** |
| **VERSUS** | **NO. 25-03348** |
| **LEVIATHAN OFFSHORE, LLC,** | |
| **Defendant.** | |

**ORDER APPROVING THE TRUSTEE'S COMPROMISE WITH**
**LEVIATHAN OFFSHORE, LLC PURSUANT TO**
**BANKRUPTCY RULE 9019 AND BANKRUPTCY CODE § 363**
(Related Doc. No. 2632)

Before the Court is the *Trustee's Motion to Compromise with Leviathan Offshore, LLC Pursuant to Bankruptcy Rule 9019 and Bankruptcy Code § 363* [Doc. No. 2632] (the "**Motion**") filed by Michael D. Warner (the "**Trustee**"), appearing solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates (collectively, the "**Estates**"), seeking a final order (this "**Settlement Order**") approving the proposed settlement by and between the Trustee, on the one hand, and Leviathan Offshore, LLC ("**Leviathan**"), on the other hand, under

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

1

Bankruptcy Rule 9019 and Bankruptcy Code Section 363 (the "**Settlement Agreement**"), a copy of which is attached hereto and made a part hereof as **Exhibit "1."**

This Court, having jurisdiction and venue to consider the Motion, and with due and proper notice of the Motion having been provided to all creditors and other parties in interest; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is fair, reasonable, and in the best interests of the Debtors, the Estates, and their creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefore:

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS:[2]**

A.      **Jurisdiction and Venue**. This Court has jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334. The Motion is a core proceeding under 28 U.S.C. § 157(b) and (o). Venue of these chapter 7 cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

B.      **Statutory Predicates.** The statutory and other legal bases for the relief provided herein are section 363 of title 11 of the United States Code (the "**Bankruptcy Code**") and Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") Rule 9019. The consummation of the transactions contemplated by the Motion are legal, valid and properly authorized under all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules for the Southern District of Texas (the "**Bankruptcy Local Rules**"), and the Trustee has complied with all of the applicable requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Local Rules, in respect of such transactions.

---

[2] Findings of fact shall be construed as conclusions of law and conclusions of law shall be construed as findings of fact when appropriate. *See* Bankruptcy Rule 7052.

C.      **Final Order.** This Settlement Order constitutes a final order within the meaning of 28 U.S.C. § 158(a). Notwithstanding Bankruptcy Rule 6004(h), and to any extent necessary under Bankruptcy Rule 9014 and Rule 54(b) of the Federal Rules of Civil Procedure, as made applicable by Bankruptcy Rule 7054, this Court expressly finds that there is no just reason for delay in the implementation of this Settlement Order, waives any stay, and expressly directs entry of this Settlement Order.

D.      **Notice of Hearing on Motion**. As evidenced by the certificates of service previously filed with the Court, proper, timely, adequate, and sufficient notice of the Motion and relief contemplated thereby has been provided in accordance with the Bankruptcy Code, Bankruptcy Rules, and the Bankruptcy Local Rules. The notices described above were good, sufficient, and appropriate under the circumstances, and no other or further notice of the Motion is or shall be required. The disclosures made by the Trustee concerning the Motion were good, complete, and adequate. The requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

E.      **Compromise in the Best Interest of the Estates**. Good and sufficient reasons for approval of the Trustee's proposed settlement with Leviathan, and the transactions to be consummated in connection therewith have been articulated by the Trustee, and the relief requested in the Motion is in the best interests of the Debtors, the Estates, their creditors, and other parties in interest. The Settlement Amount (as defined in the Settlement Agreement) falls well within the range of reasonableness for the settlement and amicable resolution of the resolved claims, demands, and causes of action as fully set forth in the Settlement Agreement. The terms of the Settlement Agreement satisfy the factors set forth in *Protective Comm. For Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 425 (1968), *Official Comm. of Unsecured*

*Creditors v. Cajun Electric Power Coop., Inc. (In re Cajun Elec. Power Coop., Inc.),* 119 F.3d 349, 355-56 (5th Cir. 1997), and their progeny. The Trustee has demonstrated both (a) good, sufficient, and sound business purposes and justifications and (b) compelling circumstances for the Settlement Agreement outside of the ordinary course of business, pursuant to section 363(b) of the Bankruptcy Code, in that, among other things, the immediate consummation of the Settlement Agreement with Leviathan is necessary and appropriate to maximize the value of the Estates. The Trustee's decision to enter into the Settlement Agreement with Leviathan constitutes a proper exercise of the Trustee's fiduciary duties.

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** and **APPROVED** as provided herein.

2.      All objections to the Motion that have not been withdrawn, waived, or settled are hereby overruled.

3.      The Settlement Agreement is approved as being in the best interest of the Estates and their creditors. To the extent of a conflict between this Settlement Order and the Settlement Agreement, the Settlement Order shall control.

4.      The Trustee, without further order or authorization from the Court, shall have the authority to enter into and execute any and all documentation necessary to carry out the relief granted in this Settlement Order and is authorized to take any necessary or appropriate steps to effectuate the terms of the Settlement Agreement.

5.      The Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order and the obligations under the Settlement Agreement.


Signed:  June 17, 2026

_____
Christopher Lopez
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE                                                    CHAPTER 7

MLCJR LLC, et al.,[1]                                    CASE NO. 23-90324 (CML)
                                                         (Jointly Administered)
DEBTORS.

MICHAEL D. WARNER, solely in his official
capacity as Chapter 7 Trustee of Cox Operating,
L.L.C.,
                                                         ADVERSARY PROCEEDING
Plaintiff,
                                                         NO. 25-03348
VERSUS

LEVIATHAN OFFSHORE, LLC,

Defendant.

## SETTLEMENT AGREEMENT

THIS SETTLEMENT AGREEMENT ("**Settlement Agreement**") is entered into by and between (A) Michael D. Warner, solely in his capacity as Chapter 7 trustee for the above-captioned administratively consolidated estates (the "**Trustee**" of the "**Estates**"), and (B) Leviathan Offshore, LLC ("**Leviathan**") (collectively, the Trustee and Leviathan are referred to herein as the "**Parties**" and each, as a "**Party**").

## RECITALS:

WHEREAS, on May 14, 2023, the Debtors filed voluntary Chapter 11 petitions (the "**Petition Date**") in the United States Bankruptcy Court, for the Southern District of Texas,

---

[1] The "Debtors" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

Page 1 of 9

Exhibit 1

Houston Division (the "**Court**"). As of May 16, 2023, the Debtors' bankruptcy cases (the "**Bankruptcy Cases**") were consolidated for procedural purposes only and have since been jointly administered by the Court under Case Number 23-90324.

**WHEREAS,** on or about June 29, 2023, Leviathan filed a proof of claim into the Claims Registry of the Bankruptcy Cases maintained by the Estates' Court-approved claims agent, Kroll, therein asserting a $589,325.49 general unsecured claim against the Cox Operating Estate (the "**Leviathan POC**"). No other proofs of claim have been filed in the Bankruptcy Cases by Leviathan and Leviathan has not asserted a Chapter 11 administrative expense claim against the Estates.

**WHEREAS,** on February 28, 2024, the Court converted each of the Debtors' Bankruptcy Cases to cases under Chapter 7 of Title 11, United States Code (the "**Bankruptcy Code**") [Dkt. No. 1720].

**WHEREAS,** on May 6, 2024, the Court approved Michael D. Warner's election as permanent Chapter 7 trustee for each of the Estates, subject to his ability to qualify under Section 322(a) of the Bankruptcy Code [Dkt. No. 1919]. On May 8, 2024, Michael D. Warner filed his Notice of Bond and Acceptance of Election [Dkt. No. 1996]. As of May 8, 2024, Michael D. Warner is the duly elected, qualified, and acting Chapter 7 trustee for each of the Estates, and remains as Trustee as of this date.

**WHEREAS,** the Trustee asserts that, during the ninety (90) days prior to the Petition Date, Cox Operating transferred to Leviathan, by wire, bank transfers, or check, the aggregate sum of $147,597.44 (collectively, the "**Transfers**").

**WHEREAS,** the Trustee has asserted that the Transfers are avoidable and recoverable under certain provisions of the Bankruptcy Code (the "**Avoidance Claims**"), and Leviathan

maintains that it has viable defenses to the Avoidance Claims.

**WHEREAS**, on May 14, 2025, the Trustee filed an Adversary Proceeding Number 25-03348 (the "**Adversary Proceeding**") in the Court seeking to avoid and recover the Transfers pursuant to Chapter 5 of the Bankruptcy Code (the "**Avoidance Claims**").[2]

**WHEREAS,** without admitting that the other Party's claims or defenses have merit, the Parties desire to settle the issues relating solely to the Avoidance Claims according to the terms and conditions set out herein.

**IT IS NOW, THEREFORE, STIPULATED AND AGREED** by and between the Parties as follows:

1.     Waiver and Release of Certain Preferential Transfers Claims by Trustee. For and in consideration of this Settlement Agreement, and of the promises contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Trustee agrees to compromise, settle, release, discharge, and extinguish any and all claims the Trustee or the Estates has or could have asserted against Leviathan in the Bankruptcy Cases, including the Avoidance Claims and all claims under State, Federal, and common law (the "**Release**"). For the avoidance of doubt, nothing herein shall be deemed a release by the Trustee of any of his rights or obligations, including his statutory right to object to any proof of claim or administrative expense claim filed by Leviathan. Notwithstanding anything to the contrary herein, upon the occurrence of the Revival of Leviathan's Obligation, as defined below, the Release granted pursuant to this paragraph shall be deemed null and void *ab initio* and shall have no legal force or effect whatsoever.

---

[2] Adversary Case No. 25-03348, Doc. No. 1.

2.     Waiver and Release of Claims by Leviathan. For and in consideration of this Settlement Agreement, and of the promises contained herein and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Leviathan agrees to compromise, settle, release, discharge, and extinguish any and all claims that Leviathan has or could have asserted against the Estates, the Trustee and his agents, as well as all claims which Leviathan could assert against the Estates pursuant to 11 U.S.C. § 502(h) as a result of this Settlement Agreement and payment of the Settlement Amount.  Leviathan acknowledges and represents that it (i) has filed no other proofs of claim into the Claims Registry of the Bankruptcy Cases other than the Leviathan POC; and (ii) has not asserted a Chapter 11 administrative expense claim against the Estates and waives all rights to file such a claim in the future.

3.     Consideration. In exchange for the aforementioned waiver, Leviathan will remit to the Trustee in indefeasible funds, *via* wire transfer (to an account designated in writing by the Trustee) the aggregate sum of **SEVENTY THREE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100TH DOLLARS** ($73,800.00) (the "**Settlement Amount**") in the following two installments: (1) $36,900.00 on or before the fourteenth (14th) calendar day following entry of the Court's Order (the "**Approval Order**") (the "**First Payment Due Date**") approving the settlement described herein pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure (the "**Installment Payment 1**"); and (2) $36,900.00 on or before the forty-fifth (45th) calendar day following the First Payment Due Date (the "**Installment Payment 2**", together with Installment Payment 1 the "**Installment Payments**").

4.     Effective Date. This Settlement Agreement shall be binding and deemed effective when (i) both Parties have executed the same and delivered counterparts of such signatures to the

other Party, (ii) the Trustee receives, in indefeasible funds, the Settlement Amount, and (iii) the Court enters the Approval Order.

5. Default.

a. Time is of the essence for each of the Installment Payments required pursuant to the provisions of Paragraph 3;

b. No notice shall be provided to Leviathan of the obligation to cause the Installment Payments to be made;

c. On the failure of Leviathan to remit and/or the Trustee to receive timely (as provided in Paragraph 3) either of the Installment Payments (an "**Installment Payment Breach**"), this Settlement Agreement will be deemed breached by Leviathan and the Trustee and the Estates shall be immediately owed the Transfers ($147,597.44) in full, less the amount of all Installment Payments previously indefeasibly received by the Trustee and the Estates (the "**Outstanding Balance**"); and

d. Upon an Installment Payment Breach, Leviathan shall owe interest on the Outstanding Balance at the rate of twelve (12%) percent per annum until satisfied plus reasonable attorneys' fees and costs expended in collection.

6. Sufficiency of Consideration and other Settlement Matters. The Parties hereto acknowledge and agree that the promises and obligations set forth herein are supported by sufficient and adequate consideration. The Parties acknowledge and agree that they have thoroughly considered all aspects of this Settlement Agreement, that they have discussed this Settlement Agreement and its implications with their attorneys, that they have carefully read and fully understand all the provisions of this Settlement Agreement and that they are voluntarily

entering into this Settlement Agreement. Nothing in this Settlement Agreement shall release any Party from any obligation arising under this Settlement Agreement. This Settlement Agreement reflects and represents the compromise of disputed claims, and this Settlement Agreement is entered into solely to avoid the uncertainty, inconvenience, and expense of litigation.

7.      Revival of Leviathan's Obligation. If the Estates repay, restore, or return, in whole or in part, the Settlement Amount, because the payment or transfer, or the incurrence of the obligation so satisfied, or the execution of the Settlement Agreement by Leviathan, is declared to be void, voidable, or otherwise recoverable under any agreement, or state or federal law (collectively, a "**Leviathan's Voidable Transfer**"), including, pursuant to a case under Title 11 of the United States Code for Leviathan, or a state court proceeding, including an assignment for the benefit of creditors, by, against or on behalf of Leviathan (collectively, a "**Leviathan Case**"), or because the Trustee or the Estates elect to do so on the reasonable advice of counsel to the Trustee in connection with an assertion that the payment, transfer, or incurrence of the Settlement Amount, or part thereof, or the execution of the Settlement Agreement, is a Leviathan's Voidable Transfer, then, the liability for the Transfers will automatically and immediately, without further action, be revived, reinstated, and restored and will exist as though the Leviathan's Voidable Transfer had never been made or occurred; and the Trustee or the Estates shall have an allowed claim against Leviathan in a Leviathan Case in the full amount of the Transfers, which allowed claim will not be disputed by Leviathan in such a Leviathan's Case (the "**Revival of Leviathan's Obligation**").

8.      Representation and Warranties. Each person who signs this Settlement Agreement represents and warrants that he or she has the authority and capacity to act on behalf of the Party for whom they are signing and to bind the Party to the terms of this Settlement Agreement.

9.      Parties Bear Own Expenses Related to Litigation and Settlement. The Parties agree that each Party will bear its own attorneys' and other fees, expenses, and disbursements incurred by or on behalf of such Party in connection with this Settlement Agreement, and all matters addressed therein.

10.     Assignment. No Party hereto shall have the right to assign, in whole or in part, its interest in this Settlement Agreement or any of its respective rights or obligations hereunder. Subject to foregoing, this Settlement Agreement shall be binding upon the Parties hereto and their successors and permitted assigns.

11.     Whole Agreement; Effect on Other Agreements. There are no other agreements, arrangements, or understandings between the Parties hereto regarding the subject matter of this Settlement Agreement. This Settlement Agreement supersedes all previous contracts, agreements, and understandings between the Parties respecting the subject matter of this Settlement Agreement. As between the Parties, no oral statements or prior written materials respecting the subject matter hereof shall be of any force and effect.

12.     Language Construction; Headings. The language in all parts of this Settlement Agreement shall be construed, in all cases, according to its plain meaning, and each Party hereto acknowledges that such Party and its counsel have reviewed this Settlement Agreement and have actively participated in its drafting. Accordingly, the Parties agree that the normal rule of construction, to the effect that any ambiguities are to be resolved against the drafting Party, shall not be applied in the interpretation of this Settlement Agreement. The headings used herein are for reference only and shall not limit or control the meaning or interpretation of any provision hereof. This Settlement Agreement shall be interpreted, construed, and enforced in accordance with the laws of the State of Texas.

13.     Severability.  The Parties agree that if any provision of this Settlement Agreement is determined by a court of competent jurisdiction to be illegal, invalid, or unenforceable, that provision shall not be a part of this Settlement Agreement. The legality, validity, and enforceability of the remaining provisions shall not be affected by a provision of this Settlement Agreement that is illegal, invalid, or unenforceable.

14.     No Third-Party Beneficiaries. Other than as set forth herein, none of the obligations and duties of any Party under this Settlement Agreement shall in any way or in any manner be deemed to create any obligation to, or any rights in, any person or entity not a party to this Settlement Agreement.

15.     Modifications or Amendments.  This Settlement Agreement shall not be modified, altered, amended, or vacated, except by a writing signed by all Parties or by order of Court. No course of dealing between or among any persons having any interest in this Settlement Agreement shall be deemed effective to modify or amend any part of this Settlement Agreement, or any rights or obligations of any Party under, or by reason of, this Settlement Agreement.

16.     Taxes. Each Party shall be responsible for (i) determining its own tax consequences associated with this Settlement Agreement; and (ii) the payment of any taxes that may be due and owing by such Party as a consequence of this Settlement Agreement.

17.     Counterparts. This Settlement Agreement may be executed in any number of counterparts, each and all of which shall be deemed an original and all of which together shall constitute one and the same instrument. The exchange of copies of this Settlement Agreement and executed signature pages hereto by facsimile transmission or electronic mail shall constitute effective execution and delivery of this Settlement Agreement and may be used in lieu of the original Settlement Agreement for all purposes.

IN WITNESS WHEREOF, the Parties have caused this Settlement Agreement to be duly executed and delivered.

FOR AND ON BEHALF OF:

Leviathan Offshore, LLC

By: _(signature)_                                    Date: 4-20-2026
Print Name: Timothy Clements
Title: CEO

By: _(signature)_                                    Date: 4/30/26
Michael D. Warner, solely in his capacity
as Chapter 7 Trustee for the Estates

United States Bankruptcy Court
Southern District of Texas

In re:                                                                         Case No. 23-90324-cml
MLCJR LLC                                                                       Chapter 7
Ad Hoc Committee of Statutory Lien Credi
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                          User: ADIuser                          Page 1 of 26
Date Rcvd: Jun 17, 2026                       Form ID: pdf002                         Total Noticed: 121

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Cox Oil Offshore, L.L.C., 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | #+ | EPL Oil & Gas, LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | + | M21K, LLC, 1021 Main St #2626, Houston, TX 77002-6516 |
| db | + | MLCJR LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| aty | + | Amanda Rose Stanzione, Latham and Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| aty | + | Barry J Sallinger, Barry Sallinger, APLC, 820 East St. Mary Blvd, Suite 1, Lafayette, LA 70503-2365 |
| aty | + | Blaine Scott, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W. Washinton, DC, Washington, DC 20006-1037 |
| aty | + | Christopher T Caplinger, 601 Poydras Street Suite 2775, New Orleans, LA 70130-6041 |
| aty | + | Clint Cowan, Kirkland and Ellis LLP, 4550 Travis St., Dallas, TX 75205-4666 |
| aty | + | Elizabeth Rachel Marks, Latham and Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| aty | + | Evan Swager, KIRKLAND & ELLIS LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Justin G. Lipe, Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056-8000 |
| aty | + | Matthew S. Barr, Weil Goshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | #+ | Robert S. Velevis, SIDLEY AUSTIN LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201-3351 |
| aty | + | Sam H Poteet, Manier & Herod PC, 1201 Demonbreun St, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Stephen James Johnson, Morris Bart, LLC, Pan American Life Center, 601 Poydras Street, 24th Floor, New Orleans, LA 70130-6036 |
| aty | + | Stone Pigman Walther Wittmann L.L.C., 909 Poydras Street, Suite 3150, New Orleans, LA 70112-4041 |
| aty | + | Vincent John DeVito, Jr., c/o Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206, UNITED STATES 75206-1600 |
| cr | + | A-Port, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Adapt Concepts, L.L.C., 209 Marcon Dr., Lafayette, LA 70507-6210 |
| crcm | + | American Panther, LLC, PO BOX 1227, Houston, TX 77251-1227 |
| cr | + | Axip Energy Services, LP, Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | | Axis Newco, LLC, Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | BRI 1850 Houston OCC, LLC, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| cr | + | BSREP II Houston Office 1HC Owner, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400 Houston, TX 77002-4496 |
| cr | + | Benjamin Ford Kitchen, IV, 1510 West 9th St, Austin, TX 78703-4808 |
| cr | + | Benoit Premium Threading LLC, 3400 Industrial Park, Houma, LA 70363-3919 |
| intp | + | Blackcomb Energy, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | CRESCENT GIGS, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cactus Wellhead LLC, Mehaffy Weber, P.C., c/o Blake Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Cactus Wellhead, LLC, c/o Bradley Arant Boult Cummings LLP, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Cardinal Coil Tubing, LLC, c/o John A. Mouton, III, P. O. Box 82438, Lafayette, LA 70598, UNITED STATES 70598-2438 |
| cr | + | Chalmers, Collins, Alwell, Inc., 705 W. Pinhook Rd., Lafayette, LA 70503-2315 |
| cr | + | Crescent GIGs LLC, Gordon Arata Montgomery Barnett, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |

| cr | + | Crescent Midstream, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
|---|---|---|
| cr | + | Cueria Law Firm, LLC o/b/o Dillon Mitchell, Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130, UNITED STATES 70130-6123 |
| cr | | Delta Energy Management and Consulting, LLC, 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Drake ChemCo, LLC, 1201 Canal Street, Suite 652, New Orleans, LA 70112-2721 |
| cr | + | EPS Logistics Company, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | Eaton Oil Tools, Inc., P.O. Box 1050, Broussard, LA 70518-1050 |
| cr | + | Eugene Lazard, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Expeditors and Production Services, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | + | Frost Bank, Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | GIR Solutions, LLC, 115 W. Greenhill Cr, Broussard, LA 70518-7512 |
| cr | + | General Crude Oil Company, 2726 Bissonnet St. 240-50, Houston, TX 77005, UNITED STATES 77005-1319 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | + | Gulf South Services, P. O. Box 1987, Gray, LA 70359-1987 |
| cr | + | Gulfstream Services, Inc., 723 Point Street, Houma, LA 70360-4744 |
| cr | + | H.I.S. Fire & Safety Equipment, LLC, c/o Misty A. Segura, Spencer Fane, LLP, P.O. Box 368, Delcambre, LA 70528-0368 |
| cr | | Halliburton Energy Services, Inc., Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | Home Industry Disposal Company, Inc., 200 N. Saint Charles, Abbeville, LA 70510-5106 |
| intp | + | J.M. Huber Corporation, c/o Armistead M. Long, Gordon Arata Montgomery Barnett, 1015 Saint John Street, Lafayete, LA 70501-6711 |
| sp | + | JONES WALKER LLP, c/o Mark A. Mintz, Esq., 201 St. Charles Avenue, 51st Floor, New Orleans, LA 70170-5100 |
| cr | + | Jeremy Fontenot, Gordon Arata - Attn: Armistead Long, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| op | + | Keller & Heckman, LLP, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564 |
| cr | + | Kilgore Marine Services, LLC, 200 Beaullieu Drive, Bldg. 8, Lafayette, LA 70508-7230 |
| intp | + | LLOX, LLC, Attn David Seay, Land Manager, 1001 Ochsner Blvd, Ste A, Covington, LA 70433-8163 |
| cr | + | Laborde Marine Management, LLC, 601 Poydras St., Suite 1725, New Orleans, LA 70130-6033 |
| cr | + | Liberty Mutual Insurance Company, 1001 Fourth Avenue, Ste. 3800, Seattle, WA 98154, UNITED STATES 98154-1125 |
| cr | + | Linear Controls, Inc., 107 Commission Boulevard, Lafayette, LA 70508-3514 |
| cr | + | Logic Control Systems, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | M&H Enterprises, Inc., 8319 Thora Ln Hngr A2, Spring, TX 77379-3153 |
| intp | + | McMoran Oil & Gas, LLC, Locke Lord LLP, Omer F. Kuebel, III, Philip G. Eisenberg, 601 Poydras St., Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Nationwide Mutual Insurance Company, 1100 Locust St. - Dept. 2006, Des Moines, IA 50391, UNITED STATES 50391-2006 |
| cr | + | Nicholas Miller, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Offshore Air & Refrigeration, Inc., 417 Shelly Drive, Lafayette, LA 70503-4437 |
| intp | + | PXP Producing Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Pelstar Mechanical Services, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | | Petro-Marine Underwriters, Inc., 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Petroleum Coordinators Inc., 219 Rue Fontaine, Lafayette, LA 70508-5742 |
| cr | + | Philadelphia Indemnity Insurance Company, Dry Law, PLLC, 909 18th Street, Plano, TX 75074-5830 |
| cr | | Poseidon Technology, LLC, 2117 Veterans Blvd. Ste. 421, Metairie, LA 70002 |
| cr | + | Premium Oilfield Services LLC, Bradley Arant Boult Cummings LLP, c/o James Bailey, Esq, One Federal Place, 1819 5th Avenue N Birmingham, AL 35203-2120 |
| cr | + | Prime Energy Resources, LLC, Galoway Tompkins Burr & Smth, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010-3064 |
| cr | + | RCP Inc, 801 Louisiana St, Suite 200, Houston, TX 77002-4936 |
| cr | + | RigNet, Inc., c/o James E. Cuellar, 440 Louisiana, Suite 718, Houston, TX 77002-1058 |
| cr | + | Right Hand Oilfield Associates, LLC, 9264 Hwy 1, Lockport, LA 70374-4217 |
| cr | + | River Rental Tools, Inc., c/o Corey E. Dunbar, 8311 Highway 23, Belle Chasse, LA 70037-2606 |
| cr | + | SP 49 Pipeline LLC, c/o Byron McDonald, 2107 Research Forest Drive, Suite 250, The Woodlands, TX 77380-4169 |
| cr | + | Seatrax Services, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Services Archrock Partners Operating LLC and Archr, 9807 Katy Freeway, Ste. 100, Houston, TX 77024-1276 |
| cr | + | Shallow Draft Elevating Boats, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Shell Offshore Inc., c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Shell Trading (US) Company, c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Sirius America Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068-1644 |
| cr | + | Steel Service Oilfield Tubular, Inc., 8138 E. 63rd Street, Tulsa, OK 74133-1917 |
| cr | + | Tampnet Inc., 24275 Katy Freeway, Suite 525, Katy, TX 77494-7270 |
| cr | + | Targa LA Operating LLC, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Total Production Supply LLC, 121 Windfall Drive, Lafayette, LA 70508, UNITED STATES 70508-4484 |

District/off: 0541-4 User: ADIuser Page 3 of 26

Date Rcvd: Jun 17, 2026 Form ID: pdf002 Total Noticed: 121

| | | |
|---|---|---|
| crcm | #+ | Turnkey Offshore Project Services, LLC, 8506 Shrimpers Row, Dulac, LA 70353-2206 |
| cr | + | VCG Energy Group, LLC, 201 W Vermilion St, #200, Lafayette, LA 70501-6847 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Vision Production Chemicals, L.L.C., 8910 Cordell Rd., Abbeville, LA 70510-2390 |
| cr | + | Westwind Helicopters, Inc., PO Box 929, Santa Fe, TX 77517-0929 |
| cr | + | c/o James Bailey,Esq TGS-NOPEC Geophysical Company, Bradley Arant Boult Cummings LLP, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Jun 17 2026 20:16:46 | Camille M Shepherd, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Email/Text: lara.coleman@chamberlainlaw.com | Jun 17 2026 20:21:00 | Chamberlain Hrdlicka White Williams & Aughtry, P.C, 1200 Smith Street, Suite 1400, Attn: Bankruptcy Department, Houston, TX 77002-4496 |
| cr | | Email/Text: Customer.Bankruptcy@Archrock.com | Jun 17 2026 20:20:00 | Archrock Partners Operating LLC, 9807 Katy Frwy., Ste. 100, Houston, TX 77024 |
| intp | + | Email/Text: mbrimmage@akingump.com | Jun 17 2026 20:21:00 | Alvarez & Marsal North America, LLC, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: maci.sartain@anb.com | Jun 17 2026 20:21:00 | Amarillo National Bank, Box 1, Amarillo, TX 79105-0001 |
| cr | | Email/Text: ashleyf@broussardbrothers.com | Jun 17 2026 20:20:00 | Broussard Brothers, Inc., 501 South Main St., Abbeville, LA 70510 |
| cr | + | Email/Text: moses@carverdarden.com | Jun 17 2026 20:21:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 17 2026 20:21:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: leif.simpson@datasite.com | Jun 17 2026 20:21:00 | Datasite LLC, 733 Marquette Avenue, Suite 600, Minneapolis, MN 55402 |
| cr | ^ | MEBN | Jun 17 2026 20:16:05 | Danos, L.L.C., c/o Richard A. Aguilar, Adams and Reese LLP, 701 Poydras St., Ste 4500, New Orleans, LA 70139-4596 |
| intp | + | Email/Text: jsparacino@mckoolsmith.com | Jun 17 2026 20:21:00 | Deacon Investments LLC, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | | Email/Text: dgrzyb@csglaw.com | Jun 17 2026 20:21:00 | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068 |
| cr | + | Email/Text: jking@offermanking.com | Jun 17 2026 20:20:00 | Gulf Offshore Rentals, LLC, c/o James W. King, 6420 Wellington Pl, Beaumont, TX 77706-3206 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Jun 17 2026 20:21:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: barnetbjr@msn.com | Jun 17 2026 20:21:00 | Houston Energy, LP, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | Jun 17 2026 20:21:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468, UNITED STATES 19468-4201 |
| cr | + | Email/Text: moses@carverdarden.com | | |

|        |   |                                          | Jun 17 2026 20:21:00 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| op     |   | Email/Text: EBN@primeclerk.com           | Jun 17 2026 20:20:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr     | + | Email/Text: ljohnson@loopergoodwine.com  | Jun 17 2026 20:21:00 | LLOG Exploration Offshore, L.L.C., c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J Goodwine, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| cr     | + | Email/Text: David.Eastlake@gtlaw.com     | Jun 17 2026 20:21:00 | Oceaneering International, Inc., c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr     | + | Email/Text: bill.sheffield@otcompliance.com | Jun 17 2026 20:21:00 | Offshore Technical Compliance LLC, 72030 Live Oak St, Covington, LA 70433-8848 |
| acc    | + | Email/Text: admin@tpswest.com            | Jun 17 2026 20:21:00 | TPS-West, LLC, 10260 Westheimer Rd, Suite 210, Houston, TX 77042-3109 |
| intp   | ^ | MEBN                                     | Jun 17 2026 20:15:45 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp   | ^ | MEBN                                     | Jun 17 2026 20:16:52 | United States of America, c/o U.S. Department of Justice, P.O. Box 875- Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|----------|---------------|------------------|
| db       |               | Cox Operating L.L.C. |
| db       |               | Energy XXI GOM, LLC |
| db       |               | Energy XXI Gulf Coast, LLC |
| aty      |               | Stewart Robbins Brown & Altazan, LLC |
| tr       |               | Michael D Warner |
| tr       |               | Michael D Warner |
| cr       |               | A & H Armature Works, Inc. |
| cr       |               | Accu-Line Wireline |
| crcm     |               | Ad Hoc Committee of Statutory Lien Creditors |
| cr       |               | Aldonsa, Inc. d/b/a Oilfield Instrumentation USA |
| cr       |               | All Coast, LLC |
| cr       |               | Alliance Offshore, L.L.C. |
| intp     |               | Apache Corporation |
| cr       |               | Apache Shelf Exploration, LLC |
| cr       |               | Arena Energy LLC |
| cr       |               | Argonaut Insurance Company |
| intp     |               | BP Energy Company |
| intp     |               | BP Energy Company and BP Products North America In |
| cr       |               | Barry Graham Oil Service, LLC |
| cr       |               | Berkley Insurance Company |
| intp     |               | Bradley E. Cox |
| intp     |               | Burlington Resources Offshore, Inc., Locke Lord |
| cr       |               | Burner Fire Control, Inc., 1374 Petroleum Pkwy, Broussard |
| cr       |               | CIMA ENERGY, LP |
| cr       |               | CROSBY INDEPENDENT SCHOOL DISTRICT |
| intp     |               | Cardinal Slickline, LLC |
| cr       |               | Chevron Pipe Line Company |
| cr       |               | Chevron U.S.A. Inc. |
| intp     |               | ConocoPhillips Company |
| intp     |               | Cox Investment Partners, LP |

| | |
|---|---|
| intp | Cox Oil & Gas, LLC |
| intp | Cox Oil, LLC |
| cr | Crosby Energy Services, Inc. |
| cr | Cullen and Dykman LLP |
| cr | DLS, LLC |
| cr | Dauphin Island Gathering Partners and DCP Mobile B |
| intp | Dechert LLP |
| cr | Deltas Missys Supermarket, LLC (d/b/a Cypress Poin |
| cr | Devon Energy Corporation |
| cr | Diamond Tank Rental, LLC |
| cr | Diverse Safety and Scaffolding, L.L.C. |
| cr | Dynasty Energy Services, LLC |
| cr | EP Energy E&P Company, L.L.C. |
| intp | EP Northern Investments, LLC |
| cr | ES&H Production Group, L.L.C. |
| cr | EcoServe, L.L.C. |
| intp | Endurance American Specialty Insurance Company/Som |
| intp | Energy Transfer |
| intp | Eni Petroleum US LLC |
| cr | Enterprise Offshore Drilling |
| intp | Exxon Mobil Corporation |
| intp | Exxon Mobile Corporation |
| cr | Fab-Con, Inc. |
| intp | Fairfield Industries Incorporated |
| sp | Fishman Haygood, L.L.P. |
| intp | Flint River VPP II, LLC |
| cr | GOL, L.L.C. |
| cr | GOM Shelf LLC |
| cr | Gas Turbine Applications, Inc., c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | Grand Isle Shipyard, L.L.C. |
| cr | Guice Offshore, LLC |
| cr | Gulf Coast Marine Fabricators, Inc. |
| cr | Hanover Insurance Company |
| cr | Helix Well Ops, Inc. |
| fa | Huron Consulting Services LLC |
| cr | Jackie Lewis |
| intp | Jackson Walker LLP |
| intp | Kay McArdle |
| intp | Kenneth Franzheim II Managment Trust |
| intp | Keystone Chemical LLC |
| cr | Lakeway Associates II LLC |
| cr | Lakeway Associates LLC |
| cr | Leviathan Offshore, LLC |
| cr | Mack Steel & Supply, L.L.C. |
| cr | Mauricio Ferreyros |
| cr | NNW, Inc., 39289 Tommy Moore Road, Gonzales |
| cr | National Oilwell Varco, L.P. |
| intp | Natural Resources Worldwide, LLC |
| cr | Noble Energy, Inc. |
| intp | OSEGIK Investments LLC |
| cr | Offshore Liftboats, LLC |
| cr | Offshore Oil Services, Inc. |
| intp | Partco LLC |
| cr | Piranha Rentals, LLC |
| cr | Premier Offshore Catering Inc |
| cr | Pressure & Flow Control Solutions LLC (PetroQuip), 2878 Engineers Road, Belle Chasse |
| cr | Prime Energy Resources, LLC |
| cr | Quality Construction and Production, LLC |
| cr | Quality Energy Services, Inc. |
| cr | Quality Process Services, LLC |
| cr | Quality Production Management, LLC |
| intp | R&R Boats, Inc. |
| cr | REC Marine Logistics, LLC |

| | | |
|---|---|---|
| cr | | Ryan, LLC |
| cr | | SEACOR Marine, LLC |
| intp | | Sea Robin Pipeline Company, LLC |
| cr | | Seneca Resources Company, LLC |
| cr | | Sparrows Offshore, LLC |
| intp | | Specialty Offshore, Inc. |
| intp | | Spectrum GOM Central LLC |
| intp | | Spectrum GOM East LLC |
| intp | | Spectrum GOM Non-Op LLC |
| intp | | Spectrum GOM West LLC |
| cr | | State of Louisiana, Department of Natural Resource |
| intp | | Stingray Pipeline Company L.L.C. |
| cr | | Swivel Rental & Supply, L.L.C. |
| cr | | Talos Energy Ventures, LLC |
| intp | | Talos Production LLC |
| intp | | Talos Resources LLC |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Thru Tubing Systems, Inc. |
| cr | | Tobias, Inc. |
| cr | | Travelers Casualty & Surety Company of America |
| intp | | Triton Gathering, LLC |
| cr | | Truist Insurance Holdings, Inc. |
| intp | | Trunkline Field Services LLC |
| intp | | USA Compression Partners, LLC |
| cr | | Union Oil Company of California |
| cr | | United States Fire Insurance Company |
| cr | | Unocal Pipeline Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | W-Industries of Louisiana, LLC |
| cr | | WELLS FARGO BANK NA |
| cr | | Westchester Fire Insurance Company |
| intp | | Westerngeco LLC |
| cr | | Whitco Pump & Equipment, LLC |
| cr | | Whitco Supply Co |
| intp | | XTO Offshore, Inc. |
| cr | ##+ | FDF Energy Service LLP, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120, Houston, TX 77024, UNITED STATES 77024-2781 |
| cr | ##+ | Island Operating Company, c/o Parkins & Rubio LLP, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736 |
| cr | ##+ | Precision Crane & Hydraulics, LLC, 11904 Hwy. 308, P.O. Box 1197, Larose, LA 70373-1197 |
| cr | ##+ | QuarterNorth Energy LLC and certain of its affilia, 3737 Buffalo Speedway, Ste. 800, Houston, TX 77098, UNITED STATES OF AMERICA 77098-3739 |

TOTAL: 130 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                              Signature:          /s/Gustava Winters

District/off: 0541-4                            User: ADIuser                            Page 7 of 26

Date Rcvd: Jun 17, 2026                         Form ID: pdf002                          Total Noticed: 121

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Aaron Benjamin Greenbaum | on behalf of Creditor REC Marine Logistics  LLC Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor Mack Steel & Supply  L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor GOL  L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor Grand Isle Shipyard  L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron James Power | on behalf of Interested Party Exxon Mobil Corporation apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron James Power | on behalf of Interested Party Exxon Mobile Corporation apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron James Power | on behalf of Interested Party XTO Offshore  Inc. apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Abigail Wood Mock | on behalf of Trustee Michael D Warner amock@stewartrobbins.com |
| Abigail Wood Mock | on behalf of Plaintiff Michael D. Warner amock@stewartrobbins.com |
| Abigail Wood Mock | on behalf of Plaintiff Michael D Warner amock@stewartrobbins.com |
| Aimee Williams Hebert | on behalf of Plaintiff Amarillo National Bank aimee.hebert@kellyhart.com crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com |
| Aimee Williams Hebert | on behalf of Creditor Amarillo National Bank aimee.hebert@kellyhart.com crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com |
| Alan H Goodman | on behalf of Defendant Gulf South Services alan.goodman@bswllp.com |
| Alan H Goodman | on behalf of Creditor Gulf South Services alan.goodman@bswllp.com |
| Albert J Derbes, IV | on behalf of Defendant Partco  LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Alex Konstantynovski | on behalf of Creditor Committee The Official Committee of Unsecured Creditors alex.konstantynovski@whitecase.com mco@whitecase.com |
| Alfredo R Perez | on behalf of Creditor EP Energy E&P Company  L.L.C. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Interested Party QuarterNorth Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo @weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Amber Michelle Carson | on behalf of Creditor GOM Shelf LLC acarson@grayreed.com |
| Amber Michelle Carson | on behalf of Plaintiff GOM Shelf  L.L.C. acarson@grayreed.com |

District/off: 0541-4

Date Rcvd: Jun 17, 2026

User: ADIuser

Form ID: pdf002

Page 8 of 26

Total Noticed: 121

Amelia L. Hurt

on behalf of Plaintiff Amarillo National Bank amelia.hurt@kellyhart.com june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Amelia L. Hurt

on behalf of Creditor Amarillo National Bank amelia.hurt@kellyhart.com june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Andrew Jimenez

on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov

Andrew David Mendez

on behalf of Defendant Stone Pigman Walther Wittmann L.L.C. amendez@stonepigman.com

Andrew David Mendez

on behalf of Attorney Stone Pigman Walther Wittmann L.L.C. amendez@stonepigman.com

Andrew David Mendez

on behalf of Interested Party Natural Resources Worldwide  LLC amendez@stonepigman.com

Armen Shahinian

on behalf of Creditor United States Fire Insurance Company ashahinian@csglaw.com

Armistead Mason Long

on behalf of Creditor Jeremy Fontenot along@gamb.com  sroberts@gamb.com

Armistead Mason Long

on behalf of Creditor Crescent GIGs LLC along@gamb.com  sroberts@gamb.com

Armistead Mason Long

on behalf of Interested Party J.M. Huber Corporation along@gamb.com  sroberts@gamb.com

Armistead Mason Long

on behalf of Creditor Nicholas Miller along@gamb.com  sroberts@gamb.com

Armistead Mason Long

on behalf of Creditor Crescent Midstream  LLC along@gamb.com, sroberts@gamb.com

Armistead Mason Long

on behalf of Creditor CRESCENT GIGS  LLC along@gamb.com, sroberts@gamb.com

Armistead Mason Long

on behalf of Creditor Eugene Lazard along@gamb.com  sroberts@gamb.com

Arthur Raymond Kraatz

on behalf of Plaintiff SEACOR Marine  LLC arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Arthur Raymond Kraatz

on behalf of Creditor SEACOR Marine  LLC arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Barnet B Skelton, Jr

on behalf of Creditor Houston Energy  LP barnetbjr@msn.com

Benjamin W Kadden

on behalf of Plaintiff Premier Offshore Catering  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Offshore Liftboats  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Sparrows Offshore  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Quality Energy Services  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Gulfstream Services  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff E S & H Production Group  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff All Coast  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Prime Energy Resources  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Tobias  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party Specialty Offshore Inc. bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Total Production Supply LLC bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Premier Offshore Catering Inc bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Tobias  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor ES&H Production Group  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Sparrows Offshore  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Quality Energy Services  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Piranha Rentals  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Swivel Rental & Supply  L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party Specialty Offshore  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Offshore Liftboats  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor All Coast  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Specialty Offshore  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Keystone Chemical  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Piranha Rentals  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Creditor Prime Energy Resources  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party R&R Boats  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff R&R Boats  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff R. & R. Boats  Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Interested Party Keystone Chemical LLC bkadden@lawla.com  mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Total Production Supply  LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden

on behalf of Plaintiff Swivel Rental & Supply  LLC bkadden@lawla.com, mnguyen@lawla.com

Bradley Roland Foxman

on behalf of Interested Party Natural Resources Worldwide  LLC bfoxman@velaw.com

Branch Masterson Sheppard

on behalf of Creditor Prime Energy Resources  LLC bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard

on behalf of Interested Party Prime Energy Resources  LLC bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Brandon Augustus Brown

on behalf of Plaintiff Michael D Warner bbrown@stewartrobbins.com  kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown

on behalf of Trustee Michael D Warner bbrown@stewartrobbins.com  kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown

on behalf of Trustee Chapter 7 Trustee bbrown@stewartrobbins.com  kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Kevin Bains

on behalf of Creditor Hanover Insurance Company brandon@bainslaw.com

langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com

Brandon Taylor Darden

on behalf of Creditor C-Dive L.L.C. bdarden@carverdarden.com, sweeney@carverdarden.com

Brandon Taylor Darden

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited bdarden@carverdarden.com  sweeney@carverdarden.com

Brent B Barriere

on behalf of Plaintiff MICHAEL D. WARNER bbarriere@fishmanhaygood.com
rmichel@fishmanhaygood.com;kfritscher@fishmanhaygood.com

Brian A Kilmer

on behalf of Creditor QuarterNorth Energy LLC and certain of its affiliates bkilmer@qmclaw.com
Elizabeth.Grant@KLGates.com

Brian A. Baker

on behalf of Creditor National Oilwell Varco L.P. brian@sorrelslaw.com

Brian E Schartz

on behalf of Creditor W&T Energy VI LLC brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian E Schartz

on behalf of Creditor W&T Offshore Inc. brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com

Brian I. Kantar

on behalf of Creditor United States Fire Insurance Company bkantar@csglaw.com

Brooke Watford Altazan

on behalf of Trustee Michael D Warner baltazan@stewartrobbins.com
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brooke Watford Altazan

on behalf of Plaintiff Michael D Warner baltazan@stewartrobbins.com
baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Cameron Murray

on behalf of Defendant American Eagle A Division of Bennett Motor Express LLC cameron.murray@taylorporter.com,
elise.aycock@taylorporter.com

Cassandra Shoemaker

on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing LLC ("DCP"
cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com

Charles L Stern, Jr

on behalf of Creditor Lakeway Associates II LLC cstern@steeglaw.com

Charles L Stern, Jr

on behalf of Creditor Lakeway Associates LLC cstern@steeglaw.com

Charles Michael Rubio

on behalf of Defendant Island Operating Company crubio@parkinsrubio.com  7485062420@filings.docketbird.com

Charles Michael Rubio

on behalf of Creditor Island Operating Company crubio@parkinsrubio.com  7485062420@filings.docketbird.com

Charles R. Koster

on behalf of Creditor Committee The Official Committee of Unsecured Creditors ckoster@whitecase.com  mco@whitecase.com

Charles V Cusimano, III

on behalf of Defendant Compliance Technology Group LLC chuck@cusimanolaw.com

Cherie Dessauer Nobles

on behalf of Plaintiff MICHAEL D. WARNER cnobles@fishmanhaygood.com
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Cherie Dessauer Nobles

on behalf of Creditor Fab-Con Inc. cnobles@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com

Christina Marie Brown

on behalf of Creditor W&T Offshore Inc. christina.brown@gibsondunn.com,
POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondun
n.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com;YMoreno@gibsondunn.com;christina-m-brown-4427@ecf

Christina Marie Brown

on behalf of Creditor W&T Energy VI LLC christina.brown@gibsondunn.com,
POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondun
n.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com;YMoreno@gibsondunn.com;christina-m-brown-4427@ecf

Christine Shang

on behalf of Creditor W&T Offshore Inc. christine.shang@kirkland.com

Christine Shang
on behalf of Creditor W&T Energy VI  LLC christine.shang@kirkland.com

Christopher Adams
on behalf of Creditor Cardinal Coil Tubing  LLC cadams@okinadams.com, nhollon@okinadams.com

Christopher Adams
on behalf of Interested Party Cardinal Slickline  LLC cadams@okinadams.com, nhollon@okinadams.com

Christopher Michael Gaffney
on behalf of Defendant Compliance Technology Group  LLC chris@gaffneyla.com

Christopher Ross Travis
on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Christopher S Murphy
on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-cmurphy@oag.texas.gov,
sherri.simpson@oag.texas.gov

Christopher Todd Caplinger
on behalf of Interested Party R&R Boats  Inc. chris.caplinger@keanmiller.com

Christopher Todd Caplinger
on behalf of Plaintiff Quality Energy Services  Inc. chris.caplinger@keanmiller.com

Clifford William Carlson
on behalf of Creditor EP Energy E&P Company  L.L.C. clifford.carlson@weil.com,
clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Coleman Torrans
on behalf of Plaintiff R. & R. Boats  Inc. ctorrans@lawla.com

Coleman Torrans
on behalf of Defendant Leviathan Offshore  LLC ctorrans@lawla.com

Connor Smith
on behalf of Creditor Halliburton Energy Services  Inc. csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith
on behalf of Creditor Axis Newco  LLC csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith
on behalf of Defendant Axis Newco  LLC csmith@dorelaw.com, chymel@dorelaw.com

Corey Evan Dunbar
on behalf of Creditor River Rental Tools  Inc. cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Craig A Ryan
on behalf of Creditor Prime Energy Resources  LLC ryanc@onebane.com, coped@onebane.com

Darren M. Grzyb
on behalf of Creditor United States Fire Insurance Company dgrzyb@csglaw.com

Darren M. Grzyb
on behalf of Creditor Everest Reinsurance Company dgrzyb@csglaw.com

Darren M. Grzyb
on behalf of Creditor Sirius America Insurance Company dgrzyb@csglaw.com

Darryl T Landwehr
on behalf of Creditor A & H Armature Works  Inc. dtlandwehr@aol.com

David J Messina
on behalf of Creditor Deltas Missys Supermarket  LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

David L Curry, Jr
on behalf of Creditor Committee Ad Hoc Committee of Statutory Lien Creditors dcurry@okinadams.com
nhollon@okinadams.com

David L Curry, Jr
on behalf of Creditor Cardinal Coil Tubing  LLC dcurry@okinadams.com, nhollon@okinadams.com

David L Curry, Jr
on behalf of Interested Party Cardinal Slickline  LLC dcurry@okinadams.com, nhollon@okinadams.com

David M Bennett
on behalf of Creditor Devon Energy Corporation david.bennett@hklaw.com
gracie.gonzales@tklaw.com;hope.daniels@hklaw.com;hapi@hklaw.com

David Patrick Keating
on behalf of Defendant Whitco Supply  L.L.C. rick@dmsfirm.com

David Patrick Keating

    on behalf of Creditor Whitco Pump & Equipment  LLC rick@dmsfirm.com

David Patrick Keating

    on behalf of Creditor Whitco Supply Co rick@dmsfirm.com

David Patrick Keating

    on behalf of Defendant Pump Energy Solutions  L.L.C. FKA Whitco Pump & Equipment, L.L.C. rick@dmsfirm.com

David Robert Eastlake

    on behalf of Creditor Oceaneering International  Inc. David.Eastlake@gtlaw.com, jamrokg@gtlaw.com

David S Bland

    on behalf of Creditor Enterprise Offshore Drilling david.bland@chaffe.com  mwynne@blandpartners.com

David S Bland

    on behalf of Creditor Aldonsa  Inc. d/b/a Oilfield Instrumentation USA david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland

    on behalf of Creditor Accu-Line Wireline david.bland@chaffe.com  mwynne@blandpartners.com

David Samuel Rubin

    on behalf of Plaintiff Laborde Marine Mangement  LLC David.Rubin@butlersnow.com

David Samuel Rubin

    on behalf of Creditor Laborde Marine Management  LLC David.Rubin@butlersnow.com

Demetra Liggins

    on behalf of Creditor W&T Offshore  Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins

    on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing  LLC ("DCP" dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Duston K McFaul

    on behalf of Interested Party OSEGIK Investments LLC dmcfaul@sidley.com txefilingnotice@sidley.com;duston-mcfaul-2509@ecf.pacerpro.com

Edward Allison Clarkson, III

    on behalf of Interested Party Cardinal Slickline  LLC eclarkson@okinadams.com, nhollon@okinadams.com

Edward Allison Clarkson, III

    on behalf of Creditor Cardinal Coil Tubing  LLC eclarkson@okinadams.com, nhollon@okinadams.com

Edward H Arnold, III

    on behalf of Creditor Gulf Coast Marine Fabricators  Inc. harnold@bakerdonelson.com

Edward L Ripley

    on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley

    on behalf of Creditor Chevron Pipe Line Company eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley

    on behalf of Creditor Noble Energy  Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley

    on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com  sray@andrewsmyers.com

Edward L Ripley

    on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com  sray@andrewsmyers.com

Elizabeth Hildenbrand Wirmani

    on behalf of Creditor Shell Offshore Inc. elizabeth.wirmani@rsbfirm.com  michael.coulombe@rsbfirm.com

Elizabeth Hildenbrand Wirmani

    on behalf of Creditor Shell Trading (US) Company elizabeth.wirmani@rsbfirm.com  michael.coulombe@rsbfirm.com

Emile Joseph, Jr.

    on behalf of Creditor Petro Pull  LLC EmileJoseph@AllenGooch.com

Emily Meraia

    on behalf of Defendant Cox Operating  L.L.C. emeraia@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia

    on behalf of Debtor MLCJR LLC emeraia@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Eric Michael English

    on behalf of Interested Party Talos Production LLC eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Interested Party Talos Resources LLC eenglish@porterhedges.com
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Quality Production Management  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Interested Party USA Compression Partners  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Quality Construction and Production  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Talos Energy Ventures  LLC eenglish@porterhedges.com,
emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Erin Rosenberg

on behalf of Creditor Committee The Official Committee of Unsecured Creditors erin.rosenberg@whitecase.com
mco@whitecase.com

Erin Kathleen Arnold

on behalf of Plaintiff Amarillo National Bank erinkarnold@gmail.com

Erin Kathleen Arnold

on behalf of Creditor Amarillo National Bank erinkarnold@gmail.com

Evans Martin McLeod

on behalf of Creditor Barry Graham Oil Service  LLC marty.mcleod@phelps.com

Evelyn J. Meltzer

on behalf of Defendant McGriff Insurance Services  LLC evelyn.meltzer@troutman.com,
monica.molitor@troutman.com;wlbank@troutman.com

Evelyn J. Meltzer

on behalf of Defendant Marsh & Mclennan Agency  LLC (Formerly, McGriff, Seibels & Williams, LLC)
evelyn.meltzer@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Fernand L Laudumiey, IV

on behalf of Creditor Deltas Missys Supermarket  LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)
bankruptcy@chaffe.com, laudumiey@chaffe.com,messina@chaffe.com

Frances Anne Smith

on behalf of Creditor Shell Offshore Inc. frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Shell Trading (US) Company frances.smith@offitkurman.com  michael.coulombe@offitkurman.com

Frank F McGinn

on behalf of Creditor Iron Mountain Information Management  LLC ffm@bostonbusinesslaw.com

Gary A Hemphill

on behalf of Plaintiff SEACOR Marine  LLC gary.hemphill@phelps.com

Gary A Hemphill

on behalf of Creditor SEACOR Marine  LLC gary.hemphill@phelps.com

Gavin Hodges Guillot

on behalf of Creditor Offshore Oil Services  Inc. gavin.guillot@pbgglaw.com, rhiannon.thomas@pjgglaw.com

George J Nalley, Jr

on behalf of Creditor Committee Turnkey Offshore Project Services  LLC gnalley@mblb.com

George Robert Parrott, II

on behalf of Creditor Crosby Energy Services  Inc. robert.parrott@arlaw.com, vicki.owens@arlaw.com

George Robert Parrott, II

on behalf of Creditor Quality Process Services  LLC robert.parrott@arlaw.com, vicki.owens@arlaw.com

Gregg Jeffrey Costa

on behalf of Creditor W&T Energy VI  LLC gcosta@gibsondunn.com,
pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregg Jeffrey Costa

on behalf of Creditor W&T Offshore  Inc. gcosta@gibsondunn.com,
pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregory F Pesce

on behalf of Financial Advisor Huron Consulting Services LLC gregory.pesce@whitecase.com  mco@whitecase.com

Gregory F Pesce

on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com
mco@whitecase.com

H Kent Aguillard

on behalf of Creditor Chalmers  Collins, Alwell, Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Petroleum Coordinators Inc. kent@aguillardlaw.com  germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Offshore Air & Refrigeration  Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Total Production Supply LLC kent@aguillardlaw.com  germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor DLS  LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor M&H Enterprises  Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Interested Party Cardinal Slickline  LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Cardinal Coil Tubing  LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard

on behalf of Creditor Westwind Helicopters  Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

Harry Allen Perrin

on behalf of Interested Party Natural Resources Worldwide  LLC hperrin@velaw.com

Harry Allen Perrin

on behalf of Interested Party Cox Investment Partners  LP hperrin@velaw.com

Harry Allen Perrin

on behalf of Interested Party Bradley E. Cox hperrin@velaw.com

Holly C Hamm

on behalf of Plaintiff Cactus Wellhead LLC hollyhamm@mehaffyweber.com
brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly C Hamm

on behalf of Creditor Cactus Wellhead LLC hollyhamm@mehaffyweber.com
brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Jack N. Fuerst

on behalf of Creditor Datasite LLC jfuerst@sbcglobal.net
outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com

Jack T. Jamison

on behalf of Debtor Cox Operating L.L.C. jack@jackjamisonattorney.com

Jaimie Fedell

on behalf of Interested Party Flint River VPP II  LLC jaimie.fedell@kirkland.com

Jaimie Fedell

on behalf of Interested Party EP Northern Investments  LLC jaimie.fedell@kirkland.com

James B. Bailey

on behalf of Creditor Premium Oilfield Services LLC jbailey@bradley.com  jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor c/o James Bailey Esq TGS-NOPEC Geophysical Company jbailey@bradley.com,
jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor Cactus Wellhead  LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey

on behalf of Creditor Cactus Wellhead LLC jbailey@bradley.com  jbailey@ecf.courtdrive.com

James Blake Hamm

on behalf of Creditor Cactus Wellhead LLC blakehamm@mehaffyweber.com
mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James Blake Hamm

on behalf of Creditor Cactus Wellhead  LLC blakehamm@mehaffyweber.com,
mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James E Cuellar

on behalf of Creditor RigNet  Inc. jcuellar@wellscuellar.com

James J Ormiston
> on behalf of Creditor GOM Shelf LLC jormiston@grayreed.com  rcuddihy@grayreed.com

James J Ormiston
> on behalf of Creditor CIMA ENERGY  LP jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston
> on behalf of Creditor SP 49 Pipeline LLC jormiston@grayreed.com  rcuddihy@grayreed.com

James J Ormiston
> on behalf of Creditor FW GOM Pipeline  Inc. jormiston@grayreed.com, rcuddihy@grayreed.com

James J Ormiston
> on behalf of Plaintiff GOM Shelf  L.L.C. jormiston@grayreed.com, rcuddihy@grayreed.com

James Paul Barnett, Jr
> on behalf of Creditor General Crude Oil Company jimbarnett@jpb-law.com  lposey@jpb-law.com;scanner@jpb-law.com

James W King
> on behalf of Creditor Gulf Offshore Rentals  LLC jking@offermanking.com

James Wesley Thurman
> on behalf of Creditor Swivel Rental & Supply  L.L.C. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor ES&H Production Group  L.L.C. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Total Production Supply LLC j.thurman@riccipartnersllc.com  ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Quality Energy Services  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Sparrows Offshore  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Interested Party Specialty Offshore  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Plaintiff Quality Energy Services  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Gulfstream Services  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Premier Offshore Catering Inc j.thurman@riccipartnersllc.com  ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor All Coast  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Prime Energy Resources  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Tobias  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Piranha Rentals  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Creditor Offshore Liftboats  LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com

James Wesley Thurman
> on behalf of Interested Party Keystone Chemical LLC j.thurman@riccipartnersllc.com  ijohnson@lawla.com

James Wesley Thurman
> on behalf of Interested Party R&R Boats  Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com

Jamie Kirk
> on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jarrod B. Martin
> on behalf of Creditor BSREP II Houston Office 1HC Owner  LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.com,ggattis@bradley.com,jfalcon@bradley.com

Jarrod B. Martin
> on behalf of Trustee Michael D Warner jbmartin@bradley.com atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.com,ggattis@bradley.com,jfalcon@bradley.com

Jase A. Brown

on behalf of Creditor Everest Reinsurance Company jbrown@browntriallaw.com

Jase A. Brown

on behalf of Creditor Sirius America Insurance Company jbrown@browntriallaw.com

Jason B. Binford

on behalf of Creditor Shell Trading (US) Company jbinford@krcl.com ajezisek@krcl.com;rboley@krcl.com

Jason B. Binford

on behalf of Creditor Shell Offshore Inc. jbinford@krcl.com ajezisek@krcl.com;rboley@krcl.com

Jason Gary Cohen

on behalf of Interested Party Spectrum GOM Central LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Interested Party Spectrum GOM East LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Interested Party Spectrum GOM West LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen

on behalf of Interested Party Spectrum GOM Non-Op LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason S Brookner

on behalf of Creditor FW GOM Pipeline Inc. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Plaintiff GOM Shelf L.L.C. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner

on behalf of Creditor GOM Shelf LLC jbrookner@grayreed.com lwebb@grayreed.com

Jayson B. Ruff

on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeremy Thomas Grabill

on behalf of Plaintiff SEACOR Marine LLC jeremy.grabill@phelps.com, ave.miranda@phelps.com

John A Mouton, III

on behalf of Interested Party Cardinal Slickline LLC john@jmoutonlaw.com

John A Mouton, III

on behalf of Creditor Cardinal Coil Tubing LLC john@jmoutonlaw.com

John Alan Stewart

on behalf of Creditor Guice Offshore LLC johnstewart1724@hotmail.com

John Alan Stewart

on behalf of Debtor Cox Operating L.L.C. johnstewart1724@hotmail.com

John E. Mitchell

on behalf of Interested Party Stingray Pipeline Company L.L.C. john.mitchell@katten.com

John E. Mitchell

on behalf of Interested Party Triton Gathering LLC john.mitchell@katten.com

John E. Mitchell

on behalf of Interested Party Sea Robin Pipeline Company LLC john.mitchell@katten.com

John E. Mitchell

on behalf of Interested Party Trunkline Field Services LLC john.mitchell@katten.com

John E.W. Baay, II

on behalf of Interested Party Fairfield Industries Incorporated Jbaay@LabordeSiegel.com

John E.W. Baay, II

on behalf of Interested Party Westerngeco LLC Jbaay@LabordeSiegel.com

John F Higgins, IV

on behalf of Creditor Quality Construction and Production LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV

on behalf of Creditor Quality Production Management LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John James Sparacino

on behalf of Interested Party Deacon Investments LLC jsparacino@mckoolsmith.com
john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Richard O'Keefe, Jr

on behalf of Creditor Gas Turbine Applications Inc. jokeefe@metzlewis.com

John Thomas Oldham
on behalf of Interested Party Cardinal Slickline  LLC joldham@okinadams.com, nhollon@okinadams.com

John Thomas Oldham
on behalf of Creditor Cardinal Coil Tubing  LLC joldham@okinadams.com, nhollon@okinadams.com

Johnie J. Patterson, II
on behalf of Creditor Westwind Helicopters  Inc. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Creditor Danos  L.L.C. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Creditor Crosby Energy Services  Inc.
wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Jonathan L. Lozano
on behalf of Creditor Ryan  LLC jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan L. Lozano
on behalf of Plaintiff Ryan  LLC jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Joseph A. Caneco
on behalf of Plaintiff MICHAEL D. WARNER jcaneco@fishmanhaygood.com

Joseph A. Caneco
on behalf of Creditor Fab-Con  Inc. jcaneco@fishmanhaygood.com

Joseph G Epstein
on behalf of Creditor Benoit Premium Threading LLC joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com

Joseph G Epstein
on behalf of Creditor Steel Service Oilfield Tubular  Inc. joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph G Epstein
on behalf of Creditor Tampnet Inc. joe@epsteintexaslaw.com  Melissa@epsteintexaslaw.com

Joseph M Coleman
on behalf of Interested Party Jackson Walker LLP jcoleman@krcl.com
jcoleman@krcl.com;jcoleman@ecf.courtdrive.com;srhea@krcl.com;rskipper@krcl.com

Joseph P Briggett
on behalf of Interested Party Specialty Offshore  Inc. jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett
on behalf of Interested Party R&R Boats  Inc. jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett
on behalf of Interested Party Keystone Chemical LLC jbriggett@bakerdonelson.com  adaunoy@lawla.com

Joseph Patrick Hebert
on behalf of Creditor Dynasty Energy Services  LLC jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joseph Patrick Hebert
on behalf of Creditor Eaton Oil Tools  Inc. jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joshua Lee Shepherd
on behalf of Creditor Frost Bank shepherd@imcplaw.com

Katherine A Preston
on behalf of Creditor WELLS FARGO BANK NA katherinepreston00@gmail.com
rsmith@winston.com;katy-preston-2248@ecf.pacerpro.com;KLowery@winston.com;ECF_Houston@winston.com;ecf_sf@winston.com

Katherine Elizabeth Clark
on behalf of Creditor Crescent Midstream  LLC kclark@lawla.com

Katherine Elizabeth Clark
on behalf of Creditor Crescent GIGs LLC kclark@lawla.com

Katherine Elizabeth Clark
on behalf of Plaintiff R. & R. Boats  Inc. kclark@lawla.com

Kayci Hines
on behalf of Interested Party United States of America kayci.hines@usdoj.gov

Keith Langley
on behalf of Creditor Liberty Mutual Insurance Company klangley@l-llp.com

Keith A Simon
on behalf of Debtor MLCJR LLC keith.simon@lw.com  christopher.tarrant@lw.com;keith-simon-9700@ecf.pacerpro.com

Kelli S. Norfleet

on behalf of Interested Party BP Energy Company and BP Products North America Inc. kelli.norfleet@haynesboone.com jennifer.cook@haynesboone.com

Kelli S. Norfleet

on behalf of Interested Party BP Energy Company kelli.norfleet@haynesboone.com  jennifer.cook@haynesboone.com

Kelly H Leonard

on behalf of Creditor GOM Shelf LLC kleonard@grayreed.com

Kelly H Leonard

on behalf of Plaintiff GOM Shelf  L.L.C. kleonard@grayreed.com

Kenneth A Listwak

on behalf of Defendant McGriff Insurance Services  LLC kenneth.listwak@troutman.com

Kenneth A Listwak

on behalf of Defendant Marsh & Mclennan Agency  LLC (Formerly, McGriff, Seibels & Williams, LLC) kenneth.listwak@troutman.com

Kevin M Maraist

on behalf of Creditor Services Archrock Partners Operating LLC and Archrock Services  L.P. kmaraist@albmlaw.com

Kevin M Maraist

on behalf of Creditor Archrock Partners Operating LLC kmaraist@albmlaw.com

Lacey E. Rochester

on behalf of Creditor Pressure & Flow Control Solutions LLC (PetroQuip) lrochester@bakerdonelson.com cbretz@bakerdonelson.com

Laura Crabtree

on behalf of Creditor Axis Newco  LLC lcrabtree@dorelaw.com, chymel@dorelaw.com

Lawrence Raymond DeMarcay

on behalf of Creditor Leviathan Offshore  LLC ldemarcay@bhbmlaw.com

Layla Milligan

on behalf of Interested Party Texas Comptroller of Public Accounts  Unclaimed Property Division layla.milligan@oag.texas.gov

Leann Opotowsky Moses

on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Leann Opotowsky Moses

on behalf of Creditor C-Dive  L.L.C. moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Lenard M. Parkins

on behalf of Creditor Island Operating Company lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com

Louis M Phillips

on behalf of Creditor Amarillo National Bank louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Louis M Phillips

on behalf of Plaintiff Amarillo National Bank louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Maegan Quejada

on behalf of Interested Party OSEGIK Investments LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marc Evan Kutner

on behalf of Creditor Jackie Lewis mkutner@spaglaw.com  meghan@spaglaw.com

Maria Barbara Mokrzycka

on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo maria.mokrzycka@nortonrosefulbright.com

Mark Mintz

on behalf of Spec. Counsel JONES WALKER LLP mmintz@joneswalker.com hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Mintz

on behalf of Debtor MLCJR LLC mmintz@joneswalker.com  hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Stromberg

on behalf of Attorney Vincent John DeVito  Jr. mark@strombergstock.com, deanna@strombergstock.com;elise@strombergstock.com

Mark E. Dendinger

on behalf of Creditor Ryan  LLC mark.dendinger@ashurst.com, mary.kearney@bracewell.com

Mark J. Chaney, III

on behalf of Creditor Westwind Helicopters  Inc. mark.chaney@arlaw.com, annie.parish@arlaw.com

Mark J. Chaney, III

on behalf of Creditor Danos  L.L.C. mark.chaney@arlaw.com, annie.parish@arlaw.com

Marty L Brimmage

on behalf of Interested Party Alvarez & Marsal North America  LLC mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com

Matthew D Cavenaugh

on behalf of Defendant Cox Operating  L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Energy XXI GOM  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Energy XXI Gulf Coast  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Cox Oil Offshore  L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor MLCJR LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor Cox Operating L.L.C. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor EPL Oil & Gas  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh

on behalf of Debtor M21K  LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew G Wylie

on behalf of Creditor RCP Inc mwylie@wylie-law.com

Melissa E Valdez

on behalf of Creditor CROSBY INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Fishel

on behalf of Creditor Committee American Panther  LLC michael@FishelLawGroup.com,
michael-fishel-2874@ecf.pacerpro.com

Michael D Rubenstein

on behalf of Creditor Helix Well Ops  Inc. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Rubenstein

on behalf of Creditor Alliance Offshore  L.L.C. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Warner

on behalf of Trustee Chapter 7 Trustee mwarner@pszjlaw.com  klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael D Warner

on behalf of Trustee Michael D Warner mwarner@pszjlaw.com  klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael Edward Collins

on behalf of Creditor Argonaut Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Travelers Casualty & Surety Company of America mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Berkley Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Nationwide Mutual Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins

on behalf of Creditor Westchester Fire Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael J. Weber

on behalf of Creditor Hanover Insurance Company michael.weber@dinsmore.com
deborah.dunn@dinsmore.com;chicagobankruptcyemail@dinsmore.com

Michael Kevin Riordan

on behalf of Interested Party Blackcomb Energy  LLC mriordan@bradley.com,

mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com

Michael P Menton

on behalf of Creditor BRI 1850 Houston OCC  LLC mikementon@waderobertslaw.com

Michaela Christine Crocker

on behalf of Interested Party Stingray Pipeline Company L.L.C. michaela.crocker@katten.com

Michaela Christine Crocker

on behalf of Interested Party Triton Gathering  LLC michaela.crocker@katten.com

Michaela Christine Crocker

on behalf of Interested Party Trunkline Field Services LLC michaela.crocker@katten.com

Michaela Christine Crocker

on behalf of Interested Party Sea Robin Pipeline Company  LLC michaela.crocker@katten.com

Michaela Christine Crocker

on behalf of Interested Party Energy Transfer michaela.crocker@katten.com

Michelle McMahon

on behalf of Creditor Cullen and Dykman LLP mmcmahon@cullenllp.com

Mike F Pipkin

on behalf of Creditor United States Fire Insurance Company mpipkin@weinrad.com
scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com

Misha E. Ross

on behalf of Debtor MLCJR LLC misha.ross@lw.com

Misty A Segura

on behalf of Creditor H.I.S. Fire & Safety Equipment  LLC msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com

Nicholas Smeltz

on behalf of Trustee Michael D Warner nsmeltz@hinshawlaw.com

Nick M. Brown

on behalf of Creditor W&T Offshore  Inc. nick.brown@kirkland.com

Nick M. Brown

on behalf of Creditor W&T Energy VI  LLC nick.brown@kirkland.com

Omer F Kuebel, III

on behalf of Interested Party PXP Producing Company  LLC rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III

on behalf of Interested Party McMoran Oil & Gas  LLC rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III

on behalf of Interested Party Burlington Resources Offshore  Inc. rick.kuebel@troutman.com, Yamille.harrison@lockelord.com

Omer F Kuebel, III

on behalf of Interested Party ConocoPhillips Company rick.kuebel@troutman.com  Yamille.harrison@lockelord.com

Patrick M. Shelby

on behalf of Creditor Linear Controls  Inc. rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby

on behalf of Creditor SEACOR Marine  LLC rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby

on behalf of Creditor Adapt Concepts  L.L.C. rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick M. Shelby

on behalf of Creditor Vision Production Chemicals  L.L.C. rick.shelby@kellyhart.com,
june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Patrick S. Garrity

on behalf of Creditor Right Hand Oilfield Associates  LLC pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com

Patrick S. Garrity

on behalf of Defendant Right Hand Oilfield Associates  LLC pgarrity@derbeslaw.com,
garrity.patrickr72443@notify.bestcase.com

Paul Douglas Stewart, Jr

on behalf of Interested Party Partco LLC dstewart@stewartrobbins.com
kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr

on behalf of Plaintiff Michael D. Warner dstewart@stewartrobbins.com

khead@stewartrobbins.com;dstewart@ecf.courtdrive.com;khead@ecf.courtdrive.com

Paul Douglas Stewart, Jr

 on behalf of Plaintiff Michael D Warner dstewart@stewartrobbins.com
khead@stewartrobbins.com;dstewart@ecf.courtdrive.com;khead@ecf.courtdrive.com

Paul Douglas Stewart, Jr

 on behalf of Trustee Michael D Warner dstewart@stewartrobbins.com
khead@stewartrobbins.com;dstewart@ecf.courtdrive.com;khead@ecf.courtdrive.com

Paul Douglas Stewart, Jr

 on behalf of Plaintiff MICHAEL D. WARNER dstewart@stewartrobbins.com
khead@stewartrobbins.com;dstewart@ecf.courtdrive.com;khead@ecf.courtdrive.com

Paul Douglas Stewart, Jr

 on behalf of Attorney Stewart Robbins Brown & Altazan  LLC dstewart@stewartrobbins.com,
khead@stewartrobbins.com;dstewart@ecf.courtdrive.com;khead@ecf.courtdrive.com

Paul Douglas Stewart, Jr

 on behalf of Creditor Partco LLC dstewart@stewartrobbins.com
khead@stewartrobbins.com;dstewart@ecf.courtdrive.com;khead@ecf.courtdrive.com

Paul Joseph Goodwine

 on behalf of Creditor LLOG Exploration Offshore  L.L.C. pgoodwine@loopergoodwine.com,
hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Peter C D'Apice

 on behalf of Interested Party Cox Oil  LLC dapice@sbep-law.com

Peter C D'Apice

 on behalf of Interested Party Cox Oil & Gas  LLC dapice@sbep-law.com

Philip G Eisenberg

 on behalf of Interested Party McMoran Oil & Gas  LLC Phil.Eisenberg@troutman.com

Philip Moss Abelson

 on behalf of Creditor Committee The Official Committee of Unsecured Creditors philip.abelson@whitecase.com

Rachel S. Day

 on behalf of Creditor Poseidon Technology  LLC rday@bradleyfirm.com, oviccellio@bradleyfirm.com

Randall Scott Wells

 on behalf of Creditor Guice Offshore  LLC swells@rushingguice.com

Rebecca Blake Chaikin

 on behalf of Defendant EPL Oil & Gas  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Debtor Energy XXI GOM  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Defendant Cox Operating  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Debtor Cox Operating L.L.C. rchaikin@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Defendant Energy XXI GOM  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Debtor Energy XXI Gulf Coast  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Defendant Cox Oil Offshore  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Debtor M21K  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Defendant Cox Operating  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

 on behalf of Debtor Cox Oil Offshore  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
>on behalf of Debtor Cox Operating  L.L.C. rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
>on behalf of Defendant Energy XXI Gulf Coast  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
>on behalf of Defendant Cox Operating L.L.C. rchaikin@jw.com
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
>on behalf of Debtor EPL Oil & Gas  LLC rchaikin@jw.com,
kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Ricardo A. Aguilar
>on behalf of Creditor Danos  L.L.C. richard.aguilar@arlaw.com, annie.parish@arlaw.com

Robert Brent Cueria
>on behalf of Creditor Cueria Law Firm  LLC o/b/o Dillon Mitchell cuerialaw@gmail.com

Robert Brent Cueria
>on behalf of Creditor Dillon Mitchell cuerialaw@gmail.com

Robin Russell
>on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com

Robin Russell
>on behalf of Creditor Apache Shelf Exploration  LLC rrussell@HuntonAK.com

Robin B Cheatham
>on behalf of Creditor Seneca Resources Company  LLC robin.cheatham@arlaw.com, Mary.cuenca@arlaw.com

Roger Stephen Cox
>on behalf of Plaintiff Amarillo National Bank roger.cox@uwlaw.com  mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Roger Stephen Cox
>on behalf of Creditor Amarillo National Bank roger.cox@uwlaw.com  mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com

Ryan Lamb
>on behalf of Interested Party United States of America ryan.lamb@usdoj.gov

Ryan Seidemann
>on behalf of Creditor State of Louisiana  Department of Natural Resources rseidemann@thewaterinstitute.org,
lentoc@ag.state.la.us

Ryan E Manns
>on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo ryan.manns@nortonrosefulbright.com

Ryan J Richmond
>on behalf of Creditor Petro-Marine Underwriters  Inc. ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond
>on behalf of Creditor Drake ChemCo  LLC ryan@snw.law, ryan@rjrichmondlaw.com

Ryan J Richmond
>on behalf of Creditor Delta Energy Management and Consulting  LLC ryan@snw.law, ryan@rjrichmondlaw.com

Samantha Espino
>on behalf of Plaintiff Amarillo National Bank samantha.espino@wickphillips.com
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

Samantha Espino
>on behalf of Creditor Amarillo National Bank samantha.espino@wickphillips.com
brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com

Sara Zeimer
>on behalf of Other Prof. Keller & Heckman  LLP sara.zeimer@bipc.com, eservice@bipc.com;alison.sharp@bipc.com

Sara M. Keith
>on behalf of Creditor Shell Offshore Inc. sara.keith@shell.com  sara.keith@shell.com;nashira.parker@shell.com

Schlea Thomas
>on behalf of Creditor Genesis Energy  L.P. schleathomas@paulhastings.com,
michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com

Scott A Zuber
>on behalf of Creditor United States Fire Insurance Company szuber@csglaw.com

Scott C Williams
>on behalf of Creditor Argonaut Insurance Company swilliams@manierherod.com

Scott R. Cheatham
on behalf of Creditor Danos  L.L.C. scott.cheatham@arlaw.com

Scott R. Cheatham
on behalf of Creditor EcoServe  L.L.C. scott.cheatham@arlaw.com

Scott R. Cheatham
on behalf of Creditor Diverse Safety and Scaffolding  L.L.C. scott.cheatham@arlaw.com

Scott R. Cheatham
on behalf of Creditor Crosby Energy Services  Inc. scott.cheatham@arlaw.com

Scott R. Cheatham
on behalf of Creditor Thru Tubing Systems  Inc. scott.cheatham@arlaw.com

Scott R. Cheatham
on behalf of Creditor Seneca Resources Company  LLC scott.cheatham@arlaw.com

Scott R. Cheatham
on behalf of Creditor Quality Process Services  LLC scott.cheatham@arlaw.com

Shane Huang
on behalf of Interested Party United States of America shane.huang@usdoj.gov

Simon Richard Mayer
on behalf of Creditor Diamond Tank Rental  LLC Simon.Mayer@troutman.com,
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer
on behalf of Creditor W&T Offshore  Inc. Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer
on behalf of Interested Party ConocoPhillips Company Simon.Mayer@troutman.com
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer
on behalf of Interested Party PXP Producing Company  LLC Simon.Mayer@troutman.com,
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer
on behalf of Interested Party McMoran Oil & Gas  LLC Simon.Mayer@troutman.com,
Autodocket@lockelord.com;WLBank@troutman.com

Simon Richard Mayer
on behalf of Creditor A-Port  LLC Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com

Stanwood R Duval
on behalf of Creditor Gulfstream Services  Inc. stan@duvallawfirm.com

Steven Brian Perry
on behalf of Creditor W-Industries of Louisiana  LLC brianperry@allengooch.com, pattistephens@allengooch.com

Steven J. Levitt
on behalf of Creditor Devon Energy Corporation steven.levitt@hklaw.com  gracie.gonzales@tklaw.com;hapi@hklaw.com

Steven Michael Beauchamp
on behalf of Creditor Philadelphia Indemnity Insurance Company sbeauchamp@drylaw.com
filings@drylaw.com;1371728420@filings.docketbird.com

Steven W Soule
on behalf of Creditor Targa LA Operating LLC ssoule@hallestill.com  smccormick@hallestill.com

Steven W Soule
on behalf of Creditor Venice Energy Services Company  L.L.C. ssoule@hallestill.com, smccormick@hallestill.com

Stewart F Peck
on behalf of Interested Party R&R Boats  Inc. speck@lawla.com

Stewart F Peck
on behalf of Plaintiff Quality Energy Services  Inc. speck@lawla.com

Stewart F Peck
on behalf of Plaintiff All Coast  LLC speck@lawla.com

Suzanne Elizabeth Span
on behalf of Creditor W&T Offshore  Inc. sspan@gibsondunn.com,
suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Suzanne Elizabeth Span
on behalf of Creditor W&T Energy VI  LLC sspan@gibsondunn.com,
suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Sydney Corry

on behalf of Creditor W&T Offshore  Inc. sydney.corry@kirkland.com

Sydney Corry

on behalf of Creditor W&T Energy VI  LLC sydney.corry@kirkland.com

T. Josh Judd

on behalf of Creditor Union Oil Company of California jjudd@andrewsmyers.com  sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Noble Energy  Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Chevron U.S.A. Inc. jjudd@andrewsmyers.com  sray@andrewsmyers.com

Tara L Grundemeier

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L Grundemeier

on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara T. LeDay

on behalf of Creditor BSREP II Houston Office 1HC Owner  LLC Tara.LeDay@huschblackwell.com,
christine.deacon@huschblackwell.com;anne.arundel@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com

Taylre Janak

on behalf of Creditor Truist Insurance Holdings  Inc. tjanak@reedsmith.com,
amadu@reedsmith.com;gsaenz@reedsmith.com;ddegree@reedsmith.com

Thomas A Howley

on behalf of Defendant CLEARWATER INSURANCE COMPANY tom@howley-law.com
roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant MILLER INSURANCE SERVICES  LLP tom@howley-law.com,
roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant Hudson Insurance Company tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant AIG US  INC. tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER
B0621EMSCO000121 tom@howley-law.com  roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant WR BERKLEY CORPORATION tom@howley-law.com
roland@howley-law.com;eric@howley-law.com

Thomas A Howley

on behalf of Defendant STARSTONE INSURANCE COMPANY tom@howley-law.com
roland@howley-law.com;eric@howley-law.com

Thomas C Scannell, Jr

on behalf of Creditor Axip Energy Services  LP tscannell@foley.com, thomas-scannell-3441@ecf.pacerpro.com

Thomas Henry Fafara

on behalf of Debtor MLCJR LLC thomas.fafara@lw.com  thomas-fafara-1858@ecf.pacerpro.com;christopher.tarrant@lw.com

Thomas J Humphrey

on behalf of Debtor MLCJR LLC thomas.humphrey@lw.com

Thomas P Carroll

on behalf of Interested Party United States of America thomas.carroll@usdoj.gov

Timothy Thriffiley

on behalf of Creditor Seatrax Services  Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor River Rental Tools  Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor Shallow Draft Elevating Boats  Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor Pelstar Mechanical Services  LLC tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor Logic Control Systems  LLC tthriffiley@pivachlaw.com

Timothy Thriffiley

on behalf of Creditor A-Port  LLC tthriffiley@pivachlaw.com

Timothy Russell Cook
                    on behalf of Creditor Premium Oilfield Services LLC tcook@csj-law.com

Todd Allan Atkinson
                    on behalf of Defendant GOL  L.L.C. todd.atkinson@wbd-us.com,
                    Heidi.Sasso@wbd-us.com;cindy.giobbe@wbd-us.com;morgan.patterson@wbd-us.com;nichole.wilcher@wbd-us.com

Trevor C. Mosby
                    on behalf of Defendant Pressure & Flow Control Systems  LLC dba PetroQuip tmosby@bakerdonelson.com

Tristan E Manthey
                    on behalf of Creditor Fab-Con  Inc. tmanthey@fishmanhaygood.com,
                    kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Tye Hancock
                    on behalf of Creditor Arena Energy LLC tye.hancock@oag.texas.gov

US Trustee
                    USTPRegion07.HU.ECF@USDOJ.GOV

Victoria V Theriot
                    on behalf of Creditor Home Industry Disposal Company  Inc. ttheriot@acadiancontractors.com

Victoria V Theriot
                    on behalf of Creditor Broussard Brothers  Inc. ttheriot@acadiancontractors.com

Walter Patrick Maestri
                    on behalf of Creditor NNW  Inc. wmaestri@deutschkerrigan.com

Ward F Lafleur
                    on behalf of Creditor Expeditors and Production Services wlafleur@mandllaw.com
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Creditor GIR Solutions  LLC wlafleur@mandllaw.com,
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Creditor EPS Logistics Company wlafleur@mandllaw.com
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Creditor VCG Energy Group  LLC wlafleur@mandllaw.com,
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Defendant Burner Fire Control  Inc. wlafleur@mandllaw.com,
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Creditor Kilgore Marine Services  LLC wlafleur@mandllaw.com,
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Defendant VCG Energy Group  LLC wlafleur@mandllaw.com,
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
                    on behalf of Creditor Burner Fire Control  Inc. wlafleur@mandllaw.com,
                    jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

William Guerrieri
                    on behalf of Creditor Committee The Official Committee of Unsecured Creditors william.guerrieri@whitecase.com
                    mco@whitecase.com

William Alfred Wood, III
                    on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com  mary.kearney@bracewell.com

William E. Steffes
                    on behalf of Creditor Precision Crane & Hydraulics  LLC bsteffes@steffeslaw.com,
                    akujawa@steffeslaw.com;cbiggs@steffeslaw.com

William Lee Guice, III
                    on behalf of Creditor Guice Offshore  LLC bguice@rushingguice.com,
                    rswparalegal@rushingguice.com;wlgparalegal@rushingguice.com

William S. Robbins
                    on behalf of Trustee Michael D Warner wrobbins@stewartrobbins.com
                    wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
                    on behalf of Plaintiff Michael D Warner wrobbins@stewartrobbins.com
                    wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

District/off: 0541-4                       User: ADIuser                                    Page 26 of 26
Date Rcvd: Jun 17, 2026                   Form ID: pdf002                                 Total Noticed: 121

William S. Robbins
on behalf of Plaintiff MICHAEL D. WARNER wrobbins@stewartrobbins.com
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Creditor Partco LLC wrobbins@stewartrobbins.com
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Interested Party Partco LLC wrobbins@stewartrobbins.com
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Attorney Stewart Robbins Brown & Altazan  LLC wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Yelena Archiyan
on behalf of Interested Party Stingray Pipeline Company L.L.C. yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Interested Party Triton Gathering  LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Interested Party Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Interested Party Sea Robin Pipeline Company  LLC yelena.archiyan@katten.com

Zachary S McKay
on behalf of Debtor MLCJR LLC zmckay@jw.com  kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com


TOTAL: 484