**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**FEE APPLICATION COVER SHEET FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | Stewart Robbins & Altazan LLC | |
| **Applicant's Role in Case:** | Chapter 7 Trustee's General Counsel | |
| **Date Order of Appointment Signed:** | June 12, 2024, retroactive to May 6, 2024 (Docket No. 2116) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered by This Application** | July 1, 2025 | October 31, 2025 |
| **Time Period(s) Covered by Prior Applications:** | May 6, 2024 | June 30, 2025 |
| **Total Fees Requested in This and in All Prior Applications:** | $2,994,665.00 | |
| **Total Fees Requested in This Application** | $301,575.00 | |
| **Total Professional Fees Requested in This Application** | $289,845.00 | |
| **Total Actual Professional Hours Covered by This Application** | 556.70 | |
| **Average Hourly Rate for Professionals:** | $520.65 | |
| **Total Paraprofessional Fees Requested in This Application:** | $11,730.00 | |
| **Total Actual Paraprofessional Hours Covered by This Application:** | 39.10 | |
| **Average Hourly Rate for Paraprofessionals:** | $300.00 | |
| **Reimbursable Expenses Sought in This Application:** | $5,695.64 | |
| **Application Cost:** | $307,270.64 | |
| **Total of Other Payments Paid to Secured Claimants:** | $3,350,366.00 | |
| **Total of Other Payments Paid to Administrative Claimants:** | $12,136,340.98 | |

---

[1] The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

| | |
|---|---|
| **Estimated Total for Distribution to Priority Unsecured Creditors:** | TBD |
| **Estimated Percentage Dividend to Priority Unsecured Creditors:** | TBD |
| **Estimated Total for Distribution to General Unsecured Creditors:** | TBD |
| **Estimated Percentage Divided to General Unsecured Creditors:** | TBD |
| **Receipts to Date:** | $16,708,152.78 |
| **Disbursements to Date:** | $15,486,706.98 |
| **Current Balance in the Trustee's Accounts:** | $1,221,445.80[2] |

In the above captioned Chapter 7 case, Stewart Robbins & Altazan LLC ("SRA") rendered services in favor of Michael D. Warner, solely in his capacity as the Chapter 7 Trustee (the "Trustee") for the above captioned jointly administered estates (collectively, the "Estates") between July 1, 2025 and October 31, 2025 (the "Interim Application Period"). The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Interim Compensation Procedures | |
|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| Inv. 1922 (4/20/26) | Jul. 1, 2025 – Jul. 31, 2025 | $79,245.00 | $523.79 | $63,396.00 | $523.79 |
| Inv. 1949 (5/13/26) | Aug. 1, 2025 – Aug. 31, 2025 | $100,875.00 | $3,342.31 | $80,700.00 | $3,342.31 |
| Inv. 1950 (5/15/26) | Sep. 1, 2025 – Sep. 30, 2025 | $59,650.00 | $801.18 | $47,720.00 | $801.18 |
| Inv. 1985 (7/6/26) | Oct. 1, 2025 – Oct. 31, 2025 | $61,805.00 | $1,028.36 | $49,444.00 | $1,028.36 |
| **TOTALS** | | **$301,575.00** | **$5,695.64** | **$241,260.00** | **$5,695.64** |

---

[2] This is comprised of: (a) $467,448.68 in the Trustee's checking account; (b) $503,997.12 in the cash collateral account; and (c) $250,000.00 in an account holding the proceeds generated from a sale to W&T Offshore.

The SRA professionals and paraprofessionals who rendered services in favor of the Trustee during the Interim Application Period are:

| Professional | Title | Year Licensed | Hours | Percent | Amount | Percent | Blended Rate |
|---|---|---|---|---|---|---|---|
| Abigail W. Mock | Associate | LA - 2024 | 222.20 | 37.29% | $88,880.00 | 29.47% | $400.00 |
| Brandon A. Brown | Member | LA - 1998 | 58.40 | 9.80% | $37,960.00 | 12.59% | $650.00 |
| Brooke W. Altazan | Member | LA - 2009 | 14.70 | 2.47% | $8,085.00 | 2.68% | $550.00 |
| Jamie D. Cangelosi | Of Counsel | LA - 2000 | 0.50 | 0.08% | $275.00 | 0.09% | $550.00 |
| Kimberly A. Heard | Paralegal | N/A | 39.10 | 6.56% | $11,730.00 | 3.89% | $300.00 |
| Nicholas J. Smeltz | Associate | LA - 2019 | 74.70 | 12.54% | $33,615.00 | 11.15% | $450.00 |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | 84.70 | 14.22% | $55,055.00 | 18.26% | $650.00 |
| William S. Robbins | Member | LA - 1996 | 101.50 | 17.03% | $65,975.00 | 21.88% | $650.00 |
| **Total** | | | **595.80** | **100.00%** | **$301,575.00** | **100.00%** | **$506.17** |

The time and fees devoted to each ABA Bankruptcy Project Code during the Interim Application Period are as follows:

| ABA Bankruptcy Project Task Code | Hours | Percent | Amount | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | 0.40 | 0.07% | $170.00 | 0.06% | $425.00 |
| B120 Asset Analysis and Recovery | 0.50 | 0.08% | $225.00 | 0.07% | $450.00 |
| B130 Asset Disposition | 191.20 | 32.09% | $110,860.00 | 36.76% | $579.81 |
| B140 Relief from Stay/Adequate Protection Proceedings | 0.60 | 0.10% | $390.00 | 0.13% | $650.00 |
| B150 Meetings of and Communications with Creditors | 0.40 | 0.07% | $220.00 | 0.07% | $550.00 |
| B160 Fee/Employment Applications | 27.30 | 4.58% | $11,655.00 | 3.86% | $426.92 |
| B180 Avoidance Action Analysis | 336.30 | 56.45% | $158,195.00 | 52.46% | $470.40 |
| B190 Other Contested Matters | 23.30 | 3.91% | $11,625.00 | 3.85% | $498.93 |
| B210 Business Operations | 8.60 | 1.44% | $3,555.00 | 1.18% | $413.37 |
| B220 Employee Benefits/Pensions | 6.90 | 1.16% | $4,485.00 | 1.49% | $650.00 |
| B230 Financing/Cash Collections | 0.30 | 0.05% | $195.00 | 0.06% | $650.00 |
| **Total** | **595.80** | **100.00%** | **$301,575.00** | **100.00%** | **$506.17** |

3

The expenses incurred during the Interim Application Period are comprised of the following:

| Expense | Amount |
|---|---|
| Copies | $424.60 |
| Corporate Records | $53.00 |
| EDI Costs | $1,563.06 |
| Legal Research | $508.76 |
| PACER | $189.70 |
| Service of Pleadings | $2,956.52 |
| **Total** | **$5,695.64** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[3] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC**
**AS COUNSEL TO THE CHAPTER 7 TRUSTEE**
**FOR THE PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

> **THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[3] The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

Stewart Robbins & Altazan, LLC ("SRA"), counsel to Michael D. Warner, solely in his capacity as the Chapter 7 Trustee (the "Trustee") for the above captioned administratively consolidated estates (collectively, the "Estates") hereby submits this *Fourth Interim Fee Application of Stewart Robbins & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of July 1, 2025 through October 31, 2025* (the "Interim Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules").

### RELIEF REQUESTED

By this Interim Application, which encapsulates the period between July 1, 2025 through October 31, 2025 (the "Interim Application Period"), SRA seeks interim approval and allowance, as an administrative expense, for the aggregate sum of $307,270.64, which is comprised of:

(i)     compensation for professionals in the amount of $301,575.00; and

(ii)    reimbursement of actual and necessary expenses in the sum of $5,695.64.

### JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      The statutory predicates for the relief requested herein include 11 U.S.C. §§ 330 and 331, FED. R. BANKR. P. 2014 and 2016, and Rule 2016-1 of the Local Rules.

### PROCEDURAL BACKGROUND

3.       On May 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United

States Bankruptcy Court for the Southern District of Texas, Houston Division ("Court" or "Bankruptcy Court").

4.     On May 16, 2023, the Court entered that certain *Order Authorizing Joint Administration of the Chapter 11 Cases*[4] providing that the bankruptcy "cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 23-90324 (CML)."[5]

5.     On February 28, 2024, the Debtors' bankruptcy cases (collectively, the "Bankruptcy Cases") were converted to chapter 7 of the Bankruptcy Code.[6]

6.     On February 29, 2024, the United States Trustee appointed Randy W. Williams as interim trustee (the "Interim Trustee").

7.     On April 22, 2024, the Court entered that certain *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* (the "Interim Compensation Procedures Order").[7]

8.     On April 25, 2024, Amarillo National Bank ("Amarillo"), in its capacity as the administrative agent and collateral agent, acting at the direction of the Debtor-In Possession Lenders (the "DIP Lenders") filed that certain *Emergency Motion for Entry of Agreed Order*

---

[4]   Doc. No. 103. Unless otherwise specified, Doc. Nos. refer to Case No. 23-90324.

[5]   While the above captioned bankruptcy case was pending under chapter 11 of the Bankruptcy Code, the Court entered that certain *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Doc. No. 104] which provided "The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases." These, however, are no longer applicable given this matter is now pending under chapter 7 of the Bankruptcy Code.

[6]   Doc. No. 1720.

[7]   Doc. No. 1831.

3

*Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results.*[8]

9.      On May 6, 2024, the Court entered that certain *Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results* providing that "Michael D. Warner shall be the permanent chapter 7 trustee in these Cases, subject to Mr. Warner's ability to qualify under 11 U.S.C. § 322(a)."[9]

10.      On May 8, 2024, the Trustee filed that certain *Notice of Bond and Acceptance of Election.*[10]

11.      That same date, the Trustee filed that certain *Trustee's Application for Order Authorizing Employment of Stewart Robbins Brown & Altazan, LLC as General Counsel* (the "Retention Application"), which sought this Court's approval of the Trustee's retention and employment of SRA as general counsel.[11]

12.      On June 12, 2024, the Court entered that certain *Order Granting Trustee's Application for Order Authorizing Employment of Stewart Robbins Brown & Altazan, LLC* (the "Retention Order"),[12] which authorized SRA's employment *nunc pro tunc* May 6, 2024.

---

[8]    Doc. No. 1850.

[9]    Doc. No. 1919.

[10]    Doc. No. 1996.

[11]    Doc. No. 1998.

[12]    Doc. No. 2116.

## PRIOR INTERIM APPLICATIONS AND AWARDS

13.     On November 27, 2024, SRA filed that certain *First Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of May 6, 2024 Through September 30, 2024* (the "First Interim Application"),[13] seeking, for the period between May 6, 2024 and September 30, 2024 (the "First Period") an award of $854,160.00 in fees and $46,005.49 in expenses, for a total of $900,165.49.

14.     On December 31, 2024, the Court entered that certain *Order Granting First Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of May 6, 2024 Through September 30, 2024* (the "First Interim Application Order"),[14] awarding SRA, for the First Period, $854,160.00 in fees and $46,005.49 in expenses, for a total award of $900,165.49.

15.     On August 27, 2025, SRA filed that certain *Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of October 1, 2024 Through January 31, 2025* (the "Second Interim Application"),[15] seeking, for the period between October 1, 2024 and January 31, 2025 (the "Second Period") an award of $944,370.00 in fees and $16,349.25 in expenses, for a total of $960,719.25.

16.     On September 25, 2025, the Court entered that certain *Order Granting Second Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of October 1, 2024 Through January 31, 2025* (the "Second Interim

---

[13]   Doc. No. 2301.

[14]   Doc. No. 2336.

[15]   Doc. No. 2490.

Application Order"),[16] awarding SRA, for the Second Period, $944,370.00 in fees and $16,349.25 in expenses, for a total award of $960,719.25.

17.     On April 7, 2026, SRA filed that certain *Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of February 1, 2025 Through June 30, 2025* (the "Third Interim Application"),[17] seeking, for the period between February 1, 2025 and June 30, 2025 (the "Third Period") an award of $894,560.00 in fees and $8,370.97 in expenses, for a total of $902,930.97.

18.     On May 6, 2026, the Court entered that certain *Order Granting Third Interim Fee Application of Stewart Robbins Brown & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of February 1, 2025 Through June 30, 2025* (the "Third Interim Application Order"),[18] awarding SRA, for the Third Period, $894,560.00 in fees and $8,370.97 in expenses, for a total award of $902,930.97.

## COMPENSATION AND ITS SOURCE

19.     All services for which compensation is requested by SRA were performed on behalf of the Trustee for the benefit of the Estates.

20.     During the Interim Application Period, SRA has received no payment and no promises for payment from any source other than the Estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application. There is no agreement or understanding between SRA and any other person other than the partners

---

[16]    Doc. No. 2511.

[17] Doc. No. 2590.

[18] Doc. No. 2640.

of SRA for the sharing of compensation to be received for services rendered in these chapter 7 cases.

21.     SRA's individual fee statements for each month covered by the Interim Application Period are attached as **Exhibit "A"**. Each fee statement contains daily time logs describing the time spent by each attorney and paraprofessional for each month. The hourly rates set forth in the monthly fee statements are those customarily charged by SRA for similar legal services. SRA's fees for services rendered by lawyers, paralegals, and other professionals are customary and usual in the legal community in which SRA practices. To the best of SRA's knowledge, this Interim Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.

22.     The fee statements for each month covered by the Interim Application Period can be summarized as follows:

| Invoices Circulated | | | | Approved per Interim Compensation Procedures | |
|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| Inv. 1922 (4/20/26) | Jul. 1, 2025 – Jul. 31, 2025 | $79,245.00 | $523.79 | $63,396.00 | $523.79 |
| Inv. 1949 (5/13/26) | Aug. 1, 2025 – Aug. 31, 2025 | $100,875.00 | $3,342.31 | $80,700.00 | $3,342.31 |
| Inv. 1950 (5/15/26) | Sep. 1, 2025 – Sep. 30, 2025 | $59,650.00 | $801.18 | $47,720.00 | $801.18 |
| Inv. 1985 (7/6/26) | Oct. 1, 2025 – Oct. 31, 2025 | $61,805.00 | $1,028.36 | $49,444.00 | $1,028.36 |
| **TOTALS** | | **$301,575.00** | **$5,695.64** | **$241,260.00** | **$5,695.64** |

23.     The fee statements for each month covered by the Interim Application Period were circulated and no portion of the fees or expenses were objected to.

24.     The Trustee, having reviewed this Interim Application, approves this Interim Application.

## ACTUAL AND NECESSARY EXPENSES

25.     During the Interim Application Period, SRA incurred expenses in connection with its representation of the Trustee totaling $5,695.64. These expenses are summarized in **Exhibit "B"**. SRA bills clients at $0.20 per page for photocopies. Additionally, the expenses incurred include the actual cost of automated research and courier service. Mileage is calculated at the rate accorded by the Internal Revenue Service. Conference call charges represent actual cost of conference calls. Automated research charges represent actual cost charged to SRA. SRA submits that all effort was made to keep out-of-pocket expenses at a minimum and that such expenses are reasonable based on the services provided heretofore by SRA.

## SUMMARY OF SERVICES RENDERED

26.     The services rendered by SRA during the Interim Application Period can be grouped into the categories set forth below. These categories are generally described in **Exhibit "C"**. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more task codes.

### a.  B110 Case Administration

**Fees: $170.00 | Total Hours: 0.40**

This category includes all matters related to coordination and compliance, including the preparation of schedules and statements, monthly operating and other reports, contacts with the United States Trustee, and creditor inquiries. During the Interim Application Period, SRA spent de-minimis time addressing a royalty inquiry and finalizing the Trustee's quarterly reports for filing.

b. **B120 Asset Analysis and Recovery**

**Fees: $225.00 | Total Hours: 0.50**

This category includes all matters related to the identification and review of potential assets including causes of action and non-litigation recoveries. During the Interim Application Period, SRA communicated with the Federal Bureau of Investigation and the Trustee regarding the status of a pending petition seeking the recovery of certain assets for the benefit of the Estates.

c. **B130 Asset Disposition**

**Fees: $110,860.00 | Total Hours: 191.20**

This category includes all matters related to sales, abandonment, and transaction work as to asset disposition. During the Interim Application Period, SRA continued its efforts to identify burdensome or otherwise inconsequential assets of the Estates and to facilitate their disposition. SRA finalized notices of abandonment under the Court's prior abandonment orders[19] and prepared, filed, and obtained Court approval of the Trustee's *Third Motion to Abandon Certain Assets of the Estates*.[20]

Additionally, SRA analyzed operatorship issues concerning certain of the Debtors' state-lease fields, including the effect of the rejection of an executory contract that designated one of the Debtors as an operator, and addressed related regulatory, escrow, and royalty issues, including the analysis of a default notice asserted against certain properties and efforts to secure the release of certain royalty escrow funds.

Moreover, SRA negotiated and documented a stipulation and agreed order among the Trustee, Amarillo National Bank, and BP Energy Company regarding a carveout for the Estates

---

[19] *See*, Doc. Nos. 2479 & 2480.

[20] *See*, Doc. Nos. 2487 & 2517.

and the application of certain proceeds,[21] as well as a stipulation and agreed order with W&T Offshore, Inc. authorizing the Trustee to sign a joint instruction letter.[22]

### d.   B140 Relief from Stay/Adequate Protection Proceedings

### Fees: $390.00 | Total Hours: 0.60

This category includes all matters related to the termination or continuation of automatic stay under 362 and motions for adequate protection. During the Interim Application Period, SRA spent de-minimis time finalizing a stipulation concerning a request for relief from the automatic stay and reviewing correspondence concerning an indemnity demand involving the Debtors' insurer.

### e.   B150 Meetings of and Communications with Creditors

### Fees: $220.00 | Total Hours: 0.40

This category includes all matters relating to preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. During the Interim Application Period, SRA spent de-minimis time addressing creditor correspondence concerning royalty distributions.

### f.   B160 Fee/Employment Applications

### Fees: $11,655.00 | Total Hours: 27.30

This category includes all matters relating to the preparation of employment and fee applications for SRA and other professionals and motions to establish interim procedures. During the Interim Application Period, SRA prepared monthly fee statements for itself, the Estates' accountant, TPS West ("TPS"), and the Trustee, and prepared and filed the second interim fee

---

[21] *See*, Doc. Nos. 2497 & 2498.

[22] *See*, Doc. Nos. 2503 & 2504.

applications for SRA, TPS, and the Trustee.[23] SRA also finalized the combined first and final fee application of the Estates' special pension counsel, Matthew J. Borror, relating to the winddown and termination of Cox Operating, LLC's 401k plan, which the Court approved.[24]

### g.  B180 Avoidance Action Analysis

### Fees: $158,195.00 | Total Hours: 336.30

This category includes all matters relating to the review of potential avoidance actions under 11 U.S.C. §§ 544-549 to determine whether adversary proceedings are warranted. During the Interim Application Period, SRA continued its efforts to resolve the Estates' preference claims without the need for formal litigation where possible. SRA analyzed the Debtors' books and records and the evidence produced by putative defendants to evaluate the Estates' preference claims and any affirmative defenses asserted in response, including new value and ordinary-course-of-business defenses. SRA negotiated and documented tolling agreements, and extensions thereof, with numerous putative defendants; prepared stipulations extending response deadlines in pending adversary proceedings; and prepared settlement recommendations for the Trustee and conveyed and negotiated settlement offers with counsel for putative defendants. Where resolutions were reached, SRA prepared the motions and agreements necessary to document and obtain Court approval of the compromises.[25]

---

[23] *See*, Doc. Nos. 2490, 2491 & 2492.

[24] *See*, Doc. Nos. 2475 & 2481.

[25] *See*, e.g., Doc. No. 2500.

### h.  **B190 Other Contested Matters**

**Fees: $11,625.00 | Total Hours: 23.30**

This category includes all matters regarding the analysis and preparation of all motions, opposition to motions, and reply memoranda in support of motions, other than motions to assume or reject executory contracts and unexpired leases. During the Interim Application Period, SRA continued to address issues related to the disposition of and access to the Debtors' records by various parties, including negotiating and finalizing a records-access agreement with Natural Resources Worldwide, LLC and responding to a draft Bankruptcy Rule 2004 request concerning certain records. SRA also addressed venue and deposition issues arising from pending litigation involving non-debtor parties and conducted legal research supporting the Estates' preference positions.

### i.  **B210 Business Operations**

**Fees: $3,555.00 | Total Hours: 8.60**

This category includes all matters regarding a debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. In this particular matter, the Trustee is authorized to conduct limited operations. Thus, during the Interim Application Period, SRA analyzed matters related to monthly payables to certain vendors and consultants of the Estates who are assisting with the winddown of the Debtors' operations, and prepared the Trustee's quarterly reports and summaries of operations under 11 U.S.C. § 704(a)(8).[26]

### j.  **B220 Employee Benefits/Pensions**

**Fees: $4,485.00 | Total Hours: 6.90**

---

[26] *See*, Doc. Nos. 2496 & 2505.

This category includes issues regarding severance, retention, 401k coverage, and continuance of pension plans. During the Interim Application Period, SRA continued to work with the Trustee's special counsel, Matthew J. Borror, concerning the winddown and termination of Cox Operating LLC's 401k plan, including the plan's final Form 5500 filings, the recordkeeper's distribution of holdback funds, and related qualified domestic relations order issues.

### k. B230 Financing/Cash Collections

### Fees: $195.00 | Total Hours: 0.30

This category includes all matters related to financing and cash collections. During the Interim Application Period, SRA spent de-minimis time reviewing outstanding invoices of the Estates and addressing related payment matters.

### FACTORS SUPPORTING AWARD

27. In *Sikes v. Crager (In re Crager)*, the Fifth Circuit instructed that the six factors found in 11 U.S.C. § 330(a)(3) are to be considered when awarding compensation to professionals.[27] Under § 330(a)(3) of the Bankruptcy Code, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

---

[27] *Sikes v. Crager (In re Crager)*, 691 F.3d 671, 676 (5th Cir. 2012).

13

**(F)** whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.[28]

28. Thereafter, in *Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re Woerner)*, the Fifth Circuit rejected the "hindsight" or "material benefit" standard that was originally set forth in *Andrews & Kurth L.L.P. v. Family Snacks (In re Pro-Snax Distribs.)*,[29] and adopted a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time in which they were rendered.[30] All services rendered by SRA satisfy the *Woerner* standard because they were reasonably likely to benefit the Estates at the time rendered. Similarly, the following analysis of the § 330(a)(3) bolsters the conclusion that SRA's services are for these chapter 7 cases are compensable under the Bankruptcy Code:

   a. **The Time and Labor Expended** - The charge for SRA's services in this case for the Interim Application Period totals $301,575.00. The actual time expended by SRA in the Interim Application Period is set forth in detail in **Exhibit "A"** attached hereto. In addition, attached as **Exhibit "C"** is a breakdown by project of time expended on discrete matters during the progression of this case. SRA believes the time spent performing legal services was commensurate with the factual and legal issues involved in the representation of the Trustee.

   b. **The Rate Charged for Such Services.** SRA has applied for allowance of compensation for fees that reflect its billing rates charged to clients by SRA and previously approved and/or set by courts in which SRA has appeared. SRA believes that its customary fees for services are equal to or below those of other firms in the national bankruptcy community and should be within the range of fees approved for attorneys of similar experience within this district.

   c. **Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title.** SRA asserts that all services provided to the Trustee were necessary to the administration of and/or beneficial to the Estates at the time the services were rendered. Where SRA deemed the time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in some situations, did not put the time into its billing system.

---

[28]   11 U.S.C. § 330(a)(3).

[29]   *Andrews & Kurth L.L.P. v. Family Snacks (In re Pro-Snax Distribs.)*, 157 F.3d 414, 426 (5th Cir. 1998).

[30]   *Barron & Newburger, P.C. v. Tex. Skyline, Ltd. (In re Woerner)*, 783 F.3d 266, 276 (5th Cir. 2015).

d. **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.** SRA submits that the time put into this case is commensurate with the level of difficulty of the issues presented. When possible, particular projects have been handled by an associate or a partner with a lower billing rate.

e. **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field.** SRA believes and respectfully submits that its attorneys are highly regarded as experts in the areas of bankruptcy, insolvency, corporate reorganization, and liquidation. The firm has extensive experience in handling bankruptcy and insolvency matters on behalf of trustees in bankruptcy cases and has acted as counsel to other trustees in other cases, as well as debtors, creditors, and committees.

29. To calculate an award of attorneys' fees, "[t]he Fifth Circuit uses the 'lodestar' method[.]"[31] The lodestar is the number of hours reasonably expended multiplied by "the prevailing hourly rate in the community for similar work."[32] The request for fees is then adjusted upward or downward based on the iconic "*Johnson* factors."[33] A description of the application of each of these factors relevant to this Application is set forth below.

a. **The Novelty and Difficulty of Issues** - This case has presented issues of greater complexity than cases customarily brought before this Court.

b. **The Skills Required for Performance of Services** – SRA's attorneys have appeared before courts in this district, and throughout Louisiana and Mississippi, in bankruptcy cases on behalf of debtors, creditors, trustees, committees, and receivers for many years. SRA believes and respectfully submits that it is highly regarded in the areas of bankruptcy law, commercial law, and the law of secured transactions. SRA's attorneys possess the experience, reputation, and ability to merit an award of the requested compensation and reimbursement.

c. **Preclusion from Other Employment** - While SRA was not precluded from other employment during the Interim Application Period (aside from terminating its representation of a creditor while the Bankruptcy Cases were in Chapter 11), the

---

[31] *Transamerican Nat. Gas Corp. v. Zapata P'ship (In re Fender)*, 12 F.3d 480, 487 (5th Cir. 1994) (citing *Shipes v. Trinity Indus.*, 987 F.2d 311, 319-20 (5th Cir. 1993), *cert. denied*, 510 U.S. 991 (1993)).

[32] *Fender*, 12 F.3d at 487 (citing *Shipes*, 987 F.2d at 319-20).

[33] *Fender*, 12 F.3d at 487 (citing *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717 (5th Cir. 1974)).

15

professionals who have devoted time to this case were prevented from working on other matters.

d. **The Customary Fees** - SRA has applied for allowance of compensation for fees that reflect its billing rates charged to clients by SRA. SRA believes that its customary fees for services are equal to or below those of other firms in the national bankruptcy community and within the range of fees approved for attorneys of similar experience within Texas bankruptcy courts.

e. **Contingent Nature of Fees** - These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the case, the availability of cash, review by the Office of the United States Trustee, Region 7, and the approval of the Court.

f. **Time Limitations and Other Circumstances** – Intermittently throughout SRA's retention, it has had to handle exigent matters on an accelerated basis and implement appropriate solutions.

g. **The Amount Involved and the Results Obtained** - SRA submits that the amount sought is fully commensurate with the results obtained. SRA respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Estates and were rendered to protect and preserve the interests of the Estates during the pendency of the chapter 7 cases. As demonstrated herein, SRA spent its time economically and without unnecessary duplication. The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved.

h. **Experience, Reputation and Ability** - The Trustee selected SRA based on its extensive experience and knowledge of the legal matters likely to arise in chapter 7 cases, and, in particular, SRA's recognized expertise in the field of financial restructuring and bankruptcy.

i. **The Undesirability of the Case** - This case was not undesirable.

j. **The Nature and Length of the Professional Relationship with the Client** - SRA has represented the Trustee since May of 2024. SRA has also represented Michael D. Warner in his capacity as the KP Engineering Liquidation Trustee since 2020.[34]

k. **Awards in Similar Cases** - SRA avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Texas bankruptcy courts.

---

[34] *See* Case No. 19-34698 (Bankr. S.D. Tex.).

16

**CERTIFICATION OF COUNSEL**

30.     By my signature on this Interim Application, I, Paul Douglas Stewart, Jr., do hereby certify that (i) I have read this application; (ii) to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with applicable guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by SRA and generally accepted by SRA's clients.

**NOTICE**

31.     Notice of this Interim Application has been provided to (a) those parties receiving notice via the Court's Electronic Case Filing system; and (b) by First Class U.S. Mail, postage prepaid, on the parties contained in Exhibit "B" to the *Trustee's Emergency Motion to Limit Notice* [Doc. No. 1754], as authorized by this Court's *Order Granting Trustee's Emergency Motion to Limit Notice* [Doc. No. 1794].

**EXHIBITS TO INTERIM APPLICATON**

32.     Additionally, attached to this Interim Application are the following:

- **Exhibit A**: SRA's monthly invoices previously circulated under the Interim Compensation Procedures Order.

- **Exhibit B**: Aggregate amount of expenses requested in the Interim Application Period, categorized by type of expense.

- **Exhibit C**: Aggregate amount of fees requested in the Interim Application Period, categorized by task code.

- **Exhibit D**: Aggregate amount of fees requested in the Interim Application Period, categorized by professional and paraprofessional.

- **Exhibit E**: The Trustee's Form 2, entitled *Cash Receipts and Disbursements Record* ("Form 2"), evidencing that the Trustee has $1,221,445.80[35] in cash on deposit as of July 27, 2026.

**WHEREFORE**, SRA respectfully requests that the Court enter the Proposed Order: (a) approving the Interim Application; (b) allowing, on an interim basis as an administrative expense, compensation and reimbursement of expenses in the aggregate amount of $307,270.64, as the sum of (i) compensation in the amount of $301,575.00 and (ii) reimbursement of actual and necessary expenses in the amount of $5,695.64; (c) allowing the Trustee to pay the balance of the aforementioned amounts; and (d) granting such other and further relief as this Court may deem just and proper.

Dated:        July 31, 2026              Respectfully Submitted,

                                         **STEWART ROBBINS & ALTAZAN, LLC**

                                By:      */s/* Paul Douglas Stewart, Jr.
                                         Paul Douglas Stewart, Jr. (La. Bar # 24661)
                                         *Admitted to Southern District of Texas*
                                         *(SDTX Federal No. 432642)*
                                         dstewart@stewartrobbins.com
                                         William S. Robbins (Tx. Bar # 24100894)
                                         wrobbins@stewartrobbins.com
                                         Brooke W. Altazan (Tx. Bar # 24101002)
                                         baltazan@stewartrobbins.com
                                         301 Main Street, Suite 1640
                                         Baton Rouge, LA 70801-0016
                                         Telephone: (225) 231-9998
                                         Facsimile: (225) 709-9467

                                         ***Counsel for Michael D. Warner,***
                                         ***Chapter 7 Trustee***

---

[35] This is comprised of: (a) $467,448.68 in the Trustee's checking account; (b) $503,997.12 in the cash collateral account; and (c) $250,000.00 in an account holding the proceeds generated from a sale to W&T Offshore.

18

**CERTIFICATE OF SERVICE**

I do hereby certify that I caused a copy of the above and foregoing to be served on July 31, 2026 on those parties registered to receive service through the Court's Electronic Case Noticing System.

*/s/ Paul Douglas Stewart, Jr.*
Paul Douglas Stewart, Jr.

**FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC
AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

**EXHIBIT "A"
MONTHLY INVOICES**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | ) | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**FIFTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES
INCURRED FOR THE PERIOD ENDING JULY 31, 2025 BY STEWART ROBBINS
BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Fifteenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending July 31, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | July 1, 2025 through July 31, 2025 |
| Number Monthly Fee Statements: | Fifteenth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $79,245.00 |
| Total Interim Fees (80%) Requested | $63,396.00 |
| Total Expenses Requested | $523.79 |
| Total Interim Remuneration Requested (exclusive of holdback): | $63,919.79 |
| STATEMENT PERIOD SUMMARY FOR ATTORNEYS | |
| Total attorney fees requested in this statement: | $76,955.00 |
| Total actual attorney hours covered by this statement: | 144.70 |
| Average hourly rate for attorneys: | $435.00 |
| STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS | |
| Total paraprofessional fees requested in this statement: | $2,280.00 |
| Total actual paraprofessional hours covered by this statement: | 7.6 |
| Average hourly rate for paraprofessionals: | $300.00 |

> In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* **[Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1.      The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 11.20 | 650.00 | 7,280.00 |
| WSR | William S. Robbins | 41.40 | 650.00 | 26,910.00 |
| AWM | Abigail W. Mock | 53.00 | 400.00 | 21,200.00 |
| BAB | Brandon A. Brown | 14.30 | 650.00 | 9,295.00 |
| BWA | Brooke W. Altazan | 10.70 | 550.00 | 5,885.00 |
| JDC | Jamie D. Cangelosi | 0.50 | 550.00 | 275.00 |
| KAH | Kimberly A. Heard | 7.60 | 300.00 | 2,280.00 |
| NJS | Nicholas J. Smeltz | 13.60 | 450.00 | 6,120.00 |

2.      The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.20 | 550.00 | 110.00 |
| B130 | Asset Disposition | 86.80 | 540.78 | 46,940.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.60 | 650.00 | 390.00 |
| B150 | Meetings of and Communications with Creditors | 0.40 | 550.00 | 220.00 |
| B160 | Fee/Employment Applications | 11.50 | 433.04 | 4,980.00 |
| B180 | Avoidance Action Analysis | 43.70 | 495.65 | 21,660.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 7.10 | 538.03 | 3,820.00 |
| B210 | Business Operations | 0.50 | 300.00 | 150.00 |
| B220 | Employee Benefits/Pensions | 1.50 | 650.00 | 975.00 |

3. The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 7/24/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 7/24/2025 | TransUnion for UCC searches | 29.00 |
| 7/31/2025 | Copies for July 2025 | 16.40 |
| 7/31/2025 | Pacer for July 2025 | 57.50 |
| 7/31/2025 | Lexis for July 2025 | 34.44 |
| 7/31/2025 | Everlaw for July 2025 | 236.48 |
| 7/31/2025 | Everlaw-ECA for July 2025 | 148.97 |
| | **Total DISBURSEMENTS** | $523.79 |

4. SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5. Pursuant to the Interim Compensation Order, SRBA seeks payment of $63,919.79 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6. Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:      April 21, 2026      Respectfully Submitted,

**STEWART ROBBINS BROWN
& ALTAZAN, LLC**

By:    /s/Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

*Counsel for Michael D. Warner,
Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – July 1, 2025 – July 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

April 20, 2026

File #:  119-001
Invoice #:     1922

**RE:**  In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 7/1/2025 | Finalize Second Stipulation with Gulf Land Structures | B180 | KAH | 0.10 | 30.00 |
| 7/1/2025 | Finalize M. Borrow and SRBA fee app and exhibits for filing | B160 | KAH | 0.60 | 180.00 |
| 7/1/2025 | Attention to preference actions; emails with W. Robbins and B. Brown re same; provide update to trustee via email | B180 | KAH | 0.40 | 120.00 |
| 7/1/2025 | email to A. Mock, D. Stewart, and J. Cangelosi re application of set off to preference liability | B180 | NJS | 0.30 | 135.00 |
| 7/1/2025 | analysis of Offshore Services Acadiana affirmative defenses to potential preference claims and formulate potential offer to settle same | B180 | NJS | 2.50 | 1,125.00 |
| 7/1/2025 | Communication with M. Warner, A. Mock, and W. Robbins re abandonment motion (.2); communication with L. Phillips re stipulation and careout issues (.4); receipt and review of supplemental abandonment motion and related communications with W. Robbins and A. Mock (.8); receipt and review of abandonment notice and related sommunications with W. Robbins and A. Mock (.6). | B130 | PDS | 2.00 | 1,300.00 |
| 7/1/2025 | communication with A. Long, B. Brown and N. Smeltz re settlement (.3); communication with A. Mock and N. Smeltz re admin claim setoff issues (.1); communication with B. Brown and B. Kadden re Gulfstream preference claims (.3); completed analysis of OCB data and realted communication with preference team (.6); communication with preference team re reassignments (.1); multiple communications with B. Brown and N. Smeltz re preference settlement and ordinary course defense (.7). | B180 | PDS | 2.10 | 1,365.00 |
| 7/1/2025 | Revising 401K Fee App for SRBA and Matt Borror (2.0); Email to Trustee re 401k Fee App (0.1) | B160 | AWM | 2.10 | 840.00 |
| 7/1/2025 | Revising Motion to Abandon Related Assets of the Estate (1.1); Email to Trustee re Motion to Abandon Related Assets of the Estate (0.1) | B130 | AWM | 1.20 | 480.00 |
| 7/1/2025 | Telephone conference and emails with A. Long re: Offshore of Acadiana (0.5), analyze defenses to preference demand and possible remaining preference exposure (1.6) | B180 | BAB | 2.10 | 1,365.00 |

Case 23-90324 Document 2050 Filed in TXSB on 07/31/26 Page 32 of 107

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 7/1/2025 | Review and revise latest draft of fee application (0.4), emails with client re: same (0.3), analyze revisions requested by client and analyze noticing procedures for motion (0.5); finalize and file application (0.3) | B220 | BAB | 1.50 | 975.00 |
| 7/1/2025 | Receipt and review of correspondence from counsel for Gulfstream Services re: preference defenses, review and analyze same | B180 | BAB | 1.80 | 1,170.00 |
| 7/1/2025 | Telephone conference with client re: preference analyses and needs from client to analyze offers (0.5), communication to client memorlializing same (0.6) | B180 | BAB | 1.10 | 715.00 |
| 7/1/2025 | Review and analyze evidence in support of and in defense of preference claims. | B180 | JDC | 0.30 | 165.00 |
| 7/1/2025 | research re offseting avoidance exposure | B180 | AWM | 3.80 | 1,520.00 |
| 7/1/2025 | Emails with K. Khoury re: stay relief stipulation, review proposed communication to Cox counsel, email to client re: same | B180 | BAB | 0.60 | 390.00 |
| 7/1/2025 | review and analyze prior abandonment and proposed additional abandonment (1.6); Telephone conference with Trustee regarding same and related matters (.3); review Notice of Abandonment (.5); analyze additional abandonment issues (.4); revise motion (.5); communication to Mr. Dykes regarding operator issues (.2) ; correspondence to/from VESCO attorney regarding abandonment and DIP lender (.2) | B130 | WSR | 3.70 | 2,405.00 |
| 7/2/2025 | emails and tc with Mr. Dykes regarding Operatorship issues (.3); review and analysis of Abandonment issues (.6); research and review Designated Operator / Contract Operator / JOA related bankruptcy issues (2.8) | B130 | WSR | 3.70 | 2,405.00 |
| 7/2/2025 | Communication with M. Warner re preference litigation (.2); | B180 | PDS | 0.20 | 130.00 |
| 7/2/2025 | Communication with M. Warner and A. Mock re abandonment exhibit (.7). | B130 | PDS | 0.70 | 455.00 |
| 7/2/2025 | Revising Motion to Abandon Related Assets of the Estate (4.4); Revising Exhibit to Notice of Abandonment (0.8) | B130 | AWM | 5.20 | 2,080.00 |
| 7/2/2025 | Analyze case against Major Electric, update analyses. | B180 | JDC | 0.20 | 110.00 |
| 7/3/2025 | email to Mr. Dykes regarding Eloi Bay issue (.3); review / revise abandonment motion (1.2); review, research and analyze operatorship and rejection issues (1.8); drafting Motion for Confirmation of Rejection / Abandonment (2.4) | B130 | WSR | 5.70 | 3,705.00 |
| 7/3/2025 | Receipt and review or revised abandoment notice. | B130 | PDS | 0.40 | 260.00 |
| 7/3/2025 | Revising Motion to Abandon Related Assets of the Estate | B130 | AWM | 2.80 | 1,120.00 |
| 7/3/2025 | Conducting research re Executory Contracts for Motion to Confirm Rejection of Operatorship Eloi Bay | B130 | AWM | 2.60 | 1,040.00 |
| 7/3/2025 | Drafting Second Stipulation re Warner v. Sea Robin (0.3); Communications with M. Crocker re Second Stipulation (0.2) | B180 | AWM | 0.50 | 200.00 |
| 7/7/2025 | attention to preference complaint status; re American Eagle | B180 | KAH | 0.20 | 60.00 |

Case 23-90324 Document 2250 Filed in TXSB on 07/31/26 Page 33 of 107

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 7/7/2025 | Gather information for associate re: Access records, review and revise portion of abandonment motion related to same | B130 | BWA | 1.30 | 715.00 |
| 7/7/2025 | Correspondence from M. Barbre re: royalty distributions, analysis of same | B150 | BWA | 0.40 | 220.00 |
| 7/7/2025 | review / revise abandonment motion (1.2); analysis regarding operating agreement motion and issues (.7); analysis regarding notice of abandonment issues and exhibits (.4); email to/from Mr. Warner regarding same (.3); | B130 | WSR | 2.50 | 1,625.00 |
| 7/7/2025 | Drafting Motion to Confirm Rejection of Operatorship Eloi Bay (3.0); Revising Motion to Abandon Related Assets (2.1) | B130 | AWM | 5.10 | 2,040.00 |
| 7/7/2025 | Attention to American Eagle request for extension of time to answer | B180 | BAB | 0.30 | 195.00 |
| 7/8/2025 | Finalize June payables spreadsheet; receipt of R. Dykes w/e 7-5-25 activity report; update July payables. | B210 | KAH | 0.20 | 60.00 |
| 7/8/2025 | Receipt/review N. Zimmerman w/e 7-4 invoice; update July payables. | B210 | KAH | 0.10 | 30.00 |
| 7/8/2025 | Receipt of documents from Sea Robin; upload to Everlaw; emails related to same | B180 | KAH | 0.20 | 60.00 |
| 7/8/2025 | Telephone call with Clerks's Office re missing order on docket for stipulation with Sea Robin | B180 | KAH | 0.10 | 30.00 |
| 7/8/2025 | Finalize Notice of Abandonment and Exhibits | B130 | KAH | 0.20 | 60.00 |
| 7/8/2025 | Communication with NRW's counsel re: draft agreement | B190 | BWA | 0.20 | 110.00 |
| 7/8/2025 | Revisions to formal abandonment notice and related communications with A. Mock, W. Robbins, and M. Warner. | B130 | PDS | 0.60 | 390.00 |
| 7/8/2025 | Revising Motion to Abandon Related Assets of the Estate | B130 | AWM | 3.10 | 1,240.00 |
| 7/8/2025 | Revising Notice of Abandonment of remaining assets & Exhibits (0.8); Communications with Trustee re Notice of Abandonment (0.1) | B130 | AWM | 0.90 | 360.00 |
| 7/8/2025 | Revising Motion to Confirm Rejection of Operatorship Eloi Bay | B130 | AWM | 2.50 | 1,000.00 |
| 7/9/2025 | Communication with M. Barbre re: royalties | B110 | BWA | 0.20 | 110.00 |
| 7/9/2025 | email from NRW regarding abandonment exhibit issues (.4); review trustee revisions to abandonment and tc with Trustee regarding same (.6); review motion to confirm rejection and consider overlap issues (.7); email to/from Mr. Dykes regarding same (.4) | B130 | WSR | 2.10 | 1,365.00 |
| 7/9/2025 | Revising Notice of Abandonment | B130 | AWM | 1.70 | 680.00 |
| 7/10/2025 | Attention to second stipulations for extensions to answer ap complaints | B180 | KAH | 0.20 | 60.00 |
| 7/10/2025 | Communication with NRW's counsel re: records agreement | B190 | BWA | 0.20 | 110.00 |
| 7/10/2025 | draft/revise stipulation to extend preference complaint response deadline for American Eagle | B180 | NJS | 0.20 | 90.00 |

Case 23-90132 Document 2750 Filed in TXSB on 04/21/26 Page 34 of 107

| 7/10/2025 | communication to C. Murray and J. Parker (both American Eagle Counsel) re stipulation to extend response deadline | B180 | NJS | 0.20 | 90.00 |
|---|---|---|---|---|---|
| 7/10/2025 | review pleadings and docket regarding DIP stay relief (1.5); review motion to confirm executory contract rejection (1.2); emails and tc with Mr. Dykes regarding same and regarding regulatory issues (.4) | B130 | WSR | 3.10 | 2,015.00 |
| 7/10/2025 | Receipt and review of correspondence from S. Riccardi re: Quail Oil Tools defenses to preference demand, review same | B180 | BAB | 0.90 | 585.00 |
| 7/10/2025 | Review and analyze Archrock preference defenses | B180 | BAB | 2.20 | 1,430.00 |
| 7/10/2025 | Drafting Second Stipulation between Warner & P2 Energy (0.4); Communications with C.Stahl re Stipulation (0.1) | B180 | AWM | 0.50 | 200.00 |
| 7/11/2025 | Communication with NRW re: agreement and TGS issues, analysis of same | B190 | BWA | 0.40 | 220.00 |
| 7/11/2025 | email to/from Mr. Dykes regarding inventory sale issues and automatic stay | B130 | WSR | 0.30 | 195.00 |
| 7/11/2025 | Emails with K. Khoury re: stay relief stipulation status, circulate signed stipulation | B140 | BAB | 0.40 | 260.00 |
| 7/11/2025 | Preparing additional stipulations for extensions with APort and Diamond Tank; revise extension with Island Operating; finalize all for filing; emails related to same. | B180 | KAH | 0.30 | 90.00 |
| 7/11/2025 | Drafting Third Stipulation for Warner v. Island Operating (0.4); Communications with Email to C. Rubio & D. Gamble re island operating third stipulation (0.1) | B180 | AWM | 0.50 | 200.00 |
| 7/14/2025 | Prepare second stipulation for Major Equipment; emails related to same | B180 | KAH | 0.20 | 60.00 |
| 7/14/2025 | Communication with NRW re: agreement terms, analysis of same | B190 | BWA | 0.50 | 275.00 |
| 7/15/2025 | Attention to stipulations with Aport, Diamond Tank and Island Operating; prepare second stip for Major Equipment | B180 | KAH | 0.30 | 90.00 |
| 7/15/2025 | analysis of potential funds for admins and general unsecured creditors to response to inquiry from T. Draper (Total Safety) | B180 | NJS | 0.30 | 135.00 |
| 7/15/2025 | review/analyze executed agreement to reimburse by NRW and compare with original | B190 | NJS | 0.40 | 180.00 |
| 7/15/2025 | Telephone conference and email communication with K. Clark (R&R counsel) re: draft 2004, analysis of response to same (1.10); Communication with NRW's counsel, Trustee, and paralegals re: executed agreement and wire transfer (1.30) | B190 | BWA | 2.40 | 1,320.00 |
| 7/15/2025 | Review and analyze latest NRW communicaiton and position on records disposal, possible response to same | B130 | BAB | 0.60 | 390.00 |
| 7/15/2025 | Preparing update on Preference Matters | B180 | AWM | 0.30 | 120.00 |
| 7/16/2025 | Attention to NRW Veritrust agreement; obtaining signature; emails re same | B130 | KAH | 0.20 | 60.00 |
| 7/16/2025 | Finalize second stipulation with Fab-Con; review status of all preference actions with answers due today. | B180 | KAH | 0.30 | 90.00 |

Case 23-90032 Document 2625 Filed in TXSB on 04/21/26 Page 35 of 107

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 7/16/2025 | continue drafting/revising SRBA second interim fee application | B160 | NJS | 0.70 | 315.00 |
| 7/16/2025 | Communication with Trustee re: executing agreement and wires (.90); Communication with NRW counsel re: wire confirmation and fully-executed agreement (.30); Internal efforts to obtain signatures, finalize agreement, and attend to logistics of wires (1.20); Correspondence from Access re: records, attention to same (.20) | B190 | BWA | 2.60 | 1,430.00 |
| 7/16/2025 | Communications with A. Mendez re Trustee's Notice of Abandonment (0.1); Revising Notice of Abandonment exhibit | B130 | AWM | 0.20 | 80.00 |
| 7/16/2025 | Communications with M. Thomas re: Fab-Con extension | B180 | BAB | 0.30 | 195.00 |
| 7/16/2025 | Review and analyze Leviathan Offshore answer to preference complaint | B180 | BAB | 0.50 | 325.00 |
| 7/16/2025 | Communications with M. Thomas re Second Stipulation between Trustee & Fab-Con (0.2); Drafting Second Stipulation between Trustee and Fab-Con (0.3) | B180 | AWM | 0.50 | 200.00 |
| 7/17/2025 | Attention to second signed stipulation with Fab-Con and Major Equipment; emails related to same. | B180 | KAH | 0.20 | 60.00 |
| 7/17/2025 | Revise Motion to Abandon Related Assets | B130 | AWM | 4.10 | 1,640.00 |
| 7/17/2025 | Revising Motion to Confirm Rejection of Operatorship Eloi Bay | B130 | AWM | 1.30 | 520.00 |
| 7/17/2025 | Communications with M. Thomas re second stipulation between Trustee and Fab-Con | B190 | AWM | 0.10 | 40.00 |
| 7/17/2025 | continue drafting/revising SRBA second interim fee application | B160 | NJS | 2.40 | 1,080.00 |
| 7/17/2025 | Drafting default motion against VCG (0.6); Communications with Joseph and Ware re VCG preference case (0.1) | B180 | AWM | 0.70 | 280.00 |
| 7/18/2025 | Prepare third stipulation/order for extension to answer for Gulf Land Structures; emails with GLS counsel re same | B180 | KAH | 0.20 | 60.00 |
| 7/18/2025 | Correspondence from VeriTrust re: NRW turnover | B190 | BWA | 0.10 | 55.00 |
| 7/18/2025 | Receipt and review of revised notice of abandonment and motion to abandon remaining assets and related communications with A. Mock, W. Robbins and M. Warner. | B130 | PDS | 0.50 | 325.00 |
| 7/18/2025 | Revising Exhibit to Notice of Abandonment (3.6); Communications with Trustee re Notice of Amended Exhibit (0.1); Communications with A. Mendez re Trustee's Notice of Amended Exhibit to Notice of Abandonment (0.1) | B130 | AWM | 3.80 | 1,520.00 |
| 7/18/2025 | continue drafting/revising SRBA second interim fee application | B160 | NJS | 1.20 | 540.00 |
| 7/18/2025 | Receipt and review of Answers filed by Burner Control, VCG re: preference complaints | B180 | BAB | 0.40 | 260.00 |
| 7/21/2025 | Finalize Notice of Amended Exhibit for filing | B130 | KAH | 0.20 | 60.00 |
| 7/21/2025 | review/ revise abandonment of remaining assets motion; review and analyze motion regarding confirmation of rejection; emails to/from Rodney Dykes regarding remaining operating assets; review and analyze request from R&R Boats as to documents | B130 | WSR | 2.80 | 1,820.00 |

| 7/21/2025 | Receipt of N. Zimmerman w/e 7-18 invoice; update payables | B210 | KAH | 0.10 | 30.00 |
|---|---|---|---|---|---|
| 7/21/2025 | Revise Notice of Abandonment Exhibit (0.5); Revising Motion to Abandon Related Assets (0.2); Communications with Rodney re Abandonment Notices (0.1) | B130 | AWM | 0.80 | 320.00 |
| 7/21/2025 | continue drafting/revising SRBA second interim fee application | B160 | NJS | 2.60 | 1,170.00 |
| 7/21/2025 | continue drafting/revising SRBA second interim fee application | B160 | NJS | 1.90 | 855.00 |
| 7/21/2025 | Attention to supporting documentation for abandonment motion (.30); Telephonic and email communication with R&R counsel, analysis of issues, and communication with Trustee re: same (1.60) | B130 | BWA | 1.90 | 1,045.00 |
| 7/22/2025 | Email from Trustee re planning meeting for preference complaints; emails to counsel and Trustee re same; update tracking spreadsheet for Trustee | B180 | KAH | 0.50 | 150.00 |
| 7/22/2025 | Draft third stipulation for extension for Sea Robin | B180 | KAH | 0.20 | 60.00 |
| 7/22/2025 | Receipt/review R. Dykes w/e 7-18 activity report; update July payables. | B210 | KAH | 0.10 | 30.00 |
| 7/22/2025 | Draft/revise (a) Initial Disclosures and (2) Initial Discovery and related internal communications with preference teams and R. Dykes. | B180 | PDS | 1.90 | 1,235.00 |
| 7/22/2025 | revising motion to abandon related assets | B130 | AWM | 0.50 | 200.00 |
| 7/22/2025 | Review and analyze reassigned preference cases, status of same, needs going forward | B180 | BAB | 0.60 | 390.00 |
| 7/22/2025 | Multiple communications with R. Dykes re: info for R26 conferences | B180 | BAB | 0.40 | 260.00 |
| 7/22/2025 | review / revise third abandonment motion; emails to/from Mr. Warner regarding same; emails to/from Mr. Dykes regarding additional operating issues and review motion regarding same; emails regarding R&R Boats; emails regarding various tolling and preference issues | B130 | WSR | 2.50 | 1,625.00 |
| 7/22/2025 | Communication with R&R counsel and Trustee re: GOL payments | B180 | BWA | 0.50 | 275.00 |
| 7/23/2025 | Update preference proceedings tracking spreadsheet. | B180 | KAH | 0.30 | 90.00 |
| 7/23/2025 | email to DIP Lenders forwarding proposed abandonment | B130 | WSR | 0.40 | 260.00 |
| 7/24/2025 | Emails from trustee re preference actions; research Texas Aircraft Management formation and any affiliations; respond to trustee's inquiry. | B180 | KAH | 0.70 | 210.00 |
| 7/24/2025 | Additional emails to/from trustee re Texas Aircraft research | B180 | KAH | 0.20 | 60.00 |
| 7/24/2025 | Communication with M. Warner, R. Dykes, and K. Heard re Texas Aircraft Management (.2). | B180 | PDS | 0.20 | 130.00 |
| 7/24/2025 | Multiple communications with R. Dykes and LADNR re oil and gas properties. | B130 | PDS | 0.20 | 130.00 |
| 7/24/2025 | review various preference actions and status of same; correspondence from Mr. Dykes on various matters; | B130 | WSR | 1.70 | 1,105.00 |
| 7/24/2025 | update avoidance action analyses in everlaw | B180 | NJS | 0.40 | 180.00 |

| Date | Description | | Timekeeper | Hours | Amount |
|------|-------------|---|-----------|-------|--------|
| 7/24/2025 | Communications with client re: adversary proceeding status, moving for default | B180 | BAB | 0.40 | 260.00 |
| 7/24/2025 | Conducting status update on preference suits (0.9); Meeting with B. Brown re preference suits (0.4) | B180 | AWM | 1.30 | 520.00 |
| 7/25/2025 | Receipt and review of settlement communication from A. Long and related communication with Firm (.2); | B180 | PDS | 0.20 | 130.00 |
| 7/25/2025 | Review and analyze chart and information regarding operatorship properties; tc and emails to/from Rodney Dykes; review and analyze proposed preference counter offer | B130 | WSR | 2.30 | 1,495.00 |
| 7/25/2025 | Conducting Fab-Con preference analysis (0.6); conducting P2 energy preference analysis (3.4); conducting VCG preference analysis (.9) | B180 | AWM | 4.90 | 1,960.00 |
| 7/28/2025 | Review all adversary proceeding status; update tracking spreadsheet accordingly. | B180 | KAH | 0.50 | 150.00 |
| 7/28/2025 | Finalize third stipulation and order for extension with Sea Robin; run redlines from second stipulation; emails to/from counsel re same | B180 | KAH | 0.30 | 90.00 |
| 7/28/2025 | meeting with B. Brown re P2 Energy preference analysis | B190 | AWM | 0.20 | 80.00 |
| 7/28/2025 | Conducting preference analysis for Signal Administration | B180 | AWM | 1.80 | 720.00 |
| 7/28/2025 | correspondence to T. Draper (Total Safety) re avoidance claims | B180 | NJS | 0.10 | 45.00 |
| 7/28/2025 | continue analysis of affirmative defenses | B180 | NJS | 0.40 | 180.00 |
| 7/28/2025 | Review correspondence from K. Khoury re: indeminity demand from Cox insurer | B140 | BAB | 0.20 | 130.00 |
| 7/28/2025 | emails from Mr. Dykes; receive and initial review of Devon Energy correspondence; review various preference issues | B180 | WSR | 1.20 | 780.00 |
| 7/29/2025 | Draft first extension of tolling agreement for Signal Management; emails related to same. | B180 | KAH | 0.30 | 90.00 |
| 7/29/2025 | Receipt of signed third stip and order granting extension with Sea Robin; update tracking spreadsheet; email to opposing counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 7/29/2025 | Receipt and review of extended tolling agreement and related communication with K. Heard, opposing counsel and W. Robbins. | B180 | PDS | 0.20 | 130.00 |
| 7/29/2025 | review and analyze preference defenses (.5); review and analyze Devon Notice of Default (1.5) review and revise proposed Royalty Escrow Release letter (.8); emails regarding same (.5); emails from DIP counsel regarding abandonment / carveout (.3) | B130 | WSR | 3.50 | 2,275.00 |
| 7/30/2025 | Receipt and review of Lenders' stipulation and realted communications with L. Phillips, W. Robbins, and M. Warner. | B130 | PDS | 0.70 | 455.00 |
| 7/30/2025 | additional analysis of Devon default notice (1.8) email to / from Devon regarding same (.3); email to/from Mr. Dykes regarding underlying properties (.3); tc with Amarillo counsel regarding escrow release (.2); multiple revisions of escrow release letter (.8); review proposed carveout (.5) | B130 | WSR | 3.80 | 2,470.00 |

| Date | Description | Task | Earner | Hours | Amount |
|------|-------------|------|--------|-------|--------|
| 7/31/2025 | multiple emails to/from W&T and to/from Louis Phillips regarding escrow release (.7); review multiple drafts and revisions to release letter (.8); emails to/from Trustee (.4); email from Devon regarding bond demand (.2) | B130 | WSR | 2.10 | 1,365.00 |
| 7/31/2025 | revisions to Lenders' Stip and related communication with M. Warner, W. Robbins, and L. Phillips. | B130 | PDS | 1.30 | 845.00 |
| | **Total** | | | **152.30** | **$79,245.00** |

### FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|------------|--|-------|----------------|--------|
| PDS | Paul Douglas Stewart, Jr. | 11.20 | 650.00 | 7,280.00 |
| WSR | William S. Robbins | 41.40 | 650.00 | 26,910.00 |
| AWM | Abigail W. Mock | 53.00 | 400.00 | 21,200.00 |
| BAB | Brandon A. Brown | 14.30 | 650.00 | 9,295.00 |
| BWA | Brooke W. Altazan | 10.70 | 550.00 | 5,885.00 |
| JDC | Jamie D. Cangelosi | 0.50 | 550.00 | 275.00 |
| KAH | Kimberly A. Heard | 7.60 | 300.00 | 2,280.00 |
| NJS | Nicholas J. Smeltz | 13.60 | 450.00 | 6,120.00 |

### TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|------|--|-------|----------------|--------|
| B110 | Case Administration | 0.20 | 550.00 | 110.00 |
| B130 | Asset Disposition | 86.80 | 540.78 | 46,940.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.60 | 650.00 | 390.00 |
| B150 | Meetings of and Communications with Creditors | 0.40 | 550.00 | 220.00 |
| B160 | Fee/Employment Applications | 11.50 | 433.04 | 4,980.00 |
| B180 | Avoidance Action Analysis | 43.70 | 495.65 | 21,660.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 7.10 | 538.03 | 3,820.00 |
| B210 | Business Operations | 0.50 | 300.00 | 150.00 |
| B220 | Employee Benefits/Pensions | 1.50 | 650.00 | 975.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 7/24/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 7/24/2025 | TransUnion for UCC searches | 29.00 |
| 7/31/2025 | Copies for July 2025 | 16.40 |
| 7/31/2025 | Pacer for July 2025 | 57.50 |
| 7/31/2025 | Lexis for July 2025 | 34.44 |
| 7/31/2025 | Everlaw for July 2025 | 236.48 |
| 7/31/2025 | Everlaw-ECA for July 2025 | 148.97 |
| | **Total DISBURSEMENTS** | **$523.79** |

## PAYMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 3/24/2026 | | 400,000.00 |
| | **Total PAYMENTS** | **$400,000.00** |

| | | |
|--|--|--|
| | New Charges | $79,768.79 |

Case 23-90133 Document 2625 Filed in TXSB on 04/21/26 Page 39 of 107

| | |
|---|---:|
| Previous Balance | $1,128,306.91 |
| Payments | -$400,000.00 |
| **Balance Forward** | **$728,306.91** |
| | |
| **Balance Due** | **$808,075.70** |

Case 23-90133 Document 2625 Filed in TXSB on 04/21/26 Page 39 of 107

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
|  | ) |  |
| **MLCJR LLC,** *et al.,*[1] | ) | **Case No. 23-90324 (CML)** |
|  | ) |  |
| **Debtors** | ) | **Jointly Administered** |
|  | ) |  |
|  | ) |  |

**SIXTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING AUGUST 31, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Sixteenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending August 31, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | August 1, 2025 through August 31, 2025 |
| Number Monthly Fee Statements: | Sixteenth |
| **STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES** | |
| Total Statement Period Fees | $100,875.00 |
| Total Interim Fees (80%) Requested | $80,700.00 |
| Total Expenses Requested | $3,342.31 |
| Total Interim Remuneration Requested (exclusive of holdback): | $84,042.31 |
| **STATEMENT PERIOD SUMMARY FOR ATTORNEYS** | |
| Total attorney fees requested in this statement: | $94,604.92 |
| Total actual attorney hours covered by this statement: | 185.30 |
| Average hourly rate for attorneys: | $510.55 |
| **STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS** | |
| Total paraprofessional fees requested in this statement: | $6,270.00 |
| Total actual paraprofessional hours covered by this statement: | 20.9 |
| Average hourly rate for paraprofessionals: | $300.00 |

**In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1.     The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 32.10 | 650.00 | 20,865.00 |
| WSR | William S. Robbins | 21.20 | 650.00 | 13,780.00 |
| AWM | Abigail W. Mock | 94.00 | 400.00 | 37,600.00 |
| BAB | Brandon A. Brown | 25.10 | 650.00 | 16,315.00 |
| BWA | Brooke W. Altazan | 2.40 | 550.00 | 1,320.00 |
| KAH | Kimberly A. Heard | 20.90 | 300.00 | 6,270.00 |
| NJS | Nicholas J. Smeltz | 10.50 | 450.00 | 4,725.00 |

2.     The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 41.50 | 596.39 | 24,750.00 |
| B160 | Fee/Employment Applications | 12.40 | 439.52 | 5,450.00 |
| B180 | Avoidance Action Analysis | 137.50 | 460.98 | 63,385.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 8.00 | 443.13 | 3,545.00 |
| B210 | Business Operations | 3.00 | 425.00 | 1,275.00 |
| B220 | Employee Benefits/Pensions | 3.80 | 650.00 | 2,470.00 |

3.     The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 8/20/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 488.63 |
| 8/27/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 2,033.88 |
| 8/28/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 8/31/2025 | Pacer for August 2025 | 42.40 |
| 8/31/2025 | Copies for August 2025 | 271.80 |
| 8/31/2025 | Lexis for August 2025 | 117.16 |
| 8/31/2025 | Everlaw for August 2025 | 236.47 |
| 8/31/2025 | Everlaw-ECA for August 2025 | 148.97 |
| | **Total DISBURSEMENTS** | **$3,342.31** |

4.      SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.      Pursuant to the Interim Compensation Order, SRBA seeks payment of $84,042.31 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:          May 15, 2026                    Respectfully Submitted,

                                                **STEWART ROBBINS BROWN**
                                                **& ALTAZAN, LLC**


                                By:     /s/Paul Douglas Stewart, Jr.
                                        Paul Douglas Stewart, Jr. (La. Bar # 24661)
                                        *Admitted to Southern District of Texas*
                                        *(SDTX Federal No. 432642)*
                                        dstewart@stewartrobbins.com
                                        William S. Robbins (Tx. Bar # 24100894)
                                        wrobbins@stewartrobbins.com
                                        301 Main Street, Suite 1640
                                        Baton Rouge, LA 70801-0016
                                        Telephone: (225) 231-9998
                                        Facsimile: (225) 709-9467

                                        ***Counsel for Michael D. Warner,***
                                        ***Chapter 7 Trustee***

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – August 1, 2025 – August 31, 2025**



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

May 13, 2026

File #:  119-001
Invoice #:      1949

**RE:**  In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 8/1/2025 | Research Pride Oil & Gas invoice | B210 | KAH | 0.20 | 60.00 |
| 8/1/2025 | Telephone conference and email communication with counsel for R&R re: documents, internal communication re: same | B190 | BWA | 0.60 | 330.00 |
| 8/1/2025 | Receipt and review of OG fee app for Borror, SRBA (0.1), multiple communications with M. Borror, client re: same, procedure for payment issuance from holdback funds (0.3) | B160 | BAB | 0.40 | 260.00 |
| 8/1/2025 | Revisions to carveout proposal and related communications with W. Robbins, M. Warner, and L. Phillips (.7). | B130 | PDS | 0.70 | 455.00 |
| 8/1/2025 | Settlement communications with A. Goodman (.2); communications with A. Mendez and C. Nobles re withdrawal of reference (.1). | B180 | PDS | 0.30 | 195.00 |
| 8/1/2025 | emails regarding abandonment issues (.3); tc and email with Trustee regarding W&T / Escrow release issues (.4); emails regarding abstract invoice (.3); emails regarding A&M communications(.5) | B130 | WSR | 1.50 | 975.00 |
| 8/4/2025 | Receipt/review N. Zimmerman w/e 8.1.25 invoice; update payable spreadsheet; review July payables for submission; email to PDS re same. | B160 | KAH | 0.30 | 90.00 |
| 8/4/2025 | Follow-up re: R&R requests | B190 | BWA | 0.10 | 55.00 |
| 8/4/2025 | Communications with client, M. Borror re: further needs to terminate and close plan | B220 | BAB | 0.60 | 390.00 |
| 8/4/2025 | Communications with M. Borror re: holdback fund payments, review correspondence from Empower re: same | B220 | BAB | 0.40 | 260.00 |
| 8/4/2025 | Preference management and related call with M. Warner (.8); call with R. Kuebel re settlement (.2). | B180 | PDS | 1.00 | 650.00 |
| 8/4/2025 | Communication with L. Phillips (.5), W. Robbins (.1), and M. Warner (.2) re careout stipulations. | B130 | PDS | 0.80 | 520.00 |
| 8/4/2025 | emails to/from trustee regarding abandonment (.3); email from VESCO regarding various issues (.4) | B130 | WSR | 0.70 | 455.00 |
| 8/4/2025 | conducting preference suits update | B180 | AWM | 0.30 | 120.00 |
| 8/5/2025 | Draft third stipulations for extensions with A-Port and Diamond Tank Rentals; multiple emails related to same. | B180 | KAH | 0.30 | 90.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/5/2025 | Updates to preference tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 8/5/2025 | Forward July payables to trustee | B210 | KAH | 0.10 | 30.00 |
| 8/5/2025 | Finalize third stipulations; emails with counsel for A-Port and Diamond Tank Rental | B180 | KAH | 0.20 | 60.00 |
| 8/5/2025 | Revise Third Abandonment Motion | B130 | AWM | 0.10 | 40.00 |
| 8/5/2025 | Attention to extensions of time for various preference targets | B180 | BAB | 0.70 | 455.00 |
| 8/5/2025 | Communication with L. Phillips and M. Warner re stipulation (.3). | B130 | PDS | 0.30 | 195.00 |
| 8/5/2025 | Communication with W. Robbins, M. Warner and A. Rappold re preference settlement (.8); communication with S. Mayer and K. Heard re stipulated extensions (.3). | B180 | PDS | 1.10 | 715.00 |
| 8/5/2025 | review and analyze abandonment and carveout issues (.5); review and analyze preference issues and settlement offer (.4); review pleadings as to VESCO sale and emails regarding same (.5); review abandonment motion and emails regarding same (.3); emails from Mr. Dykes regarding regulatory issues and tc with same (.4) | B130 | WSR | 2.10 | 1,365.00 |
| 8/5/2025 | Drafting summary for the Trustee re Bristow preference analysis | B180 | AWM | 1.10 | 440.00 |
| 8/6/2025 | Review status of various tolled preference targets. | B180 | KAH | 0.20 | 60.00 |
| 8/6/2025 | Prepare second stipulation for extension to answer for Total Safety | B180 | KAH | 0.20 | 60.00 |
| 8/6/2025 | Receipt of signed orders granting additional extension to A-Port and Diamond Rental; update tracking spreadsheet; forward to opposing counsel. | B180 | KAH | 0.20 | 60.00 |
| 8/6/2025 | email to T. Draper (Total Safety) re extension of response deadline to answer preference complaint | B180 | NJS | 0.10 | 45.00 |
| 8/6/2025 | Attention to extension issues for Total Safety, other preference defendants/targets | B180 | BAB | 0.60 | 390.00 |
| 8/6/2025 | Communications with M. Borror, client re: forms needed from Empower for holdback disbursements, attention to providing documentation requested | B220 | BAB | 0.60 | 390.00 |
| 8/6/2025 | Call with B. Barriere, C. Noble, and M. Warner re preference issues (.5); communication with A. Mendez re same (.2). | B180 | PDS | 0.70 | 455.00 |
| 8/6/2025 | Drafting Preference Action Summary and Reccomendation for Trustee for Signal Administration | B180 | AWM | 1.50 | 600.00 |
| 8/7/2025 | Prepare second stipulation for extension for Petroquip; forward to opposing counsel; update tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 8/7/2025 | tc with W&T Counsel regarding escrow release agreement and motion (.4); consider prefernce action issues (.3) | B130 | WSR | 0.70 | 455.00 |
| 8/7/2025 | Follow-up re: R&R document requests | B190 | BWA | 0.20 | 110.00 |
| 8/7/2025 | Analyze response and filing deadlines for preference defendants and targets, begin analysis of needs to obtain extensions from parties | B180 | BAB | 0.70 | 455.00 |
| 8/8/2025 | Receipt of signed second stipulation with Petroquip; forward to opposing counsel update tracking spreadsheet. | B180 | KAH | 0.20 | 60.00 |

| Date | Description | Task | Tkpr | Hours | Amount |
|---|---|---|---|---|---|
| 8/8/2025 | analysis of Signal Admin preference defenses (.4); communications regarding Brostow preference settlement(.2); emails to/from Mr. Dykes (.3) | B130 | WSR | 0.90 | 585.00 |
| 8/8/2025 | Conducting preference analysis for ESSI | B180 | AWM | 3.40 | 1,360.00 |
| 8/8/2025 | Communication with M. Warner and J. Caneco re preferece issues (.3); communication with M. Warner and firm re Bristow settlememnt (.2); | B180 | PDS | 0.50 | 325.00 |
| 8/8/2025 | Email to Trustee re Signal Administration preference analysis | B180 | AWM | 0.10 | 40.00 |
| 8/11/2025 | Receipt of N. Zimmerman w/e 8-8 invoice; add to August payables. | B210 | KAH | 0.10 | 30.00 |
| 8/11/2025 | Review status of pending adversary proceedings | B180 | KAH | 0.20 | 60.00 |
| 8/11/2025 | Finalize second stipulation for extension to answer for Total Safety | B180 | KAH | 0.10 | 30.00 |
| 8/11/2025 | Prepare second stipulations for Fugro and American Eagle; emails with opposing counsel related to same. | B180 | KAH | 0.30 | 90.00 |
| 8/11/2025 | Receipt/review of R. Dykes w/e 8-8 activity report; email to R. Dykes re discrepancy in hours. | B210 | KAH | 0.20 | 60.00 |
| 8/11/2025 | Conducting American Express preference analysis (4.0); Conducting Forefront Preference Analysis (2.4) | B180 | AWM | 6.40 | 2,560.00 |
| 8/11/2025 | phone call with C. Murray (American Eagle) re extension of response deadline in avoidance action and invoices underlying new value | B180 | NJS | 0.10 | 45.00 |
| 8/11/2025 | email to C. Murray (American Eagle) circulating stipulation to extend American Eagle response deadline | B180 | NJS | 0.10 | 45.00 |
| 8/11/2025 | review files and communications regarding preference issues (.5); emails from Mr. Dykes (.3); review abandonment and carveout issues (.3) | B130 | WSR | 1.10 | 715.00 |
| 8/11/2025 | Communications with various preference defendants/targets re; extensions of time and tolling | B180 | BAB | 0.50 | 325.00 |
| 8/11/2025 | Communications with client re: forms necessary for Empower to process holdback allocations | B220 | BAB | 0.20 | 130.00 |
| 8/11/2025 | Review of, and revisions to, third abandonment motion and related communications with L. Phillips, M. Warner, and W. Robbins. | B130 | PDS | 1.60 | 1,040.00 |
| 8/11/2025 | Communications with P. Eisenberg and firm re extension (.1); | B180 | PDS | 0.10 | 65.00 |
| 8/11/2025 | Email to C. Okarter re Amex account statements for preference analysis (0.1); call with Trustee re Signal Administration preference analysis (0.3); email to Anne Rappold re settlement call with Bristow re preference (0.1) | B180 | AWM | 0.50 | 200.00 |
| 8/12/2025 | Finalize second stipulation with American Eagle; update tracking spreadsheet. | B180 | KAH | 0.20 | 60.00 |
| 8/12/2025 | Prepare first extension of tolling agreement for Delta's Missy | B180 | KAH | 0.20 | 60.00 |
| 8/12/2025 | Email from R. Dykes re response to discrepancy in hours; update August payable spreadsheet | B210 | KAH | 0.10 | 30.00 |
| 8/12/2025 | Revising Third Abandonment Motion | B130 | AWM | 2.10 | 840.00 |

| Date | Description | Code | Initials | Hours | Amount |
|------|-------------|------|----------|-------|--------|
| 8/12/2025 | Revising Bristow Preference analysis | B180 | AWM | 0.40 | 160.00 |
| 8/12/2025 | Conducting ESSI preference analysis | B180 | AWM | 3.70 | 1,480.00 |
| 8/12/2025 | comparison of executed American Eagle stipulation with original | B180 | NJS | 0.20 | 90.00 |
| 8/12/2025 | attention to various preference issues (.4); tc with counsel for Bristow regarding preference defenses and offer (.3); emails regarding regulatory issues (.2); emails regarding abandonment (.2) | B130 | WSR | 1.10 | 715.00 |
| 8/12/2025 | email to/from Trustee regarding Devon bond demand issues | B130 | WSR | 0.40 | 260.00 |
| 8/12/2025 | Telephone conference with F. Laudumiey re: extensions of time for preference targets | B180 | BAB | 0.30 | 195.00 |
| 8/12/2025 | Communications with M. Crocker re: Sea Robin extension, defenses | B180 | BAB | 0.40 | 260.00 |
| 8/12/2025 | Communications with M. Crocker re settlement issues (.2); | B180 | PDS | 0.20 | 130.00 |
| 8/12/2025 | Communication with M. Warner re stipulations (.2); receipt and review of latest abandonment motion and related communications with M. Warner, A. Mock and W. Robbins (.2). | B130 | PDS | 0.40 | 260.00 |
| 8/13/2025 | Review preference targets with tolling agreements; emails to assigned attorney re status | B180 | KAH | 0.50 | 150.00 |
| 8/13/2025 | Prepare third stipulation for extension for Major Equipment; email to A. Long re same. | B180 | KAH | 0.20 | 60.00 |
| 8/13/2025 | revising Third Abandonment Motion | B130 | AWM | 2.50 | 1,000.00 |
| 8/13/2025 | drafting correspondence to extend tolling agreement with tolled parties | B190 | AWM | 0.30 | 120.00 |
| 8/13/2025 | continued ESSI preference analysis (.2); Conducted Sparrows preference analysis (1.7) | B180 | AWM | 1.90 | 760.00 |
| 8/13/2025 | review and analyze preference issues (.4); review abandonment issues (.3); review and analyze latest operatorship materials received form Mr. Dykes and related correspondence (1.2) | B130 | WSR | 1.90 | 1,235.00 |
| 8/13/2025 | Communications with F. Laudumiey re: tolling agreements | B180 | BAB | 0.20 | 130.00 |
| 8/13/2025 | Analyze status of tolling agreements and answer deadlines for preference defendants/targets, create action list for same | B180 | BAB | 1.60 | 1,040.00 |
| 8/13/2025 | Telephone conference with A. Long re: extensions for Major Equipment and other client | B180 | BAB | 0.40 | 260.00 |
| 8/13/2025 | Communications with A. Long re: extension of time for Offshore Services | B180 | BAB | 0.20 | 130.00 |
| 8/13/2025 | Settlement communications with A. Long (.2); | B180 | PDS | 0.20 | 130.00 |
| 8/13/2025 | Communications with W. Robbins re abandonment motion (.2); communications with J. Clarke re July invoice (.1); receipt and review of revised abandonment motion and order (.1) | B130 | PDS | 0.40 | 260.00 |
| 8/14/2025 | Draft first extension of tolling agreement for Offshore Services of Acadiana; email to A. Long re same. | B180 | KAH | 0.20 | 60.00 |
| 8/14/2025 | Revisions to Feb 2025 invoice; correction of billing codes. | B160 | KAH | 0.50 | 150.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 8/14/2025 | Prepare third stipulation for Fab-Con; forward to counsel; emails related to same | B180 | KAH | 0.20 | 60.00 |
| 8/14/2025 | continued conducting preference analysis for Sparrows | B180 | AWM | 2.00 | 800.00 |
| 8/14/2025 | revising Third Abandonment Motion | B130 | AWM | 2.50 | 1,000.00 |
| 8/14/2025 | tc with Trustee and review of Devon Bond issues (.4); emails to/from VESCO / BP (.3) | B130 | WSR | 0.70 | 455.00 |
| 8/14/2025 | Communications with A. Long re: Tolling Agreement | B180 | BAB | 0.20 | 130.00 |
| 8/14/2025 | Communications with M. Thomas re: extension for FabCon | B180 | BAB | 0.30 | 195.00 |
| 8/14/2025 | Review correspondence from Crosby Tugs re: defenses, possible settlement | B180 | BAB | 0.40 | 260.00 |
| 8/14/2025 | Call with M. Warner re stipulation and abandonment (.2); communication with L. Phillips re same (.1); revisions to abandonment motion and order and related communications with A. Mock and M. Warner (1.3); communications with L. Phillips and S. Soule re hydricarbons (.2); second revision to abandonment motion and order and related communications with M. Warner and A. Mock (.6). | B130 | PDS | 2.40 | 1,560.00 |
| 8/14/2025 | Receipt and preliminary review of settlement communication re Crosby Tugs and related internal communications (.3). | B180 | PDS | 0.30 | 195.00 |
| 8/14/2025 | Meeting with W. Robbins re preference suits (0.6); Drafting First Extension of tolling agreements between Trustee and tolled parties (1.6) | B180 | AWM | 2.20 | 880.00 |
| 8/15/2025 | Attention to signed stipulation for Major Equipment, forward to counsel (.1); draft fourth stipulation for Island Operating, emails with counsel (.2) | B180 | KAH | 0.30 | 90.00 |
| 8/15/2025 | Communications with A. Long re: signed extension order on Major Equipment AP | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Receipt and review of correspondence from Specialty Offshore re: settlement proposal | B180 | BAB | 0.40 | 260.00 |
| 8/15/2025 | Review status of preference tolling extensions, further needs re: same | B180 | BAB | 0.80 | 520.00 |
| 8/15/2025 | Correspondence with M. Turner re: Fab Con extension order | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Correspondence with J. Hebert re: Eaton extension on tolling agreement | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Correspondence with K. Aguilard re: tolling extensions for clients | B180 | BAB | 0.10 | 65.00 |
| 8/15/2025 | Review of opposition to withdrawal of reference and related communications with B. Barriere and M. Warner. | B180 | PDS | 1.30 | 845.00 |
| 8/15/2025 | Review of maters related to abandonment and related communication with M. Warner (.6); multiple revisions to third abandonment motion and related communications with M. Warner (3.5); | B130 | PDS | 4.10 | 2,665.00 |
| 8/15/2025 | Multiple updates to preference tolling tracking sheet re request for extensions to tolling agreements | B180 | KAH | 0.70 | 210.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 8/15/2025 | drafting first extension of tolling agreements and emailing them to tolled party's counsel | B180 | AWM | 4.80 | 1,920.00 |
| 8/15/2025 | Analyze issues with abandonment motion and obligations of trustee to close pension plan, exceptions in motion needed for same (0.9); multiple communications with M. Borror re: same (0.4) | B220 | BAB | 1.30 | 845.00 |
| 8/16/2025 | Netherland Sewell and Associates Preference Analysis | B180 | AWM | 1.00 | 400.00 |
| 8/16/2025 | continued drafting first extension of tolling agreements and emailing them to tolled party's counsel | B180 | AWM | 0.10 | 40.00 |
| 8/16/2025 | Review correspondence from I. Huval re: tolling agreement extension from La Safety | B180 | BAB | 0.10 | 65.00 |
| 8/17/2025 | Draft/revise MFS for TPS-West and SRBA. | B160 | PDS | 0.60 | 390.00 |
| 8/17/2025 | Draft/revise settlement agreement and motion templates for preference actions. | B180 | PDS | 2.20 | 1,430.00 |
| 8/17/2025 | Revise Thurd Abandonment Motion and Order and related communications with L. Philips and K. Norfleet. | B130 | PDS | 1.50 | 975.00 |
| 8/18/2025 | Revise February invoice; finalize February MFS for SRBA and TPS West; forward to trustee. | B160 | KAH | 0.30 | 90.00 |
| 8/18/2025 | Prepare fourth stipulation for extension; emails to/from defense counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 8/18/2025 | Receipt/review N. Zimmerman w/e 8-8 invoice; update payables. | B210 | KAH | 0.10 | 30.00 |
| 8/18/2025 | Research outstanding Veritrust invoice; email from B. Altazan re same. | B210 | KAH | 0.20 | 60.00 |
| 8/18/2025 | ESSI Preference Analysis (0.5); Sea Robin Preference Analysis (4.4); Netherland Sewell and Associates Preference Analysis (1.5) | B180 | AWM | 6.40 | 2,560.00 |
| 8/18/2025 | continue revising TPS West second interim fee application | B160 | NJS | 2.70 | 1,215.00 |
| 8/18/2025 | continue revising SRBA second interim fee application | B160 | NJS | 0.60 | 270.00 |
| 8/18/2025 | draft/revise trustee second interim fee application | B160 | NJS | 1.60 | 720.00 |
| 8/18/2025 | Communications with client, M. Borror re: IRS communications re: plan filings, review same | B220 | BAB | 0.30 | 195.00 |
| 8/18/2025 | Analyze issues re: Danos, Westwind, need for meeting to discuss settlement | B180 | BAB | 0.20 | 130.00 |
| 8/18/2025 | Communications with B. Kadden re: Keystone tolling extension | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Communications with client re: La safety tolling agreement | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Communications with M. Hollander re: tolling extension for Forefront | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Communications with A. Long re: status of Offshore Services tolling agreement | B180 | BAB | 0.10 | 65.00 |
| 8/18/2025 | Multiple communications with counsel for Cypress Pointe re: tolling extension | B180 | BAB | 0.20 | 130.00 |
| 8/18/2025 | Attention to preference claims where defendants or targets have responded with information | B180 | BAB | 1.60 | 1,040.00 |
| 8/18/2025 | Multiple communications with counsel for AMEX re: tolling agreement | B180 | BAB | 0.20 | 130.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 8/18/2025 | Revisions to abandonment motion and related communications with L. Phillips, M. Warner, W. Robbins and A. Mock. | B130 | PDS | 2.30 | 1,495.00 |
| 8/18/2025 | Receipt of multiple extensions of tolling agreements, forward to trustee (.5); review status of extensions out and update internal tracking (1.2); review defenses, settlement offers received and route to responsible attorney (.5); review status of each preference target with tolling agreement (.8); update tracking spreadsheet (.8). | B180 | KAH | 3.80 | 1,140.00 |
| 8/18/2025 | Communication with Veritrust re: outstanding invoices and internal communication re: same | B210 | BWA | 0.50 | 275.00 |
| 8/18/2025 | conferences and analysis of preference issues | B180 | WSR | 1.40 | 910.00 |
| 8/18/2025 | Review and analyze changes to tolling agreement from The Production Group | B180 | BAB | 0.40 | 260.00 |
| 8/18/2025 | Communication with M. Warner and W. Robbins re Bristow settlement offer (.3); communications with M. Warner and B. Brown re Sea Robin, Triton settlement (.6) communication with numerous parties re tolling agreements and extensions of time within which to plead (.4). | B180 | PDS | 1.30 | 845.00 |
| 8/18/2025 | continued drafting first extension of tolling agreements and emailing them to tolled party's counsel | B180 | AWM | 1.40 | 560.00 |
| 8/18/2025 | Communications with M. Crocker re: Sea Robin preference (0.2), telephone conference with same re: possible resolution (0.4), analyze issues re: deposits with debtors (0.5), review and analyze preference transfer coverage by deposits (0.9) | B180 | BAB | 2.00 | 1,300.00 |
| 8/18/2025 | Communications with counsel for Danos re: PI suit and venue issue (.2), analyze same (.4), communications with client re: same (.1), telephone conferences with counsel for Danos re: venue issue (.5) | B190 | BAB | 1.20 | 780.00 |
| 8/19/2025 | Receipt/review R. Dykes w/e 8-8 activity report; update payables. | B210 | KAH | 0.10 | 30.00 |
| 8/19/2025 | Attention to multiple signed extensions of tolling agreements; email to trustee re same; update tracking spreadsheet. | B180 | KAH | 0.40 | 120.00 |
| 8/19/2025 | Revising Third Abandonment Motion | B130 | AWM | 0.80 | 320.00 |
| 8/19/2025 | Analyze issues re: Flowline adversary and extension request | B180 | BAB | 0.30 | 195.00 |
| 8/19/2025 | Analyze issues re: confidentiality revisions made by AMEX in tolling agreement | B180 | BAB | 0.30 | 195.00 |
| 8/19/2025 | Communications with C. Menasco re: Eaton defenses to preference demand, review and analyze correspondence re: same | B180 | BAB | 0.50 | 325.00 |
| 8/19/2025 | Zoom 341(a) Meeting of EXXI Onshore and related communications with M. Warner (.3); Multiple revisions to Abandonment Motion and Order and related communications with M. Warner, W. Robbins, and A. Mock (1.5); detailed communication with B. Barriere re abandonment strategy (.7); | B130 | PDS | 2.50 | 1,625.00 |

Case 23-90324   Document 2725   Filed in TXSB on 07/31/26   Page 52 of 107

| Date | Description | | | | |
|---|---|---|---|---|---|
| 8/19/2025 | Receipt and preliminary review of settlement analysis from M. Holt (.2); Receipt and preliminary review of settlement analysis from C. Menasco (.3); | B180 | PDS | 0.50 | 325.00 |
| 8/19/2025 | Netherland Sewell and Associates Preference Analysis | B180 | AWM | 1.60 | 640.00 |
| 8/19/2025 | analysis of various preference issues (.7); additional review and revision of Third Abandonment (1.2) | B130 | WSR | 1.90 | 1,235.00 |
| 8/19/2025 | Ordinary Course of Business research (1.6); email to M. Holt re preference demand (0.1) | B190 | AWM | 1.70 | 680.00 |
| 8/20/2025 | Finalize third abandonment motion, order and exhibit for filing; emails from/respond to SRBA team re additional notice parties to serve. | B190 | KAH | 0.70 | 210.00 |
| 8/20/2025 | Prepare fourth stipulation for extension for Gulf Land; emails re same. | B180 | KAH | 0.20 | 60.00 |
| 8/20/2025 | Prepare certificate of service re third mt abandon additional notices | B190 | KAH | 0.20 | 60.00 |
| 8/20/2025 | Crosby Tugs preference analysis (2.0); Specialty Offshore preference analysis (2.4); Gulf Land preference analysis (1.2) | B180 | AWM | 5.60 | 2,240.00 |
| 8/20/2025 | Searching secretary of state websites for registered agents to serve for Third Abandonment Motion | B130 | AWM | 0.90 | 360.00 |
| 8/20/2025 | revising SRBA and TPS second interim fee applications | B160 | NJS | 0.20 | 90.00 |
| 8/20/2025 | Update action list for outstanding tolling agreements, outstanding needs, analyze complaint needs if no agreement received | B180 | BAB | 0.90 | 585.00 |
| 8/20/2025 | Multiple communications with client, M. Borror re: Empower distributions status | B220 | BAB | 0.20 | 130.00 |
| 8/20/2025 | Communications with B. Barriere and M. Warner re third abandonment (.5); | B130 | PDS | 0.50 | 325.00 |
| 8/20/2025 | Communications with K. Herrd re management of preference cases (.2); | B180 | PDS | 0.20 | 130.00 |
| 8/20/2025 | Receipt/review multiple extended tolling agreements (.4); emails to/from trustee related to same (.2); receipt of multiple executed tolling agreements back from trustee (.4); emails to opposing counsel re same (.2); updates to tracking spreadsheet (.4). | B180 | KAH | 1.60 | 480.00 |
| 8/20/2025 | email to A. Rappold re preference settlement offer | B180 | AWM | 0.10 | 40.00 |
| 8/20/2025 | attention to various preference analyses | B180 | WSR | 1.20 | 780.00 |
| 8/21/2025 | Prepare third stipulation for P2 Energy; email to opposing counsel | B180 | KAH | 0.20 | 60.00 |
| 8/21/2025 | Continued Gulf Land preference analysis | B180 | AWM | 2.70 | 1,080.00 |
| 8/21/2025 | continue drafting/revising Trustee second interim fee application | B160 | NJS | 2.00 | 900.00 |
| 8/21/2025 | Initial review and analysis of offer from P2 on preference demand | B180 | BAB | 0.50 | 325.00 |
| 8/21/2025 | Review and revise confidentiality provision requested by AMEX | B180 | BAB | 0.30 | 195.00 |
| 8/21/2025 | Analyze issues with name change to P2 and revisions to tolling agreement | B180 | BAB | 0.20 | 130.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 8/21/2025 | Receipt/review multiple signed tolling agreements (.2); forward to trustee for signature (.1); multiple emails with opposing counsel re same (.2); update tracking spreadsheet (.1). | B180 | KAH | 0.60 | 180.00 |
| 8/21/2025 | Attention to tolling agreements; obtaining signatures (.2) ; emails with trustee and opposing counsel (.1); updates to spreadsheet (.1). | B180 | KAH | 0.40 | 120.00 |
| 8/21/2025 | Email to Kristi Holocombre re Warner v. IFS (0.1); Email to AMEX Counsel re confidentiality stipulation (0.1); Drafting extended tolling agreement for ESSI (.8) | B180 | AWM | 1.00 | 400.00 |
| 8/22/2025 | Receipt of multiple signed extended tolling agreements from trustee; update tracking spreadsheet; emails to opposing counsel forwarding agreements. | B180 | KAH | 0.70 | 210.00 |
| 8/22/2025 | Email from B. Altazan re Veritrust invoice; update payables. | B210 | KAH | 0.20 | 60.00 |
| 8/22/2025 | Updating preference analysis suits spreadsheet (1.5); Sending follow up emails to all parties who have not executed tolling agreement extension (0.9); Drafting Motion to Compromise re Bristow preference demand (0.6) | B190 | AWM | 3.00 | 1,200.00 |
| 8/22/2025 | Conducting Linear Control Preference Analysis | B180 | AWM | 3.10 | 1,240.00 |
| 8/22/2025 | finalizing second interim fee applications of TPS West, SRBA, and Trustee | B160 | NJS | 0.30 | 135.00 |
| 8/22/2025 | gathering exhibits for TPS West, SRBA, and Trustee fee applications and circulate same to M. Warner for approval | B160 | NJS | 0.30 | 135.00 |
| 8/22/2025 | Communications with M. Borror re: Empower distributions of holdback and reassignment of remaining funds to account holders | B220 | BAB | 0.20 | 130.00 |
| 8/22/2025 | Review Veritrust invoicing, communication with Veritrust re: same and direction to paralegal re: payment | B210 | BWA | 1.00 | 550.00 |
| 8/22/2025 | Analyze status of forbearance agreements and suits needing preparation (.7), analyze action list for remaining matters needing tolling agreements (.5) | B180 | BAB | 1.20 | 780.00 |
| 8/25/2025 | Receipt of N. Zimmerman w/e 8-22 invoice; update payables spreadsheet | B210 | KAH | 0.10 | 30.00 |
| 8/25/2025 | Review status of outstanding tolling agreements | B180 | KAH | 0.20 | 60.00 |
| 8/25/2025 | analysis of outstanding tolling agreements with parties | B180 | NJS | 0.60 | 270.00 |
| 8/25/2025 | communication to A. Greenbaum and E. Schnitzer (GOL) re tolling agreement with GOL | B180 | NJS | 0.10 | 45.00 |
| 8/25/2025 | communication with T. Thriffiley (Logic Control, Pelstar, Seatrax, and Shallow Drift) re tolling agreements with Logic Control, Pelstar, Seatrax, and Shallow Draft | B180 | NJS | 0.10 | 45.00 |
| 8/25/2025 | Review and analyze defenses of Linear Controls re: preference demand | B180 | BAB | 0.60 | 390.00 |
| 8/25/2025 | Update action list for outstanding tolling agreements, further needs for same | B180 | BAB | 0.40 | 260.00 |
| 8/25/2025 | Review and analyze proposed settlment agreement with Bristow | B180 | BAB | 0.40 | 260.00 |

| 8/25/2025 | Communications with A. Mock re Linear Controls preference claim (.3); communication with A. Mock and K. Heard re tolled claims (.2); receipt and review of settlement agreement language from M. Warner and related communications with A. Mock (.3); receipt, review, and revisions to, settlement agreement from A. Mock (.8); | B180 | PDS | 1.60 | 1,040.00 |
|---|---|---|---|---|---|
| 8/25/2025 | Attention to multiple preference target tolling status in response to emails from W. Robbins (.4); pull defenses or offers received; forward to W. Robbins (.4). | B180 | KAH | 0.80 | 240.00 |
| 8/25/2025 | analyzing trustee monthly fee statement to determine whether all trustee disbursements were removed from percentage calculation and revising application | B160 | NJS | 1.50 | 675.00 |
| 8/25/2025 | attention to multiple preference issues (.6); email regarding decommissioning obligations demand (.4); analysis of abandonment issues (.5); review American Express confidentiality agreement issues (.3). | B130 | WSR | 1.80 | 1,170.00 |
| 8/25/2025 | Continued Drafting Motion to Compromise re Bristow preference demand (7.4); Communications with J. Araujo re extension of tolling agreement with Accu-Line (0.1); Drafting Tolling Agreement between the Trustee and Bristow (0.3); Drafting Summary and Recommendation to Trustee re Linear Controls Preference Demand (0.5); Communications with Trustee re preference demand to Linear Controls (0.1) | B180 | AWM | 8.40 | 3,360.00 |
| 8/26/2025 | Attention to tolling agreements for W-Industries, Keystone Chemical, Pelstar, Shallow Draft; emails with opposing counsel re same | B180 | KAH | 0.60 | 180.00 |
| 8/26/2025 | Conducting preference analysis for Whitco Supply | B180 | AWM | 0.60 | 240.00 |
| 8/26/2025 | Multiple revisions to Bristow (a) settlement agreement, (b) compromise motion and (c) Order and related sommunications with M. Warner, A. Mock, and W. Robbins. | B180 | PDS | 1.80 | 1,170.00 |
| 8/26/2025 | review and analyze preference issues; forward regulatory emails to Mr. Dykes | B180 | WSR | 1.30 | 845.00 |
| 8/26/2025 | Revising First Extension of Tolling Agreement with GOL (.2); Email to GOL Counsel re First Extension of Tolling Agreement (0.1); Continued Drafting Motion to Compromise re Bristow preference demand (1.8) | B180 | AWM | 2.10 | 840.00 |
| 8/27/2025 | Emails with counsel for P2 Energy re third stipulation; finalize same. | B180 | KAH | 0.20 | 60.00 |
| 8/27/2025 | Receipt of R. Dykes w/e 8-22 activity report. | B210 | KAH | 0.10 | 30.00 |
| 8/27/2025 | Finalize second interim fee apps, exhibits and orders for SRBA, TPS West and Trustee | B160 | KAH | 0.90 | 270.00 |
| 8/27/2025 | Prepare Certificate of Service re fee applications | B160 | KAH | 0.20 | 60.00 |
| 8/27/2025 | Attention to Whitco Pump and Whitco Supply tolling agreements; email to counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 8/27/2025 | Emails to J. Black, C. Okarter, and R. Keating re extended tolling agreements between the Trustee and their clients (0.2); Conducting Preference Analysis for Whitco Supply (4.7) | B180 | AWM | 4.90 | 1,960.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 8/27/2025 | Attention to status of tolling agreements and needs to obtain same, status of complaints against possible non-tolling parties, other items needed | B180 | BAB | 0.90 | 585.00 |
| 8/27/2025 | Communications with preference team re tolling (.3); review of Trustee's changes to settlement motion (.4); | B180 | PDS | 0.70 | 455.00 |
| 8/27/2025 | Attention to tolling agreements with Gulf Coast Marine and Bristow (.1); updates to tracking spreadsheet (.1); emails with opposing counsel re same(.1) | B180 | KAH | 0.30 | 90.00 |
| 8/27/2025 | Attention to tolling agreements w/ W-Industries, Seatrax and Logic Control, emails with respective counsel (.2); update tracking spreadsheet; recap of extended tolling agreements outstanding (.2). | B180 | KAH | 0.40 | 120.00 |
| 8/27/2025 | Call with Trustee re Bristow Settlement Agreement (0.1); Revising Bristow Settlement Agreement (.7); Revising Motion to Compromise re Bristow preference demand (1.2) | B180 | AWM | 2.00 | 800.00 |
| 8/27/2025 | attention to tolling and preference claims issues | B180 | WSR | 1.00 | 650.00 |
| 8/28/2025 | Review status of all tolling parties. | B180 | KAH | 0.40 | 120.00 |
| 8/28/2025 | Prepare report of tolled preference action status for trustee. | B180 | KAH | 0.30 | 90.00 |
| 8/28/2025 | Conducting preference analysis for Wakesha Pearce (2.4); Drafting Preference Analysis Summary for Netherland, Sewell, and Associates, Inc. for Trustee (1.0) | B180 | AWM | 3.40 | 1,360.00 |
| 8/28/2025 | attention to multiple tolling and other preference issues | B180 | WSR | 0.80 | 520.00 |
| 8/28/2025 | Emails to/from W&T ONRR regarding escrow release | B130 | WSR | 0.30 | 195.00 |
| 8/29/2025 | Conducting Netherland Sewell and Associates preference analysis (0.4); Conducting GOL preference analysis (6.6 | B180 | AWM | 7.00 | 2,800.00 |
| 8/29/2025 | Emails to GOL's counsel re extended tolling agreement (0.2); Email to Trustee re GOL's extended tolling agreement (0.1); Email to Bristow's Counsel re Settlement Agreement (0.1) | B180 | AWM | 0.40 | 160.00 |
| 8/29/2025 | attention to various preference issues | B180 | WSR | 0.40 | 260.00 |
| | **Total** | | | **206.20** | **$100,875.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 32.10 | 650.00 | 20,865.00 |
| WSR | William S. Robbins | 21.20 | 650.00 | 13,780.00 |
| AWM | Abigail W. Mock | 94.00 | 400.00 | 37,600.00 |
| BAB | Brandon A. Brown | 25.10 | 650.00 | 16,315.00 |
| BWA | Brooke W. Altazan | 2.40 | 550.00 | 1,320.00 |
| KAH | Kimberly A. Heard | 20.90 | 300.00 | 6,270.00 |
| NJS | Nicholas J. Smeltz | 10.50 | 450.00 | 4,725.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 41.50 | 596.39 | 24,750.00 |
| B160 | Fee/Employment Applications | 12.40 | 439.52 | 5,450.00 |
| B180 | Avoidance Action Analysis | 137.50 | 460.98 | 63,385.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 8.00 | 443.13 | 3,545.00 |
| B210 | Business Operations | 3.00 | 425.00 | 1,275.00 |
| B220 | Employee Benefits/Pensions | 3.80 | 650.00 | 2,470.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 8/20/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | | 1.00 |
| | Texas Secretary of State database fees for entity inquiries | |
| 8/21/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 488.63 |
| 8/27/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for August 2025 | 2,033.88 |
| 8/28/2025 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 8/31/2025 | Pacer for August 2025 | 42.40 |
| 8/31/2025 | Copies for August 2025 | 271.80 |
| 8/31/2025 | Lexis for August 2025 | 117.16 |
| 8/31/2025 | Everlaw for August 2025 | 236.47 |
| 8/31/2025 | Everlaw-ECA for August 2025 | 148.97 |
| | **Total DISBURSEMENTS** | **$3,342.31** |

**PAYMENTS**

| Date | Description | Amount |
|---|---|---|
| 4/30/2026 | | 200,000.00 |
| | **Total PAYMENTS** | **$200,000.00** |

| | New Charges | $104,217.31 |
|---|---|---|

| | |
|---|---|
| Previous Balance | $808,075.70 |
| Payments | -$200,000.00 |
| **Balance Forward** | **$608,075.70** |
| | |
| **Balance Due** | **$712,293.01** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**SEVENTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING SEPTEMBER 30, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Seventeenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending September 30, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | September 1, 2025 through September 30, 2025 |
| Number Monthly Fee Statements: | Seventeenth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $59,650.00 |
| Total Interim Fees (80%) Requested | $47,720.00 |
| Total Expenses Requested | $801.18 |
| Total Interim Remuneration Requested (exclusive of holdback): | $48,521.18 |
| STATEMENT PERIOD SUMMARY FOR ATTORNEYS | |
| Total attorney fees requested in this statement: | $57,790.00 |
| Total actual attorney hours covered by this statement: | 117.90 |
| Average hourly rate for attorneys: | $490.16 |
| STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS | |
| Total paraprofessional fees requested in this statement: | $1,860.00 |
| Total actual paraprofessional hours covered by this statement: | 6.2 |
| Average hourly rate for paraprofessionals: | $300.00 |

In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* **[Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1.      The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 18.70 | 650.00 | 12,155.00 |
| WSR | William S. Robbins | 18.00 | 650.00 | 11,700.00 |
| AWM | Abigail W. Mock | 37.30 | 400.00 | 14,920.00 |
| BAB | Brandon A. Brown | 9.60 | 650.00 | 6,240.00 |
| BWA | Brooke W. Altazan | 1.30 | 550.00 | 715.00 |
| KAH | Kimberly A. Heard | 6.20 | 300.00 | 1,860.00 |
| NJS | Nicholas J. Smeltz | 26.80 | 450.00 | 12,060.00 |

2.      The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.20 | 300.00 | 60.00 |
| B120 | Asset Analysis and Recovery | 0.50 | 450.00 | 225.00 |
| B130 | Asset Disposition | 32.80 | 633.69 | 20,785.00 |
| B160 | Fee/Employment Applications | 2.40 | 372.92 | 895.00 |
| B180 | Avoidance Action Analysis | 70.80 | 456.57 | 32,325.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 6.40 | 486.72 | 3,115.00 |
| B210 | Business Operations | 3.80 | 419.74 | 1,595.00 |
| B220 | Employee Benefits/Pensions | 1.00 | 650.00 | 650.00 |

3.      The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/15/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for September 2025 | 170.85 |
| 9/30/2025 | Everlaw for September 2025 | 236.48 |
| 9/30/2025 | Everlaw-ECA for September 2025 | 148.97 |
| 9/30/2025 | Lexis for September 2025 | 98.48 |
| 9/30/2025 | Pacer for September 2025 | 50.40 |
| 9/30/2025 | Copies for September 2025 | 96.00 |
| | **Total DISBURSEMENTS** | **$801.18** |

4.      SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.      Pursuant to the Interim Compensation Order, SRBA seeks payment of $48,521.18 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:       June 5, 2026                 Respectfully Submitted,

**STEWART ROBBINS BROWN**
**& ALTAZAN, LLC**

By:    /s/Paul Douglas Stewart, Jr.
        Paul Douglas Stewart, Jr. (La. Bar # 24661)
        *Admitted to Southern District of Texas*
        *(SDTX Federal No. 432642)*
        dstewart@stewartrobbins.com
        William S. Robbins (Tx. Bar # 24100894)
        wrobbins@stewartrobbins.com
        301 Main Street, Suite 1640
        Baton Rouge, LA 70801-0016
        Telephone: (225) 231-9998
        Facsimile: (225) 709-9467

        *Counsel for Michael D. Warner,*
        *Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
Time Period – September 1, 2025 – September 30, 2025



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

May 15, 2026

File #: 119-001
Invoice #: 1950

**RE:** In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|------|-------------|------|--------|-------|--------|
| 9/2/2025 | Receipt/review R. Dykes activity report and August invoice; N. Zimmerman invoice; update payables | B210 | KAH | 0.20 | 60.00 |
| 9/2/2025 | Review August payables | B210 | KAH | 0.20 | 60.00 |
| 9/2/2025 | Update preference tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 9/2/2025 | Continued GOL Preference Analysis | B180 | AWM | 5.90 | 2,360.00 |
| 9/2/2025 | Communications with M. Crocker re: Sea Robin proposal | B180 | BAB | 0.30 | 195.00 |
| 9/2/2025 | consider Nicholas Miller correspondence from Ins. Counsel and forward same to Trustee (.2); consider various regulatory emails (.2); consider default correspondence (.2). | B130 | WSR | 0.60 | 390.00 |
| 9/2/2025 | Communications with C. Sonnier re: Dykes deposition in Miller matter (.2), analyze issues with whether estate should participate in deposition of Dykes (.5) | B190 | BAB | 0.70 | 455.00 |
| 9/3/2025 | review and analyze regulatory issues; tc with Trustee regarding pending abandonment issues and attention to related issues | B130 | WSR | 0.70 | 455.00 |
| 9/3/2025 | Communication with A. Mock and B. Brown re preference settlements. | B180 | PDS | 0.20 | 130.00 |
| 9/3/2025 | Email to Bristow counsel re settlement agreement (0.1); research re offsetting administrative expense claim with preference claim (.7) | B180 | AWM | 0.80 | 320.00 |
| 9/3/2025 | Review of August payables for Trustee (.1); | B210 | PDS | 0.10 | 65.00 |
| 9/4/2025 | continue drafting/revising third quarterly operations report | B210 | NJS | 0.70 | 315.00 |
| 9/4/2025 | Receipt and review of revisions to settlement agreement with Bristow and related communications with M. Warner, A. Mock, and W. Robbins (.5); Receipt and review of settlement offer from I. Huval and related communications with A. Mock and B. Brown (.3) | B180 | PDS | 0.80 | 520.00 |
| 9/4/2025 | Review and revise settlement agreement with Bristow, multiple communications with client re: same | B180 | BAB | 0.80 | 520.00 |
| 9/4/2025 | Communcations with I. Huval re: Louisiana Safety Systems settlement proposal, review and analyze letter, analyze defenses, further needs on matter | B180 | BAB | 0.90 | 585.00 |
| 9/4/2025 | email to Bristow's counsel re Settlement Agreement | B180 | AWM | 0.20 | 80.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/4/2025 | Receipt and review of correspondence from S. Mayer re: settlement proposal for Diamond Tank, review (.4) and analyze defenses, proposal, further needs (.8) | B180 | BAB | 1.20 | 780.00 |
| 9/5/2025 | Prepare Third Stipulation for Petroquip | B180 | KAH | 0.20 | 60.00 |
| 9/5/2025 | Receipt of offers/defenses from A-Port, Diamond Tank Rental and LSS; update preference tracking sheet. | B180 | KAH | 0.30 | 90.00 |
| 9/5/2025 | draft/revise fourth quarterly operations report | B210 | NJS | 1.20 | 540.00 |
| 9/5/2025 | draft/revise fifth quarterly operations report | B210 | NJS | 0.50 | 225.00 |
| 9/5/2025 | Communicatio with K. Heard and counsel re extensions. | B180 | PDS | 0.30 | 195.00 |
| 9/5/2025 | Emails and telephone conference with M. Crocker re: Sea Robin proposal and status of same | B180 | BAB | 0.50 | 325.00 |
| 9/8/2025 | Finalize fourth stipulation with Diamond Tank and A-Prt | B180 | KAH | 0.20 | 60.00 |
| 9/8/2025 | Prepare third stipulation for Fugro; email with opposing counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 9/8/2025 | communications with third parties and tc with Trustee regarding W&T / AB escrow issues | B130 | WSR | 0.50 | 325.00 |
| 9/8/2025 | Communications with Trustee re preference settlement. | B180 | PDS | 0.30 | 195.00 |
| 9/9/2025 | Attention to signed stipulations for extensions for A-Port, Fugro, and Diamond Tank Rental; forward to opposing counsel; update tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 9/9/2025 | Communication with co-counsel re preference settlement issues. | B180 | PDS | 0.30 | 195.00 |
| 9/9/2025 | Communication with B. York and M. Warner re NRW response to abandonment motion (.2); communication with W. Robbins and Mike Warner re EPL Pipeline issues (.3). | B130 | PDS | 0.50 | 325.00 |
| 9/9/2025 | Analyze issues with Dykes depostion in Miller matter, estate cost analysis | B190 | BAB | 0.40 | 260.00 |
| 9/9/2025 | review and analyze EPL / LPS (.5); review and analyze abandonment issues (.7) | B130 | WSR | 1.30 | 845.00 |
| 9/9/2025 | Emails and analysis regarding Bristow preference issues | B180 | WSR | 0.60 | 390.00 |
| 9/9/2025 | revising Bristow settlement agreement | B180 | AWM | 0.50 | 200.00 |
| 9/10/2025 | Email from Cactus Wellhead counsel; prepare second stipulation. | B180 | KAH | 0.20 | 60.00 |
| 9/10/2025 | Email from S. Riccardi re multiple preference defendants; coordinate call with SRBA team. | B180 | KAH | 0.20 | 60.00 |
| 9/10/2025 | Finalize third quarterly report for filing. | B110 | KAH | 0.10 | 30.00 |
| 9/10/2025 | communication to B. Dassa requesting form-2s for periods relative to third through fifth quarterly operations reports | B210 | NJS | 0.20 | 90.00 |
| 9/10/2025 | communication to M. Warner (Trustee) re quarterly operations report for November through January and attaching draft of same | B210 | NJS | 0.10 | 45.00 |
| 9/10/2025 | review and analyze proposed motion as to escrow and email to Trustee regarding same (.4); emails to/from Louisiana PSC regarding EPL pipeline issues and review and respond to requested affidavit (.6); | B130 | WSR | 1.00 | 650.00 |

| Date | Description | | | | |
|------|-------------|---|---|---|---|
| 9/10/2025 | Communications with M. Warner and A. Mock re Bristow settlement and related pleadings (.2); communication with other defendants re settlement (.1); | B180 | PDS | 0.30 | 195.00 |
| 9/10/2025 | Multiple communications with S. Ricciardi re: response to preference letters | B180 | BAB | 0.30 | 195.00 |
| 9/10/2025 | Multiple communications with client re: Bristow settlement motion | B180 | BAB | 0.30 | 195.00 |
| 9/10/2025 | Communications with Cactus Wellhead counsel re: extension | B180 | BAB | 0.20 | 130.00 |
| 9/11/2025 | Revisions to March invoice. | B160 | KAH | 0.40 | 120.00 |
| 9/11/2025 | Finalize second stipulation with Cactus Wellhead. | B180 | KAH | 0.10 | 30.00 |
| 9/11/2025 | Finalize stipulation with Amarillo and BP Energy | B130 | KAH | 0.10 | 30.00 |
| 9/11/2025 | analysis of gulfstream affirmative defenses | B180 | NJS | 0.90 | 405.00 |
| 9/11/2025 | email from Trustee regarding escrow (.2); receive/review carveout agreement / stipulation from DIP counsel (.3); conference with ONRR, W&T regarding escrow release (.3) | B130 | WSR | 0.80 | 520.00 |
| 9/11/2025 | Conducting P2 preference analysis (4.1); Drafting summary of status for all preference demands (1.7); Conducting Crosby tugs preference analysis (.4) | B180 | AWM | 6.20 | 2,480.00 |
| 9/11/2025 | Communications with L. Philips, W. Robbins, and M. Warner re Ida stipulation with Lenders and potential blanket stipulation relating to other collateral. | B130 | PDS | 0.90 | 585.00 |
| 9/11/2025 | Communications with client re: Bristow settlement motion | B180 | BAB | 0.20 | 130.00 |
| 9/11/2025 | Analyze preference defenses and settlement offer made by P2, possible issues to raise with client | B180 | BAB | 0.90 | 585.00 |
| 9/12/2025 | Conducting Crosby Tugs preference analysis | B180 | AWM | 0.20 | 80.00 |
| 9/12/2025 | Emails with insurance counsel re: Sykes deposition | B190 | BAB | 0.20 | 130.00 |
| 9/12/2025 | drafting fourth stipulation to extend time to file responsive pleadings between trustee and p2 (.2); email to Trustee re Bristow settlement (.1); email to K. Holocombre re 4th stipulation with P2 (.1); revising Motion to Compromise with Bristow and proposed order (.3) | B180 | AWM | 0.70 | 280.00 |
| 9/12/2025 | review / revise proposed stipulation (.6); emails to/from W&T / ONRR regarding escrow account clarification (.4); email to Trustee regarding same (.4) | B130 | WSR | 1.40 | 910.00 |
| 9/14/2025 | research re undue pressure for peferential transfer | B180 | AWM | 0.60 | 240.00 |
| 9/15/2025 | Prepare Fifth Stipulation for Sea Robin; email to counsel re same. | B180 | KAH | 0.20 | 60.00 |
| 9/15/2025 | Receipt/review N. Zimmerman w/e 9-15 invoice; update payables | B210 | KAH | 0.10 | 30.00 |
| 9/15/2025 | Finalize MT Compromise with Bristow; attention to certificate of service. | B180 | KAH | 0.20 | 60.00 |
| 9/15/2025 | emails from Mr. Dyies (.3); review and analyze additoinal escrow release / stipultiaon issues and correspondence to/from trustee regarding same (.5) | B130 | WSR | 0.80 | 520.00 |
| 9/15/2025 | Conducting preference analysis for Specialty Offshore | B180 | AWM | 0.60 | 240.00 |

| 9/15/2025 | Communications with M. Crocker re extension of adversary/ | B180 | PDS | 0.10 | 65.00 |
|---|---|---|---|---|---|
| 9/15/2025 | Multiple communications with M. Crocker re: Sea Robin deadline, extension of same, review and finalize extension | B180 | BAB | 0.50 | 325.00 |
| 9/15/2025 | Multiple communications with counsel for FabCon re: extension | B180 | BAB | 0.20 | 130.00 |
| 9/15/2025 | Drafting 4th stipulation between Trustee & Fab-Con (.3); Email to J. Brigget re Stipulation between Trustee & Fab-Con (.1); Research re avoidance of settlement payments (.5) | B180 | AWM | 0.90 | 360.00 |
| 9/16/2025 | review and analzye preference issues; emails regarding meeting with Kadden | B130 | WSR | 1.00 | 650.00 |
| 9/16/2025 | Finalize fifth stipulation with Sea Robin | B180 | KAH | 0.10 | 30.00 |
| 9/16/2025 | Communications and conference with M. Crocker re: Sea Robin issues | B180 | BAB | 0.50 | 325.00 |
| 9/17/2025 | Finalize fourth stipulation with P2 Energy | B180 | KAH | 0.10 | 30.00 |
| 9/17/2025 | Compare fourth stipulation received from Fab Con; finalize same; updates to tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 9/17/2025 | emails to/from Trustee regarding W&T / ONRR escrow release | B130 | WSR | 0.40 | 260.00 |
| 9/17/2025 | Analysis of NRW's request for records | B190 | BWA | 0.40 | 220.00 |
| 9/17/2025 | conducting preference analysis for piranha rentals | B180 | AWM | 1.00 | 400.00 |
| 9/17/2025 | Communications with A. Mock, M. Warner, B. York, and L. Phillips re abandonment order. | B130 | PDS | 0.50 | 325.00 |
| 9/17/2025 | Multiple communications with counsel for FabCon re: extension | B180 | BAB | 0.20 | 130.00 |
| 9/17/2025 | email to J. Brigget re Warner v. FabCon stipulation (.1); research re undue pressure for preferential transfer (0.1) | B180 | AWM | 0.20 | 80.00 |
| 9/18/2025 | analysis of Piranha affirmative defenses | B180 | NJS | 1.00 | 450.00 |
| 9/18/2025 | analysis of Premier Offshore affirmative defenses | B180 | NJS | 0.50 | 225.00 |
| 9/18/2025 | analysis of Quail tools affirmative defenses | B180 | NJS | 0.70 | 315.00 |
| 9/18/2025 | prepare recommendations concerning Piranha, Premier, Quail Tools, and Gulfstream affirmative defense analyses | B180 | NJS | 1.20 | 540.00 |
| 9/18/2025 | zoom call with B. Kadden and S. Riccardi (counsel for Qual Tools, Piranha, Premier, and Gulfstream) re preferences | B180 | NJS | 0.30 | 135.00 |
| 9/18/2025 | Continued analysis of NRW's request for Access records | B190 | BWA | 0.90 | 495.00 |
| 9/18/2025 | drafting revised version of Third Abandonment Order | B130 | AWM | 0.40 | 160.00 |
| 9/18/2025 | Premier Offshore preference analysis (1.7); All Coast preference analysis (1.4); Keystone preference analysis (1.5); Gulf Land preference analysis (.5) | B180 | AWM | 5.10 | 2,040.00 |
| 9/18/2025 | Communications with M. Borror re: 401k window, review termination form prepared by M. Borror | B220 | BAB | 0.30 | 195.00 |
| 9/18/2025 | analysis regarding preferences on Kadden clients (.8); meeting with Kadden regarding same (.4) | B180 | WSR | 1.20 | 780.00 |

| Date | Description | Code | Initials | Hours | Amount |
|---|---|---|---|---|---|
| 9/18/2025 | meeting with N. Smeltz, W. Robbins, B. Kadden, and S. Riccardi re multiple preference targets (.2); Call with E. De Leon re Warner v. Gulf Land (.2) | B180 | AWM | 0.40 | 160.00 |
| 9/19/2025 | email to J. Morris and N. Walden (FBI) re asset recovery petition | B120 | NJS | 0.10 | 45.00 |
| 9/19/2025 | Review and forward revised stipulation regarding escrow; emails regarding same and review of final draft | B130 | WSR | 0.60 | 390.00 |
| 9/19/2025 | Communications with M. Warner and L. Phillips re abandonment motion. | B130 | PDS | 0.50 | 325.00 |
| 9/21/2025 | Communications with A. Mock and W. Robbins re abandonment order. | B130 | PDS | 0.40 | 260.00 |
| 9/21/2025 | Communications with N. Smeltz and K. Heard re fee app orders. | B160 | PDS | 0.20 | 130.00 |
| 9/22/2025 | Receipt/review N. Zimmerman w/e 9.19.25 invoice; update payable spreadsheet | B210 | KAH | 0.10 | 30.00 |
| 9/22/2025 | Finalize fifth stipulation with Gulf Land Structures; update tracking spreadsheet. | B180 | KAH | 0.20 | 60.00 |
| 9/22/2025 | Additional revisions to March invoice. | B160 | KAH | 0.20 | 60.00 |
| 9/22/2025 | Prepare CONO's for SRBA, TPS-West, and Trustee's Second Fee Applications; revisions to same. | B160 | KAH | 0.50 | 150.00 |
| 9/22/2025 | Review government entity notice parties/addresses for potential filing in response to request from W. Robbins. | B190 | KAH | 0.40 | 120.00 |
| 9/22/2025 | begin draft/revising recommendations to trustee re avoidance actions | B180 | NJS | 1.20 | 540.00 |
| 9/22/2025 | additional emails and analysis of governmental notice on escrow release; emails regarding preference issues; analysis of new abandonment / carve out plan | B130 | WSR | 1.20 | 780.00 |
| 9/22/2025 | drafting Certificate of No Objection to Third Abandonment Motion | B130 | AWM | 1.60 | 640.00 |
| 9/22/2025 | Negotiations with DIP lenders re carve out and abandonment order (.6); communications with NRW re abandonment order revision (.1). | B130 | PDS | 0.70 | 455.00 |
| 9/22/2025 | drafting fourth stipulation with Gulf Land (.2); drafting confidentiality agreement with Crosby Tugs (.8) | B180 | AWM | 1.00 | 400.00 |
| 9/23/2025 | continue drafting recommendation to M. Warner re preference actions | B180 | NJS | 2.10 | 945.00 |
| 9/23/2025 | email to M. Warner re fourth quarterly operations report | B210 | NJS | 0.10 | 45.00 |
| 9/23/2025 | drafting confidentiality agreement with Crosby Tugs (.3); research re undue pressure for preferential transfer (1.6); revising summary and recommendation re P2 energy preference analysis (1.0); email to the Trustee re Warner v. P2 Energy (.1) | B190 | AWM | 3.00 | 1,200.00 |
| 9/23/2025 | conducting preference analysis for Gulf Land | B180 | AWM | 2.10 | 840.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/23/2025 | Receipt, review, and revisions to carveout proposal from DIP lenders and abandonment order and related communications with L. Phillips and M. Warner (1.4); communications with NRW re abandonment order revision (.1); review of and revisions to Fourth Quarterly Report and related communications with M. Warner and N. Smeltz (.5); | B130 | PDS | 2.00 | 1,300.00 |
| 9/23/2025 | Communications with M. Borror, client re: Form 5500 for plan, review same | B220 | BAB | 0.40 | 260.00 |
| 9/23/2025 | Multiple communications with client re: P2 offer, counter proposal, analyze same | B180 | BAB | 0.30 | 195.00 |
| 9/23/2025 | analysis regarding abandonment issues (.4); emails regarding escrow release issues (.3) | B130 | WSR | 0.70 | 455.00 |
| 9/23/2025 | Analysis of preference issues | B180 | WSR | 0.50 | 325.00 |
| 9/24/2025 | Finalize Fourth Quarterly Report | B110 | KAH | 0.10 | 30.00 |
| 9/24/2025 | Finalize CONO and Orders for SRBA, TPS West and Trustee's Second Fee Apps | B160 | KAH | 0.40 | 120.00 |
| 9/24/2025 | continued affirmative defense analysis for gulfstream, piranha, and premier | B180 | NJS | 1.80 | 810.00 |
| 9/24/2025 | review/analyze orders and certificates of no objection to fee apps for SRBA, Trustee, and TPS-West | B160 | NJS | 0.50 | 225.00 |
| 9/24/2025 | circulating certificates of no objection for interim applications for SRBA, TPS, and Trustee to M. Warner | B160 | NJS | 0.20 | 90.00 |
| 9/24/2025 | Communications with M. Borror, client re: revisions to Form 5500 for plan winddown | B220 | BAB | 0.30 | 195.00 |
| 9/25/2025 | Attention to Island Operating 5th Stipulation for Extension; update tracking spreadsheet | B180 | KAH | 0.20 | 60.00 |
| 9/25/2025 | continue drafting/revising recommendation to M. Warner re various preference claims | B180 | NJS | 4.80 | 2,160.00 |
| 9/25/2025 | attention to preference issues | B130 | WSR | 0.50 | 325.00 |
| 9/25/2025 | Conducting preference analysis for Specialty Offshore (2.8); Drafting Crosby Tugs preference analysis and recommendation for Trustee (.8) | B180 | AWM | 3.30 | 1,320.00 |
| 9/26/2025 | Prepared third stipulation for Total Safety. | B180 | KAH | 0.10 | 30.00 |
| 9/26/2025 | analyze potential affirmative defenses by American Eagle Logistics | B180 | NJS | 1.00 | 450.00 |
| 9/26/2025 | analyze potential affirmative defenses by Total Safety | B180 | NJS | 1.30 | 585.00 |
| 9/26/2025 | email to T. Draper (Total Safety) re response deadline | B180 | NJS | 0.10 | 45.00 |
| 9/26/2025 | Communication with subsidiary creditor re liquidation of subsidiary (.2); multiple analyses of proposed stipulation and abandonment order and related communications with M. Warner and L. Phillips (.9). | B130 | PDS | 1.10 | 715.00 |
| 9/29/2025 | Receipt of R. Dykes activity reports and September invoice; receive of N. Zimmerman w/e 9-26 invoice; updates to payables spreadsheet; email to B. Dassa re Dykes August payment. | B210 | KAH | 0.30 | 90.00 |
| 9/29/2025 | continue analysis of Burner Fire affirmative defenses | B180 | NJS | 1.50 | 675.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 9/29/2025 | email to T. Manhein (Donovan Controls) re response deadline and pre-petition invoices | B180 | NJS | 0.10 | 45.00 |
| 9/29/2025 | analysis of Leviathian Offshore affirmative defenses | B180 | NJS | 0.20 | 90.00 |
| 9/29/2025 | phone call with T. Manhein (Donovan Controls) re response deadline and pre-petition invoices | B180 | NJS | 0.10 | 45.00 |
| 9/29/2025 | analysis of Donovan Controls affirmative defenses | B180 | NJS | 1.60 | 720.00 |
| 9/29/2025 | conducting ESSI preference analysis | B180 | AWM | 2.20 | 880.00 |
| 9/29/2025 | review and analyze revised Vesco transaction and email to / from Mr. Soule (.7); review and analyze revised abandonment order (.7); receive and forward ENI Joint Interest letter and check and tc with Trustee regarding same (.5); emails regarding W&T Escrow release issues (.5) | B130 | WSR | 2.40 | 1,560.00 |
| 9/29/2025 | Multiple reviews of, and revisions to, Third Abandonment Order, First Notice of Abandonment, and proposed Lenders' Stipulation and multiple related communications with W. Robbins, M. Warner, and L. Phillips (5.9) | B130 | PDS | 5.90 | 3,835.00 |
| 9/29/2025 | Analysis of preference issues | B180 | WSR | 0.80 | 520.00 |
| 9/30/2025 | continue analysis of Donovan Control's affirmative defenses | B180 | NJS | 2.40 | 1,080.00 |
| 9/30/2025 | phone call with J. Morris (FBI) re status of assert recovery petition | B120 | NJS | 0.20 | 90.00 |
| 9/30/2025 | email to M. Warner re discussions with FBI and status of asset recovery petition | B120 | NJS | 0.20 | 90.00 |
| 9/30/2025 | revising ESSI analysis and recommendation | B180 | AWM | 0.30 | 120.00 |
| 9/30/2025 | email to Trustee re Crosby Confidentiality agreement & Specialty Offshore settlement offer | B190 | AWM | 0.10 | 40.00 |
| 9/30/2025 | Revisions to Third Abandonment Order, First Abandonment Notice under Third Abandonment Order, term sheet for Lenders-Trustee carveout and cooperation agreement and related communications with S. Soule, W. Robbins, L. Phillips, B. York, and M. Warner (3.3); | B130 | PDS | 3.30 | 2,145.00 |
| 9/30/2025 | Communication with R. Omohundro re lawsuit re GOL and related discovery. | B190 | PDS | 0.30 | 195.00 |
| 9/30/2025 | review Vesco pleadings (.4); conference with Mr. Phillip, Mr. Soule and Mr. Stewart regarding Vesco issues (.5); forward Vesco materials to Mr. Phillips (.1) | B130 | WSR | 1.00 | 650.00 |
| | **Total** | | | **117.90** | **$59,650.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 18.70 | 650.00 | 12,155.00 |
| WSR | William S. Robbins | 18.00 | 650.00 | 11,700.00 |
| AWM | Abigail W. Mock | 37.30 | 400.00 | 14,920.00 |
| BAB | Brandon A. Brown | 9.60 | 650.00 | 6,240.00 |
| BWA | Brooke W. Altazan | 1.30 | 550.00 | 715.00 |
| KAH | Kimberly A. Heard | 6.20 | 300.00 | 1,860.00 |
| NJS | Nicholas J. Smeltz | 26.80 | 450.00 | 12,060.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B110 | Case Administration | 0.20 | 300.00 | 60.00 |
| B120 | Asset Analysis and Recovery | 0.50 | 450.00 | 225.00 |
| B130 | Asset Disposition | 32.80 | 633.69 | 20,785.00 |
| B160 | Fee/Employment Applications | 2.40 | 372.92 | 895.00 |
| B180 | Avoidance Action Analysis | 70.80 | 456.57 | 32,325.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 6.40 | 486.72 | 3,115.00 |
| B210 | Business Operations | 3.80 | 419.74 | 1,595.00 |
| B220 | Employee Benefits/Pensions | 1.00 | 650.00 | 650.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/15/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com for September 2025 | 170.85 |
| 9/30/2025 | Everlaw for September 2025 | 236.48 |
| 9/30/2025 | Everlaw-ECA for September 2025 | 148.97 |
| 9/30/2025 | Lexis for September 2025 | 98.48 |
| 9/30/2025 | Pacer for September 2025 | 50.40 |
| 9/30/2025 | Copies for September 2025 | 96.00 |
| | **Total DISBURSEMENTS** | **$801.18** |

| | |
|---|---|
| New Charges | $60,451.18 |
| Previous Balance | $712,293.01 |
| **Balance Due** | **$772,744.19** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**EIGHTEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND
EXPENSES INCURRED FOR THE PERIOD ENDING OCTOBER 31, 2025 BY
STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins Brown & Altazan LLC ("SRBA"), proposed counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Eighteenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending October 31, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | October 1, 2025 through October 31, 2025 |
| Number Monthly Fee Statements: | Eighteenth |
| STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES | |
| Total Statement Period Fees | $61,805.00 |
| Total Interim Fees (80%) Requested | $49,444.00 |
| Total Expenses Requested | $1,028.36 |
| Total Interim Remuneration Requested (exclusive of holdback): | $50,472.36 |
| STATEMENT PERIOD SUMMARY FOR ATTORNEYS | |
| Total attorney fees requested in this statement: | $60,485.00 |
| Total actual attorney hours covered by this statement: | 115.00 |
| Average hourly rate for attorneys: | $525.96 |
| STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS | |
| Total paraprofessional fees requested in this statement: | $1,320.00 |
| Total actual paraprofessional hours covered by this statement: | 4.4 |
| Average hourly rate for paraprofessionals: | $300.00 |

In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.

1.      The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 22.70 | 650.00 | 14,755.00 |
| WSR | William S. Robbins | 20.90 | 650.00 | 13,585.00 |
| AWM | Abigail W. Mock | 37.90 | 400.00 | 15,160.00 |
| BAB | Brandon A. Brown | 9.40 | 650.00 | 6,110.00 |
| BWA | Brooke W. Altazan | 0.30 | 550.00 | 165.00 |
| KAH | Kimberly A. Heard | 4.40 | 300.00 | 1,320.00 |
| NJS | Nicholas J. Smeltz | 23.80 | 450.00 | 10,710.00 |

2.      The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 30.10 | 610.80 | 18,385.00 |
| B160 | Fee/Employment Applications | 1.00 | 330.00 | 330.00 |
| B180 | Avoidance Action Analysis | 84.30 | 484.28 | 40,825.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 1.80 | 636.11 | 1,145.00 |
| B210 | Business Operations | 1.30 | 411.54 | 535.00 |
| B220 | Employee Benefits/Pensions | 0.60 | 650.00 | 390.00 |
| B230 | Financing/Cash Collections | 0.30 | 650.00 | 195.00 |

3.      The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/15/2025 | Look up NRW. | 20.00 |
| 10/16/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com | 263.16 |
| 10/31/2025 | Lexis for October 2025 | 258.68 |
| 10/31/2025 | Copies for October 2025 | 40.40 |
| 10/31/2025 | Pacer for October 2025 | 39.40 |
| 10/31/2025 | Everlaw for October 2025 | 266.03 |
| 10/31/2025 | Everlaw-ECA for October 2025 | 140.69 |
| | **Total DISBURSEMENTS** | **$1,028.36** |

4.      SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5.      Pursuant to the Interim Compensation Order, SRBA seeks payment of $50,472.36 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6.      Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated:      July 7, 2026                    Respectfully Submitted,

                                                **STEWART ROBBINS BROWN**
                                                **& ALTAZAN, LLC**


                                By:      /s/Paul Douglas Stewart, Jr.
                                         Paul Douglas Stewart, Jr. (La. Bar # 24661)
                                         *Admitted to Southern District of Texas*
                                         *(SDTX Federal No. 432642)*
                                         dstewart@stewartrobbins.com
                                         William S. Robbins (Tx. Bar # 24100894)
                                         wrobbins@stewartrobbins.com
                                         301 Main Street, Suite 1640
                                         Baton Rouge, LA 70801-0016
                                         Telephone: (225) 231-9998
                                         Facsimile: (225) 709-9467

                                         *Counsel for Michael D. Warner,*
                                         *Chapter 7 Trustee*

**MLCJR LLC,** *et al.*
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
Time Period – October 1, 2025 – October 31, 2025



301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

July 6, 2026

File #:  119-001
Invoice #:      1985

**RE:**  In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 10/1/2025 | emails from Mr. Dykes on various issues (.3); emails regarding ENI check and related issues and review abandonment order (.4); letter to Trustee forwarding ENI check (.3); analysis of various preference issues (1.2) | B130 | WSR | 2.20 | 1,430.00 |
| 10/1/2025 | email to Trustee re Specialty & Crosby Preference Analysis | B190 | AWM | 0.10 | 40.00 |
| 10/2/2025 | email to M. Warner re preference recommendations | B180 | NJS | 0.10 | 45.00 |
| 10/2/2025 | email to B. Kadden, S. Riccardi, C. Torrans (Leviathan) re preference claims and affirmative defenses | B180 | NJS | 0.20 | 90.00 |
| 10/2/2025 | continue analysis of Donovan Controls affirmative defenses | B180 | NJS | 0.50 | 225.00 |
| 10/2/2025 | continue analysis of American Eagle affirmative defenses | B180 | NJS | 0.30 | 135.00 |
| 10/2/2025 | Multiple communications with M. Warner, B. Barriere, and A. Mendez re preference claim. | B180 | PDS | 0.80 | 520.00 |
| 10/2/2025 | emails from Mr. Dykes (.1); email regarding Vesco stipulation (.3) | B130 | WSR | 0.40 | 260.00 |
| 10/3/2025 | Prepare additional stipulations with A-Port and Diamond Tank Rentals | B180 | KAH | 0.20 | 60.00 |
| 10/3/2025 | Finalize fifth stipulations with A-Port and Diamond Tank Rental; emails with opposing counsel re same | B180 | KAH | 0.20 | 60.00 |
| 10/3/2025 | Prepare fourth stipulation for Petroquip | B180 | KAH | 0.10 | 30.00 |
| 10/3/2025 | review MT Confirm Rejection of Operatorships in light of USCG report (.4); tc with Mr. Dykes regarding same and regarding abandonment / carveout (.3) | B130 | WSR | 0.70 | 455.00 |
| 10/3/2025 | analysis of A Port affirmative defenses | B180 | NJS | 3.40 | 1,530.00 |
| 10/3/2025 | email to S. Mayer (Aport and Diamond) re preference demand and response deadline | B180 | NJS | 0.10 | 45.00 |
| 10/3/2025 | revising certificate of no objection to Trustee's third abandonment motion | B130 | AWM | 0.50 | 200.00 |
| 10/3/2025 | Multiple communications with Chambers, M. Warner, B. Barriere, C. Nobles, and A. Mendez re preference settlement (3.1); communications with preference parties re extensions (.2). | B180 | PDS | 3.30 | 2,145.00 |

| 10/3/2025 | Multiple communications with A. Mock, K. Heard, M. Warner and L. Phillips re Third Abandonment Order and related CONA. | B130 | PDS | 0.80 | 520.00 |
|---|---|---|---|---|---|
| 10/3/2025 | Communications with counsel for Aport, Diamond re: stipulations for extensions on estate claims | B180 | BAB | 0.30 | 195.00 |
| 10/3/2025 | Finalize fourth stipulation with Petroquip and emails with opposing counsel. | B180 | KAH | 0.10 | 30.00 |
| 10/3/2025 | Finalize Abandonment Order and CONO for filing and related communications with D. Stewart and A. Mock re same. | B130 | KAH | 0.20 | 60.00 |
| 10/3/2025 | Update on status of Donvan Controls preference claim | B180 | BAB | 0.30 | 195.00 |
| 10/5/2025 | drafting settlement agreement between Warner & Stone Pigman | B180 | AWM | 1.10 | 440.00 |
| 10/6/2025 | analyze affirmative defenses of major equipment | B180 | NJS | 0.50 | 225.00 |
| 10/6/2025 | revising ESSI preference analysis (1.2); revising NSAI preference summary and recommendation (.5) | B180 | AWM | 1.70 | 680.00 |
| 10/6/2025 | Review of payment spreadsheet for Sept and related communications with K. Heard. | B210 | PDS | 0.20 | 130.00 |
| 10/6/2025 | Tc and analysis of state lease abandonment/ escrow issues | B130 | WSR | 1.20 | 780.00 |
| 10/6/2025 | Multiple communications and telephone conference with A. Long re: Major Equip claim, attention to status of preference defense analysis | B180 | BAB | 0.80 | 520.00 |
| 10/6/2025 | Review of TPS billings/payments (.3); prepare final September payables spreadsheet (.5). | B160 | KAH | 0.80 | 240.00 |
| 10/6/2025 | Receipt/review N. Zimmerman w/e 10.3.25 invoice (.1); create October payable spreadsheet (.1) | B210 | KAH | 0.20 | 60.00 |
| 10/6/2025 | Attention to signed stipulations and orders re extensions (.1); update tracking spreadsheet (.1); emails to opposing counsel (.1). | B180 | KAH | 0.30 | 90.00 |
| 10/6/2025 | drafting settlement agreement between Warner & Stone Pigman (1.5); email to B. Barriere re same (0.1); Call with K. Holocombre re P2 energy settlement offer (0.1) | B180 | AWM | 1.70 | 680.00 |
| 10/6/2025 | multiple reviews of, and revisions, to Stone Pigman settlement agreement and related communications with M. Warner and A. Mock. | B180 | PDS | 1.10 | 715.00 |
| 10/7/2025 | analysis of methods to analyze A-Port new value and email to S. Mayer (Aport) re same | B180 | NJS | 0.70 | 315.00 |
| 10/7/2025 | Escrow issues with LA (.2); communication with A. Mock regarding the Bristow Compromise (.1); communication with Mendez. Regarding documents at Access (1); communication with R. Dykes regarding a statement from Precision Pipe Rentals (1). | B130 | PDS | 0.50 | 325.00 |
| 10/7/2025 | multiple emails regarding W&T Escrow Release (.6); review Stip (.3); review preference issues (.5) | B130 | WSR | 1.40 | 910.00 |
| 10/7/2025 | drafting CONO to Motion to Compromise with Bristow | B180 | AWM | 0.50 | 200.00 |
| 10/7/2025 | motion to compromise with Stone Pigman | B180 | AWM | 0.50 | 200.00 |

| 10/8/2025 | continue analysis of American Eagle affirmative defenses to preference action | B180 | NJS | 2.50 | 1,125.00 |
| 10/8/2025 | analysis of procedure for making preference offers and email to M. Warner re same | B180 | NJS | 0.70 | 315.00 |
| 10/8/2025 | email to M. Warner re status of preference claims against certain defendants | B180 | NJS | 0.80 | 360.00 |
| 10/8/2025 | Finalize CONO and orders re Bristow Compromise motion | B180 | KAH | 0.20 | 60.00 |
| 10/8/2025 | Communications with M. Warner and W. Robbins re escrow agreement. | B130 | PDS | 0.30 | 195.00 |
| 10/8/2025 | Communication with A. Mock, B. Barriere and M. Warner re SP settlement agreement and Bristow Order. | B180 | PDS | 0.60 | 390.00 |
| 10/8/2025 | emails regarding Eloi Bay regulatory / escrow issues; emails regarding W&T Escrow Issues | B130 | WSR | 0.60 | 390.00 |
| 10/8/2025 | Analyze issues with P2 settlement proposal and counter proposal authorized by client | B180 | BAB | 0.60 | 390.00 |
| 10/8/2025 | drafting response to P2 settlement offer (.9); drafting motion to compromise with Stone Pigman (1.9); email to A. Mendez re Settlement Agreement with Stone Pigman (.1) | B180 | AWM | 2.90 | 1,160.00 |
| 10/9/2025 | conducting AMEX preference analysis | B180 | AWM | 3.80 | 1,520.00 |
| 10/9/2025 | Revisions to First Abandonment Notice and related communications with W. Robbins and A. Mock. | B130 | PDS | 0.30 | 195.00 |
| 10/9/2025 | email to M. Warner re recent receipt of preference offers | B180 | NJS | 0.20 | 90.00 |
| 10/9/2025 | analysis of Cactus Wellhead affirmative defenses | B180 | NJS | 0.90 | 405.00 |
| 10/9/2025 | communications with B. Barriere (special counsel) to coordinate preference litigation with d&o litigation | B180 | NJS | 0.30 | 135.00 |
| 10/9/2025 | research and analysis re availability of setoff as defense to preference action | B180 | NJS | 0.60 | 270.00 |
| 10/9/2025 | communication with S. Mayer (Diamond Tank and A-Port) re invoices for new value analysis | B180 | NJS | 0.20 | 90.00 |
| 10/9/2025 | review proposed notice of abandonment (.5); review Eloi Bay escrow materials received from LA (1.4); tc's with Mr. Dykes regarding same and regarding hydrocarbons (.5); analysis of various preference issues (.4) | B130 | WSR | 2.80 | 1,820.00 |
| 10/9/2025 | Attention to AMEX status, analysis of documents provided to date, and needs to complete analysis of potential defenses to claim | B180 | BAB | 0.90 | 585.00 |
| 10/9/2025 | Attention to status of analysis of Offshore claim | B180 | BAB | 0.30 | 195.00 |
| 10/10/2025 | phone call with C. Murray (American Eagle) re response deadline | B180 | NJS | 0.10 | 45.00 |
| 10/10/2025 | continue research and analysis regarding ability of a preference defendant to set off an administrative expense claim against their preference exposure | B180 | NJS | 1.10 | 495.00 |
| 10/10/2025 | Attention to finalizing Bristow settlement, procurement of estate W-9 and communications with counsel for Bristow re: same | B180 | BAB | 0.40 | 260.00 |
| 10/10/2025 | Attention to August payables | B210 | BWA | 0.30 | 165.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/10/2025 | email to A. Mendez re Warner v. Stone Pigman settlement agreement (.1); email to Cindy re Bristow settlement payment (.1) | B180 | AWM | 0.20 | 80.00 |
| 10/10/2025 | additional analysis of abandonment issues; emails regarding Vesco and other issues | B130 | WSR | 0.70 | 455.00 |
| 10/10/2025 | Multiple communications with S. Mayer re: Diamond invoices regarding preference analysis | B180 | BAB | 0.30 | 195.00 |
| 10/12/2025 | Communication with M. Warner and B. Barriere re avoidance issues. | B180 | PDS | 0.20 | 130.00 |
| 10/12/2025 | Communication with M. Warner and L. Phillips re First Abandonment Notice and stipulation. | B130 | PDS | 0.40 | 260.00 |
| 10/13/2025 | revising amex preference analysis | B180 | AWM | 2.40 | 960.00 |
| 10/13/2025 | Communication with M. Warner and A. Mendez re SP settlement agreement. | B180 | PDS | 0.50 | 325.00 |
| 10/13/2025 | email to D. Stewart, M. Warner, and B. Barriere (special counsel) re meeting to coordinate insurance litigation | B180 | NJS | 0.10 | 45.00 |
| 10/13/2025 | continue research and analysis regarding ability to set off preference exposure with admin claims | B180 | NJS | 1.60 | 720.00 |
| 10/13/2025 | Review and analyze preference defense analysis, amex transfers and supporting documentation | B180 | BAB | 0.80 | 520.00 |
| 10/13/2025 | Receipt/review N. Zimmerman w/e 10.10.25 invoice | B210 | KAH | 0.10 | 30.00 |
| 10/13/2025 | email to AMEX counsel re tolling agreement (0.1); drafting second extension of tolling agreement for AMEX (0.1); email to Trustee re Bristow settlement (.1) | B180 | AWM | 0.30 | 120.00 |
| 10/14/2025 | Attention to documents/invoices produced by Am Ex; upload same to Everlaw. | B180 | KAH | 0.20 | 60.00 |
| 10/14/2025 | Communication with W. Robbins, S. Shurn, L. Phillips, and M. Warner re notice, transaction, and stipulation. | B130 | PDS | 0.60 | 390.00 |
| 10/14/2025 | Multiple communications with A. Mendez, B. Barriere, and M. Warner re SP settlement agreement and motion. | B180 | PDS | 0.80 | 520.00 |
| 10/14/2025 | Zoom calll with M. Warner, R. Dykes, and W. Robbins re various assets, carveouts and abandonment (1.3). | B130 | PDS | 1.30 | 845.00 |
| 10/14/2025 | continue research and analysis regarding ability to set off preference exposure with admin claims | B180 | NJS | 3.30 | 1,485.00 |
| 10/14/2025 | email to Trustee re Stone Pigman compromise (.1); email to B. Barriere re same (.1); revising second extension of tolling agreement with AMEX (1) | B180 | AWM | 1.20 | 480.00 |
| 10/14/2025 | analysis of misc hydrocarbon issues in preparation for call with Trustee (.6); conference with Trustee and Mr. Dykes regarding hydrocarbons / abandonment / Eloi Bay Escrow (1.0); review additional pipeline / hydrocarbon issues (1.0) | B130 | WSR | 2.60 | 1,690.00 |
| 10/14/2025 | ; review / revise extension to tolling agreement on Amex Preference | B180 | WSR | 0.50 | 325.00 |
| 10/15/2025 | Order NRW corporate filing information from Delaware SOS | B130 | KAH | 0.10 | 30.00 |
| 10/15/2025 | Communication with Chambers, M. Warner and C. Nobles re SP hearing and settlement. | B180 | PDS | 0.40 | 260.00 |

| Date | Description | Code | Init | Hours | Amount |
|---|---|---|---|---|---|
| 10/15/2025 | review/analysis of A-Port invoices for new value calculations | B180 | NJS | 0.60 | 270.00 |
| 10/15/2025 | email from Trustee regarding D&O pleadings / NRW insider auction questions (.2); review background pleadings regarding same (1.2); tc's and emails with Mr. Dykes regarding same (.4); email to Trustee regarding same (.4); review / revise tolling extension (.3) | B130 | WSR | 2.50 | 1,625.00 |
| 10/15/2025 | email to AMEX counsel re extended tolling agreement (.1); revise AMEX extension of tolling agreement (.1); email to Trustee re ESSI preference analysis (.1); email to A. Mendez and M. Walshe re motion to compromise with stone pigman (.1); email to I. Huval re ESSI settlement offer (.1) | B180 | AWM | 0.90 | 360.00 |
| 10/15/2025 | Communications with client re: info for D&O litigation | B190 | BAB | 0.20 | 130.00 |
| 10/16/2025 | Finalize MT Compromise with SP and exhibits. | B180 | KAH | 0.20 | 60.00 |
| 10/16/2025 | revising notice of abandonment | B130 | AWM | 1.00 | 400.00 |
| 10/16/2025 | Communication with staff re SP Compromise (.1); communication with Trustee re other avoidance issues (.2). | B180 | PDS | 0.30 | 195.00 |
| 10/16/2025 | email to S. Mayer (A-Port) re access to A-Port new value invoices | B180 | NJS | 0.10 | 45.00 |
| 10/16/2025 | review and revise proposed abandonment and multiple emails regarding same | B130 | WSR | 0.70 | 455.00 |
| 10/16/2025 | Review and revise tolling extension with AMEX, comms with client re: same | B180 | BAB | 0.20 | 130.00 |
| 10/16/2025 | Analyze status of fab-con claim, need for default judgment and additional communication with counsel for same | B180 | BAB | 0.50 | 325.00 |
| 10/16/2025 | Email to AMEX Counsel re preference (.2); Call to AMEX counsel re preference (.1); finalizing Motion to Compromise with Stone Pigman for filing (.2); email to Fab-Con counsel re answer to adversary proceeding (0.1); Call with Fab-Con counsel re answer to adversary proceeding (0.1) | B180 | AWM | 0.70 | 280.00 |
| 10/16/2025 | call with T. Mosby re FAB-Con answer | B180 | AWM | 0.10 | 40.00 |
| 10/17/2025 | revising notice of abandonment (.5); email to Trustee re same (.1) | B130 | AWM | 0.60 | 240.00 |
| 10/17/2025 | Communication with Trustee re Insiders Litigation (.5); communication with W. Robbins and M. Warner re First Notice of Abandonment (.4). | B130 | PDS | 0.90 | 585.00 |
| 10/17/2025 | Communications with counsel for P2 re: rejection of settlement offer | B180 | BAB | 0.20 | 130.00 |
| 10/17/2025 | Multiple communications with counsel for Sea Robin re: extension of tolling agreement | B180 | BAB | 0.20 | 130.00 |
| 10/17/2025 | Communications with counsel for Bristow re: confirmation of settlement payment transfer | B180 | BAB | 0.20 | 130.00 |
| 10/17/2025 | email to P2 counsel re settlement counteroffer (.1); email to Bristow counsel re settlement payment (.1) | B180 | AWM | 0.20 | 80.00 |
| 10/20/2025 | Draft sixth stipulation for Sea Robin; email to counsel re same. | B180 | KAH | 0.10 | 30.00 |

| | | | | |
|---|---|---|---|---|
| 10/20/2025 | Receipt/review R. Dykes activity reports for October to date; update October payables spreadsheet; email to R. Dykes re same | B210 | KAH | 0.20 | 60.00 |
| 10/20/2025 | Receipt/review N. Zimmerman invoice for we 10/17/25; update payables spreadsheet | B210 | KAH | 0.10 | 30.00 |
| 10/20/2025 | Zoom with M. Warner, C. Nobles, and B. Barriere re Marsh-McGriff and AMEX claims and related follow-up with J. Meaders, A. Mock, and B. Barriere re claims. | B180 | PDS | 1.60 | 1,040.00 |
| 10/20/2025 | circulate avoidance action complaint and answer to M. Warner ahead of call regarding insurance litigation | B180 | NJS | 0.10 | 45.00 |
| 10/20/2025 | prepare for call with M. Warner, D. Stewart, and B. Barriere (Special Counsel) re insurance litigation | B180 | NJS | 0.30 | 135.00 |
| 10/20/2025 | zoom call with D. Stewart, M. Warner, B. Barriere (Special Counsel), and C. Nobles (Special Counsel) re insurance litigation issues | B180 | NJS | 1.20 | 540.00 |
| 10/20/2025 | email to N. Hinson (TPS) re application of payments authorized by fee application order | B160 | NJS | 0.20 | 90.00 |
| 10/20/2025 | continue analysis of A-Port's invoices for alleged new value | B180 | NJS | 1.60 | 720.00 |
| 10/20/2025 | Analyze fab-con claim status, failure to respond, need for default judgment | B180 | BAB | 0.40 | 260.00 |
| 10/20/2025 | Review and revise latest draft of stipulation to extend tolling agreement | B180 | BAB | 0.20 | 130.00 |
| 10/20/2025 | drafting Default Judgment re Warner v. Fab-Con (.7); email to J. Brigget re Warner v. Fab-Con answer (.2); gathering docs for Fishman Haygood re AMEX (1.3); call with Julie at Fishman Haygood re AmEx (.3); email to AmEx counsel re account statements (.1) | B180 | AWM | 2.50 | 1,000.00 |
| 10/21/2025 | Preperation for and attendance on Zoom call with Trustee and A. Mock re GOL adversary proceeding. | B190 | PDS | 1.30 | 845.00 |
| 10/21/2025 | Communications with M. Borror, client re: windup, QDRO order language and issues with same | B220 | BAB | 0.60 | 390.00 |
| 10/21/2025 | call with D. Stewart & Trustee re GOL adversary | B180 | AWM | 0.40 | 160.00 |
| 10/22/2025 | Receipt of signed Sixth Stip with Sea Robin; update tracking spreadsheet; review status of other adversary proceedings; email to SRBA team re same | B180 | KAH | 0.20 | 60.00 |
| 10/22/2025 | gulf land preference analysis | B180 | AWM | 0.10 | 40.00 |
| 10/22/2025 | Communication with A. Mock and J. Meaders re AMEX issues. | B180 | PDS | 0.20 | 130.00 |
| 10/22/2025 | continue review and analysis of A-port new value invoices | B180 | NJS | 1.50 | 675.00 |
| 10/22/2025 | review operator request from NRW (.4); tc with Mr. Dykes (.3); review preference analysis (.3); review and analyze abandonment notice questions (.3) | B130 | WSR | 1.30 | 845.00 |
| 10/22/2025 | Review and analyze preference defense analysis on Gulf Land Structures | B180 | BAB | 0.50 | 325.00 |
| 10/22/2025 | email to Trustee re gulf land structures' preference analysis (.1); email to Trustee re ESSI settlement counteroffer (.1); email to AMEX counsel re preference demand (.1) | B180 | AWM | 0.30 | 120.00 |

| Date | Description | | | | |
|---|---|---|---|---|---|
| 10/23/2025 | Draft redline sixth stipulation with Island Operating' emails from/to opposing counsel re same | B180 | KAH | 0.20 | 60.00 |
| 10/26/2025 | Analysis of ESSI settlement offer and related communication with M. Warner, A. Mock, and W. Robbins. | B180 | PDS | 0.60 | 390.00 |
| 10/26/2025 | Communications with M. Warner and W. Robbins re termination language. | B130 | PDS | 0.10 | 65.00 |
| 10/27/2025 | Update preference tracking sheet | B180 | KAH | 0.10 | 30.00 |
| 10/27/2025 | Updates to October payables spreadsheet | B210 | KAH | 0.20 | 60.00 |
| 10/27/2025 | Multiple communications with R. Dykes, W. Robbins, and M. Warner re termination of operatorship in govt records (.3); communication with M. Warner re notice of abandonment (.1). | B130 | PDS | 0.40 | 260.00 |
| 10/27/2025 | Communications with W. Robbins, A. Mock, and M. Warner re ESI negotiations (.3); receipt and review of draft settlement agreement and related communications with A. Mock and M. Warner (.8). | B180 | PDS | 1.10 | 715.00 |
| 10/27/2025 | Receipt and review of Oct outstanding invoices and related commnuications with K. Heard. | B230 | PDS | 0.30 | 195.00 |
| 10/27/2025 | Communications with client re: Gulf Land recommendation | B180 | BAB | 0.20 | 130.00 |
| 10/27/2025 | email to AMEX counsel re preference demand (.1); drafting letter to Gulf Land re preference settlement (3.5); drafting settlement agreement with ESSI (.7); email to Trustee re settlement agreement with ESSI (0.1) | B180 | AWM | 4.40 | 1,760.00 |
| 10/27/2025 | analysis of operatorship letter (.2); review and analyze additional abandonment notice issues (.4) | B130 | WSR | 0.60 | 390.00 |
| 10/27/2025 | Analyze and revise latest version of motion for default judgment | B180 | BAB | 0.40 | 260.00 |
| 10/27/2025 | Review and analyze additional preference issues | B180 | WSR | 0.60 | 390.00 |
| 10/28/2025 | Communication with A. Mock and M. Warner re ESSI settlement agreement. | B180 | PDS | 0.40 | 260.00 |
| 10/28/2025 | drafting settlement agreement with ESSI (1.3); call with W. Robbins re same (.4); finalizing letter to E. De Leon re Trustee's counteroffer (.2); email to E. De Leon re same (.1) | B180 | AWM | 2.00 | 800.00 |
| 10/28/2025 | review / revise proposed preference settlement agreement | B180 | WSR | 0.40 | 260.00 |
| 10/29/2025 | Receipt and review of Trustee's revisions to ESSI Settlement Agreement and related communications with Trustee. | B180 | PDS | 1.90 | 1,235.00 |
| 10/29/2025 | revising Trustee's Abandonment Notice | B130 | AWM | 2.20 | 880.00 |
| 10/29/2025 | Communication with M. Pipkin and W. Robbins re CEXXI governance issues. | B190 | PDS | 0.20 | 130.00 |
| 10/29/2025 | analysis of abandonment issues and notice | B130 | WSR | 0.40 | 260.00 |
| 10/29/2025 | Communications with A. Long re: Warner, Offshore claims and status of analysis | B180 | BAB | 0.20 | 130.00 |
| 10/30/2025 | Draft second extended tolling agreement for ESSI | B180 | KAH | 0.20 | 60.00 |
| 10/30/2025 | Communication with I. Huval, K. Heard, M. Warner, A. Mock, and W. Robbins re tolling and settlement. | B180 | PDS | 0.80 | 520.00 |

| Date | Description | Task | Earner | Hours | Amount |
|------|-------------|------|--------|-------|--------|
| 10/30/2025 | Warner v Offshore Services of Acadiana, LLC preference analysis (3.6); Warner v Major Equipment & Remediation preference analysis (2.3) | B180 | AWM | 5.30 | 2,120.00 |
| 10/30/2025 | revising abandonment notice and emails to/from Mr. Dykes regarding same | B130 | WSR | 0.50 | 325.00 |
| 10/30/2025 | Analyze OCB issues re: Offshore services in light of small history between parties | B180 | BAB | 0.70 | 455.00 |
| 10/31/2025 | Attention to second extended tolling agreement with ESSI; email with Ike Huval re same; update tracking spreadsheet. | B180 | KAH | 0.20 | 60.00 |
| 10/31/2025 | Review of First Abandonment Notice and related communications with W. Robbins and A. Mock (.3); Review of resignation letter and related communications with M. Warner and M. Robbins (.2). | B130 | PDS | 0.50 | 325.00 |
| 10/31/2025 | conducting preference analysis for Warner v. Major Equipment & Remediation | B180 | AWM | 0.30 | 120.00 |
| 10/31/2025 | review / revise abandonment; emails regarding trustee questions on same | B130 | WSR | 0.80 | 520.00 |
| **Total** | | | | **119.40** | **$61,805.00** |

## FEE EARNER SUMMARY

| Fee Earner | | Hours | Effective Rate | Amount |
|------------|--|-------|----------------|--------|
| PDS | Paul Douglas Stewart, Jr. | 22.70 | 650.00 | 14,755.00 |
| WSR | William S. Robbins | 20.90 | 650.00 | 13,585.00 |
| AWM | Abigail W. Mock | 37.90 | 400.00 | 15,160.00 |
| BAB | Brandon A. Brown | 9.40 | 650.00 | 6,110.00 |
| BWA | Brooke W. Altazan | 0.30 | 550.00 | 165.00 |
| KAH | Kimberly A. Heard | 4.40 | 300.00 | 1,320.00 |
| NJS | Nicholas J. Smeltz | 23.80 | 450.00 | 10,710.00 |

## TASK SUMMARY

| Task | | Hours | Effective Rate | Amount |
|------|--|-------|----------------|--------|
| B130 | Asset Disposition | 30.10 | 610.80 | 18,385.00 |
| B160 | Fee/Employment Applications | 1.00 | 330.00 | 330.00 |
| B180 | Avoidance Action Analysis | 84.30 | 484.28 | 40,825.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 1.80 | 636.11 | 1,145.00 |
| B210 | Business Operations | 1.30 | 411.54 | 535.00 |
| B220 | Employee Benefits/Pensions | 0.60 | 650.00 | 390.00 |
| B230 | Financing/Cash Collections | 0.30 | 650.00 | 195.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 10/15/2025 | Look up NRW. | 20.00 |
| 10/16/2025 | Service by BK ATTORNEY SERVICES, LLC d/b/a CertificateofService.com | 263.16 |
| 10/31/2025 | Lexis for October 2025 | 258.68 |
| 10/31/2025 | Copies for October 2025 | 40.40 |
| 10/31/2025 | Pacer for October 2025 | 39.40 |
| 10/31/2025 | Everlaw for October 2025 | 266.03 |
| 10/31/2025 | Everlaw-ECA for October 2025 | 140.69 |

Case 23-90324   Document 2725   Filed in TXSB on 07/31/26   Page 84 of 107

| | |
|---|---:|
| **Total DISBURSEMENTS** | **$1,028.36** |
| | |
| **Total** | **$62,833.36** |

**FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC**
**AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE**
**PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

**EXHIBIT "B"**
**AGGREGATE EXPENSES**

| Expense | Amount |
|---|---|
| Copies | $424.60 |
| Corporate Records | $53.00 |
| EDI Costs | $1,563.06 |
| Legal Research | $508.76 |
| PACER | $189.70 |
| Service of Pleadings | $2,956.52 |
| **Total** | **$5,695.64** |

**FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC**
**AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE**
**PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

**EXHIBIT "C"**
**AGGREGATE FEES BY TASK CODE**

| ABA Bankruptcy Project Task Code | Hours | Percent | Amount | Percent | Blended Rate |
|---|---|---|---|---|---|
| B110 Case Administration | 0.40 | 0.07% | $170.00 | 0.06% | $425.00 |
| B120 Asset Analysis and Recovery | 0.50 | 0.08% | $225.00 | 0.07% | $450.00 |
| B130 Asset Disposition | 191.20 | 32.09% | $110,860.00 | 36.76% | $579.81 |
| B140 Relief from Stay/Adequate Protection Proceedings | 0.60 | 0.10% | $390.00 | 0.13% | $650.00 |
| B150 Meetings of and Communications with Creditors | 0.40 | 0.07% | $220.00 | 0.07% | $550.00 |
| B160 Fee/Employment Applications | 27.30 | 4.58% | $11,655.00 | 3.86% | $426.92 |
| B180 Avoidance Action Analysis | 336.30 | 56.45% | $158,195.00 | 52.46% | $470.40 |
| B190 Other Contested Matters | 23.30 | 3.91% | $11,625.00 | 3.85% | $498.93 |
| B210 Business Operations | 8.60 | 1.44% | $3,555.00 | 1.18% | $413.37 |
| B220 Employee Benefits/Pensions | 6.90 | 1.16% | $4,485.00 | 1.49% | $650.00 |
| B230 Financing/Cash Collections | 0.30 | 0.05% | $195.00 | 0.06% | $650.00 |
| **Total** | **595.80** | **100.00%** | **$301,575.00** | **100.00%** | **$506.17** |

**FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC
AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

**EXHIBIT "D"
AGGREGATE FEES BY PROFESSIONAL**

| Professional | Title | Year Licensed | Hours | Percent | Amount | Percent | Blended Rate |
|---|---|---|---|---|---|---|---|
| Abigail W. Mock | Associate | LA - 2024 | 222.20 | 37.29% | $88,880.00 | 29.47% | $400.00 |
| Brandon A. Brown | Member | LA - 1998 | 58.40 | 9.80% | $37,960.00 | 12.59% | $650.00 |
| Brooke W. Altazan | Member | LA - 2009 | 14.70 | 2.47% | $8,085.00 | 2.68% | $550.00 |
| Jamie D. Cangelosi | Of Counsel | LA - 2000 | 0.50 | 0.08% | $275.00 | 0.09% | $550.00 |
| Kimberly A. Heard | Paralegal | N/A | 39.10 | 6.56% | $11,730.00 | 3.89% | $300.00 |
| Nicholas J. Smeltz | Associate | LA - 2019 | 74.70 | 12.54% | $33,615.00 | 11.15% | $450.00 |
| Paul Douglas Stewart, Jr. | Member | LA - 1996 | 84.70 | 14.22% | $55,055.00 | 18.26% | $650.00 |
| William S. Robbins | Member | LA - 1996 | 101.50 | 17.03% | $65,975.00 | 21.88% | $650.00 |
| **Total** | | | **595.80** | **100.00%** | **$301,575.00** | **100.00%** | **$506.17** |

**FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC
AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE
PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025**

**EXHIBIT "E"**
**FORM 2**

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9687 Checking |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/24 | | Transfer of Estate Funds from Veritex Community Bank | WIRE IN FROM MLCJR LLC | 1290-000 | 2,079,378.05 | | 2,079,378.05 |
| 05/16/24 | | Metropolitan Bank Wire Fee | Metropolitan Bank Wire Fee | 2600-000 | | 10.00 | 2,079,368.05 |
| 05/17/24 | | Metropolitan Bank Wire Fee Refund | Metropolitan Bank Wire Fee Refund | 2600-000 | | -10.00 | 2,079,378.05 |
| 05/31/24 | 101 | Thomas R. Dykes | M&M Contract Labor | 2990-000 | | 9,262.50 | 2,070,115.55 |
| 05/31/24 | 102 | Benjamin Marchive | M&M Contract Labor | 2990-000 | | 4,987.50 | 2,065,128.05 |
| 05/31/24 | 103 | Johnny Robinson | M&M Contract Labor | 2990-000 | | 2,565.00 | 2,062,563.05 |
| 05/31/24 | 104 | Jamie Meylian | M&M Contract Labor | 2990-000 | | 1,923.75 | 2,060,639.30 |
| 05/31/24 | 105 | Toby Mendoza | M&M Contract Labor | 2990-000 | | 1,653.00 | 2,058,986.30 |
| 05/31/24 | 106 | Lawrence Boyd | M&M Contract Labor | 2990-000 | | 2,280.00 | 2,056,706.30 |
| 05/31/24 | 107 | Michael Graham | M&M Contract Labor | 2990-000 | | 1,995.00 | 2,054,711.30 |
| 05/31/24 | 108 | Randy Williams | 80% Fees - March & April 2024 | 3991-000 | | 131,957.93 | 1,922,753.37 |
| 05/31/24 | 109 | Chamberlain Hrdlicka | 80% fees/100% expenses - March & April 2024 | | | 200,580.04 | 1,722,173.33 |
| | | Chamberlain Hrdlicka | 80% March & April 2024 fee request $198,962.00 | 2990-000 | | | |
| | | Chamberlain Hrdlicka | 100% March & April 2024 expense request $1,618.04 | 2990-000 | | | |
| 05/31/24 | 110 | TPS - West, LLC | 80% fees/100% expenses - March & April 2024 | | | 18,603.44 | 1,703,569.89 |
| | | TPS - West, LLC | 80% fees March & April 2024 fee request $15,340.00 | 2990-000 | | | |
| | | TPS - West, LLC | 100% expenses March & April fee request $3,263.44 | 2990-000 | | | |
| 05/31/24 | 111 | NJZ Computer Services, LLC | w/e 5.3.24 and 5.10.24 Voided on 05/31/2024 | 2990-004 | | 2,850.00 | 1,700,719.89 |
| 05/31/24 | 111 | NJZ Computer Services, LLC | w/e 5.3.24 and 5.10.24 Voided: check issued on 05/31/2024 | 2990-004 | | -2,850.00 | 1,703,569.89 |
| 05/31/24 | 112 | Connection Business Solutions | Invoice #17005694 Stopped on 06/10/2024 | 2990-005 | | 3,715.00 | 1,699,854.89 |
| 05/31/24 | 113 | NJZ Computer Services, LLC | w/e 5.3.24, 5.10.24, 5.17.24, & 5.24.24 | 2990-001 | | 4,425.00 | 1,695,429.89 |

Page Subtotals:   $2,079,378.05   $383,948.16

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/24 | 114 | Clean Gulf Associates, Inc. | Invoice #s 2421079 & 2431076 | 2990-000 | | 49,408.03 | 1,646,021.86 |
| 05/31/24 | 115 | Compliance Technology Group | Invoice #9913 | 2990-000 | | 10,171.00 | 1,635,850.86 |
| 05/31/24 | 116 | Mayra Sifuentes | 4.29.24 and 5.1.24 | 2990-000 | | 4,140.00 | 1,631,710.86 |
| 05/31/24 | 117 | Forefront Emergency Management | Invoice #s 4-15637 & 4-15655 | 2990-000 | | 10,000.00 | 1,621,710.86 |
| 05/31/24 | 118 | Westwind Helicopters | Invoice #13144 | 2990-000 | | 9,607.92 | 1,612,102.94 |
| 05/31/24 | 119 | Thomas Dykes | M&M Contract Labor - May 2024 | 2990-000 | | 16,000.00 | 1,596,102.94 |
| 06/10/24 | 112 | Connection Business Solutions | Invoice #17005694<br>Stopped: check issued on 05/31/2024 | 2990-005 | | -3,715.00 | 1,599,817.94 |
| 06/10/24 | 120 | Veritrust | Inv #1125378 | 2990-000 | | 50,335.22 | 1,549,482.72 |
| 06/10/24 | 121 | Dartpoints | Invoice #s 130285 & 130030 | 2990-000 | | 5,760.60 | 1,543,722.12 |
| 06/21/24 | 122 | Michael D. Warner | 80% Fees - May 2024<br>Voided on 06/27/2024 | 2100-004 | | 11,598.60 | 1,532,123.52 |
| 06/21/24 | 123 | TPS - West, LLC | 80% fees/100% expenses - May 2024 | | | 1,665.96 | 1,530,457.56 |
| | | TPS - West, LLC | 80% fees May 2024 fee request $1,651.20 | 2990-000 | | | |
| | | TPS - West, LLC | 100% expenses May 2024 fee request $14.76 | 2990-000 | | | |
| 06/21/24 | 124 | Stewart Robbins Brown & Altazan LLC | 80% fees/100% expenses - May 2024 | | | 189,595.10 | 1,340,862.46 |
| | | Stewart Robbins Brown & Altazan LLC | 80% fees May 2024 fee request $164,256.00 | 3210-000 | | | |
| | | Stewart Robbins Brown & Altazan LLC | 100% expenses May 2024 fee request $25,339.10 | 3220-000 | | | |
| 06/25/24 | 125 | Chamberlain Hrdlicka | 80% fees/100% expenses - May 2024 | | | 26,441.20 | 1,314,421.26 |
| | | Chamberlain Hrdlicka | 80% fees May 2024 fee request $26,134.00 | 2990-000 | | | |
| | | Chamberlain Hrdlicka | 100% expenses May 2024 fee request $307.20 | 2990-000 | | | |
| 06/27/24 | 122 | Michael D. Warner | 80% Fees - May 2024<br>Voided: check issued on 06/21/2024 | 2100-004 | | -11,598.60 | 1,326,019.86 |
| | | | Page Subtotals: | | $0.00 | $369,410.03 | |

*{ } Asset Reference(s)*                                                                                  *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/24 | 126 | Pachulski Stang Ziehl & Jones, LLP | 80% Fees - May 2024 | 2100-000 | | 11,598.60 | 1,314,421.26 |
| 07/08/24 | 127 | Compliance Technology Group | Invoice #9951 | 2990-000 | | 10,171.00 | 1,304,250.26 |
| 07/08/24 | 128 | NJZ Computer Services, LLC | Weeks ending: 5.31.24; 6.7.24; 6.14.24; 6.21.24; 6.28.24 | 2990-000 | | 7,800.00 | 1,296,450.26 |
| 07/08/24 | 129 | Forefront Emergency Management | Invoice #4-15762 | 2990-000 | | 15,000.00 | 1,281,450.26 |
| 07/08/24 | 130 | Grand Isle Shipyards | Invoice #: *****-****-0001 | 2990-000 | | 1,768.86 | 1,279,681.40 |
| 07/08/24 | 131 | American Eagle Trucking | Invoice #2461253 | 2990-000 | | 700.00 | 1,278,981.40 |
| 07/08/24 | 132 | Connection Business Solutions | Invoice #: 17005831 | 2990-000 | | 6,988.80 | 1,271,992.60 |
| 07/08/24 | 133 | NJZ Computer Services, LLC | Past due balance owed for work performed prior to 5.28.24 | 2990-000 | | 525.00 | 1,271,467.60 |
| 07/08/24 | 134 | RANDY WILLIAMS | Final Fee Amount due | 2100-000 | | 32,908.26 | 1,238,559.34 |
| 07/08/24 | 135 | TRDkyes & Co, LLC | 6.1.24 - 6.30.24 | 2990-000 | | 30,400.00 | 1,208,159.34 |
| 07/08/24 | 136 | Johnny Robinson | 6.1.24 - 6.30.24 | 2990-000 | | 2,500.00 | 1,205,659.34 |
| 07/08/24 | 137 | Lawrence Boyd | 6.1.24 - 6.30.24 | 2990-000 | | 7,200.00 | 1,198,459.34 |
| 07/08/24 | 138 | Michael Graham | 6.1.24 - 6.30.24 | 2990-000 | | 6,210.00 | 1,192,249.34 |
| 08/05/24 | | North Lane Technologies, Inc. | Credit | 1290-000 | 430.33 | | 1,192,679.67 |
| 08/05/24 | | North Lane Technologies, Inc. | DirecTV Credit | 1290-000 | 298.83 | | 1,192,978.50 |
| 08/05/24 | | North Lane Technologies, Inc. | DirecTV Credit | 1290-000 | 315.31 | | 1,193,293.81 |
| 08/05/24 | 139 | Veritrust | Invoice #1127216 | 2990-000 | | 28,131.89 | 1,165,161.92 |
| 08/05/24 | 140 | Dartpoints | Invoice #s: 131630, 131374 & 132617 | 2990-000 | | 8,162.20 | 1,156,999.72 |
| 08/05/24 | 141 | Compliance Technology Group | Invoice #9985 | 2990-000 | | 10,171.00 | 1,146,828.72 |
| 08/05/24 | 142 | NJZ Computer Services, LLC | Weeks Ending: 7/5/24, 7/12/24; 7/19/24 & 7/26/24 | 2990-000 | | 2,775.00 | 1,144,053.72 |
| 08/05/24 | 143 | Manta Ray Gathering Company L.L.C. | Invoice #305908238 | 2990-000 | | 18,845.98 | 1,125,207.74 |
| 08/05/24 | 144 | TRDkyes & Co, LLC | M&M Contract Labor (July 2024) | 2990-000 | | 42,600.00 | 1,082,607.74 |
| 08/05/24 | 145 | Johnny Robinson | M&M Contract Labor (July 2024) | 2990-000 | | 2,500.00 | 1,080,107.74 |
| 08/05/24 | 146 | Lawrence Boyd | M&M Contract Labor (July 2024) | 2990-000 | | 10,400.00 | 1,069,707.74 |
| 08/05/24 | 147 | Michael Graham | M&M Contract Labor (July 2024) | 2990-000 | | 8,970.00 | 1,060,737.74 |
| 08/05/24 | 148 | Stewart Robbins Brown & Altazan, LLC | Monthly Fee Statement (June 2024) 80% fees/100% expenses | 7100-000 | | 123,296.78 | 937,440.96 |
| 08/05/24 | 149 | TPS - West, LLC | Monthly Fee Statement (June 2024) 80% fees/100% expenses | 7100-000 | | 9,796.09 | 927,644.87 |
| 08/05/24 | 150 | Pachulski Stang Ziehl & Jones LLP | Monthly Fee Statement (June 2024) - 80% fees | 7100-000 | | 6,760.36 | 920,884.51 |

Page Subtotals:  $1,044.47   $406,179.82

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/24 | | North Lane Technologies Inc. | DirecTv Refund Credit | 1290-000 | 1,561.77 | | 922,446.28 |
| 09/05/24 | 151 | Dartpoints | Inv #132874 | 2990-000 | | 3,359.00 | 919,087.28 |
| 09/05/24 | 152 | Compliance Technology Group | Invoices 10019 & 10055 | 2990-000 | | 12,467.00 | 906,620.28 |
| 09/05/24 | 153 | NJZ Computer Services, LLC | W/E 8.2.24, 8.9.24, 8.16.24, 8.23.24 and 8.30.24 | 2990-000 | | 4,575.00 | 902,045.28 |
| 09/05/24 | 154 | Clean Gulf Associates | 4th Quarter | 2990-000 | | 5,000.00 | 897,045.28 |
| 09/05/24 | 155 | Stewart Robbins Brown & Altazan, LLC | July 2024 monthly fee statement (80% fees/100% expenses) | 7100-000 | | 105,512.21 | 791,533.07 |
| 09/05/24 | 156 | TPS - West, LLC | July monthly fee statement (80% fees/100% expenses) | 7100-000 | | 5,885.26 | 785,647.81 |
| 09/05/24 | 157 | TRDkyes & Co, LLC | August 2024 services | 2990-000 | | 35,200.00 | 750,447.81 |
| 09/05/24 | 158 | Johnny Robinson | August 2024 services | 2990-000 | | 2,500.00 | 747,947.81 |
| 09/05/24 | 159 | Lawrence Boyd | August 2024 services | 2990-000 | | 10,400.00 | 737,547.81 |
| 09/05/24 | 160 | Michael Graham | August 2024 services | 2990-000 | | 8,970.00 | 728,577.81 |
| 10/09/24 | | To Account #******3772 | Settlement Funds Transfer | 9999-000 | | 100,000.00 | 628,577.81 |
| 10/21/24 | 161 | Dartpoints | Invoices 133867, 134119, 135179 & 135180 | 2990-000 | | 11,521.20 | 617,056.61 |
| 10/21/24 | 162 | Compliance Technology Group | Inv #10055 & 10090 | 2990-000 | | 3,696.00 | 613,360.61 |
| 10/21/24 | 163 | NJZ Computer Services, LLC | W/E:  9.13.24, 9.20.24, 9.27.24, 10.4.24, and 10.11.24 | 2990-000 | | 3,675.00 | 609,685.61 |
| 10/21/24 | 164 | Veritrust | Inv #s 1128308, 1129406, and 1130440 | 2990-000 | | 44,316.78 | 565,368.83 |
| 10/21/24 | 165 | FileLink | Inv #s 208567, 209599, and 209839 | 2990-000 | | 9,352.00 | 556,016.83 |
| 10/21/24 | 166 | Stewart Robbins Brown & Altazan, LLC | August 2024 Fee Statement (Dkt. 2241 - 80% fees/100% expenses) | 7100-000 | | 140,171.49 | 415,845.34 |
| 10/21/24 | 167 | TPS - West, LLC | August 1-31 Fee Statement (Dkt. 2242) - 80% Fees/100% Expenses | 7100-000 | | 4,067.20 | 411,778.14 |
| 10/21/24 | 168 | Pachulski Stang Ziehl & Jones LLP | July 1 - August 31, 2024 Fee Statement (Dkt. 2211) - 80% Fees:  $9,469.95 | 2100-000 | | 9,469.95 | 402,308.19 |
| 10/21/24 | 169 | TRDkyes & Co, LLC | September Invoice | 2990-000 | | 27,800.00 | 374,508.19 |
| 10/21/24 | 170 | Johnny Robinson | September Invoice | 2990-000 | | 2,500.00 | 372,008.19 |
| 11/05/24 | 171 | Compliance Technology Group | Invoice #10124 | 2990-000 | | 2,996.00 | 369,012.19 |
| 11/05/24 | 172 | NJZ Computer Services, LLC | W/E:  10.18.24, 10.25.24, and 11.2.24 | 2990-000 | | 2,100.00 | 366,912.19 |
| 11/05/24 | 173 | TPS - West, LLC | September 2024 Fee Statement (80% fees/100% expenses) | 7100-000 | | 18,026.40 | 348,885.79 |
| 11/05/24 | 174 | TRDkyes & Co, LLC | Oct 2024 | 2990-000 | | 34,000.00 | 314,885.79 |

Page Subtotals:  $1,561.77   $607,560.49

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

Form 2

Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/24 | 175 | NJZ Computer Services, LLC | w/e 11-8-24; 11-15-24; 11-22-24; 11-29-24 | 2990-000 | | 2,550.00 | 312,335.79 |
| 12/10/24 | 176 | Veritrust | Inv# 1131690 | 2990-000 | | 5,268.14 | 307,067.65 |
| 12/10/24 | 177 | FileLink | Invoice #s 210233 & 210318 | 2990-000 | | 504.00 | 306,563.65 |
| 12/10/24 | 178 | Michael D. Warner | 80% fees per September-October 2024 fee statement [Dkt. 2291] | 7100-000 | | 10,810.51 | 295,753.14 |
| 12/10/24 | 179 | TRDkyes & Co, LLC | November 2024 | 2990-000 | | 25,600.00 | 270,153.14 |
| 12/18/24 | 180 | Chamberlain Hrdlicka | Balance due per Court Order [Dkt. 2317] | 2990-000 | | 65,085.98 | 205,067.16 |
| 01/07/25 | 181 | Dartpoints | Invoice #s137860, 138103, 136502, 136785 | 2990-000 | | 11,521.20 | 193,545.96 |
| 01/07/25 | 182 | NJZ Computer Services, LLC | W/E: 12.6.24, 12.13.24, 12.20.24, 12.27.24 Voided on 02/24/2025 | 2990-004 | | 2,175.00 | 191,370.96 |
| 01/07/25 | 183 | Neuralog | Invoice #:201620337 Voided on 02/20/2025 | 2990-004 | | 4,275.88 | 187,095.08 |
| 01/07/25 | 184 | Clean Gulf Associates | Invoice #: 2511017 | 2990-000 | | 5,000.00 | 182,095.08 |
| 01/07/25 | 185 | Compliance Technology Group | Invoice #: 10184 | 2990-000 | | 2,996.00 | 179,099.08 |
| 01/07/25 | 186 | TPS - West, LLC | 80% Fees/100% Expenses October Fee Statement (Dkt. 2319) | 7100-000 | | 4,414.60 | 174,684.48 |
| 01/07/25 | 187 | TRDkyes & Co, LLC | Nov. 2024 | 2990-000 | | 20,000.00 | 154,684.48 |
| 01/30/25 | | To Account #******9687 | Deposited in Cash Collateral Account in error. | 9999-000 | 25,000.00 | | 179,684.48 |
| 02/11/25 | 188 | Dartpoints | Invoice #s 139072, 139311, 140338, 140575 | 2990-000 | | 11,521.20 | 168,163.28 |
| 02/11/25 | 189 | NJZ Computer Services, LLC | w/e 1.3.25, 1.10.25, 1.17.25, 1.24.25, and 1.31.25 | 2990-000 | | 2,700.00 | 165,463.28 |
| 02/11/25 | 190 | Compliance Technology Group | Invoice #10184 | 2990-000 | | 2,996.00 | 162,467.28 |
| 02/11/25 | 191 | FileLink | Invoice #s 210581 & 210817 | 2990-000 | | 504.00 | 161,963.28 |
| 02/11/25 | 192 | Pride Oil & Gas Properties, Inc. | Invoice #125018 | 2990-000 | | 250.00 | 161,713.28 |
| 02/11/25 | 193 | Michael D. Warner | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) Voided on 03/10/2025 | 7100-004 | | 9,492.89 | 152,220.39 |
| 02/11/25 | 194 | TRDkyes & Co, LLC | Contract Labor | 2990-000 | | 27,500.00 | 124,720.39 |
| 02/20/25 | 183 | Neuralog | Invoice #:201620337 Voided: check issued on 01/07/2025 | 2990-004 | | -4,275.88 | 128,996.27 |
| 02/24/25 | 182 | NJZ Computer Services, LLC | W/E: 12.6.24, 12.13.24, 12.20.24, 12.27.24 Voided: check issued on 01/07/2025 | 2990-004 | | -2,175.00 | 131,171.27 |
| 02/24/25 | 195 | NJZ Computer Services, LLC | w/e 12.6.24, 12.13.24, 12.20.24 and 12.27.24 | 2990-000 | | 2,175.00 | 128,996.27 |

Page Subtotals: $25,000.00   $210,889.52

{ } Asset Reference(s)

! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/25 | | Chamberlain, Hrdlicka, White, Williams & Aughtry | Overpayment of expenses to counsel of interim trustee | 1290-000 | 532.80 | | 129,529.07 |
| 03/10/25 | 193 | Michael D. Warner | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) Voided: check issued on 02/11/2025 | 7100-004 | | -9,492.89 | 139,021.96 |
| 03/10/25 | 196 | NJZ Computer Services, LLC | w/e 2.7.25, 2.14.25, 2.21.25, and 2.28.25 | 2990-000 | | 2,625.00 | 136,396.96 |
| 03/10/25 | 197 | Veritrust | Inv. #s 1137702, 1136422, and 1135128 | 2990-000 | | 17,911.68 | 118,485.28 |
| 03/10/25 | 198 | Pachulski Stang Ziehl & Jones LLP | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) | 7100-000 | | 9,492.89 | 108,992.39 |
| 03/10/25 | 199 | Pachulski Stang Ziehl & Jones LLP | 80% fees/100% expenses (November - Dec 2024 monthly fee application; Dkt #:2376 | 7100-000 | | 6,147.13 | 102,845.26 |
| 03/10/25 | 200 | TRDkyes & Co, LLC | Feb 2025 | 2990-000 | | 21,200.00 | 81,645.26 |
| 03/25/25 | 201 | Dartpoints | Inv. #141542 (Feb 2025 invoice) | 2990-000 | | 2,401.60 | 79,243.66 |
| 03/25/25 | 202 | Dartpoints | Inv #141981 (Dismantling of data center) Voided on 03/25/2025 | 2990-004 | | 1,800.00 | 77,443.66 |
| 03/25/25 | 202 | Dartpoints | Inv #141981 (Dismantling of data center) Voided: check issued on 03/25/2025 | 2990-004 | | -1,800.00 | 79,243.66 |
| 03/25/25 | 203 | Dartpoints | Invoice #s 141981 and 141982 (fee for dismantling both data centers) | 2990-000 | | 3,600.00 | 75,643.66 |
| 03/25/25 | 204 | Dartpoints | Invoice #141777 (Feb 2025 invoice) | 2990-000 | | 3,359.00 | 72,284.66 |
| 04/02/25 | 205 | NJZ Computer Services, LLC | w/e 3.7.25, 3.14.25, 3.21.25 and 3.28.25 | 2990-000 | | 3,000.00 | 69,284.66 |
| 04/02/25 | 206 | Veritrust | Inv# 1139414 | 2990-000 | | 6,321.77 | 62,962.89 |
| 04/02/25 | 207 | FileLink | Invoice # 25220061 | 2990-000 | | 252.00 | 62,710.89 |
| 04/02/25 | 208 | TRDkyes & Co, LLC | March 2025 | 2990-000 | | 16,800.00 | 45,910.89 |
| 04/02/25 | 209 | TPS - West, LLC | 80% Fees/100% Expenses November 2024 Fee Statement (Dkt. 2370) | 7100-000 | | 1,624.60 | 44,286.29 |
| 05/14/25 | | To Account #******9687 | Remaining balance from Hedron Settlement Sub-Account | 9999-000 | 1,300,000.00 | | 1,344,286.29 |
| 05/14/25 | | Stewart Robbins Brown & Altazan, LLC | WIRE TO STEWART ROBBINS BROWN   A | 8500-002 | | 800,000.00 | 544,286.29 |
| 05/19/25 | 210 | FileLink | Invoice #s 25220365, 25220621 & 25220497 | 2990-000 | | 4,004.00 | 540,282.29 |
| 05/20/25 | 211 | Pachulski Stang Ziehl & Jones LLP | 80% fees/100% expenses (Jan - March 2024 MFA - Dkt. 2434) | 2100-000 | | 8,126.00 | 532,156.29 |
| 05/21/25 | 212 | NJZ Computer Services, LLC | w/e 4.4.25, 4.11.25, 4.18.25, 4.25.25, 5.2.25 | 2990-000 | | 2,625.00 | 529,531.29 |
| 05/21/25 | 213 | Veritrust | Inv. #1140687 | 2990-000 | | 6,321.77 | 523,209.52 |
| 05/21/25 | 214 | Dartpoints | Inv #s 142989 & 142756 | 2990-000 | | 5,760.60 | 517,448.92 |
| | | | Page Subtotals: | | $1,300,532.80 | $912,080.15 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/21/25 | 215 | TPS - West, LLC | December 2024 Monthly Fee Statement | 2990-000 | | 630.00 | 516,818.92 |
| 05/21/25 | 216 | TRDkyes & Co, LLC | April 2024 | 2990-000 | | 17,000.00 | 499,818.92 |
| 06/09/25 | 217 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums Voided on 06/09/2025 | 2300-004 | | 6,570.00 | 493,248.92 |
| 06/09/25 | 217 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums Voided: check issued on 06/09/2025 | 2300-004 | | -6,570.00 | 499,818.92 |
| 06/09/25 | 220 | Veritrust | Invoice #: 1138490 | 2990-000 | | 43,563.84 | 456,255.08 |
| 06/13/25 | 219 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums | 2300-000 | | 6,570.00 | 449,685.08 |
| 06/16/25 | 218 | Pachulski Stang Ziehl & Jones LLP | May fee statement (80% fees: $252,872.19; 100% expenses: $10.27) | 2100-000 | | 252,882.46 | 196,802.62 |
| 06/16/25 | 221 | NJZ Computer Services, LLC | w/e 5.9.25, 5.16.25, 5.23.25, 5.30.25 | 2990-000 | | 2,175.00 | 194,627.62 |
| 06/16/25 | 222 | Veritrust | Inv. #1141925 | 2990-000 | | 6,349.61 | 188,278.01 |
| 06/16/25 | 223 | Pachulski Stang Ziehl & Jones LLP | April 2025 Fee Statement (80% Fees/100% expenses) Voided on 06/18/2025 | 7100-004 | | 8,969.10 | 179,308.91 |
| 06/16/25 | 224 | TRDkyes & Co, LLC | 6.1.25 | 2990-000 | | 20,000.00 | 159,308.91 |
| 06/18/25 | 223 | Pachulski Stang Ziehl & Jones LLP | April 2025 Fee Statement (80% Fees/100% expenses) Voided: check issued on 06/16/2025 | 7100-004 | | -8,969.10 | 168,278.01 |
| 06/30/25 | 225 | Pachulski Stang Ziehl & Jones LLP | April Fee Statement [Dkt. 2464] 80% fees/100% expenses | 2100-000 | | 2,969.10 | 165,308.91 |
| 07/08/25 | 226 | NJZ Computer Services, LLC | w/e 6.6.25, 6.13.25, 6.20.25, and 6.27.25 | 2990-000 | | 2,100.00 | 163,208.91 |
| 07/08/25 | 227 | TPS-West, LLC | 80% fees/100% expenses (Jan 2025 MFA - Dkt. 2468) | 3410-000 | | 2,413.54 | 160,795.37 |
| 07/08/25 | 228 | TRDkyes & Co, LLC | June 2025 | 2990-000 | | 10,000.00 | 150,795.37 |
| 07/15/25 | 229 | Pachulski Stang Ziehl & Jones LLP | M. Warner June Monthly Fee Statement (92328) - 80% fees/100% expenses | 2100-000 | | 1,990.72 | 148,804.65 |
| 07/16/25 | | Stewart Robbins Brown & Altazan, LLC | NRW's Veritrust Storage Reimbursement | 1290-000 | 16,462.22 | | 165,266.87 |
| 08/11/25 | 230 | NJZ Computer Services, LLC | w/e 7.4.25, 7.11.25, 7.18.25, 7.25.25, 8.1.25 | 2990-000 | | 2,775.00 | 162,491.87 |
| 08/11/25 | 231 | Pride Oil & Gas Properties, Inc. | Inv. #125004 | 2990-000 | | 1,905.50 | 160,586.37 |
| 08/11/25 | 232 | TRDkyes & Co, LLC | July 2025 | 2990-000 | | 18,000.00 | 142,586.37 |
| 09/18/25 | 235 | TPS - West, LLC | 8.18.25 Voided: check issued on 09/19/2025 | 2990-004 | | -1,632.78 | 144,219.15 |
| 09/18/25 | 237 | TRDkyes & Co, LLC | 8.31.25 | 2990-000 | | 10,000.00 | 134,219.15 |

Page Subtotals:   $16,462.22   $399,691.99

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 8

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | | |
|---|---|---|
| Trustee Name: | Michael D. Warner (631470) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******9687 Checking | |
| Blanket Bond (per case limit): | N/A | |
| Separate Bond (if applicable): | $4,000,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/25 | 238 | TPS - West, LLC | Feb. 2025 MFA [Dkt. 2486]: 80% Fees $1,536.32/100% Expenses: $96.40 | 2990-000 | | 1,632.72 | 132,586.43 |
| 09/19/25 | 233 | NJZ Computer Services, LLC | w/e: 8.8.25, 8.15.25, 8.22.25, 8.29.25 | 2990-000 | | 2,100.00 | 130,486.43 |
| 09/19/25 | 234 | Veritrust | Inv. #1144939 | 2990-000 | | 11,841.05 | 118,645.38 |
| 09/19/25 | 235 | TPS - West, LLC | 8.18.25<br>Voided on 09/18/2025 | 2990-004 | | 1,632.78 | 117,012.60 |
| 09/19/25 | 236 | Pachulski Stang Ziehl & Jones LLP | 80% Fees - M. Warner July 2025 MFA [Dkt. 2483] | 7100-000 | | 348.33 | 116,664.27 |
| 10/06/25 | 239 | NJZ Computer Services, LLC | w/e 9.5.25, 9.15.25, 9.19.25, and 9.26.25 | 2990-000 | | 2,175.00 | 114,489.27 |
| 10/06/25 | 240 | TPS - West, LLC | Balance due per 2nd interim fee application [Dkt. 2509] - Period: 10.1.24 - 5.31.25 | 2990-000 | | 65,948.20 | 48,541.07 |
| 10/06/25 | 241 | TRDkyes & Co, LLC | September 2025 | 2990-000 | | 10,000.00 | 38,541.07 |
| 10/17/25 | | Bristow US | Preference Litigation Settlement Payment | 1241-000 | 165,000.00 | | 203,541.07 |
| 11/10/25 | 242 | NJZ Computer Services, LLC | w/e 10/3/25; 10/10/25; 10/17/25; 10/24/25; 10/31/25 | 2990-000 | | 2,625.00 | 200,916.07 |
| 11/10/25 | 243 | TPS - West, LLC | June 2025 Monthly Fee Statement | 2990-000 | | 4,374.40 | 196,541.67 |
| 11/10/25 | 244 | Stewart Robbins Brown & Altazan, LLC | Prior monthly fee statements/fee applications | 3210-000 | | 80,000.00 | 116,541.67 |
| 11/10/25 | 245 | Pachulski Stang Ziehl & Jones LLP | May, August & Sept monthly fee statements | 2100-000 | | 64,381.84 | 52,159.83 |
| 11/10/25 | 246 | TRDkyes & Co, LLC | Contract Labor for M&M | 2990-000 | | 10,000.00 | 42,159.83 |
| 11/14/25 | | Kelly Warner | 11/6/25 Subpoena Fee - Sampson v. NRW | 1290-000 | 11.00 | | 42,170.83 |
| 11/20/25 | | Stone Pigman | Cox Settlement - Warner v. Stone Pigman; USBC SDNY Adv Case No. 25-03313 | 1241-000 | 800,000.00 | | 842,170.83 |
| 11/21/25 | 247 | George Adams & Company Insurance Agency, LLC | Invoice #1142 - MLCJR Ch. 7 bond renewal | 2690-000 | | 664.00 | 841,506.83 |
| 11/21/25 | 248 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465]<br>Voided on 11/21/2025 | 7100-004 | | 189,661.85 | 651,844.98 |
| 11/21/25 | 248 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465]<br>Voided: check issued on 11/21/2025 | 7100-004 | | -189,661.85 | 841,506.83 |
| 11/21/25 | 249 | Pachulski Stang Ziehl & Jones LLP | 80% fees - Oct 2025 Monthly Fee Statement [Dkt. 2532]<br>Voided on 11/21/2025 | 7100-004 | | 1,874.96 | 839,631.87 |
| 11/21/25 | 249 | Pachulski Stang Ziehl & Jones LLP | 80% fees - Oct 2025 Monthly Fee Statement [Dkt. 2532]<br>Voided: check issued on 11/21/2025 | 7100-004 | | -1,874.96 | 841,506.83 |
| 11/21/25 | 250 | Fishman Haygood LLP | MLCJR - Warner v. Stone Pigman (Settlement fees) | 3991-000 | | 280,623.40 | 560,883.43 |
| | | | Page Subtotals: | | $965,011.00 | $538,346.72 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 9

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/25 | 251 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] Voided: check issued on 11/22/2025 | 7100-004 | | -189,661.85 | 750,545.28 |
| 11/21/25 | 252 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] | 7100-000 | | 189,661.85 | 560,883.43 |
| 11/22/25 | 251 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] Voided on 11/21/2025 | 7100-004 | | 189,661.85 | 371,221.58 |
| 11/22/25 | 253 | Pachulski Stang Ziehl & Jones LLP | 80% fees - Oct 2025 Monthly Fee Statement [Dkt. 2532] | 7100-000 | | 1,874.96 | 369,346.62 |
| 12/09/25 | 256 | Pachulski Stang Ziehl & Jones LLP | Oct 2025 Fee Statement (80% of fees totaling $2,343.70) - Dkt. 2532 Voided: check issued on 12/10/2025 | 3110-004 | | -1,874.96 | 371,221.58 |
| 12/10/25 | 254 | NJZ Computer Services, LLC | w/e: 11.7.25; 11/14/25; 11/21/25; 11/28/25 | 2990-000 | | 2,250.00 | 368,971.58 |
| 12/10/25 | 255 | Stewart Robbins Brown & Altazan LLC | Prior balance (1.30.25 - 12.4.25) | 3210-000 | | 300,000.00 | 68,971.58 |
| 12/10/25 | 256 | Pachulski Stang Ziehl & Jones LLP | Oct 2025 Fee Statement (80% of fees totaling $2,343.70) - Dkt. 2532 Voided on 12/09/2025 | 3110-004 | | 1,874.96 | 67,096.62 |
| 12/10/25 | 257 | TRDkyes & Co, LLC | Nov. 30, 2025 | 2990-000 | | 10,000.00 | 57,096.62 |
| 12/18/25 | | Essi Corporation | Test payment re Preference Settlement | 1241-000 | 100.00 | | 57,196.62 |
| 12/19/25 | | Essi Corporation | Preference Settlement | 1241-000 | 124,900.00 | | 182,096.62 |
| 01/16/26 | 258 | NJZ Computer Services, LLC | W/E:  12.5.25; 12.12.25; 12.19.25; 12.26.25 | 2990-000 | | 2,100.00 | 179,996.62 |
| 01/16/26 | 259 | TRDykes & Co. LLC | Dec 1, 2025 | 2990-000 | | 10,000.00 | 169,996.62 |
| 01/16/26 | 260 | Pachulski Stang Ziehl & Jones LLP | Nov. Fee Statement [Dkt. 2458]; 80% of fees totaling $13,280.05 | 7100-000 | | 10,624.04 | 159,372.58 |
| 01/27/26 | | | WIRE FROM STEWART ROBBINS   BROW | | 33,700.00 | | 193,072.58 |
| | | | $33,700.00 | | | | |
| 01/28/26 | | Essi Corporation | Cox Settlement Matter - preference litigation settlement payment (2nd installment) | 1241-000 | 31,250.00 | | 224,322.58 |
| 02/03/26 | | Stewart Robbins Brown & Altazan, LLC | Preference Settlement - Netherland, Sewell & Associate | 1241-000 | 280,000.00 | | 504,322.58 |
| 02/06/26 | 261 | NJZ Computer Services, LLC | w/e 1.9.26; 1.16.26; 1.23.26; 1.30.26 | 2990-000 | | 1,575.00 | 502,747.58 |
| 02/06/26 | 262 | TRDykes & Co. LLC | January 2026 | 2990-000 | | 10,400.00 | 492,347.58 |
| 02/06/26 | 263 | Pachulski Stang Ziehl & Jones LLP | Cox/Warner - 80% fees Nov fee statement ($10,624.04); 80% fees/100% exp Dec. fee statement ($7,519.34) | 7100-000 | | 18,143.38 | 474,204.20 |

Page Subtotals:   $469,950.00   $556,629.23

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 10

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/26 | | Gulf Land Structures | Preference Settlement | 1241-000 | 40,000.00 | | 514,204.20 |
| 03/04/26 | | To Account #******5635 | Secured Creditor | 9999-000 | | 33,700.00 | 480,504.20 |
| 03/16/26 | 264 | NJZ Computer Services, LLC | w/e 1.2.26 | 2990-000 | | 525.00 | 479,979.20 |
| 03/16/26 | 265 | Stewart Robbins Brown & Altazan, LLC | Unpaid invoices:  January - May 2025 Voided on 03/16/2026 | 3110-004 | | 400,000.00 | 79,979.20 |
| 03/16/26 | 265 | Stewart Robbins Brown & Altazan, LLC | Unpaid invoices:  January - May 2025 Voided: check issued on 03/16/2026 | 3110-004 | | -400,000.00 | 479,979.20 |
| 03/16/26 | 266 | TRDykes & Co. LLC | 2.1.26 | 2990-000 | | 8,000.00 | 471,979.20 |
| 03/16/26 | 267 | Stewart Robbins Brown & Altazan, LLC | Unpaid Invoices:  Jan - May 2025 | 3110-000 | | 400,000.00 | 71,979.20 |
| 04/02/26 | | Eaton Oil Tools | Preference Settlement | 1241-000 | 160,000.00 | | 231,979.20 |
| 04/03/26 | | Eaton Oil Tools | Wire back from Eaton Oil Tools due to incorrect banking information for return of $54K | 1241-000 | 54,000.00 | | 285,979.20 |
| 04/03/26 | | Eaton Oil Tools | Wire to Eaton Oil Tools for return of overpayment | 1241-000 | -54,000.00 | | 231,979.20 |
| 04/06/26 | | Eaton Oil Tools | Return of $54K overpayment to Bank of Sunset & Trust Co. for the benefit of Eaton Oil Tools Inc (Acct 200029491) | 1241-000 | -54,000.00 | | 177,979.20 |
| 04/08/26 | | Offshore Services of Acadiana LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 95,000.00 | | 272,979.20 |
| 04/14/26 | | Carver Darden Koretzky | Preference Settlement (C-Dive) | 1241-000 | 261,574.00 | | 534,553.20 |
| 04/20/26 | | Quail Tools Disbursement Account | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 105,000.00 | | 639,553.20 |
| 04/20/26 | 268 | TRDykes & Co, LLC | Inv. 2026-003 - date 4.1.26 | 2990-000 | | 9,200.00 | 630,353.20 |
| 04/21/26 | 269 | George Adams & Company Insurance Agency, LLC | Cox - Ch. 7 Trustee Bond Renewal (5/7/26 - 5/7/27); Inv #1263 | 2300-000 | | 1,400.00 | 628,953.20 |
| 04/21/26 | 270 | Stewart Robbins Brown & Altazan, LLC | March 2025 Invoice ($179,515.31) and partial pay towards April 2025 Invoice ($20,484.69) | 3210-000 | | 200,000.00 | 428,953.20 |
| 04/21/26 | 271 | TRDykes & Co. LLC | Invoice 2026-003 (4.1.26) Voided on 04/29/2026 | 2990-004 | | 9,200.00 | 419,753.20 |
| 04/22/26 | | IFS Finance UK Limited | Preference Settlement | 1241-000 | 70,000.00 | | 489,753.20 |
| 04/28/26 | | Essi Corporation | Cox Settlement Matter - preference litigation settlement payment (third installment) | 1241-000 | 31,250.00 | | 521,003.20 |
| 04/29/26 | | Bourgeois Law LLC | Preference Settlement (Major Equipment) | 1241-000 | 68,221.70 | | 589,224.90 |
| 04/29/26 | 271 | TRDykes & Co. LLC | Invoice 2026-003 (4.1.26) Voided: check issued on 04/21/2026 | 2990-004 | | -9,200.00 | 598,424.90 |

Page Subtotals:   $777,045.70   $652,825.00

*{ } Asset Reference(s)*                                                                                           *! - transaction has not been cleared*

Form 2

Cash Receipts And Disbursements Record

Page: 11

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/26 | | Tampnet Inc. | Cox Settlement Matter - preference litigation settlement payment (test payment) | 1241-000 | 20.00 | | 598,444.90 |
| 05/08/26 | | Gulfstream Operating Corp Pay | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 15,000.00 | | 613,444.90 |
| 05/11/26 | 272 | TPS - West, LLC | Order approving 3rd interim fee application (Docket No. 2635) | 3410-000 | | 5,464.00 | 607,980.90 |
| 05/11/26 | 273 | Stewart Robbins Brown & Altazan, LLC | Remaining balance of $93,191.48 (April 2026) and $106,808.52 towards May 2026 Invoice | 3210-000 | | 200,000.00 | 407,980.90 |
| 05/11/26 | 274 | Pachulski Stang Ziehl & Jones LLP | $10,428.14 (Jan-March 2026 Monthly Fee Statement & Order Approving 3rd Interim Fee App ($26,467.30) | 2100-000 | | 36,895.44 | 371,085.46 |
| 05/11/26 | 275 | TRDykes & Co. LLC | Invoice 5.1.26 | 2990-000 | | 8,800.00 | 362,285.46 |
| 05/21/26 | | Tampnet Inc. | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 40,273.65 | | 402,559.11 |
| 05/21/26 | | Sparrows Offshore LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 45,000.00 | | 447,559.11 |
| 05/21/26 | | Piranha Rentals LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 19,655.01 | | 467,214.12 |
| 05/22/26 | | Cigna Health and Life Insurance Co | Payment re Valeant class action - settlement proceeds | 1290-000 | 34.86 | | 467,248.98 |
| 05/22/26 | | Grand Isle Shipyard LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 38,000.00 | | 505,248.98 |
| 05/22/26 | | Cigna Health and Life Insurance Co | Deposit Reversal: Payment re Valeant class action - settlement proceeds | 1290-000 | -34.86 | | 505,214.12 |
| 05/26/26 | | Leviathan Offshore, LLC | Preference Settlement | 1241-000 | 73,800.00 | | 579,014.12 |
| 05/29/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 670.56 | 578,343.56 |
| 06/02/26 | 276 | Stewart Robbins Brown & Altazan, LLC | Holdbacks (2/25, 3/25, 4/25, 5/25) | 3110-000 | | 300,000.00 | 278,343.56 |
| 06/02/26 | 277 | TRDkyes & Co, LLC | April 2026 Expenses | 2990-000 | | 10,000.00 | 268,343.56 |
| 06/15/26 | | | DOMESTIC WIRE TRANSFER FROM LOUISIANA SAFETY SYSTE MS, INC | | 100.00 | | 268,443.56 |
| | | | $100.00 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM WAUKESHA-PEARCE INDUST RIES, LLC | | 0.03 | | 268,443.59 |
| | | | $0.03 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM LOUISIANA SAFETY SYSTE MS, INC | | 57,400.00 | | 325,843.59 |

Page Subtotals:     $289,248.69     $561,830.00

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 12

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9687 Checking |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $57,400.00 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM WAUKESHA-PEARCE INDUST RIES, LLC | | 165,000.00 | | 490,843.59 |
| | | | $165,000.00 | | | | |
| 06/18/26 | | | DOMESTIC WIRE TRANSFER FROM Precision Crane & Hydr aulics | | 75,000.00 | | 565,843.59 |
| | | | $75,000.00 | | | | |
| 06/24/26 | | | ISLAND OPERATING PY06/24/26 | | 67,620.96 | | 633,464.55 |
| | | | $67,620.96 | | | | |
| 06/30/26 | | | DOMESTIC WIRE TRANSFER FROM LUGENBUHL WHEATON PECK RANKIN and | | 40,000.00 | | 673,464.55 |
| | | | $40,000.00 | | | | |
| 07/06/26 | 278 | TPS - West, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements Voided on 07/06/2026 | 3310-004 | | 201,202.19 | 472,262.36 |
| 07/06/26 | 278 | TPS - West, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements Voided: check issued on 07/06/2026 | 3310-004 | | -201,202.19 | 673,464.55 |
| 07/06/26 | 279 | Pachulski Stang Ziehl & Jones LLP | April 2026 MFS: $5,054.40; May 2026 MFS:  $5,159.28 | 3110-000 | | 10,213.68 | 663,250.87 |
| 07/06/26 | 280 | TRDkyes & Co, LLC | June invoice (accounts for overpayment of May invoice by $1,600) | 2990-000 | | 9,600.00 | 653,650.87 |
| 07/06/26 | 281 | Stewart Robbins Brown & Altazan, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements | 3210-000 | | 201,202.19 | 452,448.68 |
| 07/24/26 | | | DOMESTIC WIRE TRANSFER FROM Keystone Chemical LLC | | 15,000.00 | | 467,448.68 |
| | | | $15,000.00 | | | | |

Page Subtotals:   $362,620.96   $221,015.87

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 13

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 7 | Deposits | 3,184.90 | 181 | Checks | 4,886,036.42 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 908,715.42 |
| | Subtotal | 3,184.90 | 2 | Transfers Out | 133,700.00 |
| 34 | Adjustments In | 5,067,715.62 | | Total | 5,928,451.84 |
| 2 | Transfers In | 1,325,000.00 | | | |
| | Total | 6,395,900.52 | | | |

Page Subtotals:          $0.00          $0.00

*{ } Asset Reference(s)*                    *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 14

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5635 Cash Collateral |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/18/24 | | Badger Energy LLC | Cash Collateral - Representing Revenue | 1290-000 | 2.57 | | 2.57 |
| 07/18/24 | | Poston Minerals LLC | Cash Collateral - Representing Revenue | 1290-000 | 134.80 | | 137.37 |
| 07/18/24 | | Paylocity Corporation | Cash Collteral - COBRA Reimbursement | 1290-000 | 4,661.44 | | 4,798.81 |
| 07/18/24 | | Paylocity Corporation | Cash Collateral - COBRA Reimbursement | 1290-000 | 14,690.79 | | 19,489.60 |
| 07/18/24 | | Paylocity Corporation | Cash Collateral - COBRA Reimbursement | 1290-000 | 7,872.52 | | 27,362.12 |
| 10/18/24 | | Natural Resources Worldwide, LLC | NRW Transfer | 1290-000 | 25,000.00 | | 52,362.12 |
| 01/30/25 | | To Account #******9687 | Deposited in Cash Collateral Account in error. | 9999-000 | | 25,000.00 | 27,362.12 |
| 02/25/25 | | Stone Pigman Walther Witmann LLC | Funds held by former special counsel | 1290-000 | 108,093.42 | | 135,455.54 |
| 10/07/25 | | ENI US Operating | ENI abandoned property (EI 39) | 1290-000 | 6,825.23 | | 142,280.77 |
| 11/04/25 | 20001 | NJZ Computer Services, LLC | w/e 10/3/25; 10/10/25; 10/17/25; 10/24/25; 10/31/25 Voided on 11/04/2025 | 2990-004 | | 2,625.00 | 139,655.77 |
| 11/04/25 | 20001 | NJZ Computer Services, LLC | w/e 10/3/25; 10/10/25; 10/17/25; 10/24/25; 10/31/25 Voided: check issued on 11/04/2025 | 2990-004 | | -2,625.00 | 142,280.77 |
| 11/04/25 | 20002 | TPS - West, LLC | 10/6/25 Voided on 11/04/2025 | 2990-004 | | 4,374.40 | 137,906.37 |
| 11/04/25 | 20002 | TPS - West, LLC | 10/6/25 Voided: check issued on 11/04/2025 | 2990-004 | | -4,374.40 | 142,280.77 |
| 11/04/25 | 20003 | Pachulski Stang Ziehl & Jones LLP | M. Warner Monthly Fee Statement (May 2025) - 25% fees & expenses [Dkt. 2465] Voided on 11/04/2025 | 2100-004 | | 63,220.62 | 79,060.15 |
| 11/04/25 | 20003 | Pachulski Stang Ziehl & Jones LLP | M. Warner Monthly Fee Statement (May 2025) - 25% fees & expenses [Dkt. 2465] Voided: check issued on 11/04/2025 | 2100-004 | | -63,220.62 | 142,280.77 |
| 11/04/25 | 20004 | Pachulski Stang Ziehl & Jones LLP | $547.45 (Aug MFA - Dkt. 2527) & $613.77 (Sept. MFA - Dkt. 2528) Voided on 11/04/2025 | 2100-004 | | 1,161.22 | 141,119.55 |
| 11/04/25 | 20004 | Pachulski Stang Ziehl & Jones LLP | $547.45 (Aug MFA - Dkt. 2527) & $613.77 (Sept. MFA - Dkt. 2528) Voided: check issued on 11/04/2025 | 2100-004 | | -1,161.22 | 142,280.77 |
| 11/04/25 | 20005 | TRDkyes & Co, LLC | Contract Labor; Inv. # 25-010 Voided on 11/04/2025 | 2990-004 | | 10,000.00 | 132,280.77 |
| 11/04/25 | 20005 | TRDkyes & Co, LLC | Contract Labor; Inv. # 25-010 Voided: check issued on 11/04/2025 | 2990-004 | | -10,000.00 | 142,280.77 |
| 03/04/26 | | To Account #******5635 | Secured Creditor | 9999-000 | 33,700.00 | | 175,980.77 |
| | | | Page Subtotals: | | $200,980.77 | $25,000.00 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

Form 2

Cash Receipts And Disbursements Record

Page: 15

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******5635 Cash Collateral |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/26 | | Cigna Health and Life Insurance Co. | Payment re Valeant Class Action - settlement proceeds | 1290-000 | 34.86 | | 176,015.63 |
| 05/29/26 | | Cigna Health and Life Insurance Co. | Mylan EpiPen class action - settlement proceeds | 1290-000 | 7.41 | | 176,023.04 |
| 05/29/26 | | Cigna Health and Life Insurance Co. | check reissue | 1290-000 | 802.52 | | 176,825.56 |
| 06/17/26 | | MetLife Remittance Service | Group Termination | 1290-000 | 1,996.56 | | 178,822.12 |
| 07/17/26 | | Energy Transfer | Energy Transfer Settlement | 1290-000 | 325,175.00 | | 503,997.12 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 13 | Deposits | 495,297.12 | 5 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 495,297.12 | 1 | Transfers Out | 25,000.00 |
| 0 | Adjustments In | 0.00 | | Total | 25,000.00 |
| 1 | Transfers In | 33,700.00 | | | |
| | Total | 528,997.12 | | | |

Page Subtotals:          $0.00          $0.00

*{ } Asset Reference(s)*                                                    *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 16

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******3772 DOJ Settlement Funds |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/24 | | To Account #******3772 | Settlement Funds Transfer | 9999-000 | 100,000.00 | | 100,000.00 |
| 12/31/24 | 300001 | Bureau of Ocean Energy Management | DOJ Settlement - Abandonment Motion | 2990-000 | | 100,000.00 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 100,000.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 100,000.00 |
| 1 | Transfers In | 100,000.00 | | | |
| | Total | 100,000.00 | | | |

Page Subtotals:        $0.00        $0.00

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 17

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******7203 WT Asset Sale Proceeds |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/11/25 | | Stewart Robbins Brown & Altazan, LLC | WIRE FROM STEWART ROBBINS  BROW | 1290-000 | 250,000.00 | | 250,000.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 250,000.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 250,000.00 | | | |

Page Subtotals:        $0.00        $0.00

*{ } Asset Reference(s)*                    *! - transaction has not been cleared*

Form 2

## Cash Receipts And Disbursements Record

Page: 18

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******1353 Hedron Settlement Account |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/13/25 | | Frilot LLC Iolta | WIRE FROM FRILOT LLC IOLTA | 1290-000 | 11,000,000.00 | | 11,000,000.00 |
| 05/13/25 | | Incoming Wire - Hedron | Incoming Wire - Hedron | 1290-000 | 11,000,000.00 | | 22,000,000.00 |
| 05/13/25 | | Amarillo National Bank | WIRE TO AMARILLO NATIONAL BANK | 8500-002 | | 3,316,666.00 | 18,683,334.00 |
| 05/13/25 | | Fishman Haygood, LLP | WIRE TO IOLTA FISHMAN HAYGOOD LLP | 8500-002 | | 3,550,000.00 | 15,133,334.00 |
| 05/13/25 | | Hall Maines Lugrin PC IOLTA Trust Account | WIRE TO HALL MAINES LUGRIN PC IOL | 8500-002 | | 2,833,334.00 | 12,300,000.00 |
| 05/13/25 | | Incoming Wire - Hedron | Incoming Wire - Hedron | 1290-000 | -11,000,000.00 | | 1,300,000.00 |
| 05/14/25 | | To Account #******9687 | Remaining balance from Hedron Settlement Sub-Account | 9999-000 | | 1,300,000.00 | 0.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | | 4 | Adjustments Out | 20,700,000.00 |
| | Subtotal | 0.00 | | 1 | Transfers Out | 1,300,000.00 |
| 2 | Adjustments In | 22,000,000.00 | | | Total | 22,000,000.00 |
| 0 | Transfers In | 0.00 | | | | |
| | Total | 22,000,000.00 | | | | |

Page Subtotals:     $11,000,000.00     $11,000,000.00

*{ } Asset Reference(s)*                                                                                     *! - transaction has not been cleared*

**Form 2**
**Cash Receipts And Disbursements Record**

Page:  19

| | |
|---|---|
| **Case No.:** | 23-90324 |
| **Case Name:** | MLCJR LLC<br>L.L.C. Cox Oil Offshore |
| **Taxpayer ID #:** | **-***0875 |
| **For Period Ending:** | 07/27/2026 |

| | |
|---|---|
| **Trustee Name:** | Michael D. Warner (631470) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******1353 Hedron Settlement Account |
| **Blanket Bond (per case limit):** | N/A |
| **Separate Bond (if applicable):** | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $16,708,152.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $10,500,000.00 |
| Net Estate: | $6,208,152.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9687 Checking | $4,962,855.66 | $5,686,706.98 | $467,448.68 |
| ******5635 Cash Collateral | $495,297.12 | $0.00 | $503,997.12 |
| ******3772 DOJ Settlement Funds | $0.00 | $100,000.00 | $0.00 |
| ******7203 WT Asset Sale Proceeds | $250,000.00 | $0.00 | $250,000.00 |
| ******1353 Hedron Settlement Account | $11,000,000.00 | $9,700,000.00 | $0.00 |
| | $16,708,152.78 | $15,486,706.98 | $1,221,445.80 |