**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**FEE APPLICATION COVER SHEET**
**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS**
**TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JUNE 30, 2026**

| | | |
|---|---|---|
| **Name of Applicant:** | TPS-West LLC | |
| **Applicant's Role in Case:** | Chapter 7 Trustee's Accountant | |
| **Date Order of Appointment Signed:** | April 22, 2024 (Docket No. 1833) | |
| | **Beginning of Period** | **End of Period** |
| **Time Period Covered by This Application** | July 1, 2025 | June 30, 2026 |
| **Time Period(s) Covered by Prior Applications:** | March 5, 2024 | June 30, 2025 |
| **Total Fees Requested in This and in All Prior Applications:** | $169,837.00 | |
| **Total Fees Requested in This Application** | $25,022.00 | |
| **Total Professional Fees Requested in This Application** | $24,257.00 | |
| **Total Actual Professional Hours Covered by This Application** | 83.40 | |
| **Average Hourly Rate for Professionals:** | $290.85 | |
| **Total Paraprofessional Fees Requested in This Application:** | $765.00 | |
| **Total Actual Paraprofessional Hours Covered by This Application:** | 4.50[2] | |
| **Average Hourly Rate for Paraprofessionals:** | $170.00 | |
| **Reimbursable Expenses Sought in This Application:** | $338.70 | |

---

[1]   The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. ("Cox Operating") (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC ("EPL") (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2]   In addition to the 4.50 paraprofessional hours for which compensation is sought, TPS's paraprofessional recorded an additional 5.60 hours during the Interim Application Period at no charge to the Estates.

1

| | |
|---|---|
| **Application Cost:** | $25,360.70 |
| **Total of Other Payments Paid to Secured Claimants:** | $3,350,366.00 |
| **Total of Other Payments Paid to Administrative Claimants:** | $12,136,340.98 |
| **Estimated Total for Distribution to Priority Unsecured Creditors:** | TBD |
| **Estimated Percentage Dividend to Priority Unsecured Creditors:** | TBD |
| **Estimated Total for Distribution to General Unsecured Creditors:** | TBD |
| **Estimated Percentage Divided to General Unsecured Creditors:** | TBD |
| **Receipts to Date:** | $16,708,152.78 |
| **Disbursements to Date:** | $15,486,706.98 |
| **Current Balance in the Trustee's Accounts:** | $1,221,445.80[3] |

In the above captioned Chapter 7 case, TPS-West LLC ("TPS") rendered accounting services in favor of the above captioned jointly administered estates (collectively, the "Estates")[4] between July 1, 2025 and June 30, 2026 (the "Interim Application Period"). The fee statement covering the Interim Application Period can be summarized as follows:

| Invoices | | | | Circulated per Interim Compensation Procedures | |
|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| Inv. 4235 (7/26/26) | Jul. 1, 2025 – Jun. 30, 2026 | $25,022.00 | $338.70 | $20,017.60 | $338.70 |
| **TOTALS** | | **$25,022.00** | **$338.70** | **$20,017.60** | **$338.70** |

The TPS professionals who rendered services in favor of the Estates during the Interim Application Period are:

---

[3]   This is comprised of: (a) $467,448.68 in the Trustee's checking account; (b) $503,997.12 in the cash collateral account; and (c) $250,000.00 in an account holding the proceeds generated from a sale to W&T Offshore.

[4]   While TPS was originally retained by Randy W. Williams during his time as interim chapter 7 trustee in this case, the now permanent trustee of the Estates, Michael D. Warner, solely in his capacity as the chapter 7 trustee, has continued utilizing TPS' services.

| Professional | Blended Rate | Hours | Percent | Amount | Percent |
|---|---|---|---|---|---|
| James L. Clarke | $300.00 | 4.20 | 4.78% | $1,260.00 | 5.04% |
| Natalie S. Hinson | $170.00 | 4.50 | 5.12% | $765.00 | 3.06% |
| Rhonda B. Fronk | $275.00 | 56.20 | 63.93% | $15,455.00 | 61.76% |
| Richard P. Anderson | $330.00 | 21.40 | 24.35% | $7,062.00 | 28.22% |
| William A. Potter | $300.00 | 1.60 | 1.82% | $480.00 | 1.92% |
| **Total** | **$284.66** | **87.90** | **100.00%** | **$25,022.00** | **100.00%** |

The time and fees devoted to each distinctive task during the Interim Application Period are as follows:

| Task | Blended Rate | Hours | Percent | Amount | Percent |
|---|---|---|---|---|---|
| Federal Tax Reporting | $284.52 | 73.30 | 83.39% | $20,855.00 | 83.34% |
| General Accounting Consulting Services | $300.00 | 2.10 | 2.39% | $630.00 | 2.52% |
| Payroll, Wage Reporting or Contract Labor Reporting | $300.00 | 1.20 | 1.37% | $360.00 | 1.44% |
| Preference/Fraudulent Conveyance Review | $300.00 | 0.40 | 0.45% | $120.00 | 0.48% |
| State Tax Reporting | $290.47 | 6.40 | 7.28% | $1,859.00 | 7.43% |
| Fee Applications | $266.22 | 4.50 | 5.12% | $1,198.00 | 4.79% |
| **Total** | **$284.66** | **87.90** | **100.00%** | **$25,022.00** | **100.00%** |

The expenses incurred during the Interim Application Period are comprised of the following:

| Expense | Amount |
|---|---|
| Copying | $202.40 |
| Postage | $23.74 |
| Software (O365 subscription for preference review) | $112.56 |
| **Total** | **$338.70** |

3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| | ) | |
| **Debtors.** | ) | **Jointly Administered** |
| | ) | |
| | ) | |

**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS**
**TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JUNE 30, 2026**

---

**THIS APPLICATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE APPLICATION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE APPLICATION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

---

[1] The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. ("Cox Operating") (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC ("EPL") (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

1

TPS-West, LLC ("TPS" or "Applicant"), accountants to Michael D. Warner, solely in his capacity as the Chapter 7 Trustee (the "Trustee") for the above captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this *Fourth Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of July 1, 2025 through June 30, 2026* (the "Interim Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Local Rules").

## RELIEF REQUESTED

By this Interim Application, which encapsulates the period between July 1, 2025 through June 30, 2026 (the "Interim Application Period"), TPS seeks interim approval and allowance, as an administrative expense, for the aggregate sum of $25,360.70, which is comprised of:

(i)   compensation for professionals in the amount of $25,022.00; and

(ii)   reimbursement of actual and necessary expenses in the sum of $338.70.

## JURISDICTION AND VENUE

1.   This Court has jurisdiction to consider this Interim Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.   The statutory predicates for the relief requested herein include 11 U.S.C. §§ 330 and 331, FED. R. BANKR. P. 2014 and 2016, and Rule 2016-1 of the Local Rules.

## PROCEDURAL BACKGROUND

3.   On May 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United

2

States Bankruptcy Court for the Southern District of Texas, Houston Division ("Court" or "Bankruptcy Court").

4.        On May 16, 2023, the Court entered that certain *Order Authorizing Joint Administration of the Chapter 11 Cases*[2] providing that the bankruptcy "cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 23-90324 (CML)."[3]

5.        On February 28, 2024, the Debtors' bankruptcy cases (collectively, the "Bankruptcy Cases") were converted to chapter 7 of the Bankruptcy Code.[4]

6.        On February 29, 2024, the United States Trustee appointed Randy W. Williams as interim trustee (the "Interim Trustee").

7.        On March 13, 2024, the Interim Trustee filed that certain *Application to Employ TPS-West LLC as Accountant to the Trustee* (the "Retention Application"), which sought this Court's approval of the Interim Trustee's retention and employment of TPS as the Interim Trustee's accountants.[5]

8.        On April 22, 2024, the Court entered that certain *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* (the "Interim Compensation Procedures Order").[6]

---

[2]    Doc. No. 103. Unless otherwise specified, Doc. Nos. refer to Case No. 23-90324.

[3]    While the above captioned bankruptcy case was pending under chapter 11 of the Bankruptcy Code, the Court entered that certain *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Doc. No. 104] which provided "The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to these cases." These, however, are no longer applicable given this matter is now pending under chapter 7 of the Bankruptcy Code.

[4]    Doc. No. 1720.

[5]    Doc. No. 1756.

[6]    Doc. No. 1831.

9. That same date, the Court entered that certain *Order Authorizing Employment of TPS-West LLC as Accountant to the Trustee* (the "Retention Order"), which authorized the Interim Trustee's retention and employment of TPS.[7]

10. On April 25, 2024, Amarillo National Bank ("Amarillo"), in its capacity as the administrative agent and collateral agent, acting at the direction of the Debtor-In Possession Lenders (the "DIP Lenders") filed that certain *Emergency Motion for Entry of Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results.*[8]

11. On May 6, 2024, the Court entered that certain *Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results* providing that "Michael D. Warner shall be the permanent chapter 7 trustee in these Cases, subject to Mr. Warner's ability to qualify under 11 U.S.C. § 322(a)."[9]

12. On May 8, 2024, the Trustee filed that certain *Notice of Bond and Acceptance of Election.*[10]

13. Since acceptance of his appointment, the Trustee has continued to utilize the services provided by TPS.

**PRIOR INTERIM APPLICATIONS AND AWARDS**

14. On December 2, 2024, TPS filed that certain *First Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of March 5, 2024 Through*

---

[7] Doc. No. 1833.

[8] Doc. No. 1850.

[9] Doc. No. 1919.

[10] Doc. No. 1996.

*September 30, 2024* (the "First Interim Application"),[11] seeking, for the period between March 5, 2024 and September 30, 2024 (the "First Period") an award of $71,560.55, comprised of $67,581.00 in fees and $3,979.55 in expenses.

15.     On January 8, 2025, the Court entered that certain *Order Granting First Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of March 5, 2024 Through September 30, 2024* (the "First Interim Order"),[12] which granted the First Interim Application, and awarded TPS, for the First Period, $67,581.00 in fees and $3,979.55 in expenses for a total award of $71,560.55.

16.     On August 27, 2025, TPS filed that certain *Second Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of October 1, 2024 Through May 31, 2025* (the "Second Interim Application"),[13] seeking, for the period between October 1, 2024 and May 31, 2025 (the "Second Period") an award of $72,192.94, comprised of $71,786.00 in fees and $406.94 in expenses.

17.     On September 25, 2025, the Court entered that certain *Order Granting Second Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of October 1, 2024 Through May 31, 2025* (the "Second Interim Order"),[14] which granted the Second Interim Application, and awarded TPS, for the Second Period, $71,786.00 in fees and $406.94 in expenses for a total award of $72,192.94.

---

[11]     Doc. No. 2305.

[12]     Doc. No. 2342.

[13]     Doc. No. 2491.

[14]     Doc. No. 2509.

18.     On April 7, 2026, TPS filed that certain *Third Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of June 1, 2025 Through June 30, 2025* (the "Third Interim Application"),[15] seeking, for the period between June 1, 2025 and June 30, 2025 (the "Third Period") an award of $5,464.00, comprised of $5,448.00 in fees and $16.00 in expenses.

19.     On May 4, 2026, the Court entered that certain *Order Granting Third Interim Fee Application of TPS-West LLC as Accountants to the Chapter 7 Trustee for the Period of June 1, 2025 Through June 30, 2025* (the "Third Interim Order"),[16] which granted the Third Interim Application, and awarded TPS, for the Third Period, $5,448.00 in fees and $16.00 in expenses for a total award of $5,464.00.

## COMPENSATION AND ITS SOURCE

20.     All services for which compensation is requested by TPS were performed on behalf of the Trustee and for the benefit of the Estates.

21.     During the Interim Application Period, TPS has received no payment and no promises for payment from any source other than the Estates for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application. There is no agreement or understanding between TPS and any other person other than the partners of TPS for the sharing of compensation to be received for services rendered in these chapter 7 cases.

---

[15]    Doc. No. 2592.

[16]    Doc. No. 2635. A second order granting the Third Interim Application was entered on May 6, 2026 [Doc. No. 2642] in connection with TPS's certificate of no objection [Doc. No. 2631].

22.      TPS's fee statement covering the Interim Application Period is attached as **Exhibit "A"**. The fee statement contains daily time logs describing the time spent by each accountant and paraprofessional. The hourly rates set forth in the monthly fee statements (and invoices) are those customarily charged by TPS for similar accounting services. TPS's fees for services rendered by accountants and other professionals are customary and usual in the community in which TPS practices. To the best of TPS's knowledge, this Interim Application complies with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules. The fee statement covering the Interim Application Period can be summarized as follows:

| Invoices | | | | Circulated per Interim Compensation Procedures | |
|---|---|---|---|---|---|
| Invoice (Date) | Period Covered | Fees | Expenses | Fees (at 80%) | Expenses |
| Inv. 4235 (7/26/26) | Jul. 1, 2025 – Jun. 30, 2026 | $25,022.00 | $338.70 | $20,017.60 | $338.70 |
| **TOTALS** | | **$25,022.00** | **$338.70** | **$20,017.60** | **$338.70** |

23.      The Trustee, having reviewed this Interim Application, approves this Interim Application.

## ACTUAL AND NECESSARY EXPENSES

24.      During the Interim Application Period, TPS incurred expenses in connection with its services in favor of the Estates totaling $338.70. These expenses are summarized in **Exhibit "B"**. TPS submits that all effort was made to keep out-of-pocket expenses at a minimum and that such expenses are reasonable based on the services provided by TPS.

## SUMMARY OF SERVICES RENDERED

25.      During the Interim Application Period, TPS analyzed and responded to multiple notices received from the Internal Revenue Service; prepared the working trial balance, supporting tax workpapers, and the 2025 Form 1065 income tax return, together with the accompanying filing

instruction letter, federal 505(b) letter, and bankruptcy tax statement; prepared the Report Year 2026 Texas franchise tax report and the related Texas Comptroller filing instruction and 505(b) letters; provided guidance regarding Form 1099 filings; assisted in commencing a preference and fraudulent conveyance review; reconciled TPS's billing and payment history with the Estates; and prepared its invoices and supporting schedules for fee application matters in the Bankruptcy Cases.

26.     The services rendered by TPS during the Interim Application Period can be grouped into the categories generally described in **Exhibit "C"**. Although every effort has been made to properly and consistently categorize the actual services provided into the appropriate category, certain tasks could be properly categorized into two or more tasks.

<strong><u>FACTORS SUPPORTING AWARD</u></strong>

27.     In *In re Crager*, 691 F.3d 671, 676 (5th Cir. 2012), the Fifth Circuit ruled that the six factors found in 11 U.S.C. §330(a)(3) are to be considered when awarding compensation to professionals. Under §330, the court "shall consider the nature, the extent, and the value of such services, taking into account all relevant factors," including –

**(A)** the time spent on such services;

**(B)** the rates charged for such services;

**(C)** whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

**(D)** whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

**(E)** with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

**(F)** whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

8

28.     Rejecting the "hindsight" or "material benefit" standard that was originally set forth in *In re Pro-Snax Distributors, Inc.*, 157 F.3d 414 (5th Cir. 1998), the Fifth Circuit adopted a prospective standard based on whether the services of counsel were reasonably likely to benefit the estate at the time in which they were rendered. *See In re Woerner*, 783 F.3d 266, 276 (5th Cir. 2015). All services rendered by TPS satisfy the *Woerner* standard because they were reasonably likely to benefit the Estates at the time rendered.

29.     TPS further submits that the following analysis of the § 330(a)(3) factors to its services rendered in these chapter 7 cases is appropriate:

a.  **The Time and Labor Expended** - The charge for TPS's services in this case for the Interim Application Period totals $25,022.00. The actual time expended by TPS in the Interim Application Period is set forth in detail in **Exhibit "A"** attached hereto.  In addition, attached as **Exhibit "C"** is a breakdown by project of time expended on discrete matters during the progression of this case. TPS believes the time spent performing accounting services was commensurate with the issues involved.

b.  **The Rate Charged for Such Services.**   TPS has applied for allowance of compensation for fees that reflect its billing rates charged to clients by TPS and previously approved and/or set by courts in which TPS has appeared. TPS believes that its customary fees for services are equal to or below those of other firms in the national accounting community and should be within the range of fees approved for accountants of similar experience within this district.

c.  **Whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title.**  TPS asserts that all services provided were necessary to the administration of and/or beneficial to the Estates at the time the services were rendered. Where TPS deemed the time spent not to be a benefit, it either indicates "no charge" or "reduced" or, in some situations, did not put the time into its billing system.

d.  **Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.**  TPS submits that the time put into this case is commensurate with the level of difficulty of the issues presented. When possible, particular projects have been handled by a professional or paraprofessional with a lower billing rate.

e.  **With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field.**  TPS believes and respectfully submits that its accountants are highly regarded as

9

accountants in bankruptcy and insolvency. TPS has extensive experience in handling bankruptcy and insolvency matters on behalf of trustees in bankruptcy cases.

30.     "The Fifth Circuit uses the 'lodestar' method to calculate attorneys fees." *Transamerican Natural Gas Corp. v. Zapata P'ship, Ltd. (In re Fender)*, 12 F.3d 480, 487 (5th Cir. 1994) (citation omitted). The lodestar is the number of hours reasonably expended multiplied by "the prevailing hourly rate in the community for similar work." *Id.* The request for fees is then adjusted upward or downward based on the iconic "*Johnson* factors." *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974).  A detailed description of the application of each of these factors relevant to this Application is set forth below.

a.   **The Novelty and Difficulty of Issues** - This case has presented issues of greater complexity than cases customarily brought before this Court.

b.   **The Skills Required for Performance of Services** – TPS's accountants have appeared before courts throughout Texas in bankruptcy cases on behalf of trustees for many years. TPS believes and respectfully submits that it is highly regarded in accounting matters involving bankruptcy and insolvency. TPS's accountants possess the experience, reputation, and ability to merit an award for the requested compensation and reimbursement.

c.   **Preclusion from Other Employment** - While TPS was not precluded from other employment during the Interim Application Period, the professionals who have devoted time to this case were prevented from working on other matters.

d.   **The Customary Fees** - TPS has applied for allowance of compensation for fees that reflect its billing rates charged to clients by TPS. TPS believes that its customary fees for services are equal to or below those of other firms in the national accounting community and within the range of fees approved for accountants of similar experience within Texas bankruptcy courts.

e.   **Contingent Nature of Fees** - These fees were contingent to the extent that all fees due counsel in a pending bankruptcy proceeding are contingent upon the success of the case, the availability of cash, review by the Office of the United States Trustee, Region 7, and the approval of the Court.

f.   **Time Limitations and Other Circumstances** – Intermittently throughout TPS's employment, it has had to work quickly to resolve matters.

g. **The Amount Involved and the Results Obtained** - TPS submits that the amount sought is fully commensurate with the results obtained. TPS respectfully submits that its services were, at the time rendered, believed to be necessary for and beneficial to the Estates and were rendered to protect and preserve the interests of the Estates during the pendency of the chapter 7 cases. As demonstrated herein, TPS spent its time economically and without unnecessary duplication. The services were performed in an effective and efficient manner commensurate with the complexity, exigency, and importance of the issues involved.

h. **Experience, Reputation and Ability** - The Interim Trustee selected TPS based on its extensive experience and knowledge of matters likely to arise in chapter 7 cases.

i. **The Undesirability of the Case** - This case was not undesirable.

j. **The Nature and Length of the Professional Relationship with the Client** –TPS has represented the Trustee since May 2024.

k. **Awards in Similar Cases** - TPS avers that an order of compensation on the basis provided for is comparable to that awarded in similar cases in this district and in other Texas bankruptcy courts.

<u>**CERTIFICATION OF PROFESSIONAL**</u>

31.     By signing this Interim Application, Richard P. Anderson of TPS, does hereby certify that (i) he has have read this application; (ii) to the best of his knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with applicable guidelines, except as specifically noted in the application; and (iii) the compensation and expense reimbursement requested are billed at rates in accordance with practices no less favorable than those customarily employed by TPS and generally accepted by TPS's clients.

11

### EXHIBITS TO INTERIM APPLICATON

32.     Additionally, attached to this Interim Application are the following:

- **Exhibit A**: TPS's monthly invoices previously circulated under the Interim Compensation Procedures Order.

- **Exhibit B**: Aggregate amount of expenses requested in the Interim Application Period, categorized by type of expense.

- **Exhibit C**: Aggregate amount of fees requested in the Interim Application Period, categorized by task, as well as all time entries filtered by such tasks.

- **Exhibit D**: Aggregate valuation of services chart identifying the professionals and paraprofessionals who rendered services during the Interim Application Period relating to each category, along with the aggregate number of hours for each individual and the total billed amount.

- **Exhibit E**: The Trustee's Form 2, entitled *Cash Receipts and Disbursements Record* ("Form 2"), evidencing that the Trustee has $1,221,445.80[17] in cash on deposit as of July 27, 2026.

**WHEREFORE**, TPS respectfully requests that the Court enter the Proposed Order: (a) approving the Interim Application; (b) allowing, on an interim basis as an administrative expense, compensation and reimbursement of expenses in the aggregate amount of $25,360.70, as the sum of (i) compensation in the amount of $25,022.00 and (ii) reimbursement of actual and necessary expenses in the amount of $338.70; (c) allowing the Trustee to pay the remaining balance of the aforementioned amounts; and (d) granting such other and further relief as this Court may deem just and proper.

---

[17]   This is comprised of: (a) $467,448.68 in the Trustee's checking account; (b) $503,997.12 in the cash collateral account; and (c) $250,000.00 in an account holding the proceeds generated from a sale to W&T Offshore.

Dated:        July 31, 2026          Respectfully Submitted,

                                     **STEWART ROBBINS & ALTAZAN, LLC**

                          By:        */s/ Paul Douglas Stewart, Jr.*
                                     Paul Douglas Stewart, Jr. (La. Bar # 24661)
                                     *Admitted to Southern District of Texas*
                                     *(SDTX Federal No. 432642)*
                                     dstewart@stewartrobbins.com
                                     William S. Robbins (Tx. Bar # 24100894)
                                     wrobbins@stewartrobbins.com
                                     Brooke W. Altazan (Tx. Bar # 24101002)
                                     baltazan@stewartrobbins.com
                                     301 Main Street, Suite 1640
                                     Baton Rouge, LA 70801-0016
                                     Telephone: (225) 231-9998
                                     Facsimile: (225) 709-9467

                                     ***Counsel for Michael D. Warner, Chapter 7 Trustee***

                                     */s/ Richard P. Anderson [With Permission]*
                                     Richard P. Anderson
                                     ***TPS-West, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 31 July 2026.

                          */s/ Paul Douglas Stewart, Jr.*
                          Paul Douglas Stewart, Jr.

13

**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS
TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF
JULY 1, 2025 THROUGH JUNE 30, 2026**

**EXHIBIT "A"
MONTHLY INVOICES**

TPS-West, LLC
Certified Public Accountants
10260 Westheimer Rd., Suite 210
Houston, TX 77042


Invoice submitted to:
MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)
c/o Michael D. Warner, Chapter 7
Bankruptcy Trustee
700 Louisiana Street
Suite 4500
Houston, TX 77002


July 26, 2026


Invoice #4235


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| **Federal Tax Reporting** | | | | |
| 8/4/2025 | RPA | Review IRS notice received and compare to case file. | 0.40<br>$330.00/hr | $132.00 |
| | RPA | Respond to inquiry re: IRS notice by Mike Warner. | 0.20<br>$330.00/hr | $66.00 |
| 8/11/2025 | NH | Review/save IRS Notice received via USPS re: 2023 Form 1065. | 0.20<br>$170.00/hr | $34.00 |
| | RBF | Research substance of IRS notice received for taxpayer FYE 12/31/2023. | 0.40<br>$275.00/hr | $110.00 |
| 8/13/2025 | RPA | Email exchange with Mike Warner regarding IRS notices.  Suggest penalty abatement request on failure to e-file large partnership return in 2023. | 0.80<br>$330.00/hr | $264.00 |
| 8/18/2025 | RBF | Prepare letter to IRS requesting penalty abatement for Form 1065 notice, tax year December 31, 2023. | 0.80<br>$275.00/hr | $220.00 |
| 8/19/2025 | RPA | Review of response letter to late filing penalty and correspond with IRS regarding abatement.  Forward to M. Warner for confirmation to send to IRS. | 1.60<br>$330.00/hr | $528.00 |
| 8/20/2025 | NH | Email correspondence re: instructions on IRS response letter prepared. | 0.20<br>$170.00/hr | $34.00 |
| | RPA | Receive confirmation to respond to IRS regarding late filing penalty.  Instruct Natalie to forward correspondence to IRS via mail. | 0.30<br>$330.00/hr | $99.00 |
| 8/21/2025 | NH | Prepare certified mail packets for IRS response letters; go to post office re: same. | 0.60<br>$170.00/hr | $102.00 |
| 9/5/2025 | NH | Save CMRRR delivery confirmations re: IRS response letters mailed on 8/21/25; copy the trustee on same. | 0.30<br>$170.00/hr | $51.00 |
| 9/15/2025 | NH | Review/save Motion to Compromise with Bristow as filed. | 0.20<br>$170.00/hr | $34.00 |
| 10/1/2025 | RBF | Begin review of court documents relevant to tax issues to determine proper tax treatment for 2025 Form 1065 income tax return. | 1.70<br>$275.00/hr | $467.50 |
| | RPA | Analysis of IRS notice regarding 2024 payroll.  Ensuing email exchange with Mike Warner regarding Paylocity.  M. Warner request we contact Paylocity to get more information. | 0.80<br>$330.00/hr | $264.00 |
| 10/16/2025 | RPA | Analyze tax notice received from IRS via Mike Warner.  Communicate results to M. Warner. | 0.50<br>$330.00/hr | $165.00 |
| 11/6/2025 | RPA | Analyze IRS letter per Mike Warner request regarding 1099 filings.  Suggest no action needed. | 0.30<br>$330.00/hr | $99.00 |
| 11/19/2025 | NH | Update case file re: Motion to Compromise with Environmental Safety Systems for 250k. | 0.20<br>$170.00/hr | $34.00 |
| 12/16/2025 | NH | Review/save Order approving compromise with Safety Systems International. | 0.30<br>$170.00/hr | $51.00 |
| 1/21/2026 | RBF | Review additional court documents relevant to tax issues to determine proper tax treatment for 2025 Form 1065 income tax return. | 2.40<br>$275.00/hr | $660.00 |

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                                Page  2

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/22/2026 | RBF | Begin preparation of working trial balance for 2025 Form 1065 income tax return. | 1.10 $275.00/hr | $302.50 |
| 2/26/2026 | RBF | Begin analysis and preparation of tax data for use in tax program for 2025 Form 1065 income tax return. | 3.20 $275.00/hr | $880.00 |
| | RBF | Send follow-up email requesting  Forms 1 and 2 for preparation of 2025 Form 1065 income tax return. | 0.10 $275.00/hr | $27.50 |
| 2/27/2026 | RBF | Review additional court documents relevant to tax issues to determine proper tax treatment for 2025 Form 1065 income tax return. | 2.50 $275.00/hr | $687.50 |
| | RBF | Continue preparation of working trial balance for 2025 Form 1065 income tax return. | 2.70 $275.00/hr | $742.50 |
| 3/5/2026 | RBF | Continue analysis and preparation of tax data for use in tax program for 2025 Form 1065 income tax return. | 3.40 $275.00/hr | $935.00 |
| 3/6/2026 | RBF | Continue analysis and preparation of tax data for use in tax program for 2025 Form 1065 income tax return. | 6.80 $275.00/hr | $1,870.00 |
| 3/9/2026 | RBF | Complete working trial balance for preparation of 2025 Form 1065 income tax return. | 1.30 $275.00/hr | $357.50 |
| | RBF | Continue analysis and preparation of tax data for use in electronic tax program for 2025 Form 1065 income tax return. | 4.80 $275.00/hr | $1,320.00 |
| 3/10/2026 | RBF | Prepare IRS tax return filing instruction letter for 2025 Form 1065 income tax package. | 0.20 $275.00/hr | $55.00 |
| | RBF | Prepare federal 505(b) letter for 2025 Form 1065 income tax package. | 0.20 $275.00/hr | $55.00 |
| | RBF | Prepare Bankruptcy Tax Statement to accompany 2025 Form 1065 income tax return. | 0.40 $275.00/hr | $110.00 |
| | RBF | Begin preparation of tax workpapers to support 2025 Form 1065 income tax return. | 3.60 $275.00/hr | $990.00 |
| 3/11/2026 | RBF | Prepare draft of 2025 Form 1065 income tax return for review. | 0.40 $275.00/hr | $110.00 |
| | RBF | Complete tax workpapers to support 2025 Form 1065 income tax return. | 5.30 $275.00/hr | $1,457.50 |
| | RBF | Complete analysis and preparation of tax data for use in tax program for 2025 Form 1065 income tax return. | 4.70 $275.00/hr | $1,292.50 |
| 3/16/2026 | RPA | Begin review of 2025 Form 1065 partnership return along with associated working papers. | 5.20 $330.00/hr | $1,716.00 |
| 3/17/2026 | RPA | Finish review of 2025 Form 1065 partnership return along with associated working papers. | 3.60 $330.00/hr | $1,188.00 |
| 3/24/2026 | RBF | Review 2025 tax returns and supporting documentation in preparation for conference call with Trustee, Counsel, and R. Anderson. | 0.70 $275.00/hr | $192.50 |
| | RBF | Telephone conference with the Trustee, Counsel, and R. Anderson, regarding 2025 Form 1065. | 1.00 $275.00/hr | $275.00 |
| | RBF | Updates of tax data for 2025 Form 1065 income tax return as requested by Trustee Michael Warner. | 2.30 $275.00/hr | $632.50 |
| | RPA | Phone call to discuss 2025 federal and TX tax returns with Mike Warner and Doug Stewart. | 1.20 $330.00/hr | $396.00 |
| 3/30/2026 | RBF | Complete draft of 2025 Form 1065 income tax return for review, to incorporate changes requested by Trustee. | 1.60 $275.00/hr | $440.00 |
| | RPA | Email exchange with Doug Stewart regarding updated bankruptcy trustee statement for 2025 tax filing. | 0.20 $330.00/hr | $66.00 |
| 3/31/2026 | RPA | Review updated/revised 2025 form 1065, send to M Warner. | 1.80 $330.00/hr | $594.00 |
| 4/22/2026 | RPA | Email exchange with Whitley Penn regarding Cox Operating records. | 0.40 $330.00/hr | $132.00 |
| 5/1/2026 | RPA | Receive request from K-1 recipient and forward to Mike Warner for authorization of reply. | 0.20 $330.00/hr | $66.00 |
| 5/4/2026 | RPA | Communicate with Doug Stewart regarding K-1 recipient question.  Review return and draft memo to break down the ordinary income. | 0.80 $330.00/hr | $264.00 |
| 5/21/2026 | NH | Review/save IRS notice re: 2023 1065 penalty removal. | 0.20 $170.00/hr | $34.00 |
| 6/1/2026 | NH | Save IRS penalty removed confirmation received in the mail re: 2023 Form 1065. | 0.20 $170.00/hr | $34.00 |
| 6/17/2026 | RPA | Email exchange with Mike Warner regarding correspondence from IRS. | 0.30 $330.00/hr | $99.00 |

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                      Page  3

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/24/2026 | NH | Update case file re: IRS notice received on 2025 Form 1065. | 0.20 $170.00/hr | $34.00 |
| 6/29/2026 | NH | Prepare IRS response letter re: 2025 Form 1065. | 0.50 $170.00/hr | $85.00 |
| | | **SUBTOTAL:** | [ 73.30 | $20,855.00] |

### General Accounting Consulting Services

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/2/2026 | JLC | Review email from K. Heard requesting any amounts due / outstanding in this case. | 0.10 $300.00/hr | $30.00 |
| | JLC | Review case file for invoice and payment history. | 0.20 $300.00/hr | $60.00 |
| | JLC | Email detailed billing and payment schedule to K. Heard with memo re: July 2025 fee statement filed in error that included our July 2024 invoice. | 0.20 $300.00/hr | $60.00 |
| | JLC | Draft summary schedule detailing billing and payment history with holdback and outstanding balance due. | 0.40 $300.00/hr | $120.00 |
| | JLC | Review history of billings and payments to confirm amount outstanding. | 1.20 $300.00/hr | $360.00 |
| | | **SUBTOTAL:** | [ 2.10 | $630.00] |

### Payroll , Wage Reporting or Contract Labor Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/16/2026 | WAP | Provide guidance on filing 1099s to attorneys. | 1.20 $300.00/hr | $360.00 |
| | | **SUBTOTAL:** | [ 1.20 | $360.00] |

### Preference/Fraudulent Conveyance Review

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/2/2025 | WAP | Respond to email from Doug Stewart.  Phone call to clarify what is needed and request reports to begin review. | 0.40 $300.00/hr | $120.00 |
| | | **SUBTOTAL:** | [ 0.40 | $120.00] |

### State Tax Reporting

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/9/2026 | RBF | Begin analysis and preparation of tax data for use in electronic tax program for Report Year 2026 Texas franchise tax report. | 1.80 $275.00/hr | $495.00 |
| 3/10/2026 | RBF | Prepare Texas State Comptroller tax report filing instruction letter for Report Year 2026 Texas franchise tax report package. | 0.20 $275.00/hr | $55.00 |
| | RBF | Prepare Texas State Comptroller 505(b) letter for Report Year 2026 Texas franchise tax report package. | 0.40 $275.00/hr | $110.00 |
| | RBF | Prepare draft of Report Year 2026 Texas franchise tax report for review. | 0.50 $275.00/hr | $137.50 |
| 3/17/2026 | RPA | Review of 2025 Texas franchise tax return along with associated working papers. | 1.80 $330.00/hr | $594.00 |
| 3/24/2026 | RBF | Updates of tax data for Report Year 2026 Texas franchise tax report as requested by Trustee Michael Warner. | 1.10 $275.00/hr | $302.50 |
| 3/30/2026 | RBF | Complete draft of Report Year 2026 Texas franchise tax report for review, for revisions requested and submitted by Trustee. | 0.60 $275.00/hr | $165.00 |
| | | **SUBTOTAL:** | [ 6.40 | $1,859.00] |

### TPSW Fee Application

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2025 | JLC | Prepare June 2025 Monthly Invoice along with accompanying task / spreadsheet schedules. | 0.70 $300.00/hr | $210.00 |
| 7/14/2025 | JLC | Revise invoice and supporting schedule. Forward to D. Stewart for filing. | 0.30 $300.00/hr | $90.00 |
| 8/13/2025 | JLC | Send notice to D. Stewart of monthly billing deferral due to lack of activity for approval. (D. Stewart later confirmed) | 0.20 $300.00/hr | $60.00 |

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                  Page  4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/13/2025 | JLC | Review time entry for July 2025 monthly billing. Less than $500, | 0.20 $300.00/hr | $60.00 |
| 8/18/2025 | NH | Review 12th MFS for TPS-West as filed covering February 2025. | 0.30 $170.00/hr | $51.00 |
| | NH | Update fee app tracker re: MFS filing for February 2025 services. | 0.20 | NO CHARGE |
| 8/22/2025 | RPA | Review second interim fee app received from Stewart Robbins. | 0.60 $330.00/hr | $198.00 |
| 8/27/2025 | NH | Review/save second interim fee app as filed; update fee app trackers. | 0.40 | NO CHARGE |
| 9/25/2025 | NH | Review/save order on Second Interim Fee App. | 0.20 | NO CHARGE |
| 10/6/2025 | NH | Review 13th Monthly fee statement (June 2025) as filed;. | 0.30 $170.00/hr | $51.00 |
| | NH | Received payment for TPSW MFS re: February 2025 (80% Fee / 100% Exp); update fee app tracker. | 0.30 | NO CHARGE |
| 10/15/2025 | NH | Email correspondence re: TPSW invoice reconciliation on payment received. | 0.20 $170.00/hr | $34.00 |
| 10/20/2025 | NH | Follow up email correspondence with counsel re: allocation of funds received per court order. | 0.60 $170.00/hr | $102.00 |
| 10/23/2025 | NH | Re-review first and second fee applications, invoices, and A/R; update fee app tracker. | 2.80 | NO CHARGE |
| 10/24/2025 | NH | Finish payment to receivables reconciliation. | 0.80 | NO CHARGE |
| 12/8/2025 | NH | Review court filing on our behalf re: 14th MFS; research our pending invoices and receivables; meet with James C. | 0.40 | NO CHARGE |
| 3/31/2026 | JLC | Review counsel-prepared fee application along with exhibits for accuracy. No changes are warranted. | 0.70 $300.00/hr | $210.00 |
| 4/1/2026 | RPA | Email exchange with Nick Smeltz regarding fee application.  Review file to verify numbers. | 0.40 $330.00/hr | $132.00 |
| 4/9/2026 | NH | Update case file re: Third Interim Fee Application filed for accountant. | 0.20 | NO CHARGE |
| 5/7/2026 | NH | Save order approving third interim accounting fee app; update status of receivable. | 0.30 | NO CHARGE |

|  | SUBTOTAL: | [ | 10.10 | $1,198.00] |
|---|---|---|---|---|

|  | For professional services rendered | 93.50 | $25,022.00 |
|---|---|---|---|

Additional Charges :

Copy Expense

| 7/1/2025 | NH | Monthly copy count: June 2025 | $73.20 |
|---|---|---|---|
| 8/29/2025 | NH | Monthly copy count: August 2025 | $44.20 |
| 11/3/2025 | NH | Monthly copy count (October 2025) | $13.40 |
| 1/2/2026 | NH | Monthly Copy Count - December 2025 | $2.40 |
| 2/2/2026 | NH | Monthly Copy Count - January 2026 | $16.40 |
| 3/2/2026 | NH | Monthly Copy Count - February 2026 | $2.40 |
| 4/1/2026 | NH | Monthly Copy Count - March 2026 | $50.40 |

|  | SUBTOTAL: | [ | $202.40] |
|---|---|---|---|

Other Expenses

| 1/12/2026 | NH | 2025 O365 Enterprise cost for preference work. | $112.56 |
|---|---|---|---|

|  | SUBTOTAL: | [ | $112.56] |
|---|---|---|---|

Postage

| 8/21/2025 | NH | Mail certified mail packets for IRS response letters. | $23.74 |
|---|---|---|---|

|  | SUBTOTAL: | [ | $23.74] |
|---|---|---|---|

|  | Total costs | $338.70 |
|---|---|---|

MLCJR LLC   Bk # 23-90324-CML-7 (Cox Oil)                                    Page  5

|  | Amount |
|---|---|
| Total amount of this bill | $25,360.70 |
| Previous balance | $  4,671.08 |
| Balance due | $30,031.78 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| James L. Clarke | 4.20 | $300.00 | $1,260.00 |
| Natalie S. Hinson | 4.50 | $170.00 | $765.00 |
| Natalie S. Hinson | 5.60 | $0.00 | $0.00 |
| Rhonda B. Fronk | 56.20 | $275.00 | $15,455.00 |
| Richard P. Anderson | 21.40 | $330.00 | $7,062.00 |
| William A. Potter | 1.60 | $300.00 | $480.00 |

**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS**
**TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JUNE 30, 2026**

**EXHIBIT "B"**
**AGGREGATE EXPENSES**

| Expense | Amount |
|---|---|
| Copying | $202.40 |
| Postage | $23.74 |
| Software (O365 subscription for preference review) | $112.56 |
| **Total** | **$338.70** |

**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS
TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF
JULY 1, 2025 THROUGH JUNE 30, 2026**

**EXHIBIT "C"
AGGREGATE FEES BY TASK**

| Task | Blended Rate | Hours | Percent | Amount | Percent |
|---|---|---|---|---|---|
| Federal Tax Reporting | $284.52 | 73.30 | 83.39% | $20,855.00 | 83.34% |
| General Accounting Consulting Services | $300.00 | 2.10 | 2.39% | $630.00 | 2.52% |
| Payroll, Wage Reporting or Contract Labor Reporting | $300.00 | 1.20 | 1.37% | $360.00 | 1.44% |
| Preference/Fraudulent Conveyance Review | $300.00 | 0.40 | 0.45% | $120.00 | 0.48% |
| State Tax Reporting | $290.47 | 6.40 | 7.28% | $1,859.00 | 7.43% |
| Fee Applications | $266.22 | 4.50 | 5.12% | $1,198.00 | 4.79% |
| **Total** | **$284.66** | **87.90** | **100.00%** | **$25,022.00** | **100.00%** |

**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS
TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF
JULY 1, 2025 THROUGH JUNE 30, 2026**

**EXHIBIT "D"
AGGREGATE FEES BY PROFESSIONAL**

| Professional | Blended Rate | Hours | Percent | Amount | Percent |
|---|---|---|---|---|---|
| James L. Clarke | $300.00 | 4.20 | 4.78% | $1,260.00 | 5.04% |
| Natalie S. Hinson | $170.00 | 4.50 | 5.12% | $765.00 | 3.06% |
| Rhonda B. Fronk | $275.00 | 56.20 | 63.93% | $15,455.00 | 61.76% |
| Richard P. Anderson | $330.00 | 21.40 | 24.35% | $7,062.00 | 28.22% |
| William A. Potter | $300.00 | 1.60 | 1.82% | $480.00 | 1.92% |
| **Total** | **$284.66** | **87.90** | **100.00%** | **$25,022.00** | **100.00%** |

**FOURTH INTERIM FEE APPLICATION OF TPS-WEST LLC AS ACCOUNTANTS
TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF
JULY 1, 2025 THROUGH JUNE 30, 2026**

**EXHIBIT "E"
FORM 2**

## Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9687 Checking |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/24 | | Transfer of Estate Funds from Veritex Community Bank | WIRE IN FROM MLCJR LLC | 1290-000 | 2,079,378.05 | | 2,079,378.05 |
| 05/16/24 | | Metropolitan Bank Wire Fee | Metropolitan Bank Wire Fee | 2600-000 | | 10.00 | 2,079,368.05 |
| 05/17/24 | | Metropolitan Bank Wire Fee Refund | Metropolitan Bank Wire Fee Refund | 2600-000 | | -10.00 | 2,079,378.05 |
| 05/31/24 | 101 | Thomas R. Dykes | M&M Contract Labor | 2990-000 | | 9,262.50 | 2,070,115.55 |
| 05/31/24 | 102 | Benjamin Marchive | M&M Contract Labor | 2990-000 | | 4,987.50 | 2,065,128.05 |
| 05/31/24 | 103 | Johnny Robinson | M&M Contract Labor | 2990-000 | | 2,565.00 | 2,062,563.05 |
| 05/31/24 | 104 | Jamie Meylian | M&M Contract Labor | 2990-000 | | 1,923.75 | 2,060,639.30 |
| 05/31/24 | 105 | Toby Mendoza | M&M Contract Labor | 2990-000 | | 1,653.00 | 2,058,986.30 |
| 05/31/24 | 106 | Lawrence Boyd | M&M Contract Labor | 2990-000 | | 2,280.00 | 2,056,706.30 |
| 05/31/24 | 107 | Michael Graham | M&M Contract Labor | 2990-000 | | 1,995.00 | 2,054,711.30 |
| 05/31/24 | 108 | Randy Williams | 80% Fees - March & April 2024 | 3991-000 | | 131,957.93 | 1,922,753.37 |
| 05/31/24 | 109 | Chamberlain Hrdlicka | 80% fees/100% expenses - March & April 2024 | | | 200,580.04 | 1,722,173.33 |
| | | Chamberlain Hrdlicka | 80% March & April 2024 fee request $198,962.00 | 2990-000 | | | |
| | | Chamberlain Hrdlicka | 100% March & April 2024 expense request $1,618.04 | 2990-000 | | | |
| 05/31/24 | 110 | TPS - West, LLC | 80% fees/100% expenses - March & April 2024 | | | 18,603.44 | 1,703,569.89 |
| | | TPS - West, LLC | 80% fees March & April 2024 fee request $15,340.00 | 2990-000 | | | |
| | | TPS - West, LLC | 100% expenses March & April fee request $3,263.44 | 2990-000 | | | |
| 05/31/24 | 111 | NJZ Computer Services, LLC | w/e 5.3.24 and 5.10.24 Voided on 05/31/2024 | 2990-004 | | 2,850.00 | 1,700,719.89 |
| 05/31/24 | 111 | NJZ Computer Services, LLC | w/e 5.3.24 and 5.10.24 Voided: check issued on 05/31/2024 | 2990-004 | | -2,850.00 | 1,703,569.89 |
| 05/31/24 | 112 | Connection Business Solutions | Invoice #17005694 Stopped on 06/10/2024 | 2990-005 | | 3,715.00 | 1,699,854.89 |
| 05/31/24 | 113 | NJZ Computer Services, LLC | w/e 5.3.24, 5.10.24, 5.17.24, & 5.24.24 | 2990-001 | | 4,425.00 | 1,695,429.89 |
| | | | Page Subtotals: | | $2,079,378.05 | $383,948.16 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

Form 2

Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/31/24 | 114 | Clean Gulf Associates, Inc. | Invoice #s 2421079 & 2431076 | 2990-000 | | 49,408.03 | 1,646,021.86 |
| 05/31/24 | 115 | Compliance Technology Group | Invoice #9913 | 2990-000 | | 10,171.00 | 1,635,850.86 |
| 05/31/24 | 116 | Mayra Sifuentes | 4.29.24 and 5.1.24 | 2990-000 | | 4,140.00 | 1,631,710.86 |
| 05/31/24 | 117 | Forefront Emergency Management | Invoice #s 4-15637 & 4-15655 | 2990-000 | | 10,000.00 | 1,621,710.86 |
| 05/31/24 | 118 | Westwind Helicopters | Invoice #13144 | 2990-000 | | 9,607.92 | 1,612,102.94 |
| 05/31/24 | 119 | Thomas Dykes | M&M Contract Labor - May 2024 | 2990-000 | | 16,000.00 | 1,596,102.94 |
| 06/10/24 | 112 | Connection Business Solutions | Invoice #17005694 Stopped: check issued on 05/31/2024 | 2990-005 | | -3,715.00 | 1,599,817.94 |
| 06/10/24 | 120 | Veritrust | Inv #1125378 | 2990-000 | | 50,335.22 | 1,549,482.72 |
| 06/10/24 | 121 | Dartpoints | Invoice #s 130285 & 130030 | 2990-000 | | 5,760.60 | 1,543,722.12 |
| 06/21/24 | 122 | Michael D. Warner | 80% Fees - May 2024 Voided on 06/27/2024 | 2100-004 | | 11,598.60 | 1,532,123.52 |
| 06/21/24 | 123 | TPS - West, LLC | 80% fees/100% expenses - May 2024 | | | 1,665.96 | 1,530,457.56 |
| | | TPS - West, LLC | 80% fees May 2024 fee request                    $1,651.20 | 2990-000 | | | |
| | | TPS - West, LLC | 100% expenses May 2024 fee request                    $14.76 | 2990-000 | | | |
| 06/21/24 | 124 | Stewart Robbins Brown & Altazan LLC | 80% fees/100% expenses - May 2024 | | | 189,595.10 | 1,340,862.46 |
| | | Stewart Robbins Brown & Altazan LLC | 80% fees May 2024 fee request                    $164,256.00 | 3210-000 | | | |
| | | Stewart Robbins Brown & Altazan LLC | 100% expenses May 2024 fee request                    $25,339.10 | 3220-000 | | | |
| 06/25/24 | 125 | Chamberlain Hrdlicka | 80% fees/100% expenses - May 2024 | | | 26,441.20 | 1,314,421.26 |
| | | Chamberlain Hrdlicka | 80% fees May 2024 fee request                    $26,134.00 | 2990-000 | | | |
| | | Chamberlain Hrdlicka | 100% expenses May 2024 fee request                    $307.20 | 2990-000 | | | |
| 06/27/24 | 122 | Michael D. Warner | 80% Fees - May 2024 Voided: check issued on 06/21/2024 | 2100-004 | | -11,598.60 | 1,326,019.86 |
| | | | | Page Subtotals: | $0.00 | $369,410.03 | |

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/27/24 | 126 | Pachulski Stang Ziehl & Jones, LLP | 80% Fees - May 2024 | 2100-000 | | 11,598.60 | 1,314,421.26 |
| 07/08/24 | 127 | Compliance Technology Group | Invoice #9951 | 2990-000 | | 10,171.00 | 1,304,250.26 |
| 07/08/24 | 128 | NJZ Computer Services, LLC | Weeks ending: 5.31.24; 6.7.24; 6.14.24; 6.21.24; 6.28.24 | 2990-000 | | 7,800.00 | 1,296,450.26 |
| 07/08/24 | 129 | Forefront Emergency Management | Invoice #4-15762 | 2990-000 | | 15,000.00 | 1,281,450.26 |
| 07/08/24 | 130 | Grand Isle Shipyards | Invoice #: *****-****-0001 | 2990-000 | | 1,768.86 | 1,279,681.40 |
| 07/08/24 | 131 | American Eagle Trucking | Invoice #2461253 | 2990-000 | | 700.00 | 1,278,981.40 |
| 07/08/24 | 132 | Connection Business Solutions | Invoice #: 17005831 | 2990-000 | | 6,988.80 | 1,271,992.60 |
| 07/08/24 | 133 | NJZ Computer Services, LLC | Past due balance owed for work performed prior to 5.28.24 | 2990-000 | | 525.00 | 1,271,467.60 |
| 07/08/24 | 134 | RANDY WILLIAMS | Final Fee Amount due | 2100-000 | | 32,908.26 | 1,238,559.34 |
| 07/08/24 | 135 | TRDkyes & Co, LLC | 6.1.24 - 6.30.24 | 2990-000 | | 30,400.00 | 1,208,159.34 |
| 07/08/24 | 136 | Johnny Robinson | 6.1.24 - 6.30.24 | 2990-000 | | 2,500.00 | 1,205,659.34 |
| 07/08/24 | 137 | Lawrence Boyd | 6.1.24 - 6.30.24 | 2990-000 | | 7,200.00 | 1,198,459.34 |
| 07/08/24 | 138 | Michael Graham | 6.1.24 - 6.30.24 | 2990-000 | | 6,210.00 | 1,192,249.34 |
| 08/05/24 | | North Lane Technologies, Inc. | Credit | 1290-000 | 430.33 | | 1,192,679.67 |
| 08/05/24 | | North Lane Technologies, Inc. | DirecTV Credit | 1290-000 | 298.83 | | 1,192,978.50 |
| 08/05/24 | | North Lane Technologies, Inc. | DirecTV Credit | 1290-000 | 315.31 | | 1,193,293.81 |
| 08/05/24 | 139 | Veritrust | Invoice #1127216 | 2990-000 | | 28,131.89 | 1,165,161.92 |
| 08/05/24 | 140 | Dartpoints | Invoice #s: 131630, 131374 & 132617 | 2990-000 | | 8,162.20 | 1,156,999.72 |
| 08/05/24 | 141 | Compliance Technology Group | Invoice #9985 | 2990-000 | | 10,171.00 | 1,146,828.72 |
| 08/05/24 | 142 | NJZ Computer Services, LLC | Weeks Ending:  7/5/24, 7/12/24; 7/19/24 & 7/26/24 | 2990-000 | | 2,775.00 | 1,144,053.72 |
| 08/05/24 | 143 | Manta Ray Gathering Company L.L.C. | Invoice #305908238 | 2990-000 | | 18,845.98 | 1,125,207.74 |
| 08/05/24 | 144 | TRDkyes & Co, LLC | M&M Contract Labor (July 2024) | 2990-000 | | 42,600.00 | 1,082,607.74 |
| 08/05/24 | 145 | Johnny Robinson | M&M Contract Labor (July 2024) | 2990-000 | | 2,500.00 | 1,080,107.74 |
| 08/05/24 | 146 | Lawrence Boyd | M&M Contract Labor (July 2024) | 2990-000 | | 10,400.00 | 1,069,707.74 |
| 08/05/24 | 147 | Michael Graham | M&M Contract Labor (July 2024) | 2990-000 | | 8,970.00 | 1,060,737.74 |
| 08/05/24 | 148 | Stewart Robbins Brown & Altazan, LLC | Monthly Fee Statement (June 2024) 80% fees/100% expenses | 7100-000 | | 123,296.78 | 937,440.96 |
| 08/05/24 | 149 | TPS - West, LLC | Monthly Fee Statement (June 2024)  80% fees/100% expenses | 7100-000 | | 9,796.09 | 927,644.87 |
| 08/05/24 | 150 | Pachulski Stang Ziehl & Jones LLP | Monthly Fee Statement (June 2024) - 80% fees | 7100-000 | | 6,760.36 | 920,884.51 |

Page Subtotals: $1,044.47 $406,179.82

{ } Asset Reference(s)

! - transaction has not been cleared

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/24 | | North Lane Technologies Inc. | DirecTv Refund Credit | 1290-000 | 1,561.77 | | 922,446.28 |
| 09/05/24 | 151 | Dartpoints | Inv #132874 | 2990-000 | | 3,359.00 | 919,087.28 |
| 09/05/24 | 152 | Compliance Technology Group | Invoices 10019 & 10055 | 2990-000 | | 12,467.00 | 906,620.28 |
| 09/05/24 | 153 | NJZ Computer Services, LLC | W/E 8.2.24, 8.9.24, 8.16.24, 8.23.24 and 8.30.24 | 2990-000 | | 4,575.00 | 902,045.28 |
| 09/05/24 | 154 | Clean Gulf Associates | 4th Quarter | 2990-000 | | 5,000.00 | 897,045.28 |
| 09/05/24 | 155 | Stewart Robbins Brown & Altazan, LLC | July 2024 monthly fee statement (80% fees/100% expenses) | 7100-000 | | 105,512.21 | 791,533.07 |
| 09/05/24 | 156 | TPS - West, LLC | July monthly fee statement (80% fees/100% expenses) | 7100-000 | | 5,885.26 | 785,647.81 |
| 09/05/24 | 157 | TRDkyes & Co, LLC | August 2024 services | 2990-000 | | 35,200.00 | 750,447.81 |
| 09/05/24 | 158 | Johnny Robinson | August 2024 services | 2990-000 | | 2,500.00 | 747,947.81 |
| 09/05/24 | 159 | Lawrence Boyd | August 2024 services | 2990-000 | | 10,400.00 | 737,547.81 |
| 09/05/24 | 160 | Michael Graham | August 2024 services | 2990-000 | | 8,970.00 | 728,577.81 |
| 10/09/24 | | To Account #******3772 | Settlement Funds Transfer | 9999-000 | | 100,000.00 | 628,577.81 |
| 10/21/24 | 161 | Dartpoints | Invoices 133867, 134119, 135179 & 135180 | 2990-000 | | 11,521.20 | 617,056.61 |
| 10/21/24 | 162 | Compliance Technology Group | Inv #10055 & 10090 | 2990-000 | | 3,696.00 | 613,360.61 |
| 10/21/24 | 163 | NJZ Computer Services, LLC | W/E:  9.13.24, 9.20.24, 9.27.24, 10.4.24, and 10.11.24 | 2990-000 | | 3,675.00 | 609,685.61 |
| 10/21/24 | 164 | Veritrust | Inv #s 1128308, 1129406, and 1130440 | 2990-000 | | 44,316.78 | 565,368.83 |
| 10/21/24 | 165 | FileLink | Inv #s 208567, 209599, and 209839 | 2990-000 | | 9,352.00 | 556,016.83 |
| 10/21/24 | 166 | Stewart Robbins Brown & Altazan, LLC | August 2024 Fee Statement (Dkt. 2241 - 80% fees/100% expenses) | 7100-000 | | 140,171.49 | 415,845.34 |
| 10/21/24 | 167 | TPS - West, LLC | August 1-31 Fee Statement (Dkt. 2242) - 80% Fees/100% Expenses | 7100-000 | | 4,067.20 | 411,778.14 |
| 10/21/24 | 168 | Pachulski Stang Ziehl & Jones LLP | July 1 - August 31, 2024 Fee Statement (Dkt. 2211) - 80% Fees:  $9,469.95 | 2100-000 | | 9,469.95 | 402,308.19 |
| 10/21/24 | 169 | TRDkyes & Co, LLC | September Invoice | 2990-000 | | 27,800.00 | 374,508.19 |
| 10/21/24 | 170 | Johnny Robinson | September Invoice | 2990-000 | | 2,500.00 | 372,008.19 |
| 11/05/24 | 171 | Compliance Technology Group | Invoice #10124 | 2990-000 | | 2,996.00 | 369,012.19 |
| 11/05/24 | 172 | NJZ Computer Services, LLC | W/E:  10.18.24, 10.25.24, and 11.2.24 | 2990-000 | | 2,100.00 | 366,912.19 |
| 11/05/24 | 173 | TPS - West, LLC | September 2024 Fee Statement (80% fees/100% expenses) | 7100-000 | | 18,026.40 | 348,885.79 |
| 11/05/24 | 174 | TRDkyes & Co, LLC | Oct 2024 | 2990-000 | | 34,000.00 | 314,885.79 |

Page Subtotals: $1,561.77   $607,560.49

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/10/24 | 175 | NJZ Computer Services, LLC | w/e 11-8-24; 11-15-24; 11-22-24; 11-29-24 | 2990-000 | | 2,550.00 | 312,335.79 |
| 12/10/24 | 176 | Veritrust | Inv# 1131690 | 2990-000 | | 5,268.14 | 307,067.65 |
| 12/10/24 | 177 | FileLink | Invoice #s 210233 & 210318 | 2990-000 | | 504.00 | 306,563.65 |
| 12/10/24 | 178 | Michael D. Warner | 80% fees per September-October 2024 fee statement [Dkt. 2291] | 7100-000 | | 10,810.51 | 295,753.14 |
| 12/10/24 | 179 | TRDkyes & Co, LLC | November 2024 | 2990-000 | | 25,600.00 | 270,153.14 |
| 12/18/24 | 180 | Chamberlain Hrdlicka | Balance due per Court Order [Dkt. 2317] | 2990-000 | | 65,085.98 | 205,067.16 |
| 01/07/25 | 181 | Dartpoints | Invoice #s137860, 138103, 136502, 136785 | 2990-000 | | 11,521.20 | 193,545.96 |
| 01/07/25 | 182 | NJZ Computer Services, LLC | W/E: 12.6.24, 12.13.24, 12.20.24, 12.27.24 Voided on 02/24/2025 | 2990-004 | | 2,175.00 | 191,370.96 |
| 01/07/25 | 183 | Neuralog | Invoice #:201620337 Voided on 02/20/2025 | 2990-004 | | 4,275.88 | 187,095.08 |
| 01/07/25 | 184 | Clean Gulf Associates | Invoice #: 2511017 | 2990-000 | | 5,000.00 | 182,095.08 |
| 01/07/25 | 185 | Compliance Technology Group | Invoice #: 10184 | 2990-000 | | 2,996.00 | 179,099.08 |
| 01/07/25 | 186 | TPS - West, LLC | 80% Fees/100% Expenses October Fee Statement (Dkt. 2319) | 7100-000 | | 4,414.60 | 174,684.48 |
| 01/07/25 | 187 | TRDkyes & Co, LLC | Nov. 2024 | 2990-000 | | 20,000.00 | 154,684.48 |
| 01/30/25 | | To Account #******9687 | Deposited in Cash Collateral Account in error. | 9999-000 | 25,000.00 | | 179,684.48 |
| 02/11/25 | 188 | Dartpoints | Invoice #s 139072, 139311, 140338, 140575 | 2990-000 | | 11,521.20 | 168,163.28 |
| 02/11/25 | 189 | NJZ Computer Services, LLC | w/e 1.3.25, 1.10.25, 1.17.25, 1.24.25, and 1.31.25 | 2990-000 | | 2,700.00 | 165,463.28 |
| 02/11/25 | 190 | Compliance Technology Group | Invoice #10184 | 2990-000 | | 2,996.00 | 162,467.28 |
| 02/11/25 | 191 | FileLink | Invoice #s 210581 & 210817 | 2990-000 | | 504.00 | 161,963.28 |
| 02/11/25 | 192 | Pride Oil & Gas Properties, Inc. | Invoice #125018 | 2990-000 | | 250.00 | 161,713.28 |
| 02/11/25 | 193 | Michael D. Warner | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) Voided on 03/10/2025 | 7100-004 | | 9,492.89 | 152,220.39 |
| 02/11/25 | 194 | TRDkyes & Co, LLC | Contract Labor | 2990-000 | | 27,500.00 | 124,720.39 |
| 02/20/25 | 183 | Neuralog | Invoice #:201620337 Voided: check issued on 01/07/2025 | 2990-004 | | -4,275.88 | 128,996.27 |
| 02/24/25 | 182 | NJZ Computer Services, LLC | W/E: 12.6.24, 12.13.24, 12.20.24, 12.27.24 Voided: check issued on 01/07/2025 | 2990-004 | | -2,175.00 | 131,171.27 |
| 02/24/25 | 195 | NJZ Computer Services, LLC | w/e 12.6.24, 12.13.24, 12.20.24 and 12.27.24 | 2990-000 | | 2,175.00 | 128,996.27 |

Page Subtotals: $25,000.00   $210,889.52

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| --- | --- | --- | --- |
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/04/25 | | Chamberlain, Hrdlicka, White, Williams & Aughtry | Overpayment of expenses to counsel of interim trustee | 1290-000 | 532.80 | | 129,529.07 |
| 03/10/25 | 193 | Michael D. Warner | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) Voided: check issued on 02/11/2025 | 7100-004 | | -9,492.89 | 139,021.96 |
| 03/10/25 | 196 | NJZ Computer Services, LLC | w/e 2.7.25, 2.14.25, 2.21.25, and 2.28.25 | 2990-000 | | 2,625.00 | 136,396.96 |
| 03/10/25 | 197 | Veritrust | Inv. #s 1137702, 1136422, and 1135128 | 2990-000 | | 17,911.68 | 118,485.28 |
| 03/10/25 | 198 | Pachulski Stang Ziehl & Jones LLP | 20% Holdback of 1st Interim Fee Application (5.6.24 - 9.30.24) | 7100-000 | | 9,492.89 | 108,992.39 |
| 03/10/25 | 199 | Pachulski Stang Ziehl & Jones LLP | 80% fees/100% expenses (November - Dec 2024 monthly fee application; Dkt #:2376 | 7100-000 | | 6,147.13 | 102,845.26 |
| 03/10/25 | 200 | TRDkyes & Co, LLC | Feb 2025 | 2990-000 | | 21,200.00 | 81,645.26 |
| 03/25/25 | 201 | Dartpoints | Inv. #141542 (Feb 2025 invoice) | 2990-000 | | 2,401.60 | 79,243.66 |
| 03/25/25 | 202 | Dartpoints | Inv #141981 (Dismantling of data center) Voided on 03/25/2025 | 2990-004 | | 1,800.00 | 77,443.66 |
| 03/25/25 | 202 | Dartpoints | Inv #141981 (Dismantling of data center) Voided: check issued on 03/25/2025 | 2990-004 | | -1,800.00 | 79,243.66 |
| 03/25/25 | 203 | Dartpoints | Invoice #s 141981 and 141982 (fee for dismantling both data centers) | 2990-000 | | 3,600.00 | 75,643.66 |
| 03/25/25 | 204 | Dartpoints | Invoice #141777 (Feb 2025 invoice) | 2990-000 | | 3,359.00 | 72,284.66 |
| 04/02/25 | 205 | NJZ Computer Services, LLC | w/e 3.7.25, 3.14.25, 3.21.25 and 3.28.25 | 2990-000 | | 3,000.00 | 69,284.66 |
| 04/02/25 | 206 | Veritrust | Inv# 1139414 | 2990-000 | | 6,321.77 | 62,962.89 |
| 04/02/25 | 207 | FileLink | Invoice # 25220061 | 2990-000 | | 252.00 | 62,710.89 |
| 04/02/25 | 208 | TRDkyes & Co, LLC | March 2025 | 2990-000 | | 16,800.00 | 45,910.89 |
| 04/02/25 | 209 | TPS - West, LLC | 80% Fees/100% Expenses November 2024 Fee Statement (Dkt. 2370) | 7100-000 | | 1,624.60 | 44,286.29 |
| 05/14/25 | | To Account #******9687 | Remaining balance from Hedron Settlement Sub-Account | 9999-000 | 1,300,000.00 | | 1,344,286.29 |
| 05/14/25 | | Stewart Robbins Brown & Altazan, LLC | WIRE TO STEWART ROBBINS BROWN   A | 8500-002 | | 800,000.00 | 544,286.29 |
| 05/19/25 | 210 | FileLink | Invoice #s 25220365, 25220621 & 25220497 | 2990-000 | | 4,004.00 | 540,282.29 |
| 05/20/25 | 211 | Pachulski Stang Ziehl & Jones LLP | 80% fees/100% expenses (Jan - March 2024 MFA - Dkt. 2434) | 2100-000 | | 8,126.00 | 532,156.29 |
| 05/21/25 | 212 | NJZ Computer Services, LLC | w/e 4.4.25, 4.11.25, 4.18.25, 4.25.25, 5.2.25 | 2990-000 | | 2,625.00 | 529,531.29 |
| 05/21/25 | 213 | Veritrust | Inv. #1140687 | 2990-000 | | 6,321.77 | 523,209.52 |
| 05/21/25 | 214 | Dartpoints | Inv #s 142989 & 142756 | 2990-000 | | 5,760.60 | 517,448.92 |

Page Subtotals:     $1,300,532.80     $912,080.15

*{ } Asset Reference(s)*                                                          *! - transaction has not been cleared*

Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/21/25 | 215 | TPS - West, LLC | December 2024 Monthly Fee Statement | 2990-000 | | 630.00 | 516,818.92 |
| 05/21/25 | 216 | TRDkyes & Co, LLC | April 2024 | 2990-000 | | 17,000.00 | 499,818.92 |
| 06/09/25 | 217 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums Voided on 06/09/2025 | 2300-004 | | 6,570.00 | 493,248.92 |
| 06/09/25 | 217 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums Voided: check issued on 06/09/2025 | 2300-004 | | -6,570.00 | 499,818.92 |
| 06/09/25 | 220 | Veritrust | Invoice #: 1138490 | 2990-000 | | 43,563.84 | 456,255.08 |
| 06/13/25 | 219 | Pachulski Stang Ziehl & Jones LLP | Reimbursement of Trustee bond premiums | 2300-000 | | 6,570.00 | 449,685.08 |
| 06/16/25 | 218 | Pachulski Stang Ziehl & Jones LLP | May fee statement (80% fees:  $252,872.19; 100% expenses: $10.27) | 2100-000 | | 252,882.46 | 196,802.62 |
| 06/16/25 | 221 | NJZ Computer Services, LLC | w/e 5.9.25, 5.16.25, 5.23.25, 5.30.25 | 2990-000 | | 2,175.00 | 194,627.62 |
| 06/16/25 | 222 | Veritrust | Inv. #1141925 | 2990-000 | | 6,349.61 | 188,278.01 |
| 06/16/25 | 223 | Pachulski Stang Ziehl & Jones LLP | April 2025 Fee Statement (80% Fees/100% expenses) Voided on 06/18/2025 | 7100-004 | | 8,969.10 | 179,308.91 |
| 06/16/25 | 224 | TRDkyes & Co, LLC | 6.1.25 | 2990-000 | | 20,000.00 | 159,308.91 |
| 06/18/25 | 223 | Pachulski Stang Ziehl & Jones LLP | April 2025 Fee Statement (80% Fees/100% expenses) Voided: check issued on 06/16/2025 | 7100-004 | | -8,969.10 | 168,278.01 |
| 06/30/25 | 225 | Pachulski Stang Ziehl & Jones LLP | April Fee Statement [Dkt. 2464] 80% fees/100% expenses | 2100-000 | | 2,969.10 | 165,308.91 |
| 07/08/25 | 226 | NJZ Computer Services, LLC | w/e 6.6.25, 6.13.25, 6.20.25, and 6.27.25 | 2990-000 | | 2,100.00 | 163,208.91 |
| 07/08/25 | 227 | TPS-West, LLC | 80% fees/100% expenses (Jan 2025 MFA - Dkt. 2468) | 3410-000 | | 2,413.54 | 160,795.37 |
| 07/08/25 | 228 | TRDkyes & Co, LLC | June 2025 | 2990-000 | | 10,000.00 | 150,795.37 |
| 07/15/25 | 229 | Pachulski Stang Ziehl & Jones LLP | M. Warner June Monthly Fee Statement (92328) - 80% fees/100% expenses | 2100-000 | | 1,990.72 | 148,804.65 |
| 07/16/25 | | Stewart Robbins Brown & Altazan, LLC | NRW's Veritrust Storage Reimbursement | 1290-000 | 16,462.22 | | 165,266.87 |
| 08/11/25 | 230 | NJZ Computer Services, LLC | w/e 7.4.25, 7.11.25, 7.18.25, 7.25.25, 8.1.25 | 2990-000 | | 2,775.00 | 162,491.87 |
| 08/11/25 | 231 | Pride Oil & Gas Properties, Inc. | Inv. #125004 | 2990-000 | | 1,905.50 | 160,586.37 |
| 08/11/25 | 232 | TRDkyes & Co, LLC | July 2025 | 2990-000 | | 18,000.00 | 142,586.37 |
| 09/18/25 | 235 | TPS - West, LLC | 8.18.25 Voided: check issued on 09/19/2025 | 2990-004 | | -1,632.78 | 144,219.15 |
| 09/18/25 | 237 | TRDkyes & Co, LLC | 8.31.25 | 2990-000 | | 10,000.00 | 134,219.15 |
| | | | Page Subtotals: | | $16,462.22 | $399,691.99 | |

*{ } Asset Reference(s)*                                                                                   *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9687 Checking |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/18/25 | 238 | TPS - West, LLC | Feb. 2025 MFA [Dkt. 2486]: 80% Fees $1,536.32/100% Expenses: $96.40 | 2990-000 | | 1,632.72 | 132,586.43 |
| 09/19/25 | 233 | NJZ Computer Services, LLC | w/e: 8.8.25, 8.15.25, 8.22.25, 8.29.25 | 2990-000 | | 2,100.00 | 130,486.43 |
| 09/19/25 | 234 | Veritrust | Inv. #1144939 | 2990-000 | | 11,841.05 | 118,645.38 |
| 09/19/25 | 235 | TPS - West, LLC | 8.18.25 Voided on 09/18/2025 | 2990-004 | | 1,632.78 | 117,012.60 |
| 09/19/25 | 236 | Pachulski Stang Ziehl & Jones LLP | 80% Fees - M. Warner July 2025 MFA [Dkt. 2483] | 7100-000 | | 348.33 | 116,664.27 |
| 10/06/25 | 239 | NJZ Computer Services, LLC | w/e 9.5.25, 9.15.25, 9.19.25, and 9.26.25 | 2990-000 | | 2,175.00 | 114,489.27 |
| 10/06/25 | 240 | TPS - West, LLC | Balance due per 2nd interim fee application [Dkt. 2509] - Period: 10.1.24 - 5.31.25 | 2990-000 | | 65,948.20 | 48,541.07 |
| 10/06/25 | 241 | TRDkyes & Co, LLC | September 2025 | 2990-000 | | 10,000.00 | 38,541.07 |
| 10/17/25 | | Bristow US | Preference Litigation Settlement Payment | 1241-000 | 165,000.00 | | 203,541.07 |
| 11/10/25 | 242 | NJZ Computer Services, LLC | w/e 10/3/25; 10/10/25; 10/17/25; 10/24/25; 10/31/25 | 2990-000 | | 2,625.00 | 200,916.07 |
| 11/10/25 | 243 | TPS - West, LLC | June 2025 Monthly Fee Statement | 2990-000 | | 4,374.40 | 196,541.67 |
| 11/10/25 | 244 | Stewart Robbins Brown & Altazan, LLC | Prior monthly fee statements/fee applications | 3210-000 | | 80,000.00 | 116,541.67 |
| 11/10/25 | 245 | Pachulski Stang Ziehl & Jones LLP | May, August & Sept monthly fee statements | 2100-000 | | 64,381.84 | 52,159.83 |
| 11/10/25 | 246 | TRDkyes & Co, LLC | Contract Labor for M&M | 2990-000 | | 10,000.00 | 42,159.83 |
| 11/14/25 | | Kelly Warner | 11/6/25 Subpoena Fee - Sampson v. NRW | 1290-000 | 11.00 | | 42,170.83 |
| 11/20/25 | | Stone Pigman | Cox Settlement - Warner v. Stone Pigman; USBC SDNY Adv Case No. 25-03313 | 1241-000 | 800,000.00 | | 842,170.83 |
| 11/21/25 | 247 | George Adams & Company Insurance Agency, LLC | Invoice #1142 - MLCJR Ch. 7 bond renewal | 2690-000 | | 664.00 | 841,506.83 |
| 11/21/25 | 248 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] Voided on 11/21/2025 | 7100-004 | | 189,661.85 | 651,844.98 |
| 11/21/25 | 248 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] Voided: check issued on 11/21/2025 | 7100-004 | | -189,661.85 | 841,506.83 |
| 11/21/25 | 249 | Pachulski Stang Ziehl & Jones LLP | 80% fees - Oct 2025 Monthly Fee Statement [Dkt. 2532] Voided on 11/21/2025 | 7100-004 | | 1,874.96 | 839,631.87 |
| 11/21/25 | 249 | Pachulski Stang Ziehl & Jones LLP | 80% fees - Oct 2025 Monthly Fee Statement [Dkt. 2532] Voided: check issued on 11/21/2025 | 7100-004 | | -1,874.96 | 841,506.83 |
| 11/21/25 | 250 | Fishman Haygood LLP | MLCJR - Warner v. Stone Pigman (Settlement fees) | 3991-000 | | 280,623.40 | 560,883.43 |
| | | | Page Subtotals: | | $965,011.00 | $538,346.72 | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 9

| | | |
|---|---|---|
| Case No.: | 23-90324 | |
| Case Name: | MLCJR LLC | |
| | L.L.C. Cox Oil Offshore | |
| Taxpayer ID #: | **-***0875 | |
| For Period Ending: | 07/27/2026 | |

| | |
|---|---|
| Trustee Name: | Michael D. Warner (631470) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******9687 Checking |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/21/25 | 251 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] Voided: check issued on 11/22/2025 | 7100-004 | | -189,661.85 | 750,545.28 |
| 11/21/25 | 252 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] | 7100-000 | | 189,661.85 | 560,883.43 |
| 11/22/25 | 251 | Pachulski Stang Ziehl & Jones LLP | Balance of May 2025 Warner monthly fee statement [Dkt. 2465] Voided on 11/21/2025 | 7100-004 | | 189,661.85 | 371,221.58 |
| 11/22/25 | 253 | Pachulski Stang Ziehl & Jones LLP | 80% fees - Oct 2025 Monthly Fee Statement [Dkt. 2532] | 7100-000 | | 1,874.96 | 369,346.62 |
| 12/09/25 | 256 | Pachulski Stang Ziehl & Jones LLP | Oct 2025 Fee Statement (80% of fees totaling $2,343.70) - Dkt. 2532 Voided: check issued on 12/10/2025 | 3110-004 | | -1,874.96 | 371,221.58 |
| 12/10/25 | 254 | NJZ Computer Services, LLC | w/e: 11.7.25; 11/14/25; 11/21/25; 11/28/25 | 2990-000 | | 2,250.00 | 368,971.58 |
| 12/10/25 | 255 | Stewart Robbins Brown & Altazan LLC | Prior balance (1.30.25 - 12.4.25) | 3210-000 | | 300,000.00 | 68,971.58 |
| 12/10/25 | 256 | Pachulski Stang Ziehl & Jones LLP | Oct 2025 Fee Statement (80% of fees totaling $2,343.70) - Dkt. 2532 Voided on 12/09/2025 | 3110-004 | | 1,874.96 | 67,096.62 |
| 12/10/25 | 257 | TRDkyes & Co, LLC | Nov. 30, 2025 | 2990-000 | | 10,000.00 | 57,096.62 |
| 12/18/25 | | Essi Corporation | Test payment re Preference Settlement | 1241-000 | 100.00 | | 57,196.62 |
| 12/19/25 | | Essi Corporation | Preference Settlement | 1241-000 | 124,900.00 | | 182,096.62 |
| 01/16/26 | 258 | NJZ Computer Services, LLC | W/E:  12.5.25; 12.12.25; 12.19.25; 12.26.25 | 2990-000 | | 2,100.00 | 179,996.62 |
| 01/16/26 | 259 | TRDykes & Co. LLC | Dec 1, 2025 | 2990-000 | | 10,000.00 | 169,996.62 |
| 01/16/26 | 260 | Pachulski Stang Ziehl & Jones LLP | Nov. Fee Statement [Dkt. 2458]; 80% of fees totaling $13,280.05 | 7100-000 | | 10,624.04 | 159,372.58 |
| 01/27/26 | | | WIRE FROM STEWART ROBBINS   BROW | | 33,700.00 | | 193,072.58 |
| | | | $33,700.00 | | | | |
| 01/28/26 | | Essi Corporation | Cox Settlement Matter - preference litigation settlement payment (2nd installment) | 1241-000 | 31,250.00 | | 224,322.58 |
| 02/03/26 | | Stewart Robbins Brown & Altazan, LLC | Preference Settlement - Netherland, Sewell & Associate | 1241-000 | 280,000.00 | | 504,322.58 |
| 02/06/26 | 261 | NJZ Computer Services, LLC | w/e 1.9.26; 1.16.26; 1.23.26; 1.30.26 | 2990-000 | | 1,575.00 | 502,747.58 |
| 02/06/26 | 262 | TRDykes & Co. LLC | January 2026 | 2990-000 | | 10,400.00 | 492,347.58 |
| 02/06/26 | 263 | Pachulski Stang Ziehl & Jones LLP | Cox/Warner - 80% fees Nov fee statement ($10,624.04); 80% fees/100% exp Dec. fee statement ($7,519.34) | 7100-000 | | 18,143.38 | 474,204.20 |

Page Subtotals:   $469,950.00   $556,629.23

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/25/26 | | Gulf Land Structures | Preference Settlement | 1241-000 | 40,000.00 | | 514,204.20 |
| 03/04/26 | | To Account #******5635 | Secured Creditor | 9999-000 | | 33,700.00 | 480,504.20 |
| 03/16/26 | 264 | NJZ Computer Services, LLC | w/e 1.2.26 | 2990-000 | | 525.00 | 479,979.20 |
| 03/16/26 | 265 | Stewart Robbins Brown & Altazan, LLC | Unpaid invoices: January - May 2025 Voided on 03/16/2026 | 3110-004 | | 400,000.00 | 79,979.20 |
| 03/16/26 | 265 | Stewart Robbins Brown & Altazan, LLC | Unpaid invoices: January - May 2025 Voided: check issued on 03/16/2026 | 3110-004 | | -400,000.00 | 479,979.20 |
| 03/16/26 | 266 | TRDykes & Co. LLC | 2.1.26 | 2990-000 | | 8,000.00 | 471,979.20 |
| 03/16/26 | 267 | Stewart Robbins Brown & Altazan, LLC | Unpaid Invoices: Jan - May 2025 | 3110-000 | | 400,000.00 | 71,979.20 |
| 04/02/26 | | Eaton Oil Tools | Preference Settlement | 1241-000 | 160,000.00 | | 231,979.20 |
| 04/03/26 | | Eaton Oil Tools | Wire back from Eaton Oil Tools due to incorrect banking information for return of $54K | 1241-000 | 54,000.00 | | 285,979.20 |
| 04/03/26 | | Eaton Oil Tools | Wire to Eaton Oil Tools for return of overpayment | 1241-000 | -54,000.00 | | 231,979.20 |
| 04/06/26 | | Eaton Oil Tools | Return of $54K overpayment to Bank of Sunset & Trust Co. for the benefit of Eaton Oil Tools Inc (Acct 200029491) | 1241-000 | -54,000.00 | | 177,979.20 |
| 04/08/26 | | Offshore Services of Acadiana LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 95,000.00 | | 272,979.20 |
| 04/14/26 | | Carver Darden Koretzky | Preference Settlement (C-Dive) | 1241-000 | 261,574.00 | | 534,553.20 |
| 04/20/26 | | Quail Tools Disbursement Account | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 105,000.00 | | 639,553.20 |
| 04/20/26 | 268 | TRDykes & Co, LLC | Inv. 2026-003 - date 4.1.26 | 2990-000 | | 9,200.00 | 630,353.20 |
| 04/21/26 | 269 | George Adams & Company Insurance Agency, LLC | Cox - Ch. 7 Trustee Bond Renewal (5/7/26 - 5/7/27); Inv #1263 | 2300-000 | | 1,400.00 | 628,953.20 |
| 04/21/26 | 270 | Stewart Robbins Brown & Altazan, LLC | March 2025 Invoice ($179,515.31) and partial pay towards April 2025 Invoice ($20,484.69) | 3210-000 | | 200,000.00 | 428,953.20 |
| 04/21/26 | 271 | TRDykes & Co. LLC | Invoice 2026-003 (4.1.26) Voided on 04/29/2026 | 2990-004 | | 9,200.00 | 419,753.20 |
| 04/22/26 | | IFS Finance UK Limited | Preference Settlement | 1241-000 | 70,000.00 | | 489,753.20 |
| 04/28/26 | | Essi Corporation | Cox Settlement Matter - preference litigation settlement payment (third installment) | 1241-000 | 31,250.00 | | 521,003.20 |
| 04/29/26 | | Bourgeois Law LLC | Preference Settlement (Major Equipment) | 1241-000 | 68,221.70 | | 589,224.90 |
| 04/29/26 | 271 | TRDykes & Co. LLC | Invoice 2026-003 (4.1.26) Voided: check issued on 04/21/2026 | 2990-004 | | -9,200.00 | 598,424.90 |

Page Subtotals: $777,045.70    $652,825.00

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 11

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/07/26 | | Tampnet Inc. | Cox Settlement Matter - preference litigation settlement payment (test payment) | 1241-000 | 20.00 | | 598,444.90 |
| 05/08/26 | | Gulfstream Operating Corp Pay | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 15,000.00 | | 613,444.90 |
| 05/11/26 | 272 | TPS - West, LLC | Order approving 3rd interim fee application (Docket No. 2635) | 3410-000 | | 5,464.00 | 607,980.90 |
| 05/11/26 | 273 | Stewart Robbins Brown & Altazan, LLC | Remaining balance of $93,191.48 (April 2026) and $106,808.52 towards May 2026 Invoice | 3210-000 | | 200,000.00 | 407,980.90 |
| 05/11/26 | 274 | Pachulski Stang Ziehl & Jones LLP | $10,428.14 (Jan-March 2026 Monthly Fee Statement & Order Approving 3rd Interim Fee App ($26,467.30) | 2100-000 | | 36,895.44 | 371,085.46 |
| 05/11/26 | 275 | TRDykes & Co. LLC | Invoice 5.1.26 | 2990-000 | | 8,800.00 | 362,285.46 |
| 05/21/26 | | Tampnet Inc. | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 40,273.65 | | 402,559.11 |
| 05/21/26 | | Sparrows Offshore LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 45,000.00 | | 447,559.11 |
| 05/21/26 | | Piranha Rentals LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 19,655.01 | | 467,214.12 |
| 05/22/26 | | Cigna Health and Life Insurance Co | Payment re Valeant class action - settlement proceeds | 1290-000 | 34.86 | | 467,248.98 |
| 05/22/26 | | Grand Isle Shipyard LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 38,000.00 | | 505,248.98 |
| 05/22/26 | | Cigna Health and Life Insurance Co | Deposit Reversal: Payment re Valeant class action - settlement proceeds | 1290-000 | -34.86 | | 505,214.12 |
| 05/26/26 | | Leviathan Offshore, LLC | Preference Settlement | 1241-000 | 73,800.00 | | 579,014.12 |
| 05/29/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 670.56 | 578,343.56 |
| 06/02/26 | 276 | Stewart Robbins Brown & Altazan, LLC | Holdbacks (2/25, 3/25, 4/25, 5/25) | 3110-000 | | 300,000.00 | 278,343.56 |
| 06/02/26 | 277 | TRDkyes & Co, LLC | April 2026 Expenses | 2990-000 | | 10,000.00 | 268,343.56 |
| 06/15/26 | | | DOMESTIC WIRE TRANSFER FROM LOUISIANA SAFETY SYSTE MS, INC | | 100.00 | | 268,443.56 |
| | | | $100.00 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM WAUKESHA-PEARCE INDUST RIES, LLC | | 0.03 | | 268,443.59 |
| | | | $0.03 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM LOUISIANA SAFETY SYSTE MS, INC | | 57,400.00 | | 325,843.59 |

Page Subtotals: $289,248.69   $561,830.00

*{ } Asset Reference(s)*                                                                                      *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 12

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $57,400.00 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM WAUKESHA-PEARCE INDUST RIES, LLC | | 165,000.00 | | 490,843.59 |
| | | | $165,000.00 | | | | |
| 06/18/26 | | | DOMESTIC WIRE TRANSFER FROM Precision Crane & Hydr aulics | | 75,000.00 | | 565,843.59 |
| | | | $75,000.00 | | | | |
| 06/24/26 | | | ISLAND OPERATING PY06/24/26 | | 67,620.96 | | 633,464.55 |
| | | | $67,620.96 | | | | |
| 06/30/26 | | | DOMESTIC WIRE TRANSFER FROM LUGENBUHL WHEATON PECK RANKIN and | | 40,000.00 | | 673,464.55 |
| | | | $40,000.00 | | | | |
| 07/06/26 | 278 | TPS - West, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements Voided on 07/06/2026 | 3310-004 | | 201,202.19 | 472,262.36 |
| 07/06/26 | 278 | TPS - West, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements Voided: check issued on 07/06/2026 | 3310-004 | | -201,202.19 | 673,464.55 |
| 07/06/26 | 279 | Pachulski Stang Ziehl & Jones LLP | April 2026 MFS: $5,054.40; May 2026 MFS:  $5,159.28 | 3110-000 | | 10,213.68 | 663,250.87 |
| 07/06/26 | 280 | TRDkyes & Co, LLC | June invoice (accounts for overpayment of May invoice by $1,600) | 2990-000 | | 9,600.00 | 653,650.87 |
| 07/06/26 | 281 | Stewart Robbins Brown & Altazan, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements | 3210-000 | | 201,202.19 | 452,448.68 |
| 07/24/26 | | | DOMESTIC WIRE TRANSFER FROM Keystone Chemical LLC | | 15,000.00 | | 467,448.68 |
| | | | $15,000.00 | | | | |

Page Subtotals: $362,620.96   $221,015.87

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

Form 2

## Cash Receipts And Disbursements Record

Page: 13

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******9687 Checking |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | Account | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| | 7 | Deposits | 3,184.90 | 181 | Checks | 4,886,036.42 | |
| | 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 908,715.42 | |
| | | Subtotal | 3,184.90 | 2 | Transfers Out | 133,700.00 | |
| | 34 | Adjustments In | 5,067,715.62 | | Total | 5,928,451.84 | |
| | 2 | Transfers In | 1,325,000.00 | | | | |
| | | Total | 6,395,900.52 | | | | |

Page Subtotals:   $0.00   $0.00

*{ } Asset Reference(s)*   *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 14

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******5635 Cash Collateral |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/18/24 | | Badger Energy LLC | Cash Collateral - Representing Revenue | 1290-000 | 2.57 | | 2.57 |
| 07/18/24 | | Poston Minerals LLC | Cash Collateral - Representing Revenue | 1290-000 | 134.80 | | 137.37 |
| 07/18/24 | | Paylocity Corporation | Cash Collteral - COBRA Reimbursement | 1290-000 | 4,661.44 | | 4,798.81 |
| 07/18/24 | | Paylocity Corporation | Cash Collateral - COBRA Reimbursement | 1290-000 | 14,690.79 | | 19,489.60 |
| 07/18/24 | | Paylocity Corporation | Cash Collateral - COBRA Reimbursement | 1290-000 | 7,872.52 | | 27,362.12 |
| 10/18/24 | | Natural Resources Worldwide, LLC | NRW Transfer | 1290-000 | 25,000.00 | | 52,362.12 |
| 01/30/25 | | To Account #******9687 | Deposited in Cash Collateral Account in error. | 9999-000 | | 25,000.00 | 27,362.12 |
| 02/25/25 | | Stone Pigman Walther Witmann LLC | Funds held by former special counsel | 1290-000 | 108,093.42 | | 135,455.54 |
| 10/07/25 | | ENI US Operating | ENI abandoned property (EI 39) | 1290-000 | 6,825.23 | | 142,280.77 |
| 11/04/25 | 20001 | NJZ Computer Services, LLC | w/e 10/3/25; 10/10/25; 10/17/25; 10/24/25; 10/31/25 Voided on 11/04/2025 | 2990-004 | | 2,625.00 | 139,655.77 |
| 11/04/25 | 20001 | NJZ Computer Services, LLC | w/e 10/3/25; 10/10/25; 10/17/25; 10/24/25; 10/31/25 Voided: check issued on 11/04/2025 | 2990-004 | | -2,625.00 | 142,280.77 |
| 11/04/25 | 20002 | TPS - West, LLC | 10/6/25 Voided on 11/04/2025 | 2990-004 | | 4,374.40 | 137,906.37 |
| 11/04/25 | 20002 | TPS - West, LLC | 10/6/25 Voided: check issued on 11/04/2025 | 2990-004 | | -4,374.40 | 142,280.77 |
| 11/04/25 | 20003 | Pachulski Stang Ziehl & Jones LLP | M. Warner Monthly Fee Statement (May 2025) - 25% fees & expenses [Dkt. 2465] Voided on 11/04/2025 | 2100-004 | | 63,220.62 | 79,060.15 |
| 11/04/25 | 20003 | Pachulski Stang Ziehl & Jones LLP | M. Warner Monthly Fee Statement (May 2025) - 25% fees & expenses [Dkt. 2465] Voided: check issued on 11/04/2025 | 2100-004 | | -63,220.62 | 142,280.77 |
| 11/04/25 | 20004 | Pachulski Stang Ziehl & Jones LLP | $547.45 (Aug MFA - Dkt. 2527) & $613.77 (Sept. MFA - Dkt. 2528) Voided on 11/04/2025 | 2100-004 | | 1,161.22 | 141,119.55 |
| 11/04/25 | 20004 | Pachulski Stang Ziehl & Jones LLP | $547.45 (Aug MFA - Dkt. 2527) & $613.77 (Sept. MFA - Dkt. 2528) Voided: check issued on 11/04/2025 | 2100-004 | | -1,161.22 | 142,280.77 |
| 11/04/25 | 20005 | TRDkyes & Co, LLC | Contract Labor; Inv. # 25-010 Voided on 11/04/2025 | 2990-004 | | 10,000.00 | 132,280.77 |
| 11/04/25 | 20005 | TRDkyes & Co, LLC | Contract Labor; Inv. # 25-010 Voided: check issued on 11/04/2025 | 2990-004 | | -10,000.00 | 142,280.77 |
| 03/04/26 | | To Account #******5635 | Secured Creditor | 9999-000 | 33,700.00 | | 175,980.77 |

Page Subtotals: $200,980.77   $25,000.00

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 15

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******5635 Cash Collateral |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/26 | | Cigna Health and Life Insurance Co. | Payment re Valeant Class Action - settlement proceeds | 1290-000 | 34.86 | | 176,015.63 |
| 05/29/26 | | Cigna Health and Life Insurance Co. | Mylan EpiPen class action - settlement proceeds | 1290-000 | 7.41 | | 176,023.04 |
| 05/29/26 | | Cigna Health and Life Insurance Co. | check reissue | 1290-000 | 802.52 | | 176,825.56 |
| 06/17/26 | | MetLife Remittance Service | Group Termination | 1290-000 | 1,996.56 | | 178,822.12 |
| 07/17/26 | | Energy Transfer | Energy Transfer Settlement | 1290-000 | 325,175.00 | | 503,997.12 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 13 | Deposits | 495,297.12 | 5 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 495,297.12 | 1 | Transfers Out | 25,000.00 |
| 0 | Adjustments In | 0.00 | | Total | 25,000.00 |
| 1 | Transfers In | 33,700.00 | | | |
| | Total | 528,997.12 | | | |

Page Subtotals:          $0.00          $0.00

*{ } Asset Reference(s)*                                                      *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Page: 16

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
|---|---|---|---|---|
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******3772 DOJ Settlement Funds |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/09/24 | | To Account #******3772 | Settlement Funds Transfer | 9999-000 | 100,000.00 | | 100,000.00 |
| 12/31/24 | 300001 | Bureau of Ocean Energy Management | DOJ Settlement - Abandonment Motion | 2990-000 | | 100,000.00 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 100,000.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 100,000.00 |
| 1 | Transfers In | 100,000.00 | | | |
| | Total | 100,000.00 | | | |

Page Subtotals:        $0.00        $0.00

*{ } Asset Reference(s)*                                                                  *! - transaction has not been cleared*

Form 2

Cash Receipts And Disbursements Record

Page: 17

| Case No.: | 23-90324 | | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | | Account #: | ******7203 WT Asset Sale Proceeds |
| Taxpayer ID #: | **-***0875 | | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/11/25 | | Stewart Robbins Brown & Altazan, LLC | WIRE FROM STEWART ROBBINS  BROW | 1290-000 | 250,000.00 | | 250,000.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | 250,000.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 250,000.00 | | | |

Page Subtotals:          $0.00          $0.00

*{ } Asset Reference(s)*                                                  *! - transaction has not been cleared*

Form 2

Cash Receipts And Disbursements Record

Page: 18

| Case No.: | 23-90324 | Trustee Name: | Michael D. Warner (631470) |
| Case Name: | MLCJR LLC | Bank Name: | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | Account #: | ******1353 Hedron Settlement Account |
| Taxpayer ID #: | **-***0875 | Blanket Bond (per case limit): | N/A |
| For Period Ending: | 07/27/2026 | Separate Bond (if applicable): | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/13/25 | | Frilot LLC Iolta | WIRE FROM FRILOT LLC IOLTA | 1290-000 | 11,000,000.00 | | 11,000,000.00 |
| 05/13/25 | | Incoming Wire - Hedron | Incoming Wire - Hedron | 1290-000 | 11,000,000.00 | | 22,000,000.00 |
| 05/13/25 | | Amarillo National Bank | WIRE TO AMARILLO NATIONAL BANK | 8500-002 | | 3,316,666.00 | 18,683,334.00 |
| 05/13/25 | | Fishman Haygood, LLP | WIRE TO IOLTA FISHMAN HAYGOOD LLP | 8500-002 | | 3,550,000.00 | 15,133,334.00 |
| 05/13/25 | | Hall Maines Lugrin PC IOLTA Trust Account | WIRE TO HALL MAINES LUGRIN PC IOL | 8500-002 | | 2,833,334.00 | 12,300,000.00 |
| 05/13/25 | | Incoming Wire - Hedron | Incoming Wire - Hedron | 1290-000 | -11,000,000.00 | | 1,300,000.00 |
| 05/14/25 | | To Account #******9687 | Remaining balance from Hedron Settlement Sub-Account | 9999-000 | | 1,300,000.00 | 0.00 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | | 4 | Adjustments Out | 20,700,000.00 |
| | Subtotal | 0.00 | | 1 | Transfers Out | 1,300,000.00 |
| 2 | Adjustments In | 22,000,000.00 | | | Total | 22,000,000.00 |
| 0 | Transfers In | 0.00 | | | | |
| | Total | 22,000,000.00 | | | | |

Page Subtotals:       $11,000,000.00       $11,000,000.00

*{ } Asset Reference(s)*                                                                 *! - transaction has not been cleared*

**Form 2**
**Cash Receipts And Disbursements Record**

Page:  19

| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******1353 Hedron Settlement Account |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/27/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $16,708,152.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $10,500,000.00 |
| Net Estate: | $6,208,152.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9687 Checking | $4,962,855.66 | $5,686,706.98 | $467,448.68 |
| ******5635 Cash Collateral | $495,297.12 | $0.00 | $503,997.12 |
| ******3772 DOJ Settlement Funds | $0.00 | $100,000.00 | $0.00 |
| ******7203 WT Asset Sale Proceeds | $250,000.00 | $0.00 | $250,000.00 |
| ******1353 Hedron Settlement Account | $11,000,000.00 | $9,700,000.00 | $0.00 |
| | $16,708,152.78 | $15,486,706.98 | $1,221,445.80 |