**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

———————————————————————

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
|  | ) |  |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
|  | ) |  |
| **Debtors.** | ) | **Jointly Administered** |
|  | ) |  |
| ——————————————————— | ) |  |

**APPLICATION OF CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER**
**AUTHORIZING THE EMPLOYMENT AND RETENTION OF**
**FISHMAN HAYGOOD, L.L.P. AS SPECIAL LITIGATION COUNSEL**

> **THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**
>
> **REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**NOW INTO COURT**, through undersigned counsel, comes Michael D. Warner (the

"**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively

---

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

consolidated estates (the "**Estates**"), who files this application (the "**Application**"), pursuant to Sections 327(e) and 328 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 2014–1, 2016–1, and 9013–1 of the Bankruptcy Local Rules for the Southern District of Texas (the "**Local Rules**"), for entry of an order (the "**Order**") substantially in the form attached hereto as **Exhibit B**, authorizing the Trustee to employ and retain Fishman Haygood, L.L.P. ("**Fishman Haygood**" or the "**Firm**") as special litigation counsel to the Trustee as of July 1, 2026 to represent the Trustee in the Liberty Mutual Case, as defined below. In support of this Application, the Trustee relies upon and incorporates by reference the *Declaration of Brent Barriere in Support of Application of the Chapter 7 Trustee for Entry of an Order Authorizing the Employment and Retention of Fishman Haygood LLP as Special Litigation Counsel* (the "**Barriere Declaration**"), attached hereto as **Exhibit A**. In further support of the Application, the Trustee respectfully states as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction to consider this Application under 28 U.S.C. § 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue of these chapter 7 cases is proper in this District under 28 U.S.C. §§ 1408 and 1409.

2.      The statutory bases for the relief requested by this Application are sections 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014–1 and 2016–1.

**BACKGROUND**

3. On May 14, 2023, the Debtors each filed with the United States Bankruptcy Court for the Southern District of Texas (the "**Court**") a Voluntary Petition for Relief under chapter 11 of the Bankruptcy Code (the "**Bankruptcy Cases**").

4. On May 16, 2023, the Bankruptcy Cases were consolidated for procedural purposes only and have since been jointly administered by the Court under Case Number 23-90324.

5. On February 28, 2024, the Court converted the Bankruptcy Cases to a case under Chapter 7 of the Bankruptcy Code.[2]

6. On February 29, 2024, Randy W. Williams became the interim chapter 7 trustee for each of the Estates (the "**Interim Trustee**").

7. On April 30, 2024,[3] the Court authorized the Interim Trustee's employment of Fishman Haygood pursuant to sections 327(e) and 328 of the Bankruptcy Code as special litigation counsel to the Estates (the "**Initial Employment Order**").[4] More specifically, and pursuant to the Initial Employment Order, Fishman Haygood was employed by the Interim Trustee on a contingency fee basis to, among other things, evaluate potential claims and causes of action against current and former directors and officers of the Debtors and affiliated persons, and other potential claims against creditors and third parties, and to make recommendations to the Interim Trustee with respect to the prosecution of those causes of action, and, if authorized and directed by the Interim Trustee, institute and prosecute such litigation on behalf of the Interim Trustee ("**Initial Scope of Employment**").

---

[2] Doc. No. 1720.

[3] Doc. No. 1862.

[4] Doc. No. 1813.

8.      On May 6, 2024, the Court approved Michael D. Warner's election as permanent chapter 7 trustee for each of the Estates, subject to his ability to qualify under section 322(a) of the Bankruptcy Code.[5] On May 8, 2024, Michael D. Warner filed his *Notice of Bond and Acceptance of Election*.[6] As of May 8, 2024, Michael D. Warner is the duly elected, qualified, and acting Chapter 7 trustee for each of the Estates, and remains Trustee as of this date.

9.      Since such time, the Trustee and Fishman Haygood have worked diligently to pursue and recover various relevant claims, unrelated to the Liberty Mutual Case, as defined below.  Nothing herein is intended to in any way amend, modify, supplement, or otherwise alter the Initial Scope of Employment or the Initial Employment Order.  Instead, the instant Application is intended to operate in addition to and separately from the Initial Employment Order/Initial Scope of Employment.

10.     Around July 1, 2026, Liberty Mutual Insurance Company, plaintiff in that certain civil litigation captioned *Liberty Mutual versus Whitley Pencom, LLP*, Case Number 096-3700935-25, 96th Judicial District Court for Tarrant County, Texas (the "**Liberty Mutual Case**"), served upon the Trustee two subpoenas seeking a wide range of documents and a notice of deposition upon written questions to be answered by the Trustee under oath (collectively, the "**Liberty Mutual Discovery**").

## RELIEF REQUESTED

11.     By this Application, pursuant to sections 327(e) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014–1 and 2016–1, the Trustee seeks entry of an order authorizing the Trustee to retain and employ Fishman Haygood on an hourly basis to

---

[5] Doc. No. 1919.

[6] Doc. No. 1996.

represent the Trustee in all matters relating to the Liberty Mutual Case and, in doing so, respond to and represent the Trustee in connection with the Liberty Mutual Discovery, as more fully set forth below.

## QUALIFICATIONS OF FISHMAN HAYGOOD

12.     Fishman Haygood is a full-service law firm with approximately fifty (50) lawyers across two offices located in New Orleans and Baton Rouge, Louisiana. Fishman Haygood provides legal services in most major practice areas, including, without limitation, litigation and bankruptcy. Given the Firm's experience, knowledge, and familiarity with these Bankruptcy Cases and the vast amount of documents accessible to it, both as special litigation counsel to the UCC prior to case conversion[7] and as special purpose counsel to the Trustee, Fishman Haygood is well qualified and uniquely able to act efficiently on the Trustee's behalf in connection with the Liberty Mutual Case.

## SERVICES TO BE RENDERED

13.     Fishman Haygood is proposed to serve as special litigation counsel to the Trustee and represent him in all matters relating to the Liberty Mutual Case, and, in doing so, respond to and represent the Trustee in connection with the Liberty Mutual Discovery.

14.     Fishman Haygood has stated its desire and willingness to render such necessary professional services as special litigation counsel for the Trustee. The Trustee submits that the employment of Fishman Haygood is in the best interests of the creditors, the captioned Debtors, and the Debtors' respective Chapter 7 estates.

---

[7] Doc. No. 836.

**NO DUPLICATION OF SERVICES**

15.     As described in the Barriere Declaration, Fishman Haygood will work with the Trustee's other professionals to ensure a clear understanding of each firm's respective role in connection with representation of the Trustee in the Liberty Mutual Case to prevent duplication of services. In particular, Fishman Haygood will coordinate with Stewart Robbins & Altazan, LLC to prevent duplication of services and to act in the most efficient and economical manner for the Estates.

**FISHMAN HAYGOOD'S CONNECTIONS TO PARTIES-IN-INTEREST**

16.     To the best of the Trustee's knowledge, neither Fishman Haygood nor its professionals hold any interest adverse to the Debtors or creditors with respect to the matters for which the firm is to be engaged within the meaning of the Bankruptcy Code, except as may be set forth in the Barriere Declaration.

17.     Prior to the filing of the bankruptcy cases, Fishman Haygood was retained by Fab con, Inc. ("**Fab-con**") and Secorp Industries ("**Secorp**") in connection with claims each held against the Debtors. Following the filing of these bankruptcy cases, Fishman Haygood has continued its representation of Fab-con, but not Secorp. Fab-con asserts LOWLA Liens against several of the Debtors' oil and gas leases and has filed an application for administrative expense claim against the Debtors. Fishman Haygood believes the Fab-con engagement has been concluded.

18.     Fishman Haygood has represented Moncla Workover & Drilling ("**Moncla**") and Danos, LLC ("**Danos**"), creditors in the Chapter 7 Cases, in entirely unrelated matters.

19.     Fishman Haygood's representation of the Trustee as special litigation counsel does not create any adverse interest to the Debtors, the Trustee, or creditors of the Estates. The services

6

of Fishman Haygood would be beneficial to all unsecured creditors and LOWLA lien holders. To the extent any issues arise between the Trustee, Fab-con, Secorp, Moncla, or Danos, Fishman Haygood will not represent any party in those disputes.

20.     The Trustee has been informed that Fishman Haygood is conducting an ongoing review of its files to ensure that no disqualifying circumstances arise. If Fishman Haygood discovers any additional connection with any interested party or enters into any new relationship with any interested party, it will promptly supplement its disclosure to the Court.

## PROFESSIONAL COMPENSATION

21.     Fishman Haygood has agreed to serve as special litigation counsel to the Trustee and receive compensation on an hourly basis, but subject to review and approval by the Bankruptcy Court.

22.     Fishman Haygood's hourly rates for the attorneys who will work on this matter range from $300 to $700 per hour depending on the experience and seniority of its attorneys.

23.     Fishman Haygood will deliver to the Trustee monthly bills, which shall include detail of time expended by each timekeeper, the service performed, the date of the service, and the fee for said service.

24.     Fishman Haygood represents that it will seek reimbursement, subject to the Court's approval, for all such out-of-pocket expenses incurred by Fishman Haygood on the Trustee's behalf.  Fishman Haygood has represented to the Trustee that all requests for reimbursement of expenses will be consistent with any guidelines established by the Bankruptcy Court.

25.     Fishman Haygood represents and acknowledges that it will apply to this Court for allowance of compensation for professional services rendered and reimbursement of expenses in accordance with Sections 330 of the Bankruptcy Code and applicable provisions of the Bankruptcy

Rules, the Local Rules, any other applicable procedures, and orders of the Court, for all professional services performed and expenses incurred in these Bankruptcy Cases.

26.     Pursuant to Bankruptcy Rule 2016(b), Fishman Haygood represents that it has no agreement with any other entity to share any compensation received by Fishman Haygood, except as permitted under section 504(b)(1) of the Bankruptcy Code.  Fishman Haygood represents that it has not received any promises as to payment or compensation in connection with these Bankruptcy Cases other than in accordance with the provisions of the Bankruptcy Code and as disclosed herein.

## BASIS FOR RELIEF

27.     In considering an application for appointment as special litigation counsel, courts take "into account the particular facts and circumstances surrounding the case," *In re Johnson*, 433 B.R. 626, 635 (Bankr. S.D. Tex. 2010), including the "circumstances which may impair a professional's ability to offer impartial, disinterested advice to his or her client." *In re Eagle Broadband, Inc.,* No. 07–80605–G3–11, 2007 WL 4333619, at *2 (Bankr. S.D. Tex. Dec. 6, 2007).

28.     In addition, pursuant to Section 328(a) of the Bankruptcy Code, the Trustee "with the court's approval, may . . . authorize the employment of a professional person . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a). Section 328(a) of the Bankruptcy Code allows compensation of professionals on flexible terms that reflect the nature of their services and prevailing market conditions.

29.     Bankruptcy Rule 2014(a) further requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of

> the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the office of the U.S. trustee.

30.     The Trustee submits that, for all the reasons stated above and in the Barriere Declaration, the retention of Fishman Haygood as special litigation counsel to the Trustee in the Liberty Mutual Case is warranted and in the best interest of the Estates' creditors. As required by Bankruptcy Rule 2014(a), the above-described facts set forth in the Application and the information in the exhibits attached hereto set forth: (i) the specific facts showing the necessity for Fishman Haygood's employment; (ii) the reasons for the Trustee's selection of Fishman Haygood as special litigation counsel; (iii) the professional services proposed to be provided by Fishman Haygood; (iv) the arrangement between the Trustee and Fishman Haygood with respect to the Firm's compensation; and (v) to the best of the Trustee's knowledge, the extent of Fishman Haygood's connections, if any, to the parties in interest in these matters.

31.     Because the Firm has already commenced work in connection with the Liberty Mutual Discovery, the Trustee requests that the employment of Fishman Haygood be effective as of July 1, 2026.

## CONCLUSION

**WHEREFORE**, for the reasons set forth herein, the Trustee respectfully requests that the Court grant the relief requested in this Application and enter the proposed order attached hereto as Exhibit B, and such other and further relief as is just and proper.

*Signature page to follow*

9

Dated: July 31, 2026

Respectfully submitted,

**STEWART ROBBINS & ALTAZAN, LLC**

By:   */s/ Brooke W. Altazan*
Brooke W. Altazan (Tx. Bar # 24101002)
baltazan@stewartrobbins.com
Abigail W. Mock (La. Bar # 41352)
*Admitted to Southern District of Texas*
(SDTX Federal No. 3902652)
amock@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***

10

## **CERTIFICATE OF SERVICE**

I hereby certify that notice of this document will be electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on July 31, 2026, including the United States Trustee and counsel for the Debtors.

*/s/ Brooke W. Altazan*
Brooke W. Altazan

## EXHIBIT A

*Barriere Declaration*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

―――――――――――――――――――――――― )
)
In re: )  **Chapter 7**
)
**MLCJR LLC, *et al.*,**[1] )  **Case No. 23-90324 (CML)**
)
Debtors. )  **Jointly Administered**
)
―――――――――――――――――――――――― )
)

## DECLARATION OF BRENT BARRIERE IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FISHMAN HAYGOOD LLP AS SPECIAL LITIGATION COUNSEL

I, Brent Barriere, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the law firm of Fishman Haygood LLP ("**Fishman Haygood**" or the "**Firm**") which maintains offices for the practice of law at 201 St. Charles Ave., 46th Floor, New Orleans, Louisiana 70170 and 100 North Street, Suite 800, Baton Rouge, Louisiana 70802. There are no disciplinary proceedings pending against me in any jurisdiction. I am admitted to practice law in the States of Louisiana and Texas and multiple federal courts.

2.      I submit this declaration (the "**Barriere Declaration**") pursuant to Sections 327(e) and 328(a) of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014–1 and 2016–1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**") in support of the *Application of the Chapter 7 Trustee for Entry of*

---

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

*an Order Authorizing the Employment and Retention of Fishman Haygood LLP as Special Litigation Counsel* (the "**Application**"), filed contemporaneously herewith by the Trustee.[2] To the extent that any information disclosed herein requires amendment or modification upon Fishman Haygood's completion of further analysis or as additional information becomes available to the Firm, a supplemental declaration will be submitted to the Court reflecting the same. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

## QUALIFICATIONS OF FISHMAN HAYGOOD

3.      Fishman Haygood is a full-service law firm with approximately fifty (50) lawyers across two offices located in New Orleans and Baton Rouge, Louisiana. Fishman Haygood provides legal services in most major practice areas, including, without limitation, litigation, and bankruptcy. Given the Firm's experience, knowledge, and familiarity with these Bankruptcy Cases and the vast amount of documents accessible to it, both as special litigation counsel to the UCC prior to case conversion[4] and as special purpose counsel to the Trustee, Fishman Haygood is well qualified and uniquely able to act efficiently on the Trustee's behalf in connection with the Liberty Mutual Case.

## SERVICES TO BE PROVIDED

4.      Around July 1, 2026, Liberty Mutual Insurance Company, plaintiff in that certain civil litigation captioned *Liberty Mutual versus Whitley Pencom, LLP*, Case Number 096-3700935-25, 96th Judicial District Court for Tarrant County, Texas (the "**Liberty Mutual Case**"), served upon the Trustee two subpoenas seeking a wide range of documents and a notice of

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.
[3] Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of Fishman Haygood and are based on information provided by them.
[4] Doc. No. 836.

deposition upon written questions to be answered by the Trustee under oath (collectively, the "**Liberty Mutual Discovery**")

5.      Fishman Haygood is proposed to represent the Trustee in all matters relating to the Liberty Mutual Case and, in doing so, respond to and represent the Trustee in connection with, *inter alia*, the Liberty Mutual Discovery.

6.      It is necessary for the Trustee to employ attorneys to render the foregoing professional services and Fishman Haygood desires and is willing to render them.

### COMPLIANCE WITH SECTION 327(e)

7.      I am not, nor is Fishman Haygood, an insider of the Debtors. To the best of my knowledge, Fishman Haygood does not represent or hold any interest adverse to the Debtors or the Estates with respect to the matters on which it is to be employed.

#### *Evaluation of the Firm's Connections to Parties in Interest and Disclosure Process*

8.      In accordance with Bankruptcy Rule 2014(a), prior to filing the Application, Fishman Haygood conducted a disclosure review with respect to the Firm's connections to the Debtors and the most significant parties in interest in these Bankruptcy Cases based upon a list of interested parties supplied by the Trustee's counsel.

9.      To conduct this review, we caused the names of the parties identified in **Schedule 1** annexed hereto (the "**Parties in Interest & Creditors**") to be run through Fishman Haygood's conflicts department to determine whether Fishman Haygood has connections to such parties and, if so, whether such connections relate in any way to the proposed representation of the Trustee in these Bankruptcy Cases.

10.     Based on reports generated by Fishman Haygood's conflicts department, **Schedule 2** annexed hereto identifies that Fishman Haygood currently represents, or has represented within

the past two (2) years, certain individuals, entities, or their affiliates who are Potential Parties in Interest in matters unrelated to the Debtors, the Bankruptcy Cases, or such entities' claims against and interests in the Debtors.[5]

11.     To the best of my knowledge and information, Fishman Haygood does not hold or represent any interest adverse to the Trustee, the Debtors, or the Debtors' estates and, except as disclosed on Schedule 2, does not have any "connections" to the Debtors' creditors, affiliates, other parties in interest and potential parties in interest, the Office of the United States Trustee, or the United States Bankruptcy Judge assigned to these Bankruptcy Cases. I do not believe that any of the representations described on Schedule 2 or listed herein are adverse to the interests of the Trustee, the Debtors, or the Debtors' estates. In light of the possibility that certain creditors or other parties in interest may not have been identified on Schedule 1, Fishman Haygood may have represented, may currently represent, or may in the future represent such entities in matters wholly unrelated to these Bankruptcy Cases. Fishman Haygood has searched its electronic database for its connections to the entities listed on Schedule 1 attached hereto. The information listed on the attached schedules may have changed without our knowledge and may change during the pendency of these Bankruptcy Cases. To the extent that Fishman Haygood becomes aware of any such additional potential parties in interest, Fishman Haygood will promptly run such new potential parties in interest through Fishman Haygood's conflicts department and file a supplemental declaration, if necessary. In addition, Fishman Haygood is likely in the future to

---

[5] The term "**client**" means an entity listed as a client or affiliate of a client in an active or closed matter in Fishman Haygood's conflicts search system. To the extent that a Potential Party in Interest falls under more than one category, such Potential Party in Interest is disclosed below in only one category. Furthermore, the inclusion of a Potential Party in Interest within one or more categories in the Application, this Declaration, or otherwise, is for convenience only and is not, and shall not be construed as, an acknowledgement or admission regarding any Potential Party in Interest, including with respect to any claims or relationships that such Potential Party in Interest may have with the Debtors.

represent certain creditors and equity security holders of the Debtors and other parties in interest on matters unrelated to the Debtors or these Bankruptcy Cases.

12.     The Firm and its lawyers provide a broad range of services to numerous clients. Fishman Haygood represents or has in the past represented, in matters unrelated to the Debtors or these Bankruptcy Cases, clients that are adverse, or could be considered potentially adverse, to creditors of the Debtors and other parties in interest in these Bankruptcy Cases. However, I do not believe that such representations would preclude the Firm's representation of the Trustee on the matters for which it is to be engaged.

### *Disclosures as to Specific Parties in Interest*

13.     Prior to the filing of the Debtors' bankruptcy cases, Fishman Haygood was retained by Fab-con, Inc. ("**Fab-con**") and Secorp Industries ("**Secorp**") in connection with their respective claims against certain of the Debtors. Upon the filing of these bankruptcy cases, Fishman Haygood has continued its representation of Fab-con; it has not represented Secorp in these Bankruptcy Cases. Fab-con asserts LOWLA Liens against several of the Debtors' oil and gas leases and has filed an application for administrative expense claim against the Debtors.

14.     Fishman Haygood has represented Moncla Workover & Drilling ("**Moncla**") and Danos, LLC ("**Danos**"), both of which are creditors in the Chapter 7 Cases. Fishman Haygood's representation of Moncla and Danos has been limited to unrelated matters.

15.     In my judgment, Fishman Haygood's representation of the Trustee as special litigation counsel in the Liberty Mutual Case does not create any adverse interests to the Debtors, the Trustee, or creditors of the Debtors' estates. The services of Fishman Haygood would be beneficial to all unsecured creditors and LOWLA lienholders. To the extent any issues arise

between the Trustee, Fab-con, Secorp, Moncla, or Danos, Fishman Haygood will not represent any party in those disputes.

16.     Fishman Haygood represented the Official Committee of Unsecured Creditors of the Debtors as special litigation counsel; however, that representation terminated upon the conversion of the Debtors' Chapter 11 cases.[6]

17.     Fishman Haygood has previously been retained by the Trustee and currently represents him pursuant to that certain Contingency Fee Contract in a matter separate and apart from Fishman Haygood's engagement now proposed relating to the Liberty Mutual Case and Liberty Mutual Discovery.[7]

18.     Based upon the information available to me, after following the procedures described herein, and as otherwise described herein or in Schedule 2 hereto, I believe Fishman Haygood holds no interest adverse to the Trustee with respect to the matters for which it is to be employed.

## COMPENSATION

19.     Fishman Haygood has agreed to serve as special litigation counsel to the Trustee in the Liberty Mutual Case and receive compensation on an hourly basis, but subject to review and approval by the Bankruptcy Court.

20.     Fishman Haygood's hourly rates for the attorneys who will work on this matter range from $300 to $700 per hour depending on the experience and seniority of its attorneys.

21.     Fishman Haygood will deliver monthly bills to the Trustee, which shall include details of time expended by each timekeeper, the service performed, the date of the service, and the fee for said service.

---

[6] Doc. No. 836.
[7] *See,* Doc. No. 1862.

22.     Fishman Haygood will seek reimbursement, subject to the Court's approval, for all such out-of-pocket expenses incurred by Fishman Haygood on the Trustee's behalf.

23.     Fishman Haygood will apply to this Court for allowance of compensation for professional services rendered and reimbursement of expenses in accordance with Sections 330 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, the Local Rules, any other applicable procedures, and orders of the Court, for all professional services performed and expenses incurred in these Bankruptcy Cases.

24.     Pursuant to Bankruptcy Rule 2016(b), Fishman Haygood has no agreement with any other entity to share any compensation received by Fishman Haygood, except as permitted under section 504(b)(1) of the Bankruptcy Code. Fishman Haygood represents that it has not received any promises as to payment or compensation in connection with these Bankruptcy Cases other than in accordance with the provisions of the Bankruptcy Code and as disclosed herein.

25.     The foregoing constitutes the statement of Fishman Haygood pursuant to sections 327(e), 328(d), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b), and Local Rules 2014-1 and 2016-1.

26.     I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: July 31, 2026

*/s/ Brent Barriere*
Brent Barriere, La. Bar No. 2818
Partner, Fishman Haygood, LLP

**SCHEDULE 1**

## Schedule 1
## Parties in Interest & Creditors

CEXXI, LLC

1572 HOLDINGS LLC

1859 CHEMICAL SOLUTIONS LLC

1995 INCOME PROGRAM LIMITED LIABILITY COMPANY

1995 INCOME PROGRAM LLC

2M OILFIELD GROUP INC

2M OILFIELD GROUP INC.

360 INTERNATIONAL INC

3ES INNOVATION INC

A & E ENGINE AND COMPRESSION INC

A & H ARMATURE WORKS INC

A & H Armature Works, Inc.

A & H ARMATURE WORKS, INC.

A & H Armature Works, Inc.

A J PATROL LLC

A T & T

A WILBERT'S SONS LLC

A&M FOUNDATION

A.J. Patrol LLC.

ABADIE, JEAN J

ABBOTT, CHAD D.

ABR Logistics, LLC

ABR LOGISTICS, LLC

ABRADO INC

ABS QUALITY EVALUATIONS INC

ABS QUALITY EVALUATIONS, INC.

ABSHIRE, COLBY S.

ABSHIRE, DAVID W.

ABSHIRE, HEATH J.

ABSHIRE, JANIE

ABSHIRE, JANIE LYNN STANSBURY

ABSHIRE, JANNIE LYNN STANSBURY

ACADIAN AMBULANCE SERVICE INC D/B/A EXECUTIVE AIR

Acadian Ambulance Service, Inc.

Acadian Ambulance Services Inc D/B/A Executive Air

ACADIAN CONSULTING GROUP

ACADIANA MAINTENANCE SERVICES

ACADIANA VALVE SERVICES & SUPPLY LLC

Accelerant Specialty Insurance Company

ACCELERANT SPECIALTY INSURANCE COMPANY

Access Information Management Corporation

ACCESS INFORMATION MANAGEMENT OF GA, LLC

Access Information Management of Georgia, LLC

Accu-Line Wireline

Accu-Line Wireline Service, LLC

ACCU-LINE WIRELINE SERVICES LLC

Accu-Line Wireline Services, L.L.C. d/b/a Accu-Line Well Services

ACCU-LINE WIRELINE SERVICES, LLC

ACE INVESTMENTS & CONSTRUCTION, LLC

ACE INVESTMENTS LLC

ACME TRUCK LINE INC

ACME TRUCK LINE, INC.

Action Specialties, LLC

Ad Hoc Committee of Statutory Lien Creditors

ADAMS, WILLIAM J.

ADAPT CONCEPTS LLC

Adapt Concepts, L.L.C.

Adapt Concepts, L.L.C.

Adapt Concepts, LLC

ADAPT CONCEPTS, LLC

ADKINS, JR, WARD N.

ADRIATIC MARINE LLC

ADRIENNE A BARNETT TRUST

Advanced Business Copiers

ADVANCED BUSINESS COPIERS LP

ADVANCED ENERGY SERVICES INC

Advanced Energy Services, Inc

ADVANCED ENERGY SERVICES, INC

ADVANCED ENERGY SERVICES, INC.

ADVANCED ENGINEERING & SCIENCES (AES) DIVISION

ADVANCED FIRE & SAFETY LLC

ADVANCED INTEGRATED SERVICES INC

ADVANCED INTEGRATED SERVICES, INC.

ADVANCED MEASUREMENT TECHNOLOGY INC

AEROBOTICS ENERGY GROUP LLC

AFCO

AFTER THE MISSION

AGGREKO LLC

AHMAD, ZAVITSANOS, ANAIPAKOS,

AHSAN, AMIR

AIM OILFIELD SERVICES LLC

AIM Oilfield Services, LLC

AIM OILFIELD SERVICES, LLC

AINSWORTH III, ROBERT A

Air Exchange LLC

AIR MED SERVICES LLC
AIRBORNE SUPPORT INC
AIRGAS INC
AIRONE HELICOPTERS LLC
AIRONE HELICOPTERS, LLC
AIRTAP COMMUNICATIONS LLC
ALABAMA DEPARTMENT OF NATURAL RESOURCES
ALAMO, INC.
ALAN & CHERYL CLEMENS FAMILY TRUST
Albert Alonzo
ALDONSA INC D/B/A OILFIELD INSTRUMENTATION USA
Aldonsa, Inc. d/b/a Oilfield Instrumentation USA
Aldonsa, Inc. d/b/a Oilfield Instrumentation, USA
Aldonsa, Inc. dba Oilfield Instrumentation, USA
ALDONSA, INC. DBA OILFIELD INSTRUMENTATION, USA
ALERT SYSTEMS TECHNOLOGIES LLC
Alethea Caluza
Alicia Barcomb
ALL COAST LLC
All Coast, LLC
All Coast, LLC
All Coast, LLC, Gulfstream Services, Inc., Keystone Chemical LLC, Offshore Liftboats, LLC, Piranha Rentals, LLC, Premier Offshore Catering Inc
All Coast, LLC, Gulfstream Services, Inc., Keystone Chemical LLC, Offshore Liftboats, LLC, Piranha Rentals, LLC, Premier Offshore Catering Inc, Prime Energy Resources, LLC
ALL FABRICATIONS INC.
All Industrial Medical Services
ALL INDUSTRIAL MEDICAL SERVICES, LLC
ALL OUR JUNK LLC
ALL PHASE ELECTRICAL SERVICE INC
ALLAIN-LEBRETON COMPANY
ALLAN, JANIS F
ALLEN, CHRISTOPHER
ALLEN, DANIEL H.
ALLEN, SHAWN M.
Allendorph Specialties, Inc.
ALLIANCE ENERGY SERVICES LLC
ALLIANCE ENERGY SERVICES, LLC
ALLIANCE OFFSHORE LLC
ALLIANCE OILFIELD SERVICES LLC
Allianz Global Corporate & Specialty SE
ALLIANZ GLOBAL CORPORATE & SPECIALTY SE
ALLISON MARINE CONTRACTORS II, LLC
ALLISON MARINE HOLDINGS LLC

ALLOCATION SPECIALISTS, LLC
ALLOCATION SPECIALISTS, LTD.
ALPHA CONTROL SERVICES LLC
ALPHA CONTROL SERVICES, LLC
ALPHA R2 LLC
ALPHONSE, RONALD H.
Alsonsa, Inc. Oilfield Instrumentation, USA
ALSPAUGH, MARK S
ALTEC INC
ALTEC, INC.
Alvarez & Marsal
ALVAREZ & MARSAL NORTH AMERICA, LLC
AM PER ENTERPRISES INC
Amalia, Inc.
AMALIA, INC.
AMALIA, INC., DIANE ZARAK, AND NIKOLA ZARAK
Amarillo National Bank
AMARILLO NATIONAL BANK
Amarillo National Bank as prepetition collateral agent
Amarillo National Bank, DIP Agent
AMERADA HESS CORPORATION
AMERICAN ARBITRATION ASSOCIATION, INC.
AMERICAN CANCER SOCIETY, INC.
American Eagle A Division Of Bennett Motor Express, LLC
AMERICAN EAGLE LOGISTICS DIVISION
AMERICAN EAGLE LOGISTICS LLC
AMERICAN EAGLE LOGISTICS, A DIVISION OF BENNETT MOTOR EXPRESS LLC
AMERICAN EAGLE LOGISTICS, LLC
American Express
AMERICAN EXPRESS
American Express National Bank
AMERICAN FIRE & SAFETY LLC
AMERICAN INNOVATIONS, LTD
AMERICAN MIDSTREAM MARKETING LLC
AMERICAN MIDSTREAM OFFSHORE (SEACREST) LP
AMERICAN NATURAL GAS PROD COMPANY ET AL
AMERICAN PANTHER
American Panther - Mezzanine Processing
AMERICAN PANTHER - MEZZANINE PROCESSING
AMERICAN PANTHER LLC
AMERICAN PANTHER, L.L.C.
American Panther, LLC
AMERICAN PANTHER, LLC
AMERICAN POLLUTION CONTROL CORP

AMERICAN STOCK TRANSFER &

AMERICAN TANK COMPANY INC

AMERICAN TANK COMPANY, INC.

AMOCO PRODUCTION COMPANY

AMOS, ELLIOTT

AMOS, ELLIOTT J.

Amynta

AMYNTA

Ana Castro

ANADARKO PETROLEUM

ANADARKO PETROLEUM CORPORATION

ANADARKO PRODUCTION COMPANY

ANB Bank

ANDERSON, GLEN C.

ANDERSON, JAMES P.

ANDERSON, KENNETH C.

ANDERSON, KENNETH L.

ANDERSON, KIMMEY L.

ANDERSON, RICKY

ANDERSON, THEODORE

ANDERSON, TROY D.

ANDERSON, WILLIAM T.

ANDERSON-PRICHARD OIL CORPORATION

ANDRE, CELESTE FUSELIER

Andrew Jimenez

ANDREW L MAZAL LLC

ANGLO-SUISSE OFFSHORE PARTNERS, LLC

ANGLO-SUISSE OFFSHORE PARTNERS, LTD.

Anglo-Suisse Offshore Pipeline Partners, LLC

ANGLO-SUISSE OFFSHORE PIPELINE PARTNERS, LLC

ANN HARRIS BENNETT - TAX ASSESSOR-COLLECTOR

ANNIE'S LOUISIANA LANDS LLC

ANR PIPELINE COMPANY

ANR PROD COMPANY

ANSLEY, JACOB T.

ANTELOPE OIL TOOL & MFG. CO. LLC

ANTHONY J BERTUCCI CONSTRUCTION INC

ANTOINE, MURPHY

APA CORPORATION

Apache Corporation

APACHE CORPORATION

APACHE GOM PIPELINE INC

Apache Shelf Exploration LLC

APACHE SHELF INC

APACHE DEEPWATER LLC
APEX TECHNOLOGIES INTERNATIONAL LLC
APOLLO ENERGY MANAGEMENT
A-Port LLC
A-PORT LLC
A-Port, LLC
A-PORT, LLC
APPLIED UNDERWRITERS
AQUEOS CORPORATION
AQUEOUS CORPORATION
ARCENEAUX, SHEA K.
Arch Insurance (UK) Limited
ARCH INSURANCE (UK) LIMITED
Arch Insurance Company
ARCH INSURANCE COMPANY
ARCHAMBEAULT, JUDITH L
Archrock Partners Operating LLC
Archrock Partners Operating LLC
Archrock Partners Operating LLC and Archrock Services, L.P.
Archrock Partners Operating, LLC
ARCHROCK PARTNERS OPERATING, LLC
Archrock Partners Operating, LLC and Archrock Services, L.P.
ARCHROCK SERVICES LP
Archrock Services, L.P.
ARCHROCK SERVICES, LP
ARCO OIL AND GAS COMPANY
ARDENT SERVICES LLC
Arena Energy
ARENA ENERGY
ARENA ENERGY GP LLP
ARENA ENERGY LLC
Arena Energy, LLC
ARENA ENERGY, LLC
Arena Energy, LP
ARENA ENERGY, LP
ARENA OFFSHORE GP LLC
ARENA OFFSHORE LLC
ARENA OFFSHORE LP
Arena Offshore, LP
ARENA OFFSHORE, LP
Argonaut Insurance Company
ARGONAUT INSURANCE COMPANY

Argonaut Insurance Company, Berkley Insurance Company, Nationwide Mutual Insurance Company, Travelers Casualty & Surety Company of America, Westchester Fire Insurance Company

ARGYLE RESOURCES, INC.

ARIC MCCUMBER, TRSTEE OF A MCCUMBER TRUST

ARKOS FIELD SERVICES LP

ARLENE & JOSEPH MERAUX CHARITABLE FOUNDATION

ARMSTEAD, FRANK A.

ARROWHEAD GULF COAST P/L LLC

ARROWHEAD LOUISIANA PIPELINE LLC

ARROWHEAD OFFSHORE P/L, LLC

ART CATERING INC

ARTIGUES CONSTRUCTION CO., INC.

ASCENSION SEARCH PARTNERS

ASHBY, FRANK

ASHLAND OIL INC

ASHTEAD TECHONOLOGY OFFSHORE INC

ASMALLWORLD AG

Aspen American Insurance Company

ASPEN AMERICAN INSURANCE COMPANY

Aspen Specialty Insurance Company

ASPEN SPECIALTY INSURANCE COMPANY

ASRC ENERGY SERVICES OMEGA LLC

ASSUMPTION PARISH SCHOOL BOARD

Assumption Parish Sheriff's Office

ASSUMPTION PARISH SHERIFF'S OFFICE

AT&T

AT&T

AT&T Mobility

AT&T MOBILITY

AT&T MOBILITY, LLC

ATCHAFALAYA BASIN LEVEE DISTRICT

ATCHAFALAYA MEASUREMENT INC

ATCHAFALAYA MEASUREMENT, INC.

Atina Maritime

Atina Maritime Limited

Atina Maritime Limited

ATKINS, L. M.

ATLANTIC RICHFIELD COMPANY

ATLANTIS DEEPWATER PROD CO

ATN SIGNALS INC

ATP OIL & GAS CORPORATION

Attorneys for W&T Offshore, Inc., W&T Energy VI, LLC and their affiliates and subsidiaries

AUDOBON TERRACE ADVISORS

AURORA EXPLORATION LLC
AUTOCOMM COMMUNICATIONS
AUTOMATIC POWER INC
AVARA, CHAD A.
AVERETT, JOEL E.
AVERITT, ELIZABETH GRATTAN
AVERY, JACK E.
AVONDALE SHIPYARDS, INC.
AXA XL – Professional Insurance
AXA XL - PROFESSIONAL INSURANCE
Axip Energy Services, LP
AXIP ENERGY SERVICES, LP
AXIP ENERGY SERVICES, LP (F/K/A VALERUS COMPRESSION SERVICES, LP)
AXIS COMPRESSOR SERVICES LLC
AXIS COMPRESSOR SERVICES, LLC
Axis Newco LLC
AXIS NEWCO LLC
Axis Newco, LLC
Axis Newco, LLC
AXIS OILFIELD RENTALS, LLC
AXXIS DRILLING INC
B & J MARTIN, INC.
B T OPERATING CO
B&J MARTIN INC
B.A.I. NAPA
BACKUP TECHNOLOGY, LLC
BADGER OIL CORPORATION
BADON, JOSHUA E.
BAILEY VINCENT DORAN TRUST
BAILEY, ANN
BAILEY, JANE C
BAILEY-MAGEE INVESTMENTS LLC
BAKER ATTORNEY, STEPHEN D.
BAKER BOTTS L.L.P.
BAKER HUGHES
BAKER HUGHES OILFIELD OPERATIONS INC AND BAKER PETROLITE CORPORATIONN C/O BAKER
HUGHES INCORPORATED
Baker Hughes Oilfield Operations, LLC
BAKER HUGHES OILFIELD OPERATIONS, LLC
BAKER, DONELSON, BEARMAN,
BALDO, JARED
Baldo, Jared
BANK OF MONTREAL, AS ADMINISTRATIVE AGENT
Bankruptcy Department State Virginia Attorney

BAOU LONG LLC

BARATARIA-TERREBONNE ESTUARY FOUNDATION

BARNES, MARIBETH LEE GAMBLE

BARNETT, JOHN BRADFORD

BARRETT, LINDA G.

BARRON, ALLEN C.

BARRY GRAHAM OIL SERVICE

Barry Graham Oil Service, L.L.C.

Barry Graham Oil Service, LLC

Barry Graham Oil Service, LLC

Barry Graham Oil Services LLC

BARTELS, PATRICK

BARTHELEMY, ERNIE P.

BARZARE, KEVIN M.

BASIN EXPLORATION LLC

BASIN INVESTMENT LLC

BASS, DIANE B WHITNEY

BATEMAN, MARY L.

BAXTER, BETTY S

BAXTER, MICHAEL T

BAXTER, STEPHEN C

BAYOU MARINE CONTRUCTION LLC

BAYOU MARINE ELECTRONICS, INC.

BAYOU PROJECT SERVICES

BAYSHORE MARINE SURVEYORS

BAYWATER DRILLING LLC

BAYWATER PIPELINE SERVICES, LLC

BAZOR, TIMOTHY W.

BCMO, L.L.C.

BDO USA, LLP

BEALL, FREDERICK W.

BEAR ENERGY SERVICES LLC

BEAR ENERGY SERVICES, LLC

BEARDAIN, WES D.

BEAVERS SPECIALTY INC

BEAVERS SPECIALTY, INC.

BEC Trust

BECHTEL ENERGY PARTNERS LTD

BECHTEL ENERGY PARTNERS, LTD

BECKER, DARRIN J.

BECKHAM HOLDINGS TRUST

BECKWITH, TAMMY L.

BECNEL RENTAL TOOLS LLC

BECNEL RENTAL TOOLS, LLC

Becnel, Jack
BECNEL, JACK
BEDROCK PETROLEUM CONSULTANTS LLC
BEERMAN PRECISION, INC
BEIFUS, MICHAEL
BELCHER, JOHN S.
BELL PROPERTIES LLC
BELL, DAVID
BELL, HARRIET PAULINE
BELL, JR, WILSON M
BELL, TYWAN T.
BELLANGER, ARNOLD P.
BELLELO, NATHAN J.
BELTON LAW FIRM
BELZONA HOUSTON, INC.
BELZONA OFFSHORE LLC
Ben Marchive II
BEN NETHERLAND
BENEDETTO JR, L L
BENEDETTO, ELLEN F.
BENJAMIN F. KITCHEN III ESTATE
BENNETT MOTOR EXPRESS, LLC
BENNETT, MARTIN R.
Benoit Premium Threading, LLC
BENOIT PREMIUM THREADING, LLC
BENOIT, GEORGE P.
BENSON, DAVID L.
BENTLEY, BRIAN W.
BERG' SERVICES, LLC
BERGERON, BLAKE A.
BERGERON, TAMMY S
Berkley Insurance Company
BERKLEY INSURANCE COMPANY
BERLY, ROBERT M.
BERRY BROS GENERAL CONTRACTING INC
Bertoch, David
BERTONIERE, SUSAN B.
BERTRAND, JOSHUA P.
Besiktas Likid Tasimacilik Denizcilik Ticaret A.S.
Besiktas Likid Tasimacilik Denizcilik Ticaret A.S.
Besiktas Ship Management
BETTY HODGES MITCHELL LLC
BEUERMAN MILLER FITZGERALD, INC.
BEXAR ENERGY HOLDINGS

BHCH Mineral, LTD
BHST LLC
BICO DRILLING TOOLS
BICO DRILLING TOOLS, INC.
Big Joe Landing
BIG JOE LANDING
BILBO, BILLY B.
BILLEAUD, BRYAN R.
BILLICH, IVO
BILLIOT, EXZILDIA MONDOR
Billiot, Farren
BILLIOT, FARREN
BILOXI MARSH LANDS CORP
BISHOP, ELIZA
Bizstor, LLC
BLACK BEAR PAC INC.
BLACK ELK ENERGY OFFSHORE OPERATIONS LLC
BLACK GOLD SERVICES
BLACK MARLIN P/L COMPANY
BLACK STONE MINERALS COMPANY LP
Blackcomb Energy, LLC
BLACKFORD, CHRISTOPHER J.
BLACKHAWK OILFIELD SERVICES LLC
BLACKHAWK SPECIALTY TOOLS, LLC
BLACKSTREAM CALEDONIAN ROYALTY PARTNERS I,LLC
BLACKWATER DIVING LLC
BLAKE INTERNATIONAL RIGS LLC
BLAKE INTERNATIONAL RIGS, LLC
BLAKE OFFSHORE, LLC
Blanc, Allen Le
BLANCHARD CONTRACTORS INC
BLANCHARD INDUSTRIAL, LLC
BLANCHARD, DALE J.
BLANCHARD, DEAN J.
BLANCHARD, LUCAS J.
BLANCHET, ELLIOT J.
BLOOMBERG FINANCE, LP
BLUE CHARM LLC
BLUE FIN SERVICES LLC
BLUE FIN SERVICES, LLC
Bluecross Blueshield Of Texas
BLUECROSS BLUESHIELD OF TEXAS
BLUEWATER RUBBER & GASKET CO.
BLUIETT, DEANDRIA D.

BOARD OF ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND
BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND A&M COLLEGE
BODIN, SUSAN GUILLOTTE
BOETTCHER, CHARLES F
BOGGAN, DARREN ANN
BOIS D'ARC EXPLORATION LLC, ET AL
BOLGER, LORA
BOLING, ROBERT W.
BOLLINGER ENTERPRISES, LLC
BONNEAU, JAMES C.
BONNETTE, STONEY N.
BOOKSH II, JOHN D
BOOKSH, JR, JAMES H
BOOKSH, ROBERT W
BORDELON MARINE LIENS
Bordelon Marine, LLC
BORDELON MARINE, LLC
BORDELON, BRYAN S.
Bordelon, Bryan Scott
BORDELON, IRION J.
BOSARGE DIVING INC
BOSARGE DIVING INC.
BOUCHARD COASTWISE MANAGEMENT CORP
BOUDREAUX JR, JERRY J
BOUDREAUX, BLAKE E.
BOUDREAUX, GLENN D
BOUDREAUX, GLENN DAVID
BOUDREAUX, GREGORY
BOURG, JACK JAMES
BOURGEOIS JR, RONALD J
BOURGEOIS MEDICAL CLINIC LLC
BOURGEOIS, ADAM M.
BOURGEOIS, BLAINE G.
BOURGEOIS, GWYN GUILLOTTE
BOURGEOIS, RICHARD J
BOURGEOIS, TRUDY P
BOURQUE JR, COURTNEY J.
BOURQUE, COURTNEY J.
BOUY, BRANT J.
BOX ENERGY CORPORATION
BOYD, GARY S.
BOYD, LAWRENCE V.
BOYD, WILLIAM B.
BP

BP AMERICA PRODUCTION COMPANY

BP AMOCO

BP Energy Company

BP ENERGY COMPANY

BP Energy Company and BP Products North America Inc.

BP ENERGY COMPANY, AS ACCOUNT AGENT

BP EXPLORATION

BP EXPLORATION & OIL INC

BP EXPLORATION & PRODUCTION

BP EXPLORATION & PRODUCTION INC

BP EXPLORATION INC

BP PIPELINE

BP PRODUCTS NORTH AMERICA INC

BP PRODUCTS NORTH AMERICA INC.

BP Products North America, Inc.

BRABHAM, JOSHUA A.

BRABHAM, MATTHEW G.

Brad E. Cox

BRAD MICHAEL MOORE FIRST FINANCIAL TRST &

BRAMMER ENGINEERING INC

BRAND INDUSTRIAL SERVICES INC

BRANDSAFWAY, LLC

BRANDSTETTER, MICHAEL E.

BRASHIER, AUSTIN D.

BRATTON, JOSEPH W.

BREAUX PETROLEUM PRODUCTS INC

BREAUX, MARIA G

BREAUX-KELLER MINERALS LLC

BRENNER, CHARLES P.

BRETON RESOURCES COMPANY

Breton Sound Holdings II, LLC

Breton Sound Holdings, LLC

BRI 1850 Houston OCC, LLC

BRI 1850 HOUSTON OCC, LLC

Brian Henault

Brian, Rachel Earles

BRIEN, SCOTTIE

BRIGHT, REBECCA L.

BRISTOW U.S. LLC

Bristow US, LLC

BRISTOW US, LLC

BRISTOW USLLC

BRITTON, CHAD J.

Broadwall Management Corp

BROADWALL MANAGEMENT CORP AS MANAGING AGENT FOR LAKEWAY ASSOCIATES LLC AND LAKEWAY ASSOCIATES II LLC

BROADWALL MANAGEMENT CORP.

BROADWALL MANAGEMENT CORP. AS AGENT FOR

Broadwall Management Corp. as managing agent for Lakeway Associates LLC & Lakeway Associates 11 LLC

BROCK, IRA S.

BROUSSARD BROTHERS INC

Broussard Brothers, Inc.

BROUSSARD BROTHERS, INC.

BROUSSARD, CHET P.

BROUSSARD, CHRISTOPHER J.

BROUSSARD, CODY J.

BROUSSARD, KARL

BROUSSARD, SCOTTY J.

Broussard, Toby

BROUSSARD, TOBY

BROWN III, EDMUND G.

BROWN NELKEN, ADELE

BROWN, JAMES EWING

BROWN, JAMES W.

BROWN, LAWRENCE E.

BROWN, LEE L.

BROWN, ROBERT J.

BROWN, ROGER L.

BROWN, RONALD L.

BROWN, TAYLOR

BROWNLEE, GEORGE K.

BRUDNER, JONATHAN G.

BRUSKOTTER CONSULTING SERVICES LLC

BRYANT ENTERPRISES

BRYANT, ADRIAN G.

BSREP II HOUSTON OFFICE 1HC OWNER LLC

BSREP II Houston Office 1HC Owner, LLC

BSREP II Houston Office 1HC Owner, LLC

BTA OIL PRODUCERS LLC

BUCK UP ENERGY SERVICES

BUCK, ALFRED H

BUCK, BEATRICE N

BUCK, BESSIE E

BUCK, ELEANOR O

BUCK, HARRY H

BUCK, HOWARD H

BUCK, HOWARD I

BUCK, JULIA MAE
BUCK, PETER B
BUCK, VIOLET R
BUCKLE, EDWARD J.
BULLROAR TELECOM LTD
BULLROAR TELECOM, LTD
BUMP, JANET S
BUNCH, GEORGE ELLIS
BUNCH, MARY LOUISE TAYLOR ELLIS
BUNDRICK, BETHIA B
BUREAU OF LAND MANAGEMENT (BLM)
BUREAU OF LAND MANAGEMENT US DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT, US DEPARTMENT OF THE INTERIOR
Bureau of Ocean Energy Management
BUREAU OF OCEAN ENERGY MANAGEMENT
BUREAU OF OCEAN ENERGY MANAGEMENT (BOEM)
BUREAU OF OCEAN ENERGY MANAGEMENT US DEPARTMENT OF THE INTERIOR
BUREAU OF OCEAN ENERGY MANAGEMENT, US DEPARTMENT OF THE INTERIOR
Bureau of Safety and Environmental Enforcement
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT (BSEE)
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT US DEPARTMENT OF THE INTERIOR
BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT, US DEPARTMENT OF THE INTERIOR
Burford Capital
BURK, SALLY DEAN
BURK, SALLY ELIZABETH
BURK, WILLIAM G
BURLINGTON RESOURCES OFFSHORE, INC.
Burner Fire Control
BURNER FIRE CONTROL INC
Burner Fire Control Inc.
BURNER FIRE CONTROL INC.
Burner Fire Control, Inc.
Burner Fire Control, Inc.
BURROW, NANCY W
BURSON, L F
BURTON LAWTON, WILLIAM
BURTON, WM T
BUSBY, JAMES H.
BUSCO, JEFFREY M.
BUSINESS RADIO LICENSING
BUSTER, WALTER ALAN
BYRD JR, JOHN W
BYRD, JEANOTTE BUCK

BYRD, JOHN W
BYRD, JR., JOHN W.
BYRD, VERNON
C & D WIRELINE, LLC
C E SCHWING LLC
C&D PRODUCTION SPECIALIST CO INC D/B/A CROSBY ENERGY SERVICES
C&G TRANSPORT
C.T. TRAINA, INC.
CABOT CORPORATION
CABOT OIL & GAS CORPORATION
CABOT OIL CORPORATION
CACTUS HYDRO III LTD PARTNERSHIP
CACTUS WELLHEAD LLC
Cactus Wellhead, LLC
CACTUS WELLHEAD, LLC
CAD CONTROL SYSTEM INC
CAD INVESTMENT GROUP LLC D/B/A CAD COATING & CAD CHEMICALS D/B/A KMH SPRAY FOAM
INDUSTRIES LLC
Caddo Parish, Clerk of Court
CADDO PARISH, CLERK OF COURT
CAFFERY, DONELSON
CAFFERY, INDIVIDUALLY AND ON BEHALF OF OTHERS, TAYLOR
CAFFERY, TAYLOR
CAFFERY, TAYLOR L
CAHANIN JR, ROBERT A
CAHANIN, CHENETTE PETERSON
CAJUN CONSULTING & INSPECTION INC
CAJUN CONSULTING & INSPECTION, INC.
CALIFORNIA OIL COMPANY
CALIFORNIA OIL COMPANY ACTING THROUGH ITS DIVISION THE CALIFORNIA COMPANY
CALLENDER, VICKI L
CALVETTI FERGUSON
CAMERON INTERNATIONAL HOLDING CORP
Cameron Parish Tax Collector
CAMERON PARISH TAX COLLECTOR
Cameron Parish, Clerk of Court
CAMERON PARISH, CLERK OF COURT
CAMERON, DAVID T
CAMPBELL MCCORMICK, KAREN
CAMPBELL, COURTNEY
CAMPBELL, DONELSON CAFFERY
CANADIAN OCCIDENTAL OF CALIFORNIA INC
CANTIUM
CANTIUM LLC

Cantium, LLC
CANTU, ELIZABETH
CAPITOL CORPORATE SERVICES, INC.
CAPPS, SANDRA E.
CARBINE MCCULLAR, BONNIE
Carbine, Elizabeth McAshan
CARBINE, J. MICHAEL
CARDEN OIL & GAS, INC.
Cardinal Coil Tubing, LLC
Cardinal Coil Tubing, LLC
Cardinal Coil Tubing, LLC and Cardinal Slickline, LLC
CARDINAL SERVICES LLC
Cardinal Slick Line, LLC
Cardinal Slickline, LLC
Cardinal Slickline, LLC
CARL W KUHNEN JR AND LINDA F KUHNEN
CARLISLE ENERGY GROUP INC
CARLISLE ENERGY GROUP, INC.
CARMADELLE, NATHAN
CAROL-HOLLY OIL CORPORATION
CAROLINE F BAKER TRUST NO 1
CAROLYN WILSON PAYNE AGENCY
CARPENTER, D W
CARR, ANDREW
CARRIZALES, CORNELIO
CARROLL, PAMELA M.
CARROLL, RICKY
CASAGRANDE, MARY LOU F
CASCADDEN, KARINA ADAMS
CASE-POMEROY OIL CORPORATION
Casey Roy
CASHCO OIL COMPANY ET AL
CASSO, DAVID E.
CASTEX ENERGY 1995 LP
CASTEX ENERGY INC
CASTEX ENERGY PARTNERS LP
CASTEX ENERGY, INC
CASTEX OFFSHORE INC
CASTEX OFFSHORE, INC
CASTLEKEEP DEVELOPMENT LLC
CASTON, VIVIAN N.D.
CATAPULT EXPLORATION LLC
CATHEART-ATP
CATON GILL, ANN

CATON, CARL R

CAVETT, RANDALL W.

CCE ENERGY I, LLC

C-DIVE LLC

C-Dive, L.L.C.

C-Dive, L.L.C.

C-DIVE, LLC

CE OIL TOOL & SUPPLY INC

CENAC TOWING CO INC

CENTER HILL I LP

CENTRAL BOAT RENTALS INC

CENTRAL GULF TOWING LLC

CENTRAL MARITIME, LLC

CENTURY EXPLORATION COMPANY ET AL

CenturyLink Communications, LLC ( f/k/a Qwest Communications Company, LLC)

Certain Underwriters at Lloyds' London dba Osprey Underwriting Agency, Ltd

CERTEX USA INC

CETCO ENERGY SERVICES COMPANY LLC

CETCO OILFIELD SERVICES COMPANY

CEXXI, LLC

CF & S TANK AND EQUIPMENT CO

CF&S TANK & EQUIPMENT CO.

CFS LOUISIANA MIDSTREAM COMPANY

CGA SERVICES, LLC

CGG SERVICES (U.S.) INC.

CHAISSON, CHAD C.

CHAKALIS, JOHN

CHALLENGER MINERALS, INC.

CHALMERS COLLINS & ALWELL INC

CHALMERS, CODY I.

CHALMERS, COLLINS & ALWELL, INC.

Chalmers, Collins, & Alwell

Chalmers, Collins, Alwell, Inc.

CHALSTROM, HARRY PIERSON

CHALSTROM, JR, HORACE B

CHALSTROM, SANDRA C

CHAMBERS, KENON N.

CHAMBERS, RALPH L.

CHAMBLEY, JACOB L.

CHANDLER, ROGER

CHANTREY, LAURENCE C.

CHAPMAN, MARION C.

CHARGER ELECTRICAL SERVICES LLC

Charles Hackler, Sr.

CHARNVEJA, PAT S

CHASE, ELIZABETH P

CHASEN BROWN, TRSTEE CF BROWN REVOCABLE TRUST

CHASSANIOL, LESLIE

CHATEAU BLANCHE, LLC

CHAUVIN, MYRTLE MONDOR

CHAVARRIA, CHRISTOPHER

CHAVEZ, SHANNON A.

CHECKR, INC.

CHEMSTATION INTERNATIONAL INC

CHEROKEE MINERALS LP

Chet Morrison Contractors

CHET MORRISON CONTRACTORS LLC

Chet Morrison Contractors, LLC

Chet Morrison Contractors, LLC

Chevron

CHEVRON

Chevron / Union Bank

CHEVRON / UNION BANK

CHEVRON CORP.

CHEVRON CORPORATION

CHEVRON ENVIRONMENTAL MANAGEMENT COMPNAY

CHEVRON MIDCONTINENT LP

CHEVRON MIDSTREAM P/LS, LLC

CHEVRON NATURAL GAS, A DIVISION OF CHEVRON USA INC

CHEVRON NORTH AMERICA EXPLORATION & PRODUCTION COMPANY

CHEVRON OIL COMPANY

CHEVRON P/L COMPANY

Chevron Pipe Line Company

Chevron Pipe Line Company

CHEVRON PIPELINE COMPANY

CHEVRON PRODUCTS COMPANY

Chevron U.S.A. Inc.

CHEVRON U.S.A. INC.

CHEVRON U.S.A. INC. / UNION OIL COMPANY OF CALIFORNIA

CHEVRON U.S.A. INC.; UNION OIL COMPANY OF CALIFORNIA; NOBLE ENERGY, INC.; CHEVRON PIPE LINE COMPANY; AND THEIR RESPECTIVE AFFILIATES

CHEVRON U.S.A. INC.; UNION OIL COMPANY OF CALIFORNIA; NOBLE ENERGY, INC.; CHEVRON PIPE LINE COMPANY; UNOCAL PIEPLINE COMPANY AND THEIR RESPECTIVE AFFILIATES

CHEVRON U.S.A., INC.

CHEVRON USA INC

CHEVRON USA INC. AND UNION OIL

Chevron USA, Inc., et al. Arbitration

CHEVRON USA, INC., ET AL. ARBITRATION

CHEVRONTEXACO
CHEVRONTEXACO NATURAL GAS
CHIASSON, JEFFERY T.
CHIASSON, MICHAEL S.
CHIEFTAIN INTERNATIONAL INC
CHILDRESS, JON PHILIP
CHILDRESS, WILLIAM STEPHEN
CHILDS HAWE, GEORGENE
CHOCTAW RESOURCES LLC
CHOICE EXPLORATION INC
CHRISTENBERRY SR., ROBERT G
CHRISTENBERRY, JOHN E
Christopher Chavarria
Christopher M. Lopez
Christopher R. Travis
Christy Simmons
Chubb
CHUBB
CHUBB SURETY
CHURCH OF THE HOLY COMMUNION
CIECO ENERGY VENTURES LLC
CIG EXPLORATION INC
CIMA ENERGY
CIMA ENERGY LP
CIMA ENERGY LP, AS AGENT FOR COX OIL OFFSHORE LLC
CIMA ENERGY LTD
Cima Energy, LP
CIMA ENERGY, LP
Cindy Lirette Tabor
CINDY LIRETTE TABOR
Ciner Ship Management
Ciner Ship Management
C-INNOVATION LLC
C-INNOVATION, LLC
CINTAS CORPORATION
CITIES SERVICE OIL COMPANY
CITIES SERVICE PRODUCTION COMPANY
CITRIX SYSTEMS, INC.
CITY BLUEPRINT & SUPPLY CO.
CITY CENTRAL COURIER, INC.
CITY OF BATON ROUGE PARISH OF EAST BATON LOUISIANA
City of New Orleans
CITY OF NEW ORLEANS
C-K ASSOCIATES, LLC

CKB PETROLEUM INC

CL&F RESOURCES

CL&F RESOURCES LP

CLACK, GARY D

Claim docketed in error

Clarissa Waxton

CLARK JR, ALLEN V

CLARK JR., LESTER E

Clark, Jimmy

CLARK, JIMMY

CLARK, JIMMY D.

CLARK, MITCHEL L.

CLARK, RUTH ELIZABETH BEL

CLAYMORE OIL & GAS L P

CLEAN GULF ASSOCIATES INC

CLEAN GULF ASSOCIATES SERVICES LLC

CLEAN GULF ASSOCIATES, INC.

CLEARFLOW SOLUTIONS, LLC

CLEGGCO LLC

CLEMENT FIRE & SAFETY CO., INC.

CLEMENT JR., DON

CLICK, TIMOTHY M.

CLIFFORD, MAUREEN R.

CLK COMPANY LLC ET AL

CLS Development LLC

CLS DEVELOPMENT LLC

CMP VIVA LP

CMS GULF COAST FIELD SERVICES, LLC

CNG PRODUCING COMPANY

CNK, LLC

CNOOC PETROLEUM

CNR ENERGY, LLC

COASTAL CHEMICAL CO LLC

COASTAL CONCRETE PRODUCTS LLC

COASTAL MINERALS FINANCING LP

COASTAL OIL & GAS CORPORATION

COASTAL PIPE OF LA INC

COASTAL PLATING COMPANY

COASTLINE PRODUCTION SERVICES INC

Cochran & Company

COCHRAN & COMPANY

COCKE, FIELDING L

COCKRELL OIL AND GAS LP

COCKRELL OIL CORPORATION

CODORNIZ INTERESTS, LLC

CODY ENERGY LLC

Cogent Communications, Inc.

COGENT COMMUNICATIONS, INC.

COHN, ADAM

COHN, H MILES

COLEMAN, JOSEPH M.

COLLARINI ENGINEERING INC D/B/A COLLARINI ASSOCIATES

COLLIN CANTRELL DBA GOAT PROMOTIONS LLC

COLLINS, MICHAEL J.

COLUMBIA GULF TRANSMISSION COMPANY

COLUMBIA GULF TRANSMISSION LLC

COLUMBIA GULF TRANSMISSION, LLC

COLUMBINE II LTD PARTNERSHIP

COMET CONSTRUCTION CO, INC

COMM ENGINEERING

COMMODITY PARTNERS, LLC

COMMUNITY COFFEE COMPANY, LLC

COMPLIANCE TECHNOLOGY GROUP LLC

COMSTOCK OFFSHORE, LLC

CONES, THOMAS P

CONGRESSIONAL LEADERSHIP FUND

CONNECTICUT DEPARTMENT OF LABOR

CONNER, ANNE S GARWOOD

CONNOR, CAROL PRICE

CONOCO INC

CONOCO, INC.

CONOCOPHILLIPS COMPANY

CONOVER II, WILLIAM V

CONTANGO OPERATORS INC

CONTINENTAL LAND & FUR CO., INC

CONTINENTAL OIL COMPANY

CONTINENTAL OIL COMPANY, ET AL

CONTROLWORX LLC

CONTROLWORX, LLC

Convergint - Alexandria

Coo/FCX

COO/FCX

COOK JONTE, BARBARA

COOK, DELBERT

COOK, DELBERT W.

COOK, JANE P

COOK, JOHN P

COOK, JOSHUA L.

COOK, JR, AS AGENT AND ATTORNEY, WENDELL H

COOK, JR, WENDELL H

COOK, PETER

COOK, RICHARD

COOK, WILLIAM P.

COOLEY, LADARIUS D.

COONS, BERNARD R.

COPE, DIANA P

COPE, JOHN DAVID

Corbett & Schreck, P.C.

CORBETT & SCHRECK, P.C.

CORBIN, LARRY

CORDEN, JEREMY C.

CORE LABORATORIES LP

CORE MINERALOGY INC

Corenergy

CORENERGY

CORMIER, LENNIS D.

CORRIDOR INFRATRUST MANAGEMENT, LLC

CORTEC, LLC.

COTTEN PROPERTIES LLC

COTTON LAND CORPORATION

Couhig Partners

COUHIG PARTNERS, L.L.C

Couhig Partners, LLC

Counsel to Cardinal Coil Tubing, LLC

Counsel to Cardinal Slickline, LLC

Counsel to Dynasty Energy Services, LLC

Counsel to LLOG Exploration Offshore, L.L.C.

Counsel to Precision Crane & Hydraulics, LLC

Counsel to Truist Insurance Holdings

COURTRIGHT III, CLYDE R.

COURVELLE, LEE

COURVILLE, JOHN

COURVILLE, KELLY J.

COUVILLION GROUP LLC

Cox Business Services LLC

COX BUSINESS SERVICES LLC

COX COMMUNICATIONS

Cox Gathering LLC

COX GATHERING, LLC

Cox Interests LLC

COX INTERESTS LLC

Cox Investment Partners LP

Cox Investment Partners, LP
COX INVESTMENT PARTNERS, LP
Cox Management Dallas LLC
COX MANAGEMENT DALLAS LLC
COX OIL
Cox Oil & Gas LLC
Cox Oil & Gas LLC
Cox Oil & Gas, LLC
Cox Oil GOM LLC
COX OIL GOM LLC
Cox Oil LLC
COX OIL LLC
Cox Oil LLC
Cox Oil Offshore, L.L.C
COX OIL OFFSHORE, L.L.C
COX OIL OFFSHORE, L.L.C.
COX OIL, LLC
COX OPERATING L.L.C.
Cox Operating, L.L.C.
COX OPERATING, L.L.C.
Cox, Brad
COX, BRAD E.
Cox, Bradley E.
COX, JEROME L.
CRA International, Inc.
CRAFT, ELSIE M
Craig Sanders
CRAIG SHADDOCK JONES, MARY
CRAIN LANDS LLC
Crain Lands, LLC
CRAIN, ALAN R.
CRAIN, DAVIS HENLEY
Crain, Marianne N
Cranford Equipment Company, Inc.
CRANFORD MCDERMOTT, VERA
CREDEUR, CLINT P
CREDITOR UNITED STATES FIRE INSURANCE COMPANY
CRENSHAW, RANDALL P
CRESCENT DRILLING & DEVELOPMENT INC.
CRESCENT DRILLING & PRODUCTION INC
CRESCENT GIGS, LLC
Crescent Gigs, LLC
CRESCENT GIGS, LLC, Crescent Midstream, LLC
CRESCENT MIDSTREAM LLC

CRESCENT MIDSTREAM LLC F/K/A CRIMSON GULF LLC
Crescent Midstream, LLC
Crescent Midstream, LLC
CRESCENT MIDSTREAM, LLC & CRESCENT GIGS, LLC
CREVALLE MANAGEMENT SERVICES LLC
CREWS, MAZIE LANDERS
CRIMSON GULF LLC
CROCHET, JOSHUA P.
CROCKETT, ROBERT L.
CROMARTIE, JOEL B.
CROSBY ENERGY SERVICES
Crosby Energy Services, Inc
Crosby Energy Services, Inc.
Crosby Energy Services, Inc.
Crosby Energy, Inc.
Crosby Independent School District
Crosby Independent School District
CROSBY TUGS LLC
CROSBY TUGS, LLC.
CROSSTEX PELICAN LLC
CROSSTEX PROCESSING SVCS LLC
CROWN EXTERMINATING INC
CROWN EXTERMINATING, INC.
CRUISE, AMANDA
CS DISCO, INC.
CSA OCEAN SCIENCES INC
CSALANY, GEORGE A.
CT CORPORATION SYSTEM
Cullen and Dykman LLP
CULLEN AND DYKMAN LLP
CULTER, LINDA PETERSON
CULVER, GARRETT P.
CUMMINGS ROYALTY ACQUISITION
CUMMINGS, CAROL ANNE
CUNNINGHAM, CANDACE S
CUNNINGHAM, TOBY J.
CUROCOM ENERGY LLC
CURRAN, CAROL C.
CURRY, EDWIN WILLIAM
CURRY, ERIN LINN
CURVATURE, LLC
CUTHBERT REVOCABLE LIVING TRUST
CUTHBERT, MARY ELIZABETH PATTERSON
CUTHBERT, VAL SANFORD

CUTLER, LINDA PETERSON
CUTRONE, JACLYN E DRACKETT
CUTURA, CHRISTOPHER J.
CW Facilities, LLC
CXY ENERGY OFFSHORE INC
CYPREMORT TECHE
CYPRESS BRAKE PRODUCTION LLC
CYPRESS GAS MARKETING COMPANY
CYPRESS MILL PROPERTIES LLC
CYPRESS PIPELINE AND PROCESS SERVICES LLC
CYPRESS POINT FRESH MARKET LLC
Cypress Point Marine
CYPRESS POINT MARINE
Cypress-Fairbanks ISD
Cypress-Fairbanks ISD
D C GOFF TRUSTEE
D S & T - SL, LLC
D&L SALVAGE LLC
D. N. FRYE ROYALTIES, LP
D/B Hedron
D/B HEDRON
DAGEN PERSONNEL, LLC
DAGGETT, MICHAEL W.
DAI ENGINEERING MANAGEMENT GROUP INC
DAI ENGINEERING MANAGEMENT GROUP, INC.
DAIGLE, STEWART W.
DALE MARTIN OFFSHORE LLC
Dallas Estate Management LLC
Dallas Estate Management LLC
DANIEL, CHRISTOPHER J
DANIEL, S M
DANIELS, JACOB W.
DANOS
DANOS & CUROLE MARINE CONTRACTORS LLC
Danos LLC
DANOS LLC
DANOS, DAVID M.
Danos, L.L.C.
Danos, L.L.C.
Danos, LLC
DANOS, LLC
Danos, Rocky
DANOS, ROCKY
DANTIN, HARRY A.

DARBY, BRANDON R.

DARDAR, LANNY J.

DARROUGH, MARK J.

DART JR INDIVIDUALLY AND ON BEHALF OF OTHERS, JOHN

DART JR, BENJAMIN W

DART JR, HENRY P

DART, CLARABEL C

DART, JOHN

DART, JR, BENJAMIN V

DART, JR, HENRY P

DART, STEPHEN P

DARTEZ, MICHAH L.

DartPoints Operating Company, LLC

DATA LOGIC SVCS CORP., AN IHS COMPANY

DATA TECHNOLOGY SOLUTIONS LC

Datasite LLC

Datasite LLC

DAUPHIN ISLAND GATHERING

Dauphin Island Gathering Partners

DAUPHIN ISLAND GATHERING PARTNERS

Dauphin Island Gathering Partners & DCP Mobile Bay Processing, LLC

Dauphin Island Gathering Partners and DCP Mobile Bay Processing, LLC

DAVENPORT, ERNEST A.

DAVID C BINTLIFF & CO INC

David J. Messina

David R. Jones

DAVID RUTLEDGE, LLC

DAVID S THOMAS AND SARAH L THOMAS

DAVID S THOMAS AND SARAH LUKE THOMAS TRUSTEE REVOCABLE TRUST

DAVID S. STARE, LLC

DAVIS, BRUCE

DAVIS, DUSTY J.

DAVIS, MALCOLM

DAVIS, RICHARD G.

DAVIS, W S

DAWSON, LAWRENCE E.

DC INTERNATIONAL INC

DC JR PARTNERSHIP

DCP

DCP Midstream

DCP MIDSTREAM

DCP MOBILE BAY PROCESSING LLC

DCP Mobile Bay Processing, LLC

DCP MOBILE BAY PROCESSING, LLC

DE HAVEN LOVETT, DOROTHY

DE LA HOUSSAYE, JOSLYN ANDERSON

Deacon Investments LLC

Deacon Investments LLC

DECISIVE HR ASSOC

DEEP SOUTH CHEMICAL INC

DEEP SOUTH CHEMICAL, INC.

DEEP SOUTH OILFIELD CONSTRUCTION LLC

DEGOLYER AND MACNAUGHTON CORP.

DEL PINO, BRENT J.

Delaware EPL of Texas, LLC

Delaware Office of Unclaimed Property

DELAWARE OFFICE OF UNCLAIMED PROPERTY

Delaware Secretary of State

DELAWARE SECRETARY OF STATE

DELCAMBRE, MARSHAL L.

DELIGANS VALVES INC

Delta Dental Insurance Company

DELTA DENTAL INSURANCE COMPANY

Delta Energy Management and Consultants, LLC

DELTA ENERGY MANAGEMENT AND CONSULTANTS, LLC

Delta Energy Management and Consulting, LLC

DELTA SCREENS & FILTRATION, LLC

Delta's Missy's Supermarket, LLC  (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

Delta's Missy's Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

Delta's Missy's Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

Delta's Missy's Supermarket, LLC (d/b/a Cypress Point Marine and Cypress Point Fresh Market)

Delta's Missy's Supermarket, LLC

Deltas Missys Supermarket, LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine)

DENBURY O/S INC.

DENBURY ONSHORE LLC

DENNIS JOSLIN COMPANY LLC

DENVER MINERAL & ROYALTY COMPANY, LLC

DEPARTMENT OF NATURAL RESOURCES STATE OF LOUISIANA

DEPARTMENT OF THE ARMY - CORPS OF ENGINEERS

DEPARTMENT OF THE ARMY NEW ORLEANS DISTRICT CORPS OF ENGINEERS

Department of Transp

Department of Treasury - Internal Revenue Service

Department of Treasury - Internal Revenue Service

DERMODY, STEVEN L

DERMODY, ZULERNA

DESHOTEL, ZACHARY L.

Design Security Controls LLC

DESLATTE, JAMES B.

DESPOT, BRADEN C
DESPOT, MARTIN L
DESTIN PIPELINE COMPANY, L.L.C.
DEVELOPER EXPRESS, INC.
DEVINE, DANNY
DEVITO, VINCENT
DEVON
DEVON ENERGY
Devon Energy Corporation
Devon Energy Corporation (Oklahoma)
DEVON ENERGY PROD COMPANY LP
DEVON ENERGY PRODUCTION COMPANY
Devon Energy Production Company, L.P.
Devon Energy Production Corporation, LP
DEVON ENERQY PRODUCTION COMPANY LP
DEVON LOUISIANA CORPORATION
Devon OEI Operating, LLC
DIAMOND OIL FIELD SUPPLY, INC.
DIAMOND SHAMROCK CORP ET AL
DIAMOND SHAMROCK CORPORATION
Diamond Tank Rental, LLC
Diamond Tank Rental, LLC
DIAMOND TANK RENTALS INC
Diane Zarak
DIANE ZARAK
DIAZ DIVING INC
DIAZ DIVING, INC.
DIAZ, SARAH
DICK FLUKE LLC
DICK, JAMES H
DIETRICH, DOUGLAS K.
DILLON, GLENN M
DINCAU, ANTHONY R
DiPuma Printing
DIPUMA PRINTING CO & PROM PROD
Directv, LLC
DIRECTV, LLC
DISA GLOBAL SOLUTIONS INC
DISCOVERY BENEFITS, LLC
DISCOVERY GAS
DISCOVERY PRODUCER SERVICES LLC
DISCOVERY PRODUCER SVCS LLC
DISHMAN & BENNETT SPECIALTY CO, INC
DISTRIBUTION NOW

DIVCON LLC
DIVERSE ELECTRONIC SERVICES
DIVERSE OFFSHORE LP
DIVERSE OPERATING COMPANY
DIVERSE SAFETY AND SCAFFOLDING LLC
Diverse Safety and Scaffolding, L.L.C.
Diverse Safety and Scaffolding, L.L.C.
DIVERSE SAFETY AND SCAFFOLDING, LLC
DIVERSE-RIMCO
DLS LLC
DLS, L.L.C
DLS, L.L.C.
DLS, L.L.C.
DLS, LLC
DLS,LLC
DNOW
DOCO INDUSTRIAL INSULATORS
DOCO INDUSTRIAL INSULATORS, INC
DOCVUE LLC
DOLORES MARSHLANDS LLC
DOLORES' MARSHLANDS LLC
DOMINGUE, DANIEL R.
DOMINGUE, JONATHAN D.
DOMINION OKLAHOMA TEXAS EXPLORATION & PRODUCTION, INC.
DOMINIQUE, FRAN MARIE CHALSTROM
DONJON-SMIT, LLC
DONOVAN CONTROLS LLC
DORCHESTER MINERALS LP
DOT/PHMSA/MMAC
DOUBLE EAGLE MARINE LLC
DOUBLE R ENGINEERING, LLC
DOUCET, LEMONTE A.
DOW GULF COAST PIPELINE
Downhole & Design International Corporation
DOWNHOLE & DESIGN INTERNATIONAL CORPORATION
DOWNHOLE & DESIGN INTL. CORP.
DOWNHOLE SOLUTIONS, INC.
DOWNHOLE VIDEO & INTERVENTION (USA) INC
DOWNHOLE VIDEO & INTERVENTION (USA) INC.
DOWRY LLC
DOYLE, JARRETT
DPS&C PUBLIC SAFETY SERVICES
DRACKETT, III, JOHN ROBERT
DRACKETT, JR, ERNEST W

Drake ChemCo LLC
DRAKE CHEMCO LLC
Drake ChemCo, LLC
DRAKE CHEMCO, LLC
DRAKE, ALICE DESHA
DRAKE, DIANNA
DRAKE, JR., HOWARD WARREN
DRAKE, KERRY BOSLEY
DRAKE, ORIE KERLIN
DREIBHOLZ, DAVID PATRICK
DREIBHOLZ, LOUISE LABERGE
DRILLING SERVICES OF AMERICA INC
DRILLING SERVICES OF AMERICA, INC.
Drilling Tools International, Inc.
DROPEK, KENNETH
DROST & BRAME - SL, LLC
DS SERVICES OF AMERICA DBA KENTWOOD SPRINGS
DT CAFFERY LLC
DUBEA, MICHAEL J.
DUFRENE, ADLES P.
Dufrene, Mary Margaret H.
DUGA, BETTY FORD
DUGAS JR, JOSEPH E
DUGAS, ANGELE L
DUGAS, ANN B
DUGAS, DARREL A
DUGAS, JACOB P.
DUGAS, MARY JUDE
DUGAS, ROBERT PAUL
DUGAS, STELLA PONTIFF
DUGAS, WADE J
DUHON, JOHN M
DUHON, JOHN R.
DUHON, MICHAEL J.
Duke Energy
DUKE ENERGY
DUKE ENERGY HYDROCARBONS LLC
DUKE, DWAYNE A.
DULAN LLC
DULAN, LLC
DUNAWAY, JACKY
DUNCAN, ROBERT
DUNHAM, JO ELLEN
DUNHAM, KYLE

DUNHAM, TYSON
DUPLANTIS HALL, KAREN
DUPLANTIS HULL, MONA
DUPLANTIS, ERIC PAUL
DUPLANTIS, WILNA LANDERS
DUPRE-MEYERS LLC
DXP ENTERPRISES INC
DXP ENTERPRISES, INC.
DYKES, MR RODNEY
DYKES, THOMAS R.
DYNAMIC INDUSTRIES, INC.
DYNAMIC O/S RESOURCES NS, LLC
DYNAMIC OFFSHORE RESOURCES LLC
DYNAMIC OFFSHORE RESOURCES NS LLC
DYNAMIC OFFSHORE RESOURCES NS, LLC
DYNAMIC OFFSHORE RESOURCES, LLC
DYNAMIC PRODUCTION SERVICES INC
DYNAMIC PRODUCTION SERVICES, INC.
DYNASTY ENERGY SERVICES LLC
Dynasty Energy Services, LLC
DYNASTY ENERGY SERVICES, LLC
DYNEGY MIDSTREAM SERVICES LIMITED PARTNERSHIP
DYNEGY MIDSTREAM SVCS LIMITED PARTNERSHIP
E J'S DREAM LLC
E S & H PRODUCTION GROUP, LLC
E&H OILFIELD SERVICES
EAGLE BAY INC
EAGLE COMPRESSION LLC
Eagle Compression, LLC
EAGLE CONSULTING LLC
EAGLE PCO LLC D/B/A EAGLE PRESSURE CONTROL
EAGLE REPAIRS & RENTAL
East Baton Rouge Parish, Clerk of Court
EAST BATON ROUGE PARISH, CLERK OF COURT
EAST CAMERON GATH LLC
Eatel Business
EATEL BUSINESS
EATON OIL TOOLS INC
Eaton Oil Tools, Inc.
EATON OIL TOOLS, INC.
EBARE, RICHARD D.
EBI Liftboats LLC
EBI LIFTBOATS LLC
EBS JR LLC

ECCO SERVICES INC
ECCO SERVICES, INC.
ECHO OFFSHORE LLC
ECHO OFFSHORE, LLC
ECKO360 LLC
ECOSERV LLC
Ecoserv, LLC
ECOSERV, LLC
Eduardo V. Rodriguez
Edward S. Kitchen (Royalty Owner No. 45059)
EDWARD W PENEGUY, JR, AS AGENT ATTORNEY
EDWARD WISNER DONATION
EDWARDS, DAVID L.
EDWIN L COX B TRUST
Edwin L. Cox B Trust FBO BEC
EFFLER, MARTHA CAFFERY
EGL FAMILY TRUST
EIG Management Company
EIG MANAGEMENT COMPANY, LLC, AS COLLATERAL AGENT
EJ'S DREAM LLC
Ekstein, Christopher
EL PASO
EL PASO DAUPHIN ISLAND COMPANY LLC
EL PASO E &P COMPANY LP
EL PASO E&P COMPANY LP
EL PASO E&P COMPANY,LP
EL PASO ENERGY PARTNERS LP
EL PASO ENERGY PARTNERS, LP
EL PASO GAS LIQUIDS MARKETING LLC
EL PASO MARKETING LP
EL PASO PROD COMPANY
EL PASO PROD GOM, INC.
EL PASO PROD OIL & GAS COMPANY
EL PASO PROD OIL & GAS LP
EL PASO PROD OIL & GAS USA LP
EL PASO PRODUCTION COMPANY
EL PASO PRODUCTION OIL & GAS COMPANY
EL PASO PRODUCTION OIL & GAS USA LP
ELDRIDGE, WADE S.
Element Materials Technology
Element Materials Technology Lafayette, LLC
ELF EXPLORATION INC
E-LINE RENTALS, INC.
ELITE COMMUNICATION SERVICES INC

ELIZABETH BURK, INDIVIDUALLY AND AS AGENT AND ATTORNEY-IN-FACT FOR WILLIAM BARK AND
FRANCES REBECCA BARK WORCHEL, SALLY

Elizabeth Miller

ELKINS, BARRY P.

ELLIOT, DOUGLAS G

ELLIOT, ROBERT B

ELLIS JR, LLOYD ADDISON

ELLISOR, GABRIEL

EMINENT OIL TOOLS LLC

Eminent Oil Tools, LLC

EMINENT OIL TOOLS, LLC

EMMETT VAUGHEY EST JOHN C VAUGHEY & SL FARRINGTON CO EXTRS

EMPIRE ENERGY CORPORATION

EMPIRE INTEGRITY SERVICES LLC

EMPIRE INTEGRITY SERVICES, LLC

Empower

EMPOWER

Enbridge Inc

Enbridge Inc.

ENCORE FOOD SERVICES LLC

Endurance American Specialty Insurance Company

ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY

Endurance Worldwide Insurance Limited

ENDURANCE WORLDWIDE INSURANCE LIMITED

ENDYMION OIL PIPELINE COMPANY, LLC

ENE CONSULTANTS LLC

ENERGEN RESOURCES CORPORATION

ENERGY CAREERS, INC.

Energy Partners Ltd., LLC

ENERGY PARTNERS, LTD

ENERGY PARTNERS, LTD.

ENERGY RESERVES GROUP INC

ENERGY RESOURCE TECHNOLOGY GOM INC

ENERGY RESOURCE TECHNOLOGY GOM LLC

ENERGY SOLUTIONS TECHNOLOGY LLC

ENERGY SOLUTIONS TECHNOLOGY, LLC

Energy Transfer

ENERGY TRANSFER

Energy Transfer Sea Robin Processing, LLC

ENERGY WORLDNET, INC.

Energy XXI GIGS Services, LLC

ENERGY XXI GIGS SERVICES, LLC

Energy XXI GOM, LLC

ENERGY XXI GOM, LLC

ENERGY XXI GOM, LLC (FIELDWOOD)

Energy XXI Gulf Coast, Inc.

Energy XXI Gulf Coast, LLC

ENERGY XXI GULF COAST, LLC

ENERGY XXI INSURANCE LIMITED

Energy XXI Leasehold, LLC

ENERGY XXI M21K, LLC

Energy XXI Natural Gas Holdings, Inc.

Energy XXI Onshore, LLC

ENERGY XXI ONSHORE, LLC

Energy XXI Pipeline II, LLC

ENERGY XXI PIPELINE II, LLC

Energy XXI Pipeline, LLC

ENERGY XXI PIPELINE, LLC

Energy XXI Services, LLC

ENERGY XXI SERVICES, LLC

Energy XXI Texas Onshore, LLC

ENERGY XXI TEXAS ONSHORE, LLC

ENERGYLINK HOLDINGS, LLC

ENERGYXXI

ENERVUS

ENGLISH, BRANDON J.

ENI PETROLEUM CO.

ENI PETROLEUM US LLC

ENI TRADING & SHIPPING ET AL

ENI US OPERATING CO INC

Enlink Midstream

ENLINK MIDSTREAM

EnLink Pelican, LLC

ENRON GROUP TECHNICAL SERVICES

ENSCO O/S COMPANY

ENSCO OFFSHORE COMPANY

ENTECH ENTERPRISES INC

Entergy

ENTERGY

ENTERGY LOUISIANA

ENTERO ENERGY SOFRWARE

ENTERPRISE FIELD SERVICES LLC

ENTERPRISE FIELD SERVICES, LLC

ENTERPRISE GAS PROCESSING LLC

Enterprise Gas Processing, LLC

ENTERPRISE GTM OFFSHORE OPERATING COMPANY LLC

Enterprise Offshore Drilling

ENTERPRISE OFFSHORE DRILLING LLC

Enterprise Offshore Drilling, L.L.C.

Enterprise Offshore Drilling, LLC

Enterprise Offshore Drilling, LLC

Enterprise Products

ENTERPRISE PRODUCTS PARTNERS LP

ENTEX PETROLEUM INC

ENVEN

ENVEN ENERGY VENTURES LLC

Enven Energy Ventures, LLC

ENVEN ENERGY VENTURES, LLC

ENVENTURE GLOBAL TECHNOLOGY INC

ENVERUS, INC.

ENVIRONMENTAL AND SAFETY SYSTEMS INTERNATIONAL INC D/B/A ESSI CORPORATION

ENVIRONMENTAL EQUIPMENT INC

ENVIRONMENTAL OPERATORS LLC

ENVIRONMENTAL PROTECTION AGENCY

ENVIRONMENTAL PROTECTION AGENCY - REGION 3

ENVIRONMENTAL PROTECTION AGENCY - REGION 4

ENVIRONMENTAL PROTECTION AGENCY - REGION 6

ENVIRONMENTAL SAFETY & HEALTH CONSULTING

ENVIRONMENTAL SAFETY & HEALTH CONSULTING SERVICES INC

ENVIRONMENTAL TECHNOLOGY OF AMERICA INC D/B/A ENTECH

ENVIRONMENTAL WETLANDS RECOVERY SERVICES LLC

ENVIRO-TECH SYSTEMS LLC

ENVIRO-TECH SYSTEMS, LLC

EOG RESOURCES COMPANY

EOS INVESTMENT FUND II, LP

Eosii at Highland Park Place, LLC

EP ENERGY

EP ENERGY E&P COMPANY LP

EP Energy E&P Company, L.L.C.

EP Energy E&P Company, L.L.C.

EP Energy E&P Company, LLC

EP NORTHERN INVESTMENTS LLC

EP Northern Investments, LLC

EP NORTHERN INVESTMENTS, LLC

Epic Companies LLC

EPIC COMPANIES LLC

EPL of Louisiana, L.L.C

EPL of Louisiana, L.L.C.

EPL OF LOUSIANA, L.L.C

EPL OIL & GAS

EPL OIL & GAS LLC

EPL Oil & Gas, Inc.

EPL Oil & Gas, LLC

EPL OIL & GAS, LLC

EPL Pioneer Houston, Inc.

EPL Pipeline, L.L.C

EPL PIPELINE, L.L.C

EPS Logistics

EPS LOGISTICS

EPS Logistics Company

EPS LOGISTICS COMPANY INC

EPS LOGISTICS INC

EQUILON ENTERPRISES LLC DBA SHELL OIL PRODUCTS US

ERIC PAUL DUPLANTIS AKA ERIC P DUPLANTIS ET AL

ERNEST J PONTIFF III ET AL

ERNST & YOUNG U.S. LLP

ES&H Production Group, L.L.C.

ES&H Production Group, LLC

ESCUDE, JOELL B

ESS - EUREST SUPPORT SERVICES

ESSI CORPORATION

ESTATE OF CONSTANCE WILBUR HENDERSON

ESTATE OF EARL A EWEN

Estate of Fuselier Sr, Charles Auguste

Estate of Gar C Willis

ESTATE OF HAL G. KUNTZ

ESTATE OF MARY JANE GAMBLE

ESTATE OF RICHARD C SANDERS

Estate of Susan delaHoussaye Lake

ETHERIDGE, SAMUEL D.

ETHOS ENERGY LIGHT TURBINES LLC

EUBANKS, BILLY RAY

EUBANKS, BONNIE WILSON

Eugene Lazard

EVA LLC

EVANS JR, DANIEL H.

EVANS RENTALS, INC.

EVANS, DANIEL H.

Everest Reinsurance Company

EVEREST REINSURANCE COMPANY

EVEREST REINSURANCE COMPANY AND SIRIUSPOINT AMERICA INSURANCE COMPANY F/K/A SIRIUS AMERICA INSURANCE COMPANY

EVERETT, SUSAN HOPE

EXCHANGE OIL & GAS CORPORATION

EXPEDITORS & PRODUCTION SERVICES, INC.

Expeditors and Production Services

EXPEDITORS AND PRODUCTION SERVICES
EXPRESS ACQUISITION COMPANY
Express Supply & Steel LLC
EXPRESS SUPPLY & STEEL LLC
EXPRESS SUPPLY AND STEEL
EXPRO AMERICAS LLC
EXTREME ENERGY SERVICES LLC
EXTREME TECHNICAL SOLUTIONS LLC
EXXON COMPANY U.S.A.
EXXON COMPANY USA
EXXON CORPORATION
Exxon Mobil Corporation
EXXON MOBIL CORPORATION
Exxon Mobil Corporation and its affiliated entities
EXXON MOBIL CORPORATION ET AL
EXXON MOBIL GOM, LLC
Exxon Mobile Corporation, et al.
EXXON PIPELINE COMPANY
EXXONMOBIL
EXXONMOBIL CORPORATION
EXXONMOBIL GAS MARKETING COMPANY
EXXONMOBIL P/L COMPANY
ExxonMobil Pipeline Company
EXXONMOBIL PIPELINE COMPANY
EY
FAB-CON INC
Fab-Con, Inc.
FAB-CON, INC.
FACILITIES CONSULTING GROUP LLC
FACTOTUM LLC
Fairfield Industries Incorporated
FAIRFIELDNODAL
FAIRWINDS AND FOLLOWING SEAS
Falcon Global Offshore II LLC
FALCON GLOBAL OFFSHORE II LLC
Falcone, Henry
FALCONE, HENRY
FALGOUT, BRENT J.
FALK, CARMEN L
FALLIS, NEEL
FANGUE, BRETT M.
FAST TRAC TRANSPORTATION LLC
FAST TRAC TRANSPORTATION, LLC
FASTRAK SOFTWORKS, INC.

Fastwyre Broadband
FASTWYRE BROADBAND
FAULCONER ENERGY, LLC
FAULK, BENJAMIN
FAULK, BLAINE N.
FAVRE, JAMES R.
FAYTEK LIMITED
FCC ENVIRONMENTAL SERVICES LLC
FDF Energy Service LLP
FDF Energy Services LLC
FDF Energy Services LLP
FDF ENERGY SERVICES, LLC
FDF Energy Services, LLP
FEAZEL, MARY EVELYN
FEDERAL AVIATION ADMINISTRATION
FEDERAL AVIATION ADMINISTRATION AND HELICOPTER ASSOCIATION
Federal Energy Regulatory Commission
FEDERAL ENERGY REGULATORY COMMISSION
FEDERAL ENERGY REGULATORY COMMISSION (FERC)
FEDERAL EXPRESS CORPORATION
FEDERAL ROYALTY PROPERTIES LLC
FELMONT OIL CORPORATION
FERGUSON JR, JOHN B
FERGUSON, IONE DRACKETT
FERREIRA, SONET
FERREYROS, MAURICIO
Fidelis Underwriting Limited
FIDELIS UNDERWRITING LIMITED
FIDELITY EXPLORATION & PRODUCTION COMPANY
FIELDS, WILLIAM H.
FIELDWOOD ENERGY III LLC
FIELDWOOD ENERGY IV LLC
FIELDWOOD ENERGY LLC
FIELDWOOD ENERGY OFFSHORE LLC
FIELDWOOD ENERGY SP LLC
Fieldwood Energy, LLC
FIELDWOOD ENERGY, LLC
FIELDWOOD ONSHORE LLC
FILE DEPOT, THE
FILETRAIL
FILETRAIL, INC.
FINNAN, REBECCA
FIRE & SAFETY SPECIALISTS INC
FIRE & SAFETY SPECIALISTS, INC.

Fishman Haygood
FLAME ROYALTIES INC
FLAND BERGLUND, MARY CATHERINE
FLANDERS III, BERT A
FLANDERS ZIMMER, MARTHA
FLEET SUPPLY WAREHOUSE, LLC
FLELDWOOD ENERGY LLC
FLEMING, JEFFREY MARK
FLINT RIVER VPP II LLC
Flint River VPP II, LLC
FLINT RIVER VPP II, LLC
Flint River VPP II, Llc & EP Northern Investments, LLC
Florence Teresa Fontenot
FLORENCE TERESA FONTENOT
FLORES MARINE LLC
FLORIDA GAS TRANSMISSION COMPANY
FLOW CHEM TECHNOLOGIES LLC
FLOW CONTROL EQUIPMENT, LLC
FLOW CONTROL SERVICES, LLC
Flow Line Transportation, LLC
FLOW LINE TRANSPORTATION, LLC
FLOWER, JOAN A
FLOYD, DAVID M.
Fluence Technologies USA Inc.
FLUENCE TECHNOLOGIES USA, INC.
FLUID CRANE & CONSTRUCTION INC
FLUID SOLUTIONS INTERNATIONAL LLC
FLUKE, EDWARD J
FMC Technologies Inc
FMC TECHNOLOGIES, INC.
FOLSE, AARON J.
FONTENOT, DAVID J.
FONTENOT, DOUGLAS P.
FONTENOT, EMILE J.
FONTENOT, INIS P.
Fontenot, Jeremy
Fontenot, Jeremy
FONTENOT, ROBERT W.
FONTENOT, ROLAND J.
FORAN, MICHAEL C
FORBES, BRIAN K.
FORCENERGY GOM INC.
FORD, GERALD J
Forefront

FOREFRONT
FOREFRONT EMERGENCY MANAGEMENT LP
FOREFRONT EMERGENCY MANAGEMENT, LP
FOREST ENERGY RESOURCES, INC.
FOREST OIL CORPORATION
FORET, MERLIN J.
FORGOTSTON MINERALS LLC
FORRESTER BARHAM, ALLEN
FORT WORTH ROYALTY CO
FORTIER OIL & GAS LLC
FORTUNE FAMILY INVESTMENTS LTD
FOSTER & ASSOCIATES, INC.
FOUR LAZY F RANCH
FRAN MARIE CHALSTROM DOMINIQUE TRUST
FRAN T. FOWLER MARITAL TRUST NO. 2
FRANCES G STONER TRUSTEE FOR LINDA STONER
FRANCES REBECCA BURK WORCHEL TRUST
FRANCIS DRILLING FLUIDS LTD
FRANCIS TORQUE SERVICE
FRANCIS TORQUE SERVICE LLC
FRANCIS, ERIC M.
FRANCIS, MICHAEL W.
FRANICEVICH, CHRISTOPHER
FRANK L BEIER RADIO INC D/B/A BOAT STUF
FRANKLIN MINERALS, LLC
FRANK'S INTERNATIONAL LLC
FRANK'S INTERNATIONAL, LLC
FRANKS, JEFFREY K.
Freckericksburg Royalty, LTD
FRED & SHIRLEY FIELD LLC
FREDERICKSBURG ROYALTY, LTD.
FREDRICK A STARE LLC
FREEMAN, TRAVIS M.
Freeport - McMoRan Oil & Gas, LLC
FREEPORT MINERALS COMPANY
FREEPORT SULPHUR COMPANY
FREEPORT-MCMORAN ENERGY LLC
FREEPORT-MCMORAN INC
FREEPORT-MCMORAN OIL & GAS, LLC
FRISCO CONSTRUCTION COMPANY INC
FRONTIER OIL AND GAS, INC.
Frost Bank
FROST BANK
FRUGE, DANA J.

FRUGE, PAUL C.

FUGRO USA LAND, INC.

FUGRO USA MARINE INC

FUGRO USA MARINE, INC.

FUSELIER SR, CHARLES AUGUSTE

FW GOM PIPELINE INC

FW GOM Pipeline, Inc.

FW GOM PIPELINE, INC.

G&M RENTALS, LLC

GAGLIANO, GREGORY N.

GALBRAITH, MICHELENE G.

GALLAGHER, ANN E.

GALVOTEC CORROSION SERVICES LLC

GAMBLE, JAMES MARION

GAMBLE, ROBERT ALLAN

GAMBLE, STEPHEN LAMAR

GARBER, JOAN E DRACKETT

GARCIA, HECTOR

GARDNER, R J

GARRETT, NAN M

GARWOOD, JOHN MORGAN

GAS TURBINE APPLICATIONS INC

Gas Turbine Applications, Inc.

GAS TURBINE APPLICATIONS, INC.

GATEWAY PRINTING & OFFICE SUPPLY, INC.

GAUBERT OIL CO INC

GAUBERT OIL COMPANY

Gaubert Oil Company, Inc.

GAUTREAUX, JOSEPH E.

GAYDEN, EDDIE L.

GAYLE, DANIEL F.

GE OIL & GAS PRESSURE CONTROL LP

GE OIL & GAS PRESSURE CONTROL, LP

GEAUXPASS

GENERAL AMERICAN OIL COMPANY OF TEXAS

GENERAL CRUDE OIL COMPANY

GENSLER – ARCHITECTURE AND PLANNING FIRM

GEO HEAT EXCHANGERS, LLC

GEO HEAT EXCHANGES LLC

GEO SEISMIC SVCS

GEOCORR LLC

GEOPHYSICAL PURSUIT INC

GEOSCIENCE EARTH AND MARINE SERVICES

Gerchen Capital Partners

GETTY OIL COMPANY

GETTY P/L COMPANY

GETZLER, JOSEPH W

GETZLER, SHIRLEY R

GGRAND ISLE CORRIDOR LP

Gibson Straddle Plant

GIBSON STRADDLE PLANT

GIBSON, MICHAEL

GIBSON, RANDALL L.

GIEGER LABORDE & LAPEROUSE LLC

GIEGER, LABORDE & LAPEROUSE

Gilbert Mitchell

GILBERT MITCHELL

GILES ENERGY 2015, INC.

GINNY LLC

GIR SOLUTIONS LLC

GIR Solutions, LLC

GIR SOLUTIONS, LLC

GIROIR, MARSHALL J.

GLENN D BOUDREAUX SUPPLEMENTAL CARE TRST

Glenn Otto

GLOBAL OIL ENVIRONMENTAL SERVICE, LLC

Global Petroleum Rentals LLC

GLOBAL PETROLEUM RENTALS, LLC

GLOBAL X-RAY & TESTING CORPORATION

GLY-TECH SERVICES INC

GLY-TECH SERVICES, INC.

GO COIL LLC

GO MARINE SERVICES LLC

GODCHAUX, BRANDON S.

GODWIN, KEN S.

GOL

GOL

GOL LLC

GOL LLC

GOL, L.L.C.

GOL, LLC

GOL, LLC

GOLDCOAST RESOURCES INC.

GOLDSTEIN, DR PAUL P

GOM COMPANY NO 730

GOM Pipeline, Inc., GOM Shelf LLC

GOM Shelf LLC

GOM SHELF LLC

GOM Shelf, LLC
GOM SHELF, LLC
GONZALEZ, NIDYA M.
GOOSE CREEK CISD TAX OFFICE
GOPARK
Gordon Barton Mclendon Jr Trust
Gordon Barton Mclendon Jr. Trust
GORDON ENERGY CAPITAL
GORDON REED & ASSOCIATES INC
GORDON, LINDA T
GORHAM SHADDOCK, STEPHEN
GOURLEY, JOHN
GPB PROPERTIES OF TEXAS LLC
GRAHAM, GEORGE A.
GRAHAM, MICHAEL W.
Grand Isle Corridor ,LP
GRAND ISLE CORRIDOR LP
GRAND ISLE CORRIDOR, LP
GRAND ISLE INC
GRAND ISLE LANDS INC
GRAND ISLE P/L, LLC
GRAND ISLE POLICE DEPT.
GRAND ISLE SHIPYARD INC
Grand Isle Shipyard LLC
Grand Isle Shipyard, L.L.C.
GRAND ISLE SHIPYARD, L.L.C.
Grand Isle Shipyard, LLC
GRAND ISLE SUPERMARKET
GRAVES, DAVID L.
GRAVES, JOHN L.
GRAY REED & MCGRAW PC
GRAY, DANIEL N
GRAY, LARRY R.
GRAY, MEGAN E
GREAT HOBBES, LLC
GREAT LAKES DREDGE AND DOCK CO., LLC
GREATER LAFOURCHE PORT COMMISSION
Great-West Trust Payments
GREAT-WEST TRUST PAYMENTS
GREEN MOUNTAIN ENERGY
Green Mountain Energy Company
GREEN, LESLIE T.
GREENBERG TRAURIG, LLP
GREENE'S ENERGY GROUP LLC

GREER, MATTHEW P.
GRIFFIN, ROBERT E.
GRIFFIN, ROBERT L
GRIMM, DONALD A
GRIZZAFFI, LEO L.
GROVE, LINDA T.
GTP ACQUISITION PARTNERS I, LLC
GUARISCO, JR, JOHN J
GUICE OFFSHORE LLC
Guice Offshore, LLC
Guice Offshore, LLC
GUIDROZ, CHAD A.
GUIDRY, CLINT
GUIDRY, FREDERICK
GUIDRY, FREDERICK H
GUIDRY, JOEY P.
GUIDRY, LOUIS C
GUIDRY, MARGARET C.
GUIDRY, ROBBIE M.
GUIDRY, TIMOTHY P.
GUIDRY, WINIFRED H
GUILLEN, NATALIE
GUILLORY, ROBERT B.
GUILLOTTE BODIN, SUSAN
GUILLOTTE THIBODAUX, FAITH ANNE
GUILLOTTE, HORTON N
GUILLOTTE, SEAN VALENTINE
GUINN, PHILIP L.
GUINN, SAMUEL G.
GULF COAST COIL TUBING AND NITROGEN SERVICES INC
GULF COAST MANUFACTURING, LLC
Gulf Coast Marine Fabricators Inc
GULF COAST MARINE FABRICATORS INC
Gulf Coast Marine Fabricators, Inc.
Gulf Coast Marine Fabricators, Inc.
GULF ISLAND LLC
GULF ISLAND, LLC
GULF LAND STRUCTURES LLC
GULF LAND STRUCTURES, LLC
GULF OFFSHORE RENTALS LLC
Gulf Offshore Rentals, LLC
GULF OFFSHORE RENTALS, LLC
Gulf Offshore Rentals,LLC
GULF OIL CORPORATION

GULF REFINING COMPANY
GULF REFINING COMPANY, ET AL
GULF SOUTH ARMATURE INC
Gulf South Armature, Inc.
GULF SOUTH P/L COMPANY, LP
GULF SOUTH PIPELINE COMPANY LP
Gulf South Pipeline Company, LLC
GULF SOUTH SCAFFOLDING
Gulf South Services
GULF SOUTH SERVICES INC.
Gulf South Services, Inc.
Gulf South Services, Inc.
GULF WATER DRAWS LLC
GULFSANDS PETROLEUM USA INC
GULFSTREAM SERVICES INC
Gulfstream Services Inc.
Gulfstream Services, Inc
Gulfstream Services, Inc.
GULFSTREAM SERVICES, INC.
Guliuzo, Randy
GUTIERREZ, LEATRIZ A.
GUY MILTON MOORE FIRST FINANCIAL TRST & ASSET
GUYE'S CONSTRUCTION, LLC
GUZMAN, KEVIN K.
Gwen Smith
Gydodata Incorporated
GYRODATA INCORPORATED
H & H WELL SERVICE INC
H & H WELL SERVICE, INC.
H DUFRENE, MRS MARY MARGARET
H W BUTLER & ASSOCIATES INC
H W BUTLER & ASSOCIATES INC.
H. OLIVER JR TR FBOCHAS. OLIVER II
H.I.S. Fire & Safety Equipment, LLC
H.I.S. Fire & Safety Equipment, LLC
H.OLIVER JR TR FBO HENRY OLIVER III
H2O INC
Ha Nguyen
HAB WEISS PROPERTIES LLC
HACKEDORN, LYNNE L
Hackler Sr., Charles
HACKLER SR., CHARLES
HACKLER, SR., CHARLES
Hagardorn, Eileen

HALE, MICHAEL W.

Half, Robert

HALL, ELIZABETH R.

HALL, KAREN DUPLANTIS

HALL-HOUSTON EXPLORATION CO.

HALLIBURTON ENERGY SERVICES INC

HALLIBURTON ENERGY SERVICES INC.

Halliburton Energy Services, Inc.

HALLIBURTON ENERGY SERVICES, INC.

HAMILTON BROTHERS OIL COMPANY

Hamilton Insurance DAC

HAMILTON INSURANCE DAC

HAMILTON, DIANE O

HAMILTON, ELIZABETH ANN SNYDER

HAMLIN & HARRIS, INC.

HANFORD, DAVID

HANKAMER, CAMILLE O

HANKAMER, RAYMOND E

HANKS, SHELTON R.

Hanover Insurance Company

HANOVER INSURANCE COMPANY

HANTEL SCHWARTZ, ABIGAIL

HANTEL, ADAM MAX

HANTEL, HARRISON

Hanzhou 1 Limited

Hanzhou 1 Ltd

Hanzhou 1 Ltd

HARANG BICKNELL, JANE F

HARANG III, WARREN J

HARANG SAVOIE, SUSAN

HARANG, BRYAN H.

HARANG, THOMAS B

HARDY OILFIELD SERVICES LLC

HARMON FAMILY REV LIVING TRUST

HARRELL, JEANA R.

HARRINGTON, DEREK S.

Harris County

Harris County Tax Office

HARRIS COUNTY TAX OFFICE

HARRIS COUNTY, ET AL

HARRIS, MICHAEL

HARRY PIERSON CHALSTROM TRUST

Hartford Casualty Insurance Company

HARTFORD CASUALTY INSURANCE COMPANY

HARTNETT JR, WILLIAM F

Harvest Midstream

HARVEST MIDSTREAM COMPANY

HARVEST PIPELINE

HARVEST PIPELINE COMPANY

HASLAUER, SANDRA D

HASLAUER, WAYNE J

HATAWAY, MICHAEL L.

HATTON W SUMNERS FOUNDATION FOR THE STUDY AND

HAWKINS, JEREMY D.

HAYDEN MCILROY TRST

HAYMAN, JAMES B.

Haynes & Boone, LLP

HAYNES & BOONE, LLP

HDI Global Specialty SE

HDI GLOBAL SPECIALTY SE

HE&D O/S

HEBERT, ELAINE PETERSON

HEBERT, KYLE JOHN

HEBERT, PAUL A.

HEBERT, RANDY

HECK, JONATHAN M.

Hector Duran

Hedron Holdings, LLC

HEINSOHN, ALEXANDRA

HELD, JEFFREY M.

HELEN L SIZELER INDIVIDUALLY AND AS USUFRUCT

HELEN POOL CHALSTROM TRUST

HELIS

HELIS OIL & GAS COMPANY, L.L.C

HELIX WELL OPS INC

HELIX WELL OPS INC.

Helix Well Ops, Inc.

HELIX WELL OPS, INC.

HENDERSON COUNTY LIVESTOCK SHOW

HENDERSON GROUP INC

HENDERSON JR, RONALD E.

HENDERSON, ANN CLOTHILDE

HENDERSON, BRETT

HENDERSON, BRYCE D.

HENDERSON, CONSTANCE RANDOLPH

HENDERSON, III, JOSEPH HARRISON

HENDERSON, KATHLEEN P.

HENDERSON, KENT W

HENSGENS, JAKE N.

Herbert, Jory

HERBERT, JORY

HERBERT, OPAL LANDERS

HERDEM, SAFAK

HERITAGE ENERGY CORPORATION

HERMAN, HERMAN, & KATZ, LLC.

HERNANDEZ, ARGELIA M.

HESS CORPORATION

HESS PIPE LINE COMPANY

HESS PIPELINE COMPANY

HETHERINGTON, PETER A

Hetherington, Peter A. and Ellen G.

HETTIE PAGE GARWOOD REVOCABLE TRUST DATED 8/20/2010

Hidco - Home Industry Disposal

HIDCO - HOME INDUSTRY DISPOSAL

HIGH ISLAND O/S SYSTEM LLC

HIGH ISLAND OFFSHORE SYSTEM LLC

HIGH ISLAND OFFSHORE SYSTEM, LLC

HIGH POINT GAS GATHERING L.L.C.

High Point Gas Gathering, L.L.C

High Point Gas Gathering, L.L.C.

High Point Gas Gathering, L.L.C.

HIGH POINT GAS GATHERING, LLC

HIGH POINT GAS TRANSMISSION LLC

High Point Gas Transmission, LLC

HIGHLAND RESOURCES INC

HIGHLANDER OIL & GAS ASSETS LLC

HIGHLANDER OIL & GAS ASSETS, LLC

Highpoint

HIGHPOINT

Hilcorp Energy Company

HILCORP ENERGY CORPORATION

HILCORP ENERGY GOM LLC

HILCORP ENERGY I LP

HILCORP ENERGY I, L.P.

HILL, ASHLEY J.

HILL, BILLY R.

HILL, CLYDE M.

HILL, KEVIN

HILLCORP ENERGY GOM LLC

HILLCREST GOM

HILLCREST GOM INC

HILLCREST GOM, INC.

HILLIARD FAMILY PROPERTIES LTD

Hilltop Specialty Insurance Company

HILLTOP SPECIALTY INSURANCE COMPANY

HINCKLEY, SAMANTHA D.

HINGLE, TODD A.

HINNERS, DAVID B.

HIS FIRE & SAFETY EQUIPMENT LLC

HIS Fire & Safety Equipment, LLC

HLP ENGINEERING, INC.

HOBDY, BABY

HOFFER FURNITURE RENTAL, INC.

HOLDEN, GEREMY P.

HOLDEN, WILLIAM W.

HOLIFIELD, BILLY T.

Holland, Susan

HOLLINGSWORTH, CLEMENTINE B

HOLLINS, JOHN R

HOLLISTER IMAS, CLINTON D

HOLLISTER IMAS, DAVID O

HOLMES, TOMMY G.

Home Industry Disposal Company, Inc.

HOOPER, SUSAN B.

HOOVER, PAMELA ANN MACDIARMID

HOPKINSON, JOHN M.

HORACE B CHALSTROM COMPANY LLC

HORACE B CHALSTROM, JR TRUST

HORNE, DARRELL

HOTARD, GUY E.

HOUGHTON, WENDY P.

Houlihan Lokey

HOULIHAN LOKEY

HOUMA ARMATURE WORKS & SUPPLY LLC D/B/A WARD LEONARD

HOUMA MACHINE & MARINE, LLC

HOUSSAYE, DEBORAH DE LA

HOUSSAYE, WAYNE DE LA

Houston Casualty Company

HOUSTON CASUALTY COMPANY

HOUSTON ENERGY

HOUSTON ENERGY INC

HOUSTON ENERGY, INC.

HOUSTON ENERGY, L.P.

Houston Energy, LP

Houston Energy, LP

HR DIRECT

Hrdlicka, White, Williams & Aughtry, PC
HS FIRE & SAFETY EQUIPMENT LLC
HUB CITY INDUSTRIES LLC
HUDGIN, KATHERINE ROSHTON
HUDSON SERVICES INC
HUDSON SERVICES, INC.
HUFFMAN, K J
HUGHES ARRELL KINCHEN LLP
Hull & Company - Fort Lauderdale
HULL & COMPANY - FORT LAUDERDALE
Hull & Company, LLC
HULL & COMPANY, LLC
HULL, MONA DUPLANTIS
HUMBLE OIL & REFINING
HUMBLE OIL & REFINING COMPANY
HUMBLE PIPE LINE COMPANY
HUMMEL, GARY A.
HUMPHRIES, KEVIN G.
HUNT OIL COMPANY
HUNT PETROLEUM
HUNT PETROLEUM (AEC), INC.
HUNT, NATHAN O.
HUNT, WILL A.
HUNTER REVOCABLE TRUST
HUNTSBERRY, RICKEY
Huron Consulting Services LLC
HUTTO, DONALD
HYDRA OPS LLC
HYDRA OPS, LLC
HYDRAULIX N MORE, LLC
HYMAN LANDS MINERAL LLC
IBERIA PARISH SCHOOL BOARD
IBERIA PARISH SHERIFF/TAX COLL
Iberia Parish Tax Assessor
IBERIA PARISH TAX ASSESSOR
IGNITION SYSTEMS & CONTROLS, INC.
IHS GLOBAL INC.
IKAV Energy Inc.
ILUB ENERGY SERVICES INC
IMBER JR, JOSEPH ROBERT
IMMI TURBINES INC
IMMI TURBINES INC.
IMPACTWEATHER INC
IMPERIAL OIL COMPANY

IndemCo
INDEMCO
Indemco L.P.
INDEMCO L.P.
INDUCTIVE AUTOMATION, LLC
Industrial & Oilfield Services, Inc.
INDUSTRIAL AND OILFIELD SERVICES INC
INDUSTRIAL AND OILFIELD SERVICES, INC.
INDUSTRIAL DIESEL SERVICE, LLC
INDUSTRIAL DIESEL SERVICES LLC
INDUSTRIAL SOLUTIONS GROUP LLC
INDUSTRIAL WELDING SUPPLY CO
Industrial Welding Supply Co. of Harvey, Inc.
INEXS INC
Infinity Valve & Supply LLC
INFINITY VALVE AND SUPPLY LLC
Infinity Valve Supply LLC
INFORMA UK LTD
INGLIS, SALLY ANN NEWSHAM
INLAND SERVICES INC
INTEGRATED PRODUCTION SERVICES INC
INTEGRICERT LLC
INTEGRIS CEVIRI HIZMETLERI LTD STI.
INTEGRITY OILFIELD SERVICES LLC
INTEGRITY OILFIELD SERVICES, LLC
INTELLIGIZE, INC.
IntelliSIMS LLC
INTELLISIMS LLC
INTERACTIVE EXPL SOLUTIONS, INC.
INTERIM LSU PUBLIC HOSPITAL F/K/A MEDICAL CENTER OF LOUISIANA AT NEW ORLEANS
INTERNAL REVENUE SERVICE
INTERNATIONAL SNUBBING SERVICES, LLC
INTERSTATE OIL PIPE LINE COMPANY
INTERSTATE TREATING INC
INTERSTATE TRUST & BANKING COMPANY
INTERTEK ASSET INTEGRITY MANAGEMENT INC
INTRACOASTAL LIQUID MUD, INC.
IOS / PCI LLC D/B/A IOS INSPECXIOS OILFIELD SERVICES
IOS, INSPECTION OILFIELD SERVICES
IP PETROLEUM COMPANY, INC.
IRBY, SUSAN F.
IRON MOUNTAIN
Iron Mountain Information Management LLC
IRONGATE ENERGY SERVICES LLC

IRS ACS SUPPORT

IRVING, RONALD

ISAAC, DESMOND T.

ISIMS LLC

Island Operating Company

Island Operating Company

ISLAND OPERATING COMPANY INC

Island Operating Company, Inc

Island Operating Company, Inc.

ISLAND OPERATING COMPANY, INC.

ISN SOFTWARE CORPORATION

ITC GLOBAL INC

ITC GLOBAL INC.

ITI INTERNATIONAL, LLC

Ivette Gerhard

IWANTA PARTNERS, L.L.C.

J D COINTMENT LLC

J HIRAM MOORE LTD

J LAWTON COMPANY LLC

J. Schneider & Associates, Ltd.

J. SCHNEIDER AND ASSOCIATES, LTD.

J.C. PETROLEUM, INC.

J.C. TRAHAN, DRILLING CONTRACTOR, INC.

J.M. HUBER CORPORATION

JACK LAWTON INC

JACK PIERCE & MARY JO BROOK

Jack T. Jamison

JACKSON - USUFRUCTUARY, PEPPER

JACKSON IV, EWELL H

JACKSON MCGOWEN, CATHERINE

JACKSON WALKER

Jackson Walker LLP

JACKSON WALKER LLP

JACKSON, CAFFERY R.

JACKSON, CAROL MOORE

JACKSON, CRAIG R.

JACKSON, CRIS

JACKSON, DONELSON

JACKSON, J CAROL

JACKSON, JAMES C

JACKSON, KENNETH S.

JACKSON, MARK ALLEN

JACKSON, PATRICIA M

JACOBS, JONATHAN K.

JACON SERVICES INC
JAGUAR ENERGY SERVICES LLC
JAIME SEGURA FARMS, LLC
JAMBON, SHELLY MAPLES
JAMES A HALL & ASSOC INC
JAMES A HALL & ASSOCIATES INC
JAMES C JANSSEN AND LINDA JANSSEN
JAMES G FLOYD JR REVOCABLE TRUST
JAMES H AND LISA DICK
JAMES HENRY MERCER II REVOCABLE TRUST
JAMES MERCER ARGO TESTAMENTARY TRUST
James Michael Jones
JAMES MICHAEL JONES
JAMES N PENEGUY TRUSTEE OF CROCKER AND LEIGH INVESTMENT TRUST
JAMES, DEBRA LYNN TREUIL
JAMES, PAULMER
JAMISON, JACK T.
JAMS, INC.
Jana Whitworth
JANE ERIN NOE MAY PROPERTIES, LLC
JANE J OLIVER 1992 TRUST
Janette Mclendon Moss Trust
JANIC DIRECTIONAL SURVEY INC
JANIE LYNN STANSBURY ABSHIRE AKA JNAIE S ASHIRE
JANSSEN, JAMES C
JAREL EXPLORATION INC
JASE FAMILY LTD
JASPER, JENNIFER J
JAVELER MARINE SERVICES LLC
Jayson B. Ruff
JC ROYALTY LLC
JC TOWING LLC
JEAN CHRISTINE THOMPSON TRUST 2
JEANERETTE MINERALS LLC
Jeannie Chavez
JEDI HYDRO FINANCE I LIMITED PARTNERSHIP
JEFF DICE CONSULTING LLC
JEFF DICE CONSULTING, LLC
Jeff Wallace
JEFFCOAT, MICHAEL L.
Jefferson Davis Electric Co-Op, Inc.
JEFFERSON DAVIS ELECTRIC CO-OP, INC.
JEFFERSON PARISH - SHERIFF & EX-OFFICIO
JEFFERSON PARISH FIRE DEPT.

JEFFERSON PARISH POOLED CASH

Jefferson Parish Sheriff & Tax Collector

JEFFERSON PARISH SHERIFF & TAX COLLECTOR

Jefferson Parish, Clerk of Court

JEFFERSON PARISH, CLERK OF COURT

JEFFREY D ANDERSON DONNA E ANDERSON TRUST

JEFFREY H. SHIDLER & WIFE, STACEY SHIDLER

Jeffrey P. Norman

JENKINS LUEDERS, JILL

JENKINS, TAMARA COCKE

JENNIFER R S MCDANIEL LLC

JEREL EXPLORATION INC

JEROME C. MARCUS FP I, LLC

JERRY A KING LLC

JESTER, JAMES E.

Jet Support

JET SUPPORT

JL/ASC LLC

JLAS, LLC

JMB PARTNERSHIP

JOBE, JAMES M

Jobe, James M and Anne C

JOBE, JAMES MICHAEL

JOHN CARTER CO., INC.

JOHN CHAMBERS

JOHN CHAUNCEY NEWSHAM TRUST

JOHN H. CARTER CO., INC.

JOHN P COOK, AS TRUSTEE OF THE JANE PENEGUY COOK FAMILY TRUSTS A, B AND E

JOHN W MECOM D/B/A MECOM PETROLEUM

JOHNS, DONALD W.

JOHNSON, CLAUDE L

JOHNSON, KATHERINE LEE

JOHNSON, MICHAEL A.

JOHNSON, PAUL H.

JOHNSON, RAYMOND

JOHNSON, WARDELL

JOHNSTON JR, FELTON M

Jones Walker

JONES WALKER L.L.P.

Jones Walker LLP

JONES, AKEEN A.

JONES, BILLY J.

JONES, CRAWFORD

JONES, EUGENE PAUL

JONES, III GUARDIAN OF JOHN W. BYRD, T.D.
JONES, JASON F.
JONES, JOHN C
JONES, JUDITH J
JONES, KENNETH W.
JONES, SANDRA JOHNSTON
JONES, WARD R
JORY L BERNARD LLC
Joseph Winkler
JP Morgan Chase Bank, NA
JPMORGAN CHASE BANK, NA
JPP-RP INVESTMENTS LLC
JR, JOHN DART
JRP FAMILY, LLC
JUDD PARTNERS
JUDD, RANDY E
JX NIPPON
JX Nippon Oil Exploration (U.S.A.) Limited
JX Nippon Oil Exploration (U.S.A.) Limited
K. CAMP & ASSOCIATES, INC.
KALDIS, CATHERINE DANIEL
KANE, MICHAEL E.
Kaplan Processing Plant
KAPLAN PROCESSING PLANT
KARL, MIRIAM N
KAYS, CHRISTOPHER K.
KBR HOLDING, LLC
KC OIL & GAS EXPLORATION LLC
KEAN MILLER, LLP
Keane Miller
KEITH, MARY LEE
KEKKO, AARON
KELLER & NHECKMAN LLP
Keller and Heckman LLP
Keller and Heckman, LLP
KELLEY, CHRISTENA
KELLEY, DANA R.
Kelly Hart & Pitre
KELLY HART & PITRE
KELLY L DUNHAM OR KATHLEEN E DUNHAM
KELPS & WILL PROP SHOP LLC
KENDRICK ENGINEERING & COMPLIANCE, LLC
KENNAIR OYSTER INC
KENNAIR OYSTER, INC

KENNERSON, TROY J.
KENNEY, OLANDRY E.
KER-MCGEE OIL INDUSTRIES INC, ET AL
KERR-MCGEE CORPORATION
KERR-MCGEE OIL & GAS CORPORATION
KEWANEE

KEY ENERGY SERVICES LLC AND ITS PRESENT AND FUTURE SUBSIDIARIES AND/OR ITS AFFLIATES
Keystone Chemical LLC
KEYSTONE CHEMICAL LLC
Keystone Chemical, LLC
Keystone Chemical, LLC
KF II INVESTMENTS LP
KILBURN, KERRY A
Kilgore Marine Services, LLC
Kilgore Marine Services, LLC
KINDER MORGAN
Kinetica (FERC)
KINETICA (FERC)
KINETICA DEEPWATER EXPRESS LLC
KINETICA ENERGY EXPRESS LLC
KINETICA ENERGY EXPRESS, LLC
KINETICA MIDSTREAM ENERGY
KINETICA MIDSTREAM ENERGY LLC
KINETICA MIDSTREAM ENERGY, LLC
KINETICA PARTNERS LLC
Kinetica Partners, LLC
KING ROYALTY CORP
KIPPERS COMMUNICATIONS INC
KIPPERS COMMUNICATIONS, INC.
KIRBY EXPLORATION COMPANY
KIRBY-WEBB, SUE E.
KISER, SHARON
KISER, SHARON S
KITCHEN III, BENJAMIN FORD
KITCHEN IV, BENJAMIN F.
Kitchen, Christian
KITCHEN, EDWARD S.
Kitchen, Elizabeth F.
Kitchen, Kathryn
KITCHEN, KATHRYN C.
Kitchen, Margaret
Kitchen, Peter
KJECO LLC

KNIGHT, LAGARIUS A.
KOCH GATEWAY P/L COMPANY
KOCH INDUSTRIES INC
KONA LTD
KORN FERRY (US)
KOSMITIS, DAVID K
KREAMER, ANNA
KREWE ENERGY LLC
Kristen M McLendon Estate
Kristen Margaret Mclendon Trust
Kroll Restructuring Administration, LLC
KUHNEN JR, CARL W
KUHNEN JR., CARL W
KURT MIRE PE
KYIE/PETERMAN MANAGEMENT CORPORATION
L & R HARVEY REALTY LLC
L P LANDRY & SONS LLC
L SANFORD & SON LLC
L. P. LANDRY & SONS, LLC
L3HARRIS
L3HARRIS TECHNOLOGIES
LA DEPARTMENT OF TRANSPORTATION
LA DEPT OF NATURAL RESOURCES
LA DEPT OF REVENUE
LA DEPT. OF REVENUE
LA OFFICE OF CONSERVATION
LA STATE LAND OFFICE
LA STATE MINERAL BOARD
LABIT, STERLING L.
LABORDE MARINE MANAGEMENT LLC
Laborde Marine Management, LLC
LABORDE MARINE MANAGEMENT, LLC
LABORDE, NICHOLAS J.
LACROIX CELLULAR LLC
LADNIER, LEROY D.
LAE, LAUREN E.
LAFLEUR, JOHN D.
LAFOURCHE PARISH - SHERIFF AND EX-OFFICIO
Lafourche Parish Sheriff's Office
LAFOURCHE PARISH SHERIFF'S OFFICE
LAFOURCHE TELEPHONE COMPANY
LAGRECA SERVICES LLC
LAINELIFE ASSOCIATES
LA-K9 LLC

LAKE EUGENIE LAND & DEVELOPMENT, INC.

Lake, Susan DelaHoussaye

LAKE, SUSAN DELAYHOUSSAYE

Lakeway Associates II LLC

Lakeway Associates II LLC

Lakeway Associates LLC

Lakeway Associates LLC

Lancashire Insurance Co (UK) Ltd.

LANCASHIRE INSURANCE CO (UK) LTD.

LAND BOARD STATE OF LOUISIANA

LAND MANAGEMENT SERVICES LLC

LANDCASTER RESOURCES LLC

LANDERS, CARLA MARIE

LANDERS, CHRIS JOSEPH

LANDERS, SHANE THOMAS

LANDMARK GRAPHICS CORPORATION

LANDQWEST LLC

LANDRENEAU, DEREK J.

LANDRY MOBILE HOME

LANDRY, ALEX J.

LANDRY, DANIEL W.

LANDRY, STACEY A.

LANDRY, STEVE

LANIER, DAVID W.

LANNOO, JEROME

LAPOINT, SHANE J.

LAR OIL COMPANY, INC.

LAREDO CONSTRUCTION INC

LARKIN BARHAM, ANDREW

LASALA, NICHOLAS S.

LASALLE SOLUTIONS, A DIVISION OF FIFTH

LASER IMAGING, INC.

Latham & Watkins LLP

LATHAM & WATKINS LLP

LATHAM, JASON

LAURA LONG LUBIN COMPANY LLC

LAUREN HILL ADV GROUP

LAURENCE, DWIGHT L.

Lavies Enterprises

LAW OFFICE OF JACK JAMISON

LAWRENCE, STEVEN D.

LAWTON DROST, LINDA

LAWTON DUHON, EVELYN

Lawton Jr., Jack Edward

LAXEY, DONALD G.

LAZARD FAMILY (LOUISIANA) LLC

Lazard, Eugene

LAZARO, RAYMOND

LEBLANC JR, JOEL P

LEBLANC, ALLEN P.

LEBLANC, CAROLYN C.

LEBLANC, LESLIE KATHRYN PERSON

LEBLANC, NATHAN

LEBOEUF, GUY P.

Ledbetter, Wayne

LEDBETTER, WAYNE E.

LEDET TRAHAN, JENNIFER LYNN

LEDET, PHILIP J.

LEDET, STEPHEN J.

LEE ARCHER, SCOTT

LEE AUBUCHON, ANN

LEE BROTHERS OIL CO

LEE CAMPBELL JR, GEORGE

LEE III, ELMO PEARCE

LEE ROYALTIES, INC

LEE, ANITA

LEE, BLAKE ABINGTON

LEE, JAMES

LEE, JOHN M.

LEE, TANNER

LEE, VIRGINIA LORETTA

LEECE, STANLEY

LEGACY OFFSHORE LLC

LEGANIA, LENARD

LEGAUX, DELTON J.

LEGER, BRENDON K.

LEIGH GALLAGHER, KATHRYN

LEIGH NOVAK, DEBORAH

LEJEUNE, EMERSON E.

LELAND FALCON

LETKO, JOSEPH J.

LEVEL 3 COMMUNICATIONS LLC

Level 3 Communications LLC (Lumen Technologies)

LEVEL 3 COMMUNICATIONS LLC (LUMEN TECHNOLOGIES)

Level 3 Communications, LLC a CenturyLink Company

Level 3 Telecom Holdings, LLC, a CenturyLink company

LEVIATHAN OFFSHORE LLC

Leviathan Offshore, LLC

LEVIATHAN OFFSHORE, LLC

Leviathan Offshore, LLC.

LEVY JR, LESTER A

LEVY, WALTER MILTON

Lewis Brisbois Bisgaard & Smith LLP

LEWIS BRISBOIS BISGAARD & SMITH, LLP

Lewis Brisbois Bisgarrd & Smith

LEWIS, TIMOTHY B.

LEXCO DATA SYSTEMS, L.P.

LFF ASSETS LP

Liberty Mutual Fire Insurance Co.

LIBERTY MUTUAL FIRE INSURANCE CO.

LIBERTY MUTUAL GROUP

LIBERTY MUTUAL INSURANCE

LIBERTY MUTUAL INSURANCE CO

Liberty Mutual Insurance Company

LIBERTY MUTUAL INSURANCE COMPANY

Liberty Mutual Insurance Europe SE

LIBERTY MUTUAL INSURANCE EUROPE SE

Liddell Caffery Test Trust

LIL' SANDY LLC

LILLY, EARLE S

LIND, MICHAEL G

Linda Motton

LINDER II, JOHN M.

LINDER OIL COMPANY, A PARTNERSHIP

LINDER OIL COMPANY, A PARTNERSHIP (LOCAP)

LINEAR CONTROLS INC

Linear Controls Inc.

LINEAR CONTROLS INC.

LINEAR CONTROLS, INC

Linear Controls, Inc.

Linear Controls, Inc.

Linhthu Do

Links Technology Solutions, Inc.

LINNEMANN, JEANETTE

LINNEMANN, JEANETTE S

LINTON, JEFFERY D

LIVELY, BRADFORD J.

LIVESAY, III, WALLACE B.

LLL FAMILY TRUST

LLOG EXPLORATION COMPANY LLC

LLOG Exploration Company, L.L.C.

LLOG EXPLORATION OFFSHORE LLC

LLOG EXPLORATION OFFSHORE, INC.

LLOG Exploration Offshore, L.L.C.

LLOG Exploration Offshore, L.L.C.

LLOG EXPLORATION TEXAS LP

LLOG EXPLORATION TEXAS LP ET AL

LLOG Exploration Texas, L.P.

LLOX, L.L.C.

LLOX, L.L.C.

LLOYD ROYALTIES

Lloyd's of London Syndicate

Lloyds of London

LLOYD'S OF LONDON SYNDICATE #1036

LLOYD'S OF LONDON SYNDICATE #1084

LLOYD'S OF LONDON SYNDICATE #1183

LLOYD'S OF LONDON SYNDICATE #1200

LLOYD'S OF LONDON SYNDICATE #1221

LLOYD'S OF LONDON SYNDICATE #1225

LLOYD'S OF LONDON SYNDICATE #1274

LLOYD'S OF LONDON SYNDICATE #1301

LLOYD'S OF LONDON SYNDICATE #1414

LLOYD'S OF LONDON SYNDICATE #1686

LLOYD'S OF LONDON SYNDICATE #1729

LLOYD'S OF LONDON SYNDICATE #1856

LLOYD'S OF LONDON SYNDICATE #1880

LLOYD'S OF LONDON SYNDICATE #1910

LLOYD'S OF LONDON SYNDICATE #1919

LLOYD'S OF LONDON SYNDICATE #1945

LLOYD'S OF LONDON SYNDICATE #1955

LLOYD'S OF LONDON SYNDICATE #1967

LLOYD'S OF LONDON SYNDICATE #1969

LLOYD'S OF LONDON SYNDICATE #2001

LLOYD'S OF LONDON SYNDICATE #2121

LLOYD'S OF LONDON SYNDICATE #2987

LLOYD'S OF LONDON SYNDICATE #2988

LLOYD'S OF LONDON SYNDICATE #3000

LLOYD'S OF LONDON SYNDICATE #3010

LLOYD'S OF LONDON SYNDICATE #33

LLOYD'S OF LONDON SYNDICATE #3623

LLOYD'S OF LONDON SYNDICATE #4000

LLOYD'S OF LONDON SYNDICATE #4020

LLOYD'S OF LONDON SYNDICATE #4242

LLOYD'S OF LONDON SYNDICATE #4444

LLOYD'S OF LONDON SYNDICATE #457

LLOYD'S OF LONDON SYNDICATE #4711

LLOYD'S OF LONDON SYNDICATE #5000
LLOYD'S OF LONDON SYNDICATE #510
LLOYD'S OF LONDON SYNDICATE #5886
LLOYD'S OF LONDON SYNDICATE ET AL
LLOYDS'S OF LONDON SYNDICATE #2689
LOCHRIDGE ENERGY SERVICES LLC
Lochridge Energy Services P&A LLC
LOCHRIDGE ENERGY SERVICES P&A, LLC
Lochridge Energy Services, LLC
LOCHRIDGE P&A LLC
LOCKE LORD LLP
Locke Lorde
LOFTON, ROSEMARY PRICE
LOGIC CONTROL SYSTEM LLC
Logic Control Systems, LLC
Logic Control Systems, LLC
Logic Control Systems,LLC
Logix Fiber Networks
LOGIX FIBER NETWORKS
LOHMAN FAMILY LLC
LONDOT, R R
LONDOT, ROLLAND R.
LONE STAR NGL SEA ROBIN LLC
LONG JR, PALMER R
LONG LUBIN, LAURA
LONG PROPERTIES LLC
LONG, MICHAEL W.
LOOP, INC.
LOOPER GOODWINE PC
LOOPER GOODWINE, PC
Lora Financial Security
LORA FINANCIAL SECURITY
LORRAINE BERNUCHO BROWNFELL
LOTUS LLC
LOUIS DREYFUS GAS PROCESSING LLC
LOUIS MCFAUL, JR TRUST
LOUISE ELLIS SCARBOROUGH IRR TRUST
LOUISIANA CONSTRUCTION MANAGEMENT & SERVICES LLC
Louisiana Department of Environmental Quality
LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY
LOUISIANA DEPARTMENT OF HEALTH
LOUISIANA DEPARTMENT OF NATURAL RESOURCES
LOUISIANA DEPARTMENT OF NATURAL RESOURCES OIL AND GAS
Louisiana Department Of Revenue

LOUISIANA DEPARTMENT OF REVENUE
LOUISIANA DEPARTMENT OF WILDLIFE & FISHERIES
LOUISIANA DEPT OF NATURAL RESOURCES
LOUISIANA DIVISION OF ADMINISTRATION
LOUISIANA EXPLOSIVE TRAINING, LLC
LOUISIANA LAND & EXPLORATION CO
LOUISIANA LAND COMPANY LLC
LOUISIANA MACHINERY COMPANY LLC
Louisiana Ofc Mineral Resource
LOUISIANA OFFICE MINERAL RESOURCE
LOUISIANA ONE CALL SYSTEM, INC.
LOUISIANA POWER & LIGHT
LOUISIANA POWER AND LIGHT COMPANY
LOUISIANA PRODUCTION VALVE LLC
LOUISIANA PUBLIC SERVICE COMMISSION
LOUISIANA SAFETY SYSTEMS INC
Louisiana Safety Systems, Inc.
LOUISIANA SAFETY SYSTEMS, INC.
LOUISIANA SAFTELY SYSTEMS, INC.
Louisiana Secretary of State
LOUISIANA SECRETARY OF STATE
LOUISIANA ST UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE
LOUISIANA STATE LAND OFFICE
LOUISIANA STATE MINERAL AND ENERGY BOARD
LOUISIANA STATE MINERAL BOARD
LOUISIANA STATE PARISH OF PLAQUEMINES
LOUISIANA VALVE SOURCE LLC
LOUISIANA VALVE SOURCE, LLC
LOUISIANA VALVE SOURCE, LLC.
LOUISIANA WILDLIFE AND FISHERIES FOUNDATION
LOVE, CHRISTINA
LOVETT BROWN, ROBERT
LOVETT, CHIMMIE W.
LP LANDRY AND SONS, LLC
LQT INDUSTRIES LLC
LSC 27 LLC
LSU FOUNDATION
LSU INTERIM PUBLIC HOSPITAL
LUCAS ASSOCIATES, INC.
Luci Johnson-Davis
LUFKIN INDUSTRIES
LUGENBUHL WHEATON PECK RANKIN & HUBBARD
LUIS, ARTHUR T.
LUJON OIL COMPANY

LUTEY, CLAIRE HENLEY

LVO CORPORATION

LWD HOLDINGS I LTD

LYLES, WILLIAM R.

LYNN HOLDER, KARI

LYONS ET AL, FELICITAS C

LYONS JR, CULVER H

LYONS, MEGAN K

M & H Enterprises, Inc.

M & H Enterprises, Inc., Total Production Supply, LLC, Petroleum Coordinators, Inc., Offshore Air and Refrigeration, Inc., Chalmers, Collins, and Alwell, Inc

M & J VALVE SERVICES, INC.

M&A Safety Services, LLC

M&H ENTERPRISES INC D/B/A M&H ENERGY SERVICES

M&H ENTERPRISES INC.

M&H ENTERPRISES, INC

M&H Enterprises, Inc.

M&H Enterprises, Inc.

M&S CONSULTANTS INC

M. M. INDUSTRIES, INC.

M. R. HARLAN, INC.

M.R. Harlan, Inc.

M/V Atina

M/V ATINA

M21K, LLC

M21K, LLC

MACDIARMID, GEORGE EDWIN

MACDIARMID, GRANT HUGH

MACDIARMID, JR, MARTIN A

MACGILLIVRAY, ELIZABETH ELLEN

Mack Steel & Supply LLC

MACK STEEL & SUPPLY, LLC

MACKENZIE PARTNERS, INC.

MAC-NETT ENVIRONMENTAL SERVICES LLC

MACQUARIE BANK LTD

MACTECH INC

MACTECH, INC.

MADCON CORPORATION

MADDENS CABLE SERVICE, INC

MADDOCK, JONATHAN

MADDOCK, KAREN ALFARO

MAGGIO, LESLIE A

MAGNOLIA 23 PROPERTIES LLC

MAGNOLIA PETROLEUM COMPANY, ET AL

MAGNOLIA TORQUES & TESTING INC
MAIN PASS OIL & GAS
MAIN PASS OIL GATH COMPANY
Major Equipment & Remediation
MAJOR EQUIPMENT & REMEDIATION SERVICES INC
MANAGEMENT MATTERS, LLC
MANGLICMOT, CHRISTINE J.
MANNING, BRYANT H.
MANOOCA SERVICES LLC
MANTI EQUITY PARTNERS LP
MANTI EXPLORATION & PRODUCTION INC
MANTI GODZILLA LTD
MAP2004 OK
MAP2004-OK
MAPCON TECHNOLOGIES INC
MAPCON TECHNOLOGIES INCORPORATED
MARATHON OIL COMPANY
MARATHON PIPE LINE COMPANY
MARATHON PIPE LINE LLC
MARATHON PIPELINE COMPANY
MARCHIVE, BENJAMIN J.
MARINE SPILL RESPONSE CORPORATION
MARINER ENERGY RESOURCES INC
MARINER ENERGY, INC.
Mario Rios
MARION MACDIARMID JOHNSON LYMAN
MARITECH RESOURCES INC
MARITECH RESOURCES INC.
MARK ANDREWS & CO. INC.
MARK PRODUCING INC
Mark Smith
MARKEL INSURANCE COMPANY
Markel International Insurance Company Limited
MARKEL INTERNATIONAL INSURANCE COMPANY LIMITED
MARLIN ENERGY LLC
MARLIN ENERGY OFFSHORE LLC
MARLIN ENERGY OFFSHORE, L.L.C.
MAROON, JAMES
MARSEGLIA JR., EVERARD A.
MARSH USA INC.
MARTIN HOLDINGS LLC
Martin Holdings, LLC
MARTIN, DAVID C.
MARTIN, HUNTER G.

MARTIN, PATRICK H

MARTINEZ, LAURA R.

Marvin Isgur

MARVIN LUNDEEN FAMILY T/U/W

MARY HODGES GRAY LIMITED LIABILITY COMPANY

MARY HODGES GRAY LLP

MARY NAN DORAN TRUST

MARY NON DORAN TRUST

Massachusetts Secretary of State

MASSACHUSETTS SECRETARY OF STATE

MAUNSELL, JANE B

MAUNSELL, JANE D

Mauricio Ferreyros

Mauterer, Therese

MAVERICK ENERGY SOLUTIONS, LLC

MAXWELL, MARY ROSHTON

MAY, MARIE A GRIFFIN

Mayfield, Demetria

MAYFIELD, DEMETRIA

MAYFIELD, DEMETRIA G.

MAYNARD, KEVIN L.

MAZAL, ROSLYN

MAZERAC, KEVIN P.

MAZIE CREWS 2008 LIVING TRUST

MAZIE CREWS IRREVOCABLE TST #1

MAZIE CREWS IRREVOCABLE TST #4

MB ENVIRONMENTAL SERVICES LLC

MCARTHUR, CEDRIC

MCASHAN CARBINE, ELIZABETH S.

MCASHAN, KENNETH A

MCBRIDE, RAYMOND L

MCCALL, KIRSTEN U.

MCCALL'S OFFSHORE DOCK INC

MCCARTHY, JOSEPH B.

MCCARTNEY, GARY D.

MCCARTNEY, ZACKERY D.

MCCARTY, ANDRE

MCCAY CLARK, ISABEL

MCCAY JACKSON, CATHERINE

MCCLESKEY, RANDALL C

MCCLUNG, JOHN D.

MCCULLOUGH, CAMERON C.

MCCUNE, TIMOTHY L

MCELMAN, MRS. VIRGINIA R.

MCFAUL, JR, LOUIS W

MCGIVAREN, WILLIAM L.

MCGREW, ANDREW W

McGriff Insurance Services, Inc.

MCGRIFF INSURANCE SERVICES, INC.

McGriff Insurance Services, LLC

Mcgriff, Seibels & Williams of Texas, Inc.

MCGRIFF, SEIBELS & WILLIAMS OF TEXAS, INC.

MCGRIFF, SEIBELS, & WILLIAMS OF TEXAS, INC.

MCILWAIN, J F

MCK GROUP LLC

MCKENZIE, AMY SCOTT

MCKENZIE, MICHAEL F

MCLAIN J FORMAN ESTATE

MCLENDON JR, GORDON BARTON

MCMORAN OIL & GAS LLC

McMoRan Oil & Gas, LLC

MCMORAN OIL & GAS, LLC

MCNABB, LANDON K.

MCPHAIL, ERIC

MCRAE NOE, GEORGE

MCREYNOLDS, DOUGLAS W.

MCREYNOLDS, LARRY D.

MCREYNOLDS, ROBERT C.

MCWILLIAMS, E. BURK

MEASUREMENT COUNSULTING SERVICES LLC

MEASUREMENT TECHNOLOGIES, INC.

MECHE, GARY A.

MEDCO ENERGI US LLC

MEDCO ENERGI USA, INC.

MEDICAL CENTER OF LOUISIANA AT NEW ORLEANS

MEEKS, ALICIA STOCKSTILL

MEENTA, INC.

MEGGA INDUSTRIES INC

MEI EQUIPEMENT INC

MEJIA, DERECK P.

MELCHER, CAROLYN R.

MELCHER, YVONNE

MELERINE, CAMERON J.

Melissa Airhart on behalf of Becky Brennan

MELTON, LEE A.

MENARD, TRENT

MENDOZA, TOBY J.

MEREDITH, BART A.

MERIDIAN OIL
MERRICK, KARRY L.
MERRIFIELD, TIMOTHY
MERRILL COMMUNICATIONS, LLC
MESA OPERATING LIMITED PARTNERSHIP
MESA PETROLEUM CO
Metis Group, LLC
Metis Resources LLC
METROPLEX CIVIC & BUSINESS ASSOCIATION
Metropolitan Life Insurance Company
METROPOLITAN LIFE INSURANCE COMPANY
MEYLIAN, JAMIE W.
MEZA, MARLENE
MHIRE, RUBY NUNEZ
MHM RESOURCES LP
M-I LLC
Michael D. Warner
Microsoft Corporation
MILES, BYRON D.
MILES, JAMES E.
MILFORD, CLIFF T
MILLER LANDS INC
MILLER, CASEY E.
MILLER, DAMIEN
MILLER, JOHN ROBERT
MILLER, JORDAN C.
MILLER, JOSEPH C.
MILLER, MELINDA S.
Miller, Nicholas
Miller, Nicholas
MILLER, SHAWN M.
Millie Aponte Sall
MILLMARC, LLC
MILLS, PEARL ANNE TREUIL
MINERAL AND ENERGY BOARD STATE OF LOUISIANA
MINERAL BOARD STATE OF LOUISIANA
MINERALS MANAGEMENT SERVICE DEPARTMENT OF THE INTERIOR
MINERALS MANAGEMENT SERVICE, US DEPARTMENT OF THE INTERIOR
MIRE, CORKY J.
MISSIPPI DEPARTMENT OF NATURAL RESOURCES
MISSISSIPPI CANYON GAS PIPELINE LLC
MITCHELL, JAMES M.
MITENERGY UPSTREAM LLC
MITENERGY UPSTREAM, LLC

MJ-COX12 CONSULTING LLC
MJ-COX12 CONSULTING, LLC
MLCJR LLC
MLCJR LLC
MMR CONSTRUCTORS INC
Mobil Eugene Island Pipeline Company
Mobil Eugene Island Pipeline Company
MOBIL EXPLORATION & PRODUCING NORTH AMERICA INC
MOBIL EXPLORATION & PRODUCING US INC
MOBIL EXPLORATION AND PRODUCING NORTH AMERICA INC
Mobil Oil & Exploration & Producing Southeast Inc.
MOBIL OIL CORPORATION
MOBIL OIL EUGENE ISLAND PIPELINE
MOBIL OIL EXPLORATION & PRODUCING SOUTHEAST INC
Mobil Oil Exploration & Producing Southeast Inc.
MOBIL OIL EXPLORATION & PRODUCTION
MOBIL PRODUCING TEXAS
MOBILE BAY PROCESSING PARTNERS
MOBILE EUGENE PIPELINE
MOBIUS RISK GROUP
Mobius Risk Group LLC
MODERE & SMS SWING INC
MODESETT JR, JACK
Moelis & Company
MOELIS & COMPANY, LLC
MOKRY, SHANE M.
MOLAISON, JOSHUA J.
MOLINA, R Y
MONCEAUX, JODI
MONCLA SLICKLINE, LLC
MONCRIEF OIL COMPANY
MONDOR BILLIOT, EXZILDIA
MONDOR CHAUVIN, MYRTLE
MONDOR III, HENRY A
MONDOR SANCHEZ, PEARL
MONFORTE EXPLORATION LLC
MONTGOMERY, DULANEY D
MOORE STEPHENS & BUTTERFIELD
MOORE, MATTHEW L.
MOORES PUMP & SERVICES INC
MORE JOBS, LESS GOVERNMENT
Moreno, Joey
MORENO, JOEY
MORGAN CITY RENTALS

MORGAN CITY SUPPLY OF LA
MORGAN, JAMES
MORMAER EXPLORATION
MORRIS P HEBERT INC
MORRIS P. HEBERT, INC.
MORRIS, DEBORAH R.
MOSELY, DEAN M
MOSS, HAYWOOD A.
MOTICHEK, CHARLES R.
MOUNT KELLETT NATIONAL AS INVESTOR CORP ET AL
Mouton, Paul
MOUTON, PAUL
MOUTON, SHANNON D.
MOWERY, TIMOTHY C.
MOXIE MEDIA INC
MPS GROUP INC
MPS GROUP, INC.
MPS TWO LLC
MR HARLAN INC
MREC ENVIRONMENTAL LLC
MREC ENVIRONMENTAL,LLC
MRMB LLC
MUELLER, DIANE ROSHTON
MULLINS, JUSTIN
Murdock, III, John
MURDOCK, JOHN C.
MURPHY CORPORATION
MURPHY OIL CORPORATION
MURPHY, JAMES F.
MURRAY, ROBERT W.
Murrell, Herman
MURRELL, HERMAN
MURRELL, HERMAN E.
MUSTACCHIA III, JOSEPH
MUSTACCHIA, ANGELA M
MUSTACCHIA, LISA M
MUSTANG MINERALS, LLC
MYERS, ROBERT B.
N & R RESOURCES INC.
NALLE ROYALTY TRUST
NANTHAVONGDOUANGSY, VANNARONE
NAQUIN PELTIER, MARY PAMELA
NAQUIN, SARAH H
NASDAQ CORPORATE SOLUTIONS, INC.

NATIONAL BANK OF COMMERCE IN NEW ORLEANS TRUSTEE FOR ROSEMARY PRICE LOFTON
NATIONAL BANK OF COMMERCE IN NEW ORLEANS TRUSTEE FOR THE TRUST ESTATE OF LOUIS W MCFAUL JR
NATIONAL OCEAN INDUSTRIES ASSOCIATION
NATIONAL OCEAN INDUSTRIES ASSOCIATION (NOIA)
National Oilwell Varco, L.P.
NATIONAL OILWELL VARCO, L.P.
National Union Fire Ins. Co., Pittsburgh, PA
NATIONAL UNION FIRE INS. CO., PITTSBURGH, PA
Nationwide Mutual Insurance Company
Nationwide Mutual Insurance Company
NATURAL GAS PARTNERS ASSETS LLC
NATURAL GAS PIPELINE COMPANY OF AMERICA
NATURAL GAS PIPELINE COMPANY OF AMERICA LLC
Natural Resources Worldwide LLC
NATURAL RESOURCES WORLDWIDE, LLC
NAUTILUS PIPELINE COMPANY LLC
NCA ENERGY SERVICES LLC
NCNG EXPLORATION CORPORATION
NEIL'S SMALL ENGINE, INC.
NELSON, DAVID A.
NEMETZ, GEORGE
Neptune Straddle Plant
NEPTUNE STRADDLE PLANT
Netherland, Sewell & Associates, Inc.
NETHERLAND, SEWELL & ASSOCIATES, INC.
NEURALOG, LP
NEW ORLEANS SAINTS
NEWFIELD EXPLORATION COMPANY
NEWLIN REPAIRS & SUPPLIES, INC.
NEWMAN CRANE SERVICES INC
NEWSHAM, JULIA PAPPAS
NEWSHAM, PHILIP PETER
NEXEN PETROLEUM OFFSHORE U.S.A. INC.
NEXEN PETROLEUM SALES USA INC
NEXEN PETROLEUM USA INC
NEXTGEN SOFTWARE, INC.
NI WELDING SUPPLY, LLC
NICK GUARISCO REVOCABLE TRUST
NICOLINI, BARRY R.
Nighthawk, L.L.C.
Nikola Zarak
NIKOLA ZARAK
NIPPON OIL EXPLORATION ET AL

NIPPON OIL EXPLORATION USA LIMITED
NITRO LIFT TECHNOLOGIES, LLC
NITRO-LIFT TECNOLOGIES LLC
NLS LLC
NNW INC
NNW, Inc.
NNW, INC.
NOAA
NOBLE ENERGY INC
Noble Energy, Inc.
Noble Energy, Inc.
NOE DEANE, MARY ELISA
NOE III, JAMES A
NOE MAY, ERIN
NOE PROPERTIES LLC
NOE, ANNA GRAY
Noekoch, Claire Lee
NOEM VICTORY FUND
NOEMONEY LLC
NOLAN POWER GROUP LLC
NOMAD ENERGY INC
NONDESTRUCTIVE & VISUAL INSPECTION, LLC
NORFOLK ENERGY, INC
NORMAN PROPERTIES LLC
NORRIS, GREGORY J.
NORTBSTAR OFFSHORE VENTURES LLC
NORTH CENTRAL OIL CORP
NORTH CENTRAL OIL CORPORATION
NORTHSTAR GULFSANDS, LLC
Northstar Interests, L.C.
NORTHSTAR O/S VENTURES, LLC
NORTHSTAR OFFSHORE GROUP
NORTHSTAR OFFSHORE VENTURES LLC
NOTTI GATHERING COMPANY INC
NOV TUBOSCOPE
NOV WELLSITE SERVICES
NOVAK, FRANK
NPC LAND & MARINE LLC
NT ROYALTY COMPANY
NUGENT, STEVEN M.
NUNEZ MHIRE, RUBY
NUNEZ, KARL J.
NUNEZ, RANDY J.
NUNNERY, MICHAEL A.

NUNNERY, MICHAEL S.

NUSSER, GUY G.

NUTS AND BOLTS, INC.

NVI LLC D/B/A NON DESTRUCTIVE AND VISUAL INSPECTION LLC

O'Melveny & Myers LLP

Oak Terrace Plantation LLC

OAK TERRACE PLANTATION, L.L.C.

OAKRIDGE ENERGY PARTNERS LLC

OAKTREE OPPORTUNITIES FUND IX, L.P. ET AL

OCCIDENTAL PETROLEUM CORPORATION

OCCUPATIONAL HEALTH CENTER, INC.

OCCUPATIONAL HEALTH CENTERS OF

OCCUPATIONAL MEDICINE SERVICES, L.L.C.

OCEAN DRILLING & EXPLORATION COMPANY

OCEAN ENERGY INC

OCEAN OIL & GAS COMPANY

OCEAN PRODUCTION COMPANY

OCEANEERING INTERNATIONAL INC

Oceaneering International Inc.

OCEANEERING INTERNATIONAL INC.

OCEANEERING INTERNATIONAL, INC.

ODECO OIL & GAS COMPANY

ODOM, HOWARD D.

OFFICE OF HEARINGS AND APPEALS, US DEPARTMENT OF THE INTERIOR

OFFICE OF MINERAL RESOURCES

OFFICE OF MINERAL RESOURCES - STATE MINERAL

Office of Natural Resource Revenue

Office of Natural Resources Revenue

OFFICE OF NATURAL RESOURCES REVENUE

OFFICE OF THE UNITED STATES TRUSTEE

OFFICELINK. LC

OFFICETEAM

Official Committee of Unsecured Creditors

OFFSHORE AIR & REFRIGERATION INC

Offshore Air & Refrigeration Inc.

Offshore Air & Refrigeration, Inc.

OFFSHORE AIR & REFRIGERATION, INC.

OFFSHORE AIR & REFRIGERATON, INC.

Offshore Air and Refrigeration, Inc.

Offshore Air and Refrigeration, Inc.

OFFSHORE BECHTEL ASSOCIATES LIMITED

OFFSHORE CLEANING SYSTEMS LLC

OFFSHORE ENERGY SERVICES INC

Offshore Energy Services, LLC

Offshore Liftboats, LLC
OFFSHORE LIFTBOATS, LLC
Offshore Oil Services, Inc.
Offshore Oil Services, Inc.
OFFSHORE OPERATORS COMMITTEE
OFFSHORE PROCESS SERVICES INC
OFFSHORE PROCESS SERVICES, INC.
OFFSHORE RENTAL CORP
OFFSHORE SERVICES OF ACADIANA LLC
OFFSHORE SERVICES OF ACADIANA, LLC
Offshore Technical Compliance LLC
OFFSHORE TECHNICAL COMPLIANCE LLC
OFFSHORE TECHNICAL SOLUTIONS LLC
OFFSHORE TECHNICAL SOLUTIONS, LLC
OIL & GAS FUTURES INC
OIL & GAS LIENHOLDERS
OIL CONTROL USA, LLC
OIL STATES ENERGY SERVICES LLC
OIL2 EISENHOWER PROSPECT LP
OILFIELD INSTRUMENTATION
OJEDA, ANASTASIA V.
OKC LIMITED PARTNERSHIP
OLIPHANT, GARY W
OLIVER PALITTI, SYDNEY
OLIVER, II, CHARLES
OLIVER, III, HENRY
OMEGA DEVELOPMENT INC.
OMI ENVIRONMENTAL SOLUTIONS
OMNI ENERGY SERVICES CORP
ONE PARK PLACE
ONE PARK PLACE APARTMENTS
ONLINE RESOURCES INC
ONRR
OPPORTUNE LLP
OPPORTUNE, LLP
OQUINN, ZACHERY L.
Oramous, Lori
ORNIOCO
ORX RESOURCES INC
ORYX ENERGY COMPANY
OSEGIK Investments LLC
OSLUND, JEFFREY S.
OTIS ENGINEERING CORPORATION
OTTO ENERGY (USA) INC.

OTTO ENERGY LTD.

OVERLORD ENERGY INVESTMENTS LLC

OVERSTREET, TONY D.

OWEN OIL TOOLS LP

OWENS, DERECK

OWENS, RASHAD H.

OXY

OXY USA INC

OXY USA, INC

OZARK EXPLORATION, INC.

P2 ENERGY SOLUTIONS

P2ES HOLDINGS LLC

PACE ANALYTICAL SERVICES, LLC

PACKENHAM LLC

PADGETT, KYLE A.

PALACE EXPLORATION COMPANY

PALACE EXPLORATION COMPANY AN OKLAHOMA CORPORATION

PALACE OPERATING

PALM ENERGY OFFSHORE LLC

PALMER LONG COMPANY LLC

PALUMBO, JOHN A

PAN AMERICAN PETROLEUM CORPORATION

PAN AMERICAN PETROLEUM CORPORATION ET AL

PANEPINTO, LIBBY P.

PANTHER HELICOPTERS INC

Panther Helicopters, Inc.

PANTHER HELICOPTERS, INC.

PANTHER INTERSTATE P/L ENERGY, LLC

PANTHER OPERATING COMPANY LLC

PANTHER OPERATING COMPANY, LLC

PARADIGM FLOW SERVICES LIMITED

PARADIGM FLOW SOLUTIONS USA INC

PARADIGM FLOW SOLUTIONS USA, INC.

PARADIGM LIAISON SERVICES, LLC

PARAGON RISK ENGINEERING

Parish of Terrebonne

PARISH OF TERREBONNE

PARK PLACE TECHNOLOGIES, LLC

PARKER DRILLING OFFSHORE USA LLC

PARKER HANNIFIN CORPORATION

PARKER JR, JOSEPH B

PARKER, BRANDON L.

PARKWAY SERVICES GROUP LLC

PARTCO INC

Partco LLC

PARTCO LLC

Partco, LLC

PARTICLE DRILLING TECHNOLOGIES, INC., AS LESSEE AND

Pascagoula Plant

PASCAGOULA PLANT

Patricia Schmidt

Patrick Bartels

PATRICK, DAVID A.

PATRIOT STEEL GROUP, LLC

PATTERSON JR, WILLIAM D

Patterson Plant

PATTERSON PLANT

PATTERSON SERVICES INC D/B/A PATTERSON RENTAL TOOLS AND D/B/A PATTERSON FISHING SERVICES

PATTERSON TUBULAR SERVICES

PATTERSON, EDGAR L

PATTON, DARREN

PATTON, DARREN J.

PAUL DUPLANTIS AKA ERIC P DUPLANTIS, ERIC

PAUL YOUNG ASSOCIATES II LP

Payless Power

PAYLESS POWER

Paylocity

PAYLOCITY

PAYNE JR ESTATE, LEON M

PAYNE JR, LEON M

PAYZANT, CORA L

PC CONNECTION SALES CORPORATION D/B/A CONNECTION

PC CONNECTION, MACCONNECTION

PCM GULF LLC

PCM GULF, LLC

PCR PROPERTY SERVICES, LLC

PDI SOLUTIONS LLC

PDP Group, Inc.

PDP GROUP, INC.

PDP GROUP, INC. D/B/A AMYNTA SURETY SOLUTIONS, ASPEN SPECIALTY INSURANCE COMPANY, AND UNITED STATES FIRE INSURANCE COMPANY

PELICAN ENERGY CONSULTANTS LLC

PELICAN OILFIELD RENTALS, LLC

Pelican Oilfield Rentals, LLC.

Pelican Plant

PELICAN PLANT

Pelican Stabilizer Unit

PELICAN STABILIZER UNIT
PELLEGRIN, CHRISTOPHER J.
PELLERIA WATER SOLUTIONS LLC
PELLERIN WATER SOLUTIONS LLC
PELLERIN, DARRELL K.
PELLERIN, JAMES
PELLERIN, JAMES R.
PELOTON COMPUTER ENTERPRISES INC
PELSTAR LLC
Pelstar Mechanical Services, LLC
PELSTAR MECHANICAL SERVICES, LLC
PELTIER CHIASSON, JEANNE
PELTIER CRUM, PATRICIA
Peltier III, Donald L.
PELTIER III, HARVEY
Peltier Joffrion, Katherine
PELTIER TATE, PENNY
PELTIER WARSHAUER, MICHELLE
PELTIER, ALLEN C.
PELTIER, DAVID C.
Peltier, Henry M.
PELTIER, III (HPJR), HARVEY
Peltier, John Edward
PELTIER, MARY ELLEN
PELTIER, MICHAEL J
PELTIER, MRS BENITA A
PELTIER, TIMOTHY J
PEMBROK, JULIA BUCK
PEMBROKE, C GRAHAM
PEMBROKE, CLAUDE GRAHAM
PENDER, WAYNE M
PENEGUY JR, EDWARD WISNER
PENEGUY, AS AGENT AND ATTORNEY, MARK E
PENEGUY, JAMES N
PENEGUY, JR, EDWARD W
PENEGUY, MARK E
PENEGUY, MICHAEL
PENEGUY, MICHAEL J
PENN MCCAY, ROBERT
PENN VIRGINIA OIL & GAS LP
PENNZOIL COMPANY
PENNZOIL EXPLORATION AND PROD COMPANY
PENNZOIL EXPLORATION AND PRODUCTION COMPANY
PENNZOIL LOUISIANA AND TEXAS OFFSHORE INC

PENNZOIL OFFSHORE GAS OPERATORS INC
PENNZOIL OIL & GAS INC
PENNZOIL PRODUCING COMPANY
PENROC OIL CORPORATION
PENTAIR VALVES & CONTROLS US LP
PEPPER, JOSHUA D.
PEREGRINE OIL & GAS
PEREGRINE OIL & GAS II, LLC
PEREGRINE OIL & GAS LP
PERFORMANCE CLEANING SERVICES LLC
PERFORMANCE CLEANING SERVICES, LLC
PERFORMANCE SAFETY GROUP LLC
PERMIAN TANK & MFG INC
PERRI-MEVS, TRACY P
PERRON, JOSEPH M.
PERRY FLYING CENTER INC
Perry Flying Center, Inc.
Perry Flying Center, Inc.
PERRYMAN, MICHAEL J.
PERSON, DAVID CLARK
PERSON, JEFFERY CLAY
PERSON, JEFFRY CLAY
PERSON, MICHAEL EWEN
PERSON, PATRICK J
PERSON, PAUL SAMUEL
PERSON, WILLIAM STEPHEN
PETER A HETHERINGTON AND ELLEN G HETHERINGTON
PETERSON CAHANIN, CHENETTE
PETERSON CULTER, LINDA
Peterson Duhon, Donna
PETERSON HEBERT, ELAINE
PETERSON JR, CHARLES M
PETERSON MCCLINTON, TERRY
PETERSON WISE, FLORA FAYE
PETERSON, DONALD E
PETERSON, EARL F
PETERSON, TRACEY E
PETRO MARINE
PETRO PULL LLC
PETRO PULL, LLC
PETRO VENTURES
PETRO VENTURES INC
PETRODOME PINTAIL LLC
PETRO-DRIVE INC

PETRO-HUNT LLC

PETROLEUM CO-ORDINATORS INC

Petroleum Coordinators Inc.

PETROLEUM COORDINATORS INC.

Petroleum Coordinators, Inc.

Petroleum Coordinators, Inc.

PETROLEUM LABORATORIES, INC.

PETROLEUM SOLUTIONS INTERNATIONAL LLC

PETROLEUM SPECIALTY RENTAL, LLC

Petro-Marine Underwriters, Inc.

PETRO-MARINE UNDERWRITERS, INC.

PETRO-MARINE UNDERWRITERS, INCORPORATED / DELTA ENERGY MANAGEMENT AND CONSULTANTS, L.L.C.

PETROQUEST ENERGY LLC

PETROQUEST OIL & GAS LLC

PETROQUIP

PETRUS ENERGY LLC

PFT INVESTMENTS LLC

PHEASANT ENERGY, LLC

PHI INC

Philadelphia Indemnity Insurance Company

Philadelphia Indemnity Insurance Company

PHILLIPS OFFSHORE OIL COMPANY

PHILLIPS PETROLEUM CO

PHILLIPS PETROLEUM COMPANY

PHILLIPS SUBLIMITATION PRINTING

PHILLIPS, PERRY

PHILLPOTT, WAYNE H.

PHILPOTT, ARTHUR RICHARD

PHLOGISTON PARTNERS, LLC

PHOENIX EXPLORATION LOUISIANA D LLC

Phoenix Petro Services LLC

PHOENIX PETRO SERVICES LLC

PICKENS, DESMOND

PICKENS, DESMOND L.

PICKENS, LARRY

PICKETT, HORACE E.

PIEDMONT EXPLORATION CO INC

PIEDMONT NATURAL GAS COMPANY INC

PIERCE, THEODORE L.

PIMENTEL, DONNA MAE DREIBHOLZ

PIMENTEL, MANUEL

PINNACLE CHEMICAL SOLUTIONS LLC

PINNACLE ENGINEERING INC

PINNACLE ENGINEERING, INC.
PINNACLE LEASING LLC
PIONEER ASSOC LTD PTNSHP
PIONEER ASSOCIATES LIMITED PARTNERSHIP
PIONEER ASSOCIATES LP
PIONEER NATURAL RESORUCES
PIONEER WIRELINE SERVICES LLC
PIPE SURVEILLANCE SERVICES INC
PIPE SURVEILLANCE SERVICES, INC.
PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION (PHMSA)
PIQUANT INC
PIQUANT, INC
Piranha Rentals, LLC
PIRANHA RENTALS, LLC
PISCES ENERGY LLC
PITNEY BOWES GLOBAL
PITRE, CHRISTOPHER J.
PLACID OIL COMPANY
PLAINS EXPLORATION & PROD COMPANY
Plains Exploration & Production Company
Plains Gas Solutions, LLC
PLAINS GAS SOLUTIONS, LLC
PLAINS MARKETING, L.P.
PLAINS PRODUCTION, INC.
PLANET DEPOS, LLC
PLAQUEMINE PARISH GOVERNMENT
PLAQUEMINES LAND COMPANY
Plaquemines Parish
PLAQUEMINES PARISH
PLAQUEMINES PARISH COMMISSION COUNCIL
PLAQUEMINES PARISH GOVERNMENT
Plaquemines Parish Sheriff's Office
PLAQUEMINES PARISH SHERIFF'S OFFICE
Plaquemines Parish, Clerk of Court
PLAQUEMINES PARISH, CLERK OF COURT
PLAQUEMINES PEST CONTROL INC
PLATINUM PARKING
PLAYA MINERALS AND ENERGY INC
PLAZZER, JOANNE CATHERINE
PLUMHOFF, CHARLES E
PLUMHOFF, W CRAIG
PMI - PRODUCTION MANAGEMENT
POCHE, MARK
POGO P/L COMPANY

POGO PRODUCING COMPANY
POGO PRODUCING COMPANY LLC
POINT EIGHT POWER INC
POINT EIGHT POWER, INC.
PONTIFF BOURGEOIS, TRUDY
PONTIFF III, ERNEST J
PONVILLE, DALE J.
POOL COMPANY
POOLE, DIANA H
POOLE, MARILYN GUARISCO
PORT, PAUL
PORTABLE MACHINE CASTING REPAIR OF OKLAHOMA LLC
Poseidon Technology, LLC
POSEIDON TECHNOLOGY, LLC
POSITIVE ENERGY LLC
POSTON MINERALS, LLC
POWELL, BILLY R
POWER CLEANING SOLUTIONS LLC
POWER TORQUE SERVICES LLC
POWER, MARY B
POWERS, DAVID
POYDRAS (LOUISIANA) LLC
Poydras (Louisiana), LLC
POYDRAS JUNCTION HARDWARE
POYDRAS, LLC
PRECISION CRANE & HYDRAULICS LLC
Precision Crane & Hydraulics, LLC
PRECISION CRANE & HYDRAULICS, LLC
Precision Crane and Hydraulics, L.L.C.
PRECISION HYDRO CUTTING & REMOVAL LLC
PREMIER CONTROL SYSTEMS LLC
PREMIER ENVIRONMENTAL LLC
PREMIER EQUIPMENT CORPORATION INC
PREMIER FITNESS LAKEWAY, LLC
PREMIER INDUSTRIES LLC
PREMIER OFFSHORE CATERING INC
Premier Offshore Catering Inc.
Premier Offshore Catering, Inc
Premier Offshore Catering, Inc.
Premier Offshore Catering, Inc.
PREMIUM OILFIELD SERVICES
Premium Oilfield Services LLC
PREMIUM OILFIELD SERVICES LLC
Premium Oilfield Services, LLC

PREMIUM OILFIELD SERVICES, LLC

PRENG & ASSOCIATES

PRESLEY, CLIVE V.

PRESLEY, TIM

PRESLEY, TIMOTHY V.

Pressure & Control Solutions, LLC d/b/a Petroquip

Pressure & Flow Control Solutions, LLC (d/b/a PetroQuip)

Pressure & Flow Control Solutions, LLC dba Petroquip

PRICE III, JOHN D

PRICE, III, JOHN DANIEL

PRICE, LOUIS H

PRIME ENERGY RESOURCES LLC

Prime Energy Resources, LLC

Prime Energy Resources, LLC

Prime Energy Resources, LLC, Quality Energy Services, Inc., R&R Boats, Inc., Sparrows Offshore, LLC, Swivel Rental & Supply, L.L.C., Tobias, Inc.

PRIME ROYALTY COMPANY, LLC

PRIOLEAU, MIRIAM PAYNE

PRIORITY ENERGY HOLDINGS LLC

PRL HOLDINGS LLC

PROCESS SOLUTIONS & PRODUCTS, LLC

PROCOR CHEMICALS INC

PROCOR CHEMICALS, INC.

PRODUCED WATER SOLUTIONS LLC

PRODUCED WATER SOLUTIONS, LLC

PRODUCTION MANAGEMENT INDUSTRIES

PRODUCTION MANAGEMENT INDUSTRIES LLC

PRODUCTION SERVICES NETWORK US INC

PROFESSIONAL FLUID SERVICES LLC

PROFESSIONAL FLUID SERVICES, INC.

PROFESSIONAL PUMPING SERVICES LLC

Promethean Operating II LLC

PR-ONE LLC

PROSERV OPERATIONS LLC

PROSTAR SERVICES INC.

PRO-T CO INC

PRO-T CO., INC.

Proteus Energy LLC

PROTEUS ENERGY LLC

PROTEUS OIL P/L COMPANY, LLC

PR-TWO LLC

PS MOORE MINERAL PARTNERSHIP

PSC INDUSTRIAL OUTSOURCING LP

PSC INDUSTRIAL OUTSOURCING, LP

PSI MIDSTREAM PARTNERS LP

PSI MIDSTREAM PARTNERS, LP

PSNC PRODUCTION CORPORATION

PUGH, ROBERT G

PURCELL, DAVID K.

PURCHASE POWER

PURE OIL COMPANY

PURE TRANSPORTATION COMPANY

PUSATERI, JOHNSTON, GUILLOT & GREENBAUM, LLC

PUTNAM, WANDA WRAY

PXP LOUISIANA LLC

PXP OFFSHORE LLC

PXP Producing Company LLC

PXP Producing Company LLC

PXP Producing Company, LLC

QBE Insurance Corporation

QBE INSURANCE CORPORATION

QUADIENT POSTAGE FINANCE USA, INC.

Quail Tools, LLC

QUAIL TOOLS, LLC

QUALITY COMPANIES USA LLC

QUALITY CONSTRUCTION & PROD.

Quality Construction and Production, LLC

Quality Construction and Production, LLC

QUALITY DOCKSIDE LLC

QUALITY ENERGY SERVICES INC

Quality Energy Services, Inc

Quality Energy Services, Inc.

Quality Energy Services, Inc.

Quality Energy Services, Inc., R&R Boats, Inc., Sparrows Offshore, LLC, Swivel Rental & Supply, L.L.C., Tobias, Inc.

QUALITY PIPELINE & CONSTRUCTION INC

QUALITY PREHEAT & PRESSURE WASHERS

Quality Process Services

QUALITY PROCESS SERVICES LLC

Quality Process Services, LLC

Quality Process Services, LLC

Quality Production Management, LLC

QUALITY PRODUCTION MANAGEMENT, LLC

Quality Production Management, LLC and Quality Construction and Production, LLC

Quality Rental Tools, Inc.

QUANTA MARINE SERVICES LLC

QUARANTINE BAY LLC

Quarantine Bay, LLC

QuarterNorth Energy
QUARTERNORTH ENERGY
QUARTERNORTH ENERGY LLC
QuarterNorth Energy LLC
QUINTANA OFFSHORE INC
QUORUM BUSINESS SOLUTIONS (USA) INC.
Quorum Business Solutions (USA), Inc
Quorum Business Solutions, Inc.
R & B OIL COMPANY, LLC
R & R RIG SERVICE, INC.
R&R BOATS
R&R Boats, Inc.
R&R BOATS, INC.
R&R ENERGY SERVICES LLC
R. & R. Boats, Inc.
R. and R. Boats, Inc.
R360 ENVIRONMENTAL SOLUTIONS LLC
R360 ENVIRONMENTAL SOLUTIONS OF LOUISIANA, LLC
RABENSBURG, R. ALENE
RAGLAND, TRACEY CLARK
RAILROAD COMMISSION OF TX
RAINS LOVE, JASON A.
RALACO LLC
RALEIGH UPSHAW, MICHAEL
RAMCO TECH SERVICES, INC.
RAMCO TECH SEVICES INC
RAMSBURG, III,, CHARLES J.
RAMSHORN INVESTMENTS INC
RAND EXPLORATION LLC
RANDY MOERTLE AND ASSOCIATES INC
Randy Williams
RANSONET, ZEBE N.
RARESHIDE, ELISABETH A
RAWLS, JAMES H
RAY C FISH FOUNDATION
RAY, THOMAS
RCI CONSULTANTS, INC
RCL Capital Management LLC
RCP Inc.
RCP Inc.
RCS LLC
RDG Cameron, LLC
RDG Cameron, LLC
RDMB HOLDINGS, INC

RE TRUST
READ, HENRY J
REC MARINE LOGISTICS LLC
REC Marine Logistics, LLC
RECKLEIN, SETH R.
RED FOX ENVIRONMENTAL SERVICES INC
RED HAT RENTALS
RED LINE CONSULTING LLC
REDAN ADVISORS, LLC
REDFEARN KITCHEN, PETER
REDMON JOHNSON, TINA ANN
REED, BYRON J.
REGIONS BANK
REH FAMILY LTD
REID, ROBERT M.
RELIANCE EAGLEFORD UPSTREAM
RELYCO SALES INC
REMINGTON OIL & GAS CORPORATION
RENAISSANCE OFFSHORE LLC
RENAISSANCE OFFSHORE, LLC
RENE CROSS CONSTRUCTION INC
RESOURCE RENTAL TOOLS, LLC
Resources Development Group
RESOURCES DEVELOPMENT GROUP
RESTARICK-CAFFREY PROPERTIES LLC
RETIF OIL & FUEL
RETIF OIL & FUEL, LLC
REV
Rev Broadband
REV BROADBAND
REYLON NUTEC USA, LLC
REYNEN, COTY C.
RGZ INVESTMENTS, LTD
RICHARD DEARING & JACQUELINE DEARING LIVING TRUST
RICHARD E SILER DEBORAH J SILER JT
RICHARD, ANDREW S.
RICHARD, HAROLD J.
RICHARD'S RESTURANT SUPPLY INC.
RIDGEWOOD ENERGY CORPORATION
RIEPE, CHRISTIAN
RIEPE, PETE
RIEPE, RANDALL S.
RIEPE, TIMOTHY
Rig-Chem LLC

RIGCHEM, LLC
RIGHT HAND OILFIELD ASSOCIATES LLC
Right Hand Oilfield Associates, LLC
RIGHT HAND OILFIELD ASSOCIATES, LLC
RIGNET INC
RIGNET, INC
Rignet, Inc.
RIGNET, INC.
RILEY, BRANDON S.
RILEY, JOHN E.
RINEBOLT, DOROTHY ANNE
RIO FUEL & SUPPLY
RIP TIDE INVESTORS INC
RIPPETOE, TOM
RIPTIDE INVESTORS INC
RIVAS, RAFAEL
RIVER RENTAL TOOLS INC
River Rental Tools, Inc.
River Rental Tools, Inc.
RIVER RETNAL TOOLS, INC
RIVERON CONSULTING LLC
RIVERSTONE INVESTMENTS GROUP
RIVET, DREW A.
RKL HOLDINGS LLC
RME PETROLEUM COMPANY
RME SAFETY AND ENVIRONMENTAL LLC
RMGI PROPERTIES LLC
RNR PRODUCTION LAND AND
RNR PRODUCTION, LAND AND CATTLE COMPANY
ROBERT A SCHROEDER INC
ROBERT A. SCHROEDER, INC.
ROBERT HALF
ROBERTS, DAVID M.
ROBERTS, JUSTIN B.
ROBERTS, LACY
ROBICHAUX, HOWARD P.
ROBINSON BROWNE, ELISE
ROBINSON GOSS, MARY
ROBINSON, JOHNNY E.
Rockenbaugh, Wilfred
ROCKING T LLC
RODA DRILLING LP
RODA DRILLING, LP
RODGERS II, WILLIAM JOHN

RODGERS, JOHN P.

RODGERS, MARY ANNE

Rodney Dykes

RODRIGUE, KIRK J.

RODRIGUEZ, BELINDA

ROGERS, HOWARD G

ROGERS, JOHN F

ROGERS, RODNEY A

ROGERS, SELWYN PHILLIPS

ROHLEDER EXPLORATION INC

Roman Catholic Church Of, The HWB

ROMERO, CHASE L.

ROMERO, MITCHELL

ROMERO, ROCKY J.

RON WHITE CONSULTANTS LLC

RONALD T MONSOUR AND PAMELA G MONSOUR

Ronquillo, Todd

RONQUILLO, TODD J.

ROSALES, CRISTOBAL E.

Rosario Saldana

ROSE, JEREOMY W.

ROSE, JILL O

ROSEFIELD

ROSEFIELD OPERATING CO, LLC

Rosefield Operating Company, LLC

Rosefield Operating Company, LLC

ROSEFIELD PIPELINE COMPANY LLC

ROSETTA RESOURCES OFFSHORE LLC

ROSS, TERRENCE R.

ROTH, EDWARD GARY

ROTORCRAFT LEASING COMPANY LLC

ROTORCRAFT LEASING COMPANY, LLC

ROUEN, MAURICE L.

ROUNDTREE & ASSOCIATES INC

ROUSSET, DILLON J.

ROY SUPPLY CO., INC.

ROYAL OFFSHORE LLC

ROYAL PRODUCTION

ROYAL PRODUCTION COMPANY INC

ROZAS, ANTHONY J.

RUMORE, DYLAN J.

RUNNER Agency

Rusk at San Jacinto Building Investors, L.P. d/b/a the Star

RUSK AT SAN JACINTO BUILDING INVESTORS, L.P. D/B/A THE STAR

RUSSELL, JOHN S.

RUSSO EXPLORATION LLC

Ryan Omohundro

Ryan, LLC

RYAN, LLC

Ryan, LLC

RYDER SCOTT CO, LP

RYDER SCOTT COMPANY LP

RYLAND III, ALGERNON P

S & J Marina LLC

S&J MARINA LLC

S2 ENERGY

S2 ENERGY 1 LP

S2 ENERGY OPERATING, LLC

Sabine Environmental Services, LLC

SABINE ENVIRONMENTAL SERVICES, LLC

SABINE ROYALTY TRUST

SAFETY MANAGEMENT SYSTEMS LLC

SAFETY MANAGEMENT SYSTEMS, LLC

SAFEZONE SAFETY SYSTEMS LLC

SAGONA, JARED A.

SAK, DEBBIE K

SALLY DEAN BURK TRUST

SALLY ELIZABETH BURK TRUST

SALT DOMES PARTNERSHIP

SAM, KEVIN L.

Samantha Chilton

Samedan Oil Corporation

SAMPSON, STEWART L.

SANARE

SANARE ENERGY PARTNERS, LLC

SANCHEZ, PEARL MONDOR

SANDERS JR ET AL, ROBERT

SANDERS JR, ROBERT

SANDERS, CRAIG L

SANDERS, RANDAL E

SANDERS, RANDALL E

SANDERS, RICHARD C

SANDERS, RODNEY T

SANDERS, RONALD S

SANDERS, SEAN O.

SANDERS, SYLVIA A

SANDRA C CHALSTROM LLC

SANDRIDGE ENERGY OFFSHORE, LLC

SANTE FE ENGINEERING AND CONSTRUCTION CO
SAUCIER, MICHAEL J.
SBM JR, LLC
SBS ENERGY SERVICE LLC
SBS ENERGY SERVICES LLC
SCANA PETROLEUM RESOURCES INC
SCHAFER, JAMES D
SCHAFER, JASON M.
SCHAFFER, VIRGINIA M
SCHAMBO MANUFACTURING
SCHAMBO MANUFACTURING LLC
SCHEIDERICH, CHRISTINA B.
SCHLUMBERGER TECHNOLOGY CORP
SCHLUMBERGER TECHNOLOGY CORPORATION
SCHNEIDER, HELEN CHALSTROM
SCHNEIDER, SANDRA GOLDSTIEN
Schoeffler Energy Group, Inc.
SCHOEFFLER ENERGY GROUP, INC.
SCHOLASTIC ADVERTISING INC
SCHROEDER, ROBERT A
SCHULLER, KATHLEEN IMBER
SCHUMACHER, NATHAN T
SCHWING, ELEANOR
SCOTT FLUKE LLC
SCOTT MCKENZIE, AMY
SCOTT, TROY L.
SD RIAL COMPANY, LLC
SEA ROBIN PIPELINE COMPANY LLC
Sea Robin Pipeline Company, LLC
Sea Robin Pipeline Company, LLC
Sea Robin Straddle Plant
SEA ROBIN STRADDLE PLANT
SEABROOK, JEFFREY L.
SEACOR Liftboats LLC
SEACOR LIFTBOATS LLC
SEACOR Marine LLC
SEACOR MARINE LLC
SEACOR Power
SEACOR POWER
SEALS, ERBY S.
SEAL-TITE INTERNATIONAL LLC
SEATRAX INC
Seatrax Services, Inc.
Seatrax Services, Inc.

Seatrax, Inc.
SEATRAX, INC.
SECON INC
SECORP INDUSTRIES
Secorp Industries Partnership
SECURITIES & EXCHANGE COMMISSION
SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE
SECURITIES & EXCHANGE COMMISSION - NY OFFICE
SEGURA IV, JAMES M.
SEIDLER OIL & GAS LP
SEISMIC EXCHANGE, INC.
SEITHER TURBINE SEVICES, LLC
SELECT OILFIELD SERVICES LLC
Seneca Resources Company, LLC
Seneca Resources Company, LLC
Seneca Resources Company, LLC
Seneca Resources Company, LLC f/k/a Seneca Resources Corporation
Seneca Resources Company, LLC, f/k/a Seneca Resources Corporation
Seneca Resources Company, LLC, f/k/a Seneca Resources Corporation
SENECA RESOURCES CORPORATION
SENECA, CLYDE J.
SENTER, CAROLINE
SENTER, JAMES
SESSIONS, ROY
SETPOINT INTEGRATED SOLUTIONS, INC.
SETTOON CONSTRUCTION INC
SEYMOUR WEISS FAMILY TRUST
SEYMOUR WEISS TESTAMENTARY TRST FBO MEGAN
SEYMOUR WEISS, DAVID
SF 49 PIPELINE LLC
SHADDOCK CLEMENTS, NANCY EDITH
SHADDOCK JR, WM E
SHALLOW DRAFT ELEVATING
SHALLOW DRAFT ELEVATING BOATS INC
Shallow Draft Elevating Boats, Inc.
Shallow Draft Elevating Boats, Inc.
SHAMROCK MANAGEMENT LLC
SHAW CHERNOSKY, MARGARET
SHAW, HENRY SIMON
SHAW, WILLIAM G
SHAW-EWALD, EDITH YVONNE
SHEFFIELD, JONATHAN W.
SHELKEY EQUIPMENT
Shell

SHELL DEEPWATER DEVELOPMENT INC

SHELL EXPLORATION COMPANY

SHELL GAS PIPELINE COMPANY

SHELL OFFSHORE INC

Shell Offshore Inc.

Shell Offshore Inc.

Shell Offshore Inc. and Shell Trading (US) Company

Shell Offshore Inc., Shell Trading (US) Company

SHELL OFFSHORE, INC., SHELL USA INC., AND OTHER RELATED AFFILIATES

SHELL OIL COMPANY

Shell Oil Company Foundation

SHELL OIL COMPANY FOUNDATION

SHELL PIPE LINE CORPORATION

Shell Trading (US) Company

SHELL TRADING (US) COMPANY

Shell USA, Inc.

Shell USA, Inc.

SHIDLER, ANDREW M.

SHIPLEY, BRYAN L.

SHORE OFFSHORE SERVICES LLC

SHORE OIL CORPORATION

SHORELINE SOUTHEAST LLC

SHRED-IT USA, LLC

SHRM CATERING SERVICES LLC D/B/A ESS SUPPORT SERVICES WORLDWIDE

SHV ENERGY CORP

SIDLEY AUSTIN LLP

SIFUENTES, MAYRA A.

SIGLER, BYRON L.

SIGNAL ADMINISTRATION INC.

Signal Mutual Indemnity Association, Ltd.

SIGNAL MUTUAL INDEMNITY ASSOCIATION, LTD.

SIMMONS, GAYDELL E GASPARD

SIMON WEISS PROPERTIES LLC

SIMON, JORDAN C.

SIMONS, ROSANNE

SIMONS, TRAVIS R.

SIMPSON, GEORGE L

SIMPSON, MILDRED BUCK

SIMPSON, SHANNON E.

SIMS, RENARDO C.

SINCLAIR OIL & GAS COMPANY, ET AL

Sirius America Insurance Company

Sirius America Insurance Company

SIRIUS SOLUTIONS LLLP

SISTRUNK, LARRY T.
SIZELER, IRVING W
SKAINS, MICKEY W.
SKELLY OIL COMPANY
SKYE PROPERTIES PRTNRSHP
SLOVER, RONALD E.
SLYVESTER LAW FIRM
SMALL, KEVIN A
SMETANA, JAMES R.
SMITH AND CONS TRACTOR + EQUIPMENT INC
SMITH INTERNATIONAL INC
SMITH INTERNATIONAL, INC.
SMITH, ADAM D.
SMITH, ALAN
SMITH, C MICHAEL
SMITH, CLYDE F.
SMITH, MARSHALL D.
SMITH, PHILLIP D.
SMITH, SHELTON
SNYDER LAND MANAGEMENT LLC
SNYDER VENTURES OF LA INC
SNYDER, LUELLA VIRGINIA
SNYDER, MARY JOHN
SNYDER, SARAH JANE
SOILEAU CATERING, LLC
SOILEAU, MICHAEL
Sol Royalties Inc. (SOIRI)
SOMMER, DUANE A.
SOMMER, KURT G.
SONAT EXPLORATION GOM INC.
SONNYANNE PROPERTIES, LLC
SONOCO WHOLESALE GROCERS
Sooner Pipe LLC
SOONER PIPE, LLC
SORRELLS, C C
SOTEC LLC
SOUDELIER, SHANNON M.
SOURCE PETROLEUM
South Coast Gas Co., INC.
SOUTH COAST GAS CO., INC.
SOUTH SHORE OIL AND DEVELOPMENT COMPANY
SOUTHERN CRANE & HYDRAULICS LLC
SOUTHERN GAS AND SUPPLY OF MISSISSIPPI, INC.
Southern Imaging Solutions, Inc.

SOUTHERN NATURAL GAS COMPANY (SONAT)
SOUTHERN NATURAL GAS COMPANY LLC
SOUTHWEST PETROLEUM CO LP
SOWELL, LUTHER C.
SP 49 Pipeline LLC
SP 49 PIPELINE, LLC
SP PLUS CORPORATION
SPANN, MAURICE D.
SPAR EXPLORATION LLC
SPARKLETTS
SPARROWS OFFSHORE LLC
Sparrows Offshore, LLC
Sparrows Offshore, LLC
SPARTAN OFFSHORE DRILLING LLC
SPARTAN THRU TUBING SERVICES LLC
Special Master
SPECIAL MASTER
SPECIALTY EQUIPMENT SALES
SPECIALTY OFFSHORE INC
Specialty Offshore, Inc.
SPECIALTY OFFSHORE, INC.
Spectrum
Spectrum
Spectrum GOM East LLC, Spectrum GOM West LLC, Spectrum GOM Central LLC, and Spectrum GOM
Non-Op LLC
SPENCE, DRUEY W.
SPENCE, TED A
SPINDLER, JAMES C.
SPINNAKER EXPLORATION COMPANY
SPL INC
SPL INCORPORATED
SPL, INC.
SPS JR LLC
SR, FLOYD RUSSO
ST AMAND, STEPHEN S.
St Bernard Parish
ST BERNARD PARISH
ST JAMES EPISCOPAL CHURCH
St Joseph Co-Cathedral, The HWB
ST LUKES EPISCOPAL CHURCH
ST MARTIN PARISH SCHOOL BOARD
ST MARY PARISH SCHOOL BOARD
ST. BERNARD PARISH
St. Bernard Parish Sheriff's Office

ST. BERNARD PARISH SHERIFF'S OFFICE

St. Bernard Parish Tax Collector

ST. MARY PARISH GOVERNMENT

St. Mary Parish Sheriff's Office

ST. MARY PARISH SHERIFF'S OFFICE

St. Mary Parish Water & Sewer Commission No. 3

ST. MARY PARISH WATER & SEWER COMMISSION NO. 3

ST. MARY PARISH WATER & SEWER COMMISSION NO.3

STACKPOLE, RICHARD T.

STAGG MARINE TRANSPORTATION INC

STAGG, IVORY

STALCUP JR, ROBERT E

STALLION OFFSHORE QUARTERS INC

STANDARD INSTRUMENT SERVICE INC

STANLEY STOCKSTJIL FAMILY PROPERTIES LLC

STANN, JOSEPH O.

STANOLIND OIL & GAS COMPANY

STANTON, DIANE G

STAR MEASUREMENT SALES AND SERVICE, INC.

Starlink

STARLINK

Starnet Insurance Company

STARNET INSURANCE COMPANY

Starr Indemnity & Liability Company

STARR INDEMNITY & LIABILITY COMPANY

STARRETT ROYALTY, LLC

Starstone National Insurance Company

STARSTONE NATIONAL INSURANCE COMPANY

STATE LAND OFFICE, DIVISION OF ADMINISTRATION, STATE OF LOUISIANA

STATE LAND OFFICE, STATE OF LOUISANA

STATE MINERAL AND ENERGY BOARD OF THE STATE OF LOUISIANA

STATE MINERAL BOARD OF THE STATE OF LOUISIANA

STATE OF ALABAMA ATTORNEY GENERAL

STATE OF DELAWARE ATTORNEY GENERAL

STATE OF LOUISIANA

STATE OF LOUISIANA - DEPARTMENT OF ENVIRONMENTAL QUALITY

STATE OF LOUISIANA ACTING THROUGH ITS GOVERNOR

STATE OF LOUISIANA ATTORNEY GENERAL

STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ)

State of Louisiana Dept. of Natural Resources, Offc. of Mineral Resources, Mineral Income Div.

STATE OF LOUISIANA DOT

STATE OF LOUISIANA PARISH OF ST MARY

State of Louisiana, Attorney General

STATE OF LOUISIANA, ATTORNEY GENERAL

STATE OF LOUISIANA, ATTORNEY GENERAL / LOUISIANA DEPARTMENT OF NATURAL RESOURCES

State of Louisiana, Department of Natural Resources

State of Louisiana, Dept. of Natural Resources, Offc. of Coastal Management

State of Louisiana, Dept. of Natural Resources, Offc. of Conservation

State of Louisiana, Dept. of Natural Resources, Offc. of Conversation

State of Louisiana, Dept. of Natural Resources, Offc. of Costal Management

State of Louisiana, Dept. of Natural Resources, Offc. of Mineral Resources

STATE OF LOUISIANA, STATE LAND OFFICE

State of Louisiana, through the Department of Natural Resources

STATE OF MISSISSIPPI ATTORNEY GENERAL

STATE OF TEXAS ATTORNEY GENERAL

STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY

STATOIL MARKETING & TRADING

Stecialty Offshore, Inc.

Steel Service Oilfield Tubular, Inc.

Steel Service Oilfield Tubular, Inc.

STEEL TRADING CORPORATION OF AMERICA

STELLER, MICHAEL C.

STEMCOSKY, ROBERT W.

STEPHEN G PELTIER FAMILY, LLC

STEPHENS PRODUCTION

STEPHENS, ELIZABETH

STEPHENS, SAMUEL G

STERNBERG, NACCARI & WHITE LLC

STEVE FARIA AND CONNIE FARIA

STEVENS, JAMES E.

STEVENSON, ROBERT L.

Stewart Robbins Brown & Altazan LLC

STEWART, DEBRA H.

STEWART, JASON R.

STIFEL, NELL W

STINGRAY P/L COMPANY LLC

Stingray Pipeline Company L.L.C.

STINGRAY PIPELINE COMPANY LLC

STINGRAY PIPELINE COMPANY, LLC

STOCKSTILL, AMY

STOCKSTILL, DEXTER JOHN

STOCKSTILL, GREGORY ISMAEL

STOCKSTILL, JOSEPH KEITH

STOCKSTILL, ROBERTA LUCILLE

STOCKSTILL, RODNEY WILLIAM

STOCKSTILL, RUSSELL

STODGHILL, BEN C

STODGHILL, MARILYN A
STOKES & SPIEHLER OFFSHORE, INC.
STOKES & SPIEHLER ONSHORE INC
STONE ENERGY CORPORATION
STONE ENERGY OFFSHORE
STONE ENERGY OFFSHORE LLC
Stone Pigman
STONE PIGMAN WALTHER WITTMAN, LLC
STONE, RALPH A
STONER, FRANCES G
STONER, LINDA
STORMGEO INC
STRATOS OFFSHORE SERVICES COMPANY
Stream Family Ltd
STREAM FAMILY LTD
Stream Family Trust, L.L.C.
STREAM FAMILY TRUST, L.L.C. / RDG CAMERON, LLC
STRINGER, ALEXANDER E.
STUMPF, RODNEY P.
Subject Petitioning Creditors
SUBMAR, INC.
SUCC. OF GUSTAVE W. CARMADELLE JR
SUCCESSION OF BARBARA S EDISEN
SUCCESSION OF EVA SONS LANDERS
SUCCESSION OF HELEN CHALSTROM
SUCCESSION OF HENRY P DART, JR
SUCCESSION OF JEANETTE BLEDSOE OGDEN
SUCCESSION OF JOSLYN ANDERSON DE LA HOUSSAYE
SUCCESSION OF LEAH N SCHREIER
SUCCESSION OF LYLLIAN JEAN DUMESNIL JONES
SUCCESSION OF LYLLIAN JEAN UMENSNIL JONES
SUCCESSION OF WILLIAM M SNYDER JR
SUCCESSION OF WINIFRED H GUIDRY
SUDDERTH, THOMAS N.
SUGARBERRY-KIRBY JV LTD
SUIRE, PIERRE J.
SUN OIL COMPANY
SUN OPERATING LIMITED PARTNERSHIP
SUNDANCE MINERALS I
SUNGAS
SUPERIOR ENERGY SERVICE LLC
SUPERIOR ENERGY SERVICES LLC
SUPERIOR ENERGY SERVICES, LLC
SUPERIOR OIL

SUPERIOR PERFORMANCE INC.
SUPERIOR TANK
SUPERIOR TANK COMPANY, INC.
SUPREME SERVICE & SPECIALTY CO INC
Supreme Service & Specialty Co., Inc.
SURETEC INDEMNITY COMPANY
SURETEC INSURANCE COMPANY
SUREWAY SUPERMARKET
SURVIVAL SYSTEMS INTERNATIONAL INC
SWEARINGEN A/K/A MARY JUDE DUGAS, MARY JUDE
Swiss Re International Se
SWISS RE INTERNATIONAL SE
Swivel Rental & Supply
SWIVEL RENTAL & SUPPLY LLC
Swivel Rental & Supply, L.L.C.
Swivel Rental & Supply, LLC
Swivel Rental & Supply, LLC
SWK CONSULTING LLC
SYLVE, ANGELO J.
T & B REPAIRS, INC.
T&T Marine Salvage
T&T MARINE SALVAGE, INC.
TABS ENERGY OFFSHORE LLC
TAILING INTERNATIONAL LLC
TAILING INTERNATIONAL, LLC
TALA ENVIRONMENTAL LLC
TALA ENVIRONMENTAL, LLC
TALBOT, BERNICE H.
TALOS
TALOS ENERGY LLC
TALOS ENERGY OFFSHORE LLC
TALOS ENERGY OFFSHORE, LLC
Talos Energy Ventures, LLC
Talos Energy, LLC
TALOS ERT LLC
Talos Production LLC
TALOS RESOURCES LLC
TAMMANY ENERGY VENTURES
TAMMANY ENERGY VENTURES LLC
TAMPNET INC
Tampnet Inc.
TAMPNET INC.
Tampnet, Inc.
TANA EXPLORATION COMPANY

TANA EXPLORATION COMPANY LLC

Tana Exploration Foreclosure

TANA EXPLORATION FORECLOSURE

TANA OIL AND GAS CORPORATION

TANKS-A-LOT INC

TAR, LLC

TAR,LLC

Targa LA Operating LLC

Targa LA Operating LLC

TARGA MIDSTREAM LIMITED PARTNERSHIP

TARGA MIDSTREAM SERVICES LIMITED PARTNERSHIP

Targa Midstream Services LLC

TARGA MIDSTREAM SERVICES LLC

TARPON OPERATING & DEVELOPMENT

TARPON RENTAL INC

TARVER, COBY B.

Tate, Penny Peltier

TAYLOR CAFFERY, INDIVIDUALLY AND ON BEHALF OF OTHERS

TAYLOR, MICHAEL D.

Taylor, Porter, Brooks & Phillips, L.L.P.

TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.

TAYLOR'S INDUSTRIAL SPECIALITIES

TBS OFFSHORE INC

TC ENERGY

TC OFFSHORE

TC OIL

TC OIL LOUISIANA, LLC

TDC ENERGY CORPORATION

TEBO, JEROME J.

TECHNICAL ENGINEERING

TECHNICAL ENGINEERING CONSULTANTS LLC

TEIKOKU OIL (NORTH AMERICA) CO LTD

TELEDYNE MOBILE OFFSHORE

TENNECO EXPLORATION II LTD

TENNECO GAS INC.

TENNECO OIL COMPANY

TENNECO VENTURES CORPORATION ET AL

TENNESSEE GAS PIPELINE COMPANY

TENNESSEE GAS TRANSMISSION COMPANY

TERREBONNE PARISH

TERRY FLUKE LLC

TESCO OFFSHORE SERVICES INC

TESVICH ENTERPRISES LLC

TETRA TECHNOLOGIES, INC.

TETT, HUBERT
TEX MONCRIEF EXPLORACOUNT II LLC
TEXACO EXPLORATION & PRODUCTION INC.
TEXACO EXPLORATION AND PRODUCTION INC
TEXACO INC
TEXACO INC.
TEXACO PIPELINES LLC
TEXAN LP
TEXAS A&M FOUNDATION
TEXAS AIRCRAFT MANAGEMENT, INC.
Texas Capital Bank
TEXAS CAPITAL BANK
Texas Comptroller of Public Accounts, Unclaimed Property Division
TEXAS EASTERN EXPLORATION CO
TEXAS EASTERN TRANSMISSION CORPORATION
TEXAS GRAPHIC RESOURCE, INC.
TEXAS GULF, INC.
TEXAS LEHIGH CEMENT COMPANY, LP
Texas Mutual Insurance Company
TEXAS MUTUAL INSURANCE COMPANY
TEXAS PETROLEUM INVESTMENT COMPANY
TEXAS PRODUCTION COMPANY
Texas Railroad Commission
TEXAS RAILROAD COMMISSION
TEXAS SE GAS GATHERING
TEXAS SOUTHEASTERN GAS
Texas State Board of Public Accountancy
TEXAS STATE BOARD OF PUBLIC ACCOUNTANCY
Texas State Comptroller's Office Unclaimed Property
TEXAS STATE COMPTROLLER'S OFFICE UNCLAIMED PROPERTY
TEXAS WORKFORCE COMMISSION
TEXOIL ENERGY, INC.
TGS NOPEC
TGS Seismic Data
TGS SEISMIC DATA
TGS-NOPEC Geophysical Company
TGS-NOPEC Geophysical Company
TGS-NOPEC GEOPHYSICAL COMPANY ASA
THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND
THE ADMINISTRATORS OF THE TULANE UNIVERSITY EDUCATIONAL FUND
THE ATLANTIC REFINING COMPANY
THE BAYOU COMPANIES INC
The Cadle Company II, Inc.
THE CADLE COMPANY II, INC.

The Cadle Company II/Linder Oil Co.
THE CADLE COMPANY II/LINDER OIL CO.
THE CALIFORNIA COMPANY
THE CAROLINE F BAKER TRUST NO 1
THE CAROLINE F BAKER TRUST NO I JPMORGAN CHASE BANK NA TRUSTEE
THE CHALKLEY EXPLORATION GROUP LLC
THE CITY OF NEW ORLEANS TRUSTEE OF THE EDWARD WISNER DONATION
THE COMPLIANCE GROUP INC
THE EDWARD WISER DONATION CITY OF NEW ORLEANS
THE EPISCOPAL MEDIA CENTER INC
THE ESTATE OF J BURTON WILLIS
THE ESTATE OF MILDRED B. HESKETT
The Estate of Wayne de la Houssaye
THE FEIL ORGANIZATION
THE GOOD FIGHT FOUNDATION INC
THE HANOVER INSURANCE COMPANY
THE HARTFORD
The Highlander Oil & Gas LLC/Jeanerette Minerals Well and Unit in lower St. Martin Parish
THE HOUSTON EXPLORATION COMPANY
The Hydro Carbon Flow Specialist, Inc.
THE HYDRO CARBON FLOW SPECIALIST, INC.
THE HYDROCARBON FLOW SPECIALIST INC
THE INTERNATIONAL INSTITUTE FOR CPR
THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK GRANDCHILDREN CLASS TRUST
THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR JOANNA PIERCE BROOK
THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR KRISTI LEONARD BROOK
THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR MARY ELLEN BROOK
THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR NYDA SUZANNE BROOK
THE JACK PIERCE BROOK AND MARY JO LEONARD BROOK TRUST FOR RUTH RENE BROOK
THE LARGO COMPANY
The Lavies Partnership
THE LEE FAMILY TRUST
THE LOUISIANA LAND AND EXPLORATION COMPANY
THE MAZE CREWS IRREVOCABLE TRUST #1
THE MAZE CREWS IRREVOCABLE TRUST #2
THE MAZE CREWS IRREVOCABLE TRUST #3
THE MAZE CREWS IRREVOCABLE TRUST #4
THE MAZIE CREWS 2008 LIVING TRUST
THE MAZIE CREWS 2008 LIVING TRUST ET AL
THE MAZIE CREWS IRREVOCABLE TRUST #1
THE MAZIE CREWS IRREVOCABLE TRUST #2
THE MAZIE CREWS IRREVOCABLE TRUST #3
THE MAZIE CREWS IRREVOCABLE TRUST #4
The McPherson Companies Inc

THE NATURE CONSERVANCY

THE PELTIER FOUNDATION

THE PRUDENTIAL INSUANCE COMPANY OF AMERICA

The Prudential Insurance Company Of America

THE PURE OIL COMPANY

THE REYNOLDS COMPANY

THE ROYAL BANK OF SCOTLAND PLC, AS ADMINISTRATIVE AGENT

THE SALVATION ARMY

THE SALVATION ARMY INC

THE STANDARD OIL COMPANY (OHIO), ET AL

THE STAR

THE STATE OF TEXAS GENERAL LAND OFFICE

THE SUPERIOR OIL COMPANY

THE TEXAS COMPANY

THE TRAVELERS INDEMNITY COMPANY

THE UNIVERSITY OF THE SOUTH

The Watermaker Co.

THE WATERMAKER CO., INC.

THE WILLIAM G HELIS COMPANY LLC

THE WILLIAM G HELLIS COMPANY

THEALL, ELLIOTT J.

THEODORA LONG HODGES SURVIVORS TRUST

THEOPHILUS OIL GAS & LAND SERVICES LLC

THERIOT HOLDINGS, L.L.C.

THIBODAUX, FAITH ANNE GUILLOTTE

THIBODEAUX, HARLEY J.

THIBODEAUX, JUSTIN C.

THIRD COAST INFRASTRUCTURE LLC

Third Coast Midstream

THIRD COAST MIDSTREAM

Third Coast Midstream Holdings, L.L.C.

THIRD COAST MIDSTREAM HOLDINGS, LLC

THOMAS ENERGY SERVICES HOLDING INC

THOMAS SERVICES LA LLC

THOMAS, DALLAS

THOMPSON ACQUISITION, LLC

Thompson Coburn LLP

THOMPSON COBURN LLP

THOMPSON, LAWRENCE M.

THOMPSON, TREVARIUS V.

Throckmorton Energy

THROCKMORTON ENERGY

THRU TUBING SYSTEMS INC

THRU TUBING SYSTEMS, INC

Thru Tubing Systems, Inc.

Thru Tubing Systems, Inc.

Tibbs, Lois

TIDE WATER ASSOCIATED OIL COMPANY

TIDELANDS MARINE SERVICES INC

TIDEWATER OIL COMPANY

TIGER OFFSHORE RENTALS

TIGER SAFETY, LLC

TIM'S MARINE, INC.

TMH INVESTMENTS INC

Tobias Inc.

Tobias Inc.

Tobias, Inc.

Tobias, Inc.

TOC

Tokio Marine HCC

TOKIO MARINE HCC

TOLBIRD, WILLIAM B.

TOMANIO, JO ANNE

TOPCOR OFFSHORE LLC

TORRES, MELISSA R.

TOTAL E&P USA INC ET AL

TOTAL MEASUREMENT SOLUTIONS LLC

Total Production Supply LLC

Total Production Supply LLC

Total Production Supply LLC, M&H Enterprises Inc., Petro Pull LLC, Petroleum Coordinators Inc., Offshore Air and Refrigeration Inc., Chalmers Collins and Allwell, and

Total Production Supply, LLC

TOTAL PRODUCTION SUPPLY, LLC

TOTAL SAFETY US INC

TOTAL SAFETY US INC.

TOTAL WASTE SOLUTIONS LLC

Total Waste Solutions, LLC

Total Waste Solutions, LLC

TOTALFINAELF E&P USA INC

TOUPS, GLENN P.

TOVAR, DAYNA ANGELE

TOWER ENERGY CO INC

TOWER LAND COMPANY LLC

Town of Grand Isle

TOWN OF GRAND ISLE

TPS-West LLC

Tracey Conrad

TRADE & DEVELOPMENT CORPORATION

TRADEBE ENVIRONMENTAL SERVICES, LLC
TRADITIONAL ROYALTY LLC
TRAHAN, DAVID
TRAHAN, JOHN
TRAHAN, STEPHEN J.
TRANSCONTINENTAL GAS PIPE LINE CORPORATION
TRANSCONTINENTAL PRODUCTION COMPANY
TRANSTAR CORPORATION
TRANSUNION RISK AND ALTERNATIVE
TRANSZAP, INC.
Travelers Casualty & Surety Company
TRAVELERS CASUALTY & SURETY COMPANY
Travelers Casualty & Surety Company of America
Travelers Casualty and Surety Company of America
TREUIL MILLS, PEARL ANNE
TREUIL, AARON STEWART
TREUIL, LAWRENCE E
TREUIL, MARY JEANNE
TRIDENT EXPLORATION, LLC
TRIFECTA OIL & GAS, LLC
Trimont Energy
TRIMONT ENERGY
TRIMONT ENERGY / WHITNEY OIL
TRINITY II TRUST
TRINITY PETROLEUM INC TRUST
TRINITY TOOL RENTALS, LLC
TRIPKOVICH, LUKE D.
TRIPLE H CHEMICALS, INC.
TRIPOINT LLC
TRI-STATE ENVIRONMENTAL LLC
TRI-STATE ENVIRONMENTAL, LLC
Triton
TRITON GATH COMPANY LLC
Triton Gathering LLC
Triton Gathering LLC
Triton Gathering, LLC
TRI-UNION DEVELOPMENT CORPORATION
TROCHESSET, STEPHEN J.
TROMBATORE A/K/A JOSEPH B TROMBATORE II, JOSEPH B
TROMBATORE II, JOSEPH B
TROMBATORE, BENJAMIN J
TROMBATORE, LARRY V
TROSCLAIR, KEN P.
Truist Insurance Holdings, Inc.

Trunkline Field Services LLC

TRUNKLINE GAS COMPANY LLC

TRUSSCO, INC.

TRUST CREATED UNDER THE WILL OF JAMES MERCER ARGO

TSCHIDA, JEREMY A.

TUBULAR SOLUTIONS INC

TUBULAR SOLUTIONS, INC.

TUCKER, RICHARD L.

TULLY WEISS FIRST FINANCIAL TRST & ASSET

TUPELO PROPERTIES LLC

TURBO POWER SYSTEMS, INC.

TURNBERRY INC

TURNER, CAROL ELISABETH

TURNKEY OFFSHORE PROJECT SERVICES LLC

Turnkey Offshore Project Services, LLC

TURNKEY OFFSHORE PROJECT SERVICES, LLC

Turnkey Offshore Project Services, LLC (TOPS)

Tyler Laws

U S BANK NATIONAL ASSOCIATION

U S OIL & GAS INC

U. S. COAST GUARD

U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS

U.S. Bank National Association

U.S. DEPARMENT OF ENERGY

U.S. DEPARTMENT OF TRANSPORTATION

U.S. EPA

U.S. SPECIALTY INSURANCE COMPANY

U.S. SPECIALTY INSURANCE COMPANY / INDEMCO / TOKIO MARINE HCC

UNDERWRITERS AT LLOYDS LONDON

Underwriters at Lloyd's, London

UNION EXPLORATION PARTNERS, LTD.

Union Oil

UNION OIL

Union Oil Company of California

UNION OIL COMPANY OF CALIFORNIA

UNION PACIFIC RESOURCES COMPANY

UNION PRODUCING COMPANY

UNITED GAS PIPE LINE COMPANY

UNITED PRODUCTION & CONSTRUCTION SERVICES INC

UNITED PRODUCTION AND CONSTRUCTION

United States Coast Guard

UNITED STATES COAST GUARD

UNITED STATES DEPARTMENT OF COMMERCE

United States Department of Interior, Bureau of Safety & Environmental Enforcement (BSEE)

United States Department of the Interior

United States Department of the Interior

United States Department of the Interior, Bureau of Safety & Environment Enforcement(BSEE)

United States Department of the Interior, Bureau of Safety & Environmental Enforcement (BSEE)

United States Department of the Interior, Bureau of Safety and Environmental Enforcement

UNITED STATES DISTRICT COURT

United States Fire Insurance Company

UNITED STATES FIRE INSURANCE COMPANY

UNITED STATES OF AMERICA

United States Treasury

UNITED STATES TREASURY

United States Trustee

UNITED VISION LOGISTICS

UNIVERSAL EQUIPMENT INC

Universal Equipment, Inc.

Unlocal Pipeline Company

UNOCAL EXPLORATION CORP

UNOCAL EXPLORATION CORPORATION

UNOCAL P/L COMPANY

UNOCAL PIPELINE COMPANY

UPSHAW BAZE, MELANIE ANN

UPSHAW, BRIAN MATTHEW

UPSHAW, JOHN PAUL

UPSHAW, STEPHEN PATRICK

US ARMY CORPS OF ENGINEERS

US Bank

US BANK

US BANK NATIONAL ASSOCIATION

US DEPARTMENT OF INTERIOR - BUREAU OF OCEAN ENERGY MANAGEMENT

US Department of Interior Office of Natural Resource Revenue

US DEPARTMENT OF THE INTERIOR

US Department of the Interior – Office of Natural Resources Revenue

US DEPARTMENT OF THE INTERIOR - OFFICE OF NATURAL RESOURCES REVENUE

US DEPARTMENT OF THE INTERIOR BUREAU OF LAND MANAGEMENT

US DEPARTMENT OF THE INTERIOR BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT

US DEPARTMENT OF THE INTERIOR OFFICE OF THE SECRETARY

US Dept of Interior - Bureau of Safety and Environmental Enforcement

US DEPT OF INTERIOR - BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT

US Govt. Trustees Office

US GOVT. TRUSTEES OFFICE

US OIL & GAS INC

US Specialty Insurance Company

US TREASURY

USA COMPRESSION PARTNERS LLC

USA Compression Partners, LLC
USA COMPRESSION PARTNERS, LLC

USA on behalf of the US Department of the Interior's Bureau of Safety and Environmental Enforcement
USDOI BOEM
USGS & LOUISIANA STATE MINERAL BOARD
UTILITIES MANAGEMENT CONCEPTS, INC.
UV LOGISTICS LLC D/B/A UNITED VISION LOGISTICS
VAILES, CYNTHIA
VAN DE MARK, CRAIG M.
Variable Bore Rams, Inc.
VASTAR RESOURCES INC
VAUGHEY & VAUGHEY NO 2 LP
VAULT PRESSURE CONTROL, LLC
VCG ENERGY GROUP LLC
VCG Energy Group, LLC
VCG ENERGY GROUP, LLC
VELTROP, BRANDON E.
VENICE CORPORATION
Venice Energy Services Company, L.L.C.
VENICE ENERGY SERVICES COMPANY, L.L.C.
VENICE ENERGY SERVICES COMPANY, L.L.C. ("VESCO")
Venice Gas Plant
VENICE GAS PLANT
VENICE GATH COMPANY
VENICE GATHERING SYSTEM LLC
Venice Gathering System, L.L.C.
VENICE STEEL & PIPE, INC.
Venice Straddle Plant
VENICE STRADDLE PLANT
VENTURE PARTNERS LTD
VERCHER, STEVEN L.
VERDIN SR, HANK J.
VERDIN, RACHEAL A.
VERDUN
VERIFIED CONTROLS LLC
VERIFIED CONTROLS, LLC
VERIS GLOBAL, LLC
VERISTREAM, LLC
VERMILION CORPORATION
Vermilion Parish, Clerk of Court
VERMILION PARISH, CLERK OF COURT
VERMILLION EXPLORATION COMPANY
VERNON E. FAULCONER, INC.

VERSA INTEGRITY GROUP INC
VERSA INTEGRITY GROUP OF LOUISIANA INC
VERSA INTEGRITY GROUP, INC
VERSABAR INC
VERSABAR INC.
VERSAMARINE LLC
VERSATECH AUTOMATION SERVICES LLC
VHMP LLC
Vianey Garza
VICKERY PROPERTIES LLC
VIDEOCON
VIKING LIFE-SAVING EQUIPMENT (AMERICA) INC
Viking Life-Saving Equipment (America), Inc.
VIKING LIFE-SAVING EQUIPMENT, INC.
Vincent Devito
Vinson & Elkins L.L.P.
VIOLET R BUCK
VIRGINIA DEPT OF TAXATION
VIRGINIA EMPLOYMENT COMMISSION
VISION COMMUNICATIONS, LLC
Vision Production Chemical, LLC
Vision Production Chemicals LLC
VISION PRODUCTION CHEMICALS LLC
Vision Production Chemicals, L.L.C.
Vision Production Chemicals, LLC
Vision Producton Chemicals LLC
VISON & ELKINS, L.L.P.
VISTA CONSULTING GROUP INC.
VITAL SIGNS
VIVIAN BREAUX RESOURCES LLC
VMAZAL LLC
Vriana Portillo
W & T OFFSHORE INC
W M AVERILL INC
W&T ENERGY VI LLC
W&T O/S, INC.
W&T OFFSHORE INC
W&T Offshore, Inc
W&T Offshore, Inc.
W&T Offshore, Inc.
W&T Offshore, Inc., W&T Energy VI, LLC and their affiliates and subsidiaries
W&T Offshore, Inc..
WAINWRIGHT, SCOTT A
WALKER, SCOTT T.

WALL, CLIFFORD N.

WALL, JOHN B.

WALLACE, JEFFREY

Walter Oil & Gas Corp

WALTER OIL & GAS CORP

WALTER OIL & GAS CORPORATION

WALTHER, CHARLES EDWARD

WARNICK, DAVID P.

WARREN, GISELE L.

WARREN, ROBERT E

WARRIOR ENERGY SERVICES CORPORATION

Warshauer, Michelle Peltier

WASHINGTON III, DAVID

WASTE AUDITORS INC

WASTE AUDITORS, INC.

WASTE MANAGEMENT OF

WASTE MANAGEMENT OF LOUISIANA LLC

WASTE MANAGEMENT OF LOUISIANA, LLC

WATSON, JOSEPH Q

WATSON, SHEILA A.

WAUKESHA-PEARCE INDUSTRIES INC

WAUKESHA-PEARCE INDUSTRIES, LLC

WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC

WEATHERFORD INTERNATIONAL INC

WEATHERFORD U.S., L.P.

WEAVER, LUKE M.

WEBSTER, TRAVIS C.

WEEKS FAMILY LLC

WEGMANN, EDWARD F

WEISS FAMILY HERITAGE LLC

WEISS FOSBERG, ANONA

Weiss, Beverly Joan

WEISS, DAVID S

WEISS, JEANA

Weiss, Richard P

WELCH, PHILLIP E.

WELLAND COMPANY, INC.

WELLBORE FISHING & RENTAL TOOLS LLC

WELLBORE INTEGRITY SOLUTIONS LLC

WELLBORE SOLUTIONS, INC.

Wells Fargo

WELLS FARGO

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A.

WELLS FARGO BANK, N.A., AS ADMINISTRATIVE AGENT

WELLS FARGO SECURITIES

WELLS RESOURCES INC

Wendel Theriot dba Vital Signs

WERNER, JUDITH JONES

Wesco Distribution, Inc.

WESCO DISTRIBUTION, INC.

WESPAC ENERGY LLC

WEST CAMERON DEHYDRATION COMPANY LLC

WEST JEFFERSON INDUSTRIAL

WEST, CHRISTOPHER D.

WEST, DONALD M.

Westchester Fire Insurance Co

Westchester Fire Insurance Co.

WESTCHESTER FIRE INSURANCE COMPANY

Westchester Fire Insurance Company, Berkely Insurance Company, Travelers Casualty & Surety Company of America, Nationwide Mutual Insurance Company, and Argonaut Insurance Company

WESTERMAN, TIMMY M.

WESTERNGECO L.L.C.

WesternGeco, LLC

WesternGeco, LLC

WESTMOUNT RESOURCES, INC.

WESTPORT RESOURCES CORPORATION

WESTSTAR OIL & GAS, INC.

WESTWIND HELICOPTERS INC

Westwind Helicopters, Inc.

WESTWIND HELICOPTERS, INC.

WET TECH ENERGY INC

WET TECH ENERGY, INC.

WEX

WFS - LIQUIDS

WHETHAM, PERSONAL REP, MAUREEN

Whitco Pump & Equipment

WHITCO PUMP & EQUIPMENT, LLC

Whitco Supply, LLC

WHITCO SUPPLY, LLC

White & Case LLP

WHITE FLEET DRILLING 350 LLC

WHITE, DANIEL

WHITE, EVANS

WHITE, LARRY

WHITE, PAXTON

WHITECAP P/L COMPANY

WHITECAP PIPELINE COMPANY, LLC
WHITESIDE REVOCABLE TRUST
WHITESIDE, RICHARD W.
WHITING OIL AND GAS CORPORATION
Whitley Penn
WHITLEY PENN
WHITNEY LEE SOUTHERLAND TRUST
Whitney Oil
WHITNEY OIL
WHITNEY OIL & GAS LLC ET AL
WHITNEY, DIANE B
WHITNEY, JENNIFER F.
WICKLAND, MARY A
WIGGINS, CHARLES R.
WIGGINS, THOMAS C.
WIGGINS, TIMOTHY Z.
WILCOX 1992 ACQUISITION FUND LTD
WILCOX 1992 ACQUISITION FUND REPRESENTED BY WILCOX OPERATING CORPORATION ITS
GENERAL PARTNER
WILD WELL CONTROL INC
Wilkinson Technologies LTD
WILLIAM B LAWTON COMPANY INC
WILLIAM G BURK TRUST
WILLIAM L GRAHAM, TRUSTEE OF THE BEC TRUST
WILLIAM T BURTON AND HIS SUCCESSORS IN INTEREST
WILLIAM T POE & ASSOCIATES INC D/B/A EXPLOSIVE SERVICE INTERNATIONAL
WILLIAM T POE & ASSOCIATES INC.
William T. Poe & Associates Inc. DBA Explosive Service International
WILLIAMS COOK, CHARLOTTE
WILLIAMS ENERGY
WILLIAMS FIELD SVCS-GULF COMPANY LP
WILLIAMS III, JOE
WILLIAMS LAND COMPANY LLC
WILLIAMS -MCKEE, PERNELL J.
WILLIAMS MENDOZA, ASHLEY
WILLIAMS OSBORNE, HALEY
Williams, Chad
WILLIAMS, JODI FAITH
WILLIAMS, JOE
Williams, Larry David
WILLIAMS, ROBERT L
WILLIS LAND CORPORATION INC
WILLIS, MARK A
Wilmington Trust, National Association

WIN Management LLC
WIN MANAGEMENT LLC
WINDER, CAROLYN H.
W-INDUSTRIES OF LOUISIANA LLC D/B/A CONTROL CONCEPTS & TECHNOLOGY
W-INDUSTRIES OF LOUISIANA, LLC
WINIFRED AND LOUIS GUIDRY TRUST
WINKLER, JOSEPH C.
WINTER, EVA A.
WIRELINE CONTROL SYSTEMS, LLC
WIRELINE PRODUCTS & SUPPLY
WISE, FLORA FAYE PETERSON
WISEMAN, ETHEL S
WITTROCK, AMANDA P.
WIX, DERRICK
WOLFE, DEBRA ANN BAXTER
WOLOSZYN, THERESA
WOOD GROUP PRODUCTION SERVICES
WOOD GROUP PSN INC
WOOD GROUP PSN INC.
WOOD, DALE J.
WOODWARD III, M T
WOOSLEY III, TERRELL
WOOSLEY, BROOKE ALEXANDRA
WOOSLEY, CAROLYN SHADDOCK
WOOSLEY, MARY EDITH
WOOTEN, CARL M.
WOOTON, CHANCELLOR
WORCHEL, FRANCES REBECCA BURK
WORKOVER EQUIPMENT RENTAL CO INC
WORKOVER EQUIPMENT RENTAL, INC.
WRIGHT OVERTON, JENNIFER
WRIGHT, JENNIFER LOUISE
WRIGHT, MARILOU
WYATT, DANIEL S.
XACT DATA DISCOVERY
XEROX CORPORATION
XH LLC
XL SYSTEMS, L.P.
XTO OFFSHORE INC
XTO Offshore, Inc.
XXI NATURAL GAS HOLDINGS, INC.
YADVEN, SHARON R.
Yasmine Rivera
YEATES, ABBY R.

YELDELL JR, J W

YELLOWJACKET OFFSHORE LLC

Yellowjacket Offshore, L.L.C.

YHIMONE, Inc.

YOUNG MULHERN, ALLISON

YOUNG, AMOS

YOUNG, HOYCHICK AND AGUILLARD

YOUNG, VIVIAN V

ZARAK, DIANE

ZARAK, NIKOLA

ZAYO GROUP, LLC

ZENECO INC

ZENECO IV LLC

ZENERGY INC

ZEUS PETROLEUM, INC.

Zilde Martinez

ZILKHA ENERGY COMPANY

Zimmerman, Nicholas

ZIMMERMAN, NICHOLAS J.

ZINKE, ROBERT M

ZOT OIL & GAS, LLC

ZOTKIEWICZ, JAMES M.

Zurich Insurance PLC

ZURICH INSURANCE PLC

## SCHEDULE 2

1.    Danos, LLC

2.    Fab-Con Inc.

3.    Secorp Industries, Inc.

4.    Moncla Workover & Drilling, Inc.

5.    Official Committee of Unsecured Creditors of the Debtors