UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:

MLCJR LLC, et al

CASE NO: 23-90324

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 2729

On 7/31/2026, I did cause a copy of the following documents, described below,

Application to Employ Fishman Haygood LLP as Special Litigation Counsel ECF Docket Reference No. 2729

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/31/2026

/s/ Brooke W. Altazan
Brooke W. Altazan  24101002
Attorney for Panel Trustee
Stewart Robbins & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA 70801
225-231-9998
kheard@stewartrobbins.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE:<br><br>MLCJR LLC, et al | CASE NO: 23-90324<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 2729 |

On 7/31/2026, a copy of the following documents, described below,

Application to Employ Fishman Haygood LLP as Special Litigation Counsel ECF Docket Reference No. 2729

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/31/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brooke W. Altazan
Stewart Robbins & Altazan, LLC
301 Main St., Suite 1640
Baton Rouge, LA  70801

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

MLCJR LLC, ET AL
4514 COLE AVE.
SUITE 1175
DALLAS, TX 75205

JACKSON WALKER, LLP
ATTN: MATTHEW D. CAVENAUGH
1401 MCKINNEY ST.
SUITE 1900
HOUSTON, TX 77010

RANDY W. WILLIAMS
BYMAN & ASSOCIATES PLLC
7924 BROADWAY
SUITE 104
PEARLAND, TX 77581

JARROD MARTIN
CHAMBERLAIN, HRDLICKA
1200 SMITH ST.
SUITE 1400
HOUSTON, TX 77002

OFFICE OF THE US TRUSTEE
US TRUSTEE
515 RUSK ST.
SUITE 3516
HOUSTON, TX 77002

AMERICAN PANTHER, LLC
ATTN: NADINE MOUSTAFA, SENIOR VP, GENERAL
COUNSEL & CORP. SECRETARY
1501 MCKINNEY ST.
SUITE 800
HOUSTON, TX 77010

A PORT LLC
ATTN: LILLY HAMM, CONTROLLER & CFO
100 COMMISSION BLVD.
LAFAYETTE, LA 70508

AXIP ENERGY SERVICES, LP
ATTN: DOUG EDWARDS, SR. VP & GENERAL COUNSEL
1301 MCKINNEY ST., SUITE 900
FULLBRIGHT TOWER
HOUSTON, TX 77010

CHET MORRISON CONTRACTORS, LLC
ATT: CHET MORRISON, FOUNDER & CEO
9 BAYOU DELARGE RD.
HOUMA, LA 70363

CROSBY ENERGY SERVICES
ATTN: CHRIS BRANTLEY, EXECUTIVE VP & CFO
14090 WEST MAIN ST.,
CUT OFF, LA 70345

CYPRESS POINT MARINE
ATTN: JOHN SUMICH, PRESIDENT
500 HWY. 90
SUITE 120
PATTERSON, LA 70392

BURNER FIRE CONTROL, INC.
ATTN: MATT CRUSE, PRESIDENT & CEO
1317 PETROLEUM PKWY.
BROUSSARD, LA 70518

CACTUS WELLHEAD, LLC
ATTN: BRIAN SMITH, CFP
920 MEMORIAL CITY WAY
SUITE 300
HOUSTON, TX 77024

C DIVE, LLC
ATTN: ROBERT CHAMPAGNE, OWNER
1011 SADDI ST.
HOUMA, LA 70363

GOM SHELF LLC
ATTN: JON GRAHAM, SALES MANAGER
2000 W. SAM HOUSTON PKWY S
SUITE 1200
HOUSTON, TX 77042

GULFSTREAM SERVICES, INC.
ATTN: BOBBY BOND, CEO
230 & 231 DEVELOPMENT ST.
HOUMA, LA 70363

KEYSTONE CHEMICAL, LLC
ATTN: JEFF DELAHOUSSAYE, PRESIDENT
1019 ALBERTSON PKWY.
BROUSSARD, LA 70518

DANOS, LLC
ATTN: PAUL DANOS, OWNER PRESIDENT & CEO
3878 WEST MAIN ST.
GRAY, LA 70359

DLS, L.L.C.
ATTN: JUAN KNIGHT CEO
AND KENT AGUILLARD
P.O. BOX 309
LAFAYETTE, LA 70503

E S & H PRODUCTION GROUP, LLC
ATTN: PRESIDENT OR GENERAL COUNSEL
2516 ENGINEERS RD.
BELLE CHASSE, LA 70037

FAB CON, INC.
ATTN: BOBBY GILES, PRESIDENT & CEO
1710 YOUNGS RD.
MORGAN CITY, LA 70380

GOL, LLC
ATTN: CASEY BOUSEGARD, VP
4535 HIGHWAY 308
P.O. BOX 309
RACELAND, LA 70394

RYAN, LLC
ATTN: BRINT RYAN, CHAIRMAN & CEO
THREE GALLERIA TOWER
13155 NOEL RD., SUITE 100
DALLAS, TX 75240

SEATRAX, INC.
ATTN: BLUE LEGE, VP
218 GUNTHER LANE
BELLE CHASSE, LA 70037

THIRD COAST MIDSTREAM HOLDINGS, LLC
ATTN: NADINE MOUSTAFA, SENIOR VP
1501 MCKINNEY ST.
SUITE 800
HOUSTON, TX 77002

LINEAR CONTROLS INC.
ATTN: ANDRE CLEMONS, PRESIDENT & CEO
107 1/2 COMMISSION BLVD.
LAFAYETTE, LA 70508

PELSTAR MECHANICAL SERVICES, LLC
ATTN: BLUE LEGE, VP
1530 ST. ETIENNE RD.
BROUSSARD, LA 70518

PRIME ENERGY RESOURCES, LLC
ATTN: RYAN FREDERICK, VP
139 JAMES COMEAUX RD., SUITE B
PMB 609
LAFAYETTE, LA 70508

QUALITY PROCESS SERVICES, LLC
ATTN: WENDY AGUILLARD, CFO
587 S. HOLLYWOOD RD.
HOUMA, LA 70360

QUALITY PRODUCTION MANAGEMENT, LLC
ATTN: CLAY NUNNALLY, CEO
425 GRIFFIN RD.
YOUNGSVILLE, LA 70592

TURNKEY OFFSHORE PROJECT SERVICES, LLC
ATTN: JAY HENDERSON, VP
8506 SHRIMPERS ROW
DULAC, LA 70353

VISION PRODUCTION CHEMICALS LLC
ATTN: JASON BROUSSARD, VP
8910 CORDELL RD.
ABBEVILLE, LA 70510

WHITCO SUPPLY, LLC
ATTN: MINDY DAWES, OWNER & CEO
200 N. MORGAN AVE.
BROUSSARD, LA 70518

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
1111 CONSTITUTION AVE., NW
WASHINGTON, DC 20224

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 300152
MONTGOMERY, AL 36130

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
CARVEL STATE OFFICE BLDG.
820 N. FRENCH ST.
WILMINGTON, DE 19801

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 94095
BATON ROUGE, LA 70804

STATE OF TEXAS ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
CAPITOL STATION
PO BOX 12548
AUSTIN, TX 78711

ENVIRONMENTAL PROTECTION AGENCY REGION 4
ATTN: GENERAL COUNSEL
ATLANTA FEDERAL CENTER
61 FORSYTH ST. SW
ATLANTA, GA 30303

ENVIRONMENTAL PROTECTION AGENCY REGION 6
ATTN: GENERAL COUNSEL
1201 ELM ST.
SUITE 500
DALLAS, TX 75270

SECURITIES & EXCHANGE COMMISSION FORT WORTH
OFFICE
ATTN: DAVID WOODCOCK REGIONAL DIRECTOR
BURNETT PLAZA
801 CHERRY ST., SUITE 1900, UNIT 18
FORT WORTH, TX 76102

U.S. DEPARTMENT OF JUSTICE
ATTN: J. ZACHARY BALASKO, SHANE HUANG
P.O. BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044

OFFICE OF THE US TRUSTEE
ATTN: MARY LANGSTON
400 POYDRAS ST.
SUITE 2110
NEW ORLEANS, LA 70130

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: BANKRUPTCY DEPARTMENT
WALTER SILLERS BUILDING
550 HIGH STREET, STE. 1200
JACKSON, MS 39201

ENVIRONMENTAL PROTECTION AGENCY REGION 3
ATTN: GENERAL COUNSEL
FOUR PENN CENTER
1600 JKF BLVD.
PHILADELPHIA, PA 19103

LOUISIANA DEPT. OF JUSTICE
ATTN: RYAN M. SEIDEMANN, PH.D
CIVIL DIVISION/LANDS & NATURAL RESOURCES
P.O. BOX 94005
BATON ROUGE, LA 70804

SECURITIES & EXCHANGE COMMISSION
ATTN: SECRETARY OF THE TREASURY
100 F ST. NE
WASHINGTON, DC 20549

SECURITIES & EXCHANGE COMMISSION NY OFFICE
ATTN: BANKRUPTCY DEPARTMENT
BROOKFIELD PLACE
200 VESEY ST., SUITE 400
NEW YORK, NY 10281

U.S. ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS
ATTN: JENNIFER LOWERY, ACTING U.S. ATTORNEY
CIVIL PROCESS CLERK
1000 LOUISIANA ST., SUITE 2300
HOUSTON, TX 77002

US DEPT. OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION
ATTN: KAYCI G. HINES
P.O. BOX 7611 BEN FRANKLIN STATION
WASHINGTON, DC 20044