United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **IN RE** | **CHAPTER 7** |
| **MLCJR LLC, et al.,[1]** | **CASE NO. 23-90324 (CML)** **(Jointly Administered)** |
| **DEBTORS.** | |
| **MICHAEL D. WARNER, solely in his official capacity as Chapter 7 Trustee of Cox Operating, L.L.C.,** | |
| **Plaintiff,** | **ADVERSARY PROCEEDING** |
| **VERSUS** | **NO. 25-03337** |
| **SEA ROBIN PIPELINE COMPANY, LLC,** | |
| **Defendant.** | |

**ORDER DISMISSING ADVERSARY PROCEEDING**
(Related Docket No. 30)

Considering the *Trustee's Motion to Dismiss Adversary Proceeding* [Doc. No. 30] (the "**Dismissal Motion**")[2] filed by Michael D. Warner (the "**Trustee**"), solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, and after due deliberation and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

[1] The "**Debtors**" in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR, LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

1. The Motion is **GRANTED**.

2. The above-captioned Adversary Proceeding is **DISMISSED WITH PREJUDICE**.

3. The above-captioned Adversary Proceeding is hereby **CLOSED**.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Signed: August 13, 2026

Christopher Lopez
United States Bankruptcy Judge