**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| **Debtors.** | ) | **Jointly Administered** |

**NINTH QUARTERLY REPORT AND SUMMARY OF OPERATIONS UNDER 11 U.S.C. § 704(a)(8) FOR PERIOD OF MAY THROUGH JULY 2026**

Michael D. Warner, solely in his official capacity as the duly elected chapter 7 trustee (the "Trustee") for the above captioned administratively consolidated estates (the "Estates"), submits this Ninth Quarterly Report and Summary of Operations Under 11 U.S.C. § 704(a)(8) for Period of May Through July 2026 (the "Quarterly Operations Report") and respectfully avers as follows:

**GENERAL BACKGROUND**

1. On May 14, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division ("Court"). The Debtors' bankruptcy cases (collectively, the "Bankruptcy Cases") were "consolidated for procedural purposes only" on May 16, 2023, and have since been jointly administered under Case

[1] The debtors in these cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

No. 23-90324 (the "Bankruptcy Case").[2] Thereafter, on February 28, 2024, the Debtors' Bankruptcy Cases were converted to chapter 7 of the Bankruptcy Code.[3]

2. On February 29, 2024, the United States Trustee appointed Randy W. Williams as interim trustee. On April 25, 2024, Amarillo National Bank, in its capacity as the administrative agent and collateral agent, and acting at the direction of the Debtor-In Possession Lenders (the "DIP Lenders"), filed that certain *Emergency Motion for Entry of Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results*.[4] In turn, on May 6, 2024, the Court entered that certain *Agreed Order Resolving Disputed Election of Trustee Pursuant to Federal Rule of Bankruptcy Procedure 2003 and Enforcing Trustee Election Results* providing that "Michael D. Warner shall be the permanent chapter 7 trustee in these Cases, subject to Mr. Warner's ability to qualify under 11 U.S.C. § 322(a)."[5] On May 8, 2024, the Trustee filed that certain *Notice of Bond and Acceptance of Election* thereupon becoming the duly elected, permanent chapter 7 Trustee.[6]

## SUMMARY OF OPERATIONS

3. Pursuant to 11 U.S.C. § 704(a)(8), the Trustee, with the assistance of his professionals, provides the following periodic summary of operations for the months of May, June, and July of 2026 (the "Period").

### I. Regulatory Issues Relating to the Relinquishment, Decommissioning, and Abandonment of Certain Estates' Assets.

---

2 Doc. No. 103. Unless otherwise specified, Doc. Nos. refer to Case No. 23-90324.

3 Doc. No. 1720.

4 Doc. No. 1850.

5 Doc. No. 1919.

6 Doc. No. 1996.

4. The Trustee and his professionals continue to analyze and evaluate relinquishment, decommissioning, abandonment, and safety issues concerning the Estates' remaining oil, gas and pipeline assets. During the Period, the Trustee's professionals and consultants addressed inquiries from the Louisiana Office of Conservation and the Louisiana Attorney General's office regarding the status of, and plugging-and-abandonment obligations associated with, certain expired or long shut-in state-lease wells for which certain Debtors were formerly listed as operator, including wells anticipated to be addressed through the State of Louisiana's orphaned-well program.

## II. The Trustee's Continued Employment and Consultation of Independent Contractors.

5. The Trustee and his professionals continue to employ, and communicate with, an independent contractor who is necessary for recordkeeping, testimony, general assistance, and knowledge regarding the Debtors' former oil and gas properties and operations.

## III. Ongoing Efforts to Evaluate and Liquidate Estates' Assets.

6. The Trustee and his professionals continue to evaluate Estates' assets that may be liquidated. For any assets subject to the security interests held by the DIP Lenders that may be liquidated, the Trustee continues to negotiate with the DIP Lenders to obtain a carve-out for the Estates.

7. During the Period, on May 6, 2026, the Court entered an order granting the omnibus pleading described in the Eighth Quarterly Operations Report, thereby (i) authorizing the employment and retention of Henderson Auctions as auctioneer; (ii) approving the sale of certain remaining tubular assets of the Estates through public auction free and clear of liens, claims, and interests; (iii) approving a carve-out and the application of sale proceeds; and (iv) granting related

relief.[7] Following entry of that order, Henderson Auctions, with the assistance of the Trustee's professionals and consultants, conducted site inspections of the tubular assets at their storage locations in Texas and Louisiana and prepared inventory listings, and the public auction site was launched with opening bids posted on initial lots in late July 2026.

8. The Trustee and his professionals further continue to pursue, and resolve, chapter 5 causes of action against numerous defendants under 11 U.S.C. §§ 547, 550, and 551. During the Period, the Court entered orders approving the Trustee's compromises pursuant to Federal Rule of Bankruptcy Procedure 9019 with each of the following defendants: Tampnet Inc.[8]; Sparrows Offshore, LLC[9]; Gulfstream Services, Inc.[10]; Piranha Rentals, LLC[11]; Waukesha-Pearce Industries, LLC[12]; Grand Isle Shipyard, L.L.C.[13]; Louisiana Safety Systems, Inc.[14]; Island Operating Company, Inc.[15]; the Energy Transfer Parties (Sea Robin Pipeline Company, LLC and

---

7 Doc. No. 2643, entered May 6, 2026.

8 Doc. No. 2644, entered May 6, 2026.

9 Doc. No. 2647, entered May 7, 2026.

10 Doc. No. 2648, entered May 7, 2026.

11 Doc. No. 2652, entered May 8, 2026.

12 Doc. No. 2663, entered May 15, 2026.

13 Doc. No. 2672, entered May 20, 2026.

14 Doc. No. 2690, entered June 12, 2026.

15 Doc. No. 2691, entered June 12, 2026.

Triton Gathering, LLC)[16]; Precision Crane & Hydraulics, LLC[17]; Leviathan Offshore, LLC[18]; Specialty Offshore, Inc.[19]; and Keystone Chemical, LLC[20].

9. During the Period, the Trustee further filed an Application to Compromise Controversy with Donovan Controls LLC, which was pending approval as of the close of the Period.[21]

10. Additionally, during the Period the Trustee commenced three (3) additional adversary proceedings under 11 U.S.C. §§ 547, 550, and 551, and other provisions of the Bankruptcy Code: (i) Warner v. AXIS Newco, LLC (Adv. Proc. No. 26-03197), commenced May 15, 2026; (ii) Warner v. Gulf Coast Marine Fabricators, Inc. (Adv. Proc. No. 26-03588), commenced July 27, 2026; and (iii) Warner v. W-Industries of Louisiana, LLC (Adv. Proc. No. 26-03589), commenced July 27, 2026.

11. Further, in connection with Court-approved compromises, the following adversary proceedings were dismissed during the Period: Warner v. American Eagle, a Division of Bennett Motor Express, LLC (Adv. Proc. No. 25-03338), dismissed May 18, 2026[22]; Warner v. Major Equipment & Remediation Services, LLC (Adv. Proc. No. 25-03349), dismissed June 15, 2026[23];

---

[16] Doc. No. 2698, entered June 15, 2026.

[17] Doc. No. 2701, entered June 16, 2026.

[18] Doc. No. 2703, entered June 17, 2026.

[19] Doc. No. 2711, entered June 25, 2026.

[20] Doc. No. 2720, entered July 13, 2026.

[21] Doc. No. 2717, filed July 13, 2026. The Court subsequently entered an order approving the compromise on August 5, 2026 [Doc. No. 2733].

[22] Doc. No. 2668.

[23] Doc. No. 2699.

and Warner v. P2 Energy Solutions and IFS North America, Inc. (Adv. Proc. No. 25-03356), dismissed June 15, 2026[24]. The Trustee also filed motions to dismiss the adversary proceedings against Island Operating Company, Inc. and Sea Robin Pipeline Company, LLC following the compromises described above, and filed stipulations extending responsive pleading deadlines in the adversary proceedings against Total Safety US, Inc., Cactus Wellhead, LLC, A-Port, LLC, and Diamond Tank Rental, LLC while the parties continue to negotiate.

**IV. Matters Related to Estates' Records.**

12. The Trustee and his professionals continue to address the management of the Debtors' Books & Records, including consideration of making such Books & Records available to third parties, such as predecessors in interest with respect to Federal & State Leases and parties seeking discovery from the Estates, and the abandonment of certain records.

**V. 401(k) Pension Plan Winddown.**

13. The Trustee and his professionals have continued to address Federal Law[25] with respect to the winddown of the Debtors' 401(k) Pension Plan. As described in the Trustee's prior Quarterly Operations Reports, the Trustee, with the assistance of Court-approved special ERISA counsel, has administered the winddown of a retirement plan that held approximately $40 million in participant assets: participants were invited to make benefit elections in October 2025; participant account balances were distributed, with individual retirement accounts established for missing participants, in December 2025; and residual matters — including a court-ordered division of one participant's account and the establishment of an individual retirement account for the beneficiary of a deceased participant — were resolved in early 2026.

---

[24] Doc. No. 2700.

[25] 11 U.S.C. § 704(a)(11).

14. During the Period, the winddown of the Pension Plan was successfully completed. In June 2026, the Trustee executed, and special ERISA counsel electronically submitted, the final federal submissions for the Pension Plan — the Form 5500 Annual Return/Report for the 2025 plan year and the final short-plan-year Form 5500 for 2026. With those submissions, the Trustee has been advised by special ERISA counsel that the Trustee has no further obligations with respect to the Pension Plan. The orderly winddown of the Pension Plan was accomplished without litigation and with all participant balances distributed or protected in rollover vehicles.

**VI. Hurricane Ida Litigation.**

15. The Trustee and his professionals continue to pursue litigation filed on November 12, 2024, by the Trustee against the Debtors' insurers (the "Underwriters") in the Civil District Court for the Parish of Orleans, State of Louisiana (the "Lloyds Litigation"). During the Period, the Trustee, through special litigation counsel, continued to exchange correspondence with the Underwriters and to confer with mediator John Perry. On July 23, 2026, the parties filed a joint motion to end the application of the Hurricane Ida Case Management Order, to return the matter to the court's active docket, and for a status conference; a status conference has been set for August 31, 2026, at 10:30 a.m.

**VII. Insiders & Affiliates Litigation.**

16. The Trustee and his professionals continue to pursue litigation filed on May 12, 2025, in the United States District Court for the Eastern District of Louisiana, against various Insiders and Affiliates (the "D&O Litigation"). The D&O Litigation currently involves motion practice, including motions filed pursuant to Federal Rules of Civil Procedure, Rule 12. In the related action pending in the United States District Court for the District of Colorado, the court

declined to grant the defendants' motions to dismiss and, at the Trustee's suggestion, stayed that case pending resolution of the D&O Litigation.

**VIII. Other Relevant Matters.**

17. The Trustee and his professionals continue to address such matters as: (i) the Trustee's Operating Reports — and the Trustee notes that during the Period the Trustee filed the Eighth Quarterly Report and Summary of Operations under 11 U.S.C. § 704(a)(8) on June 1, 2026[26]; (ii) periodic communication and reporting to the United States Trustee; (iii) banking issues, including the receipt of funds and the disbursement of operating expenses and Court Ordered payments to the Debtors' Secured Lenders; (iv) review of his professionals' fees and expenses; (v) the Trustee's Bond requirements; (vi) Federal Income Tax Returns; and (vii) continued employment and use of consultants and contractors.

18. During the Period, on May 6, 2026, the Court entered orders granting the three Third Interim Applications for Compensation described in the Eighth Quarterly Operations Report.[27] On July 31, 2026, the Trustee and his professionals filed three (3) Fourth Interim Applications for Compensation: the Application of Stewart Robbins & Altazan, LLC, as counsel to the Trustee, for the period of July 1, 2025 through October 31, 2025[28]; the Application of TPS-West, LLC, as accountants to the Trustee, for the period of July 1, 2025 through June 30, 2026[29]; and the Application of Michael D. Warner, solely in his capacity as the Chapter 7 Trustee, for the

---

[26] Doc. No. 2683.

[27] Doc. Nos. 2640, 2641, and 2642, each entered May 6, 2026.

[28] Doc. No. 2725.

[29] Doc. No. 2726.

period of January 1, 2026 through July 30, 2026[30]. The Trustee and his professionals also filed periodic monthly fee statements during the Period in accordance with the Court's prior order governing interim compensation procedures.

19. Additionally, on July 31, 2026, the Trustee filed an Application to Employ Fishman Haygood LLP as Special Litigation Counsel, seeking to supplement the scope of Fishman Haygood's existing employment in connection with certain third-party discovery matters; the application was pending as of the close of the Period.[31]

## RECEIPTS & DISBURSEMENTS

20. Attached hereto as **Exhibit "A"** is the Trustee's *Form 2 Cash Receipts and Disbursements Record* ("Form 2") for the Period.

Respectfully submitted,

Dated: August 18, 2026

By: */s/ Paul Douglas Stewart, Jr.*

**STEWART ROBBINS**
**& ALTAZAN, LLC**

Paul Douglas Stewart, Jr. (La. Bar # 24661, admitted to SDTX)
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner, Chapter 7 Trustee***

30 Doc. No. 2727.

31 Doc. No. 2729, filed July 31, 2026.

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2026, a true and correct copy of the above and foregoing pleading was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District, including the United States Trustee and counsel for the Debtors and was mailed via United States mail, postage prepaid to the parties listed on Exhibit B.

/s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr.

**Exhibit A**

# Form 2

# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******9687 Checking |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 05/07/26 | | Tampnet Inc. | Cox Settlement Matter - preference litigation settlement payment (test payment) | 1241-000 | 20.00 | | 598,444.90 |
| 05/08/26 | | Gulfstream Operating Corp Pay | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 15,000.00 | | 613,444.90 |
| 05/11/26 | 272 | TPS - West, LLC | Order approving 3rd interim fee application (Docket No. 2635) | 3410-000 | | 5,464.00 | 607,980.90 |
| 05/11/26 | 273 | Stewart Robbins Brown & Altazan, LLC | Remaining balance of $93,191.48 (April 2026) and $106,808.52 towards May 2026 Invoice | 3210-000 | | 200,000.00 | 407,980.90 |
| 05/11/26 | 274 | Pachulski Stang Ziehl & Jones LLP | $10,428.14 (Jan-March 2026 Monthly Fee Statement & Order Approving 3rd Interim Fee App ($26,467.30) | 2100-000 | | 36,895.44 | 371,085.46 |
| 05/11/26 | 275 | TRDykes & Co. LLC | Invoice 5.1.26 | 2990-000 | | 8,800.00 | 362,285.46 |
| 05/21/26 | | Tampnet Inc. | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 40,273.65 | | 402,559.11 |
| 05/21/26 | | Sparrows Offshore LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 45,000.00 | | 447,559.11 |
| 05/21/26 | | Piranha Rentals LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 19,655.01 | | 467,214.12 |
| 05/22/26 | | Cigna Health and Life Insurance Co | Payment re Valeant class action - settlement proceeds | 1290-000 | 34.86 | | 467,248.98 |
| 05/22/26 | | Grand Isle Shipyard LLC | Cox Settlement Matter - preference litigation settlement payment | 1241-000 | 38,000.00 | | 505,248.98 |
| 05/22/26 | | Cigna Health and Life Insurance Co | Deposit Reversal: Payment re Valeant class action - settlement proceeds | 1290-000 | -34.86 | | 505,214.12 |
| 05/26/26 | | Leviathan Offshore, LLC | Preference Settlement | 1241-000 | 73,800.00 | | 579,014.12 |
| 05/29/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 670.56 | 578,343.56 |
| 06/02/26 | 276 | Stewart Robbins Brown & Altazan, LLC | Holdbacks (2/25, 3/25, 4/25, 5/25) | 3110-000 | | 300,000.00 | 278,343.56 |
| 06/02/26 | 277 | TRDkyes & Co, LLC | April 2026 Expenses | 2990-000 | | 10,000.00 | 268,343.56 |
| 06/15/26 | | | DOMESTIC WIRE TRANSFER FROM LOUISIANA SAFETY SYSTE MS, INC | | 100.00 | | 268,443.56 |
| | | | $100.00 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM WAUKESHA-PEARCE INDUST RIES, LLC | | 0.03 | | 268,443.59 |
| | | | $0.03 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM LOUISIANA SAFETY SYSTE MS, INC | | 57,400.00 | | 325,843.59 |
| | | | | **Page Subtotals:** | **$289,248.69** | **$561,830.00** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******9687 Checking |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| | | | $57,400.00 | | | | |
| 06/16/26 | | | DOMESTIC WIRE TRANSFER FROM WAUKESHA-PEARCE INDUST RIES, LLC | | 165,000.00 | | 490,843.59 |
| | | | $165,000.00 | | | | |
| 06/18/26 | | | DOMESTIC WIRE TRANSFER FROM Precision Crane & Hydr aulics | | 75,000.00 | | 565,843.59 |
| | | | $75,000.00 | | | | |
| 06/24/26 | | | ISLAND OPERATING PY06/24/26 | | 67,620.96 | | 633,464.55 |
| | | | $67,620.96 | | | | |
| 06/30/26 | | | DOMESTIC WIRE TRANSFER FROM LUGENBUHL WHEATON PECK RANKIN and | | 40,000.00 | | 673,464.55 |
| | | | $40,000.00 | | | | |
| 07/06/26 | 278 | TPS - West, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements<br>Voided on 07/06/2026 | 3310-004 | | 201,202.19 | 472,262.36 |
| 07/06/26 | 278 | TPS - West, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements<br>Voided: check issued on 07/06/2026 | 3310-004 | | -201,202.19 | 673,464.55 |
| 07/06/26 | 279 | Pachulski Stang Ziehl & Jones LLP | April 2026 MFS: $5,054.40; May 2026 MFS: $5,159.28 | 3110-000 | | 10,213.68 | 663,250.87 |
| 07/06/26 | 280 | TRDkyes & Co, LLC | June invoice (accounts for overpayment of May invoice by $1,600) | 2990-000 | | 9,600.00 | 653,650.87 |
| 07/06/26 | 281 | Stewart Robbins Brown & Altazan, LLC | Outstanding amounts due for 6/1/25 - 9/30/25 monthly fee statements | 3210-000 | | 201,202.19 | 452,448.68 |
| 07/24/26 | | | DOMESTIC WIRE TRANSFER FROM Keystone Chemical LLC | | 15,000.00 | | 467,448.68 |
| | | | $15,000.00 | | | | |
| 07/27/26 | | To Account #******9687 | Estate's 33% share of Energy Transfer (Sea Robin/Triton) settlement | 9999-000 | 107,307.75 | | 574,756.43 |
| 07/29/26 | | | ESSI ACH | | 31,250.00 | | 606,006.43 |
| | | | $31,250.00 | | | | |
| 07/31/26 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 482.21 | 605,524.22 |
| | | | | **Page Subtotals:** | **$501,178.71** | **$221,498.08** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******9687 Checking |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 598,424.90 | | | |
| 1 | Deposits | 34.86 | 10 | Checks | 782,175.31 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 1,187.63 |
| | Subtotal | 598,459.76 | 0 | Transfers Out | 0.00 |
| 16 | Adjustments In | 683,119.65 | | Total | 783,362.94 |
| 1 | Transfers In | 107,307.75 | | | |
| | Total | 1,388,887.16 | | | |

| | | |
|---|---|---|
| **Page Subtotals:** | **$0.00** | **$0.00** |

*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******5635 Cash Collateral |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/22/26 | | Cigna Health and Life Insurance Co. | Payment re Valeant Class Action - settlement proceeds | 1290-000 | 34.86 | | 176,015.63 |
| 05/29/26 | | Cigna Health and Life Insurance Co. | Mylan EpiPen class action - settlement proceeds | 1290-000 | 7.41 | | 176,023.04 |
| 05/29/26 | | Cigna Health and Life Insurance Co. | check reissue | 1290-000 | 802.52 | | 176,825.56 |
| 06/17/26 | | MetLife Remittance Service | Group Termination | 1290-000 | 1,996.56 | | 178,822.12 |
| 07/17/26 | | Energy Transfer | Energy Transfer Settlement | 1290-000 | 325,175.00 | | 503,997.12 |
| 07/27/26 | | To Account #******9687 | Estate's 33% share of Energy Transfer (Sea Robin/Triton) settlement | 9999-000 | | 107,307.75 | 396,689.37 |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 175,980.77 | | | |
| 5 | Deposits | 328,016.35 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 503,997.12 | 1 | Transfers Out | 107,307.75 |
| 0 | Adjustments In | 0.00 | | Total | 107,307.75 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 503,997.12 | | | |

**Page Subtotals:** **$0.00** **$0.00**

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******3772 DOJ Settlement Funds |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 0.00 | | | |

**Page Subtotals:** **$0.00** **$0.00**

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2
## Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******7203 WT Asset Sale Proceeds |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 250,000.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 250,000.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 250,000.00 | | | |

**Page Subtotals:** **$0.00** **$0.00**

*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC | **Bank Name:** | Metropolitan Commercial Bank |
| | L.L.C. Cox Oil Offshore | **Account #:** | ******1353 Hedron Settlement Account |
| **Taxpayer ID #:** | **-***0875 | **Blanket Bond (per case limit):** | N/A |
| **For Period Ending:** | 07/31/2026 | **Separate Bond (if applicable):** | $4,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**Account**

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | Subtotal | 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 0.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 0.00 | | | |

**Page Subtotals:** $0.00 $0.00

*{ } Asset Reference(s)* *! - transaction has not been cleared*

# Form 2
# Cash Receipts And Disbursements Record



| | | | |
|---|---|---|---|
| **Case No.:** | 23-90324 | **Trustee Name:** | Michael D. Warner (631470) |
| **Case Name:** | MLCJR LLC<br>L.L.C. Cox Oil Offshore | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***0875 | **Account #:** | ******1353 Hedron Settlement Account |
| **For Period Ending:** | 07/31/2026 | **Blanket Bond (per case limit):** | N/A |
| | | **Separate Bond (if applicable):** | $4,000,000.00 |

| | |
|---|---|
| Net Receipts: | $1,011,136.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,011,136.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******9687 Checking | $683,119.65 | $783,328.08 | $605,524.22 |
| ******5635 Cash Collateral | $328,016.35 | $0.00 | $396,689.37 |
| ******3772 DOJ Settlement Funds | $0.00 | $0.00 | $0.00 |
| ******7203 WT Asset Sale Proceeds | $0.00 | $0.00 | $250,000.00 |
| ******1353 Hedron Settlement Account | $0.00 | $0.00 | $0.00 |
| | **$1,011,136.00** | **$783,328.08** | **$1,252,213.59** |

# Exhibit B

| | | | | |
|---|---|---|---|---|
| MLCJR LLC, et al | | 4514 Cole Ave. | Suite 1175 | Dallas, TX 75205 |
| Jackson Walker, LLP | Attn: Matthew D. Cavenaugh | 1401 McKinney St. | Suite 1900 | Houston, TX 77010 |
| Randy W. Williams | Byman & Associates PLLC | 7924 Broadway | Suite 104 | Pearland, TX 77581 |
| Jarrod Martin | Chamberlain, Hrdlicka | 1200 Smith St. | Suite 1400 | Houston, TX 77002 |
| Office of the US Trustee | US Trustee | 515 Rusk St. | Suite 3516 | Houston, TX 77002 |
| American Panther, LLC | Attn: Nadine Moustafa, Senior VP, General Counsel & Corp. Secretary | 1501 McKinney St. | Suite 800 | Houston, TX 77010 |
| A Port LLC | Attn: Lilly Hamm, Controller & CFO | 100 Commission Blvd. | | Lafayette, LA 70508 |
| AXIP Energy Services, LP | Attn: Doug Edwards, Sr. VP & General Counsel | 1301 McKinney St., Suite 900 | Fullbright Tower | Houston, TX 77010 |
| Chet Morrison Contractors, LLC | Att: Chet Morrison, Founder & CEO | 9 Bayou Delarge Rd. | | Houma, LA 70363 |
| Crosby Energy Services | Attn: Chris Brantley, Executive VP & CFO | 14090 West Main St., | | Cut Off, LA 70345 |
| Cypress Point Marine | Attn: John Sumich, President | 500 Hwy. 90 | Suite 120 | Patterson, LA 70392 |
| Burner Fire Control, Inc. | Attn: Matt Cruse, President & CEO | 1317 Petroleum Pkwy. | | Broussard, LA 70518 |
| Cactus Wellhead, LLC | Attn: Brian Smith, CFP | 920 Memorial City Way | Suite 300 | Houston, TX 77024 |
| C Dive, LLC | Attn: Robert Champagne, Owner | 1011 Saddi St. | | Houma, LA 70363 |
| GOM Shelf LLC | Attn: Jon Graham, Sales Manager | 2000 W. Sam Houston Pkwy S | Suite 1200 | Houston, TX 77042 |
| Gulfstream Services, Inc. | Attn: Bobby Bond, CEO | 230 & 231 Development St. | | Houma, LA 70363 |
| Keystone Chemical, LLC | Attn: Jeff Delahoussaye, President | 1019 Albertson Pkwy. | | Broussard, LA 70518 |
| Danos, LLC | Attn: Paul Danos, Owner President & CEO | 3878 West Main St. | | Gray, LA 70359 |
| DLS, L.L.C. | Attn: Juan Knight CEO | and Kent Aguillard | P.O. Box 309 | Lafayette, LA 70503 |
| E S & H Production Group, LLC | Attn: President or General Counsel | 2516 Engineers Rd. | | Belle Chasse, LA 70037 |
| Fab Con, Inc. | Attn: Bobby Giles, President & CEO | 1710 Youngs Rd. | | Morgan City, LA 70380 |
| GOL, LLC | Attn: Casey Bousegard, VP | 4535 Highway 308 | P.O. Box 309 | Raceland, LA 70394 |
| Ryan, LLC | Attn: Brint Ryan, Chairman & CEO | Three Galleria Tower | 13155 Noel Rd., Suite 100 | Dallas, TX 75240 |
| Seatrax, Inc. | Attn: Blue Lege, VP | 218 Gunther Lane | | Belle Chasse, LA 70037 |
| Third Coast Midstream Holdings, LLC | Attn: Nadine Moustafa, Senior VP | 1501 McKinney St. | Suite 800 | Houston, TX 77002 |
| Linear Controls Inc. | Attn: Andre Clemons, President & CEO | 107 1/2 Commission Blvd. | | Lafayette, LA 70508 |
| Pelstar Mechanical Services, LLC | Attn: Blue Lege, VP | | 1530 St. Etienne Rd. | Broussard, LA 70518 |
| Prime Energy Resources, LLC | Attn: Ryan Frederick, VP | 139 James Comeaux Rd., Suite B | PMB 609 | Lafayette, LA 70508 |

| | | | | |
|---|---|---|---|---|
| Quality Process Services, LLC | Attn: Wendy Aguillard, CFO | 587 S. Hollywood Rd. | | Houma, LA 70360 |
| Quality Production Management, LLC | Attn: Clay Nunnally, CEO | 425 Griffin Rd. | | Youngsville, LA 70592 |
| Turnkey Offshore Project Services, LLC | Attn: Jay Henderson, VP | 8506 Shrimpers Row | | Dulac, LA 70353 |
| Vision Production Chemicals LLC | Attn: Jason Broussard, VP | 8910 Cordell Rd. | | Abbeville, LA 70510 |
| Whitco Supply, LLC | Attn: Mindy Dawes, Owner & CEO | 200 N. Morgan Ave. | | Broussard, LA 70518 |
| Internal Revenue Service | Centralized Insolvency Operation | 1111 Constitution Ave., NW | | Washington, DC 20224 |
| State of Alabama Attorney General | Attn: Bankruptcy Department | P.O. Box 300152 | | Montgomery, AL 36130 |
| Internal Revenue Service | Centralized Insolvency Operation | P.O. Box 7346 | | Philadelphia, PA 19101 |
| State of Delaware Attorney General | Attn: Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | Wilmington, DE 19801 |
| State of Louisiana Attorney General | Attn: Bankruptcy Department | P.O. Box 94095 | | Baton Rouge, LA 70804 |
| State of Texas Attorney General | Attn: Bankruptcy Department | Capitol Station | PO Box 12548 | Austin, TX 78711 |
| Environmental Protection Agency Region 4 | Attn: General Counsel | Atlanta Federal Center | 61 Forsyth St. SW | Atlanta, GA 30303 |
| Environmental Protection Agency Region 6 | Attn: General Counsel | 1201 Elm St. | Suite 500 | Dallas, TX 75270 |
| Securities & Exchange Commission Fort Worth Office | Attn: David Woodcock Regional Director | Burnett Plaza | 801 Cherry St., Suite 1900, Unit 18 | Fort Worth, TX 76102 |
| U.S. Department of Justice | Attn: J. Zachary Balasko, Shane Huang | P.O. Box 875 | Ben Franklin Station | Washington, DC 20044 |
| Office of the US Trustee | Attn: Mary Langston | 400 Poydras St. | Suite 2110 | New Orleans, LA 70130 |
| State of Mississippi Attorney General | Attn: Bankruptcy Department | Walter Sillers Building | 550 High Street, Ste. 1200 | Jackson, MS 39201 |
| Environmental Protection Agency Region 3 | Attn: General Counsel | Four Penn Center | 1600 JKF Blvd. | Philadelphia, PA 19103 |
| Louisiana Dept. of Justice | Attn: Ryan M. Seidemann, Ph.D | Civil Division/Lands & Natural Resources | P.O. Box 94005 | Baton Rouge, LA 70804 |
| Securities & Exchange Commission | Attn: Secretary of the Treasury | 100 F St. NE | | Washington, DC 20549 |
| Securities & Exchange Commission NY Office | Attn: Bankruptcy Department | Brookfield Place | 200 Vesey St., Suite 400 | New York, NY 10281 |
| U.S. Attorney for Southern District of Texas | Attn: Jennifer Lowery, Acting U.S. Attorney | Civil Process Clerk | 1000 Louisiana St., Suite 2300 | Houston, TX 77002 |
| US Dept. of Justice | Environmental Enforcement Section | Attn: Kayci G. Hines | P.O. Box 7611 Ben Franklin Station | Washington, DC 20044 |