**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| **Debtors** | ) | **Jointly Administered** |

**NINETEENTH MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING NOVEMBER 30, 2025 BY STEWART ROBBINS BROWN & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins Brown & Altazan LLC ("SRBA"), counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Nineteenth Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending November 30, 2025 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRBA respectfully represents as follows:

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRBA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRBA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins Brown & Altazan LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | November 1, 2025 through November 30, 2025 |
| Number Monthly Fee Statements: | Nineteenth |
| **STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES** | |
| Total Statement Period Fees | $52,100.00 |
| Total Interim Fees (80%) Requested | $41,680.00 |
| Total Expenses Requested | $751.66 |
| Total Interim Remuneration Requested (exclusive of holdback): | $42,431.66 |
| **STATEMENT PERIOD SUMMARY FOR ATTORNEYS** | |
| Total attorney fees requested in this statement: | $50,270.00 |
| Total actual attorney hours covered by this statement: | 96.90 |
| Average hourly rate for attorneys: | $518.78 |
| **STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS** | |
| Total paraprofessional fees requested in this statement: | $1,830.00 |
| Total actual paraprofessional hours covered by this statement: | 6.10 |
| Average hourly rate for paraprofessionals: | $300.00 |

**In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1. The following chart presents certain information regarding the SRBA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 9.00 | 650.00 | 5,850.00 |
| WSR | William S. Robbins | 26.00 | 650.00 | 16,900.00 |
| AWM | Abigail W. Mock | 47.50 | 400.00 | 19,000.00 |
| BAB | Brandon A. Brown | 9.30 | 650.00 | 6,045.00 |
| BWA | Brooke W. Altazan | 1.80 | 550.00 | 990.00 |
| KAH | Kimberly A. Heard | 6.10 | 300.00 | 1,830.00 |
| NJS | Nicholas J. Smeltz | 3.30 | 450.00 | 1,485.00 |

2. The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 30.30 | 630.53 | 19,105.00 |
| B180 | Avoidance Action Analysis | 63.90 | 454.46 | 29,040.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 5.30 | 436.79 | 2,315.00 |
| B210 | Business Operations | 1.50 | 440.00 | 660.00 |
| B230 | Financing/Cash Collections | 0.40 | 650.00 | 260.00 |
| B310 | Claims Administration and Objections | 1.60 | 450.00 | 720.00 |

3. The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 11/6/2025 | Clerk, Harris County, TX, Order Number 1691588, copies for lawsuit related to NRW | 4.00 |
| 11/6/2025 | Clerk, Harris County, TX, Order Number 1691593, copies for lawsuit related to NRW | 47.40 |
| 11/19/2025 | Service by BK ATTORNEY SERVICES, LLC dba CertificateofService.com | 126.99 |
| 11/30/2025 | Lexis for November 2025 | 70.23 |
| 11/30/2025 | Copies for November 2025 | 55.20 |
| 11/30/2025 | Pacer for November 2025 | 18.00 |
| 11/30/2025 | Everlaw for November 2025 | 298.35 |
| 11/30/2025 | Everlaw-ECA for November 2025 | 131.49 |
| | **Total DISBURSEMENTS** | **$751.66** |

4. SRBA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRBA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5. Pursuant to the Interim Compensation Order, SRBA seeks payment of $42,431.66 from the Trustee for the Statement Period, representing (a) 80% of SRBA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6. Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRBA reserves the right to seek allowance of such fees and expenses not included herein.

Dated: August 24, 2026 Respectfully Submitted,

**STEWART ROBBINS BROWN**
**& ALTAZAN, LLC**

By: /s/Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner,***
***Chapter 7 Trustee***

**MLCJR LLC, *et al.***
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – November 1, 2025 – November 30, 2025**

STEWART ROBBINS
STEWART ROBBINS & ALTAZAN LLC

301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

August 18, 2026

File #: 119-001
Invoice #: 2029

**RE:** In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/3/2025 | Finalize sixth stipulations with APort and Diamond Tank Rental | B180 | KAH | 0.20 | 60.00 |
| 11/3/2025 | review operatorship and abandonment issues (.3); tc with Trustee regarding same (.3); prepare letter fo BSEE regarding operatorship (.4); review and analyze preference issues (1.0) | B130 | WSR | 2.00 | 1,300.00 |
| 11/3/2025 | warner v. major equipment preference analysis | B180 | AWM | 0.50 | 200.00 |
| 11/3/2025 | Communications with counsel for Diamond, A-Port re: response deadline and extension | B180 | BAB | 0.20 | 130.00 |
| 11/3/2025 | Zoom call with N. Smeltz, W. Robbins, and M. Warner to discuss (a) strategy relating to termination of particular operatorship of Cox Operating, status of communication and execution of communication (.4) and (b) final review of first notice of abandonment and execution of same (.2). | B130 | PDS | 0.60 | 390.00 |
| 11/3/2025 | Receipt of R. Dykes invoice and activity report and receipt of N. Zimmerman invoice (.1); update October payables (.1); email to D. Stewart re same (.1). | B210 | KAH | 0.30 | 90.00 |
| 11/3/2025 | communications with D. Stewart, W. Robbins, and M. Warner re executory contract parties | B190 | NJS | 0.40 | 180.00 |
| 11/3/2025 | email to Brad Knapp re NSAI preference settlement | B180 | AWM | 0.10 | 40.00 |
| 11/3/2025 | reviewing gulf land preference counter-offer | B180 | AWM | 0.50 | 200.00 |
| 11/4/2025 | revising correspondence to BSEE (.4); email to/from NRW counsel regarding same (.1) | B130 | WSR | 0.50 | 325.00 |
| 11/4/2025 | Detailed review of October payables spreadsheet and related communication with K. Heard and M. Warner. | B210 | PDS | 0.60 | 390.00 |
| 11/5/2025 | draft fourth stip for Fugro | B180 | KAH | 0.20 | 60.00 |
| 11/5/2025 | Review and revise notice of default against Fab Con | B180 | BAB | 0.40 | 260.00 |
| 11/5/2025 | Communication with I. Huval, M. Warner, W. Robbins, and A. Melko relating to final revisions to ESSI Settlement Agreement Drafts of Motion and Order and Wiring Instructions (.6); receipt and review of order granting compromise with Stone Pigman and related communication with A. Mendez, M. Warner, C. Nobles, K. Heard, and A. Mock (.7); review of motion for entry of clerk's default and related communication with A. Mock (.5). | B180 | PDS | 1.80 | 1,170.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/5/2025 | revising ESSI Settlement Agreement | B180 | AWM | 0.90 | 360.00 |
| 11/5/2025 | call with Salome Rivera re Gulf Land preference demand | B180 | AWM | 0.10 | 40.00 |
| 11/5/2025 | drafting Motion to Compromise with ESSI | B180 | AWM | 0.70 | 280.00 |
| 11/6/2025 | Finalize Fugro stipulation; email to opposing counsel | B180 | KAH | 0.10 | 30.00 |
| 11/6/2025 | Draft fifth stipulation with Petroquip | B180 | KAH | 0.20 | 60.00 |
| 11/6/2025 | Pull pleadings in Harris County re NRW suit | B190 | KAH | 0.20 | 60.00 |
| 11/6/2025 | review preference issues (.5); receive/review subpoena Sampson / NRW (.3); tc with Trustee regarding same (.2); tc with Mr. Dykes and email to same (.5); review underlying complaint (.3) | B130 | WSR | 1.80 | 1,170.00 |
| 11/6/2025 | Attention to status of preference matters | B180 | BAB | 0.60 | 390.00 |
| 11/6/2025 | Multiple communications with client re: revisions to default notice, analyze provisions on default and local rules governing same, analyze issues with change of registered agent after service | B180 | BAB | 1.00 | 650.00 |
| 11/6/2025 | email to Trustee re Warner v. Fab-Con default judgment | B180 | AWM | 0.10 | 40.00 |
| 11/6/2025 | revising Warner v. Fab-Con default judgment | B180 | AWM | 1.50 | 600.00 |
| 11/6/2025 | drafting Motion to Compromise with ESSI | B180 | AWM | 0.90 | 360.00 |
| 11/6/2025 | drafting Proposed Order granting Motion to Compromise with ESSI | B180 | AWM | 0.80 | 320.00 |
| 11/7/2025 | Finalize fifth stipulation with Petroquip | B180 | KAH | 0.10 | 30.00 |
| 11/7/2025 | review records order and other background materials relating to Sampson subpoena (1.2); tc with Mr. Spence regarding subpoena (.2); email to Mr. Spence (.4) | B130 | WSR | 1.80 | 1,170.00 |
| 11/7/2025 | Review file and emails for documents related to NRW docs in light of subpoena received, review/edit correspondence related to same | B190 | BWA | 1.30 | 715.00 |
| 11/7/2025 | Receipt and review of order granting extension on Fugro response deadline | B180 | BAB | 0.10 | 65.00 |
| 11/7/2025 | email to Ike Huval re ESSI settlement agreement | B180 | AWM | 0.10 | 40.00 |
| 11/7/2025 | call with Gulfland Structures counsel re settlement offer | B180 | AWM | 0.10 | 40.00 |
| 11/10/2025 | Draft redline third extension for Cactus Wellhead; emails with attorneys involved. | B180 | KAH | 0.20 | 60.00 |
| 11/10/2025 | Receipt of N. Zimmerman w/e 11.7.25 invoice; update November payables spreadsheet. | B210 | KAH | 0.10 | 30.00 |
| 11/10/2025 | Prepare certificate of service re Request for Default - FabCon | B180 | KAH | 0.20 | 60.00 |
| 11/10/2025 | analysis of Sampson issues and email to Trustee on same (.4); review VESCO issues and follow up with Mr. Philips (.3) | B130 | WSR | 0.70 | 455.00 |
| 11/10/2025 | communication with H. Hamm (Cactus Wellhead) re deadline to file responsive pleadings | B180 | NJS | 0.10 | 45.00 |
| 11/10/2025 | Update on status of Cactus Wellhead proposal review | B180 | BAB | 0.30 | 195.00 |
| 11/10/2025 | call to Ike Huval re ESSI settlement | B180 | AWM | 0.10 | 40.00 |
| 11/10/2025 | email to J. Meadows re AMEX | B180 | AWM | 0.10 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/11/2025 | Receipt of R. Dykes w/e 11.7.25 activity report; update November payables spreadsheet. | B210 | KAH | 0.10 | 30.00 |
| 11/11/2025 | review r4 termination / Eloi Bay | B130 | WSR | 0.50 | 325.00 |
| 11/11/2025 | Communications with client re: ESSI settlement agreement | B180 | BAB | 0.20 | 130.00 |
| 11/11/2025 | Communications with client re: Gulf Land Structures proposal, analyze same and analyze proposed client counteroffer | B180 | BAB | 0.40 | 260.00 |
| 11/11/2025 | email to Sampson counsel regarding subpoena issues (.4); email from same and attention to NDA (.5) | B130 | WSR | 0.90 | 585.00 |
| 11/11/2025 | emails to Trustee and Ike Huval re ESSI settlement agreement | B180 | AWM | 0.20 | 80.00 |
| 11/11/2025 | email to Trustee re Gulf Land's counteroffer | B180 | AWM | 0.20 | 80.00 |
| 11/11/2025 | drafting NDA for Sampson v. NRW | B180 | AWM | 2.80 | 1,120.00 |
| 11/12/2025 | review and analyze R4 / Eloi Bay and other issues (1.2); tc with Mr. Dykes (.3); analysis of preference issues (.3) | B130 | WSR | 1.80 | 1,170.00 |
| 11/12/2025 | communication with A. Mock re response to preference defendant | B180 | NJS | 0.10 | 45.00 |
| 11/12/2025 | Communication with B. Knapp and attention to status of Netherland settlement | B180 | BWA | 0.50 | 275.00 |
| 11/12/2025 | drafting NDA for Sampson v. NRW | B190 | AWM | 0.40 | 160.00 |
| 11/12/2025 | Receipt and review of OG ext of time to response to Cactus Wellhead | B180 | BAB | 0.10 | 65.00 |
| 11/13/2025 | review / revise MT Compromise with ESSI (.4); review and forward additional RFE on EB 871 (.3); receive / review proposed Stipulation / Carve out and quitclaim (1.2); email to/from Trustee (.2) | B130 | WSR | 2.10 | 1,365.00 |
| 11/13/2025 | Major Equipment analysis | B180 | AWM | 1.10 | 440.00 |
| 11/13/2025 | preparing sixth stipulation for Gulf Land | B180 | AWM | 0.30 | 120.00 |
| 11/13/2025 | counteroffer reponse to Gulf Land | B180 | AWM | 0.30 | 120.00 |
| 11/13/2025 | drafting counterletter to Netherland | B180 | AWM | 1.20 | 480.00 |
| 11/13/2025 | revising essi compromise motion | B180 | AWM | 1.50 | 600.00 |
| 11/14/2025 | Drafted redline of seventh stipulation with Sea Robin; email to Sea Robin's counsel. | B180 | KAH | 0.20 | 60.00 |
| 11/14/2025 | tc with Trustee regarding VESCO Stip and Bill of Sale (.2); revising same (.5); review proposed preference settlement offer (.3) | B130 | WSR | 1.00 | 650.00 |
| 11/14/2025 | Communications with counsel for Sea Robin re: extension of time | B180 | BAB | 0.20 | 130.00 |
| 11/14/2025 | email to Julie Meaders re Amex preference action | B180 | AWM | 0.10 | 40.00 |
| 11/14/2025 | email to Gulf Land Counsel re Trustee counteroffer | B180 | AWM | 0.10 | 40.00 |
| 11/17/2025 | review / revise NDA (.5); forward same to counsel (.1); review revised Quictlaim and Stip and related emails (.5); review / revise Motion and Order on ESSI preference settlement (.6) | B130 | WSR | 1.70 | 1,105.00 |
| 11/17/2025 | Emails to/from A. Mock re complaint vs. Am Ex | B180 | KAH | 0.20 | 60.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/17/2025 | Draft adversary proceeding vs. Am Ex; email from D. Stewart re not filing suit | B180 | KAH | 0.50 | 150.00 |
| 11/17/2025 | Receipt of N. Zimmerman invoice; email from R. Dykes re October payment; email to trustee office re same. | B210 | KAH | 0.20 | 60.00 |
| 11/17/2025 | updating preference tracker | B180 | AWM | 0.50 | 200.00 |
| 11/17/2025 | major equipment preference analysis | B180 | AWM | 0.80 | 320.00 |
| 11/17/2025 | revising Sampson v. NRW NDA | B190 | AWM | 0.20 | 80.00 |
| 11/17/2025 | Analyze preference defenses raised by Offshore Services | B180 | BAB | 0.80 | 520.00 |
| 11/17/2025 | Review and revise motion to compromise with ESSI | B180 | BAB | 0.50 | 325.00 |
| 11/17/2025 | Detailed review of ESSI Settlement Motion and realted communications with A. Mock (.6); communication with M. Warner relating to Amex claims (.3); | B180 | PDS | 0.90 | 585.00 |
| 11/17/2025 | Detailed review of VESCO stipulation and realted communications with W. Robbins and L. Phillips (.5); | B130 | PDS | 0.50 | 325.00 |
| 11/17/2025 | revising sixth stipulation and agreed order with Gulf Land; email to counsel re same | B180 | AWM | 0.30 | 120.00 |
| 11/17/2025 | drafting major equipment analysis and reccomendation for trustee | B180 | AWM | 1.20 | 480.00 |
| 11/17/2025 | searching the server and mimecast for Major Equipment invoices and checks | B180 | AWM | 1.80 | 720.00 |
| 11/17/2025 | email to Trustee re Major Equipment preference analysis and reccomendation | B180 | AWM | 0.10 | 40.00 |
| 11/17/2025 | revising ESSI motion to compromise | B180 | AWM | 0.40 | 160.00 |
| 11/18/2025 | Updates to payables spreadsheet. | B210 | KAH | 0.20 | 60.00 |
| 11/18/2025 | Receipt of signed stipulation with Sea Robin; email to Sea Robin counsel. | B180 | KAH | 0.10 | 30.00 |
| 11/18/2025 | Review status of preference complaints/tolled matters. | B180 | KAH | 0.30 | 90.00 |
| 11/18/2025 | Revisions to carve out agreement | B130 | KAH | 0.20 | 60.00 |
| 11/18/2025 | review various preference analysis (.4); emails regarding VESCO carve out / stip (.3); revising same and additional emails (.4); review file materials regarding additional operatorships for notice / letter and email to Mr. Dykes regarding same (1.2) | B130 | WSR | 2.30 | 1,495.00 |
| 11/18/2025 | Review and analyze preference defenses of Netherland Sewell and communications with client re: same | B180 | BAB | 0.90 | 585.00 |
| 11/18/2025 | Analysis of Lender stipulations and related communications with L. Phillips, M. Warner, and W. Robbins (.4); | B230 | PDS | 0.40 | 260.00 |
| 11/18/2025 | Communication with A. Mock regarding estates claims against Amex (.1); | B180 | PDS | 0.10 | 65.00 |
| 11/18/2025 | meeting with BAB re preference analysis of Major Equipment | B180 | AWM | 0.30 | 120.00 |
| 11/18/2025 | revising major equipment preference analysis | B180 | AWM | 1.70 | 680.00 |
| 11/18/2025 | searching mimecast and server for offshore services of acadiana preference documents | B180 | AWM | 2.70 | 1,080.00 |
| 11/18/2025 | email to Trustee re letter to NSAI counsel re counteroffer | B180 | AWM | 0.10 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/19/2025 | Finalize MT Compromise with ESSI and exhibits for filing. | B180 | KAH | 0.30 | 90.00 |
| 11/19/2025 | Draft redline seventh stipulation with Island Operating (.1); update/revise tracking spreadsheet (.4) | B180 | KAH | 0.50 | 150.00 |
| 11/19/2025 | receive / review correspondence from Walter Oil (.3); review preference status and conference with Trustee (.5); tc with Trustee regarding Vesco issues (.3); review and analyze Eloi Bay / Cox Operating termination issues (1.5); email to trustee regarding same (.3); review Operatorship list for termination purposes (.5) | B130 | WSR | 3.40 | 2,210.00 |
| 11/19/2025 | zoom call with D. Stewart, W. Robbins, K. Heard, B. Brown, A. Mock, and M. Warner re avoidance actions | B180 | NJS | 0.30 | 135.00 |
| 11/19/2025 | email to B. Knapp (Netherland Sewell) re avoidance action against Netherland Sewell | B180 | NJS | 0.10 | 45.00 |
| 11/19/2025 | updating preference tracker | B180 | AWM | 1.40 | 560.00 |
| 11/19/2025 | preference analysis of Archrock | B180 | AWM | 1.90 | 760.00 |
| 11/19/2025 | island operating preference analysis | B180 | AWM | 1.10 | 440.00 |
| 11/19/2025 | meeting with SRBA & Trustee re preference analysis | B180 | AWM | 0.20 | 80.00 |
| 11/19/2025 | Review and analyze memo on Major Equipment preference defenses and recommendation to client | B180 | BAB | 0.70 | 455.00 |
| 11/19/2025 | Review memo on Offshore preference defenses and analyze same | B180 | BAB | 0.80 | 520.00 |
| 11/19/2025 | Communications with counsel for P2 re: settlement, analyze proposed counteroffer and defense issues raised by same | B180 | BAB | 0.50 | 325.00 |
| 11/19/2025 | Prepare for and participate in telephone conference with client re; global status of preferences | B180 | BAB | 0.90 | 585.00 |
| 11/19/2025 | Communication with R. Dykes related to notices for various governmental entities (.1); communication with M. Warner and W. Robbins relating to stipulation with lenders relating to VESCO (.4).. | B130 | PDS | 0.50 | 325.00 |
| 11/19/2025 | Communication with C. Rubio relating to Island Operating Company's response deadline and settlement offer (.1); Zoom discussion re Preferences (.5); draft/revise litigation templates for use in adversary proceedings (1.3). | B180 | PDS | 1.90 | 1,235.00 |
| 11/19/2025 | email to Trustee re NSAI preference counteroffer letter | B180 | AWM | 0.10 | 40.00 |
| 11/19/2025 | email to Trustee re Major Equipment analysis and reccomendation | B180 | AWM | 0.10 | 40.00 |
| 11/19/2025 | email to Trustee re Offshore Services of Acadiana analysis and reccomendation | B180 | AWM | 0.10 | 40.00 |
| 11/19/2025 | email to Rosario re status of default motion | B180 | AWM | 0.10 | 40.00 |
| 11/20/2025 | draft/revise proof of interest to file in entergy xxi onshore bankruptcy case | B310 | NJS | 1.50 | 675.00 |
| 11/20/2025 | communication with M. Warner re proof of interest for Energy XXI Onshore | B310 | NJS | 0.10 | 45.00 |
| 11/20/2025 | Multiple communications with client re: P2 extension and counteroffer | B180 | BAB | 0.20 | 130.00 |
| 11/20/2025 | Communication with A. Mendez and M. Warner relating to Stone Pigman Settlement (.2); | B180 | PDS | 0.20 | 130.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/20/2025 | Review of Proposed Proof of Interest Form for filing in Energy XXI Chapter 7 case and related communication with N. Smeltz. | B130 | PDS | 0.50 | 325.00 |
| 11/20/2025 | email from Trustee regarding Operatorship issues (.3); follow up questions to Mr. Dykes (.4) | B130 | WSR | 0.70 | 455.00 |
| 11/20/2025 | finalizing letter to Brad Knapp re NSAI | B180 | AWM | 0.60 | 240.00 |
| 11/20/2025 | email to Brad Kanpp re NSAI | B180 | AWM | 0.10 | 40.00 |
| 11/20/2025 | writing letter to Trustee re P2 Energy counteroffer | B180 | AWM | 1.10 | 440.00 |
| 11/20/2025 | Review preference issues | B180 | WSR | 0.30 | 195.00 |
| 11/21/2025 | Communications with M.Warner and W. Robbins re VESCO Stipulation (.2); Multiple communications with M. Warner and N. Smeltz re Onshore claims bar date and appropriate filings (.5); | B130 | PDS | 0.70 | 455.00 |
| 11/21/2025 | email to/from Dykes regarding operatorship issues (.2); emails to/from DIP lender (.2); emails to/from Trustee (.1) | B130 | WSR | 0.50 | 325.00 |
| 11/23/2025 | HIS preference analysis | B180 | AWM | 1.10 | 440.00 |
| 11/24/2025 | Attention to signed stipulations for extensions with Gulf Land and Island Operating; update spreadsheet; emails to counsel for each. | B180 | KAH | 0.20 | 60.00 |
| 11/24/2025 | emails to/from Mr. Dykes regarding operatorship issues (.3); emails to/from trustee regarding Eloi Bay / escrow issues (.3); review Eloi Bay / Escrow background issues (1.5); draft correspondence to DIP Lender regarding same (.5) | B130 | WSR | 2.60 | 1,690.00 |
| 11/24/2025 | HIS preference analysis | B180 | AWM | 2.30 | 920.00 |
| 11/24/2025 | Review and revise correspondence to counsel for P2 re: counteroffer | B180 | BAB | 0.50 | 325.00 |
| 11/24/2025 | Communication with M. Warner and W. Robins relating to collection of receivable in escrow with State of Louisiana (.3); | B130 | PDS | 0.30 | 195.00 |
| 11/24/2025 | drafting response to P2 settlement counteroffer | B180 | AWM | 1.50 | 600.00 |
| 11/24/2025 | drafting counteroffer letter for Quail Tools preference analysis | B180 | AWM | 2.60 | 1,040.00 |
| 11/24/2025 | email to Kristi Holocombe re Trustee's response to IFS counteroffer | B180 | AWM | 0.10 | 40.00 |
| 11/25/2025 | Draft redline of fourth stipulation for Total Safety | B180 | KAH | 0.10 | 30.00 |
| 11/25/2025 | Review of signed protective order acknowledgements; provide data room documents to litigation counsel; and MMR; emails with D. Stewart and W. Robbins re same. | B130 | KAH | 0.50 | 150.00 |
| 11/25/2025 | Review carve out stipulation and exhibits; email to W. Robbins re exhibits; finalize all | B130 | KAH | 0.70 | 210.00 |
| 11/25/2025 | gather and prepare exhibits for stipulation among trustee, dip lenders, and vesco | B130 | NJS | 0.50 | 225.00 |
| 11/25/2025 | email to T. Draper (total safety) re response deadline | B180 | NJS | 0.20 | 90.00 |
| 11/25/2025 | piranaha rental preference | B180 | AWM | 1.50 | 600.00 |
| 11/25/2025 | drafing MT Dismiss Stone Pigman case | B190 | AWM | 2.20 | 880.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2025 | receive/review multiple emails from Mr. Dykes (.4); receive/review emails regarding VESCO stipulation and verify and prepare for filing (.6) | B130 | WSR | 1.00 | 650.00 |
| 11/25/2025 | drafting counteroffer letter for Quail Tools preference analysis | B180 | AWM | 0.20 | 80.00 |
| 11/25/2025 | email to Trustee re NSAI counteroffer | B180 | AWM | 0.10 | 40.00 |
| 11/25/2025 | drafting reccomendation to Trustee re NSAI counteroffer | B180 | AWM | 0.60 | 240.00 |
| 11/25/2025 | Emails and analysis regarding preferences | B180 | WSR | 0.40 | 260.00 |
| 11/26/2025 | drafing MT Dismiss Stone Pigman case | B190 | AWM | 0.50 | 200.00 |
| 11/26/2025 | piranaha rental preference analysis | B180 | AWM | 1.00 | 400.00 |
| 11/26/2025 | email to Trustee and Cherie Noble re MT Dismiss Stone Pigman case | B190 | AWM | 0.10 | 40.00 |
| 11/26/2025 | email to Trustee re NSAI counteroffer | B180 | AWM | 0.10 | 40.00 |
| 11/30/2025 | piranaha rental preference analysis | B180 | AWM | 1.50 | 600.00 |
| 11/30/2025 | premier offshore preference analysis | B180 | AWM | 0.50 | 200.00 |
| | **Total** | | | **103.00** | **$52,100.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 9.00 | 650.00 | 5,850.00 |
| WSR | William S. Robbins | 26.00 | 650.00 | 16,900.00 |
| AWM | Abigail W. Mock | 47.50 | 400.00 | 19,000.00 |
| BAB | Brandon A. Brown | 9.30 | 650.00 | 6,045.00 |
| BWA | Brooke W. Altazan | 1.80 | 550.00 | 990.00 |
| KAH | Kimberly A. Heard | 6.10 | 300.00 | 1,830.00 |
| NJS | Nicholas J. Smeltz | 3.30 | 450.00 | 1,485.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 30.30 | 630.53 | 19,105.00 |
| B180 | Avoidance Action Analysis | 63.90 | 454.46 | 29,040.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 5.30 | 436.79 | 2,315.00 |
| B210 | Business Operations | 1.50 | 440.00 | 660.00 |
| B230 | Financing/Cash Collections | 0.40 | 650.00 | 260.00 |
| B310 | Claims Administration and Objections | 1.60 | 450.00 | 720.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 11/6/2025 | Clerk, Harris County, TX, Order Number 1691588, copies for lawsuit related to NRW | 4.00 |
| 11/6/2025 | Clerk, Harris County, TX, Order Number 1691593, copies for lawsuit related to NRW | 47.40 |
| 11/19/2025 | Service by BK ATTORNEY SERVICES, LLC dba CertificateofService.com | 126.99 |
| 11/30/2025 | Lexis for November 2025 | 70.23 |
| 11/30/2025 | Copies for November 2025 | 55.20 |
| 11/30/2025 | Pacer for November 2025 | 18.00 |
| 11/30/2025 | Everlaw for November 2025 | 298.35 |
| 11/30/2025 | Everlaw-ECA for November 2025 | 131.49 |
| | **Total DISBURSEMENTS** | **$751.66** |

| | |
|---|---|
| New Charges | $52,851.66 |