**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| **Debtors.** | ) | **Jointly Administered** |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FISHMAN HAYGOOD, L.L.P. AS SPECIAL LITIGATION COUNSEL**

**(**Related Doc. No. 2729**)**

The undersigned hereby certifies as follows:

1. On July 31, 2026, Michael D. Warner, solely in his capacity as chapter 7 trustee for the above-captioned administratively consolidated estates, filed that certain *Application of Chapter 7 Trustee for Entry of an Order Authorizing the Employment and Retention of Fishman Haygood, L.L.P. As Special Litigation Counsel* [Doc. No. 2729] (the "***Application***").

2. A copy of the Application was (a) electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices pursuant to the Court's Electronic Filing Procedures; and (b) mailed to certain identified persons via United States First Class Mail, sufficient postage prepaid.

3. The Application was filed utilizing the Court's standard twenty-one (21) day notice language, which required a response by no later than August 21, 2026 (the "***Response Deadline***").

[1] The debtors in these cases (the "**Debtors**"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

4. The undersigned hereby certifies that the Response Deadline has passed and no responsive pleadings to the Application have appeared on the Court's docket in the above-captioned chapter 7 cases or were served upon the undersigned counsel.

5. Attached hereto are (i) a redline of the revised form of Order against the Order filed with the Application; and (ii) a clean copy of such revised form of Order, the latter of which undersigned counsel respectfully requests the Court enter at its earliest convenience.

Dated: August 24, 2026

Respectfully Submitted,

**STEWART ROBBINS & ALTAZAN, LLC**

By: */s/ Abigail W. Mock*

Brooke W. Altazan (Tx. Bar # 24101002)
baltazan@stewartrobbins.com
Abigail W. Mock (La. Bar # 41352)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 3902652)*
amock@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner,***
***Chapter 7 Trustee***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading was caused to be served upon all parties that are registered to receive electronic service through the court's ECF notice system in the above case on this 24 August 2026.

*/s/ Abigail W. Mock*
Abigail W. Mock