United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| **Debtors.** | ) | **Jointly Administered** |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF STEWART ROBBINS & ALTAZAN LLC AS COUNSEL TO THE CHAPTER 7 TRUSTEE FOR THE PERIOD OF JULY 1, 2025 THROUGH OCTOBER 31, 2025 [RELATES TO DOCKET NO. 2725]**

**CONSIDERING** the *Fourth Interim Fee Application of Stewart Robbins & Altazan LLC as Counsel to the Chapter 7 Trustee for the Period of July 1, 2025 through October 31, 2025* [Doc. No. 2725] (the "Application"), filed by Stewart Robbins & Altazan, LLC ("SRA" or "Applicant") as general counsel to Michael D. Warner, solely in his capacity as the duly appointed chapter 7 trustee (the "Trustee") for the above captioned jointly administered estates (collectively, the "Estates") of MLCJR LLC, et. al., (collectively, the "Debtors"), the Court finds: it has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. § 1334; the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due, sufficient, and proper notice of the Application has been provided in accordance with the Federal Rules of

[1] The debtors in these cases (the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. ("Cox Operating") (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC ("EPL") (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

Bankruptcy Procedure, and the Local Bankruptcy Rules; all objections, if any, to the Application have been withdrawn, resolved, or overruled; the services and expenses include in the Application were reasonable, actually rendered, appropriate, and necessary to represent the interests of the Estates and Trustee; the legal and factual bases set for the in the Application establish just cause for the relief granted herein; the relief requested in the Application is in the best interests of the creditors, the Debtors' Estates, and other parties in interest; and after due deliberation and sufficient cause appearing therefore,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is **APPROVED** in its entirety.

2. SRA is allowed and awarded, as an administrative expense, on an interim basis, for the period of July 1, 2025 through October 31, 2025 (the "Interim Application Period"), fees in the amount of $301,575.00 and expenses in the amount of $5,695.64, totaling $307,270.64 (the "Award") incurred in connection with its representation of the Trustee.

3. The Trustee is authorized to pay the remaining balance of the Award to SRA promptly upon entry of this *Order*.

4. This Court shall retain exclusive jurisdiction to hear, consider, and determine all matters and disputes arising from or relating to the interpretation or implementation of this *Order*.

Signed: August 31, 2026

Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re: Case No. 23-90324-cml
MLCJR LLC Chapter 7
Ad Hoc Committee of Statutory Lien Credi
Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4 User: ADIuser Page 1 of 26
Date Rcvd: Sep 01, 2026 Form ID: pdf002 Total Noticed: 121

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Cox Oil Offshore, L.L.C., 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | #+ | EPL Oil & Gas, LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| db | + | M21K, LLC, 1021 Main St #2626, Houston, TX 77002-6516 |
| db | + | MLCJR LLC, 4514 Cole Ave, Suite 1175, Dallas, TX 75205-4183 |
| aty | + | Amanda Rose Stanzione, Latham and Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Anup Sathy, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-3406 |
| aty | + | Barry J Sallinger, Barry Sallinger, APLC, 820 East St. Mary Blvd, Suite 1, Lafayette, LA 70503-2365 |
| aty | + | Blaine Scott, Akin Gump Strauss Hauer & Feld LLP, 2001 K Street N.W. Washinton, DC, Washington, DC 20006-1037 |
| aty | + | Christopher T Caplinger, 601 Poydras Street Suite 2775, New Orleans, LA 70130-6041 |
| aty | + | Clint Cowan, Kirkland and Ellis LLP, 4550 Travis St., Dallas, TX 75205-4666 |
| aty | + | Elizabeth Rachel Marks, Latham and Watkins LLP, 200 Clarendon St, Boston, MA 02116-5021 |
| aty | + | Evan Swager, KIRKLAND & ELLIS LLP, 601 Lexington Ave, New York, NY 10022-4643 |
| aty | + | Justin G. Lipe, Gray Reed, 1300 Post Oak Blvd., Suite 2000, Houston, TX 77056-8000 |
| aty | + | Matthew S. Barr, Weil Goshal et al, 767 Fifth Avenue, New York, NY 10153-0119 |
| aty | #+ | Robert S. Velevis, SIDLEY AUSTIN LLP, 2021 McKinney Avenue, Suite 2000, Dallas, TX 75201-3351 |
| aty | + | Sam H Poteet, Manier & Herod PC, 1201 Demonbreun St, Suite 900, Nashville, TN 37203-5078 |
| aty | + | Stephen James Johnson, Morris Bart, LLC, Pan American Life Center, 601 Poydras Street, 24th Floor, New Orleans, LA 70130-6036 |
| aty | + | Stone Pigman Walther Wittmann L.L.C., 909 Poydras Street, Suite 3150, New Orleans, LA 70112-4041 |
| aty | + | Vincent John DeVito, Jr., c/o Stromberg Stock, PLLC, 8350 N. Central Expressway, Suite 1225, Dallas, TX 75206, UNITED STATES 75206-1600 |
| cr | + | A-Port, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Adapt Concepts, L.L.C., 209 Marcon Dr., Lafayette, LA 70507-6210 |
| crcm | + | American Panther, LLC, PO BOX 1227, Houston, TX 77251-1227 |
| cr | + | Axip Energy Services, LP, Foley & Lardner LLP, c/o Thomas C. Scannell, 2021 McKinney Ave., Suite 1600, Dallas, TX 75201-3340 |
| cr | | Axis Newco, LLC, Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | + | BRI 1850 Houston OCC, LLC, c/o Michael P. Menton, 3333 Lee Parkway, 8th Floor, Dallas, TX 75219-5111 |
| cr | + | BSREP II Houston Office 1HC Owner, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400 Houston, TX 77002-4496 |
| cr | + | Benjamin Ford Kitchen, IV, 1510 West 9th St, Austin, TX 78703-4808 |
| cr | + | Benoit Premium Threading LLC, 3400 Industrial Park, Houma, LA 70363-3919 |
| intp | + | Blackcomb Energy, LLC, c/o Chamberlain Hrdlicka, Attn: Bankruptcy Department, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| cr | + | CRESCENT GIGS, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cactus Wellhead LLC, Mehaffy Weber, P.C., c/o Blake Hamm, P.O. Box 16, Beaumont, TX 77704-0016 |
| cr | + | Cactus Wellhead, LLC, c/o Bradley Arant Boult Cummings LLP, Attn: James B. Bailey, 1819 Fifth Avenue North, Birmingham, AL 35203-2120 |
| cr | + | Cardinal Coil Tubing, LLC, c/o John A. Mouton, III, P. O. Box 82438, Lafayette, LA 70598, UNITED STATES 70598-2438 |
| cr | + | Chalmers, Collins, Alwell, Inc., 705 W. Pinhook Rd., Lafayette, LA 70503-2315 |
| cr | + | Crescent GIGs LLC, Gordon Arata Montgomery Barnett, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |

| | | |
|---|---|---|
| cr | + | Crescent Midstream, LLC, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Cueria Law Firm, LLC o/b/o Dillon Mitchell, Cueria Law Firm, LLC, 650 Poydras Street, Suite 2740, New Orleans, LA 70130, UNITED STATES 70130-6123 |
| cr | | Delta Energy Management and Consulting, LLC, 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Drake ChemCo, LLC, 1201 Canal Street, Suite 652, New Orleans, LA 70112-2721 |
| cr | + | EPS Logistics Company, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | Eaton Oil Tools, Inc., P.O. Box 1050, Broussard, LA 70518-1050 |
| cr | + | Eugene Lazard, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Expeditors and Production Services, 425 Industrial Pkwy, Lafayette, LA 70508-3351 |
| cr | + | FW GOM Pipeline, Inc., 2000 W Sam Houston Pkwy S, Suite 1200, Houston, TX 77042-3623 |
| cr | + | Frost Bank, Attn: Joshua L. Shepherd, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | + | GIR Solutions, LLC, 115 W. Greenhill Cr, Broussard, LA 70518-7512 |
| cr | + | General Crude Oil Company, 2726 Bissonnet St. 240-50, Houston, TX 77005, UNITED STATES 77005-1319 |
| cr | + | Genesis Energy, L.P., 919 Milam, Ste. 2100, Houston, TX 77002-5417 |
| cr | + | Gulf South Services, P. O. Box 1987, Gray, LA 70359-1987 |
| cr | + | Gulfstream Services, Inc., 723 Point Street, Houma, LA 70360-4744 |
| cr | + | H.I.S. Fire & Safety Equipment, LLC, c/o Misty A. Segura, Spencer Fane, LLP, P.O. Box 368, Delcambre, LA 70528-0368 |
| cr | | Halliburton Energy Services, Inc., Attn: Connor Smith, 16225 Park Ten Place Dr., Suite 700, Houston, TX 77084 UNITED STATES |
| cr | #+ | Home Industry Disposal Company, Inc., 200 N. Saint Charles, Abbeville, LA 70510-5106 |
| intp | + | J.M. Huber Corporation, c/o Armistead M. Long, Gordon Arata Montgomery Barnett, 1015 Saint John Street, Lafayete, LA 70501-6711 |
| sp | + | JONES WALKER LLP, c/o Mark A. Mintz, Esq., 201 St. Charles Avenue, 51st Floor, New Orleans, LA 70170-5100 |
| cr | + | Jeremy Fontenot, Gordon Arata - Attn: Armistead Long, 400 E. Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| op | + | Keller & Heckman, LLP, 1001 G Street NW, Suite 500 West, Washington, DC 20001-4564 |
| cr | + | Kilgore Marine Services, LLC, 200 Beaullieu Drive, Bldg. 8, Lafayette, LA 70508-7230 |
| intp | + | LLOX, LLC, Attn David Seay, Land Manager, 1001 Ochsner Blvd, Ste A, Covington, LA 70433-8163 |
| cr | + | Laborde Marine Management, LLC, 601 Poydras St., Suite 1725, New Orleans, LA 70130-6033 |
| cr | + | Liberty Mutual Insurance Company, 1001 Fourth Avenue, Ste. 3800, Seattle, WA 98154, UNITED STATES 98154-1125 |
| cr | + | Linear Controls, Inc., 107 Commission Boulevard, Lafayette, LA 70508-3514 |
| cr | + | Logic Control Systems, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | M&H Enterprises, Inc., 8319 Thora Ln Hngr A2, Spring, TX 77379-3153 |
| intp | + | McMoran Oil & Gas, LLC, Locke Lord LLP, Omer F. Kuebel, III, Philip G. Eisenberg, 601 Poydras St., Suite 2660 New Orleans, LA 70130-6032 |
| cr | + | Nationwide Mutual Insurance Company, 1100 Locust St. - Dept. 2006, Des Moines, IA 50391, UNITED STATES 50391-2006 |
| cr | + | Nicholas Miller, Gordon Arata Montgomery Barnett, 400 East Kaliste Saloom Road, Suite 4200, Lafayette, LA 70508 UNITED STATES 70508-8522 |
| cr | + | Offshore Air & Refrigeration, Inc., 417 Shelly Drive, Lafayette, LA 70503-4437 |
| intp | + | PXP Producing Company, LLC, 601 Poydras Street, Suite 2660, New Orleans, LA 70130-6032 |
| cr | + | Pelstar Mechanical Services, LLC, c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | | Petro-Marine Underwriters, Inc., 4917 Picone Street, Metairie, LA 70006-1040 |
| cr | + | Petroleum Coordinators Inc., 219 Rue Fontaine, Lafayette, LA 70508-5742 |
| cr | + | Philadelphia Indemnity Insurance Company, Dry Law, PLLC, 909 18th Street, Plano, TX 75074-5830 |
| cr | | Poseidon Technology, LLC, 2117 Veterans Blvd. Ste. 421, Metairie, LA 70002 |
| cr | + | Premium Oilfield Services LLC, Bradley Arant Boult Cummings LLP, c/o James Bailey, Esq, One Federal Place, 1819 5th Avenue N Birmingham, AL 35203-2120 |
| cr | + | Prime Energy Resources, LLC, Galoway Tompkins Burr & Smth, 1301 McKinney Street, Ste. 1400, c/c Branch Sheppard, Houston, TX 77010-3064 |
| cr | + | RCP Inc, 801 Louisiana St, Suite 200, Houston, TX 77002-4936 |
| cr | + | RigNet, Inc., c/o James E. Cuellar, 440 Louisiana, Suite 718, Houston, TX 77002-1058 |
| cr | + | Right Hand Oilfield Associates, LLC, 9264 Hwy 1, Lockport, LA 70374-4217 |
| cr | + | River Rental Tools, Inc., c/o Corey E. Dunbar, 8311 Highway 23, Belle Chasse, LA 70037-2606 |
| cr | + | SP 49 Pipeline LLC, c/o Byron McDonald, 2107 Research Forest Drive, Suite 250, The Woodlands, TX 77380-4169 |
| cr | + | Seatrax Services, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Services Archrock Partners Operating LLC and Archr, 9807 Katy Freeway, Ste. 100, Houston, TX 77024-1276 |
| cr | + | Shallow Draft Elevating Boats, Inc., c/o Timothy Thriffiley, 8311 Highway 23, Suite 104, Belle Chasse, LA 70037-2606 |
| cr | + | Shell Offshore Inc., c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Shell Trading (US) Company, c/o Ross, Smith & Binford, PC, Attn: Jason Binford, 700 N. Pearl Street, Suite 1610 Dallas, TX 75201-7459 |
| cr | + | Sirius America Insurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068-1644 |
| cr | + | Steel Service Oilfield Tubular, Inc., 8138 E. 63rd Street, Tulsa, OK 74133-1917 |
| cr | + | Tampnet Inc., 24275 Katy Freeway, Suite 525, Katy, TX 77494-7270 |
| cr | + | Targa LA Operating LLC, c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Total Production Supply LLC, 121 Windfall Drive, Lafayette, LA 70508, UNITED STATES 70508-4484 |

| | | |
|---|---|---|
| crcm | #+ | Turnkey Offshore Project Services, LLC, 8506 Shrimpers Row, Dulac, LA 70353-2206 |
| cr | + | VCG Energy Group, LLC, 201 W Vermilion St, #200, Lafayette, LA 70501-6847 |
| cr | + | Venice Energy Services Company, L.L.C., c/o Steven W. Soule, Hall, Estill, et al., 521 East 2nd Street, Suite 1200 Tulsa, OK 74120-1855 |
| cr | + | Vision Production Chemicals, L.L.C., 8910 Cordell Rd., Abbeville, LA 70510-2390 |
| cr | + | Westwind Helicopters, Inc., PO Box 929, Santa Fe, TX 77517-0929 |
| cr | + | c/o James Bailey,Esq TGS-NOPEC Geophysical Company, Bradley Arant Boult Cummings LLP, 1819 5th Avenue North, Birmingham, AL 35203-2120 |

TOTAL: 97

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 01 2026 05:50:45 | Camille M Shepherd, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1001 |
| aty | + | Email/Text: lara.coleman@chamberlainlaw.com | Sep 01 2026 05:55:00 | Chamberlain Hrdlicka White Williams & Aughtry, P.C, 1200 Smith Street, Suite 1400, Attn: Bankruptcy Department, Houston, TX 77002-4496 |
| cr | | Email/Text: Customer.Bankruptcy@Archrock.com | Sep 01 2026 05:53:00 | Archrock Partners Operating LLC, 9807 Katy Frwy., Ste. 100, Houston, TX 77024 |
| intp | + | Email/Text: mbrimmage@akingump.com | Sep 01 2026 05:54:00 | Alvarez & Marsal North America, LLC, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field St., Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: maci.sartain@anb.com | Sep 01 2026 05:54:00 | Amarillo National Bank, Box 1, Amarillo, TX 79105-0001 |
| cr | | Email/Text: ashleyf@broussardbrothers.com | Sep 01 2026 05:54:00 | Broussard Brothers, Inc., 501 South Main St., Abbeville, LA 70510 |
| cr | + | Email/Text: moses@carverdarden.com | Sep 01 2026 05:54:00 | C-Dive, L.L.C., c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 01 2026 05:55:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: leif.simpson@datasite.com | Sep 01 2026 05:54:00 | Datasite LLC, 733 Marquette Avenue, Suite 600, Minneapolis, MN 55402 |
| cr | ^ | MEBN | Sep 01 2026 05:49:27 | Danos, L.L.C., c/o Richard A. Aguilar, Adams and Reese LLP, 701 Poydras St., Ste 4500, New Orleans, LA 70139-4596 |
| intp | + | Email/Text: jsparacino@mckoolsmith.com | Sep 01 2026 05:54:00 | Deacon Investments LLC, c/o John J. Sparacino, 600 Travis Street, Suite 7000, Houston, TX 77002-3018 |
| cr | | Email/Text: dgrzyb@csglaw.com | Sep 01 2026 05:55:00 | Everest Reinsurance Company, c/o Chiesa Shahinian & Giantomasi PC, 105 Eisenhower Parkway, Attn: Darren Grzyb, Esq., Roseland, NJ 07068 |
| cr | + | Email/Text: jking@offermanking.com | Sep 01 2026 05:53:00 | Gulf Offshore Rentals, LLC, c/o James W. King, 6420 Wellington Pl, Beaumont, TX 77706-3206 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Sep 01 2026 05:55:00 | Harris County, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: barnetbjr@msn.com | Sep 01 2026 05:55:00 | Houston Energy, LP, c/o Barnet B. Skelton, Jr., 815 Walker, Suite 1502, Houston, TX 77002-5832 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | Sep 01 2026 05:55:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468, UNITED STATES 19468-4201 |
| cr | + | Email/Text: moses@carverdarden.com | | |

| | | | |
|---|---|---|---|
| | | Sep 01 2026 05:54:00 | JX Nippon Oil Exploration (U.S.A.) Limited, c/o Leann O. Moses, 1100 Poydras Street, Suite 3100, New Orleans, LA 70163-1102 |
| op | Email/Text: EBN@primeclerk.com | Sep 01 2026 05:54:00 | Kroll Restructuring Administration LLC, (f/k/a Prime Clerk LLC), 55 East 52nd Street, 17th Floor, New York, NY 10055 |
| cr | + Email/Text: ljohnson@loopergoodwine.com | Sep 01 2026 05:54:00 | LLOG Exploration Offshore, L.L.C., c/o Looper Goodwine P.C., 650 Poydras Street, Suite 2400, Attn: Paul J Goodwine, Attn: Lindsey M. Johnson, New Orleans, LA 70130-6171 |
| cr | + Email/Text: David.Eastlake@gtlaw.com | Sep 01 2026 05:55:00 | Oceaneering International, Inc., c/o David R. Eastlake, Greenberg Traurig, LLP, 1000 Louisiana Street, Suite 6700, Houston, TX 77002-6003 |
| cr | + Email/Text: bill.sheffield@otcompliance.com | Sep 01 2026 05:54:00 | Offshore Technical Compliance LLC, 72030 Live Oak St, Covington, LA 70433-8848 |
| acc | + Email/Text: admin@tpswest.com | Sep 01 2026 05:54:00 | TPS-West, LLC, 10260 Westheimer Rd, Suite 210, Houston, TX 77042-3109 |
| intp | ^ MEBN | Sep 01 2026 05:49:05 | Texas Comptroller of Public Accounts, Unclaimed Pr, c/o Attorney General's Office, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| intp | ^ MEBN | Sep 01 2026 05:50:49 | United States of America, c/o U.S. Department of Justice, P.O. Box 875- Ben Franklin Station, Washington, DC 20044-0875 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | Cox Operating L.L.C. |
| db | | Energy XXI GOM, LLC |
| db | | Energy XXI Gulf Coast, LLC |
| aty | | Stewart Robbins Brown & Altazan, LLC |
| tr | | Michael D Warner |
| tr | | Michael D Warner |
| cr | | A & H Armature Works, Inc. |
| cr | | Accu-Line Wireline |
| crcm | | Ad Hoc Committee of Statutory Lien Creditors |
| cr | | Aldonsa, Inc. d/b/a Oilfield Instrumentation USA |
| cr | | All Coast, LLC |
| cr | | Alliance Offshore, L.L.C. |
| intp | | Apache Corporation |
| cr | | Apache Shelf Exploration, LLC |
| cr | | Arena Energy LLC |
| cr | | Argonaut Insurance Company |
| intp | | BP Energy Company |
| intp | | BP Energy Company and BP Products North America In |
| cr | | Barry Graham Oil Service, LLC |
| cr | | Berkley Insurance Company |
| intp | | Bradley E. Cox |
| intp | | Burlington Resources Offshore, Inc., Locke Lord |
| cr | | Burner Fire Control, Inc., 1374 Petroleum Pkwy, Broussard |
| cr | | CIMA ENERGY, LP |
| cr | | CROSBY INDEPENDENT SCHOOL DISTRICT |
| intp | | Cardinal Slickline, LLC |
| cr | | Chevron Pipe Line Company |
| cr | | Chevron U.S.A. Inc. |
| intp | | ConocoPhillips Company |
| intp | | Cox Investment Partners, LP |

| | |
|---|---|
| intp | Cox Oil & Gas, LLC |
| intp | Cox Oil, LLC |
| cr | Crosby Energy Services, Inc. |
| cr | Cullen and Dykman LLP |
| cr | DLS, LLC |
| cr | Dauphin Island Gathering Partners and DCP Mobile B |
| intp | Dechert LLP |
| cr | Deltas Missys Supermarket, LLC (d/b/a Cypress Poin |
| cr | Devon Energy Corporation |
| cr | Diamond Tank Rental, LLC |
| cr | Diverse Safety and Scaffolding, L.L.C. |
| cr | Dynasty Energy Services, LLC |
| cr | EP Energy E&P Company, L.L.C. |
| intp | EP Northern Investments, LLC |
| cr | ES&H Production Group, L.L.C. |
| cr | EcoServe, L.L.C. |
| intp | Endurance American Specialty Insurance Company/Som |
| intp | Energy Transfer |
| intp | Eni Petroleum US LLC |
| cr | Enterprise Offshore Drilling |
| intp | Exxon Mobil Corporation |
| intp | Exxon Mobile Corporation |
| cr | Fab-Con, Inc. |
| intp | Fairfield Industries Incorporated |
| sp | Fishman Haygood, L.L.P. |
| intp | Flint River VPP II, LLC |
| cr | GOL, L.L.C. |
| cr | GOM Shelf LLC |
| cr | Gas Turbine Applications, Inc., c/o Metz Lewis Brodman Must O'Keefe LLC |
| cr | Grand Isle Shipyard, L.L.C. |
| cr | Guice Offshore, LLC |
| cr | Gulf Coast Marine Fabricators, Inc. |
| cr | Hanover Insurance Company |
| cr | Helix Well Ops, Inc. |
| fa | Huron Consulting Services LLC |
| cr | Jackie Lewis |
| intp | Jackson Walker LLP |
| intp | Kay McArdle |
| intp | Kenneth Franzheim II Managment Trust |
| intp | Keystone Chemical LLC |
| cr | Lakeway Associates II LLC |
| cr | Lakeway Associates LLC |
| cr | Leviathan Offshore, LLC |
| cr | Mack Steel & Supply, L.L.C. |
| cr | Mauricio Ferreyros |
| cr | NNW, Inc., 39289 Tommy Moore Road, Gonzales |
| cr | National Oilwell Varco, L.P. |
| intp | Natural Resources Worldwide, LLC |
| cr | Noble Energy, Inc. |
| intp | OSEGIK Investments LLC |
| cr | Offshore Liftboats, LLC |
| cr | Offshore Oil Services, Inc. |
| intp | Partco LLC |
| cr | Piranha Rentals, LLC |
| cr | Premier Offshore Catering Inc |
| cr | Pressure & Flow Control Solutions LLC (PetroQuip), 2878 Engineers Road, Belle Chasse |
| cr | Prime Energy Resources, LLC |
| cr | Quality Construction and Production, LLC |
| cr | Quality Energy Services, Inc. |
| cr | Quality Process Services, LLC |
| cr | Quality Production Management, LLC |
| intp | R&R Boats, Inc. |
| cr | REC Marine Logistics, LLC |

| | | |
|---|---|---|
| cr | | Ryan, LLC |
| cr | | SEACOR Marine, LLC |
| intp | | Sea Robin Pipeline Company, LLC |
| cr | | Seneca Resources Company, LLC |
| cr | | Sparrows Offshore, LLC |
| intp | | Specialty Offshore, Inc. |
| intp | | Spectrum GOM Central LLC |
| intp | | Spectrum GOM East LLC |
| intp | | Spectrum GOM Non-Op LLC |
| intp | | Spectrum GOM West LLC |
| cr | | State of Louisiana, Department of Natural Resource |
| intp | | Stingray Pipeline Company L.L.C. |
| cr | | Swivel Rental & Supply, L.L.C. |
| cr | | Talos Energy Ventures, LLC |
| intp | | Talos Production LLC |
| intp | | Talos Resources LLC |
| cr | | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk |
| crcm | | The Official Committee of Unsecured Creditors |
| cr | | Thru Tubing Systems, Inc. |
| cr | | Tobias, Inc. |
| cr | | Travelers Casualty & Surety Company of America |
| intp | | Triton Gathering, LLC |
| cr | | Truist Insurance Holdings, Inc. |
| intp | | Trunkline Field Services LLC |
| intp | | USA Compression Partners, LLC |
| cr | | Union Oil Company of California |
| cr | | United States Fire Insurance Company |
| cr | | Unocal Pipeline Company |
| cr | | W&T Energy VI, LLC |
| cr | | W&T Offshore, Inc. |
| cr | | W-Industries of Louisiana, LLC |
| cr | | WELLS FARGO BANK NA |
| cr | | Westchester Fire Insurance Company |
| intp | | Westerngeco LLC |
| cr | | Whitco Pump & Equipment, LLC |
| cr | | Whitco Supply Co |
| intp | | XTO Offshore, Inc. |
| cr | ##+ | FDF Energy Service LLP, Bonds Ellis Eppich Schafer Jones LLP, 950 Echo Lane, Suite 120, Houston, TX 77024, UNITED STATES 77024-2781 |
| cr | ##+ | Island Operating Company, c/o Parkins & Rubio LLP, Pennzoil Place, 700 Milam, Suite 1300, Houston, TX 77002-2736 |
| cr | ##+ | Precision Crane & Hydraulics, LLC, 11904 Hwy. 308, P.O. Box 1197, Larose, LA 70373-1197 |
| cr | ##+ | QuarterNorth Energy LLC and certain of its affilia, 3737 Buffalo Speedway, Ste. 800, Houston, TX 77098, UNITED STATES OF AMERICA 77098-3739 |

TOTAL: 130 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Benjamin Greenbaum | on behalf of Creditor Grand Isle Shipyard L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor REC Marine Logistics LLC Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor Mack Steel & Supply L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron Benjamin Greenbaum | on behalf of Creditor GOL L.L.C. Aaron.Greenbaum@pjgglaw.com, Tricia.Borne@pjgglaw.com;Kyle.Khoury@pjgglaw.com;Cynthia.Dugas@pjgglaw.com |
| Aaron James Power | on behalf of Interested Party Exxon Mobile Corporation apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron James Power | on behalf of Interested Party XTO Offshore Inc. apower@porterhedges.com, egarfias@porterhedges.com;ysanders@porterhedges.com |
| Aaron James Power | on behalf of Interested Party Exxon Mobil Corporation apower@porterhedges.com egarfias@porterhedges.com;ysanders@porterhedges.com |
| Abigail Wood Mock | on behalf of Plaintiff Michael D Warner amock@stewartrobbins.com |
| Abigail Wood Mock | on behalf of Trustee Michael D Warner amock@stewartrobbins.com |
| Abigail Wood Mock | on behalf of Plaintiff Michael D. Warner amock@stewartrobbins.com |
| Aimee Williams Hebert | on behalf of Plaintiff Amarillo National Bank aimee.hebert@kellyhart.com crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com |
| Aimee Williams Hebert | on behalf of Creditor Amarillo National Bank aimee.hebert@kellyhart.com crystal.coulon@kellyhart.com;dorothy.gaudet@kellyhart.com;court.alert@kellyhart.com |
| Alan H Goodman | on behalf of Defendant Gulf South Services alan.goodman@bswllp.com |
| Alan H Goodman | on behalf of Creditor Gulf South Services alan.goodman@bswllp.com |
| Albert J Derbes, IV | on behalf of Defendant Partco LLC ajdiv@derbeslaw.com, Derbes..AlbertJ.B150683@notify.bestcase.com |
| Alex Konstantynovski | on behalf of Creditor Committee The Official Committee of Unsecured Creditors alex.konstantynovski@whitecase.com mco@whitecase.com |
| Alfredo R Perez | on behalf of Interested Party QuarterNorth Energy LLC alfredo.perez@weil.com alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alfredo R Perez | on behalf of Creditor EP Energy E&P Company L.L.C. alfredo.perez@weil.com, alfredo-perez-1218@ecf.pacerpro.com;erin.choi@weil.com;clifford.carlson@weil.com;rene.olvera@weil.com;christopher.jalomo@weil.com;jake.rutherford@weil.com;theodore.heckel@weil.com |
| Alicia Lenae Barcomb | on behalf of U.S. Trustee US Trustee alicia.barcomb@usdoj.gov |
| Amber Michelle Carson | on behalf of Creditor GOM Shelf LLC acarson@grayreed.com |
| Amber Michelle Carson | on behalf of Plaintiff GOM Shelf L.L.C. acarson@grayreed.com |

Amelia L. Hurt
on behalf of Creditor Amarillo National Bank amelia.hurt@kellyhart.com june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Amelia L. Hurt
on behalf of Plaintiff Amarillo National Bank amelia.hurt@kellyhart.com june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com

Andrew Jimenez
on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov

Andrew David Mendez
on behalf of Interested Party Natural Resources Worldwide LLC amendez@stonepigman.com

Andrew David Mendez
on behalf of Defendant Stone Pigman Walther Wittmann L.L.C. amendez@stonepigman.com

Andrew David Mendez
on behalf of Attorney Stone Pigman Walther Wittmann L.L.C. amendez@stonepigman.com

Armen Shahinian
on behalf of Creditor United States Fire Insurance Company ashahinian@csglaw.com

Armistead Mason Long
on behalf of Creditor Crescent Midstream LLC along@gamb.com, sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Eugene Lazard along@gamb.com sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Nicholas Miller along@gamb.com sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Jeremy Fontenot along@gamb.com sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor CRESCENT GIGS LLC along@gamb.com, sroberts@gamb.com

Armistead Mason Long
on behalf of Creditor Crescent GIGs LLC along@gamb.com sroberts@gamb.com

Armistead Mason Long
on behalf of Interested Party J.M. Huber Corporation along@gamb.com sroberts@gamb.com

Arthur Raymond Kraatz
on behalf of Plaintiff SEACOR Marine LLC arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Arthur Raymond Kraatz
on behalf of Creditor SEACOR Marine LLC arthur.kraatz@phelps.com, cathy.trosclair@phelps.com

Barnet B Skelton, Jr
on behalf of Creditor Houston Energy LP barnetbjr@msn.com

Benjamin W Kadden
on behalf of Plaintiff All Coast LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Offshore Liftboats LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Quality Energy Services Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Sparrows Offshore LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor ES&H Production Group L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff R&R Boats Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Prime Energy Resources LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Premier Offshore Catering Inc bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Tobias Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff E S & H Production Group LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Tobias Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Interested Party Specialty Offshore Inc. bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Piranha Rentals LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff R. & R. Boats Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Total Production Supply LLC bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Gulfstream Services Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Swivel Rental & Supply LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor All Coast LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Total Production Supply LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Swivel Rental & Supply L.L.C. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Interested Party Keystone Chemical LLC bkadden@lawla.com mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Keystone Chemical LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Interested Party R&R Boats Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Prime Energy Resources LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Offshore Liftboats LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Specialty Offshore Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Premier Offshore Catering Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Piranha Rentals LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Plaintiff Sparrows Offshore LLC bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Creditor Quality Energy Services Inc. bkadden@lawla.com, mnguyen@lawla.com

Benjamin W Kadden
on behalf of Interested Party Specialty Offshore Inc. bkadden@lawla.com, mnguyen@lawla.com

Bradley Roland Foxman
on behalf of Interested Party Natural Resources Worldwide LLC bfoxman@velaw.com

Branch Masterson Sheppard
on behalf of Interested Party Prime Energy Resources LLC bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Branch Masterson Sheppard
on behalf of Creditor Prime Energy Resources LLC bsheppard@spencerfane.com, sdeleon@gallowaylawfirm.com

Brandon Augustus Brown
on behalf of Plaintiff Michael D Warner bbrown@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown
on behalf of Trustee Michael D Warner bbrown@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Augustus Brown
on behalf of Trustee Chapter 7 Trustee bbrown@stewartrobbins.com kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Brandon Kevin Bains
on behalf of Creditor Hanover Insurance Company brandon@bainslaw.com

| | |
|---|---|
| | langleyllp@ecf.courtdrive.com;lmurphy@l-llp.com;tlangley@l-llp.com |
| Brandon Taylor Darden | on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited bdarden@carverdarden.com sweeney@carverdarden.com |
| Brandon Taylor Darden | on behalf of Creditor C-Dive L.L.C. bdarden@carverdarden.com, sweeney@carverdarden.com |
| Brent B Barriere | on behalf of Plaintiff MICHAEL D. WARNER bbarriere@fishmanhaygood.com rmichel@fishmanhaygood.com;kfritscher@fishmanhaygood.com |
| Brian A Kilmer | on behalf of Creditor QuarterNorth Energy LLC and certain of its affiliates bkilmer@qmklaw.com Elizabeth.Grant@KLGates.com |
| Brian A. Baker | on behalf of Creditor National Oilwell Varco L.P. brian@sorrelslaw.com |
| Brian E Schartz | on behalf of Creditor W&T Energy VI LLC brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com |
| Brian E Schartz | on behalf of Creditor W&T Offshore Inc. brian.schartz@kirkland.com, amy-donahue-2664@ecf.pacerpro.com |
| Brian I. Kantar | on behalf of Creditor United States Fire Insurance Company bkantar@csglaw.com |
| Brooke Watford Altazan | on behalf of Plaintiff Michael D. Warner baltazan@stewartrobbins.com baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| Brooke Watford Altazan | on behalf of Plaintiff Michael D Warner baltazan@stewartrobbins.com baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| Brooke Watford Altazan | on behalf of Trustee Michael D Warner baltazan@stewartrobbins.com baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com |
| Cameron Murray | on behalf of Defendant American Eagle A Division of Bennett Motor Express LLC cameron.murray@taylorporter.com, elise.aycock@taylorporter.com |
| Cassandra Shoemaker | on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing LLC ("DCP" cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com |
| Charles L Stern, Jr | on behalf of Creditor Lakeway Associates II LLC cstern@steeglaw.com |
| Charles L Stern, Jr | on behalf of Creditor Lakeway Associates LLC cstern@steeglaw.com |
| Charles Michael Rubio | on behalf of Defendant Island Operating Company crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles Michael Rubio | on behalf of Creditor Island Operating Company crubio@parkinsrubio.com 7485062420@filings.docketbird.com |
| Charles R. Koster | on behalf of Creditor Committee The Official Committee of Unsecured Creditors ckoster@whitecase.com mco@whitecase.com |
| Charles V Cusimano, III | on behalf of Defendant Compliance Technology Group LLC chuck@cusimanolaw.com |
| Cherie Dessauer Nobles | on behalf of Plaintiff MICHAEL D. WARNER cnobles@fishmanhaygood.com kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com |
| Cherie Dessauer Nobles | on behalf of Creditor Fab-Con Inc. cnobles@fishmanhaygood.com, kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com |
| Christina Marie Brown | on behalf of Creditor W&T Offshore Inc. christina.brown@gibsondunn.com, POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondunn.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com |
| Christina Marie Brown | on behalf of Creditor W&T Energy VI LLC christina.brown@gibsondunn.com, POseni@gibsondunn.com;KMitra@gibsondunn.com;JEstes@gibsondunn.com;CJoralemon@gibsondunn.com;TDeal@gibsondunn.com;CLWilson@gibsondunn.com;JLeopold@gibsondunn.com |

Christine Shang
on behalf of Creditor W&T Offshore Inc. christine.shang@kirkland.com

Christine Shang
on behalf of Creditor W&T Energy VI LLC christine.shang@kirkland.com

Christopher Adams
on behalf of Creditor Cardinal Coil Tubing LLC cadams@okinadams.com, nhollon@okinadams.com

Christopher Adams
on behalf of Interested Party Cardinal Slickline LLC cadams@okinadams.com, nhollon@okinadams.com

Christopher Michael Gaffney
on behalf of Defendant Compliance Technology Group LLC chris@gaffneyla.com

Christopher Ross Travis
on behalf of U.S. Trustee US Trustee C.Ross.Travis@usdoj.gov

Christopher S Murphy
on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-cmurphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Christopher Todd Caplinger
on behalf of Plaintiff Quality Energy Services Inc. chris.caplinger@keanmiller.com

Christopher Todd Caplinger
on behalf of Interested Party R&R Boats Inc. chris.caplinger@keanmiller.com

Clifford William Carlson
on behalf of Creditor EP Energy E&P Company L.L.C. clifford.carlson@weil.com, clifford-carlson-4089@ecf.pacerpro.com;christopher.jalomo@weil.com;rene.olvera@weil.com

Coleman Torrans
on behalf of Defendant Leviathan Offshore LLC ctorrans@lawla.com

Coleman Torrans
on behalf of Plaintiff R. & R. Boats Inc. ctorrans@lawla.com

Connor Smith
on behalf of Creditor Halliburton Energy Services Inc. csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith
on behalf of Creditor Axis Newco LLC csmith@dorelaw.com, chymel@dorelaw.com

Connor Smith
on behalf of Defendant Axis Newco LLC csmith@dorelaw.com, chymel@dorelaw.com

Corey Evan Dunbar
on behalf of Creditor River Rental Tools Inc. cdunbar@pivachlaw.com, tthriffiley@pivachlaw.com

Craig A Ryan
on behalf of Creditor Prime Energy Resources LLC ryanc@onebane.com, coped@onebane.com

Darren M. Grzyb
on behalf of Creditor United States Fire Insurance Company dgrzyb@csglaw.com

Darren M. Grzyb
on behalf of Creditor Sirius America Insurance Company dgrzyb@csglaw.com

Darren M. Grzyb
on behalf of Creditor Everest Reinsurance Company dgrzyb@csglaw.com

Darryl T Landwehr
on behalf of Creditor A & H Armature Works Inc. dtlandwehr@aol.com

David J Messina
on behalf of Creditor Deltas Missys Supermarket LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine) messina@chaffe.com, bankruptcy@chaffe.com;laudumiey@chaffe.com

David L Curry, Jr
on behalf of Creditor Cardinal Coil Tubing LLC dcurry@okinadams.com, nhollon@okinadams.com

David L Curry, Jr
on behalf of Creditor Committee Ad Hoc Committee of Statutory Lien Creditors dcurry@okinadams.com nhollon@okinadams.com

David L Curry, Jr
on behalf of Interested Party Cardinal Slickline LLC dcurry@okinadams.com, nhollon@okinadams.com

David M Bennett
on behalf of Creditor Devon Energy Corporation david.bennett@hklaw.com gracie.gonzales@tklaw.com;hope.daniels@hklaw.com;hapi@hklaw.com

David Patrick Keating
on behalf of Defendant Whitco Supply L.L.C. rick@dmsfirm.com

David Patrick Keating
on behalf of Creditor Whitco Supply Co rick@dmsfirm.com

David Patrick Keating
on behalf of Creditor Whitco Pump & Equipment LLC rick@dmsfirm.com

David Patrick Keating
on behalf of Defendant Pump Energy Solutions L.L.C. FKA Whitco Pump & Equipment, L.L.C. rick@dmsfirm.com

David Robert Eastlake
on behalf of Creditor Oceaneering International Inc. David.Eastlake@gtlaw.com, jamrokg@gtlaw.com

David S Bland
on behalf of Creditor Accu-Line Wireline david.bland@chaffe.com mwynne@blandpartners.com

David S Bland
on behalf of Creditor Aldonsa Inc. d/b/a Oilfield Instrumentation USA david.bland@chaffe.com, mwynne@blandpartners.com

David S Bland
on behalf of Creditor Enterprise Offshore Drilling david.bland@chaffe.com mwynne@blandpartners.com

David Samuel Rubin
on behalf of Plaintiff Laborde Marine Mangement LLC David.Rubin@butlersnow.com

David Samuel Rubin
on behalf of Creditor Laborde Marine Management LLC David.Rubin@butlersnow.com

Demetra Liggins
on behalf of Creditor W&T Offshore Inc. dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Demetra Liggins
on behalf of Creditor Dauphin Island Gathering Partners and DCP Mobile Bay Processing LLC ("DCP" dliggins@mcguirewoods.com, nsims@mcguirewoods.com

Duston K McFaul
on behalf of Interested Party OSEGIK Investments LLC dmcfaul@sidley.com txefilingnotice@sidley.com;duston-mcfaul-2509@ecf.pacerpro.com

Edward Allison Clarkson, III
on behalf of Interested Party Cardinal Slickline LLC eclarkson@okinadams.com, nhollon@okinadams.com

Edward Allison Clarkson, III
on behalf of Creditor Cardinal Coil Tubing LLC eclarkson@okinadams.com, nhollon@okinadams.com

Edward H Arnold, III
on behalf of Creditor Gulf Coast Marine Fabricators Inc. harnold@bakerdonelson.com

Edward L Ripley
on behalf of Creditor Noble Energy Inc. eripley@andrewsmyers.com, sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Unocal Pipeline Company eripley@andrewsmyers.com sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Chevron U.S.A. Inc. eripley@andrewsmyers.com sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Union Oil Company of California eripley@andrewsmyers.com sray@andrewsmyers.com

Edward L Ripley
on behalf of Creditor Chevron Pipe Line Company eripley@andrewsmyers.com sray@andrewsmyers.com

Elizabeth Hildenbrand Wirmani
on behalf of Creditor Shell Trading (US) Company elizabeth.wirmani@rsbfirm.com michael.coulombe@rsbfirm.com

Elizabeth Hildenbrand Wirmani
on behalf of Creditor Shell Offshore Inc. elizabeth.wirmani@rsbfirm.com michael.coulombe@rsbfirm.com

Emile Joseph, Jr.
on behalf of Creditor Petro Pull LLC EmileJoseph@AllenGooch.com

Emily Meraia
on behalf of Debtor MLCJR LLC emeraia@krcl.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Emily Meraia
on behalf of Defendant Cox Operating L.L.C. emeraia@krcl.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com

Eric Michael English
on behalf of Interested Party Talos Production LLC eenglish@porterhedges.com

emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Interested Party USA Compression Partners LLC eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Interested Party Talos Resources LLC eenglish@porterhedges.com emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Quality Production Management LLC eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Talos Energy Ventures LLC eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Eric Michael English

on behalf of Creditor Quality Construction and Production LLC eenglish@porterhedges.com, emoreland@porterhedges.com;egarfias@porterhedges.com;mwebb@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com

Erin Rosenberg

on behalf of Creditor Committee The Official Committee of Unsecured Creditors erin.rosenberg@whitecase.com mco@whitecase.com

Erin Kathleen Arnold

on behalf of Creditor Amarillo National Bank erinkarnold@gmail.com

Erin Kathleen Arnold

on behalf of Plaintiff Amarillo National Bank erinkarnold@gmail.com

Evans Martin McLeod

on behalf of Creditor Barry Graham Oil Service LLC marty.mcleod@phelps.com

Evelyn J. Meltzer

on behalf of Defendant McGriff Insurance Services LLC evelyn.meltzer@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Evelyn J. Meltzer

on behalf of Defendant Marsh & Mclennan Agency LLC (Formerly, McGriff, Seibels & Williams, LLC) evelyn.meltzer@troutman.com, monica.molitor@troutman.com;wlbank@troutman.com

Fernand L Laudumiey, IV

on behalf of Creditor Deltas Missys Supermarket LLC (d/b/a Cypress Point Fresh Market and Cypress Point Marine) bankruptcy@chaffe.com, laudumiey@chaffe.com,messina@chaffe.com

Frances Anne Smith

on behalf of Creditor Shell Offshore Inc. frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frances Anne Smith

on behalf of Creditor Shell Trading (US) Company frances.smith@offitkurman.com michael.coulombe@offitkurman.com

Frank F McGinn

on behalf of Creditor Iron Mountain Information Management LLC ffm@bostonbusinesslaw.com

Gary A Hemphill

on behalf of Creditor SEACOR Marine LLC gary.hemphill@phelps.com

Gary A Hemphill

on behalf of Plaintiff SEACOR Marine LLC gary.hemphill@phelps.com

Gavin Hodges Guillot

on behalf of Creditor Offshore Oil Services Inc. gavin.guillot@pbgglaw.com, rhiannon.thomas@pjgglaw.com

George J Nalley, Jr

on behalf of Creditor Committee Turnkey Offshore Project Services LLC gnalley@mblb.com

George Robert Parrott, II

on behalf of Creditor Quality Process Services LLC robert.parrott@arlaw.com, vicki.owens@arlaw.com

George Robert Parrott, II

on behalf of Creditor Crosby Energy Services Inc. robert.parrott@arlaw.com, vicki.owens@arlaw.com

Gregg Jeffrey Costa

on behalf of Creditor W&T Offshore Inc. gcosta@gibsondunn.com, pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregg Jeffrey Costa

on behalf of Creditor W&T Energy VI LLC gcosta@gibsondunn.com, pacer-tx@gibsondunn.com;gregg-j-costa-0301@ecf.pacerpro.com

Gregory F Pesce

on behalf of Financial Advisor Huron Consulting Services LLC gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com mco@whitecase.com

H Kent Aguillard
on behalf of Creditor M&H Enterprises Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor Total Production Supply LLC kent@aguillardlaw.com germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Interested Party Cardinal Slickline LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor Chalmers Collins, Alwell, Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor DLS LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor Petroleum Coordinators Inc. kent@aguillardlaw.com germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor Offshore Air & Refrigeration Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Defendant W-Industries of Louisiana LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor Westwind Helicopters Inc. kent@aguillardlaw.com, germaine@aguillardlaw.com

H Kent Aguillard
on behalf of Creditor Cardinal Coil Tubing LLC kent@aguillardlaw.com, germaine@aguillardlaw.com

Harry Allen Perrin
on behalf of Interested Party Bradley E. Cox hperrin@velaw.com

Harry Allen Perrin
on behalf of Interested Party Cox Investment Partners LP hperrin@velaw.com

Harry Allen Perrin
on behalf of Interested Party Natural Resources Worldwide LLC hperrin@velaw.com

Holly C Hamm
on behalf of Creditor Cactus Wellhead LLC hollyhamm@mehaffyweber.com brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly C Hamm
on behalf of Plaintiff Cactus Wellhead LLC hollyhamm@mehaffyweber.com brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Jack N. Fuerst
on behalf of Creditor Datasite LLC jfuerst@sbcglobal.net outsourcedparalegal@gmail.com;fuerst.jackn.r103264@notify.bestcase.com

Jack T. Jamison
on behalf of Debtor Cox Operating L.L.C. jack@jackjamisonattorney.com

Jaimie Fedell
on behalf of Interested Party EP Northern Investments LLC jaimie.fedell@kirkland.com

Jaimie Fedell
on behalf of Interested Party Flint River VPP II LLC jaimie.fedell@kirkland.com

James B. Bailey
on behalf of Creditor Cactus Wellhead LLC jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey
on behalf of Creditor c/o James Bailey Esq TGS-NOPEC Geophysical Company jbailey@bradley.com, jbailey@ecf.courtdrive.com

James B. Bailey
on behalf of Creditor Cactus Wellhead LLC jbailey@bradley.com jbailey@ecf.courtdrive.com

James B. Bailey
on behalf of Creditor Premium Oilfield Services LLC jbailey@bradley.com jbailey@ecf.courtdrive.com

James Blake Hamm
on behalf of Creditor Cactus Wellhead LLC blakehamm@mehaffyweber.com mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

| | |
|---|---|
| James Blake Hamm | on behalf of Creditor Cactus Wellhead LLC blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com |
| James E Cuellar | on behalf of Creditor RigNet Inc. jcuellar@wellscuellar.com |
| James J Ormiston | on behalf of Creditor SP 49 Pipeline LLC jormiston@grayreed.com rcuddihy@grayreed.com |
| James J Ormiston | on behalf of Creditor FW GOM Pipeline Inc. jormiston@grayreed.com, rcuddihy@grayreed.com |
| James J Ormiston | on behalf of Plaintiff GOM Shelf L.L.C. jormiston@grayreed.com, rcuddihy@grayreed.com |
| James J Ormiston | on behalf of Creditor CIMA ENERGY LP jormiston@grayreed.com, rcuddihy@grayreed.com |
| James J Ormiston | on behalf of Creditor GOM Shelf LLC jormiston@grayreed.com rcuddihy@grayreed.com |
| James Paul Barnett, Jr | on behalf of Creditor General Crude Oil Company jimbarnett@jpb-law.com lposey@jpb-law.com;scanner@jpb-law.com |
| James W King | on behalf of Creditor Gulf Offshore Rentals LLC jking@offermanking.com |
| James Wesley Thurman | on behalf of Creditor Sparrows Offshore LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Swivel Rental & Supply L.L.C. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Interested Party Specialty Offshore Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Quality Energy Services Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Total Production Supply LLC j.thurman@riccipartnersllc.com ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor ES&H Production Group L.L.C. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Piranha Rentals LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Plaintiff Quality Energy Services Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Interested Party Keystone Chemical LLC j.thurman@riccipartnersllc.com ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Tobias Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Interested Party R&R Boats Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor All Coast LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Prime Energy Resources LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Offshore Liftboats LLC j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Gulfstream Services Inc. j.thurman@riccipartnersllc.com, ijohnson@lawla.com |
| James Wesley Thurman | on behalf of Creditor Premier Offshore Catering Inc j.thurman@riccipartnersllc.com ijohnson@lawla.com |
| Jamie Kirk | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Jarrod B. Martin | on behalf of Creditor BSREP II Houston Office 1HC Owner LLC jbmartin@bradley.com, atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.co |

m,ggattis@bradley.com,jfalcon@bradley.com

Jarrod B. Martin
on behalf of Trustee Michael D Warner jbmartin@bradley.com
atty_jmartin@bluestylus.com,rabdelghani@bradley.com,akhan@bradley.com,jbmartin@ecf.courtdrive.com,mdsmith@bradley.co
m,ggattis@bradley.com,jfalcon@bradley.com

Jase A. Brown
on behalf of Creditor Sirius America Insurance Company jbrown@browntriallaw.com

Jase A. Brown
on behalf of Creditor Everest Reinsurance Company jbrown@browntriallaw.com

Jason B. Binford
on behalf of Creditor Shell Trading (US) Company jbinford@krcl.com ajezisek@krcl.com;rboley@krcl.com

Jason B. Binford
on behalf of Creditor Shell Offshore Inc. jbinford@krcl.com ajezisek@krcl.com;rboley@krcl.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM West LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM Central LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM Non-Op LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason Gary Cohen
on behalf of Interested Party Spectrum GOM East LLC jason.cohen@bracewell.com mary.kearney@bracewell.com

Jason S Brookner
on behalf of Creditor FW GOM Pipeline Inc. jbrookner@grayreed.com, lwebb@grayreed.com

Jason S Brookner
on behalf of Creditor GOM Shelf LLC jbrookner@grayreed.com lwebb@grayreed.com

Jason S Brookner
on behalf of Plaintiff GOM Shelf L.L.C. jbrookner@grayreed.com, lwebb@grayreed.com

Jayson B. Ruff
on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov

Jeremy Thomas Grabill
on behalf of Plaintiff SEACOR Marine LLC jeremy.grabill@phelps.com, ave.miranda@phelps.com

John A Mouton, III
on behalf of Creditor Cardinal Coil Tubing LLC john@jmoutonlaw.com

John A Mouton, III
on behalf of Interested Party Cardinal Slickline LLC john@jmoutonlaw.com

John Alan Stewart
on behalf of Creditor Guice Offshore LLC johnstewart1724@hotmail.com

John Alan Stewart
on behalf of Debtor Cox Operating L.L.C. johnstewart1724@hotmail.com

John E. Mitchell
on behalf of Interested Party Stingray Pipeline Company L.L.C. john.mitchell@katten.com

John E. Mitchell
on behalf of Interested Party Sea Robin Pipeline Company LLC john.mitchell@katten.com

John E. Mitchell
on behalf of Interested Party Trunkline Field Services LLC john.mitchell@katten.com

John E. Mitchell
on behalf of Interested Party Triton Gathering LLC john.mitchell@katten.com

John E.W. Baay, II
on behalf of Interested Party Westerngeco LLC Jbaay@LabordeSiegel.com

John E.W. Baay, II
on behalf of Interested Party Fairfield Industries Incorporated Jbaay@LabordeSiegel.com

John F Higgins, IV
on behalf of Creditor Quality Construction and Production LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John F Higgins, IV
on behalf of Creditor Quality Production Management LLC jhiggins@porterhedges.com,
emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com

John James Sparacino
on behalf of Interested Party Deacon Investments LLC jsparacino@mckoolsmith.com john-sparacino-7086@ecf.pacerpro.com;scastillo@mckoolsmith.com

John Richard O'Keefe, Jr
on behalf of Creditor Gas Turbine Applications Inc. jokeefe@metzlewis.com

John Thomas Oldham
on behalf of Interested Party Cardinal Slickline LLC joldham@okinadams.com, nhollon@okinadams.com

John Thomas Oldham
on behalf of Creditor Cardinal Coil Tubing LLC joldham@okinadams.com, nhollon@okinadams.com

Johnie J. Patterson, II
on behalf of Creditor Westwind Helicopters Inc. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Creditor Danos L.L.C. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Johnie J. Patterson, II
on behalf of Creditor Crosby Energy Services Inc. wandp.ecf@gmail.com;WalkerPatterson@jubileebk.net;wp@ecf.courtdrive.com

Jonathan L. Lozano
on behalf of Plaintiff Ryan LLC jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan L. Lozano
on behalf of Creditor Ryan LLC jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Joseph A. Caneco
on behalf of Plaintiff MICHAEL D. WARNER jcaneco@fishmanhaygood.com

Joseph A. Caneco
on behalf of Creditor Fab-Con Inc. jcaneco@fishmanhaygood.com

Joseph G Epstein
on behalf of Creditor Tampnet Inc. joe@epsteintexaslaw.com Melissa@epsteintexaslaw.com

Joseph G Epstein
on behalf of Creditor Benoit Premium Threading LLC joe@epsteintexaslaw.com Melissa@epsteintexaslaw.com

Joseph G Epstein
on behalf of Creditor Steel Service Oilfield Tubular Inc. joe@epsteintexaslaw.com, Melissa@epsteintexaslaw.com

Joseph M Coleman
on behalf of Interested Party Jackson Walker LLP jcoleman@krcl.com jcoleman@krcl.com;jcoleman@ecf.courtdrive.com;srhea@krcl.com;rskipper@krcl.com

Joseph P Briggett
on behalf of Interested Party Keystone Chemical LLC jbriggett@bakerdonelson.com adaunoy@lawla.com

Joseph P Briggett
on behalf of Interested Party Specialty Offshore Inc. jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph P Briggett
on behalf of Interested Party R&R Boats Inc. jbriggett@bakerdonelson.com, adaunoy@lawla.com

Joseph Patrick Hebert
on behalf of Creditor Eaton Oil Tools Inc. jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joseph Patrick Hebert
on behalf of Creditor Dynasty Energy Services LLC jphebert@liskow.com, cguidry@liskow.com;dburke@liskow.com

Joshua Lee Shepherd
on behalf of Creditor Frost Bank shepherd@imcplaw.com

Katherine A Preston
on behalf of Creditor WELLS FARGO BANK NA katherinepreston00@gmail.com rsmith@winston.com;katy-preston-2248@ecf.pacerpro.com;KLowery@winston.com;ECF_Houston@winston.com;ecf_sf@winston.com

Katherine Elizabeth Clark
on behalf of Creditor Crescent GIGs LLC kclark@lawla.com

Katherine Elizabeth Clark
on behalf of Plaintiff R. & R. Boats Inc. kclark@lawla.com

Katherine Elizabeth Clark
on behalf of Creditor Crescent Midstream LLC kclark@lawla.com

Kayci Hines
on behalf of Interested Party United States of America kayci.hines@usdoj.gov

Keith Langley
on behalf of Creditor Liberty Mutual Insurance Company klangley@l-llp.com

Keith A Simon
on behalf of Debtor MLCJR LLC keith.simon@lw.com christopher.tarrant@lw.com;keith-simon-9700@ecf.pacerpro.com

Kelli S. Norfleet
on behalf of Interested Party BP Energy Company kelli.norfleet@haynesboone.com jennifer.cook@haynesboone.com

Kelli S. Norfleet
on behalf of Interested Party BP Energy Company and BP Products North America Inc. kelli.norfleet@haynesboone.com jennifer.cook@haynesboone.com

Kelly H Leonard
on behalf of Creditor GOM Shelf LLC kleonard@grayreed.com

Kelly H Leonard
on behalf of Plaintiff GOM Shelf L.L.C. kleonard@grayreed.com

Kenneth A Listwak
on behalf of Defendant Marsh & Mclennan Agency LLC (Formerly, McGriff, Seibels & Williams, LLC) kenneth.listwak@troutman.com

Kenneth A Listwak
on behalf of Defendant McGriff Insurance Services LLC kenneth.listwak@troutman.com

Kevin M Maraist
on behalf of Creditor Archrock Partners Operating LLC kmaraist@albmlaw.com

Kevin M Maraist
on behalf of Creditor Services Archrock Partners Operating LLC and Archrock Services L.P. kmaraist@albmlaw.com

Lacey E. Rochester
on behalf of Creditor Pressure & Flow Control Solutions LLC (PetroQuip) lrochester@bakerdonelson.com cbretz@bakerdonelson.com

Laura Crabtree
on behalf of Creditor Axis Newco LLC lcrabtree@dorelaw.com, chymel@dorelaw.com

Lawrence Raymond DeMarcay
on behalf of Creditor Leviathan Offshore LLC ldemarcay@bhbmlaw.com

Layla Milligan
on behalf of Interested Party Texas Comptroller of Public Accounts Unclaimed Property Division layla.milligan@oag.texas.gov

Leann Opotowsky Moses
on behalf of Creditor JX Nippon Oil Exploration (U.S.A.) Limited moses@carverdarden.com Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Leann Opotowsky Moses
on behalf of Transferor C-Dive L.L.C. moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Leann Opotowsky Moses
on behalf of Creditor C-Dive L.L.C. moses@carverdarden.com, Langley@carverdarden.com;8167471420@filings.docketbird.com,8167471420@filings.docketbird.com

Lenard M. Parkins
on behalf of Creditor Island Operating Company lparkins@parkinsrubio.com 9141256420@filings.docketbird.com;bmcfadden@parkinsrubio.com,9141256420@filings.docketbird.com

Louis M Phillips
on behalf of Plaintiff Amarillo National Bank louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Louis M Phillips
on behalf of Creditor Amarillo National Bank louis.phillips@kellyhart.com june.alcantara-davis@kellyhart.com;amelia.hurt@kellyhart.com;court.alert@kellyhart.com

Maegan Quejada
on behalf of Interested Party OSEGIK Investments LLC mquejada@sidley.com txefilingnotice@sidley.com;maegan-quejada-3302@ecf.pacerpro.com;efilingnotice@sidley.com

Marc Evan Kutner
on behalf of Creditor Jackie Lewis mkutner@spaglaw.com meghan@spaglaw.com

Maria Barbara Mokrzycka
on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo maria.mokrzycka@nortonrosefulbright.com

Mark Mintz
on behalf of Debtor MLCJR LLC mmintz@joneswalker.com hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Mintz
on behalf of Spec. Counsel JONES WALKER LLP mmintz@joneswalker.com
hstewart@joneswalker.com;mark-mintz-4822@ecf.pacerpro.com

Mark Stromberg
on behalf of Attorney Vincent John DeVito Jr. mark@strombergstock.com,
deanna@strombergstock.com;elise@strombergstock.com

Mark E. Dendinger
on behalf of Creditor Ryan LLC mark.dendinger@ashurst.com, mary.kearney@bracewell.com

Mark J. Chaney, III
on behalf of Creditor Danos L.L.C. mark.chaney@arlaw.com, annie.parish@arlaw.com

Mark J. Chaney, III
on behalf of Creditor Westwind Helicopters Inc. mark.chaney@arlaw.com, annie.parish@arlaw.com

Marty L Brimmage
on behalf of Interested Party Alvarez & Marsal North America LLC mbrimmage@akingump.com,
lmonreal@akingump.com;bkemp@akingump.com;txdocketing@akingump.com

Matthew D Cavenaugh
on behalf of Debtor EPL Oil & Gas LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor MLCJR LLC mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Cox Operating L.L.C. mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Energy XXI Gulf Coast LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor M21K LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Defendant Cox Operating L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Cox Oil Offshore L.L.C. mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew D Cavenaugh
on behalf of Debtor Energy XXI GOM LLC mcavenaugh@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

Matthew G Wylie
on behalf of Creditor RCP Inc mwylie@wylie-law.com

Melissa E Valdez
on behalf of Creditor CROSBY INDEPENDENT SCHOOL DISTRICT mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Fishel
on behalf of Creditor Committee American Panther LLC michael@FishelLawGroup.com,
michael-fishel-2874@ecf.pacerpro.com

Michael D Rubenstein
on behalf of Creditor Alliance Offshore L.L.C. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Rubenstein
on behalf of Creditor Helix Well Ops Inc. mdrubenstein@liskow.com, lschnabel@Liskow.com

Michael D Warner
on behalf of Trustee Chapter 7 Trustee mwarner@pszjlaw.com klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael D Warner
on behalf of Trustee Michael D Warner mwarner@pszjlaw.com klabrada@pszjlaw.com;tx99@ecfcbis.com

Michael Edward Collins
on behalf of Creditor Nationwide Mutual Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins
on behalf of Creditor Berkley Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins
on behalf of Creditor Westchester Fire Insurance Company mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

Michael Edward Collins
on behalf of Creditor Travelers Casualty & Surety Company of America mcollins@manierherod.com
cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com

| | |
|---|---|
| Michael Edward Collins | on behalf of Creditor Argonaut Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com |
| Michael J. Weber | on behalf of Creditor Hanover Insurance Company michael.weber@dinsmore.com deborah.dunn@dinsmore.com;chicagobankruptcyemail@dinsmore.com |
| Michael Kevin Riordan | on behalf of Interested Party Blackcomb Energy LLC mriordan@bradley.com, mike-riordan-8644@ecf.pacerpro.com;vherrera@bradley.com;ggattis@bradley.com;akhan@bradley.com |
| Michael P Menton | on behalf of Creditor BRI 1850 Houston OCC LLC mikementon@waderobertslaw.com |
| Michaela Christine Crocker | on behalf of Interested Party Triton Gathering LLC michaela.crocker@katten.com |
| Michaela Christine Crocker | on behalf of Interested Party Trunkline Field Services LLC michaela.crocker@katten.com |
| Michaela Christine Crocker | on behalf of Interested Party Stingray Pipeline Company L.L.C. michaela.crocker@katten.com |
| Michaela Christine Crocker | on behalf of Interested Party Energy Transfer michaela.crocker@katten.com |
| Michaela Christine Crocker | on behalf of Interested Party Sea Robin Pipeline Company LLC michaela.crocker@katten.com |
| Michelle McMahon | on behalf of Creditor Cullen and Dykman LLP mmcmahon@cullenllp.com |
| Mike F Pipkin | on behalf of Creditor United States Fire Insurance Company mpipkin@weinrad.com scollins@weinrad.com;cspringer@weinrad.com;tfeldt@weinrad.com;stesefay@weinrad.com |
| Misha E. Ross | on behalf of Debtor MLCJR LLC misha.ross@lw.com |
| Misty A Segura | on behalf of Creditor H.I.S. Fire & Safety Equipment LLC msegura@spencerfane.com, misty-segura-9690@ecf.pacerpro.com |
| Nicholas Smeltz | on behalf of Trustee Michael D Warner nsmeltz@hinshawlaw.com |
| Nick M. Brown | on behalf of Creditor W&T Energy VI LLC nick.brown@kirkland.com |
| Nick M. Brown | on behalf of Creditor W&T Offshore Inc. nick.brown@kirkland.com |
| Omer F Kuebel, III | on behalf of Interested Party Burlington Resources Offshore Inc. rick.kuebel@troutman.com, Yamille.harrison@lockelord.com |
| Omer F Kuebel, III | on behalf of Interested Party McMoran Oil & Gas LLC rick.kuebel@troutman.com, Yamille.harrison@lockelord.com |
| Omer F Kuebel, III | on behalf of Interested Party PXP Producing Company LLC rick.kuebel@troutman.com, Yamille.harrison@lockelord.com |
| Omer F Kuebel, III | on behalf of Interested Party ConocoPhillips Company rick.kuebel@troutman.com Yamille.harrison@lockelord.com |
| Patrick M. Shelby | on behalf of Creditor SEACOR Marine LLC rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com |
| Patrick M. Shelby | on behalf of Creditor Linear Controls Inc. rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com |
| Patrick M. Shelby | on behalf of Creditor Adapt Concepts L.L.C. rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com |
| Patrick M. Shelby | on behalf of Creditor Vision Production Chemicals L.L.C. rick.shelby@kellyhart.com, june.alcantara-davis@kellyhart.com;court.alert@kellyhart.com |
| Patrick S. Garrity | on behalf of Creditor Right Hand Oilfield Associates LLC pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com |

Patrick S. Garrity
on behalf of Defendant Right Hand Oilfield Associates LLC pgarrity@derbeslaw.com, garrity.patrickr72443@notify.bestcase.com

Paul Douglas Stewart, Jr
on behalf of Plaintiff MICHAEL D. WARNER dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
on behalf of Interested Party Partco LLC dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
on behalf of Plaintiff Michael D. Warner dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
on behalf of Plaintiff Michael D Warner dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
on behalf of Creditor Partco LLC dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
on behalf of Attorney Stewart Robbins Brown & Altazan LLC dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Douglas Stewart, Jr
on behalf of Trustee Michael D Warner dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com

Paul Joseph Goodwine
on behalf of Creditor LLOG Exploration Offshore L.L.C. pgoodwine@loopergoodwine.com, hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Peter C D'Apice
on behalf of Interested Party Cox Oil & Gas LLC dapice@sbep-law.com

Peter C D'Apice
on behalf of Interested Party Cox Oil LLC dapice@sbep-law.com

Philip G Eisenberg
on behalf of Interested Party McMoran Oil & Gas LLC Phil.Eisenberg@troutman.com

Philip Moss Abelson
on behalf of Creditor Committee The Official Committee of Unsecured Creditors philip.abelson@whitecase.com

Rachel S. Day
on behalf of Creditor Poseidon Technology LLC rday@bradleyfirm.com, oviccellio@bradleyfirm.com

Randall Scott Wells
on behalf of Creditor Guice Offshore LLC swells@rushingguice.com

Rebecca Blake Chaikin
on behalf of Debtor Cox Oil Offshore L.L.C. rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
on behalf of Debtor Energy XXI Gulf Coast LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
on behalf of Defendant Cox Oil Offshore L.L.C. rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
on behalf of Defendant Energy XXI GOM LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
on behalf of Debtor Energy XXI GOM LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
on behalf of Debtor Cox Operating L.L.C. rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin
on behalf of Defendant Cox Operating L.L.C. rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com

Rebecca Blake Chaikin

| | |
|---|---|
| | on behalf of Defendant Cox Operating L.L.C. rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor M21K LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor Cox Operating L.L.C. rchaikin@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Rebecca Blake Chaikin | on behalf of Defendant EPL Oil & Gas LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Rebecca Blake Chaikin | on behalf of Defendant Energy XXI Gulf Coast LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Rebecca Blake Chaikin | on behalf of Debtor EPL Oil & Gas LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Rebecca Blake Chaikin | on behalf of Defendant Cox Operating LLC rchaikin@jw.com, kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com;steso@jw.com;dduhon@jw.com |
| Ricardo A. Aguilar | on behalf of Creditor Danos L.L.C. richard.aguilar@arlaw.com, annie.parish@arlaw.com |
| Robert Brent Cueria | on behalf of Creditor Cueria Law Firm LLC o/b/o Dillon Mitchell cuerialaw@gmail.com |
| Robert Brent Cueria | on behalf of Creditor Dillon Mitchell cuerialaw@gmail.com |
| Robin Russell | on behalf of Creditor Apache Shelf Exploration LLC rrussell@HuntonAK.com |
| Robin Russell | on behalf of Interested Party Apache Corporation rrussell@HuntonAK.com |
| Robin B Cheatham | on behalf of Creditor Seneca Resources Company LLC robin.cheatham@arlaw.com, Mary.cuenca@arlaw.com |
| Roger Stephen Cox | on behalf of Creditor Amarillo National Bank roger.cox@uwlaw.com mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com |
| Roger Stephen Cox | on behalf of Plaintiff Amarillo National Bank roger.cox@uwlaw.com mike.smiley@uwlaw.com;Rebecca.Chancy@uwlaw.com |
| Ryan Lamb | on behalf of Interested Party United States of America ryan.lamb@usdoj.gov |
| Ryan Seidemann | on behalf of Creditor State of Louisiana Department of Natural Resources rseidemann@thewaterinstitute.org, lentoc@ag.state.la.us |
| Ryan E Manns | on behalf of Interested Party Endurance American Specialty Insurance Company/Sompo ryan.manns@nortonrosefulbright.com |
| Ryan J Richmond | on behalf of Creditor Petro-Marine Underwriters Inc. ryan@snw.law, ryan@rjrichmondlaw.com |
| Ryan J Richmond | on behalf of Creditor Delta Energy Management and Consulting LLC ryan@snw.law, ryan@rjrichmondlaw.com |
| Ryan J Richmond | on behalf of Creditor Drake ChemCo LLC ryan@snw.law, ryan@rjrichmondlaw.com |
| Samantha Espino | on behalf of Creditor Amarillo National Bank samantha.espino@wickphillips.com brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com |
| Samantha Espino | on behalf of Plaintiff Amarillo National Bank samantha.espino@wickphillips.com brenda.ramirez@wickphillips.com;CourtMail@wickphillips.com |
| Sara Zeimer | on behalf of Other Prof. Keller & Heckman LLP sara.zeimer@bipc.com, eservice@bipc.com;alison.sharp@bipc.com |
| Sara M. Keith | on behalf of Creditor Shell Offshore Inc. Sara.keith@pwc.com sara.keith@shell.com;nashira.parker@shell.com |

| | |
|---|---|
| Schlea Thomas Masanz | on behalf of Creditor Genesis Energy L.P. schleathomas@paulhastings.com, michaelmagzamen@paulhastings.com;davidmohamed@paulhastings.com;matlaskowski@paulhastings.com |
| Scott A Zuber | on behalf of Creditor United States Fire Insurance Company szuber@csglaw.com |
| Scott C Williams | on behalf of Creditor Argonaut Insurance Company swilliams@manierherod.com |
| Scott R. Cheatham | on behalf of Creditor Diverse Safety and Scaffolding L.L.C. scott.cheatham@arlaw.com |
| Scott R. Cheatham | on behalf of Creditor EcoServe L.L.C. scott.cheatham@arlaw.com |
| Scott R. Cheatham | on behalf of Creditor Thru Tubing Systems Inc. scott.cheatham@arlaw.com |
| Scott R. Cheatham | on behalf of Creditor Quality Process Services LLC scott.cheatham@arlaw.com |
| Scott R. Cheatham | on behalf of Creditor Crosby Energy Services Inc. scott.cheatham@arlaw.com |
| Scott R. Cheatham | on behalf of Creditor Seneca Resources Company LLC scott.cheatham@arlaw.com |
| Scott R. Cheatham | on behalf of Creditor Danos L.L.C. scott.cheatham@arlaw.com |
| Shane Huang | on behalf of Interested Party United States of America shane.huang@usdoj.gov |
| Simon Richard Mayer | on behalf of Interested Party McMoran Oil & Gas LLC Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com |
| Simon Richard Mayer | on behalf of Interested Party ConocoPhillips Company Simon.Mayer@troutman.com Autodocket@lockelord.com;WLBank@troutman.com |
| Simon Richard Mayer | on behalf of Creditor A-Port LLC Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com |
| Simon Richard Mayer | on behalf of Interested Party PXP Producing Company LLC Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com |
| Simon Richard Mayer | on behalf of Creditor W&T Offshore Inc. Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com |
| Simon Richard Mayer | on behalf of Creditor Diamond Tank Rental LLC Simon.Mayer@troutman.com, Autodocket@lockelord.com;WLBank@troutman.com |
| Stanwood R Duval | on behalf of Creditor Gulfstream Services Inc. stan@duvallawfirm.com |
| Steven Brian Perry | on behalf of Creditor W-Industries of Louisiana LLC brianperry@allengooch.com, pattistephens@allengooch.com |
| Steven J. Levitt | on behalf of Creditor Devon Energy Corporation steven.levitt@hklaw.com gracie.gonzales@tklaw.com;hapi@hklaw.com |
| Steven Michael Beauchamp | on behalf of Creditor Philadelphia Indemnity Insurance Company sbeauchamp@drylaw.com filings@drylaw.com;1371728420@filings.docketbird.com |
| Steven W Soule | on behalf of Creditor Venice Energy Services Company L.L.C. ssoule@hallestill.com, smccormick@hallestill.com |
| Steven W Soule | on behalf of Creditor Targa LA Operating LLC ssoule@hallestill.com smccormick@hallestill.com |
| Stewart F Peck | on behalf of Interested Party R&R Boats Inc. speck@lawla.com |
| Stewart F Peck | on behalf of Plaintiff All Coast LLC speck@lawla.com |
| Stewart F Peck | on behalf of Plaintiff Quality Energy Services Inc. speck@lawla.com |

Suzanne Elizabeth Span
on behalf of Creditor W&T Energy VI LLC sspan@gibsondunn.com, suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Suzanne Elizabeth Span
on behalf of Creditor W&T Offshore Inc. sspan@gibsondunn.com, suzanne-e-span-3086@ecf.pacerpro.com;pacer-tx@gibsondunn.com

Sydney Corry
on behalf of Creditor W&T Offshore Inc. sydney.corry@kirkland.com

Sydney Corry
on behalf of Creditor W&T Energy VI LLC sydney.corry@kirkland.com

T. Josh Judd
on behalf of Creditor Chevron U.S.A. Inc. jjudd@andrewsmyers.com sray@andrewsmyers.com

T. Josh Judd
on behalf of Creditor Union Oil Company of California jjudd@andrewsmyers.com sray@andrewsmyers.com

T. Josh Judd
on behalf of Creditor Noble Energy Inc. jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara L Grundemeier
on behalf of Creditor Harris County houston_bankruptcy@lgbs.com

Tara L Grundemeier
on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara T. LeDay
on behalf of Creditor BSREP II Houston Office 1HC Owner LLC Tara.LeDay@huschblackwell.com, christine.deacon@huschblackwell.com;anne.arundel@huschblackwell.com;tara-leday-0597@ecf.pacerpro.com

Taylre Janak
on behalf of Creditor Truist Insurance Holdings Inc. tjanak@reedsmith.com, amadu@reedsmith.com;gsaenz@reedsmith.com;ddegree@reedsmith.com

Thomas A Howley
on behalf of Defendant AIG US INC. tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant STARSTONE INSURANCE COMPANY tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant MILLER INSURANCE SERVICES LLP tom@howley-law.com, roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant WR BERKLEY CORPORATION tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant Hudson Insurance Company tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant CERTAIN UNDERWRITERS AT LLOYDS OF LONDON SUBSCRIBING TO POLICY NUMBER B0621EMSCO000121 tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas A Howley
on behalf of Defendant CLEARWATER INSURANCE COMPANY tom@howley-law.com roland@howley-law.com;eric@howley-law.com

Thomas C Scannell, Jr
on behalf of Creditor Axip Energy Services LP tscannell@foley.com, thomas-scannell-3441@ecf.pacerpro.com

Thomas Henry Fafara
on behalf of Debtor MLCJR LLC thomas.fafara@lw.com thomas-fafara-1858@ecf.pacerpro.com;christopher.tarrant@lw.com

Thomas J Humphrey
on behalf of Debtor MLCJR LLC thomas.humphrey@lw.com

Thomas P Carroll
on behalf of Interested Party United States of America thomas.carroll@usdoj.gov

Timothy Thriffiley
on behalf of Creditor Pelstar Mechanical Services LLC tthriffiley@pivachlaw.com

Timothy Thriffiley
on behalf of Creditor River Rental Tools Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley
on behalf of Creditor A-Port LLC tthriffiley@pivachlaw.com

Timothy Thriffiley
on behalf of Creditor Shallow Draft Elevating Boats Inc. tthriffiley@pivachlaw.com

Timothy Thriffiley
on behalf of Creditor Logic Control Systems LLC tthriffiley@pivachlaw.com

Timothy Thriffiley
on behalf of Creditor Seatrax Services Inc. tthriffiley@pivachlaw.com

Timothy Russell Cook
on behalf of Creditor Premium Oilfield Services LLC tcook@csj-law.com

Todd Allan Atkinson
on behalf of Defendant GOL L.L.C. todd.atkinson@wbd-us.com, michelle.dero@wbd-us.com;julie.lawrence@wbd-us.com

Trevor C. Mosby
on behalf of Defendant Pressure & Flow Control Systems LLC dba PetroQuip tmosby@bakerdonelson.com

Tristan E Manthey
on behalf of Creditor Fab-Con Inc. tmanthey@fishmanhaygood.com,
kfritscher@fishmanhaygood.com;dbush@fishmanhaygood.com;cnobles@fishmanhaygood.com

Tye Hancock
on behalf of Creditor Arena Energy LLC tye.hancock@oag.texas.gov

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Victoria V Theriot
on behalf of Creditor Broussard Brothers Inc. ttheriot@acadiancontractors.com

Victoria V Theriot
on behalf of Creditor Home Industry Disposal Company Inc. ttheriot@acadiancontractors.com

Walter Patrick Maestri
on behalf of Creditor NNW Inc. wmaestri@deutschkerrigan.com

Ward F Lafleur
on behalf of Creditor Kilgore Marine Services LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Creditor Expeditors and Production Services wlafleur@mandllaw.com
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Creditor Burner Fire Control Inc. wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Defendant Burner Fire Control Inc. wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Creditor VCG Energy Group LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Creditor GIR Solutions LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Defendant VCG Energy Group LLC wlafleur@mandllaw.com,
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

Ward F Lafleur
on behalf of Creditor EPS Logistics Company wlafleur@mandllaw.com
jfaulk@mandllaw.com;molivier@mandllaw.com;awalker@mandllaw.com;sstephan@mandllaw.com

William Guerrieri
on behalf of Creditor Committee The Official Committee of Unsecured Creditors william.guerrieri@whitecase.com
mco@whitecase.com

William Alfred Wood, III
on behalf of Interested Party Eni Petroleum US LLC Trey.Wood@bracewell.com mary.kearney@bracewell.com

William E. Steffes
on behalf of Creditor Precision Crane & Hydraulics LLC bsteffes@steffeslaw.com,
akujawa@steffeslaw.com;cbiggs@steffeslaw.com

William Lee Guice, III
on behalf of Creditor Guice Offshore LLC bguice@rushingguice.com,
rswparalegal@rushingguice.com;wlgparalegal@rushingguice.com

William S. Robbins
on behalf of Interested Party Partco LLC wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Creditor Partco LLC wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Plaintiff Michael D. Warner wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Trustee Michael D Warner wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Plaintiff Michael D Warner wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Attorney Stewart Robbins Brown & Altazan LLC wrobbins@stewartrobbins.com, wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

William S. Robbins
on behalf of Plaintiff MICHAEL D. WARNER wrobbins@stewartrobbins.com wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com

Yelena Archiyan
on behalf of Interested Party Stingray Pipeline Company L.L.C. yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Interested Party Trunkline Field Services LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Interested Party Triton Gathering LLC yelena.archiyan@katten.com

Yelena Archiyan
on behalf of Interested Party Sea Robin Pipeline Company LLC yelena.archiyan@katten.com

Zachary S McKay
on behalf of Debtor MLCJR LLC zmckay@jw.com kgradney@jw.com;dtrevino@jw.com;jpupo@jw.com

TOTAL: 488