**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MLCJR LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-90324 (CML)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM**
**FILED BY AMERICAN PANTHER, LLC**

Under Fed. R. Bankr. P. 3006, American Panther, LLC hereby withdraws each proof of claim it has filed in the above cases, including without limitation the proofs of claim filed on July 25 and 26, 2023.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Jordan W. Leu*

**KING & SPALDING LLP**
Jordan W. Leu (TX Bar No. 24070139)
2601 Olive Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 764-4419
Email: jleu@kslaw.com

*Counsel for AmPan*

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 21, 2026, a copy of the foregoing instrument was served upon all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system.

*/s/ Jordan W. Leu*
Jordan W. Leu