**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>MLCJR LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-90324 (CML)<br><br>(Jointly Administered) |

**AMENDED NOTICE OF WITHDRAWAL OF APPLICATION OF AMERICAN PANTHER ENTITIES FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM**

American Panther, LLC, American Midstream Offshore (Seacrest) LP (n/k/a Third Coast Offshore Seacrest LP), High Point Gas Transmission, LLC[2] and High Point Gas Gathering, L.L.C. (each an indirect subsidiary of Third Coast Super Holdings, LLC), on behalf of themselves and their applicable affiliates (collectively, "**AmPan**"), hereby withdraw the *Application of American Panther Entities for Allowance of Administrative Expense Claim* filed at Dkt. 2040 on May 29, 2024.

Dated: October 27, 2026

Respectfully submitted,

*/s/ Jordan W. Leu*
**KING & SPALDING LLP**
Jordan W. Leu (TX Bar No. 24070139)
2601 Olive Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 764-4419
Email: jleu@kslaw.com

*Counsel for AmPan*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978). The Debtors' address is 4514 Cole Ave, Suite 1175, Dallas, Texas 75205.

[2] High Point Gas Transmission, LLC inadvertently was omitted from the original notice of withdrawal filed at Dkt. 2790. This amended notice otherwise is unchanged from the original.

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 27, 2026, a copy of the foregoing instrument was served upon all parties receiving electronic notification in this case from the Court's electronic case filing (ECF) system.

*/s/ Jordan W. Leu*
Jordan W. Leu