**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| **MLCJR LLC, *et al.*,**[1] | ) | **Case No. 23-90324 (CML)** |
| **Debtors** | ) | **Jointly Administered** |

**TWENTY-SECOND MONTHLY STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED FOR THE PERIOD ENDING FEBRUARY 28, 2026 BY STEWART ROBBINS & ALTAZAN, LLC AS COUNSEL TO THE TRUSTEE**

Stewart Robbins & Altazan, LLC ("SRA"), counsel for Michael D. Warner, solely in his capacity as chapter 7 trustee (the "Trustee") for the above-captioned administratively consolidated estates (collectively, the "Estates"), hereby submits this Twenty-Second Monthly Fee Statement for Services Rendered and Expenses Incurred (the "Monthly Fee Statement") for the period ending February 28, 2026 (the "Statement Period"), in accordance with the Court's *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket # 1831] establishing interim compensation procedures (the "Interim Compensation Order"). In support of the Monthly Fee Statement, SRA respectfully represents as follows:

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: MLCJR LLC (0875); Cox Oil Offshore, L.L.C. (7047); Cox Operating, L.L.C. (0939); Energy XXI GOM, LLC (0027); Energy XXI Gulf Coast, LLC (8595); EPL Oil & Gas, LLC (9562); and M21K, LLC (3978).

SRA respectfully submits this Monthly Fee Statement seeking compensation for reasonable, actual and necessary services and expenses rendered by SRA on behalf of the Trustee during the Statement Period:

| STATEMENT PERIOD SUMMARY | |
|---|---|
| Name of Applicant: | Stewart Robbins & Altazan, LLC |
| Applicant's Role in Case: | Chapter 7 Trustee's General Counsel |
| Date of Retention: | June 12, 2024 (Doc. 2116) retroactive to May 6, 2024 |
| Period Covered by this Statement: | February 1, 2026 through February 28, 2026 |
| Number Monthly Fee Statements: | Twenty-Second |
| **STATEMENT PERIOD SUMMARY OF FEES AND EXPENSES** | |
| Total Statement Period Fees | $221,545.00 |
| Total Interim Fees (80%) Requested | $177,236.00 |
| Total Expenses Requested | $1,511.61 |
| Total Interim Remuneration Requested (exclusive of holdback): | $178,747.61 |
| **STATEMENT PERIOD SUMMARY FOR ATTORNEYS** | |
| Total attorney fees requested in this statement: | $218,395.00 |
| Total actual attorney hours covered by this statement: | 444.20 |
| Average hourly rate for attorneys: | $491.66 |
| **STATEMENT PERIOD SUMMARY FOR PARAPROFESSIONALS** | |
| Total paraprofessional fees requested in this statement: | $3,150.00 |
| Total actual paraprofessional hours covered by this statement: | 10.50 |
| Average hourly rate for paraprofessionals: | $300.00 |

**In accordance with the *Order Granting Trustee's Motion for Order Establishing Interim Compensation Procedures for the Trustee and the Trustee's Professionals* [Docket no. 1831], each party receiving notice of the monthly fee statement will have until 5:00 p.m. (Prevailing Central Time), 10 days after the filing of the monthly fee statement to object to the requested fees and expenses. Upon the expiration of such 10-day period, the Trustee is authorized to pay the professional the amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

1. The following chart presents certain information regarding the SRA professionals whose work on these chapter 7 cases compensation is sought in this Monthly Fee Statement sorted by professional, along with each professionals' title, earliest bar passage (if applicable), highest rate, blended rate, total amount billed, and percentage of billings:

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 14.50 | 650.00 | 9,425.00 |
| WSR | William S. Robbins | 31.90 | 650.00 | 20,735.00 |
| AWM | Abigail W. Mock | 171.10 | 400.00 | 68,440.00 |
| BAB | Brandon A. Brown | 2.80 | 650.00 | 1,820.00 |
| BWA | Brooke W. Altazan | 172.20 | 550.00 | 94,710.00 |
| KAH | Kimberly A. Heard | 10.50 | 300.00 | 3,150.00 |
| NJS | Nicholas J. Smeltz | 51.70 | 450.00 | 23,265.00 |

2. The following chart provides a summary of fees incurred during the Statement Period sorted by ABA bankruptcy task code, along with the total time, percentage of time, total billed amount, and percentage of amount for each task:

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 45.20 | 562.83 | 25,440.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.60 | 650.00 | 390.00 |
| B160 | Fee/Employment Applications | 1.50 | 440.00 | 660.00 |
| B180 | Avoidance Action Analysis | 392.50 | 477.92 | 187,585.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 4.80 | 548.96 | 2,635.00 |
| B210 | Business Operations | 9.20 | 464.13 | 4,270.00 |
| B220 | Employee Benefits/Pensions | 0.70 | 650.00 | 455.00 |
| B240 | Tax Issues | 0.20 | 550.00 | 110.00 |

3. The following chart provides a summary of expenses incurred during the Statement Period sorted by category of expenses:

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 2/18/2026 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 2/25/2026 | TransUnion for February 2026 | 58.00 |
| 2/28/2026 | Pacer for February 2026 | 136.30 |
| 2/28/2026 | Lexis for February 2026 | 675.92 |
| 2/28/2026 | Copies for February 2026 | 177.40 |
| 2/28/2026 | Everlaw | 331.50 |
| 2/28/2026 | Everlaw | 131.49 |
| | **Total DISBURSEMENTS** | **$1,511.61** |

4. SRA's invoice covering the Statement Period and providing a detailed statement of both (a) hours spent rendering legal services to the Trustee and (b) disbursements made or incurred by SRA in connection with services performed on behalf of the Trustee during the Statement Period is attached hereto as **Exhibit "A"**.

5. Pursuant to the Interim Compensation Order, SRA seeks payment of $178,747.61 from the Trustee for the Statement Period, representing (a) 80% of SRA's total fees for services rendered and (b) 100% of the total expenses incurred during the Statement Period.

6. Although every effort has been made to include all fees and expenses incurred during the Statement Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Statement Period. SRA reserves the right to seek allowance of such fees and expenses not included herein.

Dated: November 23, 2026

Respectfully Submitted,

**STEWART ROBBINS & ALTAZAN, LLC**

By: /s/Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. Bar # 24661)
*Admitted to Southern District of Texas*
*(SDTX Federal No. 432642)*
dstewart@stewartrobbins.com
William S. Robbins (Tx. Bar # 24100894)
wrobbins@stewartrobbins.com
301 Main Street, Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Michael D. Warner,***
***Chapter 7 Trustee***

**MLCJR LLC, *et al.***
**EXHIBIT A**

**DETAILED TIME AND EXPENSE ENTRIES**
**Time Period – February 1, 2026 – February 28, 2026**

STEWART ROBBINS
STEWART ROBBINS & ALTAZAN LLC

301 Main Street, Suite 1640
Baton Rouge, LA 70821
225-231-9998

Michael D. Warner
440 Louisiana Ave., Suite 900
Houston, TX 77002
USA

November 9, 2026

File #: 119-001
Invoice #: 2092

**RE:** In re MLCJR LLC & M21K, LLC

| DATE | DESCRIPTION | Task | LAWYER | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 2/1/2026 | HIS preference analysis | B180 | AWM | 1.20 | 480.00 |
| 2/2/2026 | Receipt/review R. Dykes activity report and invoice; update payables spreadsheet; email to N. Zimmerman re additional time; receipt of same; update payables spreadsheet; email to TPS re outstanding invoices | B210 | KAH | 0.50 | 150.00 |
| 2/2/2026 | Attention to amended order re motion to compromise with Netherland Sewell; emails related to same. | B180 | KAH | 0.20 | 60.00 |
| 2/2/2026 | review abandonment issue (.3); correspondence regarding regulatory / predecessor issues (.2) | B130 | WSR | 0.50 | 325.00 |
| 2/2/2026 | Analyze issues with Argonaut stay motion, estate position re: same | B140 | BAB | 0.30 | 195.00 |
| 2/2/2026 | Internal meeting with associate re: task assignments and status of avoidance claims, analysis of same (1.40); Analysis of and draft counter to LSS, communication with opposing counsel and the Trustee re: same (.70); Communication with Waukesha's counsel re: offer acceptance (.30); Analyze and draft recommendation to Trustee re: Offshore Services claim, communication with Trustee re: same (1.80); Analyze and draft recommendation to Trustee re: Whitco Pump, communication with the Trustee and opposing counsel re: same (1.80); Attention to and resolution of issues related to NSAI CONO (.50); Communication with opposing counsel for Leviathan (.20); Gulf Coast (.10); Leviathan (.20); Quantum (.10); Eaton (.60); C-Dive (.40); Danos (.10); and Westwind (.10) re: settlement; Communication with Trustee re: C-Dive issues (.10); Analysis of Major issues and potential settlement (.50); Communication with Trustee re: Cardinal Coil settlement offer, analysis of same (.30) | B180 | BWA | 9.20 | 5,060.00 |
| 2/2/2026 | call with Brooke re preferences | B180 | AWM | 0.40 | 160.00 |
| 2/2/2026 | cardinal coil preference analysis | B180 | AWM | 1.50 | 600.00 |
| 2/2/2026 | analyzing invoices for HIS preference analysis | B180 | AWM | 3.60 | 1,440.00 |
| 2/2/2026 | research re methods of analyzing ordinary course of business | B180 | AWM | 4.70 | 1,880.00 |
| 2/2/2026 | call with A. Long re Major Equipment and Offshore Services of Acadiana preference demand | B180 | AWM | 0.10 | 40.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/2/2026 | email to F. Laudumiey re Delta's Missy preference analysis | B180 | AWM | 0.10 | 40.00 |
| 2/3/2026 | research and analysis regarding whether it is necessary for the court to conduct a hearing on motions for default judgment and related communications with B. Altazan | B180 | NJS | 1.10 | 495.00 |
| 2/3/2026 | Receipt and review of Order approving Netherland Sewell settlement | B180 | BAB | 0.20 | 130.00 |
| 2/3/2026 | Communications with client, special counsel re: Liberty Mutual issues | B190 | BAB | 0.20 | 130.00 |
| 2/3/2026 | conducting HIS preference analysis | B180 | AWM | 3.30 | 1,320.00 |
| 2/3/2026 | reviewing and revising preference recommendation for Trustee | B180 | AWM | 0.60 | 240.00 |
| 2/3/2026 | Analysis of Cardinal Coil claim and communication with Trustee re: same (.30); Analysis of potential default proceedings (.90); Analysis of procedure related to Fab-Con default (.20); Analysis of pending suits' status, next steps (.40); Analysis of and rec to Trustee re: Quail Tools (.90), Grand Isle (.90), and Piranha (.90) claims; Communication with opposing counsel for Danos, analysis of same (.30); Communication with opposing counsel and Trustee re: Eaton claims (.30); Communication with P2 opposing counsel re: claims (.20); Telephone conference and multiple emails with Total Safety re: claim, extension for response (1.60); Review order approving compromise with Netherland, monitor communication with with Trustee and opposing counsel re: same (1.10); Communication with Specialty Offshore re: settlement (.20); Communication with Tampnet counsel re: analysis (.10); Communication with Westwind counsel (.10); Communication with R. Dykes re: Gulfstream claim (.50); Communication with Gulf Coast counsel re: claims (.10); Communication with Trustee re: fifth round of recommendations (.40); Telephone conference with Trustee re: various avoidance claims and issues (.30); | B180 | BWA | 9.70 | 5,335.00 |
| 2/3/2026 | Communication with W. Robbins, M. Warner, Fishman Team and K. Heard re upcoming meeting. | B180 | PDS | 0.10 | 65.00 |
| 2/3/2026 | conducting research on new value defense | B180 | AWM | 1.00 | 400.00 |
| 2/3/2026 | Finalize stipulation with Total Safety; receipt of compromise order with Netherland Sewell. | B180 | KAH | 0.20 | 60.00 |
| 2/3/2026 | emails to/from Trustee regarding Argonaut stay motion and other issues | B140 | WSR | 0.30 | 195.00 |
| 2/3/2026 | conducting Leviathan preference analysis | B180 | AWM | 4.30 | 1,720.00 |
| 2/4/2026 | Email to D. Stewart re January payables; revisions to same; submit to trustee. | B210 | KAH | 0.20 | 60.00 |
| 2/4/2026 | draft/revise Fifth Quarterly Operations Report | B210 | NJS | 2.00 | 900.00 |
| 2/4/2026 | draft/revise Sixth Quarterly Operations Report | B210 | NJS | 0.90 | 405.00 |
| 2/4/2026 | draft/revise motion for default judgment against Texas Aircraft Management | B180 | NJS | 2.10 | 945.00 |
| 2/4/2026 | Further communications with client, special counsel re: Liberty Mutual issues | B190 | BAB | 0.30 | 195.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/4/2026 | drafting recommendations re preference actions for the trustee | B180 | AWM | 1.70 | 680.00 |
| 2/4/2026 | conducting Gulf South Services preference analysis | B180 | AWM | 3.80 | 1,520.00 |
| 2/4/2026 | conducting total safety preference analysis | B180 | AWM | 0.90 | 360.00 |
| 2/4/2026 | reviewing and revising recs to the Trustee re preference | B180 | AWM | 0.50 | 200.00 |
| 2/4/2026 | Communication with W. Robbins, M. Warner, Fishman Team and K. Heard re pushing upcoming meeting. | B180 | PDS | 0.10 | 65.00 |
| 2/4/2026 | research re transfers to secured creditors | B180 | AWM | 1.70 | 680.00 |
| 2/4/2026 | Emails from Mr. Dykes regarding oil and gas properties. | B130 | WSR | 0.30 | 195.00 |
| 2/4/2026 | Review of monthly operating expenses and related communication with trustee and K. Heard | B210 | PDS | 0.40 | 260.00 |
| 2/4/2026 | Communication with B. Altazan and A. Mock related to IFS energy preference issues. | B180 | PDS | 0.60 | 390.00 |
| 2/4/2026 | Analysis of Leviathan and Specialty claims, recommendation to Trustee (4.30); Attention to Fab-Con default and procedure (.20); Analysis of and communication with R. Dykes re: Gulfstream claims (1.10); Communication with associate re: 5th and 6th recommendations (.70); Communication with Trustee re: HIS claims (.20); Communication with counsel for Archrock (.20), P2 (.40), Sparrows (.30), Keystone (.30), Tampnet (.30), AXIP (.20), Precision (.30), Logic (.20), Pelstar (.10), Seatrax (.10), Shallow (.20), Total Safety (.30), Cardinal Coil (.20); Analysis of and rec to Trustee re: Cardinal Slick, Crosby Energy, and M&H (.70) | B180 | BWA | 10.30 | 5,665.00 |
| 2/5/2026 | communication with D. Stewart, M. Warner, B. Barriere, K. Elmer, and B. Brown re discovery in Whitley Penn suit and lis pendens property issues | B190 | NJS | 0.80 | 360.00 |
| 2/5/2026 | review BSEE records and court docket to analyze disposition of pending appeals with the Interior Board of Land Appeals | B130 | NJS | 2.10 | 945.00 |
| 2/5/2026 | continue drafting/revising Sixth Quarterly Operations report | B210 | NJS | 0.90 | 405.00 |
| 2/5/2026 | analysis of correspondence from Coast Guard re pipeline | B190 | NJS | 0.80 | 360.00 |
| 2/5/2026 | draft/revise Seventh Quarterly Operations Report | B210 | NJS | 1.20 | 540.00 |
| 2/5/2026 | communication with B. Dassa re Form-2s for outstanding quarterly operations reports | B210 | NJS | 0.10 | 45.00 |
| 2/5/2026 | drafting email to Trustee re LOWLA liens and preference actions | B180 | AWM | 1.00 | 400.00 |
| 2/5/2026 | conducting Gulf South Services preference analysis | B180 | AWM | 2.90 | 1,160.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/5/2026 | Analysis of Major, Crosby Energy, M&H, Cardinal Slickline, communication with Trustee re: same (2.20); Analysis of Eaton settlement, communication with opposing counsel and Trustee re: same (.90); Analysis of American Panther claims, communication with opposing counsel re: same (.50); Communication with C-Dive counsel, Trustee re: settlement, analysis of same (2.30); Communication with R. Dykes re: Gulfstream claims and response, analysis of and communication with Trustee re: same (1.60); Communication with associate re: All Coast status (.10); Telephone conference with Trustee re: miscellaneous avoidance issues, analysis of same (.90); Communication with Trustee re: fifth recommendation round (.40); Analysis of HIS claims, communication with Trustee and opposing counsel re: same (.40); Communication with Trustee re: Leviathan and Specialty recs (.50); Communication with Trustee re: Piranha, Quail Tools, and GI recs, analysis of timing re: same (.50); Analysis of and communication with opposing counsel re: Diverse claims (.50); Communication with counsel for LSS re: settlement (.20); Analysis of Offshore claims (.20) | B180 | BWA | 11.20 | 6,160.00 |
| 2/5/2026 | research re transfers to secured creditors | B180 | AWM | 3.20 | 1,280.00 |
| 2/5/2026 | drafting fourth tolling agreement for C-Dive | B180 | AWM | 0.20 | 80.00 |
| 2/5/2026 | call with W. Robbins and D. Stewart regarding preference actions | B180 | AWM | 0.20 | 80.00 |
| 2/5/2026 | call with W. Robbins and B. Altazan re preference actions | B180 | AWM | 0.20 | 80.00 |
| 2/5/2026 | drafting counteroffer letter to H.I.S | B180 | AWM | 0.80 | 320.00 |
| 2/5/2026 | drafting fourth tolling agreement for LSS | B180 | AWM | 0.30 | 120.00 |
| 2/5/2026 | Communication with co-counsel and trustee relating to numerous IBLA appeals and other issues (.8); communication with R. Dykes, W. Robbins, and N. Smeltz relating to the sale of movable property (.3); | B130 | PDS | 1.10 | 715.00 |
| 2/5/2026 | review and analyze appeal abandonment, including review and analysis of prior order / exhibits (1.5); review various reports on appeal issues (.6); review DOI notice issues (.3); review tubular inventory / sale issues (.5) | B130 | WSR | 2.90 | 1,885.00 |
| 2/5/2026 | review and analyze secured / preference issues as to LOWLA liens | B180 | WSR | 1.00 | 650.00 |
| 2/5/2026 | Communication with Trustee and Special Counsel re issues relating to (i) Whitley Penn litigation and (ii) Colorado Lis Pendens issues. | B190 | PDS | 0.80 | 520.00 |
| 2/5/2026 | Communication with M. Warner, A. Mock, and B. Altazan regarding various preference issues and lien rights. | B180 | PDS | 1.00 | 650.00 |
| 2/6/2026 | attention to execution of extended tolling agreements with C-Dive and Louisiana Safety Systems | B180 | KAH | 0.20 | 60.00 |
| 2/6/2026 | review/analyze background information regarding potential tubulars to be sold ahead of call re the sale of same | B130 | NJS | 0.20 | 90.00 |
| 2/6/2026 | communication with W. Robbins and D. Stewart re potential sales of tubulars | B130 | NJS | 0.30 | 135.00 |
| 2/6/2026 | review/analyze IBLA docket to determine properties and leases at issue in appeals to determine whether abandoned or sold | B130 | NJS | 0.60 | 270.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/6/2026 | draft/revise sale motion and bid procedures for tubular sale | B130 | NJS | 1.70 | 765.00 |
| 2/6/2026 | email and tc with Trustee regarding appeal / abandonment issues (.3); review and analyze background / appeal information regarding underlying assets on appeals (1.2); analysis of tubular sale process (.5); tc and emails with Mr. Dykes regarding tubular process (.6); email regarding VESCO inventory (.2); review and analyze Harvest / Midstream inventory issue and draft email for use of DIP Lender (1.5) | B130 | WSR | 4.30 | 2,795.00 |
| 2/6/2026 | conducting Gulf South Services preference analysis | B180 | AWM | 7.30 | 2,920.00 |
| 2/6/2026 | Communications with W. Robbins, N. Smeltz, and R. Dykes relating to the sale of movable property (.6); | B130 | PDS | 0.60 | 390.00 |
| 2/6/2026 | Communications with B. Altazan regarding Fugro claims | B180 | PDS | 0.30 | 195.00 |
| 2/6/2026 | Analysis of avoidance claims (including those against including C-Dive, Specialty, Fugro, GOL, HIS, All Coast, Piranha, Quail Tools, Grand Isle, and Leviathan), communication with and recommendations to Trustee, and communication (via telephone and email) with opposing counsel re: claims and settlement discussions (7.20); Attention to tolling issues (.50) | B180 | BWA | 7.70 | 4,235.00 |
| 2/8/2026 | Status analysis of all avoidance claims, organize priority and task list (.60); Communication with counsel for HIS re: settlement (.60); Attention to settlement documents needed, task to associate and paralegal re: same (.50); Review/revise associate's draft correspondence to All Coast (.30) | B180 | BWA | 2.00 | 1,100.00 |
| 2/8/2026 | conducting island operating analysis | B180 | AWM | 2.40 | 960.00 |
| 2/8/2026 | conducting diamond preference analysis | B180 | AWM | 0.60 | 240.00 |
| 2/9/2026 | Draft settlement agreement and motion/order to compromise with C-Dive. | B180 | KAH | 0.50 | 150.00 |
| 2/9/2026 | Draft settlement agreement and motion/order to compromise with Eaton Oil Tools | B180 | KAH | 0.50 | 150.00 |
| 2/9/2026 | Draft settlement agreement and motion/order to compromise with Waukesha Pearce | B180 | KAH | 0.40 | 120.00 |
| 2/9/2026 | Receipt/review R. Dykes w/e 2-6-26 activity report; update Feb payables spreadsheet. | B210 | KAH | 0.10 | 30.00 |
| 2/9/2026 | Draft settlement agreements, motions/orders to compromise with Louisiana Safety Systems (.5)and Major Equipment (.4). | B180 | KAH | 0.90 | 270.00 |
| 2/9/2026 | research and analysis concerning setoff of chapter 11 administrative expense claims against preference action | B180 | NJS | 1.40 | 630.00 |
| 2/9/2026 | Communications with client re: outstanding 401k wrap up issues, payment request form for plan reimbursments (0.1), analyze issues raised by client (0.2), review form (0.1); communications with M. Borror re: issues raised by client (0.2) | B220 | BAB | 0.60 | 390.00 |
| 2/9/2026 | conducting Diverse Safety preference analysis | B180 | AWM | 1.10 | 440.00 |
| 2/9/2026 | conducting diamond preference analysis | B180 | AWM | 5.00 | 2,000.00 |
| 2/9/2026 | call with the Trustee and B. Altazan re preference actions | B180 | AWM | 0.30 | 120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/9/2026 | Telephone conference and email communication with counsel for GOL, analysis of same and communication with Trustee (1.0); Telephone conference with counsel for HIS, analysis of same (.50); Analysis of various claims, specifically Diverse Safety (1.30), Keystone (.70), Sparrows (.70), Piranha (.50), Grand Isle (.60), Quail Tools (.60), Specialty (.90) draft recommendations to and discuss with Trustee, and various telephone conferences with opposing counsel; Assignment to associate re: preference defense research (.50); Analysis of C-Dive settlement (.40); Draft Gulfstream (.60), Grand Isle (.40), and P2 (1.10) counter; Review, revise settlement documents (.90); Communication with All Coast counsel, analysis of claim (1.0); Attention to tolling issues (.40); Analysis of Offshore claim (.10) | B180 | BWA | 12.20 | 6,710.00 |
| 2/9/2026 | preparing email to B. Kadden & S. Ricarddi re All Coast | B180 | AWM | 0.30 | 120.00 |
| 2/9/2026 | call with B. Altazan & M. Segura re preference demand to HIS | B180 | AWM | 0.30 | 120.00 |
| 2/10/2026 | continue research and analysis regarding ability to setoff administrative expense claim against preference exposure | B180 | NJS | 3.20 | 1,440.00 |
| 2/10/2026 | emails and analysis regarding tubular sale; email to Henderson Auction | B130 | WSR | 0.60 | 390.00 |
| 2/10/2026 | drafting reccomendation to Trustee re Diamond preference analysis | B180 | AWM | 1.20 | 480.00 |
| 2/10/2026 | cactus wellhead preference analysis | B180 | AWM | 4.80 | 1,920.00 |
| 2/10/2026 | Analysis of avoidance claims against Gulfstream and communication with Trustee re: same (2.90); Draft and send offer to counsel for Specialty (.40); Review and revise C-Dive settlement documents, communication with Trustee re: same (3.10); Draft rec re: Quail Tools, Grand Isle and communication with opposing counsel re: same (1.20); Communication with Trustee re: P2 settlement agreement (.50); Communication with counsel for GOL (.30), HIS (.10), Accu-Line (.50), Crosby Energy (.30), and Diverse (.10) re: claims; Communication with counsel for Major re: settlement, analysis of same (.30); Communication with counsel for Offshore re: settlement, analysis of same (.20) | B180 | BWA | 9.90 | 5,445.00 |
| 2/11/2026 | continue research and analysis regarding ability to setoff preference exposure with chapter 11 administrative expenses | B180 | NJS | 6.50 | 2,925.00 |
| 2/11/2026 | continue analysis of assets at issue in IBLA appeals | B130 | NJS | 1.40 | 630.00 |
| 2/11/2026 | Communications with client re: remaining 401k wrap up issues | B220 | BAB | 0.10 | 65.00 |
| 2/11/2026 | conducting cactus wellhead preference analysis | B180 | AWM | 1.60 | 640.00 |
| 2/11/2026 | discussion with B. Altazan re preference actions | B180 | AWM | 0.20 | 80.00 |
| 2/11/2026 | drafting reccomendation for Trustee re Gulf South preference action | B180 | AWM | 1.20 | 480.00 |
| 2/11/2026 | Communication with K. Heard and W. Robbins relating to dismissal of IBLA appeals (.1); analysis of firms' time related to VESCO transaction and related communication with W. Robbins and N. Smeltz (.5). | B130 | PDS | 0.60 | 390.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/11/2026 | Analysis of preference issues and related communication with B. Altazan and A. Mock (.5); analysis of claims relating to energy transfer, settlement prospects, potential carve out with the DIP Lenders and related communication with L. Phillips (.7);. | B180 | PDS | 1.20 | 780.00 |
| 2/11/2026 | Analysis of prior GOL communications in preparation for call with counsel, call with GOL counsel re: avoidance claims (1.30); Communication with counsel for Diverse (.20), HIS (.10), and American Panther (.20) re: various issues such as document requests and tolling; Communication with opposing counsel for Sea Robin (.10), Major (.10), Grand Isle (.60), Gulfstream (.70), OSA (.10), Tampnet (.10), Sparrows (.60), Crosby Energy (.10), Whitco Pump (.10), and Whitco Supply (.10) re: settlement offers; Revise P2 settlement documents, communication with Trustee re: same (1.20); Revise C-Dive settlement documents, communication with counsel and Trustee re: same (1.40); Draft form settlement letter, attention to Rule 26 disclosures (1.0); Communication with Trustee re: recommendations on preference claims (1.90) | B180 | BWA | 9.90 | 5,445.00 |
| 2/11/2026 | meeting with E. Schnitzer, A. Greenbaum, and B. Altazan re GOL preference | B180 | AWM | 0.30 | 120.00 |
| 2/11/2026 | drafting extended tolling agreements for GOL & HIS | B180 | AWM | 0.20 | 80.00 |
| 2/11/2026 | research regarding LOWLA liens | B180 | AWM | 4.10 | 1,640.00 |
| 2/11/2026 | reviewing and revising P2 settlement agreement | B180 | AWM | 0.10 | 40.00 |
| 2/11/2026 | Review of Fifth Quarterly Report of Operations and Related Communications with M. Warner. | B210 | PDS | 0.40 | 260.00 |
| 2/11/2026 | call with S. Politio re Crain Lands | B180 | AWM | 0.10 | 40.00 |
| 2/11/2026 | Receipt of appeal dismissal orders for IBLA 2022-0120 and IBLA 2022-0242; email to W. Robbins and D. Stewart re same. | B130 | KAH | 0.20 | 60.00 |
| 2/11/2026 | analysis of appeal / abandonment issues, including review of additional underlying asset documentation (1.4); tc with Henderson Auctions regarding tubular auction issues (.4); tc with Mr. Dykes regarding auction and appeal issues and follow up emails from same (.6); email to Henderson Auctions (.1); tc with Trustee regarding auction and appeal issues (.3); review VESCO stipulation and SRBA report on same and forward same to Mr. Phillips (.6) | B130 | WSR | 3.40 | 2,210.00 |
| 2/11/2026 | analysis of various preference / LOWLA issues | B180 | WSR | 0.40 | 260.00 |
| 2/12/2026 | continue research and analysis regarding ability to setoff preference exposure with chapter 11 administrative expenses | B180 | NJS | 4.20 | 1,890.00 |
| 2/12/2026 | attention to matters concerning fifth, sixth, and seventh quarterly operations reports | B210 | NJS | 0.20 | 90.00 |
| 2/12/2026 | conducting Deltas Missy's preference analysis | B180 | AWM | 3.20 | 1,280.00 |
| 2/12/2026 | drafting recommendation for the Trustee re preference actions | B180 | AWM | 4.50 | 1,800.00 |
| 2/12/2026 | meeting with B. Altazan re preference actions | B180 | AWM | 0.50 | 200.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/12/2026 | Detailed review and analysis of firm memorandum relating to set-off of post-petition claims against preference recoveries and related communication with B. Altazan. | B180 | PDS | 1.10 | 715.00 |
| 2/12/2026 | Review, revise sixth round of recommendations for the Trustee (1.30) Draft recommendations and discuss with Trustee various settlement responses, communication with opposing counsel re: same (4.70); Communication with Trustee and opposing counsel re: P2 settlement docs, analysis of same (.60); Communication with counsel for Cardinal Coil re: call (.20); Analysis of preference defense issues (1.60); Communication with GOL re: tolling, analysis of same (.30); Communication with counsel for Tampnet re: defense analysis and settlement response (.40); Receipt and review of settlement offer from Precision, discussion re: tolling (.50) | B180 | BWA | 9.60 | 5,280.00 |
| 2/12/2026 | Revisions to 6th and 7th quarterly reports | B210 | KAH | 0.20 | 60.00 |
| 2/12/2026 | drafting stipulation to extend anwer deadline for Fugro | B180 | AWM | 0.40 | 160.00 |
| 2/12/2026 | drafting third extension of tolling agreement for Precision Crane | B180 | AWM | 0.20 | 80.00 |
| 2/12/2026 | email to Accu-Line representative re invoice request | B180 | AWM | 0.10 | 40.00 |
| 2/12/2026 | email to P2 counsel re settlement agreement | B180 | AWM | 0.10 | 40.00 |
| 2/12/2026 | Revisions to Sixth Quarterly Report and Related Communications with M. Warner, N. Smeltz, and K. Heard. | B210 | PDS | 0.40 | 260.00 |
| 2/12/2026 | Attention to execution of extended tolling agreement with GOL. | B180 | KAH | 0.10 | 30.00 |
| 2/12/2026 | Analysis of alleged LOWLA liens for Preference Purposes and Related Communications with R. Dykes | B180 | WSR | 1.00 | 650.00 |
| 2/13/2026 | Communications with M. Bagot re: refiling of McElroy suit (0.2), review attachments transmitted by same re: same (0.5); analyze issues with estate position re: removal other issues (0.4) | B190 | BAB | 1.10 | 715.00 |
| 2/13/2026 | drafting recommendation for the Trustee re preference actions | B180 | AWM | 7.90 | 3,160.00 |
| 2/13/2026 | Draft settlement documents for Waukesha (.90), LSS (1.0), and Eaton (.90), task to associate re: same (.20); Analysis of preference defense issues (1.50); Telephone conference with Trustee (.10); Attention to status of default judgment pleadings as to Texas Air (.30); Attention to tolling status and remaining issues (.40); Communication with counsel for Precision (.40), GOL (.20), and HIS (.10) re: tolling; Communication with Fugro re: settlement offer, analysis of same (.80) | B180 | BWA | 6.80 | 3,740.00 |
| 2/13/2026 | Attention to execution of extended tolling agreement with Precision Crane. | B180 | KAH | 0.10 | 30.00 |
| 2/13/2026 | Call with Jason Bush regarding auction issues (.3); review auction issues and email to R. Dykes regarding same (.4) | B130 | WSR | 0.70 | 455.00 |
| 2/13/2026 | Analysis of LOWLA lien / preference issues | B180 | WSR | 1.40 | 910.00 |
| 2/13/2026 | Communication with M. Warner regarding tax return issues. | B240 | PDS | 0.10 | 65.00 |
| 2/16/2026 | conducting cactus wellhead preference analysis | B180 | AWM | 5.60 | 2,240.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/16/2026 | conducting donovan preference analysis | B180 | AWM | 0.70 | 280.00 |
| 2/16/2026 | Communication with counsel for All Coast re: settlement response extension (.30); Communication with counsel for HIS re: tolling (.10) | B180 | BWA | 0.40 | 220.00 |
| 2/16/2026 | email to S. Riccardi re All Coast preference action | B180 | AWM | 0.10 | 40.00 |
| 2/17/2026 | drafting preference reccomendation for Trustee | B180 | AWM | 4.00 | 1,600.00 |
| 2/17/2026 | Communication with T Fuller relating to Grand Isle Field. | B130 | PDS | 0.10 | 65.00 |
| 2/18/2026 | Finalize certificate of no objections and orders re mt compromise with Gulf Land Structures | B180 | KAH | 0.20 | 60.00 |
| 2/18/2026 | communication with A. Mock re Donovan Controls preference claim matters | B180 | NJS | 0.10 | 45.00 |
| 2/18/2026 | continue drafting/revising motion for default judgment against Texas Aircraft | B180 | NJS | 3.40 | 1,530.00 |
| 2/18/2026 | continue revising notice of abandonment of IBLA appeals and investigation/analysis related to same | B130 | NJS | 1.90 | 855.00 |
| 2/18/2026 | communication with D. Mendoza and B. Dassa re Forms 1 and 2 for MLCJR's taxes | B240 | NJS | 0.10 | 45.00 |
| 2/18/2026 | analysis regarding applicability of post-petition new value | B180 | NJS | 0.50 | 225.00 |
| 2/18/2026 | drafting preference reccomendation for Trustee | B180 | AWM | 8.40 | 3,360.00 |
| 2/18/2026 | Multiple communications with C. Bergeron and J. Yates related to appointment of trustee and debtor's cash position (.3). | B190 | PDS | 0.30 | 195.00 |
| 2/18/2026 | Review, revise 6th round of recommendations for Trustee, communication with Trustee re: same (1.40); Communication with K. Aguillard re: status of responses from his clients (.50); Communication with counsel for HIS re: tolling (.10); Review, revise CONO for Gulf Land (.30); Analysis of preference defense issues (.60); Communication with counsel for Whitco (.20) and Shallow (.10) re: settlement responses; Communication with Diverse's counsel re: documents (.10); Communication with Trustee re: LSS and Eaton's settlement agreements, analysis of same (.70);'Cursory review of 7th round of recs for Trustee (.40); Communication with counsel for various entities re: tolling (.20) | B180 | BWA | 4.60 | 2,530.00 |
| 2/18/2026 | drafting CONO for MT Compromise with Gulf Land | B180 | AWM | 0.40 | 160.00 |
| 2/18/2026 | emailing preference settlement agreements to M. Warner for review | B180 | AWM | 0.10 | 40.00 |
| 2/18/2026 | Receipt and review additional IBLA appeal dismissal orders. | B130 | KAH | 0.20 | 60.00 |
| 2/18/2026 | Execution of extended tolling agreement with HIS. | B180 | KAH | 0.10 | 30.00 |
| 2/18/2026 | LOWLA lien / preference analysis | B180 | WSR | 0.40 | 260.00 |
| 2/18/2026 | review and analyze Tubular auction issues (.5); emails to Rodney Dykes (.3); email to/from Steven Lackey regarding tubular inventory (.3); analysis of appeal / abandonment issues (.3) | B130 | WSR | 1.40 | 910.00 |
| 2/19/2026 | continue revising motion for default judgment against Texas Aircraft and finalizing exhibits | B180 | NJS | 1.10 | 495.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/19/2026 | revising request for preliminary default against Texas Aircraft | B180 | NJS | 0.40 | 180.00 |
| 2/19/2026 | continue revising notice of abandonment of IBLA appeals and investigation/analysis related to same | B130 | NJS | 1.20 | 540.00 |
| 2/19/2026 | continue drafting/revising Tubular sale motion | B130 | NJS | 2.10 | 945.00 |
| 2/19/2026 | review and analyze tubular inventory, including W&T issues (.4); tc with Mr. Dykes regarding auction (.3); email to/from Jason Bush regarding auction issues (.3); review and analyze inchoate lien issues arising in Merchant's Fleet matter (.7); review proposed IBLA appeal notice (.5); receive/review DOI appeal dismissals (.2); emails to/from Trustee regarding appeal notice and dismissals (.3); review Warwick Jupiter request and email to/from Mr. Phillips regarding same (.4); review trustee response to USCG demand (.2) | B130 | WSR | 3.30 | 2,145.00 |
| 2/19/2026 | revising preference recommendation for Trustee | B180 | AWM | 1.90 | 760.00 |
| 2/19/2026 | Draft, revise LSS settlement agreement, communication with Trustee re: same (1.30); Review, revise seventh round of recommendations for the Trustee (1.50); Draft settlement agreements for Major and OSA, communication with Trustee re: same (2.70); Communication with K. Aguillard re: status of his clients' responses (.10); Communication with counsel for HIS re: tolling (.10); Communication with counsel for Tampnet, analysis of same (.30), Total Safety (.30), Westwind (.20), and Danos (.10) re: settlement; Communication with Trustee re: 6th round of recommendations, analysis of same (.60); Preference defense research and analysis (1.10); Attention to status of Texas Aircraft default pleadings (.30); Receipt and review of order approving Gulf Land Compromise, communication with Trustee re: same (.50); Analysis of Diverse claims (.40); Attention to Fab-Con default judgment status (.10) | B180 | BWA | 9.60 | 5,280.00 |
| 2/19/2026 | researching post petition set off | B180 | AWM | 5.20 | 2,080.00 |
| 2/19/2026 | reviewing Precision Crane settlement offer | B180 | AWM | 1.10 | 440.00 |
| 2/19/2026 | revising LSS settlement agreement | B180 | AWM | 0.70 | 280.00 |
| 2/19/2026 | revising settlement agreements for OSA & Major Equipment | B180 | AWM | 0.50 | 200.00 |
| 2/20/2026 | revise letter to coast guard | B190 | KAH | 0.20 | 60.00 |
| 2/20/2026 | revisions to notice of abandonment | B130 | KAH | 0.20 | 60.00 |
| 2/20/2026 | continue drafting/revising motion to sell tubulars | B130 | NJS | 0.90 | 405.00 |
| 2/20/2026 | review/analyze docket to determine disposition of interests in GI 16 | B130 | NJS | 0.30 | 135.00 |
| 2/20/2026 | communication with M. Warner re abandonment of GI 16 | B130 | NJS | 0.10 | 45.00 |
| 2/20/2026 | communication with W. Robbins re abandonment of GI 18 | B130 | NJS | 0.10 | 45.00 |
| 2/20/2026 | revising preference recommendation for Trustee | B180 | AWM | 3.70 | 1,480.00 |
| 2/20/2026 | Receipt and review of a proposed letter to Coast Guard and related communication with M. Warner and W. Robbins. | B130 | PDS | 0.10 | 65.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/20/2026 | Research, analysis, and revise 7th round of recommendations for the Trustee, create visual (3.70); Analysis of issues related to pending Fab-Con default judgment (1.70); Analysis of and settlement communications with counsel for LSS (.20), Danos (.40), Westwind (.60), Diverse (.20), and Leviathan (.10); Communication with Trustee re: sixth round of recommendations (.10); Communication with counsel for P2 (.10), Eaton (.10), and Waukesha (.10) re: draft settlement documents; Communication with Trustee re: C-Dive settlement documents (.10) | B180 | BWA | 7.40 | 4,070.00 |
| 2/20/2026 | drafting fourth tolling agreements for Danos & Westwind | B180 | AWM | 0.60 | 240.00 |
| 2/20/2026 | emails and analysis regarding abandonment issues (1.5); attention to USCG response letter (.3); review proposed auction agreement from Henderson and forward same to Trustee (.5) | B130 | WSR | 2.30 | 1,495.00 |
| 2/20/2026 | review and analyze LOWLA lien issues and communication to/from Trustee | B180 | WSR | 0.40 | 260.00 |
| 2/22/2026 | revising preference recommendation for Trustee | B180 | AWM | 0.30 | 120.00 |
| 2/22/2026 | Communication with counsel for Danos and Westwind re: tolling (.20); Settlement communication with counsel for A-Port and Danos (.10) | B180 | BWA | 0.30 | 165.00 |
| 2/22/2026 | reviewing Precision Crane's preference letter to trustee | B180 | AWM | 1.40 | 560.00 |
| 2/23/2026 | Revisions to June invoice. | B160 | KAH | 0.90 | 270.00 |
| 2/23/2026 | Receipt/review R. Dykes activity report we 2.20.26; update payables spreadsheet. | B210 | KAH | 0.20 | 60.00 |
| 2/23/2026 | Finalize response to Coast Guard | B190 | KAH | 0.20 | 60.00 |
| 2/23/2026 | Finalize stipulations with A-Port and Diamond Tank Rental | B180 | KAH | 0.20 | 60.00 |
| 2/23/2026 | continue drafting/revising tubular sale motion | B130 | NJS | 2.90 | 1,305.00 |
| 2/23/2026 | Emails from R. Dykes and N. Zimmerman re January payments; email to trustee's office re same. | B210 | KAH | 0.20 | 60.00 |
| 2/23/2026 | email to M. Warner re preference recommendations | B180 | AWM | 0.10 | 40.00 |
| 2/23/2026 | conducting A-Port preference analysis | B180 | AWM | 4.60 | 1,840.00 |
| 2/23/2026 | drafting preference reccomendation for Trustee | B180 | AWM | 3.50 | 1,400.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/23/2026 | Analysis of and recommendation to Trustee re: claims against Sparrows, communication with Trustee re: same (1.0); Analysis of and recommendation to Trustee re: claims against Leviathan, communication with Trustee and opposing counsel re: same (1.0); Review, revise settlement documents for C-Dive, Major, OSA, communication with Trustee re: same (.90); Communication with Trustee re: 7th recommendation round (.40); Communication with counsel for A-Port and Diamond re: tolling, internal communication re: drafting and finalization of same (1.10); Communication with Trustee re: 6th recommendation round, analysis of same (.90); Attention to AXIP bankruptcy filing, effect (.70); Communication with counsel for AP re: status (.20); Attention to entry of Fab-Con default judgment, correction to same (.80); Analysis of Delta's claim (.40); Attention to status of avoidance claims, priority of tasks (1.20); Multiple telephone conferences with Trustee re: various issues (.30) | B180 | BWA | 8.90 | 4,895.00 |
| 2/23/2026 | drafting stipulations for A-Port & Diamond | B180 | AWM | 0.50 | 200.00 |
| 2/23/2026 | preference LOWLA analysis and tc with Trustee regarding same (.5); additional preference analysis (.6) | B180 | WSR | 1.10 | 715.00 |
| 2/23/2026 | review and revise auction agreement per trustee comments and forward same to Henderson (1.0); follow up on abandonment issues (.3) | B130 | WSR | 1.30 | 845.00 |
| 2/23/2026 | reviewing Precision Crane's preference letter to trustee | B180 | AWM | 1.50 | 600.00 |
| 2/24/2026 | Email from trustee's office re January payments; emails to R. Dykes and N. Zimmerman re same. | B210 | KAH | 0.10 | 30.00 |
| 2/24/2026 | Email to chambers re Default Judgment v. Fab-Con | B180 | KAH | 0.10 | 30.00 |
| 2/24/2026 | Revisions to Notice of Abandonment; emails with W. Robbins re same | B130 | KAH | 0.20 | 60.00 |
| 2/24/2026 | Prepare service addresses for notice of abandonment | B130 | KAH | 0.60 | 180.00 |
| 2/24/2026 | Attention to amended default judgment | B180 | KAH | 0.10 | 30.00 |
| 2/24/2026 | continue analysis of disposition of assets at issue in IBLA appeals and revising notice of abandonment of same | B130 | NJS | 1.10 | 495.00 |
| 2/24/2026 | drafting preference reccomendation for Trustee | B180 | AWM | 4.30 | 1,720.00 |
| 2/24/2026 | conducting A-Port preference analysis | B180 | AWM | 4.70 | 1,880.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/24/2026 | Draft and send offers to Donovan, Accu-Line, Delta's Missy, Gulf South, and Island Operating, communication with Trustee re: same (4.20); Review Eaton redlines to draft SA, communication with Trustee and opposing counsel re: same (1.10); Review, revise 9th round recs (1.50); Review Specialty's offer to Trustee, analysis of and communication with Trustee re: same (1.60); Communication with counsel for Cactus re: status and extension (.90); Attention to need for amended Fab-Con default judgment, communication with chambers re: same (.80); Settlement communications with counsel for A-Port, Diamond, Diverse (.40); Communication with Trustee re: Sparrows claims (.10); Attention to collection efforts on default judgment (.30); Communication with Trustee re: 7th and 9th recs, analysis of same (.50); Communication with counsel for Major and OSA re: settlement documents (.20) | B180 | BWA | 11.60 | 6,380.00 |
| 2/24/2026 | drafting stipulation with Cactus Wellhead | B180 | AWM | 0.40 | 160.00 |
| 2/24/2026 | email to Accu-Line re preference settlement offer | B180 | AWM | 0.10 | 40.00 |
| 2/24/2026 | revising settlement letter to Island Operating | B180 | AWM | 0.20 | 80.00 |
| 2/24/2026 | Finalize stipulation with Cactus Wellhead. | B180 | KAH | 0.20 | 60.00 |
| 2/24/2026 | review Notice regarding appeals and W&T sale issues (1.0); follow up emails to/from Trustee regarding same (.2); review and analyze service list issues (.5); receive/ review Coterra Energy letter regarding decom / appeal and forward same to Mr. Dykes (.7) | B130 | WSR | 2.40 | 1,560.00 |
| 2/24/2026 | review various preference settlement letters (.4); analysis of preference collection issues (.5) | B180 | WSR | 0.90 | 585.00 |
| 2/25/2026 | Execution of extended tolling agreement with Danos | B180 | KAH | 0.10 | 30.00 |
| 2/25/2026 | Finalize and serve Notice of Abandonment of Appeals | B130 | KAH | 0.20 | 60.00 |
| 2/25/2026 | A-Port preference analysis | B180 | AWM | 7.20 | 2,880.00 |
| 2/25/2026 | call with D. Stewart & B. Altazan re preference defenses | B180 | AWM | 0.60 | 240.00 |
| 2/25/2026 | drafting preference reccomendation for Trustee | B180 | AWM | 1.20 | 480.00 |
| 2/25/2026 | Careful consideration and analysis of financial model relating to settlement possibilities with preference recipients asserting administrative claims as set off (1.7) and Zoom conference with B. Altazan and A. Mock relating to same (.5). | B180 | PDS | 2.20 | 1,430.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/25/2026 | Draft compromise pleadings for P2, communication with opposing counsel re: same (1.20); Communication with counsel for Eaton re: revisions to SA, communication with Trustee re: same (.50); Review, revise associate's draft of Texas Aircraft default pleadings (2.70); Communication with Trustee re: Leviathan settlement, analysis of same (.60); Analysis of preference defense issues (2.40); Communication with counsel for Specialty re: settlement, analysis of and communication with Trustee re: same (1.60); Attention to status of 9th round of recs to Trustee (.20); Communication with counsel for Danos (.40) and Westwind (.10) re: tolling; Attention to Fab-Con collection efforts (.30); Settlement communications with counsel for Gulfstream (.10); Communication with counsel for OSA re: settlement agreement, communication with Trustee and analysis re: same (.30); Communication with Trustee re: Gulf Land payment, attention to logistics following same (.60); Settlement communications with counsel for Tampnet (.10) | B180 | BWA | 11.10 | 6,105.00 |
| 2/25/2026 | review of additional preference issues and tc with Trustee regarding same (.5); emails regarding preference issues (.3) | B180 | WSR | 0.80 | 520.00 |
| 2/25/2026 | emails regarding suspense runs and other regulatory issues to/from Mr. Dykes and to/from Trustee (.5); follow up on abandonment issues (.3) | B130 | WSR | 0.80 | 520.00 |
| 2/26/2026 | communication with K. Heard re chapter 11 admin claims | B180 | NJS | 0.20 | 90.00 |
| 2/26/2026 | communication with M. Warner re sixth quarterly operations report | B210 | NJS | 0.10 | 45.00 |
| 2/26/2026 | drafting preference reccomendation for Trustee | B180 | AWM | 1.20 | 480.00 |
| 2/26/2026 | drafting preference recommendation for Truste re Diverse Safety | B180 | AWM | 0.70 | 280.00 |
| 2/26/2026 | Preparation for trustees' review of 14th monthly fee statement. | B160 | PDS | 0.60 | 390.00 |
| 2/26/2026 | Draft rec to Trustee re: Gulfstream, communication with Trustee re: same (1.30); Draft rec to Trustee re: Keystone (1.50) and Specialty (1.80), communication with Trustee and opposing counsel re: same; Analysis of raised preference defenses (2.70); Fab-Con collection investigation (1.30); Revise P2 settlement docs, communication with Trustee re: same (.50); Communication with K. Aguillard re: his clients' settlement responses (.60); Attention to status of 9th recs (.10); Settlement communications with counsel for Delta's (.20), Crosby Tugs (.30); Communication with counsl for Westwind re: tolling (.10); Communication with chambers re: amended Fab-Con default judgment (.10); Communication with counsel for Eaton re: SA (.10) | B180 | BWA | 10.60 | 5,830.00 |
| 2/26/2026 | Looking up chapter 11 admin claim information for B. Altazan. | B180 | KAH | 0.70 | 210.00 |
| 2/26/2026 | review Keystone claim for B. Altazan | B180 | KAH | 0.20 | 60.00 |
| 2/26/2026 | Reviewing docket for information related to withdrawal of certain ch 11 admin claims | B180 | KAH | 0.50 | 150.00 |

| | | | | | |
|---|---|---|---|---|---|
| 2/26/2026 | researching and drafting memorandum on setoff of admin expense claims | B180 | AWM | 6.30 | 2,520.00 |
| 2/26/2026 | Revisions to sixth quarterly report of trustees' operations and related communications with M. Warner | B210 | PDS | 0.80 | 520.00 |
| 2/26/2026 | Execution of extended tolling agreement with Westwind. | B180 | KAH | 0.10 | 30.00 |
| 2/26/2026 | Receipt and review of Administrative Claim Spreadsheet and related communication with B. Altazan | B180 | PDS | 0.80 | 520.00 |
| 2/27/2026 | Email from N. Zimmerman re missing payment; investigate same; reply to N. Zimmerman; update payables spreadsheet | B210 | KAH | 0.30 | 90.00 |
| 2/27/2026 | Finalize stipulations with Crosby Tugs and Specialty Offshore | B180 | KAH | 0.20 | 60.00 |
| 2/27/2026 | continue drafting/revising motion for default judgment against Texas aircraft | B180 | NJS | 1.60 | 720.00 |
| 2/27/2026 | drafting preference recommendation for Truste re Diverse Safety | B180 | AWM | 2.40 | 960.00 |
| 2/27/2026 | email to Trustee re ex parte motion for authority to pay HWB | B190 | AWM | 0.10 | 40.00 |
| 2/27/2026 | Review of Spreadsheet showing administrative expense claims and related communication with B. Altazan and A. Mock | B180 | PDS | 0.80 | 520.00 |
| 2/27/2026 | drafting second stipulation for Warner v. Crosby Tugs | B180 | AWM | 0.80 | 320.00 |
| 2/27/2026 | email to Crosby Tugs' counsel re second stipulation | B180 | AWM | 0.10 | 40.00 |
| 2/27/2026 | email to Specialty Offshore's Counsel re second stipulation | B180 | AWM | 0.10 | 40.00 |
| 2/27/2026 | researching and drafting memorandum on setoff of admin expense claims | B180 | AWM | 5.50 | 2,200.00 |
| 2/27/2026 | Draft compromise pleadings for Eaton (1.50) and OSA (1.50); Review, revise Diverse recommendation (.80); Receipt and review of Island Operating's counter, draft rec to Trustee, communication with opposing counsel re: same (.80); Attention to Texas Aircraft default pleadings (.40); Settlement communication with counsel for Axis (.30), Logic (.20), Gulf Coast (.10), Whitco Supply and Whitco Pump (.10); Settlement communication with counsel for Specialty communication with Trustee re: same (.60); Communication with counsel for Specialty (.60) and Crosby Tugs (.40) re: extension stipulations; Communication with counsel for C-Dive re: settlement docs (.30); Avoidance status analysis and task management (.80) | B180 | BWA | 8.40 | 4,620.00 |
| 2/28/2026 | continue drafting/revising motion for default judgment against Texas aircraft | B180 | NJS | 1.90 | 855.00 |
| 2/28/2026 | researching and drafting memorandum on setoff of admin expense claims | B180 | AWM | 4.10 | 1,640.00 |
| 2/28/2026 | Cursory review of Texas Aircraft default pleadings (.30); Analysis of certain defenses (.40); Settlement communication with counsel for Vision (.10) | B180 | BWA | 0.80 | 440.00 |
| | **Total** | | | **454.70** | **$221,545.00** |

**FEE EARNER SUMMARY**

| Fee Earner | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| PDS | Paul Douglas Stewart, Jr. | 14.50 | 650.00 | 9,425.00 |
| WSR | William S. Robbins | 31.90 | 650.00 | 20,735.00 |
| AWM | Abigail W. Mock | 171.10 | 400.00 | 68,440.00 |
| BAB | Brandon A. Brown | 2.80 | 650.00 | 1,820.00 |
| BWA | Brooke W. Altazan | 172.20 | 550.00 | 94,710.00 |
| KAH | Kimberly A. Heard | 10.50 | 300.00 | 3,150.00 |
| NJS | Nicholas J. Smeltz | 51.70 | 450.00 | 23,265.00 |

**TASK SUMMARY**

| Task | | Hours | Effective Rate | Amount |
|---|---|---|---|---|
| B130 | Asset Disposition | 45.20 | 562.83 | 25,440.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 0.60 | 650.00 | 390.00 |
| B160 | Fee/Employment Applications | 1.50 | 440.00 | 660.00 |
| B180 | Avoidance Action Analysis | 392.50 | 477.92 | 187,585.00 |
| B190 | Other Contested Matters(excluding assumptions/reje | 4.80 | 548.96 | 2,635.00 |
| B210 | Business Operations | 9.20 | 464.13 | 4,270.00 |
| B220 | Employee Benefits/Pensions | 0.70 | 650.00 | 455.00 |
| B240 | Tax Issues | 0.20 | 550.00 | 110.00 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 2/18/2026 | Texas Secretary of State database fees for entity inquiries | 1.00 |
| 2/25/2026 | TransUnion for February 2026 | 58.00 |
| 2/28/2026 | Pacer for February 2026 | 136.30 |
| 2/28/2026 | Lexis for February 2026 | 675.92 |
| 2/28/2026 | Copies for February 2026 | 177.40 |
| 2/28/2026 | Everlaw | 331.50 |
| 2/28/2026 | Everlaw | 131.49 |
| | **Total DISBURSEMENTS** | **$1,511.61** |

New Charges $223,056.61